UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., d/b/a<br>TODAY'S HEALTH and DIRECT FULFILLMENT,<br>ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT,<br>DONALD W. BARRETT,<br>HEALTHY SOLUTIONS, LLC d/b/a DIRECT<br>BUSINESS CONCEPTS,<br>HEALTH SOLUTIONS, INC.,<br>ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO,<br>MICHAEL HOWELL, GREG GEREMESZ,<br>TRIAD ML MARKETING, INC., KING MEDIA, INC.,<br>and ALLEN STERN,<br><br>Defendants. | 03-11136 GAO<br><br>Civ. No. |

## PROPOSED RECEIVER

If the Court is inclined to appoint a temporary receiver in this matter, plaintiff respectfully recommends that the Court appoint Craig R. Jalbert, a principal of Verdolino & Lowey, P.C., located at 124 Washington St., Foxborough, MA 02035. As indicated in the attached statement of qualifications and experience (Attachment A), Mr. Jalbert and his firm have extensive experience acting as receivers and trustees, performing complicated forensic accounting and investigation, and managing and operating businesses. Another principal of Verdolino, Kevin D. Lowey, currently is acting as a federally appointed receiver in an SEC criminal matter involving an accounting of a multi-million dollar hedge fund. As the court-appointed Receiver in this action, after completing his initial duties in connection with taking custody and control of the

business, Mr. Jalbert would manage the going concern portion of the business by working with qualified local personnel. Mr. Jalbert has communicated to plaintiff that he is willing to serve as the Receiver in this matter.[1]

Respectfully Submitted,

WILLIAM E. KOVACIC
General Counsel

*/s/ Daniel Kaufman*

DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, - 3525, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated:    June 1, 2004

---

[1] If the Court is not inclined to appoint Mr. Jalbert as Receiver, plaintiff can provide the Court with the names and qualifications of additional candidates that have expressed their willingness to serve as Receiver in this matter.