UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., d/b/a )<br>TODAY'S HEALTH and DIRECT FULFILLMENT, )<br>ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT, )<br>DONALD W. BARRETT, )<br>HEALTHY SOLUTIONS, LLC d/b/a DIRECT )<br>BUSINESS CONCEPTS, )<br>HEALTH SOLUTIONS, INC., )<br>ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO, )<br>MICHAEL HOWELL, GREG GEREMESZ, )<br>TRIAD ML MARKETING, INC., KING MEDIA, INC., )<br>and ALLEN STERN, )<br>)<br>Defendants. )<br>) | Civ. No. |

(Proposed)

ORDER

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the District of Massachusetts, plaintiff Federal Trade Commission ("Commission") has filed a motion for an Order permitting the filing of its "Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order with Appointment of Temporary Receiver, Asset Freeze and Asset Restriction, Retention of Records, Expedited Discovery and Order to Show Cause Why a Preliminary Injunction Should Not Issue" in excess of 20 pages.

This Court, having considered the Commission's motion and being otherwise advised