UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1   A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>       v.<br><br>DIRECT MARKETING CONCEPTS, INC., d/b/a<br>TODAY'S HEALTH and DIRECT FULFILLMENT,<br>ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT,<br>DONALD W. BARRETT,<br>HEALTHY SOLUTIONS, LLC d/b/a DIRECT<br>BUSINESS CONCEPTS,<br>HEALTH SOLUTIONS, INC.,<br>ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO,<br>MICHAEL HOWELL, GREG GEREMESZ,<br>TRIAD ML MARKETING, INC., KING MEDIA, INC.,<br>and ALLEN STERN,<br><br>    Defendants. | Civ. No.<br><br>**03 - 1 1 1 3 6 GAO** |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Daniel Kaufman, pursuant to Fed. R. Civ. P. 65(b), declare as follows:

1.    I am an attorney in the Bureau of Consumer Protection, Division of Advertising

Practices, of the Federal Trade Commission ("FTC"), an agency of the United States

government.  I am a member in good standing of the bar of the State of New York.

2.    Because the Commission hoped to resolve this matter consensually, it had

numerous contacts with the defendants, and has therefore not filed this motion *ex parte*.  It is the

Commission's view, nevertheless, that the issues raised herein and the relief requested are

urgent.

3.    Prior to filing this Complaint and motion, plaintiff has had discussions with

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN -1  A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br><br>Plaintiff, )<br>v. )<br> )<br>DIRECT MARKETING CONCEPTS, INC., d/b/a )<br>TODAY'S HEALTH and DIRECT FULFILLMENT, )<br>ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT, )<br>DONALD W. BARRETT, )<br>HEALTHY SOLUTIONS, LLC d/b/a DIRECT )<br>BUSINESS CONCEPTS, )<br>HEALTH SOLUTIONS, INC., )<br>ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO, )<br>MICHAEL HOWELL, GREG GEREMESZ, )<br>TRIAD ML MARKETING, INC., KING MEDIA, INC., )<br>and ALLEN STERN, )<br> )<br>Defendants. )<br> ) | Civ. No.<br><br>**03-11136 GAO** |

## DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Daniel Kaufman, pursuant to Fed. R. Civ. P. 65(b), declare as follows:

1.    I am an attorney in the Bureau of Consumer Protection, Division of Advertising Practices, of the Federal Trade Commission ("FTC"), an agency of the United States government. I am a member in good standing of the bar of the State of New York.

2.    Because the Commission hoped to resolve this matter consensually, it had numerous contacts with the defendants, and has therefore not filed this motion *ex parte*. It is the Commission's view, nevertheless, that the issues raised herein and the relief requested are urgent.

3.    Prior to filing this Complaint and motion, plaintiff has had discussions with

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DIRECT MARKETING CONCEPTS, INC., d/b/a ) | |
| TODAY'S HEALTH and DIRECT FULFILLMENT, ) | |
| ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT, ) | Civ. No. |
| DONALD W. BARRETT, ) | |
| HEALTHY SOLUTIONS, LLC d/b/a DIRECT ) | |
| BUSINESS CONCEPTS, ) | |
| HEALTH SOLUTIONS, INC., ) | |
| ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO, ) | |
| MICHAEL HOWELL, GREG GEREMESZ, ) | |
| TRIAD ML MARKETING, INC., KING MEDIA, INC., ) | |
| and ALLEN STERN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

03-11136 GAO

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Daniel Kaufman, pursuant to Fed. R. Civ. P. 65(b), declare as follows:

1.     I am an attorney in the Bureau of Consumer Protection, Division of Advertising

Practices, of the Federal Trade Commission ("FTC"), an agency of the United States

government.  I am a member in good standing of the bar of the State of New York.

2.     Because the Commission hoped to resolve this matter consensually, it had

numerous contacts with the defendants, and has therefore not filed this motion *ex parte.*  It is the

Commission's view, nevertheless, that the issues raised herein and the relief requested are

urgent.

3.     Prior to filing this Complaint and motion, plaintiff has had discussions with

counsel representing all of the defendants and has discussed the fact that the Commission is filing this motion.

4.    As soon as plaintiff's Complaint and Motion for Temporary Restraining Order are filed, plaintiff will contact counsel for the defendants and find out whether they will accept service of the Complaint, Summons and motion papers on behalf of their respective defendants.  Plaintiff's counsel will also inform opposing counsel of any hearing date that is established by the Court.

5.    Although the Commission has had discussion with four different sets of counsel for the various defendants, we do not know whether any or all of the counsel will be litigation counsel for any of the defendants.

6.    In the event that the Commission is unable to provide notice and serve papers on any of the defendants through the above-described means, the Commission will attempt to personally serve defendants at either their corporate or personal addresses.

7.    As the Commission is seeking the appointment of a temporary receiver to oversee the operations of Direct Marketing Concepts, Inc. and ITV Direct, Inc., we have attached to this motion a highly qualified candidate for the Court to consider. The Commission recommends Craig R. Jalbert, a principal of Verdolino & Lowey, P.C. for this appointment.

I state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed at Washington, D.C., on May 31, 2003

DANIEL KAUFMAN
Federal Trade Commission
600 Pennsylvania Avenue NW
Room NJ-3212
Washington, D.C.  20580
(202) 326-2675 (phone)
(202) 326-3259 (fax)
dkaufman@ftc.gov