# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-CV-11136GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

**1.    The following exhibits attached to the Affidavit Donald Barrett:**

Exhibit A – Distribution Agreement dated February 18, 2002;

Exhibit B – Letter from Daniel Hurtado to Federal Trade Commission dated April 24, 2002;

Exhibit C – Supporting materials filed in FTC v. Trudeau action in the U.S. District Court for the Northern District of Illinois;

Exhibit D – Letters sent by DMC to "Closer Look" distributors dated June 19, 2003;

Exhibit E – Distribution Agreement dated April 4, 2003;

Exhibit F – Transcript of Sales Presentation;

Exhibit G – Summary of Clinical Treatments by Dr. Alex Guerrero;

Exhibit H – FDA Warning Letter dated May 12, 2004;

Exhibit I – Deposition Subpoena of Donald Barrett;

Exhibit J – Demand Letter dated April 23, 2004;

Exhibit K – Affidavit of John Maihos;

Exhibit L – Memorandum to Scot Sarver dated September 12, 2003;

Exhibit M – Public Records regarding Richard Cushman;

Exhibit N – Notice of Trespass to Richard Cushman dated December 2, 2003 and December 3, 2003;

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 7, 2004 /s/ Peter S. Brooks
Peter S. Brooks
Attorney For: Defendants
Direct Marketing Concepts, Inc.,
ITV Direct, Inc., and Donald W. Barrett