**GET THE EDGE**
Day 4, Pure Energy Live! (The Key to a Strong, Healthy, and Vital Life).
CD By Anthony Robbins

Massively improve the energy of an individual and the overall homeostatic balance in your body, which is basically your body's ability to heal itself. Since that time many people have done research on acid-alkaline balance and its impact. I met various nutritionists like Robert Young, and doctors like Dr. Alex Guerrero, who by the way is the person I recommend today. So you're going to get some pieces at our live seminar about each of these individuals and what they've discovered and how you can apply it to yourself. By the way Alex is the closest thing to genius that I've seen. He's a doctor of Chinese Medicine and he's known because he's able to take two extremes of people and help make a difference. He takes peak performance athletes when they're burning out and turns them around, which is probably a good metaphor for most of us in today's society, who are working so hard – and we don't understand why we are not able to get the most out of ourselves anymore. But he also specialized in his practice on taking care of patients that traditional doctors think are terminal and they are inoperable or there's nothing that can be done at this stage – they just believe that this person is going to pass away. And his statistics are amazing. He's now cared 400 terminal patients designed as untreatable by their physicians. Five years later approximately 85% of them are still alive and thriving. This man really has found some tools that can shift peoples' health in a short period of time, including those people who think there is no hope. So this information truly can be a breakthrough.

What I really want to do is free you from fear. So many people walk around every day afraid someone's going to sneeze on them…

Excerpt from **Get The Edge, Day 4, Pure Energy Live! (The Key to a Strong, Healthy, and Vital Life)** – CD by Anthony Robbins.
Copyright 2000 Robbins Research International, Inc. All Rights Reserved.