**Dr. Guerrero Sales Seminar**

__: He's going to be talking about (inaudible) … that we are going to be adding to our line whether we're going to be up-selling it or marketing it on the infomercial, it's going to be a wonderful product endorsed in conjunction with our core calcium and (inaudible).  So with that said, let me bring up Dr. Alex Guerrero.  [applause]

GUERRERO:     Thank you.  All right.  It will help me to explain some things.  Welcome back.  (laughter)  I figured you guys had these meetings regularly, right?  I'm glad to be here.  And thanks for taking up the time to share this evening with me to talk about something I'm really passionate about, which has been health and wellness for a long time.  Donald mentioned a little bit about how my journey got started.  Actually, it started several years ago.  My father-in-law -- actually while I was in my medical school -- my father-in-law got squamous cell carcinoma, which is a topical cancer.  He formed a little lesion on his right shoulder.  It was very simple to treat; not a big deal.  They usually just remove it; do a little radiation and it's done.  Fairly simple.  His went misdiagnosed.  They took his biopsy; told him it was benign.  In his chart they wrote malignant and never told him.  He grew another one back after several months; let it go, just like -- you know, I think most of us, you know, you think -- you realize something's benign.

1

In this fast-paced lifestyle that we live in and you're busy working and making money for families and that's where he was. And he let it go. And it had rooted and got into his lymphatic system. And he, just over time, they ended up removing his right arm; then they removed his scapula; they removed his clavicle; they removed three ribs; and then he ended up passing away of septic failure. In other words, the cancer was obviously in his blood stream, which we'll talk a little bit about tonight. But it obviously holds through his bladder and his urine got into his bloodstream; that's how he died. So it became a very horrific ordeal for our family. And I vowed at that time that nobody in my family would ever suffer like that again.

And my bachelor's in biology and being a biology major, I certainly understood a lot about cell structure and cell life and cell regeneration. And in medical school, we just didn't get you know, into a whole lot of that. Most of it was based on, you know, acute care. I think conventional medicine is probably the best hands-down acute care medicine there is, but they certainly aren't very effective chronic care. And I was more interested in chronic care at the time. My pharmacology teacher was an acupuncturist and gave me some information on traditional Chinese medicine. And I fell in love with the theory, and so I transferred and I went to a school called Samra

2

University of Oriental Medicine, where I got my doctorate in traditional Chinese medicine.  Then I began to study -- I got into herbal therapies and herbal remedies and that's how I then got into acid alkaline balancing.

While doing my orthopedics rotation, I got into doing sports medicine.  I originally wanted to have a clinic that specialized in internal medicine; that's really where my passion lies.  But in California, starting an alternative internal medical practice is a little difficult.  Most people see alternative practitioners when -- as a end result, right?  It's hardly ever that I get somebody walking into my clinic that has just been diagnosed.  I usually get them when they're on a morphine drip or on oxygen tank.  So it was a little difficult to start that type of practice.  So for my orthopedics rotation, I started to do some sports medicine.  Anthony Smith from the Raiders at that time came in; did some work with him.  I started to do a lot with the Raiders at that time.  So, then I decided I would change my specialty to sports medicine and have a sub-specialty in internal medicine.  So currently, I now treat your New England Patriots.  So I'm out here probably -- well, starting in July, I'll be out here probably 6-10 days out of the month dealing with your Patriots.  I also have a contract with the '49-ers, the San Diego Chargers, the Seattle Seahawks, the Houston Texans and I also do the Los Angeles Lakers.  And so

that's kind of where my start began. That's kind of where I am now.

The Supreme Greens project that we're going to talk about tonight is actually a project I developed several years ago, primarily just to add a nutrient value to my terminally ill patients. Most of them have a hard time eating foods. They're on chemotherapy or radiation. They're nauseous. So they just don't eat very much. So their nutrient value is very poor. What we know is that the body is what we call bioenergetic. Everything has energy, doesn't it? Everything is energetic -- the foods we eat; the music we listen to; the sound of our voice; everything has a vibrational frequency. Our bodies also have a vibrational frequency. And that vibrational frequency is based on how much nutrient you give there it. So in our society today, what do you think our nutrient value is?

__: (inaudible) (laughter)

GUERRERO: A joke? How many people in here feel they really get adequate nutrition during their day? Anyone? One. One honest lady. OK. What would be the typical standard American diet today? What's breakfast?

