# HEALTH TREASURES Dr Alex Guerrero

## Supreme Greens with MSM Dr Alex Guerrero

<u>Order Supreme Greens capsules</u>   <u>Order Supreme Greens powder</u>

**Powder or Capsules Same Price**
**1 = $34.95 each**
**2 =$32.95 each**
**3 =$30.95 each**
**6 =$28.95 each**
**12 =$26.95 each**



**Supreme Greens Capsules**
**180 capsules per bottle**
<u>Order Supreme Greens capsules</u>
Recommended dose is 3 capsules, 2 times a day (6 capsules a day).

**Supreme Greens Ingredients**

**Supreme Greens FAQs**

**As Seen on TV with Dr Alex Guerrero**
**As seen on television with Doctor Guerrero. Supreme Greens is synergistically blended to enhance and preserve the radiating frequency of each ingredient. SupremeGreens with MSM is blood purifying and immune system enhancing.**

**Supreme Greens is Bio-Available**
**Bio - meaning life, Supreme Greens gives energy to your body. Your body cells require a certain electromagnetic frequency to stay healthy. Through a process called Bio-electography scientists can measure the energy surrounding living elements and have determined the minimum energy level required for normal cellular regeneration is 70 megahertz. Typical products have resonating frequencies of 5 megahertz. The average American diet rarely goes beyond 50 megahertz. However, Supreme Greens with MSM resonates at an astonishing 250**

**AS SEEN ON TV**

Site Map

Order Coral Calcium Supreme

Order Coral Calcium Supreme PLUS

Order Coral Calcium Daily

Order Calcium Factor Plus

Coral Calcium Powder

Seasilver ®

Barley Green

Fibre Cleanse

Supreme Greens

Coats Aloe Vera

**Dr Alex Guerrero**



**Supreme Greens Powder
8 ounces/jar**
Order Supreme Greens powder

**Supreme Greens**

**Megahertz!**

## CAPSULES

Order Supreme Greens capsules- 1 bottle

Order Supreme Greens capsules- 2 bottles

Order Supreme Greens capsules- 3 bottles

Order Supreme Greens capsules- 6 bottles
Wholesale

Order Supreme Greens capsules- 12 bottles
Wholesale

## POWDER

Order Supreme Greens powder- 1 jar

Order Supreme Greens powder- 2 jars

Order Supreme Greens powder- 3 jars

Order Supreme Greens powder- 6 jars
Wholesale

Order Supreme Greens powder- 12 jars
Wholesale

**Supreme Greens and Dr. Alex Guerrero**

Vitamins, Minerals

Gourmet Organic Coffee

Nuclear Radiation Protection: Potassium Iodide Tablets

Barefoot Calcium Factor Book

Order pH Paper

Order Barefoot Audio Tapes

List of All Products

Coral Calcium Home

Shopping Cart

WAYS TO PAY

Shipping Rates

Barefoot Coral Calcium

Sign Up for Free

Newsletter

Free Link
Exchange

Health Links
Directory

## SHOPPING
We ship to the United States only.
**List of All Health Products · Shopping Cart · Ways to Pay**
**Shopping Cart · Search Site · Site Map**

## BUY CORAL CALCIUM
**Compare Coral Calciums · Calcium Factor Plus · Coral Calcium Daily**
**Coral Calcium Supreme · Coral Calcium Supreme Plus**
**Large Quantities – Wholesale Coral Calcium**
**Bulk Coral Calcium Powder · Barefoot Coral Calcium Books**

## SEASILVER
**Free Seasilver ® if you've never ordered before**
**Buy Seasilver ® · Seasilver® Monthly AutoShip · Be a Seasilver Distributor®**

## BARLEYGREEN & YH INTERNATIONAL PRODUCTS
**Order Barley Green · Order Lorraine Day Workbook and Videos**
**Order Fibre Cleanse · Buy Other YH International Products**
**Be a BarleyGreen Distributor**

## ORDER pH Paper, BOOKS, ALOE VERA,
## SUPREME GREENS and OTHER HEALTH PRODUCTS
**pH Litmus Paper 4.5-7.5 · pH Paper Full Range 0-14**
**"The Calcium Factor" Book · Buy Barefoot Audio Tapes · Green Tea**
**Nuclear Radiation Protection: Potassium Iodide · Vitamins, Minerals**
**Coats Aloe Vera Juice · Gourmet Organic Coffee · Supreme Greens**

## COMPANY INFORMATION & NEWSLETTER
**Coral Calcium Home · Free Health Newsletter · Email Us**
**Affordable Health Insurance · Are You a Web Designer?**

## LINKS EXCHANGE
**Exchange Links, Free Add URL · Free Link Exchange**
**Copy Link Code · Health Links Directory**

Sunburst Communications, Inc. dba
## HEALTH TREASURES
**265 SW Port Saint Lucie Blvd, #146**
**Port Saint Lucie, Florida 34984**
**Email: Health@healthtreasures.com**

© Sunburst Communications, Inc. 2001-2004. All rights reserved.

