| DOCKET | | 9613CR1427 | ATTORNEY NAME | *not indigent (CPCS)* |
|---|---|---|---|---|
| Lynn | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | ☐ Waived  ☑ Assigned | |
| | CUSHMAN, RICHARD  20 PEMBERLY DRIVE  SAUGUS, MA 01906 | | ☐ Retained  ☐ Assigned but able to contribute $ | ☑ BAIL WARNING |
| | | | TERMS OF RELEASE *4 bail made*  *50,000 ① stay away*  *5000 ② report 2x/wk*  *③ impatient trx* | |
| DATE OF BIRTH 01/19/1976 | SEX M | RACE W | HEIGHT ' " | WEIGHT | EYES XXX | HAIR XXX | DATE 3-6-96 | PROCEEDING ☑ Arraigned before J. *Connors*  ☑ Advised of right to counsel  ☐ Advised of right to drug exam  ☑ Advised of right to bail review  ☐ Advised of right to F.I. Jury Trial   ☐ Waives  ☐ Requests F.I. Jury Trial  ☐ Advised of alien rights |
| C.C. # | SOCIAL SECURITY # 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 | | | |
| DATE OF OFFENSE 03/05/1996 | PLACE OF OFFENSE SAUGUS | | | |
| COMPLAINANT COOK, ARTHUR | POLICE DEPARTMENT SAUGUS PD | | | ☐ Warrant issued  ☐ Default warrant issued |
| | | | 3-6-96 | ☑ Default removed  ☑ Warrant recalled |
| DATE OF COMPLAINT 03/05/1996 | RETURN DATE AND TIME | | | ☐ Warrant issued  ☐ Default warrant issued  ☐ Default removed  ☐ Warrant recalled |

| COUNT-OFFENSE | | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| A. 1 - 266/1 ARSON OF DWELLING HOUSE c266 §1 | | | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea:  ☐ Admits suff. facts | *Dism'd 2nd + arr* |
| 5/24/96 | FINDING *Dism'd* | JUDGE *Gailey* |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION — DATE  ☐ Discharged from probation  ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

| COUNT-OFFENSE | | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| B. 1 - 266/5/C BURN MOTOR VEHICLE c266 §5 | | | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea:  ☐ Admits suff. facts | *Dism'd 2nd + arr* |
| 5/24/96 | FINDING *Dism'd* | JUDGE *Gailey* |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION — DATE  ☐ Discharged from probation  ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

| COUNT-OFFENSE | | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| C. 1 - 265/43/A STALKING c265 §43 | | | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea:  ☐ Admits suff. facts | *Dism'd 2nd + arr* |
| 5/24/96 | FINDING *Dism'd* | JUDGE *Gailey* |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION — DATE  ☐ Discharged from probation  ☐ Dismissed at request of probation    03/19/96 BAIL   5000.00 |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

| COUNT-OFFENSE | | V/W FEE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| D. | | | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty  ☐ Guilty  ☐ Nolo  ☐ New Plea:  ☐ Admits suff. facts  FINDING   JUDGE | 6-3-96 **BAIL RETURNED TO SURETY. SEE CHECK # 5676 $ 5000—** |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION — DATE  ☐ Discharged from probation **TRUE COPY ATTEST**  ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.  ☐ Appeal of disp. | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | CLERK MAGISTRATE | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 3-15-96 | appearance | | | | | | | |
| 4/30/96 | P/C | | | | | | | |
| 5/—/96 | PTH | | | | | | | |
| 5/24/96 | PTH | | | | | | | |

DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

| CRIMINAL COMPLAINT | DOCKET NUMBER 9613 CR 5199 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION: LYNN | NAME, ADDRESS AND ZIP CODE OF DEFENDANT: Richard P. Cushman Jr., 20 Pemberly Drive, Saugus, MA 01906 | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 1/19/76 m/w | 211, 312 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 7/24/96 | Saugus/Pantalone |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Sgt. Alan Erickson | Saugus |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 8/1/96 | September 12, 1996 @ 9:00 AM |

COUNT-OFFENSE
**a. ENT. W/O BK.NIGHT, DWELLG., INT.TO.C.FEL. c266 s18**

did enter in the night time without breaking, the dwelling house of Janet Burke with intent to commit a felony, no person lawfully therein being put in fear, in violation of G.L. c.266, s.18.

COUNT-OFFENSE
**b. LARCENY OF PROPERTY, $250 OR LESS c266 s30**

did steal the property of Janet Burke, said property having a value of two hundred and fifty dollars or less, in violation of G.L. c.266, s.30.

