## Karen Cushman

**From:** Richard Cushman [crashrc@comcast.net]
**Sent:** Saturday, October 11, 2003 11:52 PM
**To:** Karen Cushman
**Cc:** crashkt@aol.com
**Subject:** goodbye

Karen,

I wish I knew what to say. I don't. All that I know is that I am losing control more and more each day and instead of getting better which I wanted it to, it is getting worse. I honestly don't know why I react and say the things I do. I just can't control it and it is affecting everyone that comes near me. So I have come up with the cure.

10/11/03 @ 10:00 pm

Well here we are. I should be passed on and you should be wondering why. I'll tell you.... My life sucks and is not getting better. I can't get a grip on myself and I am losing it more and more each day. Tonight brought it to an end. I fell and hurt myself, (due to drunken stupidity) and managed to have the wheelchair land on my knee. Granted it is not that heavy but when it is perfectly positioned and any movement hurts you tend to call for help. Having the person that I thought loved me laugh at me and call me a liar makes me feel really good about myself. To quote "The caring I have been showing you was just sympathy". "I have in writing that your job was terminated before you left". And so on. Great why go on then. I sit here and cry every night because I can't change my ways. I wish I knew what was wrong with me.
I'm not a good husband.
I'm not a good father.
I'm not a good son.
I'm not a good brother.
What am I good at? Nothing.

Please make sure Dale knows I love him dearly but he is better off without me. I will only cause issues in his life as I have in everyone else's that I love.

Mom and Dad thank you for all of your love and patience. I am sorry it has to be this way but it is the only way I can deal with the pain of life. I can finally understand Eric's situation and I know he is a much happier person. I will tell him hello for everyone.

Heatha. Thanks for everything. I'm sorry Mack won't be able to get to know me. I'm sure she will make you proud.

Karen. I'm sorry

Dale. I love you. Please don't hate me for this. You're the cutest, best son anyone could have. I'm so sorry. Please forgive me.

I would like to be cremated, direct disposal, and spread off of Calf Island. Lots of great memories there. Thanks Dad.

I'd like Mike Dimick to get my home stereo system and tools. I would also like him to get first shot at my Jeep if possible. That should be worked out between him and my dad. Any Military stuff he can have also.

Rich loud is to get all car audio equipment. Most of it is his anyways. Sorry Rich.

One last request: Please make sure Dale stays an active part in my parents and sisters life.

Rick Cushman Jr