The following is a paid advertisement for Supreme Greens

> The preceeding was a paid advertisement for Supreme Greens





