DISCLAIMER: The views expressed on this program are solely the opinion of our guest. Health benefits described during this program may not be experienced by all who use the described products. In some cases opinions may not be supported by scientific evidence. No representation or warranty as to any specific result is intended.

THE FOLLOWING
IS A PAID
ADVERTISEMENT FOR
SUPREME GREENS,
BROUGHT TO YOU BY
ITV DIRECT.

