TodaysHealth                                                                                   Page 1 of 1

|  | Logged in as: ▓▓▓▓▓▓ n salessystem |
|---|---|
|  | Menu   Messages   Requests   Main Menu   Logout |

## View Phone Monitor Report

**Monitored By** ▓▓▓▓▓▓

| Rep ▓▓▓▓▓▓ | Date 2/7/2004 ▓▓▓▓ |
| Code | Invoice # ▓▓▓▓ |

| **Every Call** | ✓ Used proper greeting | Sale/lit request |
|---|---|---|
|  | ✓ Was polite and courteous | Customer service/Spanish transfer |
|  |  | Searched for past orders |

| **Product** | ✓ Supreme Greens | Supreme Greens |
|---|---|---|
|  | Alka Slim | Calcium |
|  | Dr. Day | E8 Daily |
|  | High Speed Reading | Liquid Essentials |
|  | Reorder | Green Tea |

| **Sales Pitch** | Offered scripted packages | Customer is F&F member |
|---|---|---|
|  | Offered/explained auto-ship | Sold auto-ship |
|  | Explained guarantee | Overused guarantee |

| **Up Sells Offered** | ✓ Green Tea offered | Green Tea accepted |
|---|---|---|
|  | E8 Daily offered | E8 Daily accepted |
|  | Oh Yes Topical Cream | Oh Yes Topical Cream |
|  | ✓ Alkalizing Books offered | Alkalizing Books accepted |
|  | Liquid Essentials offered | Liquid Essentials accepted |
|  | ✓ pH Test Kit offered | ✓ pH Test Kit accepted |
|  | Express Shipping offered | Express Shipping accepted |
|  | Worked up sells | ✓ Customer not interested in up sells |

| **Closing** | ✓ Asked for phone number | ✓ Asked for e-mail address |
|---|---|---|
|  | ✓ Confirmed address | ✓ Confirmed credit/check info |
|  | ✓ Recorded auto-ship | ✓ Gave customer #/invoice #/total |
|  | ✓ Quoted shipping time | ✓ Thanked the customer |

**Comments** ccl to talk to Dr. Guerrero ▓▓▓▓ was very nice and explained benefits. cust is very difficult ▓▓▓▓ terrific w \r\rended 7:25am 1mnth system and ph, 14 day diet

**Score** 5

| **Scoring** | Tonality/Voice Inflection - | Glad Statement - |
|---|---|---|
|  | Name - | Third Party Reference - |
|  | Probe Questions - | Benefits - |
|  | Tailor - | Multiply Divide Cost - |
|  | Assumed Ownership - | Close Up Sell - |

Phone Monitor Administration Menu

**RECORDING INSTRUCTIONS FOR
ALL ORDERS WITH AUTOSHIPPED ITEMS
Revised February 15, 2004**

After making a sale with a product on autoship, tell the customer to please wait a moment while you get their confirmation number.

1)   Press the Recording Button on your phone (it is 5th button up from the bottom.) You will hear a confirmation number two times.
2)   Type the confirmation number in the space provided in the database. Do not give the customer this confirmation number, just put it into the system. If customer does ask for a confirmation number, refer them to their invoice number.
3)   Press CNF/TRN Button

**SCRIPT**

This call may be monitored and or recorded for quality assurance purposes.

_____, let me confirm what you'll be receiving and the costs.
   (first name)

First off, your full name is _____.

Your Address is       -------------------------------------

Your Invoice number is _____.

In the next 2-3 weeks (3-5 business days if Express) you'll be receiving:

_____

_____

The total cost of your order today is $_____.

Your monthly re-supply of _specify product(s) - E8 Daily, Green Tea, etc._ will start in 30 (60 or 90) days at a cost of $_____ (which includes Shipping & Handling.)   If you wish to cancel or change your order in any way please call our Customer Satisfaction Department at 1-800-215-0063.

Please say yes if you agree to this order.

We must get a "YES" from the customer for this to be a valid order. (This is crucial!) This must happen on EVERY auto ship!

Thank the customer for their order. If you haven't already given them the Customer Satisfaction number or your direct number, do so now.