# ITV DIRECT

Thank you for your order!

The charge on your credit card statement will appear as **Direct Marketing Concepts**. If you paid by electronic check (E-check), the charge on your bank statement will appear as **ITV Direct**.

As always with ITV Direct, your products come with a 100% satisfaction guarantee. Your product purchase comes with a thirty (30) day money back satisfaction guarantee which starts upon delivery of this shipment. If you are not completely satisfied with your purchase, contact our Customer Satisfaction Department (toll free) at 1-800-215-0063, Monday-Friday between 8:00 A.M. and 6:00 P.M. EST to obtain a Return Authorization (RA) Number. You MUST have a Return Authorization Number and return the unused portion of your purchase within ten (10) days of issuance to receive your refund (shipping charges are nonrefundable).

One or more of the products enclosed may be on our Monthly Re-supply Program which would qualify you for substantial savings. Your invoice will clearly note that. If you are not a member of our Monthly Re-supply Program, and would like to enjoy special discounted pricing, please call our Customer Satisfaction Department.

Within 30, 60, or 90 days, depending on the program that you ordered, your credit card (or checking account) will be charged and your next order will be shipped to you.

If you wish to cancel the Monthly Re-supply Program, contact our Customer Satisfaction Department at the number listed above or your credit card (or checking account) will be charged and you will receive your next shipment. Rest assured, we will only apply payment for product we have shipped. Please remember that once we have shipped product to you, we can only cancel future shipments and cannot refund any charges (unless the product is returned in the proper manner).

If you wish to return an item within the 30-day return period, please mail it to:

ITV Direct, Inc.
100 Cummings Center, Suite 139F
Beverly, MA 01915

- Please do not return an item without a Return Authorization (RA) Number. Please write your RA Number on the outside of your package.
- We recommend using UPS or insured mail for returns to ensure that your package is received by us as we cannot be responsible for returns that never arrive at our facility.
- Return shipping costs are the responsibility of the customer.
- If you are returning an order consisting of more than one of the same item/product, you will be refunded for one trial item (i.e. open item) and all other unopened items. (Under special circumstances you may be eligible for an additional refund when returning more than one of the same product that has been opened; please contact our Customer Satisfaction Department to see if you are eligible for an additional refund. In most cases this would be if your product was less than a one-month supply).
- Please return all sealed items and all opened items for which you are requesting refunds.

If you have any questions regarding your purchase (including but not limited to Return or Exchange information), please contact our Customer Satisfaction Department at 1-800-215-0063 at the times listed above. Thank you.

Re-supply
Revised 11/06/03

**To Reorder:**
**CALL 1-800-899-8349**