UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-11136GAO<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DONALD BARRETT, SR.

I, Donald Barrett, Sr. on oath depose and state as follows:

1. I am Donald Barrett, Jr.'s father and have personal knowledge of the facts contained herein.

2. On or about February 1997, I was diagnosed with Carcinoid cancer and my prognosis was poor.

3. After my diagnosis, I started to take a coral calcium supplement in capsule and sachet form. I have taken this supplement daily and continue to take it to this day.

4. I was diagnosed over seven years ago and today I am alive and well. I strongly believe that my recovery is due in part to coral calcium. I have reviewed the statements that Donald Barrett, Jr. has made about coral calcium and my condition, and in my opinion his belief in those statements are genuine.

Signed under the pains and penalties of perjury this 4th day of June, 2004.

                                              /s/Donald Barrett, Sr.
                                              Donald Barrett, Sr.