**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

DIRECT MARKETING CONCEPTS, INC.,
d/b/a TODAY'S HEALTH and
DIRECT FULFILLMENT, et al.

Defendants.

No. 04-CV-11136-GAO

**SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER WITH APPOINTMENT OF TEMPORARY
RECEIVER, ASSET FREEZE AND ASSET RESTRICTION, RETENTION OF
RECORDS, EXPEDITED DISCOVERY AND ORDER TO SHOW CAUSE WHY A
PRELIMINARY INJUNCTION SHOULD NOT ISSUE AS TO DEFENDANTS DIRECT
MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD BARRETT, HEALTH
SOLUTIONS, INC., HEALTHY SOLUTIONS, LLC, ALEJANDRO
GUERRERO, MICHAEL HOWELL AND GREG GEREMESZ**

Plaintiff submits the attached supplemental evidence in support of its motion for a
temporary restraining order, asset freeze, appointment of a temporary receiver, and other
equitable relief as to Defendants Direct Marketing Concepts, Inc. ("DMC"), ITV Direct, Inc., and
Donald Barrett. Attached hereto as Exhibit H is the declaration of William G. Tarmey. Attached
hereto as Exhibit I is the declaration of Gerald Solem.

The attached declarations, provided by a former DMC employee and an independent
businessperson who transacted business with DMC and Donald Barrett, constitute further
evidence of the need for the immediate relief requested in the Commission's motion. The
declarations detail the diversion of money from DMC to Donald Barrett and Barrett's use of

DMC funds to cover personal expenses. The Commission's requested relief, including the

appointment of a temporary receiver, an asset freeze, and a full accounting would prevent the

further misuse and dissipation of company funds and preserve assets for potential future redress

to consumers.

WILLIAM E. KOVACIC
General Counsel

DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, - 3525, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

DATE: June 7, 2004

2