# DECLARATION OF ALLEN STERN

1.  My name is Allen Stern. I am over the age of eighteen (18). I reside in the
    Commonwealth of Pennsylvania. I have direct knowledge of the facts contained herein
    and am competent to be a witness in this dispute. I am President and principle
    shareholder of Triad ML Marketing, Inc. ("Triad") and King Media, Inc. ("King Media"),
    both of which are major creditors of Donald Barrett and his companies.

2.  In early 2002 Barrett, President of Direct Marketing Concepts ("DMC"), hired Triad and
    King Media as service providers to DMC to supply television media buying services and
    to coordinate the fulfillment portion of the order process for the Robert Barefoot Calcium
    Factor infomercial. Neither I nor my companies have or have ever had any involvement
    with the Supreme Greens product or promotion. Moreover, I have no direct knowledge
    of that product or program.

3.  As part of the services provided by Triad to Barrett and DMC, we ordered products, hired
    fulfillment companies, provided credit card processing, and collected funds, which were
    distributed according to verbal agreements with Barrett. Each week, my companies'
    accounting staff would summarize the prior week's order activity and provide an estimate
    of the funds available for distribution to DMC.

4.  Barrett provided directions regularly on where we were to send any payments. On
    various occasions, funds were sent by wire or check to DMC, Direct Fulfillment, B.P.

Marketing and directly to Barrett personally. Copies of examples of these transactions are attached.

5.    On at least one occasion in the spring of 2002, a review of the activity and payments was faxed to DMC. The page was picked up and viewed by Barrett's business partner, Robert Maihos. Barrett called me and instructed me to make sure no such activity review was sent to his office without his ability to immediately retrieve that information. He stated he did not want Maihos or anyone else in his office to see that information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Allen M. Stern

_____6-7-04_____
Date

- 2 -

# Domestic Wire/International Wire/International Draft    ⊛ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| | Date | Time |
|---|---|---|
| | 02\10\03 | |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | ▇▇▇▇▇▇ |

Identification of Person Initiating Wire
Steven Ritchey PADL 23123710 exp. 05/03/05

## To
### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $ 50000.00 | ▇▇▇▇▇▇▇▇ | 211370697 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Saugus Bank | | Saugus, MA |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Donald Barrett | | |

### International Wire

| Amount | Currency | | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|---|
| $ | | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

### Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire | Amount $ | Amount $ |
| Wire Fee 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Charge 20.00 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . | 800-272-4912 | |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . | 800-762-9473 | Total Charge |
| International Wires/Drafts . . . . . . . . . . . . . . | 800-870-5322 | $ |

Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Signature | Branch Number | Branch Representative |
|---|---|---|
| | | |

### For Internal Use Only

| Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Room. (Wire will not be sent if confirmation is not completed.)

# Domestic Wire/International Wire/International Draft    &#174; PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|------|------|
| 02/03/03 | |

## From

| Account Name | Taxpayer Identification Number |
|--------------|-------------------------------|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---------|------------------|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|-----------------------|----------------------|
| Wayne, PA 19087 | ~~███████~~ |

| Identification of Person Initiating Wire |
|------------------------------------------|
| Steven Ritchey PADL 23123710 exp. 05/03/05 |

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|--------|------------------------------|------------------------|
| $50000.00 | ~~███████~~ | 211370697 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|--------------------|----------------|------------------------|
| Sugus Bank | | |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|------------------------------|---------------------|------------------------|
| Donald Barrett | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|--------|----------|------------------------------|--------------------|
| $ | | | |

| Branch Address | City/Province/State | Country |
|----------------|---------------------|---------|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|------------------|---------------------|---------|
| | | |

### International Draft

| Amount | Currency |
|--------|----------|
| $ | |

| Payee Name | Address | Country |
|------------|---------|---------|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---------------|-------------------------------------------|---------------------------------------------|
| Amount of Wire $ | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ 20.00 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|--------|-----------|-------|
| DEL, NEP, PHL, PNJ, SCP .............. 800-272-4912 | | |
| CPA, KYI, NWP, OHK, PGH ............ 800-762-9473 | | Total Charge $ |
| International Wires/Drafts ................. 800-870-5322 | | |

Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|------------------|---------------|----------------------|
| *[signature]* | | |

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|--------------------|---------------------|----------------|-------------|
| | | | |

Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)

