**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-CV-11136-GAO |
| DIRECT MARKETING CONCEPTS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## CONSENT TO RELEASE OF FINANCIAL RECORDS

I, _____, of the State of _____ in the United States of America, do hereby direct any bank or trust company outside the territory of the Untied States at which I have a bank account of any kind or at which a corporation has a bank account of any kind upon which I am authorized to draw, and its officers, employees and agents, to disclose all information and deliver copies of all documents of every nature in your possession or control which relate to said bank accounts to any attorney of the Federal Trade Commission, and to give evidence relevant thereto, in the matter of <u>Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.</u>, Civ. No. 04-11136-GAO, now pending in the United States District Court for the District of Massachusetts, and this shall be irrevocable authority for so doing.  This direction is intended to apply to the laws of countries other than the United States which restrict or prohibit the disclosure of bank information without the consent of the holder of the account,

2

and shall be construed as consent with respect thereto, and the same shall apply to any of the bank accounts for which I may be a relevant principal.

Dated: _____, 2004        _____
                                                                                                          (signature)

                                                                                   _____
                                                                                                          (print name)