# William Tarmey
1604 Huckleberry Court
Peabody, MA 01960
E-mail : WGTarmey@aol.com
(978) 536-0502  (home)
(978) 979-2343 (cell)

## Organized, detailed and always on time!

**Summary of qualifications**

Highly organized manager with fifteen (15) years of experience in accounting & finance in retail, banking, real estate and hospitality settings. Responsible for the formulation and administration of accounting practices and providing management with accurate reports of financial results including general accounting, A/R, A/P cost accounting, billing systems management, collections through final resolution, financial statement preparation and analysis. Maintenance of banking relationships, credit facilities, negotiation and administration of property, capital leases and contracts with suppliers and outside contractors. High level of computer proficiency with working knowledge of numerous software packages including Timeslips, Peachtree, RealWorld, Platinum, One Write Plus!, Excel, Lotus, Word Perfect, Microsoft Office, FileMaker Pro, Filemaker Pro, Dataflex, and other accounting related programs. Experienced in automated payroll systems and in-house generated payrolls as well as administration of benefit programs including 401K plans. Experienced with networks running on Novel and Microsoft platforms as well as stand alone systems.

**Experience**



3/2002 - Present   Primerica Financial Services   Stoneham, Ma.

**Office Administrator**
Prepare financial needs analysis reports including analysis of asset, debt & retirement profiles. Manage mortgage products from origination to closing. Maintain records of insurance and securities products. General accounting duties through preparation of the monthly financial package. Oversee the monthly close process and reconcilement of all balance sheet and accrual accounts. Manage sales team compliance with marketing of products and knowledge base of products and services.

11/2001 - 2/2002   Union Trust Mortgage Corporation   Peabody, Ma.

**Controller**
Hand on financial Controller for mortgage company. Interact with all departments to ensure the complete and accurate flow of financial information from underwriting to loan closing to management. Duties included management of warehouse bank lines of credit, posting of borrowing and funding transactions, preparation of monthly financial statements, payroll and general accounting. Duties extended to affiliated entities and related real estate trust accounts.

| | | |
|---|---|---|
| 2/1997 - 8/2000 | Kennedy Corporation | Windham, NH |

**Controller**

Responsible for all financial and accounting activities for a multi-unit consumer services company including A/P, A/R, financial statements and management analysis reports for parent company and related affiliates. as well as the internal and external reporting processes and managing the relationships with any outsourced functions. Oversee the monthly close process and present the monthly financial package, including actual results, revenue and cost drivers of the P&L and balance sheet as well as improvement and fluctuation analysis. Manage the transactions of fixed assets and records of the general ledger

| | | |
|---|---|---|
| 2/1997 - 1/1998 | Gelb & Gelb LLP | Boston, Ma. |

**Accountant**          *617-345-0010*

Accounting support for law practice. Processing of accounts payable, client billing and collection of accounts receivable. Preparation of monthly client billing statements and supporting management reports. Preparation of financial statements and various management analysis reports including associate and partner time/billing analysis, productivity reports and cash flow projections. Manage periodic audits by external auditors, including timing of field work, preparation of schedules and lead sheets, drafting of financial statements, internal control comments, and audit findings quality end product. Preparation of bi-weekly payroll including filing of all required forms to the IRS and Massachusetts Department of Revenue as well as monitoring of 401K plan, benefit accrual programs and insurances. Maintain multiple escrow accounts and client funds accounts. Preparation of year end tax work papers; work with outside CPA in preparation of Federal and State tax returns.

| | | |
|---|---|---|
| 3/1994 - 7/1997 | South Charles Cafe Corp. | Boston, Ma. |

**Controller**   *Favorite position*

Responsible for all financial analysis, reporting, and costing, as well as capital investing decisions. Duties and responsibilities include the overall financial accounting of the company, maintaining the books and records, preparation of monthly and yearly financial statements, budgeting and forecasting, business planning, and special projects. Maintain banking relationships including credit facilities and other lease based banking requirements. Management of accounting staff and administration of in-house and linked remote computer systems. Management of inventory including preventive loss management, establish purchasing programs and manage operating costs. Attend shareholder meetings, provide quarterly financial statements to shareholders and financial institutions.
Work with outside CPA firm to complete Federal and State income tax returns.

*[Handwritten notes in margin: Free Thurs / MFA or Science Museum / Exec Chef / Linda Boothroyd / Creative Gourmet / Xmas / 617-589-0176 / 617 X589 0199]*

| | | | |
|---|---|---|---|
| | 1/1981 - 6/1993 | Properties North | Reading, Ma. |

**Controller**

Responsible for all financial transactions and analysis, reporting, and costing, as well as capital investing decisions. Duties and responsibilities include the overall financial accounting of the company, maintaining the books and records, preparation of monthly and yearly financial statements, budgeting and forecasting, business planning, and special projects. Interaction with outside vendors, suppliers and contractors relating to the management of two hundred (200) residential and commercial units and thirty (30) retail locations. Management of large cash collection and processing facility, training and supervision of staff, daily reconcilement of cash accounts and entry into G/l and C/R journals. Supervise development projects including real estate construction, land development, zoning, environmental issues and new property purchases.

| | | | |
|---|---|---|---|
| **EDUCATION** | 1993 | Database development | US-Ma.-Boston |

**Certification**

Database structures and development.

Northeastern University
**Associate Degree**

| | | | |
|---|---|---|---|
| **AFFILIATIONS** | 9/2002 – Present | State of Massachusetts | Life Insurance Licensed 2002 |
| | 1/1991 - 5/1993 | New England Division- CLA | Director |
| | 1/1990 - 12/1992 | Chamber of Commerce | President |
| | 1/1990 - 8/1994 | First Community Bank | Director |