

**Northeastern**
UNIVERSITY

Office of the University Registrar

## Verification of Enrollment

Date: APR 21 2003

RE: Name: William Tarmey

Student ID #: 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

[Subscriber's ID# (for Health Insurance) _____]

To Whom It May Concern:

This is to verify that the above-named student, is enrolled in the School of:

- ☐ Arts & Science
- ☐ Bouvé College of Health Science
- ☐ Business Administration
- ☐ Computer Science
- ☐ Criminal Justice
- ☐ Engineering
- ☐ Law School
- ☐ Professional Accounting
- ☑ University College

Academic Year: 1994

☑ Fall Qtr.   ☐ Winter Qtr.   ☐ Spring Qtr.   ☐ Summer Qtr.

### Enrollment/Expected Enrollment

- ☐ Full time undergraduate (12 or more credits or equivalent)
- ☐ Full time graduate (9 or more credits)
- ☑ Half time undergraduate & graduate (at least 6 credits)
- ☐ Part time (less than 6 credits)

Expected degree date: _____ Class of: _____
☑ Not available

Comments (applicable to academic enrollment status only. Please disregard any personal information on this form [i.e. date of birth]).

Did not receive a degree; only attended one class

NOTE: A student's status with the University may change at any time for a variety of reasons. Normally, this verification is valid as of the date of issue.

*Linda J. Allen*
University Registrar

120 Hayden Hall
Northeastern University
Boston, Massachusetts 02115-5000
617.373.2300 (TTY: 617.373.5360)
Fax: 617.373.5351
E-mail: registrar@lynx.neu.edu

TOTAL P.02