April 2004

Home

Our Services

MPEGS On-line

Submit A Product

Currently Showing

Shooting Gallery

FAQ's

Contact Us

**InfoTV, Inc.** is a full service production and marketing company specializing in direct response marketing via infomercial. Direct response marketing is the fastest and most efficient way of exposing your product to a national audience. We provide *complete* solutions from designing a marketing campaign to media selection to order fulfillment and customer service. We help you launch your product to largest possible audience at the lowest cost



Value for your marketing dollar

### Pre-production services

- ☐ The development of narrative & shooting scripts
- ☐ Campaign development and planning
- ☐ Selection of on screen talent
- ☐ Logo, packaging and label design
- ☐ E-commerce & web site development

### Production services

- ☐ Multi camera shoot in studio or on location with crew
- ☐ Custom set and props
- ☐ Filming with experienced award winning director
- ☐ Tape, lighting, and audio
- ☐ Audio recording services
- ☐ Graphics & music
- ☐ Digital editing services to create a finished show


### Getting your show on the air

- ☐ Test marketing, research
- ☐ Historical analysis of similar shows
- ☐ Nationwide cable
- ☐ Local broadcast in any market
- ☐ Revisions & improvements to final show
- ☐ Media funding for rollout

### Telemarketing / Fulfillment / Distribution

- ☐ Consulting
- ☐ Set-up of all necessary services
- ☐ Scripting for inbound and outbound telemarketing
- ☐ Management of campaign
- ☐ Retail distribution
- ☐ International distribution

# Our newest product release - May 2004 !



DERMALÄGE
*Feminine Science*

© 2004 InfoTV, Inc. All rights reserved.
HealthPlus is a trademarks of InfoTV, Inc.

**April 2004**

# Contact Us

- Home
- Our Services
- MPEGS On-line
- Submit A Product
- Currently Showing
- Shooting Gallery
- FAQ's
- Contact Us

*William Tarmey*
*617.918.3679*
*Bill@infotvinc.com*



© 2004 InfoTV, Inc. All rights reserved.
HealthPlus is a trademarks of InfoTV, Inc.

April 2004

# Our Services



**Home**

**Our Services**

**MPEGS On-line**

**Submit A Product**

**Currently Showing**

**Shooting Gallery**

**FAQ's**

**Contact Us**

**Project Management (View Sample)**
Provide Project Management for all aspects of a profitable direct marketing campaign. Including product development, telemarketing, video production, media purchasing, fulfillment and customer service.

**Script Development (View Sample)**
The way your product is presented is critical to the success. Our professional team develops scripts that will best present products to various industries.

**Commercial Production (View Sample)**
Available on location or at our studio in Beverly, Ma. We offer full service production services with a team of industry professionals. Our skilled production team utilizes all of the latest technology and techniques to make the presentation of your product come to life in a unique and compelling way.

**Media Management (View Sample)**
It's our specialty to find what channels work for direct marketing, and what channels are simply a waste of time and money. We'll develop a media plan that gets your product in front of people most likely to buy and ensure your media dollars are spent in the right markets.

**Ordering Fulfillment (View Sample)**
We offer ordering services that are simple with a high closing rate. We have a dedicated trained staff specializing in selling infomercial related products. Our services are customizable and can offer unique techniques to your client base.

**Order Tracking and Air-Time Efficiency (View Sample)**
Once your product is well on it's way, we'll continue to track markets with the greatest amount of orders and ensure we target your media to those areas. This allows us to limit expenditures in unresponsive markets, allowing you to maximize your on-air dollar costs.

© 2004 InfoTV, Inc. All rights reserved.
HealthPlus is a trademarks of InfoTV, Inc.

April 2004

# FAQ's

**Frequently Asked Questions**

- Home
- Our Services
- MPEGS On-line
- Submit A Product
- Currently Showing
- Shooting Gallery
- FAQ's
- Contact Us

**1. How do I know if my product is right for a direct-response television campaign?**
A product is right for direct-response television if it meets the following criteria:

- **Products that Apply to Many Markets**
  The product appeals to a wide range of demographics. Niche and speciality products do better with other marketing types. Products focusing on natural desire to look good and/or increase wealth tend to do well, especially health and beauty or save consumers substantial time or money.

- **Product Demonstration**
  Consumers can not pick up and hold a product when they buy it through television so it must visually appealing and demonstrate easily on television.

**2. Should I utilize a short commercial or a half-hour infomercial and what are the associated costs to produce?**
There are two different lengths for infomercials. One-two minute infomercials are referred to as "short-form" and half-hour infomercials as "long-form." Pricing is impacted by the location, talent used for promotion, quality of lighting, music and graphics.

**Short-Form One Minute**
Products selling for $19.95 or less work best with a short one minute campaign. Two-minute infomercials range from $20,000 to $45,000.

**Short-Form Two Minutes**
Products selling between $19.95 - $29.95 work best with a short two minute campaign. Two-minute infomercials range from $20,000 to $45,000.

**Long-Form 30 Minutes**
Products selling for $29.95 or greater require additional selling time and should utlize a long-from campaign. Infomercials range from $100,000 - $150,000.

**3. What are the component of producing an Infomercial?**

- Contract between parties
- Complete campaign (orders, fulfillment, customer service)
- Project timeline
- Script creation
- Professional shoot with experienced director
- Voice over for call to action
- Digital state of the art editing and recording services
- Graphics & music

- Infomercial review
- Media test buys
- Full market release

### 4. What about the media buy?
Once infomercial is finalized, several media tests will be run in various cities costing on average $20,000 - $30,000.

After initial test media is run, a complete media campaign is devised. Media is purchased in areas generating sufficient sales. A successful Infomercial will spending $70,000 to $400,000 on media weekly.

### 5. How is the success of an Infomercial determined?

Detailed purchasing reports are available and used to determine the success. It is measured using a ratio of gross sales generated to media dollars spent called Media Efficiency Ratio - MRE. For example, if $25,000 of test media generated $50,000 worth of sales, the product has a MER of 2 to 1.

### 6. Why choose InfoTV, INC?

The direct response market is rapidly growing especially in the health and beauty industries. InfoTV, INC was formed to provide a complete direct response marketing solution removing the need for companies to spend additional capital on infrastructure services. Not having the extra hassle of selling, fulfillment, and customer service allows you to spend time on new product development. Essentially, we help you launch your product with the lowest cost.

© 2004 InfoTV, Inc. All rights reserved.
HealthPlus is a trademarks of InfoTV, Inc.