

Member Login | Account | Login

About | Products | News | Prosperity Plan | Contact Us | My Account

Welcome

[Search] 

- ▶ **The Science Behind the Products**
- ▶ **Custom Essentials & PrivaTest**
- ▼ **Custom Support Series**
  - Femerex
  - FlexCaps
  - KidKaps
  - MindCaps
  - UroCaps
  - VisionCaps
- ▶ **Custom Test Series**
- ▶ **Custom Weight Management**
- ▶ **Occasional Series**
- ▶ **The Serotonin Plus Diet**

## UroCaps™ :: :: :: :: ::



### Custom Prostate Care Support

Live long enough and, if you are a man, odds are you will develop an enlarged prostate. Studies show that 40% of men in their 50s already have enlarged prostates. After age 60, that number exceeds 70%! The distressing consequences of altered prostate function (chronic urgency, frequent night time bathroom visits) often adversely affect the quality of life. UroCaps was designed to provide support nutrients that have been shown in clinical studies to improve urinary function.

### Healthy Highlights

- Derived from the fruit of a palm tree native to Florida, saw palmetto berry has been found to be an effective prostate-support compound in numerous clinical studies. Urinary function (as evidenced by improved urinary flow, reduced residual volume and prostate size) was positively affected in over 88% of the men who participated in these studies.

- Ideal Health family members know that synergism is a key approach in our nutrient blending. In UroCaps, we have added pumpkin seed and pygeum bark extract to enhance the action of saw palmetto, as well as kudzu root, high in isoflavones.

- UroCaps also contains the prostate-support nutrients zinc, selenium, lycopene, and quercetin, plus the free-radical quenching effects of green tea, providing a comprehensive approach to maintain healthy prostate function.

### As Part of Your Plan

If you are beginning to experience altered urinary function due to benign changes in your prostate gland, UroCaps can provide a natural approach to support normal function. (Note: Your healthcare provider should first evaluate any changes in bladder habits.)

### Recommended Adult Usage:
Adults take one (1) capsule per day with a meal or as directed by a health care provider.

### Capsules Per Container - 30

### Ingredients
Zinc (as zinc arginate) 7.5 mg, Selenium 25 mcg (from Selenomax® brand L-selenomethionine from high selenium yeast), Saw palmetto berry 160 mg (standardized to contain 85-95% sterols and fatty acids), Quercetin dihydrate 25 mg, Lycopene 1 mg, Green tea leaf extract 125 mg (36% catechin and polyphenols) (decaffeinated), Pumpkin seed concentrate 80 mg, Kudzu root extract 50 mg (40% isoflavones), Pygeum bark 4:1 extract 25 mg *Selenomax® is a registered trademark of Nutrition 21.

**Quantity**

You can always remo[ve]

UroCaps 1 Month Su[pply]
Retail Price: $39.99
Product ID: 35372
Category: Custom S[upport] Series



[View Cart]



Hear More Inform[ation]

© 2003 Ideal Health, Inc. | 1.800.768.7667



Member Login  Account  [Login]

About | Products | News | Prosperity Plan | Contact Us | My Account

Welcome

 [Search]

- **The Science Behind the Products**
- **Custom Essentials & PrivaTest**
- **Custom Support Series**
- **Custom Test Series**
- **Custom Weight Management**
- **Occasional Series**
- **The Serotonin Plus Diet**

# The Science Behind the Products

**In your body, as in every living organism, thousands of chemical reactions occur every second; synthesizing; reconstructing; energizing; breaking down; building the cells, tissues, and components of your body.**

All of these thousands of biochemical reactions require nutrients. These nutrients -- vitamins, minerals, amino acids, and many others -- are the substances that provide nourishment to every cell of your body. Indeed, they are the very stuff from which your cells are made. They are obtained from the food you eat, absorbed into your bloodstream, and carried throughout your body to be taken into cells of different organs for use in growth, maintenance, and the repair of tissue.

The strength of nutritional/functional medicine is that it deals with this fundamental aspect of health, the human biochemistry. By using the natural molecules of certain nutrients in optimal quantities to re-establish a normal balance in a particular set of critical reactions, you can often return organ function to normal and promote "ideal health".

