

Select your destination:  Go!

# Spencer M. Reese
# Curriculum Vitae

Spencer M. Reese graduated from Colorado College with a Bachelor of Arts degree in Business Administration in 1982. He thereafter worked in the insurance industry before attending the Washington University School of Law, from which he graduated in 1986. He began his legal career practicing in the areas of environmental law and commercial litigation in Boise, Idaho.

In 1992 Mr. Reese joined the legal department of the direct selling company Melaleuca, Inc. in Idaho Falls, Idaho. Among his functions in this capacity Mr. Reese was responsible for: (1) Distributor compliance; (2) Corporate regulatory compliance, including FDA, FTC, and state regulatory affairs; (3) Managing the company's substantial intellectual property portfolio; and (4) Handling all of Melaleuca's litigation. Notable among the cases successfully concluded by Mr. Reese include the dismissal of a class action lawsuit filed against Melaleuca alleging the company was operating an illegal pyramid, an unregistered security, an illegal postal lottery, and was in violation of numerous consumer protection laws. Mr. Reese was also responsible for the resolution of numerous distributor cases including, litigation stemming from the termination of the company's premier distributor.

Mr. Reese is a member of the Utah, Idaho, Colorado and Missouri bars, and is an active member of the Direct Selling Association's Lawyer's Council and the Government Relations Committee. He regularly contributes articles to a variety of industry publications, including *Network Marketing Lifestyles* and *Upline Magazine*. Mr. Reese is also a contributing author to Angela Moore's industry acclaimed book *Building a Successful Network Marketing Business*. Many of his articles are also available on Grimes & Reese's website at www.mlmlaw.com.

Stemming from his diverse prior experiences, Mr. Reese now services start-up businesses and established firms in the direct sales and multilevel marketing fields, as well as companies marketing dietary supplements and cosmetics through traditional distribution channels. His multifaceted practice involves extensive representation in the areas of:

| | | |
|---|---|---|
| · Compensation Plan Legal Compliance | · Federal Regulatory Compliance | · State Regulatory Compliance |
| · U.S. and International Trademark and Intellectual Property Protection | · Business Transactions and Contracts | · FTC, FDA and State Attorney General Dispute Resolution |
| · International Expansion Strategies | · Consumer Product Labeling | · Distributor Compliance |
| · Sales Tax Disputes | · Sales and Distribution Law | · Advertising and Marketing Law |
| · Unfair Trade Practices | · Vendor Contracts | · Employment Law |

Mr. Reese operates Grimes & Reese's Nampa, Idaho, Office. He can be contacted at (**(208) 468-8852**, or via e-mail at sreese@mlmlaw.com.



**Main Page  What's New at MLM Law  MLM Attorney Services  MLM Law Library  MLM SalesWatch
What Our Clients Say  Search MLMLAW  Site Map**

©2004 **Grimes & Reese, P.L.L.C.**

| Idaho Falls, Idaho, Office | Nampa, Idaho, Office |
|---|---|
| **Kevin D. Grimes** | **Spencer M. Reese** |
| **Steven A. Richards** | **Sixteen 12th Avenue South** |
| **1270 South Woodruff Avenue** | **Suite 114** |
| **Idaho Falls, Idaho 83404** | **Nampa, Idaho 83651** |
| **Tel. (208) 524-0699** | **Tel. (208) 468-8852** |
| **Fax: (208) 524-5686** | **Fax: (208) 462-8856** |
| **E-mail: kgrimes@mlmlaw.com** | **E-mail: sreese@mlmlaw.com** |
| **and srichards@mlmlaw.com** | |