UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN -7 P 12:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) CIVIL ACTION NO. 04-CV-11136GAO |
| v. | ) |
|  | ) |
| DIRECT MARKETING CONCEPTS, INC., et al., | ) |
|  | ) |
| Defendants. | ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

1. **The following exhibits attached to the Affidavit Donald Barrett:**

    Exhibit A – Distribution Agreement dated February 18, 2002;

    Exhibit B – Letter from Daniel Hurtado to Federal Trade Commission dated April 24, 2002;

    Exhibit C – Supporting materials filed in FTC v. Trudeau action in the U.S. District Court for the Northern District of Illinois;

    Exhibit D – Letters sent by DMC to "Closer Look" distributors dated June 19, 2003;

    Exhibit E – Distribution Agreement dated April 4, 2003;

    Exhibit F – Transcript of Sales Presentation;

    Exhibit G – Summary of Clinical Treatments by Dr. Alex Guerrero;

    Exhibit H – FDA Warning Letter dated May 12, 2004;

    Exhibit I – Deposition Subpoena of Donald Barrett;

    Exhibit J – Demand Letter dated April 23, 2004;

    Exhibit K – Affidavit of John Maihos;

Exhibit L – Memorandum to Scot Sarver dated September 12, 2003;

Exhibit M – Public Records regarding Richard Cushman;

Exhibit N – Notice of Trespass to Richard Cushman dated December 2, 2003 and December 3, 2003;

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 7, 2004                    /s/ Peter S. Brooks
                                       Peter S. Brooks
                                       Attorney For: Defendants
                                       Direct Marketing Concepts, Inc.,
                                       ITV Direct, Inc., and Donald W. Barrett

# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4819

Writer's e-mail
ogolinder@seyfarth.com

FILED
IN CLERK'S OFFICE

2004 JUN -7  P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 7, 2004

**VIA HAND DELIVERY**

Clerk of the Court
U.S.D.C. of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.
            C.A. No. 04-CV-11136 GAO

Dear Sir/Madam:

Enclosed for filing with the Court please find a Notice of Filing with Clerk's Office with exhibits.

Thank you for your attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

Olia A. Golinder
Paralegal

Enclosures

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA