UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8  P 12: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br><br>Plaintiff, )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et al. )<br>)<br>Defendants. )<br>) | Civ. No. 04-11136-GAO |

### NOTICE OF FILING OF PROPOSED PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC. AND DONALD W. BARRETT

Plaintiff, the Federal Trade Commission ("FTC" or "Commission") hereby submits the attached proposed Preliminary Injunction as to Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc. and Donald W. Barrett. The FTC submits this document pursuant to the Court's expressed intent at the hearing on June 7, 2004, to hear the plaintiff's motion for a noticed temporary restraining order as a motion for a preliminary injunction.

Respectfully Submitted,

/s/ [signature]

DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, - 3525, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated: June 8, 2004

## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On June 8, 2004, copies of Plaintiff's Notice of Filing of Proposed Preliminary Injunction as to Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc. and Donald W. Barrett were served via Federal Express or U.S. Mail as specified, and sent by facsimile as follows:[1]

Corey W. Roush, Esq. (for Michael Howell, Greg Geremesz, and Health Solutions, LLC)
Hogan & Hartson, LLP (via US mail)
555 Thirteenth St., NW
Washington, D.C. 20004
Facsimile: (202) 637-5910

Barry J. Cutler, Esq. (for Alejandro Guerrero and Health Solutions, Inc.)
Baker & Hostetler LLP (via US mail)
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
Facsimile: (202) 861-1783

Christopher F. Robertson, Esq. (for Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett) (via FEDEX)
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Jeffrey D. Knowles, Esq. (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)
Venable LLP (via facsimile)
575 7th St., NW
Washington, DC 20004
Facsimile: (202) 344-8300

I declare under penalty of perjury that the foregoing is true and correct. Executed this June 8, 2004.

_/s/ Daniel Kaufman_
Daniel Kaufman

---

[1] The Commission has communicated with the listed counsel in relation to the instant case. None of the counsel, however, has made an appearance in this matter, and the Commission is not certain who ultimately will represent the Defendants in this case.