| Welcome | Products | Why Cleanse? | Testimonials | Contact Us |

Welcome to the 7-Day Miracle Cleanse

Welcome to the 7 Day Miracle Cleanse... learn important health tips that will ir

## Welcome to the 7 Day Miracle Cleanse!

**The Health Man** created the 7-Day Miracle Cleanse and is considered by many to be the healthiest man alive. After healing himself of breast and skin cancer *he rejuvenated his health to a whole new level.*



## Shop Online!





**Watch the Infomercia**
30min

**Click here to see our incredible products!**

Click **here** to find out what's inside you!



## Fountain Of Youth

**Call us!**

Do you think the **Fountain Of Youth** is just a fantasy? Then ask the thousands of people who have completed the **7-Day Miracle Cleanse**. Most people who have completed the cleanse report the following results:

**(800) 481-3991**

- **Weight loss. 8-15 lbs.** from the chin, hips, thighs and abdominal area. The record is 41 lbs. in 7 days and 128 lbs. in 4 months.

**Mon-Fri
7AM-7PM PST**

- **Younger appearance.** Wrinkles and lines fade or disappear from facial skin, creating an appearance that looks 10-20 years younger.

- **Softer skin.** Skin becomes softer, the complexion clears up.

- **Release natural energy.** Once toxins and poisons are released from the body; it is



**7-Day Miracle Cleanse**
PO Box 3362
Burbank, CA
91504



then possible for the body to release its natural energy.

- **Elimination of constipation.** Removing the old mucous plaque and the undigested residues that are accumulated from eating indigestible foods over one's life time allows the colon to function properly. The Cleanse is helpful to alleviate IBS, Colitis, Spastic colon, and other colon dysfunctions.

- **Heal sickness and disease.** After eliminating toxins, residues and mucous plaque from the digestive organs, the human body can then draw the foreign matter from the other channels of the systems. All healing should start by first cleaning the digestive tract of mucous plaque, the source of most sickness and disease.

- **Longer life span.** The great pioneers of nutrition and wellness, Dr Norman W. Walker (130 years), V.E. Irons (100 years) and Dr. Bernard Jensen (who is 100 years old) were and are supreme examples that cleansing the bowels and eating fresh foods are the key to a long, healthy life.

- **Elimination of parasites including worms.**

## Testimonials | About The Health Man | Liver & Gall Bladder Detoxification Cleanse

Weight Loss | Beginning of Disease | Colon Cleansing | Parasites | Testimonials

HOME | 7-DMC | Benefits | High Energy | How It Works | Why It Works



Terms and Conditions
Privacy

| Welcome | Products | Why Cleanse? | Testimonials | Contact Us |

Shop online!

Welcome to the 7 Day Miracle Cleanse... learn important health tips that will ir

Click here to read the 7-DMC Book online!

- Mucus Eliminator
- Super Boost Green Mix
- Parasine 2
- Detox Tea
- 7-Day Miracle Cleanse (Booklet)

- Starter Kit (1 Week)
- Six Week Kit
- Two Week Kit
- Liver & Gallbladder Cleanse
- LVR-C3

## One Week Kit - *The Starter*

**The 7 day Cleansing Kit** incorporates a unique, organic, herbal, 3 stage process including: the Parasine 2 which rids your body of the millions of parasites that are literally consuming the nutrients from the foods you eat, crucial for health and vitality!
Next, we have the Herbal Mucus Eliminator, a phenomenal product guaranteed to dramatically increase your energy. The Herbal Mucus Eliminator removes the layers form your digestive system that restrict the absorption of nutrients. The average person loses over 10 lbs. in less than 7 days better than any diet and you will regain the energy of your youth.

We also include a 30 day supply of Super Boost Green Mix Specially formulated as a complete natural daily supplement to balance your body's pH and is the perfect alkalizer.

I GUARANTEE you'll feel FANTASTIC after completing this program!
- 1 Herbal Mucus Eliminator 100 Vegicaps
- 1 Super Boost Green Mix 180 Vegicaps
- 1 Parasine 2 100 Vegicaps
- 1 Instructional Guide

(PLEASE CONSIDER OUR OFFERS BELOW BEFORE PURCHASING THIS KIT!)



4 lbs.
$89



## Two Week Kit

This 2 week program is highly recommend because although the "One Week Starter Kit" will rid your body of parasites, unfortunately it leaves behind their eggs. Taking the program a second time within 8 weeks will eliminate the eggs guaranteeing you long lasting results. This package retails for $178

<u>Today Save Yourself $50!!</u>
Buy the 2 Week Package for **Only $128** and receive the Detox tea **FREE**
- 2 Herbal Mucus Eliminator 100 Vegicaps
- 1 Super Boost Green Mix 180 Vegicaps
- 2 Parasine 2 100 Vegicaps
- 1 "Health Man" Detoxification Tea 10 oz.
- 1 Instructional Guide



7 lbs.
Normally $178, *your price:* **$128**
*Save $50 off the retail price!*

## The Ultimate Package- 6 Week Kit

Our third offer is the 1 year kit, enough product for 6 programs. This is the ultimate cleanse, total rejuvenation process and strongly recommended for those of you who strive for perfecting your body's optimum performance! This package is also ideal for the whole family. Remember, 70% of our customers reorder this package after completing the 1 week program. Order today and **SAVE $300**. Now Only $293 with **FREE SHIPPING**.
- 6 Herbal Mucus Eliminator 100 Vegicaps
- 4 Super Boost Green Mix 180 Vegicaps
- 4 Parasine 2 100 Vegicaps
- 3 "Health Man" Detoxification Tea 10 oz.
- 1 Instructional Guide



12 lbs.
Normally $593, *your price:* **$293** + *free shipping!*

*Save* $300 *off the retail price!*

## 3 Day Cleanse - *Liver & Gall Bladder Detoxification*

This 3 Day - Liver & Gall Bladder

Detoxification Cleanse flushes the digestive tract of toxins, residues and bile. Purging the Liver of poisonous materials and man made substances to be released and discarded from the body. A healthy Liver is a must to create PERFECT HEALTH! This is a great preparation for the 7 - Day Cleanse. Get started today!



