UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.<br><br>Defendants. | Civil No. 04-CV-11136-GAO |

## NOTICE OF FILING OF PROOFS OF SERVICE

Plaintiff Federal Trade Commission submits the attached proofs of service:

1. Federal Trade Commission's Proof of Service of Complaint and Exhibits on Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald W. Barrett.

2. Federal Trade Commission's Proof of Service of Complaint on Defendants Healthy Solutions, LLC, Michael Howell and Greg Geremesz

3. Federal Trade Commission's Proof of Service of Complaint on Defendants Alejandro Guerrero and Health Solutions, Inc.

4. Federal Trade Commission's Proof of Service of Complaint on Defendants Triad ML Marketing, inc., King Media, Inc., and Allen Stern

Respectfully Submitted,

_____
DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC 20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated August 2, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                                              |   |                       |
|----------------------------------------------|---|-----------------------|
| FEDERAL TRADE COMMISSION,                    | ) |                       |
|                                              | ) |                       |
| Plaintiff,                                   | ) |                       |
|                                              | ) |                       |
| v.                                           | ) | Civ. No. 04-11136-GAO |
|                                              | ) |                       |
| DIRECT MARKETING CONCEPTS, INC., et al.,     | ) |                       |
|                                              | ) |                       |
| Defendants.                                  | ) |                       |

**FEDERAL TRADE COMMISSION'S PROOF OF SERVICE
OF COMPLAINT AND EXHIBITS ON DEFENDANTS
DIRECT MARKETING CONCEPTS, INC.,
ITV DIRECT, INC., AND DONALD W. BARRETT.**

I, Christopher F. Robertson, an attorney with the law firm Seyfarth Shaw LLP, hereby acknowledge that Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald W. Barrett, have been served with the Complaint and exhibits thereto in the above-captioned matter, through me, their counsel. The Complaint and exhibits thereto were delivered to my office by hand on June 14, 2004.

6/14/04
Date

Christopher F. Robertson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,         )<br>                                                            )<br>      Plaintiff,                                    )<br>                                                            )<br>           v.                                            )    Civ. No. 04-11136-GAO<br>                                                            )<br>DIRECT MARKETING CONCEPTS, INC., et al.,   )<br>                                                            )<br>                                                            )<br>      Defendants.                              )<br>                                                            ) | |

**FEDERAL TRADE COMMISSION'S PROOF OF SERVICE
OF COMPLAINT ON DEFENDANTS HEALTHY SOLUTIONS, LLC,
MICHAEL HOWELL AND GREG GEREMESZ**

I, Corey W. Roush, an attorney with the law firm Hogan & Hartson LLP, hereby acknowledge that Defendants Healthy Solutions, LLC, Michael Howell, and Greg Geremesz have agreed to accept service through me of the Complaint and exhibits thereto in the above-captioned matter. While I am accepting service on their behalf, I am not at this time appearing in this matter. The Complaint and exhibits thereto were delivered to my office by hand on June 1, 2004, and I received them personally on June 2, 2004.

6/4/04
Date

Corey W. Roush

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>)<br>)<br>Defendants. )<br>) | Civ. No. 04-11136-GAO |

**FEDERAL TRADE COMMISSION'S PROOF OF SERVICE
OF COMPLAINT ON DEFENDANTS ALEJANDRO GUERRERO AND
HEALTH SOLUTIONS, INC.**

I, Becky V. Christensen, an attorney with the law firm Levin & O'Connor, hereby acknowledge that Alejandro Guerrero and Health Solutions, Inc., have been served with the Complaint and exhibits thereto in the above-captioned matter, through me, their counsel. The Complaint an exhibits thereto were delivered to me via Federal Express on June 7, 2004.

_____        _____
Date                                           Becky V. Christensen

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,                )<br>                                                                  )<br>    Plaintiff,                                              )<br>                                                                  )<br>    v.                                                        )     Civ. No. 04-11136-GAO<br>                                                                  )<br>DIRECT MARKETING CONCEPTS, INC., et al.,   )<br>                                                                  )<br>                                                                  )<br>    Defendants.                                        )<br>_____)| |

### FEDERAL TRADE COMMISSION'S PROOF OF SERVICE OF COMPLAINT ON DEFENDANTS TRIAD ML MARKETING, INC., KING MEDIA, INC., AND ALLEN STERN

I, Edward F. Glynn, an attorney with the law firm Venable LLP, hereby acknowledge that Triad ML Marketing, Inc., King Media, Inc., and Allen Stern have been served with the Complaint and exhibits thereto in the above-captioned matter, through me, their counsel, as of today, June 16, 2004. This Complaint and exhibits thereto were delivered to my office by hand.

6/21/2004
Date

Edward F. Glynn

## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On August 2, 2004, copies of Notice of Filing of Proofs of Service were served via first class United States mail as follows:

Corey W. Roush, Esq. (for Michael Howell, Greg Geremesz, and Health Solutions, LLC)
Hogan & Hartson, LLP
555 Thirteenth St., NW
Washington, D.C. 20004

Barry J. Cutler, Esq. (for Alejandro Guerrero and Health Solutions, Inc.)
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036

Becky V. Christensen, Esq.
Levin & O'Connor
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651

Dustin F. Hecker
Posternak Blankstein & Lund Llp
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004

Peter Brooks, Esq. (for Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett)
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210

Jeffrey D. Knowles, Esq. (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)
Venable LLP
575 7th St., NW
Washington, DC 20004

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 2, 2004 at Washington, D.C.

_____
Daniel Kaufman