UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
FEDERAL TRADE COMMISSION                 )   Civil Action No. 04-CV-11136-GAO
    Plaintiff,                             )
v.                                       )   Judge George O'Toole
                                         )
DIRECT MARKETING CONCEPTS, INC.,         )
dba TODAY'S HEALTH and DIRECT            )
FULFILLMENT, ITV DIRECT INC., dba        )
DIRECT FULFILLMENT, DONALD W.            )
BARRETT, HEALTHY SOLUTIONS LLC           )
dba DIRECT BUSINESS CONCEPTS,            )
HEALTH SOLUTIONS INC.,                   )
ALEJANDRO GUERRERO, MICHAEL              )
HOWELL, GREG GEREMESZ, TRIAD ML          )
MARKETING, INC., KING MEDIA, INC.,       )
and ALLEN STERN,                         )
    Defendants.                            )
_____)
                                         )
HEALTHY SOLUTIONS, LLC dba DIRECT        )
BUSINESS CONCEPTS, a California limited  )
liability company;                       )
    Counterclaimant,                       )
                                         )
v.                                       )
                                         )
ITV DIRECT, INC., a Massachusetts corporation; )
DIRECT FULFILLMENT LLC, a Massachusetts  )
limited liability company, and DOES 1-10,)
inclusive,                               )
    Counterdefendants.                     )
_____)

**MOTION FOR LEAVE TO ADMIT
<u>BECKY V. CHRISTENSEN PRO HAC VICE</u>**

In accordance with Rule 83.5.3(b), Dustin F. Hecker, a member of the bar of Massachusetts, respectfully moves for the admission pro hac vice of Becky V. Christensen, of the law firm of Levin & O'Connor, 384 Forest Avenue, Suite 13, Laguna Beach, California

92651, to appear and practice in this Court for this case as counsel for the defendants Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz.  As detailed in the Certificate of Ms. Christensen (attached hereto as Exhibit A), she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice.  There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction, and she is familiar with the local rules of the United States District Court for the District of Massachusetts.  Payment of the $50.00 admission fee per attorney has been submitted to the Clerk of the Court.  I have previously entered my appearance as counsel for the defendants Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz.

WHEREFORE, Dustin F. Hecker hereby respectfully requests that the Court grant this Motion for Leave to Admit Becky V. Christensen pro hac vice.

Respectfully submitted,

s/Dustin F. Hecker
_____
Dustin F. Hecker, Esq., BBO# 549171
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-8004
(617) 973-6131

Dated:  August 17, 2004

CERTIFICATE OF SERVICE

I, Dustin F. Hecker, hereby certify that on this 17th day of August, 2004, I served a copy of the within document by first class mail to Daniel Kaufman, Kial S. Young, Edward Glennon, Federal Trade Commission, 600 Pennsylvania Avenue, NW, NJ-3212, Washington, DC 20580; and Peter Brooks, Esq., Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA; Jeffrey D. Knowles, Esq., Venable LLP, 575 7th St., NW, Washington, DC 20004.

    s/Dustin F. Hecker
    _____
    Dustin F. Hecker, Esq.