UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>Plaintiff,<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., dba TODAY'S HEALTH and DIRECT FULFILLMENT, ITV DIRECT INC., dba DIRECT FULFILLMENT, DONALD W. BARRETT, HEALTHY SOLUTIONS LLC dba DIRECT BUSINESS CONCEPTS, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, GREG GEREMESZ, TRIAD ML MARKETING, INC., KING MEDIA, INC., and ALLEN STERN,<br>Defendants.<br><br>HEALTHY SOLUTIONS, LLC dba DIRECT BUSINESS CONCEPTS, a California limited liability company;;<br>Counterclaimant,<br>v.<br>ITV DIRECT, INC., a Massachusetts corporation; DIRECT FULFILLMENT LLC, a Massachusetts limited liability company, and DOES 1-10, inclusive,<br>Counterdefendants. | Civil Action No. 04-CV-11136-GAO<br><br>Judge George O'Toole<br><br><br>DECLARATION OF BECKY V. CHRISTENSEN PURSUANT TO LOCAL RULE 83.5.3(b) APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY |

I, Becky V. Christensen declare as follows:

1.  I am a member of the California State Bar, California State Bar No.

    147013, in good standing and in every jurisdiction where I have been

      admitted to practice. I am admitted to practice before all California courts, the United States District Courts for the Northern, Central and Southern Dsitricts of California, the United States Court of Appeals for the Ninth Circuit and the United States Court of Appeals for the Federal Circuit.

2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and provided further, my application for leave to practice in this court is on motion of a member of the bar of this court, who shall also file an appearance, Dustin F. Hecker, Esq. of POSTERNAK BLANKSTEIN & LUND LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July, 2004, at Laguna Beach, California.

_____
Becky V. Christensen, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on ~~July 29~~ August 17, 2004, a copy of foregoing DECLARATION OF BECKY V. CHRISTENSEN PURSUANT TO LOCAL RULE 83.5.3(b) APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Daniel Kaufman<br>Kial S. Young (BBO # 633515)<br>Edward Glennon<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW,<br>NJ-3212<br>Washington, DC 20580<br>(202) 326-2675, -3525, -3126 (voice)<br>(202) 326-3259 (fax)<br>dkaufman@ftc.gov, kyoung@ftc.gov or<br>eglennon@ftc.gov<br><br>ATTORNEYS FOR PLAINTIFF | Peter Brooks, Esq.<br>SEYFARTH SHAW, LLP<br>WORLD TRADE CENTER EAST<br>TWO SEAPORT LAND<br>SUITE 300<br>BOSTON, MA 02210<br>Facsimile: (617) 946-4801<br><br>pbrooks@seyfarth.com<br><br>ATTORNEYS FOR DIRECT<br>MARKETING CONCEPTS, INC., ITV<br>DIRECT, INC., and DONALD BARRETT |

_____
Dustin F. Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
(617) 973-6100

**Motions**
1:04-cv-11136-GAO Federal Trade Commission v. Direct Marketing Concepts, Inc. et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hecker, Dustin F. entered on 8/17/2004 at 4:52 PM EDT and filed on 8/17/2004

**Case Name:** Federal Trade Commission v. Direct Marketing Concepts, Inc. et al
**Case Number:** 1:04-cv-11136
**Filer:** Healthy Solutions, LLC
Michael Howell
Greg Geremesz
Health Solutions, Inc.
Alejandro Guerrero

**Document Number:** 37

FILING FEE PAID
RECEIPT # 58045
AMOUNT $ 50.00
BY DPTY CLK
DATE 8/19/04

**Docket Text:**
MOTION for Leave to Appear Pro Hac Vice by Becky V. Christensen by Alejandro Guerrero, Greg Geremesz, Health Solutions, Inc., Healthy Solutions, LLC, Michael Howell.(Hecker, Dustin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/17/2004] [FileNumber=637676-0]
[cfcb9df3d5eb16ae15c24e4b77e2692977ba131d7a7fa38bd50eaefbef747a8cd2bd
f02c23815097cf092ec4018a76b367adbbde297ffcb13203c07b8483917b]]

**1:04-cv-11136 Notice will be electronically mailed to:**

Peter S. Brooks    pbrooks@seyfarth.com

Dustin F. Hecker    dhecker@pbl.com

Phyllis A. Jones    pjones@ghlaw.com

**1:04-cv-11136 Notice will not be electronically mailed to:**

Edward Glennon
Federal Trade Commission
600 Pennsylvania
Mail Drop NJ-3212
Washington, DC 20580

Daniel Kaufman
Federal Trade Commission
600 Pennsylvania Ave.
Washington, DC 20580

Kial S. Young
Federal Trade Commission
600 Pennsylvania Avenue
Mail Drop NJ-3212
Washington, DC 20580