7

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF ILLINOIS
 3                     EASTERN DIVISION
 4
 5      ***********************************
 6      FEDERAL TRADE COMMISSION,
 7                      Plaintiff
 8           vs.              No. 03-C-3904
 9      KEVIN TRUDEAU, SHOP AMERICA (USA),
10      LLC, ROBERT BAREFOOT, and DEONNA
11      ENTERPRISES, INC.,
12                      Defendants
13      ***********************************
14                           VOLUME:  I
15                           PAGES:   1-137
16
17              C O N F I D E N T I A L
18      DEPOSITION of DONALD WILLIAM BARRETT, JR.,
        a witness called on behalf of the
19      Plaintiff pursuant to the Federal Rules of
        Civil Procedure, before Judith McGovern
20      Williams, Certified Shorthand Reporter
        No. 130993, Registered Professional
21      Reporter, Certified Realtime Reporter, and
        Notary Public in and for the Commonwealth
22      of Massachusetts, at the offices of
        Seyfarth Shaw, Two Seaport Lane,
23      Suite 300, Boston, Massachusetts  02210,
        on Monday, December 22, 2003, commencing
24      at 10:02 a.m.
25
```

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

8

```
 1         APPEARANCES:
 2
 3         FEDERAL TRADE COMMISSION
 4           Daniel Kaufman, Esquire and
 5           Laura M. Sullivan, Esquire
 6           600 Pennsylvania Avenue, N.W.
 7           Washington, D. C.   20580
 8           202-326-2675
 9           for the Plaintiff
10
11         JENNER & BLOCK, LLP
12           Daniel J. Hurtado, Esquire
13           One IBM Plaza
14           Chicago, Illinois  60611
15           312-923-2645
16           for Kevin Trudeau and
17           Shop America (USA), LLC
18
19         SEYFARTH SHAW
20           Christopher F. Robertson, Esquire
21           Two Seaport Lane, Suite 300
22           Boston, Massachusetts  02210
23           617-946-4800
24           for the Deponent
25
```

63

1  Q.  Okay. We were talking about that earlier?
2  A.  Yes. The T-Coral show.
3  Q.  Right. That is also referenced, Thomas
4      Williams, in paragraph 9; is that correct?
5  A.  Yes.
6  Q.  Okay. The document we were talking about,
7      the Richard Zeeb e-mail, Barrett Exhibit
8      No. 9 --
9  A.  Yes.
10 Q.  -- did you have -- can you tell me who if
11     anyone -- I know you forwarded the e-mail
12     on to Mr. Stern?
13 A.  Yes.
14 Q.  Did you have any subsequent discussions
15     with Mr. Stern about the e-mail?
16 A.  Not that I recall.
17 Q.  Okay.
18          MR. KAUFMAN: If we could mark
19     as Barrett Exhibit 11 a document with a
20     Bates stamp KM 005. It is from Allen to
21     Erik re: Kevin Trudeau dated March 4,
22     2002, with a cc to Donald Barrett.
23          (One-page letter dated March 4,
24             2002, to Erik from Allen,
25             production number KM005 marked

64

