UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>       Plaintiff )<br>)<br>V.   )<br>)<br>DIRECT MARKETING CONCEPTS, INC. )<br>*et al,*   Defendants )<br>------------------------------------------------- | DOCKET # 1:04-cv-11136-GAO |

APPEARANCE FOR
DEFENDANTS TRIAD ML MARKETING, INC.,
KING MEDIA, INC. AND ALLEN STERN

TO THE CLERK:

Please enter my APPEARANCE for the defendants Triad ML Marketing, Inc., King Media, Inc. and Allen Stern.

                                              */s/ Joseph F. Ryan*
                                              Joseph F. Ryan BBO# 435720
                                              Lyne Woodworth & Evarts LLP
                                              600 Atlantic Avenue
                                              Boston, MA 02210
                                              Telephone 617/523-6655 - Telecopy 617/248-9877
                                              E-mail: Jryan@LWELaw.com

Certificate of Service

     I certify that I served the foregoing Appearance this date upon the plaintiff Federal Trade Commission by telecopier and U.S. Mail, and upon all other counsel of record by U.S. Mail.

October 5, 2004                                                   */s/ Joseph F. Ryan*
                                                                Joseph F. Ryan BBO# 435720