UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>    Plaintiff<br>        v.<br><br>DIRECT MARKETING CONCEPTS, INC., d/b/a<br>TODAY'S HEALTH and DIRECT FULFILLMENT,<br>ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT,<br>DONALD W. BARRETT,<br>HEALTHY SOLUTIONS, LLC d/b/a DIRECT<br>BUSINESS CONCEPTS,<br>HEALTH SOLUTIONS, INC.,<br>ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO,<br>MICHAEL HOWELL, GREG GEREMESZ,<br>TRIAD ML MARKETING, INC., KING MEDIA, INC.,<br>and ALLEN STERN,<br>    Defendants. | Civ. No. 04-11136 - GAO |

**(PROPOSED) ORDER
GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE
TO NAME ADDITIONAL DEFENDANTS AND RELIEF DEFENDANTS AND
TO FILE FIRST AMENDED COMPLAINT**

Upon consideration of plaintiff Federal Trade Commission's Motion for Leave to Name Additional Defendants and Relief Defendants and to File First Amended Complaint, materials submitted in support, and the record in this case, it is hereby

ORDERED AND ADJUDGED that the Commission's motion is hereby **GRANTED**; and it is further

ORDERED that the First Amended Complaint be filed and served; and it is further

ORDERED that responses to the First Amended Complaint be submitted no later than 10

days after service.

**SO ORDERED** this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

_____
DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC  20580
(202) 326-2675,  -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated November 18, 2004

## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On November 18, 2004, copies of:

1. **FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO NAME ADDITIONAL DEFENDANTS AND RELIEF DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT**

2. **FEDERAL TRADE COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO NAME ADDITIONAL DEFENDANT AND RELIEF DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT**

3. **DECLARATION OF DANIEL KAUFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO NAM E ADDITIONAL DEFENDANT AND RELIEF DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT**

4. **(PROPOSED) ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO NAME ADDITIONAL DEFENDANTS AND RELIEF DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT**

5. **LOCAL RULE 15.1 DATE OF FILING STATEMENT**

6. **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1**

along with attachments, were served via Federal Express as follows:

Becky V. Christensen, Esq.   (for Michael Howell, Greg Geremesz, Health Solutions, LLC,
Levin & O'Connor                   Alejandro Guerrero and Health Solutions, Inc.)
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651

Dustin F. Hecker
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004

Peter Brooks, Esq.   (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP        Barrett, and Robert Maihos)
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210

| | |
|---|---|
| Jeffrey D. Knowles, Esq.<br>Venable LLP<br>575 7th St., NW<br>Washington, DC 20004 | (for Triad ML Marketing, Inc., King Media, Inc., Allen Stern, Lisa Stern, and Steven Ritchey) |
| Sage International, Inc.<br>1135 Terminal Way<br>Suite 209<br>Reno, NV 89502 | (Registered agent of BP International, Inc.) |

I declare under penalty of perjury that the foregoing is true and correct. Executed this November 18, 2004 at Washington, D.C.

_____
Edward Glennon