Sales Interface - TodaysHealth                                           Page 1 of 2

**Logged in as:** Rosen, Aaron

Customers    Orders    Reports    Messages    Requests    Main Menu    Logout

**Past Orders for** ████████████████
**Customer #130533**

### Order Information

**Auto-Ship Generated Order**
*Invoice* 1203960
*Customer* 130533
*Total* $72.97
*Status* Shipped

*Ordered* 5/11/2003, 00:21:00 AM
*Authorized* 5/11/2003, 00:21:34 AM
*Processed* 5/13/2003, 9:58:03 AM
*Shipped* 5/14/2003, 9:17:47 AM
*Captured* 5/14/2003, 9:17:49 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000334075

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**     Add Note

### Shipping Address

████████████
████████
LUNENBURG, MA 01462
US

**Shipping Comments**
Auto-Ship generated
from Invoice #5914

### Ordered Items

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

|  |  |
|--|--|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $3.00 |
| Discount | $0.00 |
| **Total** | $72.97 |

**Payment Type:** Visa
**Account** ████████████

*Issue call Tag* (handwritten)

*5/16/2003, 10:38:45 AM   Rosen, Aaron (272)*
cust did not req a/s, cust req call tag, giving to sunny to issue/csr aaron

*Invoice* 1027984
*Customer* 130533
*Total* $114.99
*Status* Shipped

*Ordered* 2/17/2003, 3:16:08 AM
*Authorized* 2/17/2003, 3:16:08 AM
*Processed* 2/17/2003, 1:47:06 PM
*Shipped* 2/18/2003, 2:14:00 PM
*Captured* 2/18/2003, 9:40:11 PM

*Shipping Vendor* USPS
*Tracking Number*
9101112038752003053050

*Call Source* Calcium T.V.
*Sales Rep* Ray, Jeremy
*Rep Location* DMC

**Invoice Notes**     Add Note

████████████
████████
LUNENBURG, MA 01462
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| **Auto-Ship Product** | 3 | $0.00 | $0.00 |
| Product Coral Calcium Capsule | | | |
| Auto-Ship Start Time 12 weeks (3 months) | | | |
| Auto-Ship Frequency 90 days | | | |
| **TV Special** | 1 | $99.99 | $99.99 |
| Combo Coral Calcium Capsule | | | |

|  |  |
|--|--|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $5.00 |
| Discount | $0.00 |
| **Total** | $114.99 |

**Payment Type:** Visa
**Account:** ████████████

*(handwritten) LS 5/20*

Sales Interface - TodaysHealth                                        Page 1 of 1

**Past Orders for** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Customer #209488**

### Order Information

**Auto-Ship Generated Order**
*Invoice* 1168005
*Customer* 209488
*Total* $40.00
*Status* Shipped

*Ordered* 4/21/2003, 00:28:15 AM
*Authorized* 4/21/2003, 00:29:11 AM
*Processed* 5/2/2003, 6:12:21 PM
*Shipped* 5/5/2003, 8:06:21 AM
*Captured* 5/5/2003, 8:06:22 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000250054

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**    `Add Note`

### Shipping Address

▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓
San Jose, CA 95136
US

**Shipping Comments**
Auto-Ship generated from Invoice
#48474

### Ordered Items

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $10.00 | $30.00 |

|  |  |
|--|--|
| SubTotal | $30.00 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **$40.00** |

**Payment Type:** Visa
**Account:** ▓▓▓▓▓▓▓▓▓▓

`View Auto-Ship Items`

`View Billing Information`

**Customer Administration Menu**

Copyright ©2002-2003 HostedStore Corporation. All Rights Reserved.

