

# SEYFARTH SHAW
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4901
www.seyfarth.com

## Facsimile Transmission

Date: October 3, 2003

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Robert Maihos | Direct Marketing Concepts | (978) 299-2202 | (978) 922-0332 |

**FROM:** Peter S. Brooks
**PHONE:** 617-946-4991
**RE:** FTC Investigation

| File No: 35965/000002 | Number of Pages, Including Cover: | 16 |
|---|---|---|

☐ Hard copy to follow ☒ Hard copy will not follow
☐ Per your request ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

We need to talk about this.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4800 AS SOON AS POSSIBLE.

BO1 15586815.1 / 35965-000002

# SUPREME GREENS WITH MSM
## TRANSCRIPTION OF FINAL VERSION DONE ON 9/10/03

Host: Donald Barrett
Guest: Dr. Alex Guerrero

DB:  Hello and welcome to another edition of Today's Health. My name is Donald Barrett and on our show today we have one of the leading experts and researchers in alternative health care, Dr. Alex Guerrero. Dr. Guerrero claims [things] that most chronic, degenerative diseases such as cancer, arthritis, diabetes, even the number one killer out there heart disease, [could be] can and are being cured and there are natural healing techniques being suppressed in this country. We have a very controversial show so stay with us.

Dr. Alex, thanks for being my guest today.

AG:  Thanks Donald. Appreciate being here.

DB:  Now you're not a medical doctor?

AG:  I'm not.

DB:  Now did you go to medical school or entertain the thought of going to medical school?

AG:  I entertained the thought of going to medical school but I really my interest really lied in chronic degenerative conditions and you know conventional medicine is really outstanding phenomenal acute care medicine. They probably are the best hands-down acute care medicine there is. They just aren't great chronic care and I was more interested in chronic care conditions.

DB:  What do you mean acute care versus chronic care? Like what's the difference?

AG:  Well for example, the difference would be Don if you had a heart attack at this moment I mean we'd rush you to the hospital, they'd do a great job of stabilizing you, make sure you'd stay with us.

DB:  Right.

AG:  And then hopefully they'd send you back to someone like myself and we could make sure you never had a heart attack again.

DB:  So how did you get involved in alternative health care?

AG:  Well interestingly enough I really got involved mostly because of my father-in-law. My father-in-law was stricken with cancer and he had squamous cell carcinoma, which was a topical cancer. It should have been easily dealt with and it went misdiagnosed and unfortunately after years of horrific therapy, after losing his right arm, his scapula, his clavicle, they took three ribs,

1

he passed away. And at that time I vowed that nobody in my family would ever suffer from that disease again.

DB: You treat all types of people from pro athletes in their prime of life all the way to people that you know have chronic disease that their doctors have told them to really get their affairs in order and go home.

AG: Yeah. I mean our primary concern at least in my clinic anyway is to make sure that the body you know stays in an environment that's conducive for cell regeneration. You know we do a lot of weight loss, we do a lot of anti-aging, we do a lot of you know making sure professional athletes can stay at their peak performance all the time. And we also see people that have chronic conditions like you mentioned before we've got cancer patients, aids patients, people with MS, diabetes, Parkinson's, and understanding the chronic condition that you know I've always stated that ...

DB: But you're treating them with natural therapies.

AG: We are.

DB: All natural.

AG: All natural. The purpose really is to give them something that provides that changes the environment, that makes the environment now conducive to cellular regeneration rather than an environment that promotes degeneration. Our cells regenerate on cycles. For example, you get new skin cells every 30 days, you're getting new bone cells every 120 days, so if the environment, your internal environment Don is now conducive to the regeneration of that cell, that's what it does it regenerates. If the environment isn't, well then you're going to degenerate and that's what we call aging.

DB: Well if somebody gets sick around the country and they go their medical doctor. Their medical doctor doesn't talk anything about it, they talk about chemotherapy and the drugs they should go on. They don't talk about any natural approaches.

