# DECLARATION OF ALLEN STERN

1. My name is Allen Stern. I am over the age of eighteen (18). I reside in the Commonwealth of Pennsylvania. I have direct knowledge of the facts contained herein and am competent to be a witness in this dispute. I am President and principle shareholder of Triad ML Marketing, Inc. ("Triad") and King Media, Inc. ("King Media"), both of which are major creditors of Donald Barrett and his companies.

2. In early 2002 Barrett, President of Direct Marketing Concepts ("DMC"), hired Triad and King Media as service providers to DMC to supply television media buying services and to coordinate the fulfillment portion of the order process for the Robert Barefoot Calcium Factor infomercial. Neither I nor my companies have or have ever had any involvement with the Supreme Greens product or promotion. Moreover, I have no direct knowledge of that product or program.

3. As part of the services provided by Triad to Barrett and DMC, we ordered products, hired fulfillment companies, provided credit card processing, and collected funds, which were distributed according to verbal agreements with Barrett. Each week, my companies' accounting staff would summarize the prior week's order activity and provide an estimate of the funds available for distribution to DMC.

4. Barrett provided directions regularly on where we were to send any payments. On various occasions, funds were sent by wire or check to DMC, Direct Fulfillment, B.P.

# Domestic Wire/International Wire/International Draft     ⬤ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 02/10/03    **Time:**

## From

| Field | Value |
|---|---|
| Account Name | Triad ML Marketing |
| Taxpayer Identification Number | 23-2829624 |
| Address | 656 E. Swedesford Rd., Suite 325 |
| Telephone Number | (610) 975-0305 |
| City, State, ZIP Code | Wayne, PA 19087 |
| Debit Account Number | [redacted] |
| Identification of Person Initiating Wire | Steven Ritchey PADL 23123710 exp. 05/03/05 |

## To

### Domestic Wire

| Field | Value |
|---|---|
| Amount | $50000.00 |
| Beneficiary's Account Number | [redacted] |
| ABA Number (if known) | 211370697 |
| Beneficiary's Bank | Saugus Bank |
| Branch Address | |
| City, State, ZIP Code | Saugus, MA |
| Beneficiary Name/Payee Name | Donald Barrett |
| Beneficiary Address | |

### International Wire

(blank)

### International Draft

(blank)

### Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Fee: 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: 20.00 | Total Charge: $ | U.S. Equivalent: $ |

**Market**     **Telephone**     **Fee** $
DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . 800-272-4912
CPA, KYI, NWP, OHK, PGH . . . . . . . . . 800-762-9473    **Total Charge** $
International Wires/Drafts . . . . . . . . . . . 800-870-5322

Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

...derstand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Signature | Branch Number | Branch Representative |
|---|---|---|
| [signature] | | |

### For Internal Use Only

| Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the ...om (Wire will not be sent if confirmation is not completed.)

# Domestic Wire/International Wire/International Draft     ⓟ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 02/03/03    **Time:**

## From

**Account Name:** Triad ML Marketing
**Taxpayer Identification Number:** 23-2829624
**Address:** 656 E. Swedesford Rd., Suite 325
**Telephone Number:** (610) 975-0305
**City, State, ZIP Code:** Wayne, PA 19087
**Debit Account Number:** [redacted]
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

**Amount:** $50000.00
**Beneficiary's Account Number:** [redacted]
**ABA Number (if known):** 211370697
**Beneficiary's Bank:** Saugus Bank
**Beneficiary Name/Payee Name:** Donald Barrett

### International Wire

(blank)

### International Draft

(blank)

## Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $ 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $ 20.00 | Total Charge: $ | U.S. Equivalent: $ |

**Market**
DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . 800-272-4912
CPA, KYI, NWP, OHK, PGH . . . . . . . . . . 800-762-9473
International Wires/Drafts . . . . . . . . . . . . . 800-870-5322

**Fee:** $
**Total Charge:** $

**Telephone**

*Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Client Signature:** [signature]
**Branch Number:**
**Branch Representative:**

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

*Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

# Domestic Wire/International Wire/International Draft — PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 11/23/02

## From

- Account Name: Triad ML Marketing
- Taxpayer Identification Number: 23-2829624
- Address: 656 E. Swedesford Rd., Suite 325
- Telephone Number: (610) 975-0305
- City, State, ZIP Code: Wayne, PA 19087
- Debit Account Number: [redacted]
- Identification of Person Initiating Wire: Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

