UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>    Plaintiff, )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., )<br>dba TODAY'S HEALTH and DIRECT )<br>FULFILLMENT, ITV DIRECT INC., dba )<br>DIRECT FULFILLMENT, DONALD W. )<br>BARRETT, HEALTHY SOLUTIONS LLC )<br>dba DIRECT BUSINESS CONCEPTS, )<br>HEALTH SOLUTIONS INC., )<br>ALEJANDRO GUERRERO, MICHAEL )<br>HOWELL, GREG GEREMESZ, TRIAD ML )<br>MARKETING, INC., KING MEDIA, INC., )<br>and ALLEN STERN, )<br>    Defendants. )<br>)<br>)<br>HEALTHY SOLUTIONS, LLC dba DIRECT )<br>BUSINESS CONCEPTS, a California limited )<br>liability company; )<br>    Cross Claimant, )<br>v. )<br>ITV DIRECT, INC., a Massachusetts corporation; )<br>DIRECT FULFILLMENT LLC, a Massachusetts )<br>limited liability company, and DOES 1-10, )<br>inclusive, )<br>    Cross Defendant. )<br>) | Civil Action No. 04-CV-11136-GAO<br><br>Judge George O'Toole<br><br><br><br><br>**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO NAME ADDITIONAL DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT** |

1

The following defendants, Healthy Solutions, LLC d/b/a Direct Business Concepts, Health Solutions, Inc., Alejandro Guerrero, a/k/a Alex Guerrero, Michael Howell, and Greg Geremesz do not object to Plaintiff's Motion for Leave to Name Additional Defendants and to File First Amended Complaint filed on November 18, 2004.

<div style="display: flex; justify-content: space-between;">

Dated: December 7, 2004

Respectfully submitted,
HEALTHY SOLUTIONS, LLC,
HEALTH SOLUTIONS, INC.,
ALEJANDRO GUERRERO,
MICHAEL HOWELL,
GREG GEREMESZ
By its and their attorneys,

/Becky V. Christensen, Esq.
Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
384 Forest Avenue, Suite 16
Laguna Beach, CA  92651
(949) 376-6100

Dustin F. Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6100

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2004, a copy of foregoing **NOTICE OF NON-OPPOSITION PLAINTIFF'S MOTION FOR LEAVE TO NAME ADDITIONAL DEFENDANTS AND TO FILE FIRST AMENDED COMPLAINT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Daniel Kaufman<br>Kial S. Young<br>Edward Glennon<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW,<br>NJ-3212<br>Washington, DC 20580<br>(202) 326-2675, -3525, -3126 (voice)<br>(202) 326-3259 (fax)<br>dkaufman@ftc.gov, kyoung@ftc.gov or<br>eglennon@ftc.gov<br><br>ATTORNEYS FOR PLAINTIFF | Peter Brooks, Esq.<br>SEYFARTH SHAW, LLP<br>WORLD TRADE CENTER EAST<br>TWO SEAPORT LAND<br>SUITE 300<br>BOSTON, MA 02210<br>Facsimile: (617) 946-4801<br><br>pbrooks@seyfarth.com<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT |

/Becky V. Christensen, Esq.
Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
384 Forest Avenue, Suite 16
Laguna Beach, CA  92651
(949) 376-6100

Dustin F. Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6100