

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

***DIRECT MARKETING CONCEPTS INC.*** **Summary Screen**

Help with this form

[Request a Certificate]

**The exact name of the Domestic Profit Corporation:** DIRECT MARKETING CONCEPTS INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 000757245

**Old Federal Employer Identification Number (Old FEIN):** 000000000

**Date of Organization in Massachusetts:** 06/12/2001

**Current Fiscal Month / Day:** 12 / 31      **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street: 20 OAKPOINT EXT
City or Town: SAUGUS     State: MA     Zip: 01906     Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:     State:     Zip:     Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:     State:     Zip:     Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | DONALD W. BARRETT | 20 OAKPOINT<br>SAUGUS, MA 01906 USA | NONE |
| TREASURER | ROBERT A. MAIHOS | 24 OGDEN LN.<br>MIDDLETON, MA 01949 USA | NONE |
| SECRETARY | ROBERT A. MAIHOS | 24 OGDEN LN.<br>MIDDLETON, MA 01949 USA | NONE |
| DIRECTOR | SAME TWO ABOVE | SAME<br>SAME, MA 01906 USA | NONE |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares    Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent     __ Manufacturer     __ Confidential Data     __ Does Not Require Annual Report

__ Partnership     __ Resident Agent     __ For Profit     __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]     [ New Search ]

**Comments**

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help