

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

*ITV DIRECT, INC.* **Summary Screen**

Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** ITV DIRECT, INC.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 000832983

**Date of Organization in Massachusetts:** 01/08/2003

**Current Fiscal Month / Day:** 12 / 31

**The location of its principal office in Massachusetts:**
No. and Street: 20 OAKPOINT EXT.
City or Town: SAUGUS    State: MA    Zip: 01906    Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:    State:    Zip:    Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | DONALD W. BARRETT | 20 OAKPOINT EXT.<br>SAUGUS, MA 01906 USA | NONE |
| TREASURER | ROBERT A. MAIHOS | 24 OGDEN LANE<br>MIDDLETON, MA 01949 USA | NONE |
| SECRETARY | ROBERT A. MAIHOS | 24 OGDEN LANE<br>MIDDLETON, MA 01949 USA | NONE |
| DIRECTOR | ROBERT A. MAIHOS | 24 OGDEN LANE<br>MIDDLETON, MA 01949 USA | NONE |
| DIRECTOR | DONALD W. BARRETT | | NONE |

20 OAKPOINT EXT.
SAUGUS, MA 01906 USA

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 200,000 | $0.00 | 0 |

__  Consent      __  Manufacturer      __  Confidential Data      __  Does Not Require Annual Report

**X**  Partnership   __  Resident Agent     **X**  For Profit           __  Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved

Help