UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>　　　Plaintiff,<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC.,<br>dba TODAY'S HEALTH and DIRECT<br>FULFILLMENT, ITV DIRECT INC., dba<br>DIRECT FULFILLMENT, DONALD W.<br>BARRETT, HEALTHY SOLUTIONS LLC<br>dba DIRECT BUSINESS CONCEPTS,<br>HEALTH SOLUTIONS INC.,<br>ALEJANDRO GUERRERO, MICHAEL<br>HOWELL, GREG GEREMESZ, TRIAD ML<br>MARKETING, INC., KING MEDIA, INC.,<br>and ALLEN STERN,<br>　　　Defendants.<br><br>HEALTHY SOLUTIONS, LLC dba DIRECT<br>BUSINESS CONCEPTS, a California limited<br>liability company;<br>　　　Cross Claimant,<br>v.<br><br>ITV DIRECT, INC., a Massachusetts corporation;<br>DIRECT FULFILLMENT LLC, a Massachusetts<br>limited liability company, and DOES 1-10,<br>inclusive,<br>　　　Cross Defendant. | Civil Action No. 04-CV-11136-GAO<br><br>Judge George O'Toole<br><br><br>**DEFENDANTS' HEALTHY SOLUTIONS,<br>LLC, dba DIRECT BUSINESS<br>CONCEPTS, HEALTH SOLUTIONS INC.,<br>ALEJANDRO GUERRERO, MICHAEL<br>HOWELL, GREG GEREMESZ' NOTICE<br>OF CHANGE OF ADDRESS** |

1

PLEASE TAKE NOTICE, that effective immediately, the law offices of O'Connor Christensen & McLaughlin LLP is moving its office and mailing address and service address to the following:

> Edward F. O'Connor, Esq.
> Becky V. Christensen, Esq.
> Craig McLaughlin, Esq.
> O'CONNOR CHRISTENSEN & McLAUGHLIN LLP
> 1920 Main Street, Suite 150
> Irvine, CA  92614

The new telephone number will be (949) 851-5000.

The new facsimile number will be (949) 851-5051.

Email addresses:   efo@ocmiplaw.com
bvc@ocmiplaw.com
cml@ocmiplaw.com

in place and stead of:

> Edward F. O'Connor, Esq.
> Becky V. Christensen, Esq.
> Craig McLaughlin, Esq.
> O'CONNOR CHRISTENSEN & McLAUGHLIN LLP
> 384 Forest Avenue, Suite 16
> Laguna Beach, CA 92651
> Telephone: (949) 376-6100
> Fax: (949) 376-6105

Dated: February 3, 2005    O'CONNOR CHRISTENSEN
& McLAUGHLIN LLP

 /s/ Becky V. Christensen
Becky V. Christensen, Esq.
Edward F. O'Connor, Esq.
Craig McLaughlin, Esq.
Attorneys for Defendants
HEALTHY SOLUTIONS LLC dba
DIRECT BUSINESS CONCEPTS,
HEALTH SOLUTIONS INC.,
ALEJANDRO GUERRERO,
MICHAEL HOWELL, GREG
GEREMESZ

CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2005, a copy of foregoing DEFENDANTS HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, GREG GEREMESZ NOTICE OF CHANGE OF ADDRESS was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel Kaufman, Esq
Kial S. Young, Esq. (BBO # 633515)
Edward Glennon, Esq.
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3525, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR FEDERAL TRADE COMMISSION

Joseph F. Ryan, Esq.
Lyne, Woodworth & Evarts LLP
600 Atlantic Avenue
Federal Reserve Plaza
Boston, MA  02210
(617) 523-6655
(617) 248-9877 (fax)
jryan@lwelaw.com

ATTORNEYS FOR TRIAD ML MARKETING, INC., KING MEDIA, INC., ALLEN STERN,

Susan W. Gelwick, Esq.
Peter Brooks, Esq.
SEYFARTH SHAW, LLP
WORLD TRADE CENTER EAST
TWO SEAPORT LAND
SUITE 300
BOSTON, MA 02210
Facsimile: (617) 946-4801

pbrooks@seyfarth.com
sgelwick@seyfarth.com

ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT

      /s/Becky V. Christensen, Esq.
      O'CONNOR CHRISTENSEN & McLAUGHLIN
      1920 Main Street, Suite 150
      Irvine, California 92614
      (949) 851-5000