UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ITV DIRECT, INC.,                          *
            Plaintiff,                     *
                                           *
    v.                                     *
                                           *
HEALTHY SOLUTIONS, LLC et al.,             *
            Defendants.                    *
_____    *        Civil Action No. 04-10421-JLT
CAPPSEALS, INC.,                           *
            Plaintiff-in-Intervention,     *
                                           *
    v.                                     *
                                           *
HEALTHY SOLUTIONS, LLC, d/b/a              *
DIRECT BUSINESS CONCEPTS; ITV              *
DIRECT, INC.; and DIRECT                   *
FULFILLMENT, LLC,                          *
            Intervenor-Defendants.         *

ORDER

February 1, 2005

TAURO, J.

After a conference held on February 1, 2005, this court hereby orders that:

1.    By February 3, 2005, Plaintiff-In-Intervention may file a motion with District
      Judge O'Toole's seeking permission to obtain the confidential financial report
      prepared by ITV Direct for the FTC;

2.    Plaintiff-In-Intervention Cappseals Inc.'s Motion to Compel Defendants ITV
      Direct, Inc. and Direct Fulfillment LLC [#65] is ALLOWED to the extent that:

      a.    ITV Direct shall give Plaintiff-In-Intervention a copy of the
            abovementioned financial report provided that District Judge O'Toole
            allows access to the report;

b.    ITV Direct shall supplement its damages disclosures as discussed in open

court by February 15, 2005; and

c.    Plaintiff-In-Intervention may conduct a Rule 30(b)(6) deposition of ITV

Direct by February 25, 2005;

2.    No additional discovery will be permitted without leave of this court; and

3.    A Final Pre-Trial Conference is scheduled for April 5, 2005 at 11:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

2