FILED
IN CLERKS OFFICE

## V.     CONCLUSION

2005 FEB -9  A 11: 43

For the reasons set forth herein, this Court should modify or amend the Preliminary

Injunction Order to allow for the production of the Report in the Payment Proceeding subject to

U.S. DISTRICT COURT
DIST. OF MASS.

the confidentiality protections already in place in the Payment Proceeding.

                              CAPPSEALS, INC.
                              By its attorneys,

                              Daniel J. Kelly, BBO # 553926
                              dkelly@ghlaw.com
                              Scot A. Silverman, BBO # 638087
                              ssilverman@ghlaw.com
                              Gadsby Hannah LLP
                              225 Franklin Street
                              Boston, MA  02110
                              (617) 345-7000

February 3, 2005

B0400545v1