UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> DIRECT MARKETING CONCEPTS, INC., ) <br> dba TODAY'S HEALTH and DIRECT ) <br> FULFILLMENT, ITV DIRECT INC., dba ) <br> DIRECT FULFILLMENT, DONALD W. ) <br> BARRETT, HEALTHY SOLUTIONS LLC ) <br> dba DIRECT BUSINESS CONCEPTS, ) <br> HEALTH SOLUTIONS INC., ) <br> ALEJANDRO GUERRERO, MICHAEL ) <br> HOWELL, GREG GEREMESZ, TRIAD ML ) <br> MARKETING, INC., KING MEDIA, INC., ) <br> and ALLEN STERN, ) <br>     Defendants. ) <br> ) <br> ) <br> HEALTHY SOLUTIONS, LLC dba DIRECT ) <br> BUSINESS CONCEPTS, a California limited ) <br> liability company; ) <br>     Cross Claimant, ) <br> v. ) <br> ITV DIRECT, INC., a Massachusetts corporation; ) <br> DIRECT FULFILLMENT LLC, a Massachusetts ) <br> limited liability company, and DOES 1-10, ) <br> inclusive, ) <br>     Cross Defendant. ) <br> ) | Civil Action No. 04-CV-11136-GAO <br><br> Judge George O'Toole <br><br><br><br> **DEFENDANT'S NOTICE OF NON-OPPOSITION TO CAPPSEALS, INC.'S MOTION FOR ACCESS TO CONFIDENTIAL MATERIAL** |

The following defendants, Healthy Solutions, LLC d/b/a Direct Business Concepts, Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz do not object to Cappseals, Inc.'s Motion for Access to Confidential Material filed on February 3, 2005.

                                        Respectfully submitted,
                                        HEALTHY SOLUTIONS, LLC,
                                        HEALTH SOLUTIONS, INC.,
                                        ALEJANDRO GUERRERO,
                                        MICHAEL HOWELL,
                                        GREG GEREMESZ
                                        By its and their attorneys,

Dated: February 10, 2005             /Becky V. Christensen, Esq._____
                                        Becky V. Christensen, Esq. CA State Bar # 147013
                                        Craig McLaughlin, Esq. CA State Bar #182876
                                        384 Forest Avenue, Suite 16
                                        Laguna Beach, CA  92651
                                        (949) 376-6100

                                        Dustin F. Hecker, Esq.
                                        POSTERNAK BLANKSTEIN & LUND LLP
                                        Prudential Tower
                                        800 Boylston Street
                                        Boston, Massachusetts  02199-8004
                                        (617) 973-6100

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2005, a copy of foregoing **NOTICE OF NON-OPPOSITION TO CAPPSEALS, INC.'S MOTION FOR ACCESS TO CONFIDENTIAL MATERIAL** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel Kaufman
Kial S. Young
Edward Glennon
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3525, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Daniel J. Kelly
Scott A. Silverman
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000
dkelly@ghlaw.com,
ssilverman@ghlaw.com

ATTORNEYS FOR CAPPSEALS, INC.

Peter Brooks, Esq.
SEYFARTH SHAW, LLP
WORLD TRADE CENTER EAST
TWO SEAPORT LAND
SUITE 300
BOSTON, MA 02210
Facsimile: (617) 946-4801

pbrooks@seyfarth.com

ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT

Becky V. Christensen, Esq.
Becky V. Christensen, Esq. CA State Bar # 147013
Craig McLaughlin, Esq. CA State Bar #182876
O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP
384 Forest Avenue, Suite 16
Laguna Beach, CA  92651
(949) 376-6100

Dustin F. Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-8004
(617) 973-6100