UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants. | Civ. No. 04-11136 - GAO |

## PLAINTIFF FEDERAL TRADE COMMISSION'S
## MOTION FOR A STATUS CONFERENCE

Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby respectfully requests the opportunity to appear before this Court to review the status of the above-captioned litigation and to discuss the FTC's pending Motion for Leave to Name Additional Defendants and Relief Defendants and to File First Amended Complaint.

The Commission has consulted with counsel for defendants, who have stated that they do not object to such a status conference. Additionally, the Commission has consulted with counsel for defendants regarding a mutually convenient date for such a status conference, and can propose anytime on the afternoon of March 24, 2005 for the Court's consideration.

Respectfully submitted,

_____
DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
SHIRA MODELL
Federal Trade Commission

Page 1 of 2

600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC  20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated February 24, 2005

## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On February 24, 2005, copies of Plaintiff Federal Trade Commission's Motion for a Status Conference were served via facsimile and First Class Mail as follows:

Becky V. Christensen, Esq.  
O'Connor Christensen & Mclaughlin LLP  
384 Forest Avenue, Suite 13  
Laguna Beach, CA 92651  
Facsimile: (949) 497-7679  
(for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc)

Dustin F. Hecker  
Posternak Blankstein & Lund LLP  
The Prudential Tower  
800 Boylston Street  
Boston, Massachusetts 02199-8004  
Facsimile: (617) 722-4927  
(for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc)

Peter Brooks, Esq.    (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald Barrett)  
Seyfarth Shaw, LLP  
World Trade Center East  
Two Seaport Lane, Suite 300  
Boston, MA 02210  
Facsimile: (617) 946-4801

Joseph Ryan (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)  
Lyne, Woodworth & Evarts LLP  
600 Atlantic Avenue  
Boston, MA 02210

I declare under penalty of perjury that the foregoing is true and correct. Executed this February 24, 2005 at Washington, D.C.

_____  
Daniel Kaufman