## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION,                    )
                                             )
    Plaintiff                         )
        v.                    )
                                             )          Civ. No. 04-11136 - GAO
DIRECT MARKETING CONCEPTS, INC.,et al.,      )
                                             )
    Defendants.                       )
                                             )

## (PROPOSED) ORDER
## SETTING STATUS CONFERENCE

Upon consideration of plaintiff Federal Trade Commission's Motion for a status

conference, it is ordered that a status conference shall be held on _____, 2005 at _____.m

**SO ORDERED** this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

_____
DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC  20580
(202) 326-2675,  -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated February 24, 2005