1    OFFICIAL TRANSCRIPT PROCEEDING

2    FEDERAL TRADE COMMISSION

3

4

5

6    MATTER NO.        0323064

7

8    TITLE        CORAL CALCIUM

9

10   DATE        RECORDED:  JANUARY 16, 2002

11               TRANSCRIBED:  MARCH 17, 2003

12

13   PAGES        1 THROUGH 37

14

15

16

17

18               VIDEOTAPE -- CORAL CALCIUM

19

20

21

22

23

24

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

1

<pre>
 1                    FEDERAL TRADE COMMISSION

 2                          I N D E X

 3

 4     VIDEOTAPE:                                  PAGE:

 5     Coral Calcium                                 3

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
</pre>

```
 1                      FEDERAL TRADE COMMISSION

 2

 3        In the Matter of:            )

 4        Coral Calcium               )   Matter No. 0323064

 5                                     )

 6        ------------------------------)

 7                                         January 16, 2002

 8

 9

10

11

12              The following transcript was produced from a

13        videotape provided to For The Record, Inc. on March 12,

14        2003.

15

16

17

18

19

20

21

22

23

24

25
```

3

```
1               P R O C E E D I N G S

2             -    -    -    -    -

3            VIDEOTAPE -- CORAL CALCIUM

4            ON SCREEN:   The following is a paid commercial

5      for "Coral Calcium"

6            KEVIN TRUDEAU:  Hi, thanks for watching.  I'm

7      Kevin Trudeau and this is another edition of A Closer

8      Look.  We're going to be talking about health this half

9      hour, specifically cancer, heart disease.

10           My guest is Robert Barefoot, who's the author

11     of Death by Diet and The Calcium Factor.  And he claims

12     that mineral deficiencies are one of the major causes of

13     disease in people in America.

14           Bob, thanks for being my guest today.

15           ROBERT BAREFOOT:  (Inaudible).

16           KEVIN TRUDEAU:  Now, you say -- because you're

17     the author of The Calcium Factor, the Scientific Secret

18     of Health and Youth.

19           ROBERT BAREFOOT:  Yes.

20           KEVIN TRUDEAU:  It says here, most degenerative

21     diseases, aging, cancer, osteoporosis, heart disease,

22     kidney stones, even allergies can be scientifically

23     linked to mineral deficiencies.

24           ROBERT BAREFOOT:  That's correct.

25           KEVIN TRUDEAU:  Explain that.
```

4

1          ROBERT BAREFOOT:  Well, the reason for that is

2     that the human body, when it lacks these minerals, begins

3     to build up acid and the acid drives up the oxygen.

4          **ON SCREEN:  Robert Barefoot**

5          **Scientist/Author**

6          ROBERT BAREFOOT:  Now, a medical doctor called

7     Dr. Otto Warburg (phonetic) one two Nobel prizes for

8     discovering that this acid, removing the oxygen was the

9     cause of cancer.

10         KEVIN TRUDEAU:  Just removing the oxygen, the

11    acid from the body?

12         ROBERT BAREFOOT:  You see, in acid, oxygen

13    can't remain.  So, it's expelled.  So, as your body

14    fluids become more acidic, you have less and less oxygen,

15    and we're oxygen critters.  We need this oxygen badly.

16    So, by giving yourself these minerals, you drive out the

17    acids, you bring in the oxygen and your body can be

18    healthy.

19         KEVIN TRUDEAU:  Now, first off, you're not a

20    medical doctor.

21         ROBERT BAREFOOT:  No, I'm a scientist.

22         KEVIN TRUDEAU:  Okay.  Now, medical doctors

23    claim cancer, they don't know what the cause is.

24         ROBERT BAREFOOT:  (Laughter.)

25         KEVIN TRUDEAU:  Some people think it's genetic

1    and there are billions of dollars that have been spent on

2    trying to find a cure.

3              ROBERT BAREFOOT:  That's correct.  But when you

4    get back to the cause, two Nobel Prizes have been awarded

5    for the man who discovered the cause of cancer, and he

6    said the cause of cancer was anaerobism or a lack of

7    oxygen.

8              KEVIN TRUDEAU:  So --

9              ROBERT BAREFOOT:  For which he won the Nobel

10   Prize.

11             KEVIN TRUDEAU:  So, there is allegedly --

12   because I've never heard that the cause of cancer was

13   known.

