1       ROBERT BAREFOOT:  Yes.

2       KEVIN TRUDEAU:  Another one is called Calcium
3  Carbonate, I think, or something like that.  What is a
4  good form of calcium?

5       ROBERT BAREFOOT:  Well, they're all not bad.
6  They all provide some calcium.

7       KEVIN TRUDEAU:  And milk has calcium in it as
8  well.

9       ROBERT BAREFOOT:  But they go from 2 percent to
10 17 percent.  This is why we say, do what the Okinawans
11 are doing.  They're getting 100 percent and we see, with
12 just three little capsules a day, miraculous --

13      KEVIN TRUDEAU:  Of this coral -- this coral
14 sand?

15      ROBERT BAREFOOT:  Absolutely miraculous
16 results.

17      KEVIN TRUDEAU:  You think that's one of the
18 best forms of calcium to consume?

19      ROBERT BAREFOOT:  Well, it's the best
20 absorbable, plus it provides you with microbes, and these
21 microbes are marine microbes.  Now, what happens to your
22 body is you have 5,000 microbes in your intestines,
23 without which you'd die.  They help break the food down.

24      KEVIN TRUDEAU:  Um-hum.

25      ROBERT BAREFOOT:  The trouble is, is when you

1  have a lot of nutrients, the hydrochloric acid starts
2  producing salt. Now, you know how when you put meat out
3  it goes bad?
4       KEVIN TRUDEAU: Um-hum.
5       ROBERT BAREFOOT: But if you put salt on the
6  meat, it doesn't go bad.
7       KEVIN TRUDEAU: Um-hum.
8       ROBERT BAREFOOT: That's because salt kills the
9  microbes. So, what you do is you build up salt in your
10 intestine and you put your microbes to sleep and you
11 don't absorb much food.
12      KEVIN TRUDEAU: Hmm.
13      ROBERT BAREFOOT: But if you eat the coral
14 calcium from Okinawa, Japan, you get the marine microbes
15 and they go to work, and all of a sudden, you take in 10
16 times as much nutrition because you had the coral. You
17 not only get the calcium magnesium and 70 other trace
18 metals, you get marine microbes and a whole host of other
19 things we don't know about.
20      **ON SCREEN: 1-800-870-4122**
21      KEVIN TRUDEAU: Again, if you're watching right
22 now, we're talking with Bob Barefoot and it's a
23 fascinating subject, author of Death By Diet and The
24 Calcium Factor. If you're concerned about cancer or any
25 other type of health issue, these are great books. I

1    highly recommend them, great reading. Call the number on
2    your screen for information on the books. They're not
3    available in stores yet, directly from Bob Barefoot.
4         Also, if you want to -- or have interest in the
5    coral calcium that he's talking about from Okinawa,
6    Japan, also call the number on your screen to get some
7    more information on that coral calcium.
8         So, all of these types of calciums could be
9    helpful, but this coral calcium, if a person ingests it,
10   in your opinion, is the best and easiest to assimilate or
11   absorb?
12         ROBERT BAREFOOT: Yes.
13         KEVIN TRUDEAU: Now, a person has a calcium
14   deficiency, most people do.
15         ROBERT BAREFOOT: Yes.
16         KEVIN TRUDEAU: Okay. So, I have a calcium
17   deficiency, I start taking this coral calcium and two or
18   three days later, do I notice a difference because I
19   don't feel ill now?
20         ROBERT BAREFOOT: Some people do, some people
21   don't. I have women sometimes within 20 minutes say,
22   ooh, I'm getting a buzz, and what we do is we take a
23   sample of their blood before they take the calcium and we
24   put it on a screen that's called a dark field microscope
25   and we look at the cells and usually people that are

1  lethargic, their red blood cells are stuck together in
2  chains, and that's called (inaudible). But once they've
3  been on the coral for 20 minutes, it's broken apart,
4  they're all spherical and full of oxygen. The high
5  they're getting is they're filling up with oxygen that
6  fast because that's how fast coral works. For some
7  people, 20 minutes.
8        I can tell you this, it works just as well on
9  animals. I have a friend who gives it to racehorses that
10 don't win and they win. I've given it to dogs that can't
11 even make it to the tray to eat, and within two weeks,
12 they're jumping fences. You just can't believe the
13 miracle of calcium, because you're a calcium critter.
14 You have more calcium in your body than all the other
15 minerals put together.
16       And did you know that DNA, which is your
17 blueprint to stay young and your blueprint to repair
18 yourself, did you know that DNA only works when smothered
19 in calcium? So, when you haven't had your calcium today,
20 your DNA is virtually dormant and you grow old twice as
21 fast and your body can't repair itself.
22       KEVIN TRUDEAU: Now, when I was watching the
23 show about the CalMax, which is the calcium magnesium
24 product that's on an infomercial --
25       ROBERT BAREFOOT: Yes.

