

**AS SEEN ON TV**

The Scientific Secret of Health and Youth Finally Revealed...

# THE CALCIUM FACTOR

Coral Calcium's miraculous age-defying power has been reported to have been used for centuries by the people of Okinawa, Japan to prevent and even reverse Heart Disease, Cancer, Parkinson's Disease, Arthritis, Alzheimer's, Diabetes, and more.



**Ancient "Elixir of Life" phenomenon Revealed in the Mysterious Depths of Japan's Coral Reefs**

An intriguing culture in Okinawa, Japan lives an average life span of over 100 years without doctors and without disease! It was discovered that their calcium rich waters act as an elixir of life which perfectly balances their body's pH level to alkaline rather than acid, allowing their bodies to naturally fight and even reverse life-threatening diseases such as diabetes, arthritis, Alzheimer's disease, heart disease, and even cancer!

Researchers then revealed that this amazing Coral Calcium does wonders for allergies, kidney stones, insomnia and more. Now thanks to painstaking ecologically safe collections from the waters of Okinawa, Japan, you too can join the millions of people who have unlocked their bodies' self-curing potential with all natural 100% pure Coral Calcium Daily! This amazing nutrient, with over 70 additional trace minerals, digests easily with 100% absorption in just 20 minutes. One bottle contains 90 capsules (a full month supply). 100% Satisfaction guaranteed or your money back.

Unleash your body's natural ability to live longer, better and without disease with the awesome power of coral calcium from the waters of Okinawa, Japan.

**BONUS AUDIO CASSETTE!** Find out how **Coral Calcium Daily** helps improve insomnia, muscle aches, even brain function.

**It's never too late to start** experiencing the natural benefits of "Coral Calcium from Okinawa, Japan."



Send $14.95 plus $4.95 shipping and handling check or money order (payable to The Calcium Factor) to:
Today's Health, P.O. Box 7077, Beverly, MA 01915
or call now to receive Coral Calcium Daily for

# $14.95 per bottle!
**Plus Free Audio Cassette**

**CALL TOLL FREE: 1-800-822-3549**

**SPECIAL OFFER:**
When you call, ask for the **free audio cassette**, **"The Secrets of Coral Calcium,"** and learn the cause of cancer as reported by over 60 Nobel Prize winners and major medical journals.

**WHAT DRUG COMPANIES DON'T WANT YOU (OR YOUR DOCTOR) TO KNOW**

How Coral Calcium Daily helps improve insomnia, muscle aches, even brain function.
Myths revealed about cholesterol and the sun.

