**Today's Health**
Positively Impacting People

100 Cummings Center
Beverly, MA 01915
Phone: 800.821.8857

***President's Handshake***

**To:** Our Valued Customer
**From:** Donald Barrett
President
Today's Health

My name is Donald Barrett and I am the President of Today's Health in Beverly, Massachusetts. We are the largest distributor of marine-grade coral calcium in the United States.

I was raised in the town of Saugus, just a few miles north of Boston. In February 1997 my father, who is my best friend, was diagnosed with a severe Carcenoid liver cancer. Our physician's prognosis was grim. My family was willing to try anything to find a solution.

In searching for an alternative therapy, a friend introduced us to marine-grade coral calcium from Okinawa, Japan. The island's inhabitants, whose rate of affliction with cancer and other degenerative diseases is less than 10%, get coral calcium daily through the water they drink. We gave the coral calcium to my father and within a few months the tumors started to shrink. Within a year no traces of cancer remained.

## "I thank God first...and coral calcium second."

In short, coral calcium added years to my father's life, and inspires me now to bring it to the world.

It helped immensely to be a "believer" when I set out on this mission. When something saves the life of someone you love, you believe. Those who know me know that I would result in anything I do. Just a few years ago, many people did not know about coral calcium, today they do say, and I will make sure many more will.

The Today's Health motto is *"Positively Impacting People"* and by using the highest-grade ingredients in our calcium formulas, we now hear testimonies each day from people everywhere about the impact of coral calcium in their lives. These only further my commitment to excellence and solidify our company's quest.

In closing, I sincerely thank you.

*Donald E. Barrett*

Donald Barrett
President
Today's Health
Beverly, MA

P.S. Call regarding the **PRESIDENT'S SPECIAL**, and tell them I sent you.