1

2                    **OFFICIAL TRANSCRIPT PROCEEDING**

3

4                     **FEDERAL TRADE COMMISSION**

5

6    MATTER NO.    0323138

7

8    TITLE        DIRECT MARKETING CONCEPTS, INC.

9                 SUPREME GREENS

10

11   DATE         RECORDED:   AUGUST 23, 2003

12                TRANSCRIBED:   SEPTEMBER 30, 2003

13

14   PAGES        1 THROUGH 37

15

16

17                          VIDEOTAPE

18

19

20

21

22

23

24

25

26

1

```
 1                   FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4   VIDEO TAPE:                            PAGE:

 5   Interview with Alex Guerrero             3

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     Direct Marketing Concepts, Inc. )  Matter No. 0323138

5                                     )

6     ------------------------------)

7

8

9

10

11

12              The following transcript was produced from a

13     video tape provided to For The Record, Inc. on September

14     29, 2003.

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2                 -     -     -     -     -
 3                        ON SCREEN:
 4                       The following
 5                         is a paid
 6                     advertisement for
 7                      Supreme Greens
 8                        ON SCREEN:
 9                       Today's Health
10          MR. BARRETT:  Hello, and welcome to another
11   edition of Today's Health.
12                        ON SCREEN:
13                      Donald Barrett
14                           ITV
15          MR. BARRETT:  My name is Donald Barrett and on
16   our show today we have one of the leading experts and
17   researchers in alternative health care, Dr. Alex
18   Guerrero.
19                        ON SCREEN:
20                           ITV
21                   ARE ALL HEALTH PROBLEMS
22                 CAUSED BY AN ACIDIC BODY?
23          MR. BARRETT:  Dr. Guerrero claims that most
24   chronic degenerative diseases -- such as cancer,
25   arthritis, diabetes, even the number one killer out
```

4

1    there, heart disease -- can and are being cured and there

2    are natural healing techniques being suppressed in this

3    country.  We have a very controversial show, so stay with

4    us.

5            Dr. Alex, thanks for being my guest today.

6                           **ON SCREEN:**

7                     **DR ALEX GUERRERO OMD**

8            DR. GUERRERO:  Thanks, Donald.  Appreciate

9    being here.

10           MR. BARRETT:  Now, you're not a medical doctor?

11           DR. GUERRERO:  I'm not.

12           MR. BARRETT:  Now, did you go to medical school

13   or entertain the thought of going to medical school?

14           DR. GUERRERO:  Entertained the thought of going

15   to medical school, but I really -- my interests lied in

16   chronic degenerative conditions.  And, you know,

17   conventional medicine is really outstanding, phenomenal

18   acute care medicine.  They probably are the best hands-

19   down acute care medicine there is.  They just aren't

20   great chronic care.  And I was more I was more interested

21   in chronic care conditions.

22           MR. BARRETT:  What do you mean, acute care

23   versus chronic care?

24           DR. GUERRERO:  Well, for example --

25           MR. BARRETT:  What's the difference?

5

1           DR. GUERRERO:   Well, the difference would be,
2   Don, if you had a heart attack at this moment, I mean,
3   we'd rush you to the hospital, they'd do a great job of
4   stabilizing you, make sure you stayed with us.
5           MR. BARRETT:   Right.
6           DR. GUERRERO:   And then, hopefully, they'd send
7   you back to someone like myself and we could make sure
8   you never had a heart attack again.
9           MR. BARRETT:   So how did you get involved in
10  alternative health care?
11          DR. GUERRERO:   Well, interestingly enough I
12  really got involved mostly because of my father-in-law.
13  Mt father-in-law was stricken with cancer and he had
14  squamous cell carcinoma, which was a topical cancer,
15  should have been very easily dealt with.  And it went
16  misdiagnosed.
17          And, unfortunately, after years of horrific
18  therapy, after losing his right arm, his scapula, his
19  clavicle, they took three ribs, he passed away.  And at
20  that time I vowed that nobody in my family would ever
21  suffer from that disease again.
22          MR. BARRETT:   You treat all types of people
23  from pro athletes in their prime of life?
24          DR. GUERRERO:   Yes.
25          MR. BARRETT:   All the way to people that, you

                    For The Record, Inc.
                    Waldorf, Maryland
                    (301)870-8025

1    know, have chronic disease that their doctors have told

2    them to really get their affairs in order and go home.

