1                    **ARE ALL HEALTH PROBLEMS**

2                  **CAUSED BY AN ACIDIC BODY?**

3            MR. BARRETT:  Okay.  Alex, why do so many

4    people lose weight on the product?  I know that a lot of

5    people get on the product to either help with their

6    diabetes or maybe their heart disease or even cancer, but

7    they lose weight as a by-product.  How come?

8            DR. GUERRERO:  They lose weight as a by-product

9    because, again remember, weight is the -- fat is your

10   body's way of protecting itself from the acidic fluids.

11   And so when you alkalize your --

12           MR. BARRETT:  So when your body's acid -- I

13   mean, a lot of people are taking Prilosec and all these

14   anti-acid --

15           DR. GUERRERO:  Tums and --

16           MR. BARRETT:  -- they -- they're acid.

17           DR. GUERRERO:  Right.

18           MR. BARRETT:  When they get heartburn that

19   means they have a high acid system.

20           DR. GUERRERO:  Yes.

21           MR. BARRETT:  And when you have a high acid

22   system your body needs a layer of protection which is

23   called fat.

24           DR. GUERRERO:  It's called fat.

25           MR. BARRETT:  So when you alkalize your body

22

1    you don't need that fat?

2            DR. GUERRERO:  You don't need that fat.  Your

3    body burns it actually for fuel.

4            MR. BARRETT:  So not only will this product

5    help people get the nutrition they need, but they can

6    actually lose weight on this product.  My wife is

7    pregnant right now and she's going to be worried about,

8    you know, losing weight in the next few months.

9            DR. GUERRERO:  It's great for women that are

10   pregnant because it certainly applies --

11           MR. BARRETT:  So she can take it when she's

12   pregnant?

13           DR. GUERRERO:  No question.  My wife took it,

14   my wife took it through all of her pregnancies.

15           MR. BARRETT:  And you have five children?

16           DR. GUERRERO:  We have five children.

17           MR. BARRETT:  Okay.

18           DR. GUERRERO:  And she took it through all of

19   her pregnancies, never had to deal with, you know,

20   prenatal vitamins, never got morning sickness.

21           MR. BARRETT:  And it's great for weight loss

22   after.

23           DR. GUERRERO:  Right.  Yeah.

24           MR. BARRETT:  And it acts as your prenatal

25   vitamin.

1          DR. GUERRERO:  Well, you know what's

2     interesting about that is as she took it through her

3     pregnancies, she was able to stabilize and maintain her

4     weight between, you know, 25, 28 pounds with each

5     pregnancy.  So, you know, once the babies were born, she

6     didn't have a lot to lose.

7          MR. BARRETT:  That's interesting.

8          DR. GUERRERO:  Wasn't like she gained 35 or 40

9     pounds.

10          MR. BARRETT:  That's --

11          DR. GUERRERO:  And it wasn't like she wasn't

12     eating.  She was eating, she ate.  But when your body is

13     nourished you don't crave junk foods.

14          MR. BARRETT:  You're not as hungry.

15          DR. GUERRERO:  Well, you don't crave them.

16     People talk about, Gosh, you know, I just -- I have food

17     cravings.  And so they eat and they nibble and they --

18     because of the food cravings -- that's the yeast inside

19     the body saying, Feed me, I want more, we need more

20     nourishment.  It feeds off of sugar.  And so it's just

21     constantly.

22          So people say, Gosh, I really don't need that,

23     but I just can't -- I can't -- I can't control myself.

24          MR. BARRETT:  That's --

25          DR. GUERRERO:  So overeating, all those things

1    are a result of too much acid.  And so the Supreme Greens
2    with MSM provides that cell with nourishment.  If the
3    cell receives nourishment, Don, you're not hungry.  It's
4    not asking you for fuel because it has some.  It's the
5    difference between being filled and nourished.  You eat
6    to get full and in 30 minutes you're going to need to be
7    filled again because your cell never got nourished, it's
8    saying, Donald, give me some vitamins, man, I need some
9    vitamins to keep you going.

