

## Discover the Mega-Food Supplement that Balances Your Body and Provides You With the Vitamins, Minerals, Amino Acids and Plant Proteins You Need!

*Create and maintain the health and vitality you deserve!*

**Dear Friend,**

If you or someone you love is suffering from Cancer, Arthritis, Osteoporosis, Fibromyalgia, Heart Disease, Diabetes, Heartburn, Fatigue, Excess Weight, or simply the everyday ravages of aging -**it's time to start down the path to a healthier lifestyle...**



- Do you need several cups of coffee to get you started in the morning, and even more to get you through the day?

- Do you crave breads, candy, ice cream or other empty carbohydrates?

- Do you drag yourself through some days, barely having the energy to get home from work, let alone enough energy to exercise?

- Have you been putting on weight that you can't seem to lose?

- Do you have mysterious, unexplained aches and pains that seem to come from nowhere? Are you using aspirin more than you like?

If you answered yes to any or all of these questions, you are not unlike millions of other people in the U.S.

**Though America is the wealthiest and most powerful country in the world today, we continue to suffer from an alarming number of health problems.** And since 1965, the U.S. has spent more on health care than every other country in the world. We have the most advanced medical procedures and medication, and still we rank 46th in life expectancy and 29th in infant mortality.

## Facts:

*33 million Americans suffer from Arthritis.

*1 in 3 Americans will have Cancer in their lifetime.

*1 in 9 American women will be plagued with Breast Cancer.

*1.5 million Americans have Heart Attacks every year. 500,000 of them will die.

*60 million Americans have Hypertension.

*74 percent of Americans believe they are overweight.

*1 out of 2 children born will have Heart Disease.

*1 out of 3 children will get Cancer in their lifetimes.

*By the age of 3, children have fatty deposits in their arteries.

*By the age of 12, 70 percent of American children are in the early stage of hardening of the arteries.

*20 million children are obese today.

*500,000 people die of Cancer every year.

**The average American lifestyle and diet causes a multitude of disorders and malfunctions** in the metabolism of our bodies. Despite the efforts of the Food and Drug Administration and the Environmental Protection Agency, our food supply, drinking water, air and soil are becoming increasingly contaminated with toxic chemicals.

## Our Food Is Literally Starving Us, No Matter How Much We Eat

Most of the food we eat is being raised on land that has been stripped of the minerals and nutrients we need. Even our water is cleansed and processed until its minerals are nonexistent. No person can eat enough fruits and vegetables to supply the body with the amount of minerals required for perfect health, because our stomachs aren't big enough to hold them. Our bodies are starving, surviving on a minimum of nutrients and a whole lot of empty calories.

## But What Effect is this Having on Our Cells?

**An alarming number of people today have a high acid pH in their cells.** Doctors and scientists have found that the cells of people who are healthy have a slightly alkaline pH, as well as proper mineral levels. The cells of people who are sick have an acidic pH, and are severely lacking in alkaline minerals.

**What is Causing the Acidic pH in our Bodies?** Diet appears to be the major influence in maintaining appropriate pH levels throughout the body. Research demonstrates that when food is metabolized and broken down, it leaves chemical and metallic residues, a noncombustible "ash" that, when combined with our body fluids, yields either acid or alkali potentials of pH.

## What are the Results of an Unbalanced pH?

A number of health problems and degenerative conditions have been **linked to highly acidic cell pH**:

- Cancer
- Arthritis

- Fibromyalgia
- Joint and Muscle Pain
- Osteoporosis
- High Blood Pressure
- High Cholesterol
- Edema
- Diabetes
- Gout
- Epstein Bar
- Indigestion
- Endometriosis
- Cellulitis
- Low Energy
- Overweight
- Heart Disease
- Eczema
- Psoriasis
- Liver Disease
- Hepatitis
- Insomnia
- Shingles
- Attention Deficit Disorder (A.D.D.)
- Allergies
- Asthma
- Thyroid Disorders

## So How Do You Rebalance Your Cells pH Levels and Get the Minerals and Nutrients You Need?

According to health professionals, supplements are needed to give the body what it needs. But where most supplements either provide vitamins or protein, Supreme Greens works to help rebalance your cell pH.

Supreme Greens with MSM® (MethylSulfonylMethane) is a powerful mega-food formulation of organically grown grasses, vegetables, sprouted grains, blood purifying and immune enhancing herbs, and antioxidants. This naturally alkaline supplement balances body pH, while providing the vitamins, minerals, amino acids, and plant proteins needed for proper cell regeneration.

