UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION,            )
                                     )
    Plaintiff,                       )
        v.                           )
                                     )   Civ. No. 04-11136-GAO
DIRECT MARKETING CONCEPTS, INC., et al., )
                                     )
    Defendants.                      )
                                     )

EXHIBITS IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT

Exhibit A:   Declaration of Christina E. Turner (with attachments)

Exhibit B:   Declaration of Christine Skibola, Ph.D.

Exhibit C:   Declaration of Mary Lee Vance, M.D.