## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On May 25, 2005, copies of the following documents:

1. **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT AND REQUEST FOR EXPEDITED TREATMENT;**

2. **MEMORANDUM IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT AND REQUEST FOR EXPEDITED TREATMENT and exhibits thereto;**

3. **(Proposed) MODIFIED PRELIMINARY INJUNCTION ORDER AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT;**

4. **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT;**

5. **(Proposed) ORDER granting MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT; and**

6. **PLAINTIFF FEDERAL TRADE COMMISSION'S MEMORANDUM REGARDING PROPOSED RECEIVER and attachment thereto,**

were served via Federal Express as follows:

Becky V. Christensen, Esq.              (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP   Solutions, LLC, Alejandro Guerrero and Health
384 Forest Avenue, Suite 13              Solutions, Inc)
Laguna Beach, CA 92651
Facsimile: (949) 497-7679

Dustin F. Hecker                         (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP          LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Peter Brooks, Esq.   (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald Barrett)
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)
Lyne, Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210

I declare under penalty of perjury that the foregoing is true and correct. Executed this May 25, 2005 at Washington, D.C.

_____
Edward Glennon