UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>        v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civ. No. 04-11136 - GAO<br>)<br>)<br>)<br>) |

**STIPULATED JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

The undersigned parties respectfully ask the Court to amend the current scheduling order in this matter by extending by one month the deadlines for (1) conducting fact and expert discovery; (2) filing any dispositive motions; and (3) filing any motions in limine. This modification is necessitated by the Commission's recent filing of a motion to amend the preliminary injunction previously entered in this matter and the needs of the parties to address the issues contained therein. Under the instant proposal, the deadlines for the above will be as follows: (1) fact and expert discovery shall be completed by July 21, 2005; (2) any dispositive motions shall be filed by August 22, 2005; and any motions in limine shall be filed by September 22, 2005. Oppositions to any dispositive motion must be filed within 30 days of the filing of the relevant motion.

For the Court's convenience, a proposed Order is provided along with this motion.

Respectfully submitted,

| | |
|---|---|
| _/s/_ | _/s/_ |
| Daniel Kaufman<br>Kial S. Young (Mass. Bar No. 633515)<br>Edward Glennon<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop NJ-3212<br>Washington, DC 20580<br>Tel: (202) 326-2675/3525/3126<br>Fax: (202) 326-3259<br><br>ATTORNEYS FOR PLAINTIFF | Peter S. Brooks, BBO #05890<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel.: (617) 946-4800<br>Fax: (617) 946-4801<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC.; ITV DIRECT, INC.; DONALD W. BARRETT, and ROBERT MAIHOS |
| Becky V. Christensen<br>Craig McLaughlin<br>O'CONNOR CHRISTENSEN & McGLAUGHLIN LLP<br>1920 Main Street, Suite 150<br>Irvine, CA 92614<br>Facsimile: (949) 851-5051<br><br>ATTORNEYS FOR HEALTHY SOLUTIONS, LLC; HEALTH SOLUTIONS, INC.; ALEJANDRO GUERRERO; MICHAEL HOWELL; and GREG GEREMESZ | Joseph F. Ryan _(digitally signed)_<br><br>Joseph Ryan<br>LYNE, WOODWORTH & EVARTS LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: 617-523-6655<br>Fax: 617-748-3675<br><br>ATTORNEYS FOR TRIAD ML MARKETING, INC; KING MEDIA, INC., ALLEN STERN, LISA STERN AND STEVEN RITCHEY |

Dated June 6, 2005

2

| | |
|---|---|
| _____<br>Daniel Kaufman<br>Kial S. Young (Mass. Bar No. 633515)<br>Edward Glennon<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop NJ-3212<br>Washington, DC 20580<br>Tel: (202) 326-2675/3525/3126<br>Fax: (202) 326-3259<br><br>ATTORNEYS FOR PLAINTIFF | _____<br>Peter S. Brooks, BBO #05890<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel.: (617) 946-4800<br>Fax: (617) 946-4801<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC.; ITV DIRECT, INC.; DONALD W. BARRETT, and ROBERT MAIHOS |
| *Becky V. Christensen* (signature)<br>Becky V. Christensen<br>Craig McLaughlin<br>O'CONNOR CHRISTENSEN &<br>McGLAUGHLIN LLP<br>1920 Main Street, Suite 150<br>Irvine, CA 92614<br>Facsimile: (949) 851-5051<br><br>ATTORNEYS FOR HEALTHY SOLUTIONS, LLC; HEALTH SOLUTIONS, INC.; ALEJANDRO GUERRERO; MICHAEL HOWELL; and GREG GEREMESZ | _____<br>Joseph Ryan<br>LYNE, WOODWORTH & EVARTS LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: 617-523-6655<br>Fax: 617-748-3675<br><br>ATTORNEYS FOR TRIAD ML MARKETING, INC; KING MEDIA, INC., ALLEN STERN, LISA STERN AND STEVEN RITCHEY |

Dated June 3, 2005

## CERTIFICATE OF SERVICE

    My name is Edward Glennon and I am an attorney with Federal Trade Commission. On June 6, 2005, copies of (1) Stipulated Joint Motion to Amend the Court's Scheduling Order; and (2) (Proposed) Order Granting Stipulated Joint Motion to Amend the Court's Scheduling Order were served via Federal Express as follows:

Becky V. Christensen, Esq.  (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP  Solutions, LLC, Alejandro Guerrero and Health
1920 Main Street, Suite 150  Solutions, Inc)
Irvine, CA 92614
Facsimile: (949) 851-5051

Dustin F. Hecker  (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP  LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Chris Robertson, Esq.  (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP  W. Barrett, and Robert Maihos)
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan  (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP  Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210
Facsimile: (617) 248-9877

Sage International, Inc. (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013

    I declare under penalty of perjury that the foregoing is true and correct. Executed this June 6, 2005 at Washington, D.C.

                                                           Edward Glennon