UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff )<br>v. )<br>) Civ. No. 04-11136 - GAO<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>)<br>Defendants. )<br>) | |

(Proposed)

**ORDER GRANTING STIPULATED JOINT MOTION TO AMEND
THE COURT'S SCHEDULING ORDER**

The Federal Trade Commission, Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, Robert Maihos, Triad ML Marketing, Inc., King Media, Inc., Allen Stern, Lisa Stern, Steven Ritchey, Healthy Solutions, LLC, Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz have filed a joint, stipulated motion for an Order amending the scheduling order of this Court entered on January 20, 2005.

This Court, having considered the above parties' motion and being otherwise advised in the premises, hereby GRANTS the motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the above parties' motion is hereby **GRANTED**. The deadlines for (1) conducting fact and expert discovery; (2) filing any dispositive motions; and (3) filing any motions in limine are as follows:

(1)   Fact and expert discovery shall be completed by July 21, 2005;

(2)   Any dispositive motions shall be filed by August 22, 2005; and

(3) Any motions in limine shall be filed by September 22, 2005.

Oppositions to any dispositive motion must be filed within 30 days of the filing of the relevant motion.

**SO ORDERED,** this ___ day of _____, 2005.

                                              UNITED STATES DISTRICT JUDGE
                                              GEORGE A. O'TOOLE

Presented by:

Daniel Kaufman
Kial S. Young (Mass. Bar No. 633515)
Edward Glennon
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop NJ-3212
Washington, DC 20580
Tel: (202) 326-2675/3525/3126
Fax: (202) 326-3259

ATTORNEYS FOR PLAINTIFF