__: McDonald's.

__: Coffee.

GUERRERO: OK, McDonald's, coffee.

__: Processed food.

GUERRERO: Processed food. Coffee and a bagel. OK. Now I'm not talking about -- we don't have -- we don't serve that food here in this company do you? Just kidding. (laughter) As he's drinking his cup of coffee over there. Of sipping it really fast. But for the most part, that's what we have, right? We have highly processed foods, which years ago you used to run to you know, McDonald's. And you'd go through the drive-through and you'd ask for what? Give me a number one meal, right? Eat your number one meal. And over time, society changed, didn't it? That number one meal, that number one whatever it was -- that Big Mac with fries and a drink no longer satisfied us, did it? So what do they ask you every time you went in? What would you like? Would you like to -- Super Size? (laughter) Right? And why was that? The reality is, you got hungry again after you just ate, right? Within 15, 20 minutes of eating, you found yourself hungry again. And how often do we find ourselves doing that today? We eat a meal and we eat dinner and then 30 minutes later you're opening up your cupboards and you're kind of looking for a snack. You're really -- how many can relate to that? OK. I think most of us can. We've all been there. And so that is based on nutrient value. How much nourishment your cell actually gets to aid you through your cycle during the

5

day.

How many people in here feel like they would like to take an afternoon nap? Fifteen, 20 minute afternoon nap and they'd be great. OK. A lot of us, right? So you can imagine, Donald, how much more work productivity would be if they didn't feel like they wanted a 15 minute nap. Oh, oh. But I forget. You guys start early, early in the morning here, don't you? So -- but even with that, our whole premise is really to say, how can we increase nutrient value to the cell to provide maximum amounts of energy and to provide the body an environment that is now conducive to cellular regeneration as opposed to cellular degeneration?

And you guys already know what the answer to that is, right? You guys sell it every day. It's alkalizing, OK. And that's really what it is. You've got two bases. You've got an acid base and you have an alkaline base. Here you've got positive ions and here you've got negative ions. The sun emits positive ions; the earth emits negative ions. So everywhere we're going to start to find this balance. And that's where we want to have this balance. So in our food choices today, ideally you would want to make sure that 80 percent of your food choices came from alkaline foods and 20 percent from acid foods. And

that's going to help maintain that balance. Now the success of this company has been based on the fact that our society is inverted, isn't it? 80 percent of our diet is from the acid foods and 20 percent is from the alkaline foods, which is the reason why you're here selling that calcium which is so wonderful. But what the calcium does not offer is nutrient value. So when a cell cycle of regeneration -- you get new skin cells every 30 days. So every 30 days, if those skin cells have not received the amount of nourishment they need to regenerate, what will they be in a cycle of?

\_\_: (inaudible)

GUERRERO: Degeneration. And we call that aging. You get new bone cells every 120 days. You get new organ cells every six weeks. So if that drops and your nutrient value drops, you're now going to have more positively charged ions. And I don't care how much coral calcium you take, you're going to be in a state of degeneration. So the tie-in and the beauty between the Supreme Greens is that it offers you phyto-nutrients. Did I spell that right? It offers you phyto-nutrients now to aid in the absorption of the calcium that you're currently selling. And now you have a red blood cell, that when your body ingests something, in an alkaline base, your liver breaks it down

7

to very small particles called colloids. Those go into the cell. The mitochondria in the cell then metabolizes it; it does what it does with it; eliminates and excretes the waste. Your lymphatic system comes and clears it out and you're running healthy. And you've got energy; you don't feel like you need to take that 15 minute nap. And you're going. In an acid base, you've got hard mucous that forms around that cell. Now the liver can't break the nutrients down small enough to pass through this mucosal barrier here. So your body is screaming. So we eat; we get filled, but we don't get nourished. That food -- all those food particles stay inside the body. They begin to ferment or rot and we begin to ferment from the inside out.

And so what would be some of the symptoms of fermentation inside your body? Bad breath. How many of you know people that have halitosis or bad breath? OK. (laughter) That's fermentation. OK. Foul smelling gas. Body odor. All of those things are a result of fermentation. Acne. That's your body burning -- breaking down from the inside out. Your body cannot differentiate between sugars. So if you take fructose, glucose, sucrose -- if the cell does not metabolize it and burn it efficiently for fuel, it ferments in the body and turns into acetylaldehyde (sp?) -- that's alcohol -- and you

8

begin to rot. So the purpose of the Supreme Greens is --is to make sure that we can always nourish the body and make sure we keep within that percentage rate.