**Warning!** Dietary supplements are not to be used to prevent or treat any disease. The statements on this web site have not been evaluated by the FDA. Any information provided on this website is not a substitute for the advice of a licensed medical practitioner. Individuals are advised not to self-medicate in the presence of significant illness. Ingredients in supplements are not drugs and may not be foods. This site does not advise administration of supplements to children, and no supplements should be taken in pregnancy without professional advice.

This web site and Health Treasures dba Sunburst Communications, Inc. make no claims or statements about any health products or supplements sold on this site as being able to prevent, mitigate, treat or cure cancer or any other disease. We make no health benefit claims either express or implied about any of the products or supplements on this site. All health benefits claims must be substantiated by competent and reliable scientific evidence. Please consult your Medical Doctor, physician and/or health practitioner about the benefits of any products shown on this site. This site does not claim to be a doctor or physician and does not give any health advice. Any quoted statements from people, scientists and researchers is just their opinion. It is not this web site or Health Treasures' opinion and not our claim.

## SPORTS, EXERCISE, WEIGHT LOSS
### Sea Kayaking

## HEALTH AND LIFESTYLE SERVICES
### Weddings

## OTHER WEB RESOURCES
### Teaching Golf | Golf Schools

# healthy essentials™ 1-866-5GREENS

⇒ home   ⇒ products   ⇒ news   ⇒ dr. guerrero   ⇒ faq   ⇒ testimonials   ⇒ the guerrero library   ⇒ about us

---

## product links

### Supreme Greens With MSM™
▸ Supreme Greens
▸ AUTOSHIP: Supreme Greens
▸ 3 Pack: Supreme Greens
▸ 6 Pack: Supreme Greens

### Essentials Pack™
▸ Dr. Guererro's Essentials Pack
▸ AUTOSHIP: Essentials Pack

### Coral Calcium Ultra™
▸ Coral Calcium Ultra
▸ AUTOSHIP: Coral Calcium Ultra

### Coral Calcium Ultra Teabags™
▸ Coral Calcium UltraTeabags
▸ AUTOSHIP: Coral Calcium Ultra Teabags
▸ 3 Pack: Coral Calcium UltraTeabags
▸ 6 Pack: Coral Calcium UltraTeabags

### Mega-Multi Daily™
▸ Mega-Multi Daily
▸ AUTOSHIP: Mega-Multi Daily

### Adrenal Plus™
▸ Adrenal Plus
▸ AUTOSHIP: Adrenal Plus
▸ 3 Pack: Adrenal Plus
▸ 6 Pack: Ardrenal Plus

### Thyroid Plus™
▸ Thyroid Plus
▸ AUTOSHIP: Thyroid Plus
▸ 3 Pack: Thyroid Plus
▸ 6 Pack: Thyroid Plus

### Female Support™ Formula
▸ Female Support
▸ AUTOSHIP: Female Support
▸ 3 Pack: Female Support
▸ 6 Pack: Female Support

### Male Support™ Formula
▸ Male Support
▸ AUTOSHIP: Male Support

## featured product

## Official Dr. Alex Guerrero Distributor!



# Your Source for Supreme Greens!

## Supreme Greens with MSM™

### Available in Capsules or Powder -

Supreme Greens with MSM™ formula is an exclusive bio-energetic Mega-Food formulation of organically grown grasses and vegetables, fibrous herbs, sprouted grains, and MSM (MethylSulfonyMethane). Available in capsules or powder. **>> more info**.

### SUGGESTED RETAIL PRICE: $39.99ea

### MAY SPECIAL! -

 with any order of $50 or more.

# FREE PH Test Strips with all new order

### FedEx 3 day Shipping on most orders!* (Details)

Get the most out of Supreme Greens with MSM™ by using Dr. Guerrero's Essentials Pack. The Essentials Pack™ is a complete source for your daily nutritional needs. FREE Shipping.

 1 Bottle $27.50($5.95S&H)

 2 Pack: $53.00 $26.50(ea)

---

▸ 3 Pack: Male Support
▸ 6 Pack: Male Support

**Weightloss Pack**
▸ Weightloss Pack

**BUY NOW** 3 Pack: $76.50 $25.50(ea)

**BUY NOW** 6 Pack: $144.00 $24.00(ea)

**BUY NOW** 12 Pack: $282.00 $23.50(ea)

**AUTOSHIP - Free Shipping on all Supreme Greens Autoship orders!**

**BUY NOW** 1 Bottle $25.50(ea) W/Autoship*

(With **FREE** Priority Mail Shipping!)

**BUY NOW** 2 Pack: $50.00 $25.00(ea)*

*****Autoship**

**BUY NOW** 3 Pack: $72.00 $24.00(ea)*

*****Autoship**

Receive 1 **FREE** bottle of Dr. Guerrero's **Mega-Multi Vitami**
with every 3 Pack of Supreme Greens with MSM and **2** bottle
with every 6 Pack!
*If you select an **Autoship** product, you will receive that order every mon
until you cancel.