COUNT-OFFENSE

COUNT-OFFENSE

TRUE COPY ATTEST
[signature] CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

COMPLAINANT: X [signature]
SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK: X [signature]
ON (DATE): 8-1-96

FIRST JUSTICE: Joseph I. Dever
COURT ADDRESS: 580 Essex Street, Lynn, Ma. 01901

A TRUE COPY ATTEST: X    CLERK-MAGISTRATE/ASST. CLERK    ON (DATE):

ADDITIONAL COUNTS ATTACHED: ☐

| DOCKET | 9613CR 5199 | ATTORNEY NAME | *Kulinbock* |
|---|---|---|---|
| COURT DIVISION: LYNN | NAME, ADDRESS AND ZIP CODE OF DEFENDANT: Richard P. Cushman Jr., 20 Pemberly Drive, Saugus, MA 01906 | ☐ Retained  ☐ Assigned  ~~BAIL WARNING~~ RELEASE | CPSC. STAY AWAY ORDER |
| DEF. DOB AND SEX: 1/19/76 m/w | OFFENSE CODE(S): 211, 312 | DATE: 9-12-96 | PROCEEDING: ☑ Arraigned before J. OEVGL  ☑ Advised of right to counsel  ☐ Advised of right to drug exam  ☐ Advised of right to bail review  ☐ Advised of right to F.I. Jury Trial  ☐ Waives  ☐ Requests F.I. Jury Trial  ☐ Advised of alien rights |
| DATE OF OFFENSE: 7/24/96 | PLACE OF OFFENSE: Saugus/Pantalone | | |
| COMPLAINANT: Sgt. Alan Erickson | POLICE DEPARTMENT: Saugus | 4-10-97 | ☑ Warrant issued  ☐ Default warrant issued  ☐ Default removed  ☐ Warrant recalled |
| DATE OF COMPLAINT: 8/1/96 | RETURN DATE AND TIME: September 12, 1996 @ 9:00 AM | 3-30-99  4-21-99 | ☐ Warrant issued  ☑ Default warrant issued  ☑ Default removed  ☐ Warrant recalled |

| COUNT-OFFENSE a. ENT. W/O BK. NIGHT/ DWELLG., INT. TO C. FEL. c266 s18 *10/10/96 – partial nolle prosequi* | FINE | SURFINE | COSTS | TOTAL DUE $60 |
|---|---|---|---|---|
| DATE | PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea:  ☑ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | |
| 10-10-96 | FINDING: SF  JUDGE: *Garley*  ☑ Cont. w/o finding until: 4-10-97  ☐ Appeal of find. & disp.  ☐ Appeal of disp. | 4694A000005/04/99VWAF   60.00  paid 5-5-99  FINAL DISPOSITION: ☐ Discharged from probation  ☑ Dismissed at request of probation  5-5-99 | | |

| COUNT-OFFENSE b. LARCENY OF PROPERTY, $250 OR LESS c266 s30 | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| DATE | PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo  ☐ New Plea:  ☑ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | |
| 10-10-96 | FINDING: SF  JUDGE: *Garley*  ☑ Cont. w/o finding until: 4-10-97  ☐ Appeal of find. & disp.  ☐ Appeal of disp. | 4874A000005/11/99 IND COUNSL  100.00  FINAL DISPOSITION: ☐ Discharged from probation  ☑ Dismissed at request of probation  5-5-99 | | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 10-10-96 | PTH | | | 3-30-99 | 310 | 785 | 789 |
| 4-10-97 | prob | | | 4-21-99 | 375 | 418 | 427 |
| 3-29-99 | prob | | | 5-5-99 | 442 | 164 | 170 |
| 5-5-99 | P | | | | | | |

TRUE COPY ATTEST  
*Jane Busby Szynbo*  
CLERK MAGISTRATE  
DISTRICT COURT OF SOUTHERN ESSEX  
580 ESSEX STREET  
LYNN, MASSACHUSETTS 01901

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

# RECOGNIZANCE
(Promise to Appear)

## COMMONWEALTH OF MASSACHUSETTS

**DOCKET NUMBER:** 9613CR1427

**DEFENDANT'S NAME AND ADDRESS (INCLUDE ANY ALIAS):**
Richard P Cushman
20 Pemberly Dr
Saugus, MA 01906

**SOCIAL SECURITY NUMBER:** 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
**DATE OF BIRTH:** 1/19/76

**SURETY/SURETIES NAME AND ADDRESS:**
Richard P Cushman
20 Pemberly Dr
Saugus, MA 01906

**TERMS OF RELEASE:**
- [ ] PERSONAL RECOGNIZANCE (Promise to Appear) $ _____
- [x] BAIL
- [ ] CASH AS SURETY $5000
- [ ] BOND AS SURETY $ _____
- [ ] OTHER SURETY $ _____

96-1427

**ARREST ON WARRANT:**
- [x] YES (crossed out)
- [x] NO

**OFFENSE(S):** Arson of Dwelling House

**NAME AND ADDRESS OF COURT:**
Lynn DC
580 Essex St
Lynn, MA 01901

**DATE AND TIME OF APPEARANCE:** 3/15/96 at 9 A.M.

THE DEFENDANT MUST APPEAR AT THIS COURT ADDRESS ON THE DATE AND TIME SPECIFIED HEREIN

I, as defendant, charged by complaint with the crime(s) listed above, understand that I am being released from custody according to the terms of release specified. I will personally appear before the above named court at the date and time indicated, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave. Further, I will appear before any court to which the charges may be transferred or appealed, or to any sitting of the Superior Court to which I may be bound over or indicted to answer to any indictment, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave.