# Domestic Wire/International Wire/International Draft    &#9033; PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

**Date** 12/23/02   **Time**

## From

| | |
|---|---|
| **Account Name** Triad ML Marketing | **Taxpayer Identification Number** 23-2829624 |
| **Address** 656 E. Swedesford Rd., Suite 325 | **Telephone Number** (610) 975-0305 |
| **City,State,ZIP Code** Wayne, PA 19087 | **Debit Account Number** ▬▬▬▬ |

**Identification of Person Initiating Wire**
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| **Amount** $ 75 000.00 | **Beneficiary's Account Number** ▬▬▬▬ | **ABA Number (if known)** 211370697 |
|---|---|---|
| **Beneficiary's Bank** Saugus Bank | **Branch Address** | **City, State, ZIP Code** Saugus, MA. |
| **Beneficiary Name/Payee Name** Donald Barrett | **Beneficiary Address** | **City, State, ZIP Code** |

### International Wire

| **Amount** $ | **Currency** | **Beneficiary's Account Number** | **Beneficiary's Bank** |
|---|---|---|---|
| **Branch Address** | **City/Province/State** | | **Country** |
| **Beneficiary Name** | **Beneficiary Address** | | **Country** |

### International Draft

| **Amount** $ | **Currency** | |
|---|---|---|
| **Payee Name** | **Address** | **Country** |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| **Amount of Wire** $ | **Amount** $ | **Amount** $ |
| **Wire Fee** $ 20.00 | **Wire/Draft Fee** $ | **Exchange Rate** |
| **Total Charge** $ 20.00 | **Total Charge** $ | **U.S. Equivalent** $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . . 800-272-4912 | | Total Charge $ |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . 800-762-9473 | | |
| International Wires/Drafts . . . . . . . . . . . . . . 800-870-5322 | | |

All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| _(signature)_ | | |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|

# Domestic Wire/International Wire/International Draft    ◉ **PNCBANK**

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 12/17/02 | |

## From

| Account Name | Taxpayer Identification Number | |
|---|---|---|
| Triad ML Marketing | 23-2829624 | |
| **Address** | | **Telephone Number** |
| 656 E. Swedesford Rd., Suite 325 | | (610) 975-0305 |
| **City, State, ZIP Code** | **Debit Account Number** | |
| Wayne, PA 19087 | ~~~~~~~~~~ | |
| **Identification of Person Initiating Wire** | | |
| Steven Ritchey PADL 23123710 exp. 05/03/05 | | |

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $ 75000.00 | ~~~~~~~~~~ | 211370697 |
| **Beneficiary's Bank** | **Branch Address** | **City, State, ZIP Code** |
| Saugus Bank | | Saugus, MA |
| **Beneficiary Name/Payee Name** | **Beneficiary Address** | **City, State, ZIP Code** |
| Donald Barrett | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |
| **Branch Address** | **City/Province/State** | | **Country** |
| | | | |
| **Beneficiary Name** | **Beneficiary Address** | | **Country** |
| | | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |
| **Payee Name** | **Address** | **Country** |
| | | |

### Additional Information

| |
|---|
| |

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| **Amount of Wire** $ | **Amount** $ | **Amount** $ |
| **Wire Fee** $ 20.00 | **Wire/Draft Fee** $ | **Exchange Rate** |
| **Total Charge** $ 20.00 | **Total Charge** $ | **U.S. Equivalent** $ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . . 800-272-4912 | | $ |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . . 800-762-9473 | | **Total Charge** |
| International Wires/Drafts . . . . . . . . . . . . . . 800-870-5322 | | $ |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| *[signature]* | | |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| *Branch Wire Call Back Confirmation By* | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| | | |

# Domestic Wire/International Wire/International Draft    ⊗ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|------|------|
| 09/16/02 | 1:15 pm |

## From

| | |
|---|---|
| Account Name<br>Triad ML marketing | Taxpayer Identification Number<br>23-2829624 |
| Address | Telephone Number<br>(610) 805 0305 |
| City, State, ZIP Code<br>Wayne, PA 19087 | Debit Account Number |

Identification of Person Initiating Wire
PA Drivic 23123710 exp 05/03/05

## To

### Domestic Wire

| Amount<br>$54214.79 | Beneficiary's Account Number | ABA Number (if known)<br>321070007 |
|---|---|---|
| Beneficiary's Bank California Ltd<br>Savings Bank | Branch Address<br>2375 S. Virginia | City, State, ZIP Code<br>Reno, NV 89502 |
| Beneficiary Name/Payee Name<br>B.P. marketing | Beneficiary Address | City, State, ZIP Code |

### International Wire

| Amount<br>$ | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| Branch Address | | City/ Province/ State | Country |
| Beneficiary Name | | Beneficiary Address | Country |