**The Ideal Health PrivaTest**

The profiles in our PrivaTest are integrated to give you the most comprehensive picture of your health in three critical biochemical areas. Through state-of-the-art laboratory testing of your urine sample, we uncover your nutritional status and metabolic trends. In other words, we find out how well your body is using the nutrients you are eating and we examine how well the three crucial biochemical pathways are working.

After identifying your biochemical function in these three areas, we then build a specific supplement program to meet your nutrient needs. Forty Eight (48) possible blends, using up to 50 key nutrients in specific amounts, is what makes the Custom Essentials program so unique and so affordable. By applying the Custom Essentials' Program to your life, you will be taking a positive step in assuring that your body has a daily supply of the high quality nutrients it needs to function at its best.



# Ideal Health
### THE CUSTOM HEALTH COMPANY

Member Login   Account   Login

About | Products | News | Prosperity Plan | Contact Us | My Account

Welcome

[Search]

- **The Science Behind the Products**
- **Custom Essentials & PrivaTest**
- **Custom Support Series**
- **Custom Test Series**
- **Custom Weight Management**
- **Occasional Series**
- **The Serotonin Plus Diet**

## PrivaTest® & Custom Essentials®

**It's Time To Separate Nutritional Fact From Nutritional Fiction.**

If you are confused about nutritional supplementation, you're not alone. The media is filled with information, much of it contradictory, pushing this nutrient or that, and all promising dramatic improvements in health, vitality...even longevity. With all the hype out there, it's easy to be unsure whether you're taking too much or too little of what you need for optimal health.

There are, however, two things about which you can be scientifically certain about:
1. Your body is unique
2. Scientific testing is the most accurate way to separate myth from reality.

**PrivaTest Unlocks Your Body's Nutritional Secrets.**

Now, a breakthrough from Ideal Health can take confusion out of your personal supplement plan. With Ideal Health's PrivaTest, you no longer have to guess which nutrients you need from the bewildering variety of popular "in-vogue" or "one-size-fits-all" supplements.

Developed by a leading researcher in nutritional testing, PrivaTest is an accurate, scientific look into your personal biochemistry. It provides an individualized reading of the amount of nutritional support needed by key areas of your metabolism. And it does so with the ease and privacy of a simple in-home urine collection.

PrivaTest is a "breakthrough" because, for the first time ever, this kind of scientific individualized testing is affordable and available to virtually everyone-not just the rich and famous.

**The Hard Science Behind the PrivaTest**

Traditionally, nutritional testing measures the nutrients that happen to be in your blood at any given time. But to really know what is going on in your body, you want to know if these nutrients are getting into your cells to do their work. One of the best ways to do that is to look at the end products in your metabolism. PrivaTest does this by looking for chemical compounds that are coming out in your urine.

PrivaTest doesn't measure any particular nutrient level in your urine, since this would provide very little useful information. Instead, it determines how much outside nutritional support you need by reading vital information about how three critical areas of your metabolism. These include:

**Urinary Sulfate -** A marker for sulfur reserves (needed for a liver's detoxification processes).

**Urinary Lipid Peroxides -** A marker for oxidative stress (determines general antioxidant status).



Quantity

You can always remo

**PrivaTest**
Retail Price: $79.95
Product ID: 18220
Category: Custom T

[View Cart]

**Urinary Nitrate** - A marker for the regulation of nitric oxide (a compound involved in many body systems including: the immune system, nervous system, and circulatory system).

These areas were selected because research has shown that poor or altered function in them may be the root cause for many degenerative diseases. For instance, some researchers estimate that as much as 90% of cancers can be linked to poor clearance of environmental toxins from the body. Detoxification function is one of the three areas examined in the PrivaTest.

Additionally, free radical damage has been identified as a causative factor in many health conditions, including accelerated aging. Once again, PrivaTest looks at markers for how well your antioxidant system is functioning.

Finally, the 1998 Nobel Prize in Medicine was given for research in nitric oxide regulation and its impact on vital metabolic functions. PrivaTest measures a physiological marker for nitric oxide production in the body. Body system function is what we are testing, not just nutrient levels in the blood or urine.

**Customized Nutrition Based on Your Biochemistry.**

Once your PrivaTest sample is received and analyzed by Metametrix Laboratory, the results will be rushed to you in your detailed PrivaTest Report. Accompanying your Report will be your first month's supply of Custom Essentials - your own individualized blend of up to 50 key nutrients.