1 Pound
$59
Click here to order the **Liver & Gall Bladder Cleanse** now!

## Mucus Eliminator

This serves as a gentle laxative, containing a unique herbal combination to assist in the removal of mucus plaque (hardened mucus). It helps the body to cleanse not only the eliminatory canal, but also the liver and other organs. The Herbal Mucus Eliminator is the key component of the 7-Day Cleanse tm to eliminate and detoxify poisons and foreign matter from the vital organs and cells of the body. This formula has been in use for more than twenty years. It contains milk free lacto bacillus bifidus powder, bentonite in an herbal base of alfalfa leaf, cascara sagrada bark, rose hips, buckhorn bark, garlic goldenseal, and capseium.)



100 Vegicaps
$32.95

## Super Boost Green Mix

This combination of greens includes Hawaiian Spirulina, Alfalfa, Gotu-Kola, Sea Kelp, Wheat Grass, Orange Peel Powder, and Spinach Leaf, making it one of the best sources of protein, vitamins, minerals, chlorophyll, essential amino acids and trace

minerals available. It provides necessary nutrition to help keep your energy high while completing the 7-Day Miracle Cleanse but we also recommend taking Super Boost Greens daily for continued nutritional benefits. **One month supply.**



180 Vegicaps
$37.95

Add to Cart

## Parasine 2

The 7-Day Miracle Cleanse captures the essence of nature's beautiful garden. We ensure that our herbs are certified organic. This powerful combination is deadly to parasites and worms in the human body, yet has no side effects. Our formulations are encapsulated into vegetarian, plant-based caps. To further protect the herbs from deterioration caused by light and oxygen, it is best to take Parasine 2 before doing the 7-Day Cleanse to eliminate the dead parasites and worms from your digestive tract.
Contains: wormwood, senna pods, fresh ground black seeds, fresh ground green black walnut hulls, fresh ground pumpkin seeds, organic cascara sagrada, fresh ground organic cloves, brucca, fresh ground wormseed, bioperine standardized extract of 95% piperine



100 Vegicaps
$36.95

Add to Cart

## LVR-C3

These herbs are specially design to purify the Liver & Gallbladder. Purging the liver to release toxins, parasites and other foreign matter. One of the most potent of its kind! Best if used with the "Healthman" Detox Tea for the 3 day

Liver & Gallbladder Cleanse.



100 Vegicaps (10 oz.)
$38.95

## "Health Man" Detoxification Tea

This extraordinary, unique combination of organic ingredients will help keep your mind sharp and alert during the cleanse. It's very stimulating and aids in eliminating toxins and other residues in the digestive organs. It is based on an ancient eastern formula. Great to drink daily!
Detoxification Tea (bulk): Milk Thistle seed, Dandelion leaf, Pau D' arco, Orange peel, Ginger root, Ginko leaf, Juniper berries, Burdock root, Gotu - kola, Fenugreek seed.



10 oz.
$29.95

## 7-Day Miracle Cleanse (Booklet)

This book is a step-by-step instructional guide to successfully completing the 7-Day Miracle Cleanse, and very importantly, a follow up gourmet recipe section. One of the simplest guides to removing mucus from the intestinal tract and detoxifying the vital organs and cells of the body. Your insurance

policy to a vibrant life. Every household should own a copy.

The book includes the key steps for success in losing weight, looking younger, preventing sickness and disease, creating high energy, achieving perfect health!



84 Pages
$5

Add to Cart

## Expanded Vision Colon Board

This is an optional step you can take to maximize your cleansing potential. It's not necessary to do the program, but it's a great step towards great health!



1 Board
Call (800) 321 4544 to order the Colon Board.
*mention the 7DMC for additional savings!*



*Call* **(800) 481-3991** *for more information!*
(7am - 7pm PST, Mon - Fri)

Weight Loss | Beginning of Disease | Colon Cleansing | Parasites | Testimonials

HOME | 7-DMC | Benefits | High Energy | How It Works | Why It Works



Terms and Conditions
Privacy

| Welcome | Products | Why Cleanse? | Testimonials | Contact Us |

Welcome to the 7 Day Miracle Cleanse... learn important health tips that will ir



## ContactUs



**(800) 481-3991**

Mon-Fri
7AM-7PM PST



**Or write:**

7-Day Miracle Cleanse
PO Box 3362
Burbank, CA 91504



e-mail the healthman7@aol.com

Order online now!



*Call (800) 481-3991 for more information!*
(7am - 7pm PST, Mon - Fri)

Weight Loss | Beginning of Disease | Colon Cleansing | Parasites | Testimonials

HOME | 7-DMC | Benefits | High Energy | How It Works | Why It Works



Terms and Conditions
Privacy