```
 1                    Exhibit No. 11 for
 2                    identification.)
 3       BY MR. KAUFMAN:
 4   Q.  And, Mr. Barrett, if you could look at
 5       this document and let me know if you
 6       recognize it.
 7   A.  Yes, I do, sir.
 8   Q.  Okay.  And is this a document that you --
 9   A.  I recognize -- let me --
10   Q.  Yes.
11   A.  I recognize this -- I don't remember the
12       exact document, but I remember the
13       situation.
14   Q.  And you are a cc on this document?  Right?
15   A.  Yes.
16   Q.  Is this a document that you would have
17       received in the ordinary course of
18       business?
19   A.  I believe so.  It probably came through my
20       fax.
21   Q.  What is the situation going on here that,
22       in Barrett No. 11, that you remember?
23   A.  Kevin originally out of Shop America was
24       doing the shipment for our product.  Then
25       when he found out he couldn't run the
```

| | | |
|---|---|---|
| 1 | | infomercial, he sued us in Illinois, |
| 2 | | somewhere in Illinois, for using his name |
| 3 | | and likeness. You know, not because there |
| 4 | | were problems with the show, but using his |
| 5 | | name and likeness, he sued us. And he |
| 6 | | wound up -- so they don't do any of the |
| 7 | | shipping at Shop America. He told us to |
| 8 | | get all of our stuff out of there; they |
| 9 | | are not going to ship for the program, |
| 10 | | because he was suing us. Allen Stern |
| 11 | | moved everything from Shop America to FP |
| 12 | | Video in Indianapolis. From then on, they |
| 13 | | did all the shipping, FP Video. |
| 14 | Q. | Is it correct to say it was about March 4, |
| 15 | | 2002, that you first realized that Shop |
| 16 | | America Marketing Group is no longer going |
| 17 | | to do the shipping? |
| 18 | A. | Yes. And they did all the shipping up |
| 19 | | until that point. |
| 20 | Q. | And Don Colton, it says he is the general |
| 21 | | manager of Shop America. Is that your |
| 22 | | understanding? |
| 23 | A. | Yes. He does something with -- I don't |
| 24 | | know if he is the general manager or -- |
| 25 | Q. | The first sentence here in Exhibit No. 11 |

1      refers to Calcium Factor products. Do you
2      know what was the actual name of the
3      product being sold at that point?
4  A.  Well, the books, the Calcium Factor, Death
5      by Diet, and the product, Coral Calcium.
6      And I'm not sure at that time if it was
7      Bob Barefoot's Coral Calcium or our Coral
8      Calcium Daily. It was probably a
9      combination of both which they shipped.
10  Q.  But at some point pursuant to what we have
11      been calling the infomercial, the product
12      that is shipped is known as Coral Calcium
13      Daily?
14  A.  My product, yes.
15  Q.  Your product?
16  A.  Yes, sir.
17  Q.  Do you know whether Kevin Trudeau ever had
18      any discussions with the Federal Trade
19      Commission regarding the infomercial with
20      Robert Barefoot and Kevin Trudeau?
21  A.  Do I?
22      MR. HURTADO: Objection.
23  Foundation.
24      MR. KAUFMAN: Sure. Well, let
25  me move back. Let me mark as Exhibit

**King Media Inc.**



March 4, 2002

To:   Erik

From: Allen

Re:   Kevin Trudeau

Erik:

I received a call today from Don Colton, the General Manager of Shop America, our Fulfillment operation for our Calcium Factor products. Don told me that he was instructed by Kevin Trudeau and/or his representatives to stop shipping our products.

This is, to me, a clear case of "business interference". These are customers and they expect to receive their merchandise, not to mention that we too have paid for the products. I told Don that I would be contacting our lawyer regarding Kevin's interference and the gravity of what he did.

In our counter claim, I believe this fact should be clearly stated and some of the ramifications of his actions.

Thanks.

cc Donald Barrett



656 East Swedesford Road · Suite 325 · Wayne, PA 19087 · Phone: 610/975-0305 Fax: 610/975-0315

KM005

## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On September 24, 2004, copies of (1) Plaintiff's Motion for Leave to File a Reply Memorandum of Law in Support of Plaintiff the Federal Trade Commission's Motion to Strike Five of the Affirmative Defenses of Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett; and (2) Reply Memorandum of Law in Support of Plaintiff the Federal Trade Commission's Motion to Strike Five of the Affirmative Defenses of Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett were served via facsimile and first class United States mail as follows:

Becky V. Christensen, Esq.   (for Michael Howell, Greg Geremesz, Health Solutions, LLC,
Levin & O'Connor   Alejandro Guerrero and Health Solutions, Inc)
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651
Facsimile: (949) 497-7679

Dustin F. Hecker   (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP   LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Peter Brooks, Esq. (for Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett)
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Jeffrey D. Knowles, Esq. (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)
Venable LLP
575 7th St., NW
Washington, DC 20004
Facsimile: (202) 344-8300

I declare under penalty of perjury that the foregoing is true and correct. Executed this September 24, 2004 at Washington, D.C.

_____
Edward Glennon

15