*Please Issue Call tag. Cust never agreed to A/S. Wants Credit back. thank you Karina*

Sales Interface - TodaysHealth                                    Page 1 of 2

**Logged in as:** Shambarger, James

Customers    Orders    Reports    Messages    Requests    Main Menu    Logout

## Past Orders for 
### Customer #126691

### Order Information

~~Auto-Ship Generated Order~~
*Invoice* 1195834
*Customer* 126691
*Total* $69.97
*Status* Shipped

*Ordered* 5/9/2003, 1:59:52 AM
*Authorized* 5/9/2003, 2:14:49 AM
*Processed* 5/12/2003, 1:36:49 PM
*Shipped* 5/14/2003, 8:46:49 AM
*Captured* 5/14/2003, 8:46:51 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000332705

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**    Add Note

### Shipping Address

PITTSBURGH, PA 15243
US

**Shipping Comments**
Auto-Ship generated
from Invoice #5087

**Payment Type:** AMEX
**Account:**

### Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

**Total** $69.97

*( Call Tag )*

---

*5/16/2003, 3:16:49 PM   Shambarger, James (276)*
CCI UPSET 3 BOTS WERE SENT...SHE DID NOT AUTH A/S. SNDING CALL TAG. JIM

*Invoice* 1024562
*Customer* 126691
*Total* $109.99
*Status* Shipped

*Ordered* 2/15/2003, 8:29:07 AM
*Authorized* 2/15/2003, 8:29:07 AM
*Processed* 2/15/2003, 12:00:00 PM
*Shipped* 2/18/2003, 2:14:00 PM
*Captured* 2/18/2003, 8:44:42 PM

*Shipping Vendor* USPS
*Tracking Number*
9101112038752003034660

*Call Source* Calcium T.V.
*Sales Rep* Bernabei, Robert
*Rep Location* DMC

**Invoice Notes**    Add Note

PITTSBURGH, PA 15243
US

| Item | Qty | Price | Total |
|---|---|---|---|
| Auto-Ship Product | 3 | $0.00 | $0.00 |
|   Product Coral Calcium Capsule | | | |
|   Auto-Ship Start Time 12 weeks (3 months) | | | |
|   Auto-Ship Frequency 90 days | | | |
| TV Special | 1 | $99.99 | $99.99 |
|   Combo Coral Calcium Capsule | | | |

| | |
|---|---|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

**Total** $109.99

**Payment Type:** AMEX
**Account:**

Sales Interface - TodaysHealth

**Logged in as:** Carson, Meredith

**Customers    Orders    Reports    Messages    Requests    Main Menu    Logout**

## Past Orders for ███████████
### Customer #135054

### Order Information

Auto-Ship Generated Order

*Invoice 1207054*

*Customer* 135054

*Total* $69.97

*Status* Shipped

*Ordered* 5/13/2003, 00:24:42 AM
*Authorized* 5/13/2003, 00:25:26 AM
*Processed* 5/14/2003, 12:48:43 PM
*Shipped* 5/15/2003, 9:40:20 AM
*Captured* 5/15/2003, 9:40:22 AM

*Shipping Vendor* UPS Ground
*Tracking Number*
1Z6R6V510300033995

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**      Add Note

### Shipping Address

████████████

SCRANTON, PA 18509
US

**Shipping Comments**
Auto-Ship generated
from Invoice #6890

**Payment Type:** ██████████
**Account:** ████████████

### Ordered Items

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | $69.97 |



*a 2 11 TAG*

*Meredith*

---

5/19/2003, 5:08:49 PM  Carson, Meredith (245)
1207054- cci UN_AUTH a.s will odr as needed / CUSTOMER IS IRRATE!!!!! NEVER AUTH A.S. / gvng to SUnny to issue a cal ltag / wr $69.97 / Meredithcsr

*Invoice* 1032183

*Customer* 135054

*Total* $109.99

*Status* Shipped

*Ordered* 2/19/2003, 7:58:24 AM
*Authorized* 2/19/2003, 7:58:24 AM
*Processed* 2/19/2003, 1:30:41 PM
*Shipped* 2/20/2003, 2:08:00 PM
*Captured* 3/3/2003, 10:25:54 AM