AG: Well again because that's the acute care coming out. It's not that the doctor doesn't care, or isn't concerned, but primarily that's where the education is based. You know in medical schools, they're getting you know, one course in nutrition, and primarily that one course in nutrition isn't significant enough to learn about nutrition or how the body really functions from a, from a biochemical perspective. And so, you know, they, they're educated by the

pharmaceutical companies to say look, this is what this medication does, you have this condition, this is what we need.

DB:    Right. But you would think a doctor going to school would want to have, just provide the best healthcare for their patient ...

AG:    Well you would think so and that's why I think a lot of the doctors that you see coming out now are crossing over. You do see a lot of doctors and I deal with a lot of them. I have several oncologists that refer patients to me. You have several of them now that are understanding the value between you know conventional and alternative. And they really are trying to incorporate those.

DB:    You teach them about this acid-alkaline balance in the body because it's simple for people to understand and when they alkalize their body as you say, they're in a better position to heal themselves versus an acid body?

AG:    Absolutely. Well from you know in biology we've learned that you've got disorders like yeast, fungus, bacterias, viruses, molds, all of those are living organisms that need an environment in which to thrive and proliferate and grow and they can only survive in an acid base. So if we can change the body's fluids and tissues to a more alkaline base, now you have an environment that is no longer conducive for the proliferation or growth of a degenerative condition.

DB:    And when you alkalize the body, these a lot of these symptoms a lot of these diseases are going to fall by the wayside.

AG:    Well they all do because they're a result of over-acidification of the blood and tissue and so when, when the blood and tissue are in an acid base it's like what acid rain would do to a paint job on a car.

DB:    Yeah, it would ruin it.

AG:    That's what your body fluids, your acidic body fluids are doing to your internal organs.

DB:    So if you're drinking acidic fluids like soda, I mean what are some ...

AG:    Coffee ...

DB:    Coffee.

AG:    Black tea. All of those are extremely acid forming.

DB:    Really. So when you drink diet soda ...

AG:    Diet soda – horrific for the body. Talking about something that has acid.

DB: I mean a lot of people think diet soda's healthy for them.

AG: Right.

DB: And bottled water, a lot of people drink bottled water and their bottled water's acidic.

AG: Right.

DB: Well how would somebody know out there if they're watching our show right now, how would they know if they have an acid system or if they have a high acid body? What are some tell-tale signs so to speak. Cause you're saying if someone's acid, they're on the road to disease?

AG: Right, you're in a state of degeneration. And your signs of a degenerative condition would be for example someone who has a difficult time waking up in the morning. You know they, they sleep 7 hours and wake up and think oh man, I just can't believe today's another day. You know, those are people that that's a sign of an over-acidic condition. Um, acne, obesity, um, diabetes, foggy thinking, those are all conditions, they're all signs and symptoms of a body that's in an acidic..

DB: Right and there's also a simple way to test the saliva test with pH paper that you recommend to your patients to test their acid-alkaline balance too. Yes, and now here's the question, if I alkalize my body, am I going to come up with one of these chronic degenerative diseases, such as cancer, arthritis?

AG: No.

DB: How can you say that so confidently?

AG: I'm very confident in saying that primarily because of the clinical studies we've done. I've seen it in my clinical practice, I've seen it everyday in my clinical practice. I treat patients that have conditions...

DB: Tell me about, tell me about a study that you've done with chronic disease.

AG: Well based on acid-alkaline principles we wanted to take groups of people that had degenerative conditions and to me it didn't really matter what their degenerative condition was and I preferred them to have a variety of conditions. So I certainly just didn't want to have a base of liver cancer or bone cancer or prostate cancer or breast cancer. I wanted to you know lump them into a group and see what the response would be over time. Well now it's been, you know now we're going into you know 8 years, and within a 5-year period of time we took 200 people that had a variety of degenerative conditions. They weren't all the same conditions.

DB: Were they terminal?

4

AG: They were diagnosed as terminal.

DB: The 200 people now 8 years later, how many of them are still alive?

AG: Out of those 200 people that were terminal, we lost 8, 8 passed away.

[handwritten margin note: Get me names - need to see, check p, or take it out.]

DB: And that's amazing. People must have been amazed by those studies.