- Amount: $75,000.00
- Beneficiary's Account Number: [redacted]
- ABA Number (if known): 211370697
- Beneficiary's Bank: Saugus Bank
- City, State, ZIP Code: Saugus, MA
- Beneficiary Name/Payee Name: Donald Barrett

### International Wire

(blank)

### International Draft

(blank)

## Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $20.00 | Total Charge: $ | U.S. Equivalent: $ |

Market / Telephone:
- DEL, NEP, PHL, PNJ, SCP .............. 800-272-4912
- CPA, KYI, NWP, OHK, PGH ............. 800-762-9473
- International Wires/Drafts .............. 800-870-5322

Fee: $
Total Charge: $

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

Client Signature: [signature]

Branch Number: / Branch Representative:

### For Internal Use Only

Wire Room Operator / Confirmation Number / Wire Placed By / Time Placed

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

Branch Wire Call Back Confirmation By / Time Confirmed / Wire Room Operator Confirming

# Domestic Wire/International Wire/International Draft  ⓟ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 12/17/02
Time:

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | [redacted] |

Identification of Person Initiating Wire: Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $75000.00 | [redacted] | 211370697 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Saugus Bank | | Saugus, MA |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Donald Barrett | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $ 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $ 20.00 | Total Charge: $ | U.S. Equivalent: $ |

| Market | Telephone | Fee: $ |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 | Total Charge: $ |
| CPA, KYI, NWP, OHK, PGH | 800-762-9473 | |
| International Wires/Drafts | 800-870-5322 | |

All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| [signature] | | |

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|
| | | | |

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)

**Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming

# Domestic Wire/International Wire/International Draft PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 09/16/02
Time: 1:15 pm

## From

Account Name: Tract ML marketing
Taxpayer Identification Number: 232829624
Address: 
Telephone Number: (610) 825 0305
City, State, ZIP Code: Wayne, PA 19087
Debit Account Number: [redacted]
Identification of Person Initiating Wire: PA DRIVLIC 23173710 exp 05/03/05

## To

### Domestic Wire

Amount: $54214.79
Beneficiary's Account Number: [redacted]
ABA Number (If known): 321070007
Beneficiary's Bank: California fed Savings Bank
Branch Address: 2375 S. Virginia
City, State, ZIP Code: Reno, NV 89502
Beneficiary Name/Payee Name: B.P. marketing
Beneficiary Address:
City, State, ZIP Code:

### International Wire

Amount: $
Currency:
Beneficiary's Account Number:
Beneficiary's Bank:
Branch Address:
City/Province/State:
Country:
Beneficiary Name:
Beneficiary Address:
Country:

### International Draft

Amount: $
Currency:
Payee Name:
Address:
Country:

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire $ | Amount $ | Amount $ |
| Wire Fee $ | Wire/Draft Fee $ | Exchange Rate |
| Total Charge $ | Total Charge $ | U.S. Equivalent $ |
| | | Fee $ |
| | | Total Charge $ |

| Market | Telephone |
|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 |
| CPA, KYI, NWP, OHK, PGH | 800-762-9479 |
| International Wires/Drafts | 800-870-5322 |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

**I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.**

Client Signature: [signature]
Branch Number: 674
Branch Representative: D.M. Alleyne

## For Internal Use Only

Wire Room Operator: TERRY
Confirmation Number: 16775
Wire Placed By: D.M. Alleyne
Time Placed: 1:15 pm

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room. (Wire will not be sent if confirmation is not completed.)*

**Branch Wire Call Back Confirmation By: Judith Lomous
Time Confirmed: 3:07
Wire Room Operator Confirming: Beverly

** Only if $10,000 or OVER    White - Wireroom    Canary - Customer

# Domestic Wire/International Wire/International Draft  ⓟ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 08/19/02   **Time:** 2:32 PM

## From

**Account Name:** Triad ML Marketing
**Taxpayer Identification Number:** 232829624
**Address:**
**Telephone Number:** (610) 975-0305
**City, State, ZIP Code:** Wayne, PA 19087
**Debit Account Number:** [redacted]
**Identification of Person Initiating Wire:** PA DMV Lic # 23123710 exp 05/03/05