14             ROBERT BAREFOOT:  Yes.  Most doctors haven't

15   either.  But the scientific community is very aware that

16   Dr. Otto Warburg, who won the Nobel Prize for the

17   discovery of the cause of cancer, and it makes so much

18   sense.  It makes sense because, if you understand the

19   cause, you can then prevent and/or reverse cancer.

20             KEVIN TRUDEAU:  Okay.  So, here's the question.

21   I asked myself, will I get cancer?  Can I know?

22             ROBERT BAREFOOT:  Yes.

23             KEVIN TRUDEAU:  I mean, people out there

24   watching right now are all wondering, I hope I don't get

25   cancer or I wonder if I am going to get cancer.

1           ROBERT BAREFOOT:  Yes.

2           KEVIN TRUDEAU:  Is there a way for us to know

3      whether we will or won't?

4           ROBERT BAREFOOT:  Yes, there is, and it's very

5      simple.  First off, we just review what you're eating.

6      Are you getting the minerals?  And if you're not, you

7      will become acidic and you will get one of the major

8      diseases.  You can have heart disease, cancer, lupus,

9      fibromyalgia, multiple sclerosis.  Name the disease,

10     they're all caused by acidosis.

11          So, you review what you're eating.  Most

12     Americans, of course, aren't eating enough minerals, so

13     they're all candidates for these diseases.

14          The other way is to simply measure your body

15     fluid pH.  You see, all your body fluids share -- you

16     produce about eight quarts of saliva a day.  And you

17     don't have a saliva pouch where it comes from.  It comes

18     out of the blood.

19          KEVIN TRUDEAU:  Um-hum.

20          ROBERT BAREFOOT:  So, the saliva circulates

21     through the blood.  And the blood takes out of the saliva

22     the calcium.  When that occurs, the saliva becomes very

23     acidic.  So, you just have to do a three-cent pH test.

24     Spit on a piece of saliva and I can tell you your state

25     of health.

1          KEVIN TRUDEAU:  Okay.  Now, actually, we've had

2      Dr. Morder on the show before and we mentioned earlier

3      that you know Dr. Morder.

4          ROBERT BAREFOOT:  Yes, and I totally concur

5      with what he says.

6          KEVIN TRUDEAU:  And he's a big proponent of

7      having an alkaline pH in the body.

8          ROBERT BAREFOOT:  Yes, that's correct.

9          KEVIN TRUDEAU:  He also mentions -- he was the

10     only other guy I ever met that talked about a pH test

11     which will determine your health quotient, if you will.

12         ROBERT BAREFOOT:  That's correct.

13         KEVIN TRUDEAU:  So, you're saying that if a

14     person -- you explained this in the book.

15         ROBERT BAREFOOT:  Yes.

16         KEVIN TRUDEAU:  So, if a person wants to know

17     whether -- now, this seems like you'd have 3,000 or 4,000

18     doctors disagree with you on this point.  But you're

19     saying -- and Dr. Morder also says -- that if you test

20     your pH, you can determine whether or not you have a high

21     chance of getting cancer?

22         ROBERT BAREFOOT:  Yes, because your pH is

23     directly related to calcium deficiency.  If you are

24     acidic, you are calcium deficient.

25         KEVIN TRUDEAU:  Are most people acidic?

1      ROBERT BAREFOOT:  By the time you're 60, about
2      98 percent are.
3          KEVIN TRUDEAU:  Okay.  Now, here's the
4      question.  So, if that's the case, is there a way to
5      change the body pH from being acidic to being more
6      alkaline?
7          ROBERT BAREFOOT:  Yes, you need to enrich the
8      body with minerals and there are all kinds of minerals
9      and all kinds of ways of doing that, some vastly superior
10     to others.
11         KEVIN TRUDEAU:  Okay.  What's a good way, in
12     your opinion, that a person can get rid of that acidity?
13         ROBERT BAREFOOT:  Well, they have to consume a
14     lot more calcium.  You see, just like you've heard in the
15     past, there are cultures all over the world that never
16     get sick and they live to be 100, and all these cultures
17     have one thing in common and it doesn't matter whether
18     the Hunzas in Pakistan or the Titicaca Indians -- in
19     China, there's a band of millions of them, or the
20     Okinawans over in Japan, on the Oprah Winfrey Show talked
21     about how they live long and they never get sick.
22         KEVIN TRUDEAU:  Um-hum.
23         ROBERT BAREFOOT:  They all have one thing in
24     common.  They all consume over 100,000 milligrams of
25     calcium a day, and I bet you didn't get 1,000 yesterday

9

1    or today.