1   KEVIN TRUDEAU:  -- they were talking about how
2   calcium relaxes the muscles --
3   ROBERT BAREFOOT:  Yes.
4   KEVIN TRUDEAU:  -- and helps with insomnia,
5   makes you sleep better.
6   ROBERT BAREFOOT:  That's true.
7   KEVIN TRUDEAU:  How does that work?
8   ROBERT BAREFOOT:  It's the same thing.
9   **ON SCREEN:  Robert Barefoot**
10  **Scientist/Author**
11  ROBERT BAREFOOT:  I mean, calcium is involved
12  because it's the most abundant mineral in the body in
13  about 500 biological functions.  Neuro-transmission,
14  every time you're thinking, a muscle responds.  Calcium
15  provides the electrical energy for your heart to beat.
16  Golly, there's so many things.  But the main thing
17  calcium does is it wipes out acid and the other thing it
18  does is it helps your DNA be turned on.  If you take a
19  lot of calcium like these people do, they're 100 years
20  old and they don't look like George Burns.  They look
21  like they're 50.  And that's because the human body was
22  meant to live to be 120, 150.
23  The Bible, Genesis 6:3 says, "Man shall not be
24  immortal, but man shall live to be 120."  And guess what,
25  I can take you all around the world and that's what these

27

1  people are doing.
2           KEVIN TRUDEAU: And just -- in your opinion,
3  it's because of the high amount of calcium? That's --
4           ROBERT BAREFOOT: That's the common
5  denominator. They have 100 times something that you
6  don't have.
7           KEVIN TRUDEAU: But doesn't genetics have
8  anything to do with it? I mean --
9           ROBERT BAREFOOT: Of course, genes dictate
10 which road you can take. They don't dictate which road
11 you do take. In other words, you could be strong for
12 cancer or weak for cancer. So, if I make you acid,
13 you'll have cancer if that's your genes. The genes tell
14 you which way you're going if you take the trip. They
15 don't cause you to take the trip.
16          KEVIN TRUDEAU: Because I was just watching TV
17 yesterday. There was a doctor on and the question was,
18 what -- how do we know if you're going to have cancer?
19 And the doctor said, if your genetic make-up is for
20 cancer, like, you know, there was cancer in your mother's
21 side of the family and there was cancer in your father's
22 side, you have a high chance of having cancer.
23          ROBERT BAREFOOT: Not if you're on calcium.
24          KEVIN TRUDEAU: And -- but there's got to be
25 somebody -- a doctor would say, that has to be just your

1  opinion, there's no scientific basis for that statement.
2     ROBERT BAREFOOT:  Oh, yeah.  But then I go to
3  the Strain Cancer Research Institute, I quote the Journal
4  of the AMA.  Doctors are too busy to read their own
5  journals.  How many doctors read the article that calcium
6  supplements prevent cancer?
7     KEVIN TRUDEAU:  That's what the article said?
8     ROBERT BAREFOOT:  In their own journal.  Yes.
9  And it -- that's a quote.  And it said it from, also, the
10 New England Journal of Medicine also carried the same
11 story with the same quote.
12    KEVIN TRUDEAU:  Then how come doctors aren't
13 telling their patients?  I mean, my dad goes to the
14 doctor --
15    ROBERT BAREFOOT:  Because doctors don't have
16 time to read.  They only know what the drug industry
17 tells them.  And if you think the drug industry doesn't
18 want to make $800 billion a year, you're crazy.  They're
19 not about to tell the doctors.
20    KEVIN TRUDEAU:  But what about the cancer
21 research?  I mean, there are billions of dollars being
22 spent every year on researching cancer and --
23    ROBERT BAREFOOT:  To make drugs, not to cure
24 cancer.  Now, here we go, how much money has been spent
25 on any nutrient?  Last year, the United Nations quoted

1   that Vitamin A saved a million children's lives. Which
2   drug do you know saved a million kids? None. But did
3   they spend $300 billion studying it? No, they won't
4   spend a nickel studying God's nutrients. Only if they
5   can patent it will they study it. And if they can't
6   patent something natural, then they won't make drugs and
7   they won't study it. The lack of study is all caused by
8   the fact that they can't patent something natural. And,
9   naturally, your body can cure itself.
10        **ON SCREEN:** 1-800-870-4122
11        KEVIN TRUDEAU: Pain, talk about pain. Read in
12  your book if a person has pain, muscle pain, joint
13  pain --
14        ROBERT BAREFOOT: Yes, yes.
15        KEVIN TRUDEAU: -- they take calcium.
16        ROBERT BAREFOOT: Yes.
17        KEVIN TRUDEAU: Their body turns from acid to
18  alkaline, pain goes away.
19        ROBERT BAREFOOT: That's exactly --
20        KEVIN TRUDEAU: Is that common?
21        ROBERT BAREFOOT: Yes, very, very common. You
22  see, pain -- most people don't know it, but you have a
23  signal from your brain that goes down the nerves and back
24  the sheath of the nerve, and as long as you've got that
25  full circuit, there's no pain. But if you break the