3         DR. GUERRERO:  Yeah.  I mean, our primary

4    concern -- at least in my clinic, anyway, is to make sure

5    that the body, you know, stays in an environment that's

6    conducive for cell regeneration.  You know, we do a lot

7    of weight loss, we do a lot of anti-aging, we do a lot

8    of, you know, making sure professional athletes can stay

9    at their peak performance all the time.  And we also see

10   people that have chronic conditions -- like you mentioned

11   before, we've got cancer patients, Aids patients, people

12   with MS, diabetes, Parkinson's.

13        And understanding the chronic condition that --

14   you know, I've always stated that --

15        MR. BARRETT:  But you're treating them with

16   natural therapies.

17        DR. GUERRERO:  We are.

18        MR. BARRETT:  All natural?

19        DR. GUERRERO:  All natural.  The purpose really

20   is to give them something that provides -- that changes

21   the environment, that makes the environment now conducive

22   to cellular regeneration, rather than an environment that

23   promotes degeneration.

24        Our cells regenerate on cycles.  For example,

25   you get new skin cells every 30 days, you're getting new

1    bone cells every 120 days.  So if the environment, your

2    internal environment, Don, is now conducive to the

3    regeneration of that cell -- that's what it does, it

4    regenerates -- if the environment isn't, well, then

5    you're going to degenerate.  And that's what we call

6    aging.

7              MR. BARRETT:  Well, if somebody gets sick

8    around the country and they go to their medical doctor,

9    their medical doctor doesn't talk anything about it.

10   They talk about chemotherapy and the drugs they should go

11   on.  They don't talk about any natural approaches.

12             DR. GUERRERO:  Well, again, because that's the

13   acute care coming out.  It's not that the doctor doesn't

14   care or isn't concerned, but primarily that's where the

15   education is based.  You know, in medical schools they're

16   getting, you know, one course in nutrition.  And,

17   primarily, that one course in nutrition isn't significant

18   enough to learn about nutrition or how the body really

19   functions from a biochemical perspective.

20             And so, you know, they're educated by the

21   pharmaceutical companies to say, look, this is what this

22   medication does, you have this condition, this is what we

23   need.

24             MR. BARRETT:  Right.  Well, you would think a

25   doctor going to school would want to have -- just provide

8

1    the best health care for their patient.

2            DR. GUERRERO:  Well, you would think so.  And

3    that's why I think a lot of the doctors that you see

4    coming out now are crossing over.  You do see a lot of

5    doctors -- and I deal with a lot of them, I have several

6    oncologists that refer patients to me.  You have several

7    of them now that are understanding the value between, you

8    know, conventional and alternative.  And they really are

9    trying to incorporate those.

10           MR. BARRETT:  You teach them of this acid

11   alkaline balance in the body, because it's simple for

12   people to understand and when they alkalize their body,

13   as you say, they're in a better position to heal

14   themselves?

15           DR. GUERRERO:  Absolutely.

16           MR. BARRETT:  Versus an acid body?

17           DR. GUERRERO:  Well, from, you know, in -- in

18   biology we've learned that you've got disorders like

19   yeast, fungus, bacterias, viruses, molds, all those are

20   living organisms that need an environment in which to

21   thrive and proliferate and grow.  And they can only

22   survive in an acid base.

23           So if we can change the body's fluids and

24   tissues to a more alkaline base, now you have an

25   environment that is no longer conducive for the

9

1    proliferation or growth of a degenerative condition.
2              MR. BARRETT:  And when you alkalize the body,
3    these -- a lot of these symptoms, a lot of these diseases
4    are going to --
5              DR. GUERRERO:  Well, they --
6              MR. BARRETT:  -- fall by the wayside.
7              DR. GUERRERO:  Well, they all do, because
8    they're a result of over acidification of the blood and
9    tissues.  And so when the blood and tissue are in an acid
10   base -- it's like what acid rain would do to a paint job
11   on a car.
12             MR. BARRETT:  Yeah, it would ruin it.
13             DR. GUERRERO:  That's what -- that's what your
14   body fluids, your acidic body fluids are doing to your
15   internal organs.
16             MR. BARRETT:  So if you're drinking acidic
17   fluids, like soda -- I mean, what are some --
18             DR. GUERRERO:  Coffee.
19             MR. BARRETT:  Coffee.
20             DR. GUERRERO:  Black tea, all of those are
21   extremely acid forming.
22             MR. BARRETT:  Really?  So when you drink -- you
23   -- diet soda?
24             DR. GUERRERO:  Diet soda, horrific for the
25   body.  You're talking about something that has --

1           MR. BARRETT:  I mean, a lot of people think

2    diet soda is healthy for them.