10              MR. BARRETT:  I know there's a lot of stores
11   that you can go in around the country and walk in --
12              DR. GUERRERO:  Yes.
13              MR. BARRETT:  -- and get a good green product.
14   What actually makes your Supreme Greens formula
15   different?

16              DR. GUERRERO:  What really separates the
17   Supreme Greens with MSM from any other greens product out
18   there is the fact that we have bio-energetics, meaning
19   that what we've done is we make sure that we maintain,
20   you know, the electrical frequency of the nutrient.  So
21   all of the ingredients are organically grown, we don't
22   allow the bottler to stock any raw bulk ingredients,
23   everything is brought in fresh and it's brought in from
24   areas that have high concentrations of MSM.

25              For example, when you walk into an orchard,

25

1    let's say an orange grove, and you smell that rich smell,
2    that smell in the orange grove --

3          MR. BARRETT:    You get a beautiful smell.
4          DR. GUERRERO:    Right.    That beautiful smell.
5    That is the MSM that allows you to smell that, which is
6    the reason why when you go into the grocery store into
7    the fresh produce section, it doesn't smell like that.

8          So what the Supreme Greens with MSM does is
9    it's life giving energy.  It allows the broccoli and the
10   carrots and the beets and the spinach and the kale and
11   okra and all the other alkaline grasses -- it allows it
12   to maintain its electrical vibrating frequency.

13         So the vibrating frequency of a normal healthy
14   cell is 70 megahertz.  So it needs 70 megahertz worth of
15   an electrical charge to support it through its cycle of
16   regeneration.  Well, the Supreme Greens with MSM vibrates
17   at 250 megahertz.

18         MR. BARRETT:    If you go into a health food
19   store and you say, Well, how much energy does this --
20         DR. GUERRERO:    See, they wouldn't know.
21         MR. BARRETT:    They don't know what you're
22   talking about.

23         DR. GUERRERO:    And not all vitamins are created
24   the same.  When I created the formulas, I created the
25   formulas because I didn't find the nutrient value in any

1    of the formulas that were out there for my patients.

2             MR. BARRETT:  So you went out there to look for

3    a formula before you actually created this one?

4             DR. GUERRERO:  Well, sure.  Now -- now there's

5    a lot of formulas out there, so I figured, well, heck, I

6    might as well bring in some nutrients and things that my

7    patients need because I knew they were nutrient deprived.

8    But then as I'm -- as I'm testing these supplements, I

9    realized that their vibrating frequency wasn't high

10   enough to get me in front of the rate of degeneration.

11            I'll give you an example.  If the cell vibrates

12   at 70 megahertz and I need 70 megahertz of energy to

13   nourish that cell, now I've got a cancer patient or

14   somebody that is in chronic pain and their vibrational

15   frequency is now at 10 and I give them a nutrient that's

16   vibrating at 60 it'll bring them up to 60 and make them

17   feel pretty good.

18            But I'm still 10 megahertz shy of getting their

19   cell in front of the rate of degeneration, which is why a

20   lot of people go to alternatives and still suffer.  And

21   they say, Well, yeah, I did alternative medicine, but,

22   you know, I didn't get well.  Or cancer patients that are

23   in alternatives still die.  They die because the

24   nutrients that they are taking is not getting them to the

25   point to where they can actually get in front of the

1    rapid rate of degeneration or the proliferation of their

2    -- of the cancer or whatever it is that they're dealing

3    with at the time.

4         And so I formulated this Supreme Greens with

5    MSM so that I can maintain that high electrical charge.

6         MR. BARRETT:  What are some other products --

7    ingredients in it?

8         DR. GUERRERO:  One of the other ingredients

9    that is in there is the MSM, which maintains that --

10        MR. BARRETT:  Yeah, talk about that because

11   it's Supreme Greens with MSM and I know a lot of people

12   out there watching are going to say, What is the MSM?  I

13   know they sell MSM by itself sometimes, but you fortify

14   your products with MSM.