## Balance Your Cell pH and Return Your Body to its Natural State of Health, Energy and Vitality!

Supreme Greens was formulated by Dr. Alex Guerrero, a renowned physician who has focused his career on working with people with various degenerative diseases and chronic ailments. His breakthrough supplement has already helped thousands of people with cancer, diabetes, arthritis, lupus, fibromyalgia, chronic fatigue syndrome, and many others.

If you simply want to feel better and help prevent future ailments, **Supreme Greens is the only supplement you'll ever need.**

## Read What Some of Our Customers Have to Say About Supreme Greens!

---
**Testimonials**
---

*I have been overweight for several years. Like many others, I tried every diet on the market from the Atkins Diet to the Soup Diet to the Popcorn Diet. Of course I achieved short spurts of weight loss with these diets, but the weight continued to come back after a short period of time.*

*After becoming completely discouraged, a friend recommended I try Supreme Greens with MSM*, not as a weight loss product, but as a way to help improve my general health. Although I did begin to enjoy better health and an increase in energy, I also began to lose weight from the product. In the first week I lost 4 lbs. During the second week I lost 4.5 lbs. This spark of success lit a fire and I have now lost an amazing 81 lbs over the past 8 months.*

*Now that the weight is gone, I feel much better. My knees and ankles no longer hurt and I am able to pick up my kids and play with them again, which I had not been able to do in the past. The Supreme Greens have absolutely changed my life. I now feel like I have my life back. I am so thankful to Dr. Guerrero for creating such an extraordinary product. The Supreme Greens has been an absolute life saver.*

Carrie J., OR

---

*I wonder how different my life would have been had these products been available for my use twenty years ago. I lost a great career and my economic footing due to an insidious disease, called Chronic Fatigue.*

*Today at the age of 64 I don't really know what chronic fatigue is. The truth is I did a great many things to get from there to here, however your Supreme Greens, Coral Calcium and Multi Vitamin products made the last part of the journey possible. I now consider it a foundational aspect of the spectrum, without which there might not be any stability in my cure.*

*I'm proud for having found the solutions to what the doctors claimed was an incurable problem. I am however not proud that it took so long.*

*Four years ago I accepted the Body for Life Challenge, and burned out more times than I can count. After being on your product for just weeks I see now that the goal I set in my mind is in clear sight. Eliminating, what to me is all the visually unacceptable fat on my body, seemed impossible until I began to take the products. I got to a point, which I just seemed to never be able to pass, which was the result of sluggish metabolism. I was slim but still maintained that last cycle of fat that at one time was easy to rid.*

*Vanity at my age is perhaps a good thing, as it is the basis of my focus on doing the right things, such as eliminating all bad eating and drinking habits and exercising with a steadfast purpose etc.*

*I am living proof that aging as we know it is totally preventable. The phytonutrients, digestive enzymes, blood cleansers and other elements of your Supreme Greens along with the minerals and vitamins in your coral calcium and multi-vitamin, is the foundation as far as I am concerned. I am as scientific as I can possibly be, knowing very well from my years of research that supplements differ in quality from one label to another. I knew from the first time I took them, that these products were going to provide that one big missing link, for I began to sleep like never before. Continuous exercise requires quality sleep, for it is during that process that the important growth hormones are produced. Previously, I would frequently wake up in the middle of the night wanting more nutrition. Now taking the products both before retiring and upon rising, I sleep so peacefully and awake refreshed as never before.*

*I am grateful for having seen the Infomercial, which alerted me to the concept. I today, in lieu of slowing down and waiting for the inevitable, have the attitude that my life and career are just beginning. Thanks for your part in this great voyage called a healthy life!*

George Andrews, Phoenix, AZ

---

*I have been taking the Supreme Greens and MSM product for 5 months now and it has done wonders for my ailments. I was diagnosed with Chronic Fatigue and Fibromyalgia a few years ago. These ailments made it difficult for me to perform my high demand work schedule.*

*As I have taken the Greens I tend to sleep much better, my digestion has improved dramatically, and I have found increased energy. Now I feel invigorated and refreshed after getting only 4-5 hours of sleep a night instead of feeling a constant lack of energy and vitality. Also the symptoms for my Chronic Fatigue and Fibromyalgia have completely*

*gone away while I have taken the Greens. This is an extraordinary product that I constantly tell my family and friends about and one I will continue to use throughout my life.*

Tom Russell, CA

---

*For those who are familiar with attempting to lose weight, the last 5-10 lbs can be the most difficult. When I first heard of Supreme Greens, I was struggling to lose that last 5 lbs to fulfill my overall weight loss goal. To my surprise the Supreme Greens not only helped me lose those 5 lbs., I was also able to lose 10 lbs more than I had originally planned. I am amazed at the amount of energy I now have. Everyday when I wake up in the morning I take the Supreme Greens instead of my coffee and I have far more energy than I did with drinking coffee. Thank you for your product!*