If we can nourish the cell; cleanse the blood -- we now are in a state of regeneration and you have energy; you have more clarity of thought; sharper mind; you have weight loss -- automatic weight loss; the weight is a by-product of over-acidification, (sp?) isn't it? The fat -- I don't care how little food you eat -- there's probably people that have been on yo-yo diets, right? You've dieted; you've lost some weight; you gain it back. Because what happens is that acid -- that the fat is protecting you from the acid. Think about your body's fluids as acid rain. You can imagine what acid rain would do to a paint job on a car? Well that's what it does to your internal organs. So the fat protects you from that. The body also cannot differentiate trauma. So regardless whether it's emotional trauma, physical trauma -- being hit, working out with weights. How many of you have worked out with weights and felt that lactic acid burn the next day? That's over-acidification. That's your body's inability to metabolize acids. So what we do with all the professional athletes is we try to maintain and keep them at an alkaline environment because in an alkaline environment you don't have any

inflammation. There's no swelling. So now, imagine what the Supreme Greens will do for somebody that has arthritis or lupus or rheumatoid arthritis, which is a blood disease. It's not actually a bone disease. It's a blood disease. Or somebody with fibromyalgia or chronic fatigue syndrome. So, my patients take this -- that I deal with fibromyalgia and CFS and lupus and RA. It doesn't matter. Because you want to nourish the cell. The cell receives nourishment -- when we talk about nourishment, we're talking about vitamins, minerals, amino acids, proteins. And in a plant-based formula, you have all of those. And in the Supreme Greens with MSM, all the phyto-nutrients, meaning you've got spinach and kale and okra and broccoli; you've got carrots; you have all the immune enhancing agents in there. You've got Echinacea tops; there's garlic bulb. There' wheat grass, barley grass, shave grass, dog grass. We've also added all the sprouts. So you have alfalfa sprouts, soy sprouts. You have wheat sprouts; barley sprouts. We've added turkey rhubarb; sheep sorrel; and then I added some ginger root powder in there and the MSM. And then there's grapefruit pectin, which I'll talk about.

    But the MSM, as a nutritional sulfur, and that's what separate the Supreme Greens from any other greens product out there. That the MSM acts as a nutritional sulfur. A

quarter of your body's chemistry is made up of that sulfur. It comes from the plankton in the ocean. It gets absorbed up into the rain clouds. As it comes down the rain water, the plants then metabolize that water nutrient -- that sulfur -- metabolizes it 100 times. So when you go into your garden and you smell that garden, that smell that you're smelling is MSM. Which is the reason why when you walk into the grocery store and you go into the fresh produce section, you don't smell that same smell. Because it's no longer being nourished by that MSM. The MSM is what maintains the vibrational frequency of the greens or of the formula. And your body's cell regenerates at a certain frequency and that frequency is 70 megahertz. Anything below that and you're in a state of degeneration. Supreme Greens with MSM resonates at 250 megahertz. And I think there's a picture over here. That is actually a resonating frequency of a leaf that is in the Supreme Greens.

__: What does that mean?

GUERRERO: That is what this is - this is based on Kurlian (sp?) photography. And Kurlian photography takes the picture of the energy of any living substance. So for example, when I -- and I would have brought the picture too, but -- my father-in-law, we put him behind a back-drop

11

```
              -- he no longer had his right arm, but we put him against a
         black drop and did a Kurlian photography of him where you
         could see the energy outline of his right arm.  Which is
         why -- which is now how we explain phantom limb pain.  Have
         you heard about phantom limb pain before?
__:      Yes.
GUERRERO:     That's what that is.  The vibrational energy
         circuit is still there.  So the neurons are firing and
         sending synapses like an itch.  Or like sometimes my
         father-in-law would sit there and he'd -- you know, you'd
         see him cringing.  It's like, what's wrong, Dad?  He goes,
         my arm is killing me.  Dad, you don't have an arm, we'd
         say.  (laughter)  Yes, but it's killing me.  And that's
         what -- that's what was happening.  That was phantom limb
         pain because the energy was still there.  And so the
         neurons are still firing, sending synapses there.  But he
         didn't -- he couldn't itch it when it itched and that's
         terrible.  That's -- so it measures the vibrating frequency
         of any living substance.  And so that's one of the leaves
         of -- one of the things that's in the greens.  This is
         another picture.  This is actually a picture of the
         capsule, of the Supreme Greens capsule.  You can see how
         much energy vibrates off of that capsule.  That energy is
         what supplies and nourishes the cell.
```

Q: How do you measure the energy?