**Each Essentials Pack contains:**
Supreme Greens with MSM™
Coral Calcium Ultra™
Mega-Multi Daily™

*ALERT!* Taking

Supreme Greens with M!
alone is not enough! *St
Here* for your daily nutri
needs.

**Essentials Pack™**

Dr. Alex Guerrero
recommends the Essenti:
Pack to everyone as there
minimum daily regiment
The Essentials Pack was
synergistically formulate
Dr. Guerrero to raise you
PH, making your body's
internal environment
Alkaline helping you figh
sickness and disease. The
Essentials Pack provides
body with all the essentia
vitamins and minerals
needed. Comes in a 30 da



Dr. Alex Guerrero, OMD.



supply and ships today!

~~Only $67.85~~ NOW ONLY
**51.95!+FREE** Shipping*(US o

**AUTOSHIP**
**$47.95 on Autoship with FRE**
**shipping for as long as you**
**continue your Autoship.**

## Contacts

**Name  Role  Email  Telephone  Telephone**

Privacy Statement  |  Terms Of Use  |  Site Map

Powered by Scientifik Solutions -- Copyright (c) 2004 Healthy Essentials, Inc. -- Official
Warning!
Dietary supplements are not to be used to prevent or treat any disease. The statements on this web site have not been evaluated by
the FDA. Any information provided on this website is not a substitute for the advice of a licensed medical practitioner. Individuals are
advised not to self-medicate in the presence of significant illness. Ingredients in supplements are not drugs and may not be foods.
This site does not advise administration of supplements to children, and no supplements should be taken in pregnancy without
professional advice.
Portal engine source code is copyright © 2002-2004 by DotNetNuke. All Rights Reserved



# S O L U T I O N S

● **OUR PRODUCTS**          ● **DR. GUERRERO**          ● **HEALTH LIBRARY**



# 888-566-0226

**Bioenergetics.** Bio - meaning life, and energetics - meaning energy, is the passion behind Health Solutions™ products.

We invite you to
learn more about <u>Our Products</u>,
**sign up for our outstanding affiliate program**,
meet <u>Dr. Guerrero</u>,
and learn about our products and your health
in our <u>Health Library</u>.

©2003-2004, Health Solutions, Inc. - <u>Legal Notices</u> - <u>About Us</u> - <u>Customer Service</u> - <u>FAQ</u> - <u>Affiliate Login</u>



# S O L U T I O N S

● **OUR PRODUCTS**          ● **DR. GUERRERO**          ● **HEALTH LIBRARY**          ● **HOME**



### Dr. Alex Guerrero

In February of 1991 Dr. Guerrero's father-in-law died of skin cancer after three years of treatment and surgeries. During those three years his father-in-law lost his right arm, right shoulder blade, right collar bone, a couple of ribs, part of a lung, but most importantly his dignity. Dr. Guerrero decided then and there that there had to be a better way to live. So began his journey, which lead him through post-graduate studies at the SAMRA University for Traditional Chinese Medicine in Los Angeles, California, where he received his degree in Traditional Chinese Medicine.

During his internship he saw patients of every background, creed, and color, with almost every ailment known to man. At that time the clinic was inundated with AIDS patients, cancer patients, and people with several other degenerative diseases. Upon graduating, he continued to study, research, and read with regard to degenerative diseases. His private practice was and is a diverse group of individuals. Many are what he calls "internal" patients. These are people with various degenerative and chronic ailments. He has treated PMS, fibromyalgia, cancer, prostate problems, diabetes, lupus, chronic fatigue syndrome, arthritis, and many other diseases.

The other part of his practice involves his athletes. He currently works with many World-Class Athletes and Professionals in the NBA and NFL.

Through working with his athletes, he developed techniques involving deep tissue therapy, neuromuscular re-education, active release therapy, neurolymphatics and kinesio-taping in addition to developing treatment plans and education for the Trinidad/Tobago National Soccer Team and the West Indies Cricket Team.

In the process of treating all of his patients, he sought for supplements that would increase health and wellness in all individuals and also wanted products that would improve athletic performance in his athletes. Finding nothing on the market that would satisfy his or his patients' needs, he began to use his extensive knowledge in herbology to develop his own formulations. With the knowledge that the soil used to grow our food has been stripped of vital minerals and nutrients, he believes that supplementation has become an essential part of our lives. However, not all supplements are created equal. With the scientific knowledge that all living matter has energy, Dr. Guerrero developed products that retain their life force, thereby improving the body's ability to absorb their vital nutrients. This knowledge has taken him around the world lecturing on health and wellness to many thousands of individuals.

Dr. Guerrero asserts, "All disease is in the blood and over-acidification of the blood and tissues is the primary contributor to disease and sickness." To increase health and wellness in our society, he has made his exclusive formulations available to the public. Now, everyone can share the passion of Dr. Guerrero's life work by energizing,

rejuvenating, and nourishing your body with Health Solutions™ products.

©2003-2004, Health Solutions, Inc. - Legal Notices - About Us - Customer Service - FAQ - Affiliate Login