I understand and acknowledge that if I fail without sufficient excuse to appear in accordance with the foregoing promise, I will be liable, jointly and severally if a surety has been required, to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

**SIGNED (DEFENDANT):** Richard P Cushman
**DATE:** 3/14/96

I, as surety, understand and acknowledge that if the above named defendant fails to appear and abide by all orders of the court according to the foregoing promise, I will be liable, jointly and severally, with the defendant to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

**SIGNED (SURETY):** Richard P. Cushman
**SIGNED (SURETY):** [signature]

TRUE COPY ATTEST

**SIGNED (PERSON AUTHORIZED TO TAKE BAIL):** [signature]
- [ ] Clerk-Magistrate
- [ ] Assistant Clerk
- [x] Bail Commissioner

Subscribed and sworn to before me, the defendant having been furnished a copy of this recognizance.

**A. RELEASE AUTHORIZED FROM:** ECCF
**B. JURISDICTION OF MAGISTRATE:** Essex
(Complete when appearance is being required outside of your jurisdiction)

BAIL FEE RECEIVED
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

**DATE AND TIME SIGNED:** 3/14/96 1530

## NOTICE TO DEFENDANT
### RECEIPT-RECORD OF PAYMENT OF CASH BAIL   [ ] NOT APPLICABLE

| DATE | RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|---|
| 3/14/96 | Richard P Cushman, 20 Pemberly Dr, Saugus, MA 01906 | Richard P Cushman | $ Five Thousand 5,000.xx Dollars |

**CASE NUMBER:** 9613 CR 1427
**DISTRICT COURT:** Lynn DC
**RECEIVED BY:** PAT
March 15, 1996 9am

DC-CR-5 (6/95)
SC-1

### DEFENDANT'S COPY

| DATE | RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|---|
| 3/14/96 | Richard P Cushman, 20 Pemberly Dr, Saugus, MA 01906 | Richard P Cushman | $ Five Thousand 5,000.xx Dollars |

**CASE NUMBER:** 9613 CR 1427
**DISTRICT COURT:** Lynn DC
**RECEIVED BY:** PAT
March 15, 1996 9am

DC-CR-5 (6/95)

| MITTIMUS Order of Commitment | ☑ ADULT ☐ JUVENILE | COURT DIVISION Lynn | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| NAME, ADDRESS AND DOB OF DEFENDANT | DOCKET NUMBER(S) | OFFENSE(S) (Include Chap. and Sec. of G.L) | OFFENSE DATE(S) |
|---|---|---|---|
| Cushman, Richard 20 Pemberly Drive Saugus, MA. DOB: 1-19-76 W/M | 9613CR 1427 | a. Arson of Dwelling House c266 §1<br>b. Burn Motor Vehicle c266 §5<br>c. Stalking C265 §43 | |

WHEREAS THE ABOVE NAMED DEFENDANT HAS ON THIS DATE OF ISSUE BEEN BEFORE THIS DISTRICT COURT ON A COMPLAINT ALLEGING THE OFFENSE(S) LISTED ABOVE:

☑ The court finds there is just cause to hold the defendant because the accused is unable or unwilling to recognize for his next court appearance in the amount ordered by the court; and
☐ It is adjudged that the defendant is guilty of the offense(s) as shown above and convicted; and
☐ It is adjudged that the defendant is found delinquent of the offenses as shown above; and
☐ Other (specify):

IT IS THEREFORE ORDERED THAT THE DEFENDANT BE COMMITTED TO THE: $50,000 Bond

☑ Essex County Jail/House of Correction in lieu of $5,000 bail and there await his next court appearance at the

☐ Department of Youth Services at _____

A. ☑ Lynn District Court on 5-24-96 at 9 AM
B. ☐ _____ District Court jury session on _____ at _____
C. ☐ Superior Court next to be holden at _____ County.

☐ _____ County Jail/House of Correction and confined there for a period of
☐ Massachusetts Correctional Institution at _____ and confined there for a period of
☐ Department of Youth Services at _____ for a period of

It is further ordered that the defendant receive credit of _____ days confined awaiting trial.

Other and further orders of this court: No Body 5/23/96

FILED LYNN DISTRICT COURT JUN -7 AM 10:32

TRUE COPY ATTEST
[signature] CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:
WE COMMAND YOU THEREFORE to convey the said defendant safely to said place of confinement and deliver him to the keeper thereof; and the said keeper is commanded to receive the said defendant into his custody and keep him safely until he is brought before the court, serves his sentence, posts bail as ordered or otherwise is legally discharged.

WITNESS: FIRST JUSTICE JOSEPH T. DEVER | DATE OF ISSUE 5-23-96 | CLERK-MAGISTRATE/ASST. CLERK X [signature]

RETURN OF SERVICE — RECEIPT OF RECEIVING OFFICIAL

The person making service, named below, has conveyed the defendant to the above named institution and has left with the keeper thereof a copy of this order with the return thereon; and the receiving official, named below, has received said defendant.

| DATE OF SERVICE | TIME OF SERVICE | SIGNATURE OF PERSON MAKING SERVICE X | SIGNATURE OF RECEIVING OFFICIAL X |
|---|---|---|---|

C-CR-8 (7/94)