### International Draft

| Amount<br>$ | | Currency | |
|---|---|---|---|
| Payee Name | Address | | Country |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire<br>$ | Amount<br>$ | Amount<br>$ |
| Wire Fee<br>$ | Wire/Draft Fee<br>$ | Exchange Rate |
| Total Charge<br>$ | Total Charge<br>$ | U.S. Equivalent<br>$ |

| Market | Telephone | Fee<br>$ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP ............................... 800-272-4912<br>CPA, KYL, NWP, OHK, PGH.............................. 800-762-9473<br>International Wires/Drafts ...............·....... 800-870-5322 | | Total Charge<br>$ |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

**I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.**

| Client Signature | Branch Number<br>674 | Branch Representative<br>D.m. Alleyne |
|---|---|---|

## For Internal Use Only

| Wire Room Operator<br>Terry | Confirmation Number<br>- 16775 | Wire Placed By<br>D.m Alleyne | Time Placed<br>1:20 pm |
|---|---|---|---|

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room.*
*(Wire will not be sent if confirmation is not completed.)*

| **Branch Wire Call Back Confirmation By<br>Judith Lomous | Time Confirmed<br>3:04 29 | Wire Room Operator Confirming<br>Beverly |
|---|---|---|

** Only if $10,000 or OVER    White - Wireroom    Canary - Customer

# Domestic Wire/International Wire/International Draft         🔵 PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|------|------|
| 08/19/02 | 2:32 PM |

## From

| Account Name | Taxpayer Identification Number |
|--------------|-------------------------------|
| Triad ml marketing | 232829624 |

| Address | Telephone Number |
|---------|------------------|
| | (610)9750305 |

| City, State, ZIP Code | Debit Account Number |
|-----------------------|----------------------|
| Wayne, PA 19087 | ~~redacted~~ |

Identification of Person Initiating Wire
PA DMV Lic # 23123710 exp 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|--------|------------------------------|------------------------|
| $ 4 6627.37 | ~~redacted~~ | 321070007 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|--------------------|----------------|------------------------|
| California Fed. Savings Bank | 2375 s. virginia | Reno NV 8502 |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|------------------------------|---------------------|------------------------|
| B.P. marketing | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|--------|----------|------------------------------|--------------------|
| $ | | | |

| Branch Address | City/ Province/ State | Country |
|----------------|------------------------|---------|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|------------------|---------------------|---------|
| | | |

### International Draft

| Amount | Currency |
|--------|----------|
| $ | |

| Payee Name | Address | Country |
|------------|---------|---------|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft: U.S. Currency | International Wire/Draft: Foreign Currency |
|---------------|------------------------------------------|--------------------------------------------|
| Amount of Wire $ 4 6627.37 | Amount $ | Amount $ |
| Wire Fee $ | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|--------|-----------|-------|
| DEL, NEP, PHL, PNJ, SCP ........................ 800-272-4912 | | Total Charge |
| CPA, KYI, NWP, OHK, PGH ....................... 800-762-9478 | | $ |
| International Wires/Drafts ....................... 800-870-5322 | | |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

**I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.**

| Client Signature | Branch Number | Branch Representative |
|------------------|---------------|----------------------|
| | Doris 674 | E. n Alleyne |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|--------------------|---------------------|----------------|-------------|
| Doris | 19127 | E. n. Alleyne | 2:32 PM |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room. (Wire will not be sent if confirmation is not completed.)*

| **Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|------------------------------------------|----------------|-------------------------------|
| | | |

FORM117383-0300    ** *Only if $10,000 or OVER*    White - Wireroom    Canary - Customer

# Domestic Wire/International Wire/International Draft    ⊕ **PNCBANK**

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 08/05/02 | 2:00 |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad mL marketing, Inc | 23 2829624 |

| Address | | Telephone Number |
|---|---|---|
| | | (610) 975 0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne PA 19087 | ▓▓▓▓▓▓▓▓ |

**Identification of Person Initiating Wire**
PA Driv lic # 23123710 exp 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $ 50132.38 | ▓▓▓▓▓▓▓ | 3210700007 |

| Beneficiary's Bank California | Branch Address | City, State, ZIP Code |
|---|---|---|
| Fed. Savings Bank | 2375 S. Virginia St. | Reno, NV 89502 |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| B.P marketing | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/ Province/ State | | Country |
|---|---|---|---|
| | | | |

| Beneficiary Name | Beneficiary Address | | Country |
|---|---|---|---|
| | | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire $ 50 132 38 | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP .......................... 800-272-4912 | | $ |
| CPA, KYI, NWP, OHK, PGH ........................ 800-762-9473 | | Total Charge |
| International Wires/Drafts ............................. 800-870-5322 | | $ |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