Custom Essentials is a customized formula of pharmaceutical-grade vitamins, chelated minerals, amino acids, and phyto-nutrients in a rich, natural-foods base. It is yours and yours alone, specially selected out of a possible 48 different combinations of 50 key nutrients.

**Your Guarantee of Quality.**
Your special Custom Essentials formula is created by a formulary that has been supplying healthcare professionals with quality nutritional supplements for 50 years. These are not stock supplements that have been "private-labeled." Our formulary produces your Custom Essentials exclusively for Ideal Health. And because our formulary voluntarily elects to comply with United States Pharmacopoeia standards, it is regularly inspected by the FDA. Additionally, the Canadian Health Organization and the Commission of the European Communities also approve our formulary as a nutritional supplement manufacturer. Our formulary is GMP (Good Manufacturing Practices) compliant and their in-house laboratories meet both the ISO (International Organization for Standardization) 9001 and 17025 standards.

**PrivaTest and Custom Essentials Offers You a Real Choice...at an Affordable Price.**

Until now, customized nutritional testing and supplementation was available only to the rich and famous. A typical panel of nutritional and metabolic tests could retail for $300, $400, or even $500 per panel, putting the benefits of these tests out of reach for most people. Ideal Health set out to change all that by developing PrivaTest in a special arrangement with Metametrix Clinical Laboratory. Now, virtually everyone can take the affordable PrivaTest and enjoy the proven health benefits that result from customized nutrition.



Member Login  Account  Login

About  Products  News  Prosperity Plan  Contact Us  My Account

Welcome

 Search

- **The Science Behind the Products**
- **Custom Essentials & PrivaTest**
- **Custom Support Series**
- ▼ **Custom Test Series**
    - AllerTest
    - DigestTest
    - EstrogenaTest
    - ImmunoTest
    - OsteoTest
    - StressTest
- **Custom Weight Management**
- **Occasional Series**
- **The Serotonin Plus Diet**

# Custom Test Series :: :: :: :: ::

Most of the time, and for most people, Ideal Health's PrivaTest® and Custom Essentials take care of all the basic nutritional needs for maintaining optimal health. There are times in life, however, when we all need extra support on one area or another. Each product in this series consists of: (1) A biochemical-pathway lab test performed by MetaMetrix. (When we say "Custom Test" we are always, always talking about an Ideal Health lab test performed by MetaMetrix.) (2) A coordinating customized product (if your test results indicate that you need it) that further customizes your total health program, of which Custom Essentials is the foundation.

The PrivaTest evaluates the function of three, vital biochemical pathways. We chose these 3 pathways because research shows that malfunction in any of these specific areas is often a major underlying factor for the development of the top 3 health challenges that affect Americans as we age.

However, there are other pathways that are not part of the PrivaTest, because they may not need to be tested in every individual, as do the pathways tested in the PrivaTest. So, the Custom Test Series was born. This Series provides a way for you to access even more information about your individual biochemistry, if you just are curious or if certain personal symptoms indicate that you really should investigate a particular area.

The Custom Test Series includes the DigestTest™ and DigestCaps™, the ImmunoTest™ and ImmunoCaps™, the OsteoTest™ and OsteoCaps™, the AllerTest™ and AllerCaps™, and the StressTest™ and StressCaps™ I & II. The tests are required to purchase or benefit from the supplement products in this series.






About | Products | News | Prosperity Plan | Contact Us | My Account

Welcome



- **Mission Statement**
- **Listen to what people have been saying about Our Products**

## Mission Statement :: :: :: :: ::

**Ideal Health Mission Statement**

Our mission is twofold: (1) To provide customers with the best laboratory testing and custom formulated nutritional supplements in the world – at a cost that is affordable for virtually everyone. And (2), to offer customers a share in the financial wealth created by this opportunity by supporting their efforts with state-of-the-art Multimedia Marketing that consists of:

-Highly effective one-on-one sales tools

-Powerful national and local TV shows

-Sophisticated, web-accessible direct mail program unlike any in the industry

-Dynamic, multimedia CD presentations which brand you as an individual

Ideal Health's unique product distribution model is based first on improving people's health, second on improving their prosperity, and third on making a profit to grow the corporation.