*Shipping Vendor* USPS
*Tracking Number*
9101112038752003077186

*Call Source* Calcium T.V.
*Sales Rep* Casey, Michelle
*Rep Location* DMC

████████

SCRANTON, PA 18509
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Auto-Ship Product<br>Product Coral Calcium Capsule<br>Auto-Ship Start Time 12 weeks (3 months)<br>Auto-Ship Frequency 90 days | 3 | $0.00 | $0.00 |
| TV Special<br>Combo Coral Calcium Capsule | 1 | $99.99 | $99.99 |

| | |
|---|---|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | $109.99 |

**Payment Type:** MasterCard
**Account:** ████████████

*MS*
*5-20*

---

Sales Interface - TodaysHealth                                        Page 1 of 2

Logged in as: Rosen, Aaron

Customers    Orders    Reports    Messages    Requests    Main Menu    Logout

### Past Orders for ▓▓▓▓▓▓▓▓▓▓
### Customer #135202

**Order Information**

Auto-Ship Generated Order
Invoice 1207060
Customer 135202
Total $69.97
Status Shipped

Ordered 5/13/2003, 00:24:42 AM
Authorized 5/13/2003, 00:25:26 AM
Processed 5/14/2003, 12:48:43 PM
Shipped 5/15/2003, 9:36:53 AM
Captured 5/15/2003, 9:36:56 AM

Shipping Vendor UPS Ground
Tracking Number
1Z6R6V510300033940

Call Source Auto-Ship
Sales Rep Paris, Steven
Rep Location Auto-Ship

Invoice Notes    [Add Note]

**Shipping Address**

▓▓▓▓▓▓▓▓

BROOKPARK, OH 44142
US

**Shipping Comments**
Auto-Ship generated
from Invoice #6924

**Ordered Items**

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

|  |  |
|--|--|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **$69.97** |

Payment Type: MasterCard
Account: ▓▓▓▓▓▓▓▓



*Issue call Tag*

---

*5/20/2003, 12:36:58 PM   Rosen, Aaron (272)*
cust specifically requested no a/s, cust requests call tag, giving to sunny to issue/csr aaron

Invoice 1032333
Customer 135202
Total $109.99
Status Shipped

Ordered 2/19/2003, 9:36:45 AM
Authorized 2/19/2003, 9:36:45 AM
Processed 2/19/2003, 1:30:41 PM
Shipped 2/20/2003, 2:08:00 PM
Captured 3/3/2003, 10:24:27 AM

Shipping Vendor USPS
Tracking Number
9101112038752003079142

Call Source Calcium T.V.
Sales Rep Field, James
Rep Location DMC

Invoice Notes    [Add Note]

▓▓▓▓▓▓▓▓

BROOKPARK, OH 44142
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| New Customer Email Address | 1 | $0.00 | $0.00 |
| TV Special | 1 | $99.99 | $99.99 |
|   Combo Coral Calcium Capsule | | | |
| Auto-Ship Product | 3 | $0.00 | $0.00 |
|   Product Coral Calcium Capsule | | | |
|   Auto-Ship Start Time 12 weeks (3 months) | | | |
|   Auto-Ship Frequency 90 days | | | |

|  |  |
|--|--|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **$109.99** |

Payment Type: MasterCard
Account: ▓▓▓▓▓▓▓▓

Sales Interface - TodaysHealth                                                                 Page 1 of 1

---

**Logged in as: Ellis, Deborah**

Customers    Orders    Reports    Messages    Requests    Main Menu    Logout

---

## Past Orders f̶o̶r̶ ▇▇▇▇▇
### Customer #212529

---

**Order Information**

**Auto-Ship Generated Order**

*Invoice* 1182190

*Customer* 212529

*Total* $69.97

*Status* Shipped

*Ordered* 4/30/2003, 00:04 AM

*Authorized* 4/30/2003, 00:10 AM

*Processed* 5/1/2003, 10:12 AM

*Shipped* 5/1/2003, 3:35 PM

*Captured* 5/1/2003, 3:35 PM

*Shipping Vendor* USPS Priority

*Tracking Number*
01112038752000235471

*Call Source* Auto-Ship

*Sales Rep* Paris, Steven

*Rep Location* Auto-Ship

**Invoice Notes**    | Add Note |

**Shipping Address**

▇▇▇▇▇

▇▇▇▇▇

Carmel, IN 46033
US

**Shipping Comments**

Auto-Ship generated from Invoice
#51518

**Ordered Items**

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

Total  $69.97

**Payment Type:** MasterCard
**Account:** ▇▇▇▇▇

*Please issue call tag*

---

*5/5/2003, 7:25 PM   Ellis, Deborah (251)*

customer was enrolled in a/s w/o his knowledge. Will issue call tag to pick up bottles. Putting through credit immediately. Deb Ellis