AG: Yeah. I mean it was, it was really exciting to see at the time and that's really what solidified for me, this, you know, the concepts of acid and alkaline balance and so now over the years I've just been afraid to deviate from what has worked for me in my clinic.

DB: Someone's watching and they say hey, this alkalinity stuff, maybe there's something to it. We've had Dr. Morter on our show, Bob Barefoot, both are proponents of alkalizing the body, but I think you're very unique in the way you explain it. So what are some foods, if someone's watching or something they can drink that would them alkalize the body?

AG: When we talk about maintaining alkaline values, we're talking about something you know, water containing foods. So obviously your cruciferous vegetables, the darker the green the better. Um, but they need to be water containing. Because you know 70 percent of your body is water, 80 percent of your plasma is water and your plasma's where your red blood cells live and that's what takes and absorbs the iron and the oxygen and the insulin and all the vital nutrients your body needs to stabilize itself, maintain this homeostasis and stay in this cycle of regeneration.

DB: So how many people in your practice actually, without supplementation, can alkalize their body just with food and drinking the right fluids?

AG: It's very few and it's getting much more difficult and it's getting much more difficult because the nutrient value in the foods we eat today simply isn't there. Supplementation is going to become a way of life for people and people need to understand that they're either going to be forced to supplement because they got sick and now have no choice or they're going to understand the principles that you know what, yeah, we really are, we really don't have the high quality nutrient value in the foods we're supposed to be getting today. Yeah, I do live a fast-paced lifestyle, I need to learn how to neutralize the acids.

DB: And you're saying even if you ate all the right foods, even if you ate two pounds of vegetables a day, the nutrients aren't in the vegetables like they were so many years ago. [handwritten: TRUE?]

AG: No they aren't. I mean farmers today add in three nutrients into the soil. Now a plant absorbs 67 vitamins and minerals from the soil. So now if a farmer is farming the same plot of

5

land and he's and the plant is taking out 67 vitamins and minerals from the soil and the farmer's only putting back in 3, well you know you don't have to be rocket scientist Don to figure out that you know over time, crop after crop after crop after crop, that soil becomes depleted and so now we simply just don't have the amount of vitamins and minerals that our body needs to help it through this cycle of regeneration.

DB: So a lot of people out there say well I get all my nutrients through my foods, they're really being misled because the nutrients aren't in their foods?

AG: No. Not in the quantity that the body needs to undergo regeneration.

DB: Now explain when a patient comes to your office whether they have cancer, arthritis, diabetes, you start them on a few standard supplements, one being a product called Supreme Greens, the other one being a coral calcium type product. Tell me a little bit about the Supreme Greens and why you feel that everybody should have that at least base product in their diet.

AG: Well the Supreme Greens is based on they are organically grown vegetables, grasses, sprouted grains, some blood purifying and immune enhancing herbs, and some antioxidants that are in this in a powered form. We've already put them in what we call a colloidal form and again they, what they do is they supply the body with all the vitamins, minerals, amino acids, plant proteins that the cell needs in order to go through this cycle of regeneration. It's very alkalizing, very energizing, they're basically phytonutrients. Again you've got things like broccoli, spinach, kale, ochre. There are Echinacea tops, beet tops, wheat sprouts, barley sprouts, alfalfa sprouts. There's wheat grass, barley grass, dog grass, shaved grass.

DB: We hear a lot about wheat grass these days.

AG: Well because it has a lot of chlorophyll and the chlorophyll is, you know what iron is to the red blood cell?

DB: Right.

AG: Chlorophyll is to the plant and that chlorophyll is what supplies that red blood cell with a lot of iron, oxygen, which then makes the cell wall permeable, allows the body to metabolize insulin, that's naturally secreted as a result of just a natural byproduct of metabolism. And so what the Supreme Greens with MSM does, you've got all of your rich phytonutrients. So it allows the cell wall to become more permeable. So the nutrients can readily go into the cell. The cell can absorb that iron, it can absorb that oxygen.

DB: And you just don't get the nutrients from our farms where they're depleted. Right?