## To

### Domestic Wire

**Amount:** $46627.37
**Beneficiary's Account Number:** [redacted]
**ABA Number (if known):** 321070007
**Beneficiary's Bank:** California Fed. Savings Bank
**Branch Address:** 2375 S. Virginia
**City, State, ZIP Code:** Reno, NV 89502
**Beneficiary Name/Payee Name:** B.P. Marketing
**Beneficiary Address:**

### International Wire

**Amount:** $
**Currency:**
**Beneficiary's Account Number:**
**Beneficiary's Bank:**
**Branch Address:**
**City/Province/State:**
**Country:**
**Beneficiary Name:**
**Beneficiary Address:**
**Country:**

### International Draft

**Amount:** $
**Currency:**
**Payee Name:**
**Address:**
**Country:**

### Additional Information

## Settlement

**Domestic Wire**
- Amount of Wire: $46627.37
- Wire Fee: $
- Total Charge: $

**International Wire/Draft - U.S. Currency**
- Amount: $
- Wire/Draft Fee: $
- Total Charge: $

**International Wire/Draft - Foreign Currency**
- Amount: $
- Exchange Rate:
- U.S. Equivalent: $
- Fee: $
- Total Charge: $

| Market | Telephone |
|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 |
| CPA, KYI, NWP, OHK, PGH | 800-762-9473 |
| International Wires/Drafts | 800-870-5322 |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Client Signature:** [signature]
**Branch Number:** 674
**Branch Representative:** C.n Alleyne

### For Internal Use Only

**Wire Room Operator:** Adris
**Confirmation Number:** 19127
**Wire Placed By:** C.n Alleyne
**Time Placed:** 2:32 PM

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room. (Wire will not be sent if confirmation is not completed.)*

**Branch Wire Call Back Confirmation By:**
**Time Confirmed:**
**Wire Room Operator Confirming:**

FORM117382-0300   ** Only if $10,000 or OVER   White - Wireroom   Canary - Customer

# Domestic Wire/International Wire/International Draft          ⓟ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 08/05/02
Time: 2:00

## From

Account Name: Triad ML Marketing, Inc
Taxpayer Identification Number: 232829624
Address:
Telephone Number: (610) 975 0305
City, State, ZIP Code: Wayne PA 19087
Debit Account Number: [redacted]
Identification of Person Initiating Wire: PA Driv Lic # 23123710 exp 05/03/05

## To

### Domestic Wire

Amount: $50132.38
Beneficiary's Account Number: [redacted]
ABA Number (if known): 321070007
Beneficiary's Bank: California Fed. Savings Bank
Branch Address: 2375 S. Virginia St.
City, State, ZIP Code: Reno, NV 89502
Beneficiary Name/Payee Name: B.P. Marketing
Beneficiary Address:
City, State, ZIP Code:

### International Wire

Amount: $
Currency:
Beneficiary's Account Number:
Beneficiary's Bank:
Branch Address:
City/Province/State:
Country:
Beneficiary Name:
Beneficiary Address:
Country:

### International Draft

Amount: $
Currency:
Payee Name:
Address:
Country:

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ 50 132.38 | Amount: $ | Amount: $ |
| Wire Fee: $ 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $ | Total Charge: $ | U.S. Equivalent: $ |

| Market | Telephone | Fee: $ |
| DEL, NEP, PHL, PNJ, SCP ............... 800-272-4912 | | |
| CPA, KYI, NWP, OHK, PGH ............... 800-762-9473 | | Total Charge: $ |
| International Wires/Drafts ............... 800-870-5322 | | |

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

**I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.**

Client Signature:
Branch Number: 674
Branch Representative: [signature]

### For Internal Use Only

Wire Room Operator:
Confirmation Number: 19571
Wire Placed By: [signature]
Time Placed:

*Wire Confirmation/ If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room. (Wire will not be sent if confirmation is not completed.)*

**Branch Wire Call Back Confirmation By:
Time Confirmed:
Wire Room Operator Confirming:

FORM 117383-0300    ** Only if $10,000 or OVER    White - Wireroom    Canary - Customer

# Domestic Wire/International Wire/International Draft  PNC BANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 10/30/02  Time: 09:04:34