2              KEVIN TRUDEAU:  So, we --

3              ROBERT BAREFOOT:  They eat 100 times as much as

4    you and I.

5              KEVIN TRUDEAU:  Is that the only common

6    denominator, consuming more calcium?

7              ROBERT BAREFOOT:  No, the other common

8    denominator is they're all in the sun for several hours a

9    day.

10             KEVIN TRUDEAU:  Oh, I thought the sun was bad

11   for us.

12             ROBERT BAREFOOT:  No, the sun prevents cancer,

13   it doesn't cause cancer.

14             KEVIN TRUDEAU:  Now wait a minute here.

15             ROBERT BAREFOOT:  It prevents all disease.

16             KEVIN TRUDEAU:  There's all types of research,

17   isn't there, that --

18             ROBERT BAREFOOT:  No.

19             KEVIN TRUDEAU:  -- says that cancer -- skin

20   cancer is caused by sun exposure?

21             ROBERT BAREFOOT:  If that's the case, then why

22   do we have twice as much cancer in the northern states as

23   the southern states?  Why does prostate cancer go up 300

24   percent from the Mexican border to the Canadian border?

25   And in America here, we've got the ultimate proof.  We

10

1     have the black community who has three, four times as

2     much cancer, especially skin cancer, as the whites.

3     What's the common denominator?  The blacks in Africa are

4     in the sun for 10 hours a day and there is virtually no

5     skin cancer.  The blacks in America never are in the sun

6     and they have horrific skin cancer.

7            KEVIN TRUDEAU:  And you're saying that's caused

8     simply by being too acid?

9            ROBERT BAREFOOT:  No.  The sun plays a role.

10    When the sun strikes your body, you produce Vitamin D.

11    Vitamin D allows you to absorb 10 times as much

12    nutrition.  When the sun strikes your face, your

13    pituitary, your pineal and hypothalamus, which are behind

14    your eyes, they produce calcitonin, melatonin, serotonin,

15    (inaudible) tri-phosphate.  All these nutrients

16    coordinate with the minerals to give you a healthy body.

17    So, you need it all.

18            KEVIN TRUDEAU:  Okay.  Now, let's talk about

19    this calcium because there's different ways to get

20    calcium in your system, right?

21            ROBERT BAREFOOT:  That's correct.

22            KEVIN TRUDEAU:  On television right now there's

23    some TV infomercials that sell a product called CalMax.

24    I bought that, which you pour some stuff and it fizzes

25    up.

11

1          ROBERT BAREFOOT:  Um-hum.

2          KEVIN TRUDEAU:  And it's calcium and magnesium.

3          ROBERT BAREFOOT:  An excellent product.

4          KEVIN TRUDEAU:  CalAbsorb.

5          ROBERT BAREFOOT:  Yes.

6          KEVIN TRUDEAU:  And I know Elron Hubbard put

7     together a thing called Cal Mag, which is a special

8     formula of calcium and magnesium.

9          ROBERT BAREFOOT:  Excellent product, too.

10         KEVIN TRUDEAU:  Okay.

11         ROBERT BAREFOOT:  I endorse it.

12         KEVIN TRUDEAU:  All right.  Now, are they all

13    good?  Is there one better than the other (inaudible)?

14         ROBERT BAREFOOT:  There's no such thing as a

15    bad nutrient.  Some are much better than others.  The

16    real key with calcium is it does not want to absorb in

17    the human body.  If you, for example, take a calcium

18    antacid, it will absorb 2 percent.  If you take milk, you

19    absorb 17 percent.  If you take some of these citrates,

20    you absorb 10 percent.

21         KEVIN TRUDEAU:  Um-hum.

22         ROBERT BAREFOOT:  But you know, there is a

23    substance out there where you get 100 percent absorption.