30

1   circuit, there's pain.  Now, that involves a lot of
2   transfer of electrons.
3          KEVIN TRUDEAU:  Um-hum.
4          ROBERT BAREFOOT:  And, of course, by
5   definition, alkali is an electron bath, okay?  Understand
6   that?
7          KEVIN TRUDEAU:  Um-hum.
8          ROBERT BAREFOOT:  It's an electron bath.  When
9   it's acid, there are no electrons.  So, if you bathe your
10  body in electrons, you can supply all the electrical
11  energy you need to eliminate all the pain you need.
12         KEVIN TRUDEAU:  If there is one thing a person
13  can do, in your opinion, to make them healthier and live
14  longer, disease-free --
15         ROBERT BAREFOOT:  Yes.
16         KEVIN TRUDEAU:  -- is it simply taking calcium?
17  Is it that easy?
18         ROBERT BAREFOOT:  It's a combination of two
19  things.  You take calcium and you get a minimum of two
20  hours of sunlight on your face every day.
21         KEVIN TRUDEAU:  With sun screen?
22         ROBERT BAREFOOT:  No.  Because the sun screen
23  companies discovered last year, those who wear sun screen
24  have 67 percent more skin cancer.
25         KEVIN TRUDEAU:  Now, wait a minute.

1    ROBERT BAREFOOT: That's published by the sun
2    screen companies. And they say it's because it gives
3    them such confidence, they spend too much time in the
4    sun. But the bottom line is, there's 67 percent more
5    skin cancer and also scientists are studying it. There's
6    a good chance there's many other diseases caused by --
7    you can't interfere with Mother Nature. When you block
8    frequencies, your pituitary gland needs UV radiation or
9    you're dead. You have to produce Vitamin D or you're not
10   going to survive. These things are blocking your biology
11   from working.
12       KEVIN TRUDEAU: So, you're saying --
13       ROBERT BAREFOOT: (Inaudible).
14       KEVIN TRUDEAU: So, if a person's watching, I
15   mean, there's so much information about how to be
16   healthy, eat this, take this, drink that, take this away.
17       ROBERT BAREFOOT: Yep, yep.
18       KEVIN TRUDEAU: I mean, the books are volumes.
19       ROBERT BAREFOOT: Yes.
20       KEVIN TRUDEAU: All the supplements, it's so
21   confusing. I go to the health food store, I walk out and
22   my head's spinning. I don't know what to buy --
23       ROBERT BAREFOOT: I know.
24       KEVIN TRUDEAU: -- and what not to buy.
25       ROBERT BAREFOOT: I know.

1  KEVIN TRUDEAU: You're saying if a person wants
2  to be healthier, to live longer --
3  ROBERT BAREFOOT: Yes.
4  KEVIN TRUDEAU: -- disease-free in your
5  opinion, they do two simple things, stay in the sun two
6  hours a day, get sunlight on their face --
7  ROBERT BAREFOOT: And take coral calcium.
8  KEVIN TRUDEAU: And that's it?
9  ROBERT BAREFOOT: That's it. And, boy, I can
10 introduce you to thousands that do and you won't believe
11 their stories.
12 KEVIN TRUDEAU: But will people feel a
13 difference if they're --
14 ROBERT BAREFOOT: Oh, yes. Oh, yes.
15 Especially those that were sick. People don't come to
16 me, you know, with a disease, they come to me dying and
17 they don't die.
18 KEVIN TRUDEAU: But taking --
19 ROBERT BAREFOOT: And all they do is change
20 their lives.
21 KEVIN TRUDEAU: But taking calcium is not a
22 cure for anything.
23 ROBERT BAREFOOT: No, no. What the calcium
24 does is it gives the body what it needs to cure itself.
25 You know, with your DNA, you can grow a whole new brain?

1  Now, they're discovering this. You can grow whole new
2  body parts. But your DNA only will work when smothered
3  in calcium. So, you've got to give it a chance.
4         Look at these people like Michael Fox who got
5  Parkinson's, which we know is caused by free radicals
6  chewing up his brain.
7         KEVIN TRUDEAU: Um-hum.
8         ROBERT BAREFOOT: Free radical, by definition,
9  is starved for electrons and it's positively charged.
10 Now, if you smother it in electrons, you destroy it. So,
11 if you make your body alkaline by taking calcium, the
12 free radicals are destroyed on entry, you can't get
13 Parkinson's. In other words, every disease can be
14 explained.
15        KEVIN TRUDEAU: Then why doesn't -- why isn't
16 he taking calcium?
17        ROBERT BAREFOOT: You can't get to Michael J.
18 Fox. I've tried and --
19        KEVIN TRUDEAU: Michael J. Fox, if you're
20 watching right now or if somebody's watching that knows,
21 get some calcium. That's what you're telling him?
22        ROBERT BAREFOOT: Oh, yes. The first thing we
23 can do is arrest the disease and stop it from happening
24 further. Then what we want is for his DNA to kick in and
25 help him grow a new brain.