3           DR. GUERRERO:  Right.

4           MR. BARRETT:  Or bottled water, a lot of people

5    drink bottled water, and their bottled water is acidic.

6           DR. GUERRERO:  Right.

7           MR. BARRETT:  Well, how would --

8           DR. GUERRERO:  Regardless of what that is.

9           MR. BARRETT:  -- somebody know out there, if

10   they're watching our show right now, how would they know

11   if they have an acid system or if they have a high acid

12   body, what are some tell tale signs, so to speak?  You're

13   saying if someone is acid, they're on the road to

14   disease?

15          DR. GUERRERO:  Right.  You're in a state of

16   degeneration.  And your signs of a degenerative condition

17   would be, for example, someone who has s difficult time

18   waking up in the morning.  You know, they -- they sleep

19   seven hours and wake up and think, Oh, man, I just can't

20   believe today's another day.  You know, those are people

21   that -- that's a sign of an over acidic condition.

22          Acne, obesity, diabetes, foggy thinking --

23   those are all conditions, are all signs and symptoms of a

24   body that's in an acidic --

25          MR. BARRETT:  Right.  And there's also a simple

1    way to test, the saliva test, with Ph paper --

2              DR. GUERRERO:  Mm-hmm.

3              MR. BARRETT:  -- which you recommend to your

4    patients to test their acid alkaline balance, too.

5              DR. GUERRERO:  Yes.

6              MR. BARRETT:  And now here's the question:  If

7    I alkalize my body, am I going to come up with one of

8    these chronic degenerative diseases?

9              DR. GUERRERO:  No.

10             MR. BARRETT:  Such as cancer, arthritis --

11             DR. GUERRERO:  No.

12             MR. BARRETT:  How can you say that so

13   confidently?

14             DR. GUERRERO:  I'm very confident in saying

15   that, primarily because of the clinical studies we've

16   done.  I've seen it in my -- in my -- in my clinical

17   practice.  I've seen it every day in my clinical

18   practice.

19             MR. BARRETT:  Tell me about --

20             DR. GUERRERO:  I treat patients that have

21   conditions --

22             MR. BARRETT:  -- the studies -- tell me about a

23   study that you've done with -- with chronic disease.

24             DR. GUERRERO:  Well, based on acid alkaline

25   principles we wanted to take groups of people that had

1    degenerative conditions -- and, to me, it didn't really

2    matter what their degenerative condition was and I

3    preferred them to have a variety of conditions.  So I

4    certainly just didn't want to have a base of liver cancer

5    or bone cancer or prostate cancer or breast cancer.  I

6    wanted to, you know, lump them into a group and see what

7    the response would be over time.

8         Well, now it's been -- you know, now we're

9    going into, you know, eight years and within a five year

10   period of time we took 200 people that had a variety of

11   degenerative conditions.  They weren't all the same

12   conditions, they --

13        MR. BARRETT:  Were they terminal?

14        DR. GUERRERO:  They were diagnosed as terminal.

15        MR. BARRETT:  Two hundred people -- now, eight

16   years later, how many of them are still alive?

17        DR. GUERRERO:  Well, I've got -- out of that --

18   out of those 200 people that were terminal we lost eight.

19   Eight passed away.

20        MR. BARRETT:  And that's amazing.  People must

21   have been amazed by those studies.

22        DR. GUERRERO:  Yeah.  I mean, it was -- it was

23   really exciting to see at the time.  And that's really

24   what solidified, for me, this -- you know, the concepts

25   of acid and alkaline balance.  And so, now, over the

13

1    years I've just been afraid to deviate from what has

2    worked for me in my clinic.

3          MR. BARRETT:  Someone's watching and they say,

4    hey, this alkalinity stuff -- this stuff, maybe there's

5    something to it.  We've had Dr. Morter (phonetic) on our

6    show, Bob Bearfoot (phonetic) -- both are proponents of

7    alkalizing the body.  But I -- I think you're very unique

8    in the way you explain it.

9          So what are some foods -- if someone's watching

10   or something they can drink that would help them alkalize

11   the body?