15        DR. GUERRERO:  MSM is a super conductor.  And

16   what I mean by a super conductor is let's say in an

17   acidic environment you have -- you know, the body is

18   protecting itself.  Remember I mentioned earlier that,

19   you know, fat actually protects the body from these

20   assets.  Well, that fat will accumulate around the cell

21   and it makes a hard shell around that cell to protect it.

22        And so as a super conductor what the MSM does

23   is it turns that hard shell into a soft shell.  It's like

24   if you can visualize that cell being a glass bubble, it's

25   hard, like a glass bubble.  And the nutrients -- when you

1    ingest foods and your liver breaks them down your body

2    can't -- the cell can't absorb the nutrient because it

3    can't pass through the mucosal barrier, that glass bubble

4    is too hard.

5           What the MSM does as a super conductor is that

6    it makes that glass bubble like a soap bubble.  It makes

7    the cell wall permeable so that the nutrients can readily

8    pass through, the cell can do what it does, the miter

9    conduit within the cell can absorb the nutrients,

10   metabolize it, do what it needs to do to supply the body

11   with energy.  And then it kicks the waste out so your

12   body's natural lymphatic system or sewage system can come

13   and flush out the waste.

14          And, you know, think about arthritis.  Let's

15   talk about arthritis for a minute.  Arthritis is an

16   inflammation in the joint.  What happens because it's so

17   acidic that when a cell receives nourishment and it

18   breaks it down, the mucosal lining again is so hard that

19   it can't excrete the waste out.  So the cell accumulates

20   and just gets bigger and bigger and bigger and bigger so

21   we get inflamed joints.

22          So the MSM really is a great anti-inflammatory.

23          MR. BARRETT:  It acts as --

24          DR. GUERRERO:  Because as a super conductor it

25   makes the cell wall more permeable.  So now the cell can

29

1    actually release all of its metabolic waste.

2            MR. BARRETT:  It takes down swelling.

3            DR. GUERRERO: ON SCREEN brings down inflammation.

4            **FOR MORE INFORMATION PLEASE CALL**

5            **ITV 800.554.2818**

6            MR. BARRETT:  Wow.  Hold onto that thought,

7    because I just want to let our viewers have a chance to

8    tune in here.  If you're watching right now and you want

9    some more information -- we've been talking to Dr. Alex

10   Guerrero for a few minutes, but if you just want some

11   more information on these Supreme Greens that he's

12   talking about, please pick up the phone and call the

13   number on the screen.

14           As always on Today's Health we've worked out a

15   special arrangement with our guests, so when you do call

16   mention Today's Health and you will receive a substantial

17   discount off the Supreme Greens product.

18           What are the other nutrients in there and does

19   it interfere with any medication?

20           DR. GUERRERO:  Because I have, you know, a wide

21   range of patients in different conditions, I needed to

22   ensure that the formula was synergistic with all

23   medications.

24           And so, you know, the Supreme Greens with MSM

25   is synergistic with medication.  There is no contra-

30

1    indication.

2            MR. BARRETT:  So anybody out -- anybody --

3            DR. GUERRERO:  (Inaudible).

4            MR. BARRETT:  -- anybody out there basically on

5    any type of medication, they can take the Supreme Greens

6    product?

7            DR. GUERRERO:  Yes.

8            MR. BARRETT:  And, of course, they can drink

9    the coral calcium water?

10           DR. GUERRERO:  Yes.

11           MR. BARRETT:  How long before someone could

12   actually see results with this product?

13           DR. GUERRERO:  Depending upon their condition -

14   - if you're talking about chronic conditions, my cancer

15   patients will notice within a 14 day period of time that

16   if they have nausea as a result of chemotherapy they're

17   receiving, the nausea is gone.  You know, inside the

18   Supreme Greens with MSM we've added some ginger root

19   powder, which is a great digestive aid.  And it certainly

20   helps with enzyme production and it allows them to

21   overcome the acid production as a result of the

22   chemotherapy.