Michelle A., CA

---

*I didn't have any energy, never ate right, never slept, and worked out like a dog. I was having problems staying healthy enough to play football. I first met Dr. Guerrero, "Doc", in physical therapy. My last year at UCLA I carried the ball 40 times a game. This was mainly because of the supplements he was putting me on, and the acupuncture therapy I was getting. I had an enormous amount of energy. I went on to play with the Miami Dolphins and never missed a game due to injury or sickness.*

*The biggest change I saw in my career was after I started using Supreme Greens with MSM. With this supplement I have really seen a difference. My energy is really up, and my endocrine system and sleeping pattern have improved. I recover so much faster. I have really been blessed through my association with Dr. Guerrero and Supreme Greens with MSM. Dr. Guerrero knows what he is doing-he knows the body. His products continue to keep me feeling good and keep me healing fast. It has been truly amazing! It is my secret. But I can't hold it forever. So I am telling you... take heed!*

Abdul Karim al-Jabbar
NFL Running Back

---

*It wasn't my luckiest year, when I got to know Dr. Alex Guerrero. Well, it was and it wasn't at the same time. I probably would never have met him, if it weren't for my misdiagnosed back injury. I had a torn left psoas, which was previously diagnosed by specialists in both Los Angeles and Hungary as a torn disc in my spine. To make the long story short, Dr. Guerrero, through the use of his products and therapy, fixed me in what seemed like no time and an incredible journey to knowledge had begun.*

*I now have an Olympic gold, Silver from the European Championships and four NCAA titles, so one can imagine that I have seen my fair share of sports doctors, chiropractic gurus and miracle supplements. I have given all that up since the day I met Dr. Guerrero. It used to be a nightmare, when it came to taking supplements. My day was one gigantic "schedule", which was impossible to keep. "500mg of this a half an hour before practice, 250mg of that after practice..." and so on. Anybody, who has ever been serious about training, knows that properly supplementing yourself with conventional vitamins and minerals just won't work, because life always intervenes.*

*Nowadays, I simply make my Supreme Greens with MSM three times a day and basically hydrate myself the whole day. I don't have to look at my watch; I just always have it with me and take it any time I please. It is really hard to get me excited about supplements. Just like any top athlete, I was always the skeptic when they come up in a conversation. Not anymore. The same doctors who provided me with countless numbers of vitamin, mineral, and protein pills, now marvel at my blood-work asking "how can this be?" when I am not taking their artificial supplements. The reason is that artificial supplements are not only useless and unrecognizable to your body but also draw power from you. More important than physical proof, I have much more energy and I don't run out of fuel before the end of my season. I am truly inspired.*

Balazs Kiss
Olympic Gold Medalist

---

Many people in different countries around the world have used Supreme Greens to improve their health. You can make the choice today to start improving your health and your life.

## Try Dr. Guerrero's Supreme Greens today.
## If you do not see a difference after using your first one-month supply, simply return the bottle for a full refund.

Order Supreme Greens with MSM® today and receive HUGE FREE BONUSES:

**Bonus #1: Free Subscription to our "Supreme Health" Newsletter ($97 Value)**

You get 6 months free of our Supreme Health Newsletter where you can discover the keys for creating supreme health. Each week, you'll receive insight and breakthrough secrets on natural ways to protect and promote your health as well as receive valuable advice from some of the country's top health experts who share their tips for creating supreme health in your life.

**Bonus #2: Access to all of Dr. Guerrero's <u>Complete Alkalyzing Systems</u> (Priceless)**

You will be first to know of all Dr. Guerrero's new products, reports and tape programs. In addition, Dr. Guerrero periodically holds teleseminars. As a preferred customer, now you can listen in on all the health tips and secrets and take your health to new levels.

**What are you waiting for? Change your health and you will change your life forever!**

## Order Supreme Greens Today!

Here's to a new energized and alkalized you!

With respect and admiration,

Eric R. Kraut
Certified Personal Trainer, I.S.S.A.
Certified Nutritionist
eric@todayshealth.com



*100% Guaranteed*

**P.S.** Supreme Greens gives you everything you need to create a vivacious life right from the get go. Chances are *you'll feel better than ever.* Give Dr. Guerrero's Supreme Greens a try. You have absolutely NOTHING to lose, and a healthier life to gain.

<u>Order now...you owe it to yourself!</u>