GUERRERO: It's based on a vibrational frequency. So Kurlian machines -- all they do is just measure energy. I can take the energy frequency of anything -- a hamburger -- and I've got a whole bunch of pictures that we've done. But yeah, that's all it measures is just the vibrational frequency of any living substance. And the reason why we do that is because not all vitamins are created the same. So you'll have some low end vitamins out there -- and this might be just a little tidbit of information for you and your customers -- is that the pharmaceuticals companies out there for the most part really want to sell a lot of their medications. And so they've gotten into the supplement business. I mean the supplement business is what now, $30 billion a year business? So they've gotten into it and they've you know, provided low, you know, low-dose supplements -- supplements that cost, you know -- you can go out, over there to GNC and get $5 vitamins, you know, an $8 multi-vitamin, you know. I have people coming into my office that have come in with calcium that they've bought for $3.99. And the issue there is that the vibrating frequency of that is very low. And if the cell -- remember it needs at least 70 megahertz worth of nourishment in order to maintain that regenerative cycle. If it doesn't

13

get that, the body is going to fight for the energy frequency.  So now let's say you've got a vitamin that resonates at 60 megahertz, and your cell needs 70, after time that vitamin's whole code -- its electrical matrix is meant to stay at 60 megahertz.  So over time it's going to start depleting energy from your cell and that's what we call vitamin toxicosis.  And that's what a lot of the pharmaceutical companies want to start seeing.  They want to start seeing people that suffer from vitamin toxicosis and then they'll say, see, we told you vitamins really didn't help  you.  Come back and get the medication.  So, we want to make sure that we have high resonating supplements, which is something that you might want to explain to your customers.

But the grapefruit pectin is another little extra added thing that we put in there.  Grapefruit pectin actually is an artery -- it just blows out the arteries.  In other words, what they did is they took the study of -- and they had pigs and they had two groups and they fed them high lard diets over a 12 month period of there is me.  And in one group they gave them grapefruit pectin.  And after 12 months, the group that was fed grapefruit pectin had 88 percent less arterial plaque than they had when they started the study.  That was with the high lard diet.  So

14

what we've done is we've put some grapefruit pectin in there in a high concentrated amount to deal with something that's becoming epidemic in our society, which is heart disease. And by the way, who is suffering from heart disease more, men or women?

__: Men. Women.

GUERRERO: Women now. It used to be men. You're absolutely right. Men used to suffer from more heart disease. Now women are suffering from more heart disease than men.

Q: What do you attribute the change-over to?

GUERRERO: It's actually a new diagnosis they've come out with called hurried woman's syndrome. You guys heard about it? Has that hit Boston yet? (laughter) Has that hit Boston yet? It's big in California and they even gave us doctors a diagnostic code for it.

__: (inaudible)

GUERRERO: Hurried woman's syndrome? It's basically a -- if you have mood swings, irritability (laughter), irregular menstruation, headaches, OK. So instead of just -- I don't know -- you used to call it PMS. It's now hurried woman's syndrome. So, ladies. (laughter) You have an official diagnosis. (laughter) But no. But things like insulin resistance; diabetes is also extremely epidemic in our country right? It's increased over the past 10 years 33

15

      percent in what age group?

\_\_:    (inaudible)

GUERRERO:    Adolescents, 18 to 25.  What's the age group of people in here?  How many in their 20's in here?  That's your age group, right?  (laughter)  Diabetes used to be grandma and grandpa  disease.  You do look 20 years old.  I was going to say, if you didn't raise your hand, you should.  (laughter)  But diabetes used to be a grandma and grandpa disease.  Thirty-three percent in the past 10 years in your age group.  Why?  (laughter)  Because we have an inverted life style.  We eat fast food.  We live fast-faced lifestyles.  We don't get enough sleep.  We burn the candle at both ends.  We become too acidic; don't get enough nourishment.

(n.b.    **The questions being asked from the audience are inaudible as they are not near the microphones, and cannot be understood)**

      This is a healthy blood profile.  That's a sick blood profile.  You see the difference?

\_\_:    Yes.

      That is actually a parasite.