**I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.**

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| | 674 | [signature] |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| Greg | 19571 | [signature] | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room.*
*(Wire will not be sent if confirmation is not completed.)*

| **Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| | | |

FORM11733 (0300)    ** *Only if $10,000 or OVER*    White - Wireroom    Canary - Customer

# Domestic Wire/International Wire/International Draft                    PNC BANK

hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 10/31/2002 | 09:04:34 |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | Telephone Number (610) 975-0305 |

| City,State,ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | ▬▬▬▬ |

**Identification of Person Initiating Wire**
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| 80522.92 | ▬▬▬▬ | 011302768 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Beverly National Bank | 240 Cabot St | Beverly, MA |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct Marketing Concept | | Beverly, MA |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire $ 80522.92 | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ 80 542.92 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . 800-272-4912 | | Total Charge $ |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . 800-762-9473 | | |
| International Wires/Drafts . . . . . . . . . . . . 800-870-5322 | | |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number 674 | Branch Representative |
|---|---|---|

## For Internal Use Only

| Room Operator Connie | Confirmation Number 6804 | Wire Placed By | Time Placed 9:17 |
|---|---|---|---|

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By Chris Cocozza | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|

*Only if $10,000 or OVER*

FORM 117383-0698                              Customer Copy

# Domestic Wire/International Wire/International Draft

## ◑ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 10/11/02 | 11:20 |

### From

**Account Name**
Triad ML Marketing

**Taxpayer Identification Number**
23-2829624

**Address**
656 E. Swedesford Rd., Suite 325

**City,State,ZIP Code**
Wayne, PA 19087

**Telephone Number**
(610) 975-0305

**Debit Account Number**

**Identification of Person Initiating Wire**
Steven Ritchey PADL 23123710 exp. 05/03/05

### To

#### Domestic Wire

**Amount**
$164415.04

**Beneficiary's Account Number**

**ABA Number (if known)**
011302768

**Beneficiary's Bank**
Beverly National Bank

**Branch Address**

**City, State, ZIP Code**
Beverly, MA

**Beneficiary Name/Payee Name**
Direct marketing concept

**Beneficiary Address**

**City, State, ZIP Code**
Beverly, MA

#### International Wire

**Amount** $    **Currency**

**Beneficiary's Account Number**

**Beneficiary's Bank**

**Branch Address**

**City/Province/State**

**Country**

**Beneficiary Name**

**Beneficiary Address**

**Country**

#### International Draft

**Amount**

**Currency**

**Payee Name**

**Address**

**Country**

### Additional Information

### Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| **Amount of Wire** $ 164 415.04 | **Amount** $ | **Amount** $ |
| **Wire Fee** $ 20.00 | **Wire/Draft Fee** $ | **Exchange Rate** |
| **Total Charge** $ | **Total Charge** $ | **U.S. Equivalent** $ |

**Market**
DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . .
CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . .
International Wires/Drafts . . . . . . . . . . . . . .

**Telephone**
800-272-4912
800-762-9473
800-870-5322

**Fee** $

**Total Charge** $

*Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

...nderstand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**...nt Signature**

**Branch Number**
674

**Branch Representative**

### For Internal Use Only

**...Room Operator**
Freda

**Confirmation Number**
12580

**Wire Placed By**

**Time Placed**
11:21

*...e Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Room (Wire will not be sent if confirmation is not completed.)*

**...anch Wire Call Back Confirmation By**
Lorraine Rafter

**Time Confirmed**

**Wire Room Operator Confirming**

*...ly if $10,000 or OVER*

# Domestic Wire/International Wire/International Draft     ⊕ PNCBANK

. I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 02/07/03 | |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City,State,ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | ▮▮▮▮▮▮▮ |

Identification of Person Initiating Wire
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $50000.00 | ▮▮▮▮▮▮▮ | 01130276 8 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Beverly National Bank | | |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct marketing concepts | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency | |
|---|---|---|
| $ | | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire | Amount | Amount |
| $ | $ | $ |
| Wire Fee | Wire/Draft Fee | Exchange Rate |
| $ 20.00 | $ | |
| Total Charge | Total Charge | U.S. Equivalent |
| $ 20.00 | $ | $ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . 800-272-4912 | | $ |
| CPA, KYJ, NWP, OHK, PGH . . . . . . . . . . 800-762-9473 | | Total Charge |
| International Wires/Drafts . . . . . . . . . . . . . . 800-870-5322 | | $ |