But what really distinguishes us is our branding and positioning strategy – created from day one to compensate you. Instead of paying a celebrity to promote our products, we pay you. Instead of pumping profits into advertising agencies, printing companies and media outlets, we give it back to you – in the form of generous financial compensation and powerful marketing support (TV shows, direct mail, multimedia CDs and more).

With a breakthrough product line and a marketing strategy that treats customers as unique individuals, Ideal Health offers a vital new life with health and financial freedom for all who choose to take advantage of it.



© 2003 Ideal Health, Inc. | 1.800.768.7667



# Ideal Health
### THE CUSTOM HEALTH COMPANY

Member Login | Account | Login

About | Products | News | Prosperity Plan | Contact Us | My Account

Welcome

[Search]

▸ **Custom Nutritional News**

## Custom Nutrition News :: :: :: :: ::

### Notable Nitrate
by Denise Autry, CCN, RN

The profiles in our PrivaTest are integrated to give you the mostcomprehensive picture of your health in three critical biochemical areas. Through state-of-the-art laboratory testing of your urine sample, we uncover your nutritional status and metabolic trends. In other words, we find out how well your body is using the nutrients you are eating and we examine how well the three crucial biochemical pathways are working: Urinary nitrates, sulfates and lipid peroxides. Below is an article that explains what (urinary nitrates) levels are and why they are important to you.

There are probably very few people living in America today who have not heard about the "evils" of free radicals and most everyone has probably taken some steps to guard against the very real damage that these maverick molecules can do (more about that in the next issue). But the flip side of the coin is that we NEED free radicals - in controlled amounts - for many important biological functions (one of the main reasons why we don't want to overdo antioxidants.) Free radicals act as vital catalysts, triggering important biochemical reactions and they are essential for energy production. Also, our immune systems use the "big guns" of free-radical compounds to eliminate invading organisms (bacteria are just as susceptible to free-radical assault as we are!)

Which brings us to our subject. One of the most interesting examples of this double-edged-sword species is nitric oxide. Up until quite recently, scientists believed that only primitive bacteria produced nitric oxide. (There had been clues since 1916, though, when researchers puzzled over the fact that nitrate in the urine of test subjects was greater than the total nitrate in their diets and so where was it coming from?) Then in 1981, researchers at MIT found that humans did, indeed, produce nitrogen oxide compounds and the rest, as they say, is history - a very important piece of biochemical history.

What does nitric oxide (NO) do? To name just a few of itsstill-being-researched roles:

- (NO) appears to be a rapid-response neurotransmitter (nerve messenger) and is believed to have impact on many nervous system functions such as pituitary and adrenal hormone release, memory, and the sleep cycle.

- (NO) acts on receptors in blood vessel walls which cause the vessels to expand, thereby lowering blood pressure (you can see why balance is important).

- As part of the immune system's arsenal, it kills parasites and bacteria within the cell. NO in the digestive tract helps to retard growth of bacteria, such as Helicobacter pylori which has been linked to stomach ulcers.

- (NO) in skeletal muscle plays a role in helping the muscle fibers to relax after contraction.



- (NO) plays a major role in regulating the process of inflammation, such as in arthritis.

The list goes on and on. Because of its apparent widespread impact on so many physiological functions, nitric oxide was named "Molecule of the Year" in 1992 by the American Association for the Advancement of Science. But isn't this article supposed to be about NITRATE, not nitric oxide? What's the connection? The connection is that nitric oxide (NO) ultimately oxidizes into nitrate (NO3) which is then eliminated in the urine and which is what we measure in your PrivaTest sample.

Researchers agree that when nitrate is controlled in the diet (by eliminating specific high-nitrate vegetables and cured meats), the amount of nitrate excreted in the urine serves as a good indirect measure of (NO) production. This measurement provides important information for those people who may have imbalances in production. Luckily, for those who do, researchers have also found that (guess what?) specific nutrients, such as arginine, lysine, some B vitamins, and certain antioxidants can influence the up or down regulation of nitric oxide production. Once again, we find a complex biochemical process that responds to the influence of nutrition.

© 2003 Ideal Health, Inc. | 1.800.768.7667