---

| View Auto-Ship Items |

| View Billing Information |

**Customer Administration Menu**

Copyright ©2002-2003 HostedStore Corporation. All Rights Reserved.

SS    0232

Sales Interface - TodaysHealth                                                        Page 1 of 1

Logged in as: Cooper, Nena

**Customers    Orders    Reports    Messages    Requests    Main Menu    Logout**

## Past Orders for ████████
### Customer #212891

### Order Information

**Auto-Ship Generated Order**
*Invoice* 1184043
*Customer* 212891
*Total* $69.97
*Status* Shipped

*Ordered* 5/1/2003, 1:04:47 AM
*Authorized* 5/1/2003, 1:05:30 AM
*Processed* 5/2/2003, 12:21:51 PM
*Shipped* 5/2/2003, 5:11:01 PM
*Captured* 5/2/2003, 5:11:02 PM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000242875

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**    `Add Note`

### Shipping Address

████████

Milan, IN 47031
US

**Shipping Comments**
Auto-Ship generated from Invoice
#51879

### Ordered Items

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

Total $69.97

Payment Type: AMEX
Account: ████████

*5/10/2003, 12:25:45 PM   Cooper, Nena (246)*
cci said that he didn\'t authorize the autoship...and wants his money back...told him we would issue him a call tag..and we would process his account as soon as we recve prod back/nena

*the t red to his*

`View Auto-Ship Items`

`View Billing Information`

**Customer Administration Menu**

Copyright ©2002-2003 HostedStore Corporation. All Rights Reserved.

*Needs a call tag.
Thanks*

*5-13*



Logged in as: Ellis, Deborah

Customers   Orders   Reports   Messages   Requests   Main Menu   Logout

## Past Orders for ▉▉▉▉▉▉▉▉
### Customer #254644

**Order Information**
**Auto-Ship Generated Order**
*Invoice* 1190255
*Customer* 254644
*Total* $69.97
*Status* Shipped

*Ordered* 5/5/2003, 00:05 AM
*Authorized* 5/5/2003, 00:06 AM
*Processed* 5/6/2003, 4:35 PM
*Shipped* 5/7/2003, 7:32 AM
*Captured* 5/7/2003, 7:32 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000269070

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**   Add Note

**Shipping Address**
▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉
HOUSTON, TX 77006
US

**Shipping Comments**
Auto-Ship generated from
Invoice #63849

**Ordered Items**

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | $69.97 |

**Payment Type:** Visa
**Account:** ▉▉▉▉▉▉▉

*Issue call tag* (handwritten)

---

*5/9/2003, 6:27 PM   Ellis, Deborah (251)*
cci to cancel a/s. Specifically told rep not to enroll him in program. Will issue call tag to pick up bottles. Will put through credit for $6

*Invoice* 1139969
*Customer* 254644
*Total* $109.99
*Status* Shipped

*Ordered* 4/7/2003, 2:13 PM
*Authorized* 4/7/2003, 2:13 PM
*Processed* 4/10/2003, 11:58 AM
*Shipped* 4/10/2003, 5:57 PM
*Captured* 4/10/2003, 5:57 PM