6

AG: There's not herbicides, no pesticides, um, they are on soil that has only been cultivated one time per crop. So for example, when they cultivate that soil, they're harvesting another plot and then they're re-mineralizing, putting all the vitamins and minerals back into that soil so that when they then plant in that soil again, those plants can then absorb the minerals. So they're never cultivating the same piece of land twice in a row.

DB: What is grapefruit pectin?

AG: Grapefruit pectin actually is a substance that, I'll give you a study that they did with grapefruit pectin. They took over a twelve month period of time, they took, you know, pigs and they gave them high lard diets. And what they did was they tested their arterial plaque before they started the study and they gave one group grapefruit pectin and they gave another group nothing. But they both ate the same high lard diet and after twelve months, the group that received the grapefruit pectin actually had an 88 percent decrease in arterial plaque then from when they started, that's significant.

DB: And doctors don't tell their patients about grapefruit pectin?

AG: Doctors don't know about grapefruit pectin. Again, remember their education is acute care and pharmacology based. So not that your doctor doesn't care but your doctor just doesn't know about it.

DB: So if you're taking this product and you're healthy now, your arteries are less likely to clog up you're saying.

AG: ~~Oh absolutely.~~ The study says it worked for pigs

DB: Hold onto that thought because I just want to let our viewers have a chance to tune in here. If you're watching right now and you want some more information. We've been talking to Dr. Alex Guerrero now for a few minutes but if you just want some more information on these Supreme Greens that he's talking about please pick up the phone and call the number on the screen. As always on Today's Health, we've worked out a special arrangement with our guests so when you do call, mention Today's Health and you will receive a substantial discount off the Supreme Greens product. Now we have a caller on the line from Oregon, her name's Kerri.

DB: Kerri, are you with us?

Kerri: Ah, yes I am.

DB: Now, what has your experience been on this Supreme Greens product?

7

Kerri: Well you know um, I've been overweight for many years. And I've tried, oh every diet on the market. I tried Atkins, I tried the Zone, I tried the soup diet, I even tried the popcorn diet and none of them worked. I'd lose some weight and then I'd just gain it back and then some. And so after so many years of trying all these different diets, I just gave up cause I was just so discouraged. You know, and then a friend of mine recommend that I take the Supreme Greens with MSM, not as a weight loss product but you know what, as a way to improve my health and my energy because she noticed that I was just so tired all the time. Of course, you know my energy and my health improved but what was really amazing was that the first week that I was on Supreme Greens with MSM, I lost four pounds and the second week I lost four and a half pounds. And I've been on Supreme Greens now for eight months and I have lost a total of 81 pounds in addition to that.

DB: Eighty-one pounds?

Kerri: Eighty-one, yeah.

DB: That's tremendous. Now have you seen health as a byproduct also?

Kerri: Well I have you know, in addition to that, you know my knees and my ankles don't ache anymore. I can pick up my children and play with them which I have not been able to do in years. And I just you know what I just wanted to thank Dr. Guerrero for Supreme Greens with MSM. It's given me my life back.

DB: Kerri, I really appreciate you calling in and sharing that with us today.

Kerri: Thank you very much.

DB: Okay. Alex, why do so many people lose weight on the product? I know that, a lot of people get on the product to either help with their diabetes or maybe their heart disease or even cancer. But they lose weight as a byproduct.

AG: Right.

DB: How come?

AG: Well they lose weight as a byproduct cause again remember, weight is the, fat is your body's way of protecting itself from the acidic fluids. And so when you alkalize —

DB: So when your body's acid. I mean a lot of people taking Prilosec and all these anti-acids...

[handwritten margin notes: "? Better get her off that..." and "? ?"]

8

AG: Tums and Alka-Seltzer ...

DB: They're acid.

AG: Right.

DB: They're acid. When they get heartburn that means they have a high acid system.

AG: Yes.

DB: And when you have a high acid system, your body needs a layer of protection which is called fat.

AG: It's called fat.

DB: So when you alkalize your body, you don't need that fat.

AG: You don't need that fat, your body burns it actually for fuel.