## From

**Account Name:** Triad ML Marketing
**Address:** 656 E. Swedesford Rd., Suite 325
**City, State, ZIP Code:** Wayne, PA 19087
**Taxpayer Identification Number:** 23-2829624
**Telephone Number:** (610) 975-0305
**Debit Account Number:** [redacted]
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

- **Amount:** $80522.92
- **Beneficiary's Account Number:** [redacted]
- **ABA Number:** 011302768
- **Beneficiary's Bank:** Beverly National Bank
- **Branch Address:** 240 Cabot St
- **City, State, ZIP Code:** Beverly, MA
- **Beneficiary Name/Payee Name:** Direct Marketing Concept
- **City, State, ZIP Code:** Beverly, MA

### International Wire

(blank)

### International Draft

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $80,522.92 | Amount: $ | Amount: $ |
| Wire Fee: $20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $80,542.92 | Total Charge: $ | U.S. Equivalent: $ |

**Market**
DEL, NEP, PHL, PNJ, SCP .......... 800-272-4912
CPA, KYI, NWP, OHK, PGH .......... 800-762-9473
International Wires/Drafts .......... 800-870-5322

Fee: $
Total Charge: $

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Client Signature:** [signature]
**Branch Number:** 674
**Branch Representative:** [signature]

### For Internal Use Only

- **Room Operator:** Connie
- **Confirmation Number:** 6804
- **Wire Placed By:** [signature]
- **Time Placed:** 9:17

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

- **Branch Wire Call Back Confirmation By:** Chris Cocozza
- **Time Confirmed:**
- **Wire Room Operator Confirming:**

*Only if $10,000 or OVER*

FORM117383-0898                    Customer Copy

# Domestic Wire/International Wire/International Draft     PNC BANK

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 10/11/02  **Time:** 11:20

## From

**Account Name:** Triad ML Marketing
**Address:** 656 E. Swedesford Rd., Suite 325
**City, State, ZIP Code:** Wayne, PA 19087
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05
**Taxpayer Identification Number:** 23-2829624
**Telephone Number:** (610) 975-0305
**Debit Account Number:** [redacted]

## To

### Domestic Wire

**Amount:** $164415.04
**Beneficiary's Account Number:** [redacted]
**ABA Number (if known):** 011302768
**Beneficiary's Bank:** Beverly National Bank
**City, State, ZIP Code:** Beverly, MA
**Beneficiary Name/Payee Name:** Direct Marketing Concept
**City, State, ZIP Code:** Beverly, MA

### International Wire
(blank)

### International Draft
(blank)

### Additional Information
(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $164415.04 | Amount: $ | Amount: $ |
| Wire Fee: | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: 20.00 | Total Charge: $ | U.S. Equivalent: $ |
| | | Fee: $ |
| | | Total Charge: $ |

**Market**
DEL, NEP, PHL, PNJ, SCP .......... Telephone 800-272-4912
CPA, KYI, NWP, OHK, PGH .......... 800-762-9473
International Wires/Drafts .......... 800-870-5322

Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

...understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Signature:** [signature]
**Branch Number:** 674
**Branch Representative:** [signature]

### For Internal Use Only

**Room Operator:** Freda
**Confirmation Number:** 12580
**Wire Placed By:** [signature]
**Time Placed:** 11:21

Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Room (Wire will not be sent if confirmation is not completed.)

**Branch Wire Call Back Confirmation By:** Lorraine Raffin
**Time Confirmed:**
**Wire Room Operator Confirming:**

Only if $10,000 or OVER

# Domestic Wire/International Wire/International Draft — PNC BANK

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 02/07/03  **Time:**

## From

| Field | Value |
|---|---|
| Account Name | Triad ML Marketing |
| Taxpayer Identification Number | 23-2829624 |
| Address | 656 E. Swedesford Rd., Suite 325 |
| Telephone Number | (610) 975-0305 |
| City, State, ZIP Code | Wayne, PA 19087 |
| Debit Account Number | [redacted] |
| Identification of Person Initiating Wire | Steven Ritchey PADL 23123710 exp. 05/03/05 |