24         KEVIN TRUDEAU:  Hmm.

25         ROBERT BAREFOOT:  And America hasn't heard

1    about it.  And that's really strange because, you know,

2    for hundreds of years, tens of millions of people around

3    the world have taken it.  Today, there are tens of

4    millions of people around the world that are taking this

5    substance with 100 percent absorption.

6           KEVIN TRUDEAU:  And this is the coral from --

7           ROBERT BAREFOOT:  Yes.

8           KEVIN TRUDEAU:  -- Okinawa, Japan that people

9    add in water.

10          ROBERT BAREFOOT:  Yeah.  They discovered it 600

11   years ago.  When the chickens pecked the coral reefs,

12   there were twice as many eggs.  The cows gave three times

13   as much milk.  When they put it on their crops, they

14   record a 400 percent increase in rice, for example.  Then

15   they started taking it themselves and it took a while

16   before they noticed that things were happening because

17   they gradually got healthier and healthier.

18          And by the time, 100 years later when the

19   Spanish explorers came, they noticed that these people

20   were old, old, but they were doing things that only the

21   young people did and that they virtually had no disease.

22   When they realized that they were putting this coral in

23   their food, they then filled up their ship holds with the

24   coral sand, took it back to Spain where they analyzed it

25   and said, hey, it's mainly calcium, but it's also got a

13

1    perfect balance of magnesium, 70 other trace metals and

2    minerals.  So, it's just loaded, because the coral took

3    millions of years to leach the oceans of all the

4    nutrients.

5                KEVIN TRUDEAU:  Hmm.

6                ROBERT BAREFOOT:  And the story goes, in Spain,

7    the very first drugstore in Barcelona, was the very first

8    drugstore in the world, its shelves were lined with coral

9    calcium, because that's what all the doctors of the day

10    used.

11                KEVIN TRUDEAU:  So, you can buy this coral

12    calcium sand and you add this sand to water?  Is that how

13    it works?

14                ROBERT BAREFOOT:  Well, you could do that and

15    you get some benefits because, you see, the sand also

16    contains microbes, little critters that when you get it

17    in your intestine, they go to work and you absorb 10

18    times as much food.  But the best way, of course, is to

19    consume it whole.

20                KEVIN TRUDEAU:  The actual coral itself?

21                ROBERT BAREFOOT:  Yes.  In capsule form.

22                KEVIN TRUDEAU:  Oh, really?  And so, this

23    actually is adding calcium into your system.

24                ROBERT BAREFOOT:  Yes.  As a matter of fact,

25    since within about 20 minutes you get 100 percent

14

1    absorption, you're literally getting 50 times as much

2    calcium, 50 times as fast if you take the coral calcium

3    versus, say, an antacid calcium.

4         KEVIN TRUDEAU:  Now, have you seen results?  I

5    mean, okay, what percentage of people are calcium

6    deficient?  I mean, if a person's home right now -- is

7    everyone calcium deficient?

8         ROBERT BAREFOOT:  No.  By the time the average

9    American is 35, he has more calcium going out of his body

10   and into the body and that's when it starts.  By the time

11   he's 60, about 98 percent are totally calcium deficient

12   and that's why we have people 60 with heart disease, you

13   know, Lupus, Parkinson's.  All these diseases are caused

14   by acidosis.

15        Take heart disease, for example.

16        KEVIN TRUDEAU:  Um-hum.

17        ROBERT BAREFOOT:  Have you ever heard anybody

18   having a hardening of the veins?

19        KEVIN TRUDEAU:  No, I've always heard hardening

20   of the arteries.

21        ROBERT BAREFOOT:  Well, how come cholesterol

22   doesn't harden the veins?  It hardens the arteries.  It's

23   cholesterol that's the problem.  You see, cholesterol

24   isn't the cause of heart disease.

25        KEVIN TRUDEAU:  But wait --

15

1          ROBERT BAREFOOT:  Acidosis is.

2          KEVIN TRUDEAU:  Okay.  But, now, aren't you

3     going against standard --

4          ROBERT BAREFOOT:  No.

5          KEVIN TRUDEAU:  -- medical --

6          ROBERT BAREFOOT:  I'm going against the final

7     conclusion, not the medical studies, because, you see,

8     when the doctor opens up a heart patient, he finds

9     cholesterol plaque and he blames the cholesterol.