34

1  KEVIN TRUDEAU: And that would happen?
2  ROBERT BAREFOOT: Ah, new brains have been
3  growing all the time. You should see the miracle
4  stories.
5  KEVIN TRUDEAU: But you're not sure?
6  ROBERT BAREFOOT: Oh, yes, I am. I'm --
7  KEVIN TRUDEAU: It's not -- you can't guarantee
8  that this guy is going to --
9  ROBERT BAREFOOT: Nobody guarantees, but I've
10 witnessed it.
11 KEVIN TRUDEAU: I mean, Muhammad Ali has got a
12 problem. The guy's spent --
13 ROBERT BAREFOOT: I can't --
14 KEVIN TRUDEAU: -- all the money in the world.
15 He should be getting the best treatment available
16 anywhere.
17 ROBERT BAREFOOT: Yeah, medical treatment,
18 which is drugs, and drugs aren't going to cure you. Your
19 body is going to cure itself, but only if you give it the
20 nutrients it needs and since you -- the number one
21 nutrient is calcium and none of these people get the
22 nutrients they need, they stay sick. But they -- we can
23 reverse disease. My goal is to cure America. We can
24 wipe 90 percent of disease out of America within two
25 years if we could get the people on the appropriate

1  nutrients. Their bodies would cure themselves.
2  KEVIN TRUDEAU: You think it's just nutritional
3  deficiencies?
4  ROBERT BAREFOOT: Your body can cure itself.
5  It needs nutrients. It's not getting them.
6  KEVIN TRUDEAU: Your opinion, the body can cure
7  itself? A doctor would say no.
8  ROBERT BAREFOOT: Yeah, but the doctors haven't
9  watched the thousands of people cure themselves that I
10 have.
11 KEVIN TRUDEAU: But he says -- the MBA or the
12 AMA or some medical community or some scientist will say
13 there's no scientific evidence to back up that statement,
14 that's your opinion.
15 ROBERT BAREFOOT: Yeah, but, no, that's not the
16 case. In my book, the Calcium Factor, I give you
17 hundreds of scientific references. There's over 60 Nobel
18 Prize winners in there. Hear what they say, see what the
19 scientific communities say, see what the Journal of the
20 AMA is saying, the New England Journal of Medicine, the
21 Strain Cancer Research Institute and all the other
22 scientists. I'm just quoting the scientific community.
23 KEVIN TRUDEAU: We've just got a minute left.
24 Again, if you're watching right now, fascinating topic.
25 We're going to have Bob Barefoot on again. But call the

1  number on your screen if you want information on his
2  books, The Calcium Factor and Death by Diet or if you
3  want information on the coral calcium that he's
4  mentioning, which Bob says is an excellent form of
5  calcium that you can actually consume and it has a lot of
6  other potential benefits as well, and try it for
7  yourself.
8      Mention A Closer Look and get a substantial
9  discount off the books as well as the coral calcium, or
10 we can send you some information if you have any
11 questions. So, give us a call.
12     Bob, fascinating.
13     ROBERT BAREFOOT: Coral calcium will become the
14 nutrient of the 21st Century. I guarantee you.
15     KEVIN TRUDEAU: It's controversial to say the
16 least, but thanks very much for being my guest. Great to
17 have you on the show.
18     ROBERT BAREFOOT: You're welcome.
19     KEVIN TRUDEAU: Hi, I'm Kevin Trudeau. You've
20 been watching A Closer Look. Call the number on that
21 screen. This is important for your health. We'll catch
22 you next time. Bye-bye.
23     **ON SCREEN:** **The preceding was a paid commercial**
24 **for "Coral Calcium"**
25     (The videotape was concluded.)

# CERTIFICATION OF TYPIST

MATTER NUMBER: 0323064

CASE TITLE: CORAL CALCIUM

TAPING DATE: JANUARY 16, 2002

TRANSCRIPTION DATE: MARCH 17, 2003

I HEREBY CERTIFY that the transcript contained herein is a full and accurate transcript of the tapes transcribed by me on the above cause before the FEDERAL TRADE COMMISSION to the best of my knowledge and belief.

DATED:   MARCH 17, 2003

_____

ELIZABETH M. FARRELL

# CERTIFICATION OF PROOFREADER

I HEREBY CERTIFY that I proofread the transcript for accuracy in spelling, hyphenation, punctuation and format.

_____

KATHY J. DE MENT

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025