12          DR. GUERRERO:  When we talk about maintaining

13   alkaline values, we're talking about something -- you

14   know, water containing foods.  So, you -- obviously, your

15   cruciferous vegetables -- the darker the green, the

16   better.  But they need to be water containing.  Because,

17   you know, 70 percent of your body is water, 80 percent of

18   your plasma is water and your plasma is where you red

19   blood cells live.  And that's what takes and absorbs the

20   iron and the oxygen and the insulin and all the vital

21   nutrients your body needs to stabilize itself, maintain

22   its homeo status and stay in this cycle of regeneration.

23          MR. BARRETT:  So how many people in your

24   practice actually -- without supplementation -- can

25   alkalize their body, just with food and drinking the

1   right fluids?

2          DR. GUERRERO:  It's very few.  And it's getting

3   much more difficult and it's getting much more difficult

4   because the nutrient value in the foods we eat today

5   simply isn't there.  Supplementation is going to become a

6   way of life for people and people need to understand that

7   their either going to be forced to supplement because

8   they got sick, they now have no choice, or they're going

9   to understand the principle that, you know what, yeah, we

10  really are -- we really don't have the high quality

11  nutrient value in the foods we're supposed to be getting

12  today.  Yeah, I do live a fast-paced lifestyle, I need to

13  learn how to neutralize the acids.

14         MR. BARRETT:  And you're saying even if you ate

15  all the right foods, even if you ate two pounds of

16  vegetables a day the nutrients aren't in the vegetables

17  like they were so many years ago.

18         DR. GUERRERO:  No, they aren't.  I mean,

19  farmers today add in three nutrients into the soil.  Now,

20  a plant absorbs 67 vitamins and minerals from the soil.

21  So now, if a farmer is farming the same plot of land and

22  the plant is taking out 67 vitamins and minerals from the

23  soil and the farmer is only putting back in three --

24  well, you know, you don't have to be a rocket scientist,

25  Don, to figure out that, you know, over time crop after

1    crop after crop that soil becomes depleted.  And so now

2    we simply just don't have the amount of vitamins and

3    minerals that our body needs to help it through this

4    cycle of regeneration.

5              MR. BARRETT:  So a lot of people out there may

6    say I get all my nutrients through my food, they're

7    really being misled because the nutrients aren't in their

8    foods.

9              DR. GUERRERO:  Not -- no, not in the quantity

10   that the body needs to undergo regeneration.

11             MR. BARRETT:  Now, explain.  When a patient

12   comes to your office -- whether they have cancer or

13   arthritis, diabetes, you start them on a few standard

14   supplements.

15             DR. GUERRERO:  Right.

16             MR. BARRETT:  One being a product called

17   Supreme Greens, the other one being a coral calcium type

18   product.

19             DR. GUERRERO:  Yes.

20             MR. BARRETT:  Tell me a little bit about the

21   Supreme Greens and why you feel that everybody should

22   have that at least base product in their diet.

23             DR. GUERRERO:  Well the Supreme Greens is based

24   on -- they're organically grown vegetables, grasses,

25   sprouted grains, some blood-purifying and immune-

16

1    enhancing herbs, and some anti-oxidants that are in this

2    -- in a powdered form and we've already put them in what

3    we call a colloidal form.  And, again, they -- they --

4    what they do is they supply the body with all the

5    vitamins, minerals, amino acids, plant proteins that the

6    cell needs in order to go through this cycle of

7    regeneration.  It's very alkalizing, very energizing.

8    They're basically vital nutrients.  Again, you've got

9    things like broccoli, spinach, kale, okra, there are

10   Echinacea tops, beet tops, wheat sprouts, barley sprouts,

11   alfalfa sprouts, there's wheat grass, barley grass, dog

12   grass, shade grass --

13            MR. BARRETT:  You hear a lot about wheat grass

14   these days.

15            DR. GUERRERO:  Well, because it has a lot of

16   chlorophyll.  And chlorophyll is -- you know what iron is

17   to the red blood cell --

18            MR. BARRETT:  Right.

19            DR. GUERRERO:  -- chlorophyll is to the plant.

20   And that chlorophyll is what supplies that red blood cell

21   with a lot of iron, oxygen, which then makes the cell

22   more permeable, allows the body to metabolize insulin

23   that's naturally secreted as a result of just a natural

24   by-product of metabolism.

25            And so what the Christmas with MSM does --

1    you've got all of your rich vital nutrients.  So it

2    allows the cell wall to become more permeable.

3              MR. BARRETT:  And what would --

4              DR. GUERRERO:  So the nutrients can readily go

5    into the cell, the cell can absorb that iron, it can

6    absorb that oxygen.