23           So they're able to go through their

24   chemotherapy and not have nausea and vomiting.  We're

25   able to keep the cell nourished so that they never have

1   to come off of their protocol of chemotherapy.

2   Oftentimes patients' white blood cell count will drop

3   significantly and so they have to forgo one of their

4   chemotherapy treatments because their white blood cell

5   count is low.

6       Well, with the Supreme Greens with MSM we can

7   keep that immune response high enough, we can nourish the

8   cell through their treatment so they never have to come

9   off.  That's why I have a lot of oncologists that send

10  their patients to me, because we put them on that.  We

11  supply the cell with nourishment.

12      I've always -- I've always said, Don, that all

13  disease is in the blood.

14      MR. BARRETT:  Every disease comes from the

15  blood.

16      DR. GUERRERO:  All disease is in the blood,

17  which is why disease metastasizes.  It certainly isn't in

18  an organ system, it's not in any one organ.  It's in the

19  blood, which is why it can metastasize from one area to

20  another.

21      So my philosophy is you cleanse the blood and

22  nourish the cell.  And that's what keeps people -- it

23  gives cancer patients within a 14 day period of time,

24  within two weeks, they have more energy, they're sleeping

25  better, they have better digestion.

1           MR. BARRETT:  But you also work with pro

2    athletes in the prime of their life and you have them on

3    this product.

4           DR. GUERRERO:  Yes.

5           MR. BARRETT:  Now, what type of results would

6    someone see that's already in great shape?

7           DR. GUERRERO:  Well, what they notice is that

8    they're -- for example, like a lot of the NFL football

9    players I deal with, you know, they go through -- in

10   their mini camps they go through two-a-day workouts.

11          MR. BARRETT:  Right.

12          DR. GUERRERO:  What they're noticing is that

13   they're able to go through those two-a-day workouts and

14   by Friday they have just as much strength and energy as

15   they had on Monday.

16                         **ON SCREEN:**

17           **time remaining 2:59 (running down)**

18          DR. GUERRERO:  Because when the body is in an

19   alkaline state your body metabolizes the lactic acid

20   that's just a natural by-product of the muscles tearing

21   down as a result of physical stress or physical activity,

22   even adrenal stress.

23          MR. BARRETT:  They have more energy, better

24   recovery time?

25          DR. GUERRERO:  Much greater recovery time.

1    They -- they have less inflammation in their soft tissue

2    because there's not -- they don't have that lactic acid

3    accumulation, so the tissue doesn't inflame, so they

4    don't have muscle soreness, they don't have fatigue,

5    they've got more energy, they've got better endurance.

6            MR. BARRETT:  Tell me about diabetes.  I heard

7    you talking to one of the producers before the show about

8    diabetes.

9            DR. GUERRERO:  Well, diabetes really is

10   something that's becoming epidemic.

11           MR. BARRETT:  I heard a lot of people out there

12   have diabetes and don't even know it.

13           DR. GUERRERO:  Sure.  Well, you know before --

14   years ago, you'd just go to your doctor and they used to

15   say, Well, yeah, you have hypoglycemia, you know, just

16   eat -- you know, six, seven, eight small meals a day and

17   you'll be fine.  Because they constantly needed that

18   sugar.

19           And what happened was that those people that

20   were hypoglycemic years to come, when they became adults

21   developed diabetes.  And so what the medical community

22   learned is that, hey, you know, where we didn't take

23   hypoglycemia serious before, we now need to take it

24   serious because those are the same people that are

25   getting diabetes today.  So now we're not going to call

1    it hypoglycemia anymore, we're going to call it insulin

2    resistance or we're going to label it and call it

3    Syndrome X.  So you now have Syndrome X.  So now they're

4    coming up with medications to help you deal with Syndrome

5    X when the reality is all you really need to do is if you

6    can nourish the cell, maintain more permeability, your

7    body will metabolize insulin.