Q:    (inaudible)

GUERRERO:    It will.  Yeah.  Because its whole purpose is --

again, there are some immune enhancing herbs in there. And again, if the cell receives the amount of nourishment it needs through its cycle of regeneration, that's what you get.

\_\_: What about T cells?

GUERRERO: Same thing. I've got an AIDS patients whose T cells were 7. A normal T-cell count is 1200. This -- he was on a morphine drip. He was in the hospital -- the hospital study that I did. His T-cell count is now 1385. And all we really did are principles of acid-alkaline balance. Now certainly, we've altered his diet. Don't get me wrong. I mean, he's not eating McDonald's. But he was on the greens. I put all of my patients on it. The foundation formulas in my office are coral calcium and the greens. Those are foundational formulas. They go along with every protocol I ever give. So, my AIDS patients, my patients that have Parkinson's, diabetes, multiple sclerosis -- which, by the way, 80 percent of MS is misdiagnosed. It's now aspartame toxicity.

\_\_: What?

GUERRERO: Aspartame toxicity. It's aspartame poisoning, 80 percent of it is. So if you knew people with multiple sclerosis -- I get them coming into my office and we put them through you know, de-tox (inaudible). We give them

the greens; we alkalize their systems. And then we do MRIs and we find no more lesions. It certainly ends up the MS is gone, OK. But now we're learning that it was actually aspartame toxicity because the body doesn't metabolize the aspartame and it sits and it acidifies.

Q: (inaudible) diet sodas?

GUERRERO: That's what in all your diet sodas -- are all aspartame. Your Equal -- that's aspartame; your Nutri-Sweet; all your sugar-free gums.

Q: Are the Supreme Greens (inaudible) or the multi-vitamin also?

GUERRERO: The Supreme Greens will be a -- will provide you with all the vitamins, minerals, amino acids and plant proteins, as well as now I've added some --

Q: Are all the nutrients in the Supreme Greens whole foods?

GUERRERO: It's a whole food.

Q: OK. (inaudible)?

GUERRERO: There's only one ingredient that if you take too much of, because of the alkaloids in there can cause (inaudible) -- that's spinach. But it's very low dose. So no, not really. I mean, you're going to dilute it in water. Your body is 70 percent water. Your plasma is 80 percent water, and that's where your red blood cell is anyway. So, you know, it comes in two types of formulas.

>     It comes in a powder and it comes in a capsule. Obviously the powder is much more effective to drink it. But the capsules also will give you a lot of energy and --

Q:     What does two capsules (inaudible)?

GUERRERO:     Two capsules would equal a teaspoon. In other words, one teaspoon, its concentration is 20 to one. Which means that two -- that one teaspoon of the Supreme Greens or two capsules will give you the nutrient value you'd get from two pounds of vegetables. Two pounds. OK.

__:    (inaudible)

GUERRERO:     I've got spearmint leaf, wintergreen leaf, peppermint leaf. And I've brought those dosages up. The MSM value in one teaspoon is 3000 mg per teaspoon.

Q:     Would you say it's actually better to take the Supreme Greens than to go out and eat the two pounds of vegetables?

GUERRERO:     Yeah, absolutely. And the reason why is because our farming communities today really only put back three minerals back in the soil. They put sodium, phosphorus and nitrogen back in the soil. Now, when a plant grows, it takes up 67 minerals. So, when you -- for example, I was doing a lecture in Idaho and I was talking to a farmer there. And he's, you know, tilling his ground and I'm out there chatting with him. And I'm saying, hey, where are all the birds? You used to see on TV shows that they're

farming; birds come, right, and they'd eat the little worms and stuff in the sand and the soil. It's a joke. Hey, where are all the birds? He said, oh, they don't come around any more. I said, what do you mean, they don't come around any more? (laughter) And he said, well there's nothing in the soil for them to eat. He said with farming prices the way they are; with the amount of money they give us, we cultivate the same piece of land all the time. So, I mean, you don't have to be a rocket scientist, right, to figure out that crop after crop after crop. If a plant is taking in 67 minerals and the farmer is only putting back three, well, it's not going to take too long before the food -- the fresh food we're getting at the store, it's nutrient deprived. We just simply are not getting the nourishment that our body needs to support it through its cell regeneration. Which is why we're seeing more degenerative diseases today than we have ever before. Twenty percent of my cancer patients are under the age of 30.

Q: (inaudible)

GUERRERO: They -- all the ingredients in here are organically grown.

Q: (inaudible)

GUERRERO: It depends. They've now changed how they

20