All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| [signature] | | |

For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| | | |

# Domestic Wire/International Wire/International Draft          ⊘ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|------|------|
| 02|06|03 | |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City,State,ZIP Code | Debit-Account Number |
|---|---|
| Wayne, PA 19087 | ▬▬▬▬▬ |

**Identification of Person Initiating Wire**
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $ 50000·00 | ▬▬▬▬▬ | 011302768 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Beverly National Bank | | |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct marketing Concepts | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

### Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| **Amount of Wire** $ | **Amount** $ | **Amount** $ |
| **Wire Fee** $ 20.00 | **Wire/Draft Fee** $ | **Exchange Rate** |
| **Total Charge** $ 20.00 | **Total Charge** $ | **U.S. Equivalent** $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . 800-272-4912 | | |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . 800-762-9473 | | **Total Charge** $ |
| International Wires/Drafts . . . . . . . . . . . . . . . 800-870-5322 | | |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| *[signature]* | | |

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| | | |

# Domestic Wire/International Wire/International Draft    ⊖ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 12/13/02 | 2:00 |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | Telephone Number |
| | (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | |

Identification of Person Initiating Wire
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $90,000.00 | | 011301798 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Eastern Bank | | Beverly, MA 01816 |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct Fulfillment Inc | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | | Country |
|---|---|---|---|
| | | | |

### International Draft

| Amount | | Currency |
|---|---|---|
| | | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Total Wire $ 90,000.00 | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ 20.00 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . | 800-272-4912 | |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . | 800-762-9473 | Total Charge $ |
| International Wires/Drafts . . . . . . . . . . . . . . | 800-870-5322 | |

/ Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Signature | Branch Number | Branch Representative |
|---|---|---|
| [signature] | 674 | J. Farmer |

## For Internal Use Only

| Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| Dotis | 17954 | [signature] | |

Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| Bill Goins | 2:30 | Mary |

# Domestic Wire/International Wire/International Draft     &#x27A4; PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|------|------|
| 12/19/02 | |

## From

| Account Name | Taxpayer Identification Number |
|--------------|-------------------------------|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---------|------------------|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City,State,ZIP Code | Debit Account Number |
|---------------------|---------------------|
| Wayne, PA 19087 | ▓▓▓▓▓▓▓ |

Identification of Person Initiating Wire
Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|--------|------------------------------|-----------------------|
| $75000.00 | ▓▓▓▓▓▓▓ | 011201798 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|--------------------|----------------|------------------------|
| Eastern Bank | | Beverly, MA |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|------------------------------|---------------------|------------------------|
| Direct Fulfillment, Inc. | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|--------|----------|------------------------------|---------------------|
| $ | | | |

| Branch Address | City/Province/State | Country |
|----------------|---------------------|---------|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|------------------|---------------------|---------|
| | | |

### International Draft

| Amount | Currency | |
|--------|----------|--|
| $ | | |

| Payee Name | Address | Country |
|------------|---------|---------|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---------------|------------------------------------------|--------------------------------------------|
| Amount of Wire $ | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ 20.00 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|--------|-----------|-------|
| DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . 800-272-4912 | | |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . 800-762-9473 | | Total Charge $ |
| International Wires/Drafts . . . . . . . . . . . . . . 800-870-5322 | | |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|------------------|---------------|----------------------|
| *[signature]* | | |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|--------------------|---------------------|----------------|-------------|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| **Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|------------------------------------------|----------------|-------------------------------|
| | | |

# Domestic Wire/International Wire/International Draft     ☉ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 02/07/03 | |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | Telephone Number (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | ▓▓▓▓▓▓▓ |

Identification of Person Initiating Wire
Steven Ritchey PADL 23123710 exp. 05/03/05

## To
### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $60000.00 | ▓▓▓▓▓▓ | 011301798 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Eastern Bank | | |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct Fulfillment | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire $ | Amount $ | Amount $ |
| Wire Fee $ 20.00 | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ 20.00 | Total Charge $ | U.S. Equivalent $ |

| Market | Telephone | Fee $ |
|---|---|---|
| DFL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . 800-272-4912 | | |
| CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . 800-762-9473 | | Total Charge $ |
| International Wires/Drafts . . . . . . . . . . . . . . . 800-870-5322 | | |

*Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| ✍ | | |

## For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|
| | | |