*Shipping Vendor* Airborne @Hm Gd
*Tracking Number* 88603488422

*Call Source* Calcium Regional
*Sales Rep* Demko, Bryan
*Rep Location* DMC

**Invoice Notes**   Add Note

HOUSTON, TX 77006
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| New Customer Email Address | 1 | $0.00 | $0.00 |
| Auto-Ship Product | 3 | $0.00 | $0.00 |
| Product Coral Calcium Capsule | | | |
| Auto-Ship Start Time 4 weeks (1 month) | | | |
| Auto-Ship Frequency 30 days | | | |
| TV Special | 1 | $99.99 | $99.99 |
| Combo Coral Calcium Capsule | | | |

| | |
|---|---|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | $109.99 |

**Payment Type:** Visa
**Account:** ▉▉▉▉▉▉▉



SS   0271

Sales interface - TodaysHealth                                              Page 1 of 1

| | Logged in as: O'Connell, Donna | |
|---|---|---|

Customers   Orders   Reports   Messages   Requests   Main Menu   Logout

**Past Orders for** 
**Customer #207844**

### Order Information

**Auto-Ship Generated Order**
*Invoice* 1157470
*Customer* 207844
*Total* $251.35
*Status* Shipped

*Ordered* 4/14/2003, 00:00:57 AM
*Authorized* 4/14/2003, 00:01:33 AM
*Processed* 4/15/2003, 12:41:49 PM
*Shipped* 4/16/2003, 3:20:14 PM
*Captured* 4/16/2003, 3:20:15 PM

*Shipping Vendor* Parcel Direct
*Tracking Number*
02112038752100087672

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**  

### Shipping Address

Plainfield, NJ 07060
US

**Shipping Comments**
Auto-Ship generated from Invoice
#46829

### Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 15 | $14.99 | $224.85 |

| | |
|---|---|
| SubTotal | $224.85 |
| Shipping | $26.50 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **$251.35** |

**Payment Type:** MasterCard
**Account:**

*Spec pick up (w/ tag)*

5/6/2003, 11:51:46 AM   Shambarger, James (276)
CCI STATUS OF CALL TAG...IN PROCESS. JIM

4/21/2003, 9:55:36 PM   Carson, Meredith (245)
1157470-cust nvr auth a.s. gvng to Sunny to issue a call tag..wants crdt now..wrote up tckt to crdt Meredithcsr



**Customer Administration Menu**

Copyright ©2002-2003 HostedStore Corporation. All Rights Reserved.

Sales Interface - TodaysHealth                                                                 Page 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Logged in as:** Barrasso, Patricia | | | | |
| Customers | Orders | Reports | Messages | Requests | Main Menu | Logout | |

## Past Orders for ▇▇▇▇▇▇▇▇
### Customer #166431

### Order Information

Auto-Ship Generated Order
Invoice 1180764
Customer 166431
Total $69.97
Status Shipped

Ordered 4/29/2003, 01:45:53 AM
Authorized 4/29/2003, 01:46:38 AM
Processed 5/1/2003, 10:12:04 AM
Shipped 5/1/2003, 3:07:03 PM
Captured 5/1/2003, 3:07:05 PM

Shipping Vendor USPS Priority
Tracking Number
01112038752000233965

Call Source Auto-Ship
Sales Rep Paris, Steven
Rep Location Auto-Ship

**Invoice Notes**   Add Note

### Shipping Address

▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
NEW LEBANON, OH
45345
US

**Shipping Comments**
Auto-Ship generated
from Invoice #58828

### Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 2 | $19.99 | $39.98 |
| Coral Calcium Capsule | 1 | $19.99 | $19.99 |

| | |
|---|---|
| SubTotal, | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **$69.97** |

Payment Type: MasterCard
Account: ▇▇▇▇▇▇



---

6/5/2003, 1:57:42 PM   Barrasso, Patricia (236)
6/5/2003, 1:57:14 PM\rBarrasso, Patricia (236)\rCCI TO CANCEL A/S SHE NEVER AUTHORIZED AN A/S I TOL HER WE WILL SEND H

Invoice 1114004
Customer 166431
Total ($29.99)
Status Refunded

Refund Issued 3/22/2003, 3:39:55 PM
Authorized 3/22/2003, 3:39:55 PM

Call Source Coral Cal
Sales Rep Sullivan, Kristi
Rep Location PMG_Specialist

**Invoice Notes**   Add Note

▇▇▇▇▇▇
NEW LEBANON, OH
45345
US

| Item | Qty | Price | Total |
|---|---|---|---|
| REFUND-Coral Calcium | 1 | ($29.99) | ($29.99) |

| | |
|---|---|
| SubTotal | ($29.99) |
| Shipping | $0.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | **($29.99)** |