DB: So not only will this product help people get the nutrition they need but they can actually lose weight on this product. My wife's pregnant right now and she's going to be worried about you know losing weight in the next few months.

AG: It's great for women that are pregnant because it certainly applies...

DB: So she can take it when she's pregnant?

AG: No question, my wife took it, my wife took it through all of her pregnancies.

DB: And you have five children.

AG: We've got five children.

DB: Okay.

AG: And she took it through all of her pregnancies. Um, never had to deal with, you know, prenatal vitamins, never ever got morning sickness.

DB: And it's great for weight loss after.

AG: Right, yeah.

DB: And it acts as your prenatal vitamin.

AG: Well you know what's interesting about that is as, as she took it through her pregnancies, she was able to stabilize and maintain her weight between you know 25, 28 pounds with each pregnancy. So you know once the babies were born she didn't have a lot to lose.

DB: That's interesting.

AG: It wasn't like she gained 35 or 40 pounds and it wasn't like she wasn't eating. She was eating, she ate. But when your body is nourished you don't crave the foods.

DB: You mean you're not as hungry?

9

AG: Well you don't crave them. People talk about, God you know, I just, I have food cravings. And they, so they eat and they nibble and they, because of the food cravings. That's the yeast inside the body saying, feed me, I want more, we need more nourishment. It feeds off of sugar. And so it, it just constantly. So people saying, God I really don't that but I just can't, I can't control myself.

DB: That's ...

AG: So overeating, all those things are a result of too much acid. And so the Supreme Greens with MSM provides that cell with nourishment. If the cell receives nourishment Donald, you're not hungry, it's not asking you for fuel because it has some. It's the difference between being filled and nourished. You eat to get full in thirty minutes you're going to need to be filled again because your cell never got nourished. It's saying Donald, give me some vitamins man, I need some vitamins to keep you going.

DB: I know there's a lot of stores that you can go in around the country and walk in and get a good green product. What actually makes your Supreme Green formula different?

AG: What really separates the Supreme Greens with MSM from any other greens product out there is the fact that we have bioenergetics, meaning that what we've done, is we make sure that we maintain, you know the electrical frequency of the nutrient. So all of the ingredients are organically grown, we don't allow the bottler to stock any raw bulk ingredients. Everything is brought in fresh. And it's brought in from areas that have high concentrations of MSM. For example, when you walk into an orchard, and let's say an orange grove and you smell that rich smell that you smell in the orange grove.

DB: Yeah, you get a beautiful smell.

AG: Beautiful citrus smell. That is the MSM that allows you to smell that. Which is the reason why when you go into the grocery store and into the fresh produce section it doesn't smell like that. And so what the Supreme Greens with MSM does is it's life-giving energy. It allows the broccoli and the carrots and the beets and the spinach and the kale and ochre and all of the other alkaline grasses, it allows it to maintain its electrical vibrating frequency. So the vibrating frequency of a normal healthy cell is 70 megahertz. So it needs 70 megahertz worth of an electrical charge to support it through its cycle of regeneration. Well the Supreme Greens with MSM vibrates at 250 megahertz.

DB: If you go into a health food store and you say, well how much energy does this ...

10

AG: See they wouldn't know.

DB: They don't even know what you're talking about.

AG: They wouldn't know. And not all vitamins are created the same. When I created the formulas, I created the formulas because I didn't find the nutrient value in any of the formulas that were out there for my patients.

DB: So you went out there to look for a formula before you actually created this one?

AG: Well sure, now there's a lot of formulas out there so I figured well heck, I might as well bring in some nutrients and things that my patients need because they I knew they were nutrient deprived but then as I'm testing these supplements I'm realizing their vibrating frequency wasn't high enough to get me in front of the rate of degeneration. I'll give you an example. If the cell vibrates at 70 megahertz, and I need 70 megahertz of energy to nourish that cell, now I've got a cancer patient, or somebody that is in chronic pain, and their vibrational frequency is now at 10 and I give them a nutrient that vibrating at 60, it will bring them up to 60 and make them feel pretty good but I'm still 10 megahertz shy of getting their cell in front of the rate of degeneration which is why a lot of people go to alternatives and still suffer. And they say well yeah I did alternative medicine but you know I didn't get well. Or cancer patients that are on alternative still die. ~~They die because the nutrients that they are taking is not getting them to the point to where they can actually get in front of the rapid rate of degeneration or the proliferation of the cancer or whatever it is that they're dealing with at the time.~~ And so I formulated this Supreme Greens with MSM so that I can maintain that high electrical charge.