## To — Domestic Wire

| Field | Value |
|---|---|
| Amount | $50000.00 |
| Beneficiary's Account Number | [redacted] |
| ABA Number (if known) | 011302768 |
| Beneficiary's Bank | Beverly National Bank |
| Branch Address | |
| City, State, ZIP Code | |
| Beneficiary Name/Payee Name | Direct marketing concepts |
| Beneficiary Address | |
| City, State, ZIP Code | |

## International Wire

(blank)

## International Draft

(blank)

## Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $20.00 | Total Charge: $ | U.S. Equivalent: $ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 | $ |
| CPA, KYI, NWP, OHK, PGH | 800-762-9473 | Total Charge: $ |
| International Wires/Drafts | 800-870-5322 | |

All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

Client Signature: [signed]   Branch Number:   Branch Representative:

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|

# Domestic Wire/International Wire/International Draft    ⊖ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

| Date | Time |
|---|---|
| 02/06/03 | |

## From

| Account Name | Taxpayer Identification Number |
|---|---|
| Triad ML Marketing | 23-2829624 |

| Address | Telephone Number |
|---|---|
| 656 E. Swedesford Rd., Suite 325 | (610) 975-0305 |

| City, State, ZIP Code | Debit Account Number |
|---|---|
| Wayne, PA 19087 | [redacted] |

Identification of Person Initiating Wire: Steven Ritchey PADL 23123710 exp. 05/03/05

## To

### Domestic Wire

| Amount | Beneficiary's Account Number | ABA Number (if known) |
|---|---|---|
| $ 50000.00 | [redacted] | 011302768 |

| Beneficiary's Bank | Branch Address | City, State, ZIP Code |
|---|---|---|
| Beverly National Bank | | |

| Beneficiary Name/Payee Name | Beneficiary Address | City, State, ZIP Code |
|---|---|---|
| Direct marketing concepts | | |

### International Wire

| Amount | Currency | Beneficiary's Account Number | Beneficiary's Bank |
|---|---|---|---|
| $ | | | |

| Branch Address | City/Province/State | Country |
|---|---|---|
| | | |

| Beneficiary Name | Beneficiary Address | Country |
|---|---|---|
| | | |

### International Draft

| Amount | Currency |
|---|---|
| $ | |

| Payee Name | Address | Country |
|---|---|---|
| | | |

### Additional Information

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire<br>$ | Amount<br>$ | Amount<br>$ |
| Wire Fee<br>$ 20.00 | Wire/Draft Fee<br>$ | Exchange Rate |
| Total Charge<br>$ 20.00 | Total Charge<br>$ | U.S. Equivalent<br>$ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 | $ |
| CPA, KYI, NWP, OHK, PGH | 800-762-9473 | Total Charge |
| International Wires/Drafts | 800-870-5322 | $ |

All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions, as stated on the reverse side.

| Client Signature | Branch Number | Branch Representative |
|---|---|---|
| [signature] | | |

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|

# Domestic Wire/International Wire/International Draft    **◯ PNCBANK**

I hereby authorize PNC Bank to effect the following transfer:

**Date:** 12/23/02    **Time:** 2:00

## From

**Account Name:** Triad ML Marketing
**Address:** 656 E. Swedesford Rd., Suite 325
**City, State, ZIP Code:** Wayne, PA 19087
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05
**Taxpayer Identification Number:** 23-2829624
**Telephone Number:** (610) 975-0305
**Debit Account Number:** [redacted]

## To

### Domestic Wire

**Amount:** $90,000.00
**Beneficiary's Account Number:** [redacted]
**ABA Number (if known):** 011301798
**Beneficiary's Bank:** Eastern Bank
**Branch Address:**
**City, State, ZIP Code:** Beverly, MA 01816
**Beneficiary Name/Payee Name:** Direct Fulfillment Inc
**Beneficiary Address:**

### International Wire

(blank)

### International Draft

(blank)

### Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amt of Wire: 90,000.00 | Amount: $ | Amount: $ |
| Wire Fee: 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: 20.00 | Total Charge: $ | U.S. Equivalent: $ |

**Market**
DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . Telephone 800-272-4912
CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . 800-762-9473
International Wires/Drafts . . . . . . . . . . . . . 800-870-5322

Fee: $
Total Charge: $

Wire Rooms operate from 8:30 a.m. to 4:00 p.m.