10          KEVIN TRUDEAU:  So, shouldn't -- if a person

11     has high cholesterol, shouldn't he be concerned?

12          ROBERT BAREFOOT:  Not really because, you

13     see --

14          KEVIN TRUDEAU:  Not really?

15          ROBERT BAREFOOT:  -- if you go to the scene of

16     a fire and see a fireman, are you concerned because he's

17     there?  If you see a policeman at a crime --

18          KEVIN TRUDEAU:  Yes.

19          ROBERT BAREFOOT:  -- are you concerned because

20     the police are there?  Do you blame them?

21          KEVIN TRUDEAU:  But doesn't that usually tell

22     you that there's something particularly wrong?

23          ROBERT BAREFOOT:  Ah.  No, it tells you that

24     they're there for a reason, just like cholesterol.  You

25     see, the artery is different than the vein because it has

16

1    muscle tissue around the issue.

2         KEVIN TRUDEAU:  Um-hum.

3         ROBERT BAREFOOT:  And when the acid eats a hole

4    in it, you're going to die if it breaks.  So, the body

5    has to protect you, and the first thing it does is it

6    hardens the artery to protect the burst, because the acid

7    was eating a hole in it, okay?  And then when it

8    squeezes, it cracks.  But God gave you cholesterol, which

9    is goopy, and it seals the crack and it was found at the

10   scene of the crime because it just saved your life.  If

11   the cholesterol hadn't been there, you would have been

12   dead.

13        KEVIN TRUDEAU:  Okay.  But when it continues to

14   do that, that's when you get the --

15        ROBERT BAREFOOT:  Well, yes, but it wasn't

16   cholesterol.  It was just like the police and the fireman

17   at the scene.

18        KEVIN TRUDEAU:  So, the real issue --

19        ROBERT BAREFOOT:  The cholesterol is there to

20   save your life.

21        KEVIN TRUDEAU:  To seal the crack.

22        ROBERT BAREFOOT:  Now, did you also know that

23   studies are out now that if the average person over 70

24   were to double his cholesterol, he can live 10 years

25   longer, and did you know that lowering your cholesterol

17

1    can cause strokes?

2               KEVIN TRUDEAU:  Now, that goes against --

3               ROBERT BAREFOOT:  No, no, these are scientific

4    studies that can be shown to you --

5               KEVIN TRUDEAU:  Well, how come --

6               ROBERT BAREFOOT:  -- done by the world's best

7    scientists.

8               KEVIN TRUDEAU:  Then how come medical doctors

9    don't tell you that?  They say you have high --

10              ROBERT BAREFOOT:  Because the --

11              KEVIN TRUDEAU:  -- cholesterol, take this drug

12   or high cholesterol, you should be concerned.

13              ROBERT BAREFOOT:  Because of $70 billion a year

14   made by the drug industry.  They don't want you to know

15   and the drug industry only tells the doctors what they

16   want them to know and they don't want them to know that

17   they don't need the $70 billion in anti-cholesterol

18   drugs --

19              KEVIN TRUDEAU:  Hold on to that because I want

20   to talk about our friends with that whole industry in

21   just a moment.

22              **ON SCREEN:  1-800-870-4122**

23              ROBERT BAREFOOT:  (Laughter.)

24              KEVIN TRUDEAU:  But if you are watching --

25   because that's a whole other story.  If you are watching

18

1    right now, we're talking with Bob Barefoot who's the

2    author of Death by Diet and also The Calcium Factor, the

3    Scientific Secrets of Health and Youth, one of the most

4    incredible books on health I've ever read.  He also has

5    information on this coral calcium, which is a great form

6    of calcium that you can absorb and actually physically

7    take.  We're going to talk about -- more about that in a

8    moment.

9            If you want information on these books or the

10   coral calcium, just call the number on your screen for

11   some more information.  We worked out an arrangement here

12   on A Closer Look always with our guests.  If you do call

13   today, mention A Closer Look, you will get a substantial

14   discount off the price of the books or you can get all

15   your questions answered or get some additional

16   information sent to you on this or the coral calcium,

17   which you can actually take.