7              MR. BARRETT:  And you just don't get the

8    nutrients from our farms where they're depleted, right?

9              DR. GUERRERO:  There's no herbicides, no

10   pesticides.  They are grown in soil that has only been

11   cultivated one time per crop.  So, for example, when they

12   cultivate that soil, they're harvesting another --

13   another plot, then they're remineralizing, putting all

14   the vitamins and minerals back into that soil so that

15   when they then plant in that soil again those plants can

16   then absorb the minerals.  So they're never cultivating

17   the same piece of land twice in a row.

18             MR. BARRETT:  What is grapefruit pectin?

19             DR. GUERRERO:  Grapefruit pectin actually is a

20   substance that -- I'll give you a study that they did

21   with grapefruit pectin.  They took -- over a 12 month

22   period of time they took, you know, pigs and they gave

23   them high lard diets.  And what they did is they tested

24   their arterial plaque before they started the study.

25             And they gave one group grapefruit pectin and

1    they gave another group nothing, but they both ate the
2    same high lard diet.  After 12 months t he group that
3    received the grapefruit pectin actually had an 88 percent
4    decrease in arterial plaque than from when they started.
5    That's significant.
6              MR. BARRETT:  And doctors don't --
7              DR. GUERRERO:  It's incredible.
8              MR. BARRETT:  -- tell their patients about
9    grapefruit pectin?
10             DR. GUERRERO:  Doctors don't know about
11   grapefruit pectin.  Again, remember, their education is
12   acute care and pharmacology based.  So not that your
13   doctor doesn't care, but your doctor just doesn't know
14   about it.
15             MR. BARRETT:  So if you're taking this product
16   and you're healthy now, your arteries are less likely to
17   clog up, you're saying?
18             DR. GUERRERO:  Oh, absolutely.
19                       **ON SCREEN:**
20          **FOR MORE INFORMATION PLEASE CALL**
21                  **ITV 800.554.2818**
22             MR. BARRETT:  Hold onto that thought because I
23   just want to let our viewers have a chance to tune in
24   here.  If you're watching right now and you want some
25   more information -- we've been talking to Dr. Alex

1    Guerrero now for a few minutes, but if you just want some

2    more information on these Supreme Greens that he's

3    talking about, please pick up the phone and call the

4    number on the screen.

5            As always on Today's Health we've worked out a

6    special arrangement with our guests, so when you do call

7    mention Today's Health and you will receive a substantial

8    discount of the Supreme Greens product.

9            Now, we have a caller on the line from Oregon.

10   Her name is Kerry.  Kerry, are you with us?

11           KERRY:  Yes, I am.

12           MR. BARRETT:  Now, what is your experience been

13   on this Supreme Greens product?

14           KERRY:  Well, you know, I've been overweight

15   for many years and I tried, oh, every diet on the market.

16   I tried Atkins, I tried The Zone, I tried the soup diet,

17   I even tried the popcorn diet and none of them worked.

18   I'd lose some weight and then I'd just gain it back and

19   then some.

20           And so after so many years of trying all these

21   different diets I just gave up because I was just so

22   discouraged, you know.  And then a friend of mine

23   recommended that I take the Supreme Greens with MSM, not

24   as a weight loss product, but you know what?  As a way to

25   improve my health and my energy because she noticed I was

1    just so tired all the time.

2           Of course, you know, my energy and my health

3    improved, but what was really amazing was that the first

4    week that I was on Supreme Greens with MSM I lost four

5    pounds.  And the second week I lost four and-a-half

6    pounds.

7           And I've been on Supreme Greens now for eight

8    months and I have lost a total of 81 pounds. And --

9           MR. BARRETT:  Eighty-one pounds?

10          KERRY:  Eighty-one.  Yes.

11          MR. BARRETT:  That -- that's tremendous.  Now,

12   have you seen health as a by-product also?

13          KERRY:  Well, I have.  You know, in addition to

14   that you know my knees and my ankles don't ache any more,

15   I can pick up my children and play with them, which I

16   have not been able to do in years.  And I just -- you

17   know what, I just wanted to thank Dr. Guerrero for

18   Supreme Greens with MSM, it's given me my life back.

19          MR. BARRETT:  Kerry, I --

20          KERRY:  Thank you.

21          MR. BARRETT:  -- I really appreciate you

22   calling in and sharing that with us today.

23          KERRY:  Thank you very much.

24                     **ON SCREEN:**

25                        **ITV**