8         MR. BARRETT:  What age should someone go on

9    Supreme Greens?

10        DR. GUERRERO:  My children take it.

11        MR. BARRETT:  And how old?

12        DR. GUERRERO:  Well, my daughter, when she was

13   one, she was on a bottle and weaning and, you know, she's

14   in her formula I would take a quarter teaspoon and mix it

15   right in her formula and she would drink it once a day.

16        MR. BARRETT:  Really?

17        DR. GUERRERO:  Children take it.  Animals take

18   it.  I had a woman who came to my office, her cat was

19   dying, she took her cat to the vet, the vet said there's

20   really no hope, your cat is going to die.  And this is

21   one of my patients, she just said, By the way, do you

22   think this --

23        MR. BARRETT:  So, what did they -- they put it

24   on the food?

25        DR. GUERRERO:  Yeah.  She just --

1          MR. BARRETT:  I have a dog that has trouble
2   going up the stairs right now.

3          DR. GUERRERO:  She just mixed the powder in the
4   food.  And actually she had to force feed the cat,
5   because the cat wouldn't eat.  And now you should see --
6   now the kitten is actually a cat and did well.

7          I had another woman whose dog had cancer, had a
8   tumor in the hip.  And again, if you -- if you provide an
9   environment where the disease can't proliferate in, can't
10  survive --

11         MR. BARRETT:  It can't grow.

12         DR. GUERRERO:  -- it can't grow, it can't --
13  can't proliferate -- you know, you cleanse the blood,
14  nourish the cells.  All disease is in the blood.  If you
15  get nothing more out of what we're talking about here
16  today, Donald, understand that one concept, that all
17  disease is in the blood.  Cleanse the blood, nourish the
18  cell.  You're now in a state of regeneration and you will
19  stay healthy.

20         MR. BARRETT:  Supreme Greens is the best
21  product, you feel, to cleanse the blood?

22         DR. GUERRERO:  Absolutely no question.

23         MR. BARRETT:  Fascinating.  Again, Dr. Alex
24  Guerrero, thanks for being on our show today.

25         DR. GUERRERO:  Thanks for having me.

1           MR. BARRETT:  Fascinating -- fascinating

2    information.

3           Again, if you're watching and you do want some

4    more information on the Supreme Greens product that Dr.

5    Alex Guerrero has formulated, please pick up the phone

6    and call the number on the screen.

7           Again, my name is Donald Barrett and we'll see

8    you next time on Today's Health.  Thanks.

9                          **ON SCREEN:**

10                       **The preceeding**

11                         **was a paid**

12                     **advertisement for**

13                       **Supreme Greens**

14            **(The video tape recording was concluded.)**

15

16

17

18

19

20

21

22

23

24

25

37

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3    DOCKET/FILE NUMBER:  0323138

4    CASE TITLE:  DIRECT MARKETING CONCEPTS - SUPREME GREENS

5    TAPING DATE: AUGUST 23, 2003

6    TRANSCRIPTION DATE: SEPTEMBER 30, 2003

7        I HEREBY CERTIFY that the transcript contained

8    herein is a full and accurate transcript of the tapes

9    transcribed by me on the above cause before the FEDERAL

10   TRADE COMMISSION to the best of my knowledge and belief.

11

12                        DATED:  SEPTEMBER 30, 2003

13

14                        _____

15                            KATHY J. DE MENT

16

17    C E R T I F I C A T I O N   O F   P R O O F R E A D E R

18

19        I HEREBY CERTIFY that I proofread the transcript for

20   accuracy in spelling, hyphenation, punctuation and

21   format.

22

23                        _____

24                            SARA J. VANCE


                    For The Record, Inc.
                     Waldorf, Maryland
                       (301)870-8025