Payment Type: MasterCard
Account ▇▇▇▇▇

**Refund**
Invoice #1(
Refund Rep
Rep Locatio

Reason
RETURNED

---

Invoice 1063054
Customer 166431
Total $35.99
Status Shipped

▇▇▇▇▇▇▇
NEW LEBANON, OH
45345

| Item | Qty | Price | Total |
|---|---|---|---|
| Auto-Ship Product | 2 | $0.00 | $0.00 |
|   Product Coral Calcium Capsule | | | |
|   Auto-Ship Start Time 8 weeks (2 months) | | | |
|   Auto-Ship Frequency 60 days | | | |
| Coral Calcium | 1 | $29.99 | $29.99 |
|   Product Capsule | | | |
|   Auto-Ship Start Time 8 weeks (2 months) | | | |

**Refund i:**

Sales Interface - TodaysHealth                                                    Page 1 of 2

Logged in as: Carson, Meredith

**Customers    Orders    Reports    Messages    Requests    Main Menu    Logout**

## Past Orders for ▓▓▓▓▓▓▓▓
### Customer #140336

**Order Information**

Auto-Ship Generated Order

*Invoice* 1210715

*Customer* 140336

*Total* $69.97

*Status* Shipped

*Ordered* 5/15/2003, 2:16:35 PM

*Authorized* 5/15/2003, 2:17:00 PM

*Processed* 5/15/2003, 3:17:22 PM

*Shipped* 5/16/2003, 11:26:57 AM

*Captured* 5/16/2003, 11:27:00 AM

*Shipping Vendor* UPS Ground

*Tracking Number*
1Z6R6V5103000372S9

*Call Source* Auto-Ship

*Sales Rep* Paris, Steven

*Rep Location* Auto-Ship

**Invoice Notes**      Add Note

**Shipping Address**

▓▓▓▓▓▓▓▓

RYE, NY 10580
US

**Shipping Comments**

Auto-Ship generated
from queue #8006
Original invoice
#1037232

**Ordered Items**

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $69.97 |

**Payment Type:** Visa
**Account:** ▓▓▓▓▓▓▓

*Call  tag*

*Meredith*

5/21/2003, 2:32:22 PM   Carson, Meredith (245)
1210715- cci said we called her to see if she wanted the a.s. and they said NO / it was shipped anyway no notes / gvng to SUnny to
up tckt to crdt $69.97 / Meredithcsr

*Invoice* 1037232

*Customer* 140336

*Total* $109.99

*Status* Shipped

*Ordered* 2/21/2003, 12:04:35 PM

*Authorized* 2/21/2003, 12:04:35 PM

*Processed* 2/21/2003, 2:40:31 PM

*Shipped* 2/26/2003, 2:03:00 PM

*Captured* 2/26/2003, 9:02:09 PM

*Shipping Vendor* USPS

*Tracking Number*
9101112038752003104394

*Call Source* Calcium T.V.

*Sales Rep* St.Peter, Kim

*Rep Location* DMC

▓▓▓▓▓▓▓▓

RYE, NY 10580
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
| Auto-Ship Product | 3 | $0.00 | $0.00 |
|   Product Coral Calcium Capsule | | | |
|   Auto-Ship Start Time 12 weeks (3 months) | | | |
|   Auto-Ship Frequency 90 days | | | |
| TV Special | 1 | $99.99 | $99.99 |
|   Combo Coral Calcium Capsule | | | |

| | |
|---|---|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $109.99 |

**Payment Type:** Visa
**Account:** ▓▓▓▓▓▓▓



Sales Interface - TodaysHealth                                      Page 1 of 2

| | | | | Logged in as: Shambarger, James | | | |
|---|---|---|---|---|---|---|---|
| Customers | Orders | Reports | Messages | Requests | Main Menu | Logout |