DB: What are some other products, ingredients in there?

AG: One of the other ingredients that is in there is the MSM which maintains that...

DB: Yeah, talk about that, because it's Supreme Greens with MSM. I know a lot of people out there watching are going to say, what is the MSM? I know they sell MSM by itself sometimes but you fortify your products with MSM.

AG: MSM is a superconductor and what I mean by a superconductor is let's say in an acidic environment you have you know, the body's protecting itself. Remember I mentioned earlier that you know fat actually protects the body from these acids. Well that fat will accumulate around the cell and it makes a hard shell around that cell to protect it. And so as a superconductor what the MSM does is it turns that hard shell into a soft shell. It's like if you can visualize that cell being a glass bubble, it's hard like a glass bubble. And the nutrients that when

11

you ingest food and your liver breaks them down, your body can't, the cell can't absorb the nutrient because it can't pass through the mucosal barrier, that glass bubble's too hard. What the MSM does as a superconductor is it makes that glass bubble like a soap bubble. It makes the cell wall permeable so that the nutrients can readily pass through. The cell can do what it does, the the mitochondria within the cell can absorb the nutrients, metabolize it, do what it needs to do to supply the body with energy and then it kicks the waste out so your body's natural lymphatic system or its sewerage system can come and flush out the waste. And you know think about arthritis, let's talk about arthritis for a minute. Arthritis is an inflammation in the joint. What happens because it's so acidic that when a cell receives nourishment and it breaks it down, the mucosal lining again is so hard that it can't excrete the waste out so the cell accumulates and just gets bigger and bigger and bigger and bigger so we get inflamed joints. So the MSM really is a great anti-inflammatory...

DB: It acts as a ...

AG: Because as a superconductor it makes the cell wall more permeable. So now the cell can actually release of its metabolic waste.

DB: It takes down swelling.

AG: And it brings down inflammations.

DB: Wow. Hold onto that thought because I just want to let our viewers have a chance to tune in here. If you're watching right now and you want some more information, we've been talking to Dr. Alex Guerrero now for a few minutes but if you just want some more information on these Supreme Greens that he's talking about, please pick up the phone and call the number on the screen. As always, on Today's Health, we've worked out a special arrangement with guests so when you do call mention Today's Health and you will receive a substantial discount off the Supreme Greens product.

What are the other nutrients in there and does it interfere with any medication?

AG: Because I have, you know, a wide range of patients in different conditions, I needed to ensure that the formula was synergistic with all medications. And so you know the Supreme Greens with MSM is synergistic with medication. There is no contraindication.

DB: So anybody out, anybody out there basically on any type of medication they can take the Supreme Greens product.

AG: Yes.

12

DB: And, of course, they can drink the coral calcium water. How long before someone could actually see results with this product?

AG: Well depending upon the condition, if you're talking about chronic conditions, ~~my cancer patients will notice within a 14 day period of time that if they have nausea as a result of chemotherapy they see the nausea's gone~~. You know, inside the Supreme Greens with MSM we've added some ginger root powder which is a great digestive aid and it certainly helps with enzyme production and it allows them to overcome the acid production as a result of the chemotherapy. So they're able to go through their chemotherapy and ~~not have~~ *can reduce* nausea and vomiting. We're able to keep the cell nourished so that they *can stay on their* ~~never have to come off of their~~ protocol of chemotherapy. Oftentimes, patient's white blood cell count will drop significantly and so they have to forego one of their chemotherapy treatments because their white blood cell count is low. Well with the Supreme Greens with MSM we can ~~keep that~~ *help the* immune response *went* high enough. We can nourish the cell through their treatment ~~so they never have to come off~~. That's why I have a lot of oncologists who send their patients to me because we put them on that. We supply the cell with nourishment. I've always said Don that all disease is in the blood.