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Signature:** [signed] Steven Ritchey
**Branch Number:** 674
**Branch Representative:** J. Fambas

### For Internal Use Only

**Room Operator:** Doris
**Confirmation Number:** 17954
**Wire Placed By:** [signature]
**Time Placed:**

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Room (Wire will not be sent if confirmation is not completed.)*

**Branch Wire Call Back Confirmation By:** Bill Goins
**Time Confirmed:** 2:50
**Wire Room Operator Confirming:** Mary

# Domestic Wire/International Wire/International Draft — PNC BANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 12/17/02
Time:

## From

**Account Name:** Triad ML Marketing
**Taxpayer Identification Number:** 23-2829624
**Address:** 656 E. Swedesford Rd., Suite 325
**Telephone Number:** (610) 975-0305
**City, State, ZIP Code:** Wayne, PA 19087
**Debit Account Number:** [redacted]
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05

## To — Domestic Wire

**Amount:** $75000.00
**Beneficiary's Account Number:** [redacted]
**ABA Number (if known):** 011201798
**Beneficiary's Bank:** Eastern Bank
**Branch Address:**
**City, State, ZIP Code:** Beverly, MA
**Beneficiary Name/Payee Name:** Direct Fulfillment, Inc.
**Beneficiary Address:**

## International Wire

(blank)

## International Draft

(blank)

## Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $20.00 | Total Charge: $ | U.S. Equivalent: $ |

Market / Telephone:
- DEL, NEP, PHL, PNJ, SCP . . . . . . . . . . . . . . . 800-272-4912
- CPA, KYI, NWP, OHK, PGH . . . . . . . . . . . . 800-762-9473
- International Wires/Drafts . . . . . . . . . . . . . . 800-870-5322

Fee: $
Total Charge: $

*All Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Client Signature:** [signed]
**Branch Number:**
**Branch Representative:**

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

**Branch Wire Call Back Confirmation By** | **Time Confirmed** | **Wire Room Operator Confirming**

# Domestic Wire/International Wire/International Draft     ⓟ PNCBANK

I hereby authorize PNC Bank to effect the following transfer:

Date: 02/07/03  Time:

## From

**Account Name:** Triad ML Marketing
**Address:** 656 E. Swedesford Rd., Suite 325
**City, State, ZIP Code:** Wayne, PA 19087
**Identification of Person Initiating Wire:** Steven Ritchey PADL 23123710 exp. 05/03/05
**Taxpayer Identification Number:** 23-2829624
**Telephone Number:** (610) 975-0305
**Debit Account Number:** [redacted]

## To

### Domestic Wire

**Amount:** $60000.00
**Beneficiary's Account Number:** [redacted]
**ABA Number (if, known):** 011301798
**Beneficiary's Bank:** Eastern Bank
**Beneficiary Name/Payee Name:** Direct Fulfillment

### International Wire

(blank)

### International Draft

(blank)

### Additional Information

(blank)

## Settlement

| Domestic Wire | International Wire/Draft - U.S. Currency | International Wire/Draft - Foreign Currency |
|---|---|---|
| Amount of Wire: $ | Amount: $ | Amount: $ |
| Wire Fee: $ 20.00 | Wire/Draft Fee: $ | Exchange Rate: |
| Total Charge: $ 20.00 | Total Charge: $ | U.S. Equivalent: $ |

| Market | Telephone | Fee |
|---|---|---|
| DEL, NEP, PHL, PNJ, SCP | 800-272-4912 | $ |
| CPA, KYI, NWP, OHK, PGH | 800-762-9473 | Total Charge: $ |
| International Wires/Drafts | 800-870-5322 | |

*Wire Rooms operate from 8:30 a.m. to 4:00 p.m.*

I understand that this funds transfer request is subject to the terms and conditions as stated on the reverse side.

**Client Signature:** [signature]
**Branch Number:**
**Branch Representative:**

### For Internal Use Only

| Wire Room Operator | Confirmation Number | Wire Placed By | Time Placed |
|---|---|---|---|

*Wire Confirmation: If the wire is $10,000.00 or over, it must be confirmed by another Authorized Employee in the Cost Center by the Wire Room (Wire will not be sent if confirmation is not completed.)*

| Branch Wire Call Back Confirmation By | Time Confirmed | Wire Room Operator Confirming |
|---|---|---|