18           You're talking about doctors.  I go to a

19   doctor, he says I have high cholesterol, I should be

20   concerned.  You're saying if I have high cholesterol, I

21   should not be concerned.

22           ROBERT BAREFOOT:  No, because high cholesterol

23   is only one of dozens of factors that you should be

24   concerned about.  Usually when you're mineral balanced,

25   the cholesterol looks after itself.  High cholesterol

19

1    means that you're probably calcium deficient.  It's the

2    calcium deficiency that's going to cause a problem, not

3    the cholesterol.

4              KEVIN TRUDEAU:  Okay.  So, if I take calcium --

5              ROBERT BAREFOOT:  Now, there's a doctor in New

6    York, Kilmer McCauley (phonetic), he's been nominated for

7    the Nobel Prize, because he said it's the acid eating the

8    holes in the artery wall that's the cause of heart

9    disease and he says it's not cholesterol.  He's just been

10   nominated for a Nobel Prize.  So, I have a lot of

11   powerful people in agreement with me.

12             KEVIN TRUDEAU:  Okay.  Now, so, are you saying

13   the simplest thing a person can do to increase their

14   health is consume more calcium?

15             ROBERT BAREFOOT:  That's the case, and that's

16   why all these cultures all over the world, who eat 10 to

17   100 times as much as we do, virtually never have heart

18   disease or cancer.

19             KEVIN TRUDEAU:  Okay.  But I can't go to a

20   store, a drug store or a health food store, and just get

21   calcium in a bottle, in a pill and take it.

22             ROBERT BAREFOOT:  No.

23             KEVIN TRUDEAU:  Because you're saying that's

24   not going to have as good of an effect.

25             ROBERT BAREFOOT:  No, no, no, and it's really

1       the wrong thing to do.  I tell people who drink milk, you

2       can drink more, but I never tell you to drink milk if you

3       don't because, you see, the milk contains a lactic acid

4       which will aggravate your acid problem.  So, it's not

5       necessarily the thing to do.

6              When we discovered back in '82, when we knew

7       that the calcium factor was the key to these people

8       staying healthy, we discovered that in Okinawa, that they

9       were eating this coral sand called coral calcium.  Well,

10      boy, since 1982, we've been studying the coral calcium

11      and I can tell you there are tens of millions of people,

12      millions of testimonials.  I've had 1,000 people tell me

13      how they've cured their cancer.  I've witnessed people

14      get out of wheelchairs with multiple sclerosis just by

15      getting on the coral.

16             KEVIN TRUDEAU:  Now, the medical community

17      would say to say that calcium is a cure for cancer is

18      ridiculous.

19             ROBERT BAREFOOT:  Then why did the Journal of

20      the AMA this year quote the Strain (phonetic) Cancer

21      Research Institute and said that calcium supplements

22      reverse cancer.  That's a quote from the Journal of the

23      AMA and they quoted how much.  They said 1,500 milligrams

24      a day is enough to reverse colon cancer and they said

25      other cancers will grow back to normal.  They don't use

1    the "cure" word, they say grow back to normal.  But the

2    Journal of the AMA is quoting medical researchers now

3    that say, calcium reverses cancer.

4            KEVIN TRUDEAU:  Are there people that disagree?

5    Are there scientists and doctors that would say you're

6    wrong based on this additional research?  I mean, isn't

7    it a controversial topic?

8            ROBERT BAREFOOT:  Well, of course it -- of

9    course it's controversy.  But the controversy, once

10   again, goes back to money, which is drugs, and they're

11   the people that will be hurt the most, not the doctors.

12   The doctors aren't -- aren't responsible.  They're the

13   victims like we are.  When we wipe out cancer, and we

14   will, the doctors will be making more money.

15           KEVIN TRUDEAU:  Now, calcium supplements, I go

16   to the -- I went to the store after I'm looking at your

17   book, The Calcium Factor.

18           ROBERT BAREFOOT:  Yes.

19           KEVIN TRUDEAU:  And I think, boy, I should take

20   some more calcium myself.  So, I went to the store and

21   I'm all confused.  There's one bottle that says calcium

22   and it's made from eggshells.

23           ROBERT BAREFOOT:  Yes.

24           KEVIN TRUDEAU:  Crushed eggshells.  Another

25   bottle of calcium says oyster shells.