### Past Orders for ██████████

### Customer #143347

**Order Information**

Auto-Ship Generated Order
*Invoice* 1212056
*Customer* 143347
*Total* $69.97
*Status* Shipped

*Ordered* 5/16/2003, 12:24:16 PM
*Authorized* 5/16/2003, 12:25:05 PM
*Processed* 5/16/2003, 3:02:39 PM
*Shipped* 5/19/2003, 7:57:07 AM
*Captured* 5/19/2003, 7:57:08 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000354974

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**     Add Note

**Shipping Address**
██████████

VISALIA, CA 93291
US

**Shipping Comments**
Auto-Ship generated
from queue #8659
Original invoice
#1040226

Payment Type: MasterCard
Account: ██████████

**Ordered Items**

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | | |
|---|---|---|
| SubTotal | | $59.97 |
| Shipping | | $10.00 |
| Tax | | $0.00 |
| Discount | | $0.00 |
| **Total** | | $69.97 |

(Call Tag)

---

*5/22/2003, 11:52:28 AM   Shambarger, James (276)*
CCI UPSET 3 MORE BOTS WERE SENT, DID NOT AUTH A/S. SNDING CALL TAG FOR RTN. JIM

*Invoice* 1040226
*Customer* 143347
*Total* $151.98
*Status* Shipped

*Ordered* 2/22/2003, 2:28:03 PM
*Authorized* 2/22/2003, 2:28:03 PM
*Processed* 2/24/2003, 3:30:55 PM
*Shipped* 3/4/2003, 2:08:00 PM
*Captured* 3/4/2003, 4:03:47 PM

*Shipping Vendor* USPS
*Tracking Number*
9101112038752003141290

*Call Source* Calcium T.V.
*Sales Rep* Murphy, Scott
*Rep Location* DMC

**Invoice Notes**     Add Note

██████████
VISALIA, CA 93291
US

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium | 1 | $39.99 | $39.99 |
| Product Capsule | | | |
| Auto-Ship Start Time N/A | | | |
| Auto-Ship Start Time N/A | | | |
| Auto-Ship Product | 3 | $0.00 | $0.00 |
| Product Coral Calcium Capsule | | | |
| Auto-Ship Start Time 12 weeks (3 months) | | | |
| Auto-Ship Frequency 90 days | | | |
| TV Special | 1 | $99.99 | $99.99 |
| Combo Coral Calcium Capsule | | | |

| | | |
|---|---|---|
| SubTotal | | $139.98 |
| Shipping | | $12.00 |
| Tax | | $0.00 |
| Discount | | $0.00 |
| **Total** | | $151.98 |

Payment Type: MasterCard
Account: ██████████



Sales Interface - TodaysHealth                                        Page 1 of 2

| Logged in as: Shambarger, James |
|---|

Customers    Orders    Reports    Messages    Requests    Main Menu    Logout

### Past Orders for ███████████
### Customer #149880

## Order Information

Auto-Ship Generated Order
*Invoice 121452*
*Customer 149880*
*Total $69.97*
*Status* Shipped

*Ordered* 5/19/2003, 00:03:01 AM
*Authorized* 5/19/2003, 00:03:25 AM
*Processed* 5/20/2003, 10:07:05 AM
*Shipped* 5/20/2003, 11:53:12 AM
*Captured* 5/20/2003, 11:53:14 AM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000365130

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**   

## Shipping Address

███████████

YORK, PA 17406
US

**Shipping Comments**
Auto-Ship generated
from queue #10138
Original invoice
#1046417

## Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

| | |
|---|---|
| **Total** | $69.97 |

**Payment Type:** Visa
**Account:** ███████████



*Call Tag*

---

*5/27/2003, 12:11:29 PM   Shambarger, James (276)*
CCI UPSET 3 MORE BOTS WERE MAILED, DID NOT AUTH A/S. WILL SEND CALL TAG FOR P/U, CRED TO BE ISSUED. JIM