DB: Every disease comes from the blood.?

AG: All disease is in the blood which is why disease metastizes. It certainly isn't in an organ system. It's not in any one organ; it's in the blood which is why it can metastize from one area to another. So my philosophy is you cleanse the blood, nourish the cell. ~~And that's what keeps~~ people, it gives cancer patients ~~within a 14 day period of time~~ and in two weeks they have more ~~energy, they're sleeping better, they have better digestion~~.

DB: But you also work with pro athletes in the time of their life and you have them on this product?

AG: Yes.

DB: Now what type of results would someone see that's already in great shape?

AG: Well what they notice is that, for example, like a lot of the NFL football players I deal with. You know they go through in their mini-camps, they go through two-a-day workouts.

DB: Right.

AG: Well what they're noticing is that they're able to go through those two-a-day workouts and by Friday they have just as much strength and energy as they had on Monday. Because when the body's in an alkaline state, your body metabolizes the lactic acid that's just a natural

13

byproduct of the muscles tearing down as a result of physical stress or physical activity. Even adrenal stress.

DB: They can have more energy, better recovery time?

AG: Much greater recovery time. They can have less inflammation in their soft tissue because there's not, they don't have that lactic acid accumulation so the tissue might not inflame so they don't have muscle soreness, they don't have fatigue, they've got more energy, they've got better endurance.

DB: Tell me about diabetes. I heard you talking to one of the producers before the show about diabetes.

AG: Well diabetes really is something that's becoming epidemic.

DB: I heard a lot of people out there have diabetes and don't even know it.

AG: Sure, well you know before years ago you'd just go to your doctor and they used to say well yeah, you have hypoglycemia. You know, just eat you know six, seven, eight small meals a day and you'll be fine cause they constantly needed that sugar and what happened was that those people that were hypoglycemic years to come when they became adults developed diabetes. And so what the medical community learned is that hey, you know, where we didn't take hypoglycemia serious before, we now need to take it serious because those are the same people that are getting diabetes today. So now we're not going to call it hypoglycemia anymore, we're going to call it insulin resistance or we're going to label it and call it Syndrome X. So you now have Syndrome X. So now they're coming up with medication to help you deal with Syndrome X. When the reality is all you really need to do is if you can nourish the cell, maintain more permeability, your body will metabolize insulin.

DB: What age can someone go on Supreme Greens?

AG: My children take it.

DG: At how old?

AG: Well my daughter when she was one, she was on a bottle and weaning and you know she's on her formula, I would take a quarter teaspoon and mix it right in her formula and she would drink it once a day.

DB: Really?

14

AG: Children take it. Animals take it. I had a woman who came to my office, her cat was dying, she took her cat to the vet the vet said, there's really no hope, your cat is going to die. And this is one of my patients, she just said by the way ...

DB: So what do they, what do they put it on the food?

AG: Yeah.

DB: I mean I have a dog that has trouble going up the stairs right now.

AG: She just mixed the powder in the food and actually she had to force feed the cat because the cat wouldn't eat and now you should see the, now the kitten is actually a cat and um, did well. I had another women whose dog had cancer, had a tumor in the hip. Again, if you provide an environment where the disease can't proliferate in, it can't survive...

DB: It can't grow.

AG: It can't grow, yeah, can't proliferate. Yeah, you cleanse the blood, nourish the cells. All disease is in the blood. If you get nothing more out of what we're talking about here today Donald, understand that one concept that all disease is in the blood. Cleanse the blood, nourish the cell. You're now in a state of regeneration and you can stay healthy.

DB: Supreme Greens is the best product you feel to cleanse the blood?

AG: Absolutely no question.

DB: Fascinating. Again, Dr. Alex Guerrero, thanks for being on our show today. Fascinating, fascinating information. Again if you're watching and you do want some more information on the Supreme Greens product that Dr. Alex Guerrero has formulated, please pick up the phone and call the number on the screen. Again, my name is Donald Barrett and we'll see you next time on Today's Health.

END OF TAPE