*Invoice 1046417*
*Customer 149880*
*Total $109.99*
*Status* Shipped

*Ordered* 2/25/2003, 2:57:15 PM
*Authorized* 2/25/2003, 2:57:15 PM
*Processed* 2/26/2003, 3:15:12 PM
*Shipped* 2/28/2003, 2:13:00 PM
*Captured* 2/28/2003, 4:32:13 PM

*Shipping Vendor* USPS
*Tracking Number*
910111203875200316436

*Call Source* Coral Cal
*Sales Rep* Boyer, Lanny
*Rep Location* PMG_Specialist

**Invoice Notes**   

███████████ER

YORK, PA 17406
US

| Item | Qty | Price | Total |
|---|---|---|---|
| **Auto-Ship Product** | 3 | $0.00 | . $0.00 |
| Product Coral Calcium Capsule | | | |
| Auto-Ship Start Time 12 weeks (3 months) | | | |
| Auto-Ship Frequency 90 days | | | |
| **TV Special** | 1 | $99.99 | $99.99 |
| Combo Coral Calcium Capsule | | | |

| | |
|---|---|
| SubTotal | $99.99 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |

| | |
|---|---|
| **Total** | $109.99 |

**Payment Type:** Visa
**Account:** ███████████



Sales Interface - TodaysHealth                                                                           Page 1 of 2

| | Logged in as: Urena, Zoila | |
|---|---|---|
| Customers   Orders   Reports   Messages   Requests   Main Menu   Logout | | |

## Past Orders for ▮▮▮▮▮▮▮▮▮▮▮
### Customer #216576

### Order Information

**Auto-Ship Generated Order**
*Invoice* 1228812
*Customer* 216576
*Total* $69.97
*Status* Shipped

*Ordered* 6/1/2003, 01:43:03 AM
*Authorized* 6/1/2003, 01:43:23 AM
*Processed* 6/2/2003, 07:52:17 AM
*Shipped* 6/2/2003, 3:27:51 PM
*Captured* 6/2/2003, 3:27:53 PM

*Shipping Vendor* USPS Priority
*Tracking Number*
01112038752000418539

*Call Source* Auto-Ship
*Sales Rep* Paris, Steven
*Rep Location* Auto-Ship

**Invoice Notes**   [Add Note]

### Shipping Address

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
LOS ANGELES, CA
90065
US

**Shipping
Comments**
Auto-Ship generated
from queue #60495
Original invoice
#1075071

### Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| Coral Calcium Capsule | 3 | $19.99 | $59.97 |

| | |
|---|---|
| SubTotal | $59.97 |
| Shipping | $10.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | $69.97 |

**Payment Type:** AMEX
**Account:** ▮▮▮▮▮▮▮▮

*Please issue call tag. Didn't agreed to A/s. thank you Karina*

6/13/2003, 2:17:39 PM   Urena, Zoila (281)
cci issue a call tag didnt agreed to a/s. karina

*Invoice* 1158654
*Customer* 216576
*Total* ($99.99)
*Status* Refunded

*Refund Issued* 4/14/2003, 3:42:41 PM
*Authorized* 4/14/2003, 3:42:41 PM

*Call Source* Calcium T.V.
*Sales Rep* Pierro, James
*Rep Location* DMC

**Invoice Notes**   [Add Note]

*Invoice* 1075071
*Customer* 216576

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
LOS ANGELES, CA
90065
US

**Shipping
Comments**
James p. thanks you
for your order. My
direct phone line for
future orders is 1-
800-287-0974
ext.241.Thanks
again.

▮▮▮▮▮▮▮▮

| Item | Qty | Price | Total |
|---|---|---|---|
| REFUND-TV Special | 1 | ($99.99) | ($99.99) |

| | |
|---|---|
| SubTotal | ($99.99) |
| Shipping | $0.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| **Total** | ($99.99) |

**Payment Type:** AMEX
**Account:** 3723xxxxxxx2002

**Refund**
Invoice #
Refund R
Rep Locat

Reason
RTND 04/

| Item | Qty | Price | Total | |
|---|---|---|---|---|
| Auto-Ship Product | 3 | $0.00 | $0.00 | Refund |

Product Coral Calcium Capsule
Auto-Ship Start Time 12 weeks (3 months)