**References:**

1.  Sassolas G, Garry J, Cohen R, Bastuji H, Vermeulen E, Cabrera P, Roussel B, Jouvet M. Nocturnal continuous infusion of growth hormone (GH)-releasing hormone results in a dose-dependent accentuation of episodic GH secretion in normal men. Clin Endocrinol Metab. 1986 Oct;63(4):1016-22.

### Abstract

Fluctuations in plasma GH levels have been found in patients with acromegaly who have continuously elevated levels of ectopically produced GH-releasing hormone (GHRH). Likewise, plasma GH fluctuations have been found in normal subjects receiving continuous GHRH infusions. We report the effects of two doses of GHRH, administered by constant infusion, on nocturnal GH secretion in six normal young men. Each received, in random order, 2.5 ng/kg X min GHRH, 15 ng/kg X min GHRH, and 0.15 M NaCl. During both GHRH doses, a highly significant increase in total nocturnal GH secretion was found ($P$ less than 0.001) as well as an increase in GH secretion during different periods of the night. Nocturnal GH secretion was episodic during the GHRH infusions, with an increase in the number and magnitude of the peaks compared to those during the NaCl infusion. Plasma immunoreactive GHRH concentrations plateaued at 1 h during the high dose and at 3 h during the low dose GHRH infusion. Sleep parameters, including total sleep time, sleep latency, and duration and timing of the different sleep stages, were not affected by GHRH infusions. We conclude that GHRH, continuously infused, increases nocturnal GH secretion according to the dose, while the episodic pattern of GH secretion is maintained.

2.  Treatment effects of intranasal growth hormone releasing peptide-2 in children with short stature. Pihoker C, Badger TM, Reynolds GA, Bowers CY. J Endocrinol. 1997 Oct;155(1):79-86.

### Abstract

Growth hormone-releasing peptide (GHRP)-2 is a synthetic six amino acid peptide that is a potent GH secretagogue. Although it shares no structural homology with GH-releasing hormone, in clinical studies its actions on the pituitary release of GH are similar. It is effective when administered orally and intranasally. For children with GH deficiency, such noninvasive treatments are most desirable and in need of development. Fifteen children with short stature participated in this study. All of the children had a height < 2 S.D. below mean for age, poor height velocity, delayed bone age, and low serum concentrations of IGF-1. These children had been tested with standard GH secretagogues, e.g. arginine, insulin, and L-dopa. Fifty percent of the children were GH deficient, the remainder had idiopathic short stature. The children received testing with GHRH and GHRP-2 as an acute i.v. bolus of 1 microgram/kg; all children in this study demonstrated a GH response > 20 micrograms/l. Each child in this study also demonstrated a GH response > 10 micrograms/l in response to intranasal GHRP-2, in the dose range of 5-20 micrograms/kg. The children were administered intranasal GHRP-2, 5-15 micrograms/kg, twice a day for 3 months, then three times a day. Fifteen children participated in the study for 6 months; six of the children have participated for 18-24 months. Height velocity, serum IGF-1, IGF-binding protein 3 (IGFBP-3) and GH-binding protein (GHBP) concentrations, and GH responses to GHRP-2 by i.v. bolus and

intranasal spray were examined during treatment. Height velocity increased from 3.7 +/-
0.2 cm/year to 6.1 +/- 0.3 cm/year at 6 months, 6.0 +/- 0.4 cm/year at 18-24 months.
There were no significant changes in IGF-1 or IGF-PB3 concentrations, or in acute GH
responses to i.v. or intranasal GHRP-2. GHBP concentrations rose significantly, from
439 +/- 63 pmol/l to 688 +/- 48 pmol/l. In this study, intranasal GHRP-2 administration
was well tolerated, and produced a modest but significant increase in growth velocity.

3. Isadori A, Lo Monaco A, Cappa M. A study of growth hormone release after oral
administration of amino acids. Curr Med Res Opin. 1981 7(7):475-481.

### Abstract

A study was carried out in 15 male volunteers to evaluate qualitatively the secretion of
growth factors following stimulation by oral amino acids. The results showed that oral
administration of a combination of two amino acids (1200 mg l-lysine plus 1200 mg of l-
arginine) provoked a release of pituitary somatotropin and insulin. This phenomenon
was reproducible and the growth hormone secreted in response to this stimulation had
biological activity (as demonstrated by a radioreceptor assay and somatomedin
induction). The effect appeared to be specific to the combination of the two amino
acids; neither of the amino acids demonstrated appreciable stimulating activity when
administered alone, even at the same doses.

4. Welbourne TC. Increased plasma bicarbonate and growth hormone after an oral
glutamine load. Am J Clin Nutr. 1995 May;61(5):1058-61.

### Abstract

An oral glutamine load was administered to nine healthy subjects to determine the effect
on plasma glutamine, bicarbonate, and circulating growth hormone concentrations. Two
grams glutamine were dissolved in a cola drink and ingested over a 20-min period 45
min after a light breakfast. Forearm venous blood samples were obtained at zero time
and at 30-min intervals for 90 min and compared with time controls obtained 1 wk
earlier. Eight of nine subjects responded to the oral glutamine load with an increase in
plasma glutamine at 30 and 60 min before returning to the control value at 90 min.
Ninety minutes after the glutamine administration load both plasma bicarbonate
concentration and circulating plasma growth hormone concentration were elevated.
These findings demonstrate that a surprisingly small oral glutamine load is capable of
elevating alkaline reserves as well as plasma growth hormone.

5. Kasai K, Kobayashi M, Shimoda SI. Stimulatory effect of glycine on human
growth hormone secretion. Metabolism. 1978 Feb;27(2):201-8

### Abstract

Glycine (250 ml 0.3 M glycine) was administered orally to 19 nonobese normal subjects
and 12 subjects with partial gastrectomy. In the normal subjects, a clear and significant
increase of serum human growth hormone (hGH) level was observed (p less than
0.001), whereas serum immunoreactive insulin (IRI), prolactin (PRL) and blood sugar
(BS) levels were not affected after the drug administration. A more pronounced and
significant increase of hGH value in serum was found in the subjects with gastrectomy

than in the normal controls (p less than 0.001). Thus we administered the drug intraduodenally in normal subjects. The similar rise of hGH to that of the gastrectomied group was obtained in normals by this administration. The facts demonstrated that glycine is one of the stimulatory agents inducing the pituitary gland to secrete hGH. In addition, in nonobese diabetics, no significant increase of serum hGH level, even after the intraduodenal administration of glycine, was observed in the present study.

6. Blum A, Cannon RO 3rd, Costello R, Schenke WH, Csako G. Endocrine and lipid effects of oral L-arginine treatment in healthy postmenopausal women. J Lab Clin Med. 2000 Mar;135(3):231-7

## Abstract

As a substrate for nitric oxide synthesis, L-arginine may give the same protection as estrogen, but its other biologic effects may adversely affect atherogenesis. Therefore, possible endocrine and lipid effects of L-arginine were investigated in a double-blind, placebo-controlled, single crossover study. After randomization, oral L-arginine (9 g) or placebo was given daily for 1 month, with crossover to the alternate therapy after a 1-month washout period, to 10 postmenopausal women receiving no estrogen. Compared with placebo, L-arginine increased growth hormone (1.5+/-1.8 mg/L vs. 0.6+/-0.6 mg/L, P = .04) but had no effect on insulin and catecholamines. Total cholesterol, triglyceride, apolipoprotein E, and low-, very-low-, and high-density lipoprotein cholesterol levels were also unaffected. Lipoprotein(a) measured by an immunoturbidimetric method was increased by L-arginine in 9 of 10 women relative to placebo (0.46+/-0.35 g/L vs. 0.38+/-0.30 g/L, P = .053), and the changes in lipoprotein(a) levels significantly correlated with the relative increase in growth hormone (r = 0.85, P = .03). However, lipoprotein(a) measured by an enzyme-linked immunosorbent assay failed to demonstrate significant changes. Lack of an increase by L-arginine in lipoprotein(a) with a verifiable apolipoprotein(a) isoform-independent method, despite an increase in growth hormone, questions the validity of previous observations for growth hormone-induced increases in lipoprotein(a). The observed lack of effect on major endocrine hormones and lipid profile support the safety of oral L-arginine administration.

# CURRICULUM VITAE

**NAME:**     **Frank L. Greenway III, M.D.**
**Pennington Biomedical Research Center**
**6400 Perkins Road**
**Baton Rouge, LA 70808**

**ACADEMIC RANK:  Professor**

**EDUCATION:**

1970   M.D.
University of California at Los Angeles
School of Medicine
1966   B.A., Biology
Stanford University

**MILITARY:**

Major, United States Army National Guard, Medical Corps, California, 1970-1977

**CERTIFICATIONS:**

California License # G21213, 1971
Louisiana License # 11090R, 1995
American Board of Internal Medicine License # 43764; 1973, 1980, 1987
American Subspecialty Board of Endocrinology and Metabolism License #43764,1975

**PROFESSIONAL EXPERIENCE:**

1997 - Present    Adjunct Professor, Human Ecology Department, Louisiana State University,
Baton Rouge, LA
1996- Present    Clinical Professor of Medicine, Department of Medicine, Louisiana State
University Medical Center, New Orleans, LA
1995 - Present    Medical Director and Professor, Pennington Biomedical Research Center,
Louisiana State University, Baton Rouge, LA
1993 - 1995    Clinical Professor of Medicine, UCLA School of Medicine, Los Angeles, CA
1986 - 1986    Preceptor for third year medical student, College of Osteopathic Medicine of
the Pacific, Pomona, CA
1985 - 1993    Associate Clinical Professor of Medicine, UCLA School of Medicine, Los
Angeles, CA

| 1976 - 1984 | Director of Medical Education for third and fourth year clinical clerks from Autonomous University of Guadalajara Medical School, Guadalajara, Mexico, Marina Mercy Hospital, Marina Del Rey, CA |
| 1977 - 1985 | Assistant Clinical Professor of Medicine, UCLA School of Medicine, Los Angeles, CA |
| 1975 - 1977 | Instructor of Medicine, UCLA School of Medicine, Los Angeles, CA |
| 1973-1975 | Chief Resident, Endocrinology, and Fellow, Metabolism, Harbor-UCLA Medical Center, Los Angeles, CA |
| 1971-1973 | Internal Medicine residency, Harbor-UCLA Medical Center, Los Angeles, CA |
| 1970-1971 | Rotating internship, Harbor-UCLA Medical Center, Los Angeles, CA |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS:

1. American Diabetes Association, 1975 - present
2. American College of Physicians (Fellow), 1975 - present
3. North American Association for the Study of Obesity, 1977 - present
4. International Association for the Study of Obesity, 1977 - present
5. The Endocrine Society, 1993 - present
6. American Society for Nutritional Sciences, 1990 - present
7. American Society for Clinical Nutrition, 1990 - present
8. East Baton Rouge Parish Medical Society, 1995 - present
9. American Association of Clinical Endocrinologists, 1995 - present
10. American Society of Bariatric Physicians, 1997 - 2000

### Editorial Board:

Obesity Update.  1985 - 1988

## GRANTS AND CONTRACTS:

### Funded:

1. Sterling Drug Co.  Study of aspirin and fertility, 1974 (PI)
2. Squibb Drug Co.  Study of the effects of CCK ctapeptide on food intake, 1975 (PI)
3. American Society of Bariatric Physicians.  Study of the effects of HCG on weight loss, 1975 (PI)
4. Mead-Johnson Pharmaceutical Co.  Study of the effects of benzbromarone on uric acid and gout, 1976 (PI)
5. Bayer Pharmaceutical Co.  Study of acarbose and its effects on weight loss in type 2 diabetes, 1981 (PI)
6. Center for Fiber Research.  Comparison study of glucomannan and other fibers in type 2 diabetes, 1982 (PI)
7. Bayer Pharmaceutical Co.  Study of acarbose and its effects on type 1 diabetes, 1983 (PI)
8. E.R. Squibb & Sons Inc.  Evaluation of captopril in hypertensive patients, 1983 (PI)
9. Thompson Medical Co.  Study of the effect of pseudoephedrine on weight loss, 1984 (PI)

2

10. Miles-Bayer Pharmaceutical Co. Study of the effects of bay-1099 on type 1 diabetes, 1984 (PI)

11. Miles-Bayer Pharmaceutical Co. Study of the effects of acarbose on obese type 2 diabetic subjects, 1987 (PI)

12. Sandoz Pharmaceutical Co. Clinical trial of a lipolysis cream, 1987 (PI)

13. Thompson Medical Co. Study of the effects of phenylpropanolamine caplets on obese subjects, 1987 (PI)

14. Miles-Bayer Pharmaceuticals, Inc. Study of the effects of acarbose on insulin-requiring, type 2 diabetics, 1987 (PI)

15. Miles-Bayer Pharmaceuticals, Inc. Study on acarbose versus tolbutamide in diet-controlled type 2 diabetics, 1988 (PI)

16. Miles-Bayer Pharmaceuticals, Inc. Study of the effects of acarbose on type 1 diabetics, (PI)

17. Pharmakinetics-Bolar Pharmaceutical Co., Inc. Comparison study of tolazamide, glyburide and glipizide in diet-controlled type 2 diabetes, 1988 (PI)

18. Pharmakinetics-Bolar Pharmaceutical Co., Inc. Insulin reduction trial in non-insulin dependent type 2 diabetics, 1989 (PI)

19. Thompson Medical Co. Controlled comparison of phenylpropanolamine, benzocaine and their combination in the treatment of obesity, 1990 (PI)

20. Pharmaco-Sandoz Pharmaceutical Corp. Open-label assessment of the safety and efficacy of isradipine in the treatment of patients with mild to moderate hypertension, 1990 (PI)

21. Lederle Laboratories. Open label study of sustained release verapamil in patients with hypertension, 1990 (PI)

22. Pharmaco-Synergen, Inc. Multicenter double-blind evaluation of recombinant human basic fibroblast growth factor in the treatment of diabetic ulcers, 1991 (PI)

23. Miles Pharmaceuticals, Inc. Multicenter double-blind comparative study of the long-term (one year) safety of BAY-g-5421 (acarbose) versus placebo in the treatment of insulin dependent (type 1) and non-insulin dependent (type 2) diabetes mellitus, 1991 (PI)

24. Ortho-McNeil Pharmaceutical Corp. Clinical surveillance study of ofloxacin, 1991 (PI)

25. Boots Pharmaceuticals Inc. Six month, dose-ranging, placebo-controlled study of sibutramine for the treatment of obesity, 1992 (PI)

26. Hoffman LaRoche Pharmaceuticals, Inc. Two-year, two-dose, placebo-controlled study of orlistat for the treatment of obesity, 1992 (PI)

27. TFH Cosmetics. Clinical trial of lipolysis cream, 1992 (PI)

28. Sandoz Pharmaceutical, Inc. Dose-ranging study of the effect of guar gum and chromium on postprandial glucose and insulin levels, 1992 (PI)

29. Procyte Corporation. Clinical trial of lamin for diabetic neuropathic foot ulcers, 1993 (PI)

30. Sandoz Pharmaceutical, Inc. Clinical trial of fluvastatin for hypercholesterolemia, 1993 (PI)

31. International Pain Research Institute. Clinical trial of geranium oil bourbon for topical treatment of peripheral neuropathy, 1993 (PI)

32. KAL Center for Nutritional Research. Trial to test the effectiveness of Diet Max™ in increasing metabolic rate, 1993 (PI)

33. International Pain Research Institute. Clinical trial of 2% aminophylline cream for local fat reduction, 1993 (PI)

34. International Pain Research Institute. Clinical trial of .5% aminophylline cream for local fat reduction, 1993 (PI)

35. Boots Pharmaceuticals, Inc. Multicenter, open-label, flexible-dose study to evaluate the long-term effects of sibutramine in obese patients, 1993 (PI)

36.    Magnetic Resonance Diagnostics. Controlled trial of the magnetic resonance analyzer for neck and back pain, 1994 (PI)

37.    Cerenex Pharmaceuticals. Postmarketing surveillance trial of sumatriptan for migraine headaches, 1994 (PI)

38.    NaturalMax Company. Controlled double-blind crossover trial of DietMax on oxygen consumption, 1995 (PI)

39.    Warner-Lambert. Double blind controlled crossover trial of topical geranium oil for post-herpetic neuralgia, 1995 (PI)

40.    Amgen Inc. Characterization of serum leptin concentrations in the general adult population, 1995 (PI)

41.    NIH(NHLBI). Efficacy of diet therapy in subjects at risk for CHD, 1997 (Co-PI)

42.    Chiralt Corp. Do intracellular minerals predict the progression of impaired glucose tolerance to diabetes mellitus, 1997 (PI)

43.    Ergo Science Development Corp. A study to evaluate the safety and efficacy of varying dosages of timed medications in the treatment of obesity, 1997 (PI)

44.    Hoechst Marion Roussel, Inc. Evaluating HOE 901 insulin in subjects with type 2 diabetes, 1998 (PI)

45.    Weight Watchers. Comparing the efficacy of the weight watchers program vs. self-help program, 1998 (PI)

46.    Amgen, Inc. A phase 2, multi-center, randomized, placebo-controlled study to evaluate the efficacy and safety of subcutaneously administered recombinant-methionyl human-Fc-Leptin (r-metHu-Fc-Leptin) in obese subjects, 1998 (PI)

47.    Roche Laboratories/Covance Inc. A double-blind randomized comparison of the efficacy and safety of 52 weeks of xenical plus diet in the treatment of obesity in peri- and post-menopausal women at cardiovascular risk, 1998 (PI)

48.    Roche Laboratories. A 52-week, double-blind, randomized, placebo-controlled study to evaluate the efficacy of orlistat treatment in obese patients with type 2 diabetes, 1998 (PI)

49.    Novartis Pharmaceutical Corp. A twenty-eight week, double-blind and observer-blind to lipid values, active-controlled, randomized, parallel-group, multicenter study to assess the safety and efficacy of fluvastatin slow release (80 mg) administered once daily at bedtime in patients with primary hypercholesterolemia compared to lescol 40 mg, 1998 (Co-PI)

50.    NIH(NHLBI). Premier: lifestyle interventions for blood pressure control, 1998 (Co-PI)

51.    Parke-Davis Pharmaceutical Research. Clinical study of troglitazone, 1998 (Co-PI)

52.    Schering-Plough Research Institute. A pilot study to assess quality of life changes with ecopipam in obese subjects, 1999 (PI)

53.    NIH (NIDDK). Study of health outcomes of weight loss (Look AHEAD) trial, 1999 (Co-PI)

54.    Regeneron Pharmaceuticals, Inc. The screening protocol for: a double-blind, randomized, placebo-controlled safety and dose finding study of axokine in severely obese subjects – AX15-OB-9907, 1999 (Co-PI)

55.    Bristol-Myers Squibb. A multicenter, randomized, double-blind, placebo-controlled, parallel study of the efficacy and safety of metformin hydrochloride for the treatment of pediatric subjects with type 2 diabetes mellitus, 1999 (PI)

56.    Glaxo Wellcome, Inc. A parallel, three-arm, blinded, placebo-controlled study to evaluate the safety, tolerability and pharmacokinetics of GW320650 in healthy obese subjects, 1999 (PI)

57. Regeneron Pharmaceuticals, Inc. double-blind, randomized, placebo-controlled safety and dose finding study of axokine in severely obese subjects – AX15-OB-9908, 2000 (Co- PI)

58. GlaxoWellcome, Inc. A multicenter, randomized, double-blind, placebo-controlled, parallel-group study to investigate the tolerability and efficacy of oral 1555U88 (2.5 mg, 5 mg, 10 mg, or 15 mg per day) compared to placebo for the treatment of obesity in subjects 18-65 years of age, 2000 (PI)

59. Amgen, Inc. A randomized, double-blind, placebo-controlled study to evaluate the change in body weight during treatment with subcutaneously administered A-200 after VLCD-induced weight loss in obese subjects, 2000 (PI)

60. GlaxoWellcome, Inc. Bupropion-SR weight-loss (management center), 2000 (PI)

61. GlaxoWellcome, Inc. Bupropion-SR weight-loss (study site), 2000 (PI)

62. Schering-Plough Research Institute. A phase III multi-center, two arm study to assess the efficacy and safety of ecopipam (SCH 39166) in the management of obesity, 2000 (PI)

63. Roche Laboratories. The effect of orlistat on the intake of dietary fat, 2000 (PI)

64. Knoll Pharmaceuticals. A 12-month study to assess the safety and efficacy of meridia (sibutramine hydrochloride monohydrate) 10 and 15 mg in obese adolescents (SB 238), 2000 (Co-PI)

65. Amgen, Inc. The effect of leptin A-200, caffeine/ephedrine and their combination upon weight loss and body composition in man, 2000 (PI)

66. LSU/Sub/BoR. Development of crude extracts for use as: herbal dietary supplements to prevent cancer and high blood pressure, 2000 (Co-PI)

67. R.W. Johnson Pharmaceutical Research Institute (Parexel). A randomized, double-blind, placebo-controlled, multicenter, parallel group, dose-response study to assess the efficacy and safety of topiramate in the treatment of subjects with obesity, 2000 (Co-PI)

68. Knoll Pharmaceuticals. The effect of combination therapy of meridia (sibutramine hydrochloride monohydrate) and meal replacement on body weight and weight loss maintenance in obese individuals, 2000 (PI)

69. Regeneron Pharmaceuticals, Inc. A phase III, 12-month double-blind, randomized, parallel group, placebo-controlled, efficacy and safety study of axokine in overweight and obese subjects with a 12-month open-label extension phase, 2000 (Co-PI)

70. PPD Development. Omapatrilat cardiovascular treatment assessment versus enalapril (OCTAVE), 2000 (PI)

71. Science, Toxicology and Technology. Herbal caffeine and ephedrine, 2000 (PI)

72. Archer Daniels Midland. The effect of soy pasta on satiety in humans, 2001 (PI)

73. GlaxoSmithKline. A randomized, single-dose crossover study evaluating the effect of co-administration of food and various pre-loads on the pharmacokinetics and food intake following a single oral dose of 24mg of GI181771X as a tablet in healthy, overweight subjects, 2001 (PI)

74. LSUHSC – Transneuronex. The effects of the implantable gastric stimulator (IGS) on food intake and change in body composition: an ancillary study, 2001 (PI)

75. Proctor and Gamble. A randomized, parallel, open-label, multicenter study to evaluate and characterize weight loss associated with 12 weeks use of a nutritional beverage containing ethyl oleate as a meal replacement, 2001 (Co-PI)

76. Sanofi-Synthilabo. A randomized, double-blind, placebo-controlled, parallel-group, fixed-dose, multicenter study of weight-reducing and prevention of weight regain effects and safety of SR141716 in obese patients with or without comorbidities (RIO-North America) (PI)

78. The American Phytotherapy Research Laboratory. The effect of ingesting the protein, VVYP, on stool calories, (PI)

79. Pennington Biomedical Research Center. Safety of adding catechins to more than 8 weeks of caffeine and ephedrine treatment, (pilot study), 2001 (PI)

80. Archer Daniels Midland. Effect of diacylglycerol on the respiratory quotient, thermogenesis and energy expenditure, 2002 (PI)

81. Epitome Pharmaceuticals. New Geranium Oil Formulation for the Treatment of Neuropathy Pain, 2002 (PI)

82. Muscle Tech Research and Development Inc. The effect of ephedra and epigallocatechin gallate with caffeine on oxygen consumption in man, 2002 (PI)

83. Pennington Biomedical Research Center. The effect of adding ephedra to epigallocatechin gallate and caffeine on resting metabolic rate, 2002 (PI)

84. Nutricia USA. A randomized, double-blind clinical study to evaluate the safety and thermogenic effect of an herbal supplement compared to placebo in healthy adults, 2002 (PI)

85. GlaxoSmithKline. An eight-week, parallel group, double-blind, randomized, placebo and active-controlled, multicenter study to evaluate the efficacy, safety and tolerability of two formulations of GI181771X, each at two different doses, in obese subjects, 2002 (PI)

86. Community Foundation for Southeast Michigan. The long-term safety and efficacy of caffeine and ephedrine with or without catechins, and the acute effect of superimposed catechins and tyrosine on metabolic rate, 2002 (PI)

87. Community Foundation for Southeast Michigan. Expression Profiling: A novel technique to subtype the obese patient and predict response to obesity therapy. 2002; Steven Smith (PI), Frank Greenway (Co-PI)

88. Pfizer Inc. Food intake measurements for the assessment of anorectic drugs, 2002 (PI)

89. Pennington Biomedical Research Center. Pilot protocol testing a new waist-cord design for weight maintenance, 2002 (PI)

90. Pennington Biomedical Research Center. Pilot study of the safety and efficacy of the Chinese herbal decoction [Nt] for weight loss, 2002 (PI)

91. Novartis Pharmaceuticals Corp. Randomized, double-blind, placebo-controlled, dose-finding, multicenter study of Sandostatin LAR® Depot (20 mg, 40 mg, 60 mg) in patients with primary insulin hypersecretion (PIH) and at least moderate obesity, 2002 (PI)

92. Glaxo-Smith-Kline. A 16-week, randomized, double-blind, placebo-controlled, parallel-group two-site study to investigate the efficacy and tolerability of 400 mg/day of bupropion SR compared to placebo for the treatment of adolescent obesity, 2002 (PI)

93. NIH (NIA). Metabolic adaptations to two-year caloric restriction, 2002 (Co-PI)

94. Metabolite. A double-blind, randomized, placebo-controlled trial to test the safety and efficacy of two doses of the Chinese herbal decoction [Nt] enriched in gallic acid for weight loss [Nt-3], 2003 (PI)

95. Health and Nutrition Technologies, Inc. Pilot Protocol Testing a New Diet Belt Design for Weight Maintenance, 2003 (PI)

96. Pennington Biomedical Research Center. Pilot study of the safety and efficacy of the Chinese herbal decoction [Nt] enriched in gallic acid for weight loss, 2003 (PI)

97. Ross Products Division-Abbott Laboratories. Effect of long-term ingestion of dietary diacylglycerol on body fat composition and metabolic parameters in subjects with type 2 diabetes or markers of the insulin-resistant metabolic syndrome, 2003 (PI)

98. Nutricia. Constructing a tyramine dose response curve, 2003 (PI)

99. Harkness Pharmaceuticals, Inc. Determination of normal enterostatin levels to a meal challenge, 2003 (PI)

100. Harkness Pharmaceuticals, Inc. A pilot study to determine the dose of enterostatin needed in the obese to raise low enterostatin levels to those of normal healthy controls, 2003 (PI)

101. Ferring Pharmaceuticals, Inc. A multi-center, open-label, randomized, single-dose, two-period crossover study to compare the bioavailability of the proposed U.S. commercial formulation of the menotropin for injection (U.S. Menopur®) relative to that of menotropin for injection marketed in Europe (Eu Menopur®) in healthy adult female subjects, 2003 (PI)

102. Nutricia. The effect of caffeine, catechins and yerba mate on metabolic rate, appetite and body weight, 2003 (PI)

103. Nutricia. The safety and efficacy of phenylephrine for increasing metabolic rate and causing weight loss, 2003 (PI)

104. Labrada Nutrition. Pilot study of an ephedra-free dietary herbal supplement for weight loss, 2003 (PI)

105. Phytomedics. Efficacy and safety of PMI-5011 in subjects with type 2 diabetes mellitus not optimally controlled with diet and exercise or monotherapy: A 4-month, double-blinded, randomized, placebo-controlled, parallel comparative trial, 2003 (Co-PI)

106. Pfizer Inc. A one-year, open, randomized, parallel, three-arm study comparing exubera (insulin dry powder pulmonary inhaler) vs. avandia (rosiglitazone maleate) as add-on therapy vs. exubera substitution of sulfonylurea in patients with type 2 diabetes, poorly controlled on combination sulfonylurea and metformin treatment, 2003 (Co-PI)

107. Glaxo-Smith-Kline. A parallel, six-month, double-blind, randomized, placebo-controlled, multicenter, dose-ranging study to evaluate the efficacy, safety and tolerability of orally administered GI181771X on weight loss in overweight and obese subjects. GSK protocol no. CKA20001, 2003 (PI)

108. Archer Daniels Midland. Effect of diacylglycerol on metabolic rate, fat oxidation, serum triglycerides, free fatty acids and ketones, 2003 (PI)

109. Pfizer, Inc. A study to examine the effect of olanzapine on indices of food intake, glucose metabolism and energy expenditure Inc., 2003 (PI)

110. General Nutrition Corporation. Determining the glycemic index of food, 2003 (PI)

111. Washington University. Regulation of intestinal cholesterol absorption, 2003 (Co-PI)

112. Metabolife. Active medication extension to the double-blind, randomized, placebo-controlled trial of two doses of the Chinese herbal decoction (Nt) enriched in gallic acid for weight loss, 2003 (PI)

113. Takeda Pharmaceuticals, Inc. A portion control diet will prevent weight gain in diabetes treated with ACTOS, 2003 (Co-PI)

114. Pennington Biomedical Research Center. Does weight loss inhibit angiogenesis?, 2004 (PI)

115. General Nutrition Corporation. The effect of a dietary herbal supplement containing caffeine, catechins and yerba mate on metabolic rate, appetite and body weight, 2004 (PI)

116. Pennington Biomedical Research Center. A pilot study of a topical non-prescription treatment for psoriasis, 2004 (PI)

117. Metabolife. Pharmacokinetic study of gallic acid from gall nut extract and Nt mixed with gallic acid from gall nut extract, 2004 (PI)

118. Acceleration Therapeutics. Pilot study of AT-101 for the treatment of obesity and insulin resistance, 2004 (PI)

119. GlaxoSmithKline. A parallel, six-month, double-blind, randomized, placebo-controlled, multicenter, dose-ranging study with a double-blind, placebo-controlled, eighteen-month

extension to evaluate the efficacy, safety and tolerability of orally administered GI181771x on weight loss in overweight and obese subjects, 2004 (PI)

120.  Light Heart, LLC. Effect of a rice bran bar with N-3 fatty acids and vitamins on serum lipids, 2004 (PI)

121.  Orexigen Therapeutics, Inc. Phase 2, multicenter, randomized, blinded, placebo-controlled, proof of concept study of combination therapy for safety and efficacy in subjects with uncomplicated obesity (OASIS-1), 2004 (Co-PI)

122.  Orexigen Therapeutics, Inc. Phase 2, multicenter, randomized, double-blind, placebo-controlled, proof of concept study of combination therapy for safety and efficacy in subjects with uncomplicated obesity (OASIS-2), 2004 (PI)

123.  Almond Board of California. The effect of almonds on weight loss and weight maintenance: a 12-month, randomized, controlled study in overweight and obese subjects, 2004 (Co-PI)

**Pending**

1.  NIH/National Center for Complementary and Alternative Medicine. Obesity and antiangiogenic pomegranate fruit extract. $400,000; 2004 [Zhijun Liu (PI), Frank Greenway, David York (Co-PIs)]

## HONORS AND AWARDS:

1.  Doffelmeyer Scholarship for Eagle Scouts, Stanford University, 1962-1966
2.  Student Research Award, Second Place, UCLA School of Medicine, 1968
3.  Alumni Award, UCLA School of Medicine, 1970
4.  Merit Award, Los Angeles Surgical Society, 1973
5.  Distinguished Teaching Award, Department of Medicine, Harbor-UCLA Medical Center, 1986

## INVITED SPEAKER AT MAJOR CONFERENCES AND SYMPOSIA:

1.  University of the Pacific. Obesity, 1974.
2.  California Employee Pharmacists Association. Obesity, 1975.
3.  Martin Luther King Hospital. Obesity, 1975.
4.  Hyatt Hotel. Nutrition, 1976.
5.  Harbor General Hospital. Third factor, 1976.
6.  Good Samaritan Hospital. Treatment of obesity, 1977.
7.  Harbor General Hospital. Obesity and drug treatment, 1978.
8.  Harbor General Hospital. Surgical treatment of obesity, 1979.
9.  American Diabetes Association, Southern California Affiliate. Protein sparing diets, 1982.
10.  Vicar International Seminar.  New medical treatment for obesity,  1983
11.  Harbor General Hospital. Practical treatment of obesity, 1983.
12.  Harbor-UCLA Medical Center, grand rounds. Obesity treatment, 1984.
13.  Weigh To Go Inc., Valley Presbyterian Hospital. Treatment of obesity, 1984.
14.  Weight Loss Clinic International Annual Meeting. Treatment of obesity, Detroit, Michigan, 1984.

15. Martin Luther King-Charles Drew Medical Center, grand rounds. Obesity treatment, 1985.
16. Continuing Medical Education for Pharmacists, Professional Seminars. Obesity treatment, Buena Park, Inglewood and Millbrae, CA, Las Vegas, NV, 1985.
17. UC Riverside Medical Student Course on Endocrinology and Metabolism, Harbor-UCLA Medical Center. Protein calorie malnutrition and obesity, 1985.
18. Weight Loss Clinic International Annual Meeting. Treatment of obesity, Toronto, Canada, 1985.
19. Harbor-UCLA Medical Center. Cyproheptadine, serotonin, and their endocrine interactions, 1985.
20. Weight Loss Clinic International Annual Meeting. Treatment of obesity, Dearborn, Michigan, 1986.
21. Harbor-UCLA Medical Center, Obesity, 1987.
22. Weight Loss Clinic International Annual Meeting. Treatment of obesity, Toronto, Canada, 1987.
23. Weight Loss Clinic International Annual Meeting. Treatment of obesity, Detroit, Michigan, 1988.
24. Weight Loss Clinic International Annual Meeting. Treatment of obesity, Detroit, Michigan, 1989.
25. Annual National Meeting of the American Society of Bariatric Physicians. Pharmacologic treatment of obesity, San Diego, California, 1989.
26. Sixth International Congress on Obesity, Satellite Symposiumon Pharmacologic. Treatment of obesity, Yokohama, Japan (clinical studies of phenyl-propanolamine: a meta analysis), 1990.
27. Harbor-UCLA Medical Center, Division of Endocrinology. Obesity treatment, 1992.
28. UCLA Extension/North American Association for the Study of Obesity, Drug treatment for obesity, 1993.
29. City of Hope. Drug treatment for obesity, Duarte, California, 1993.
30. Harbor-UCLA Medical Center, Division of Endocrinology. Drug treatment for obesity, 1993.
31. Cedars-Sinai Medical Center, Contemporary Issues in Nutrition Conference.  Obesity: diet vs. surgery, 1994.
32. City of Hope. Obesity surgery, Duarte, California, 1994.
33. NASSO Satellite Meeting on Pharmacologic Treatment. Topical fat reduction, Montreal, Canada, 1994.
34. Rotary Club. The Pennington obesity treatment study, New Roads, Louisiana, 1996.
35. Baton Rouge General Medical Center, Family Medicine Residency Program. Obesity treatment, 1996.
36. Louisiana Dietetic Association. The Pennington obesity treatment study, Baton Rouge, Louisiana, 1996.
37. American Society of Bariatric Physicians. Obesity drugs, New Orleans, Louisiana, 1997.
38. Louisiana State University Faculty Womens' Club. The Pennington obesity treatment study, Baton Rouge, Louisiana, 1997.
39. University of Kentucky Continuing Medical Education. Overview of drug therapy obesity, New Orleans, Louisiana, 1998.
40. American Society of Bariatric Physicians. Sibutramine as an obesity treatment, San Francisco, California, 1998.
41. Warner-Lambert. Chinese herbal treatment of obesity, Newark, New Jersey, 1999.
42. McNeil Specialty Co. Chinese herbal treatment of obesity, Newark, New Jersey, 1999.

43.    Institute of Medicine, National Academy of Science, Military Weight Management Programs: State of the Art and Future Initiatives. Pharmacological aids in treating obesity, Washington, D.C., 1999.
44.    TAP Pharmaceuticals. Obesity drugs in development, 2000.
45.    University of Kentucky Annual Endocrine Conference. Pharmacotherapy of obesity, 2001.
46.    Nutracon. Ephedra and obesity deciphering the science, San Diego, California, 2001.
47.    Mars Nutrition Council. Obesity treatments in development, Baton Rouge, LA, 2002.
48.    Transneuronix, Inc. Review research on gastric pacemaker and plan further trials, Baton Rouge, LA, 2002.
49.    Pan American Laboratories. Review of potentially licensable PBRC technology in medical foods, Baton Rouge, LA, 2002.
50.    Nutricia. Pharmacologic concepts: targets and compounds, Boca Raton, FL, 2002.
51.    GlaxoSmithKline. Potential obesity drugs, San Diego, CA, 2002.
52.    Metabolife International. Developing new herbal weight loss products, San Diego, CA, 2002.
53.    Moye. Review of PBRC projects with impact on economic development, Baton Rouge, LA, 2002.
54.    Pfizer Inc. Evaluation of candidate obesity drugs using measures of food intake, Baton Rouge, LA, 2002.
55.    Henan Agricultural University, Zhengzhou, Henan Province, Peoples Republic of China. Testing botanical extracts in human clinical trials, 2002.
56.    College of Biomedical Engineering, Zhejiang University, Hangzhou, Zhejiang Province, Peoples Republic of China, obesity and cancer, 2002.
57.    International Association for the Study of Obesity. Non-pharmacologic treatment of obesity: herbal aids to weight loss, Sao Paulo, Brazil, 2002.
58.    Orexigen Therapeutics, Inc. Treatments for obesity, appetite control, and control of food intake, Boston, Mass., 2003.
59.    Chinese Taipei Association for the Study of Obesity Annual Conference. (1) Alternative drug treatments of obesity and (2) Topical fat restructuring, Taipei, Taiwan, 2003.
60.    American College of Physicians (ACP). Multiple small feedings of the mind – pre-operative evaluation, obesity, geriatric conundrums, New Orleans, LA, 2003.
61.    Bissoon Institute of Mesotherapy. Training seminar lecture – local fat reduction. West Palm Beach, FL, May 2004.
62.    Bissoon Institute of Mesotherapy. Training seminar lecture – local fat reduction. Chicago, IL, July 2004.
63.    Our Lady of the Lake Regional Medical Center. Men's Health Day. A manly way to lose weight. Pennington Biomedical Research Center, Baton Rouge, La., 2004.


**PUBLICATIONS:**

**Manuscripts Published or in Press:**

1.    Chopra IJ, Tulchinsky D, Greenway FL. Estrogen-androgen imbalance in hepatic cirrhosis. Ann Intern Med 79:198-203, 1973.
2.    Greenway FL and Bray GA. Fat women are liars. Obesity/Bariatric Medicine 4:143-144, 1975.
3.    Bray GA, Dahms WT, Greenway FL, Molitch M, Mariott M, Atkinson RL. Evaluation of the obese patient. II. Clinical findings. JAMA 235:2008-2020, 1976.

4.    Benfield JR, Greenway FL, Bray GA, et al. Experiences with the jejunoileal bypass for obesity. Surg Gynecol Obstets 143:401-410, 1976.

5.    Rodin J, Bray GA, Atkinson RL, Dahms WT, Greenway FL, Hamilton K, Molitch M. Predictions for successful weight loss in an out-patient obesity clinic. Int J Obes 1:40-48, 1976.

6.    Atkinson RL, Greenway FL, Bray GA, Dahms WT, Molitch M, Hamilton K, Rodin J. Treatment of obesity: Comparisons of medical and non-physician therapists using placebo and anorectic drugs in a double-blind trial. Int J Obes 1:113-120, 1977.

7.    Greenway FL, Dahms WT, Bray GA. Phenytoin as a treatment of obesity associated with compulsive eating. Current Ther Res 21:338-342, 1977.

8.    Greenway FL and Bray GA. HCG in the treatment of obesity: A critical assessment of the Simeons method. West J Med 127:461-463, 1977.

9.    Greenway FL and Bray GA. Cholecystokinin and satiety. Life Sci 21:769-772, 1977.

10.   Bray GA, Greenway FL, Barry R, Benfield JR, Fiser R, Dahms WT, Atkinson R, Schwartz AA. Surgical treatment of obesity: A review of our experience and analysis of published reports. Int J Obes 1:331-367, 1977.

11.   Bray GA, Greenway FL, Molitch M, Dahms WT, Atkinson RL, Hamilton K. Use of anthropometric measures to assess weight loss. Am J Clin Nutr 31:769-773, 1978.

12.   Dahms WT, Molitch M, Bray GA, Greenway FL, Atkinson R, Hamilton K. Treatment of obesity: Cost-benefit assessment of behavioral therapy, placebo, and two anorectic drugs. Am J Clin Nutr 31:774-778, 1978.

13.   Greenway FL and Swerdloff RS. The effect of aspirin (prostaglandin synthetase inhibitor) on ovulation. Fertil Steril 30:364-365, 1978.

14.   Swerdloff RS and Greenway FL. Reply of the authors to a letter to the editor Re: the effect of aspirin (prostaglandin synthetase inhibitor) on ovulation. Fertil Steril 31:594, 1979.

15.   Drenick EJ, Ahmed AR, Greenway FL, Olerud JE. Cutaneous lesions after intestinal bypass. Ann Intern Med 93:557-559, 1980.

16.   Greenway FL, Heber D, Bray GA. Failure of glycerol treatment to induce weight loss in obese humans. Curr Ther Res 29:829-852, 1981.

17.   Greenway FL and Bray GA. Lactobacillus in treatment of colonic pseudobstruction. Curr Ther Res 30:611, 1981.

18.   Greenway FL, Bray GA, Lindner P. Accuracy of self-reported weights. Am J Clin Nutr 36:192-194, 1982.

19.   Greenway FL, Bray GA, Benfield JR. Greater malnutrition and liver dysfunction in women with the end-to-end than with the end-to-side ileojejunal bypass procedure for obesity. The Bariatrician Summer:8-11, 1982.

20.   Greenway FL, Heber D, Ruby RJ, Chebowski RT. Improvements in glycosuria and integrated insulin responses in type II diabetic subjects one week following a three-day fast. J Obes Weight Regul 5(4):215-221, 1986.

21.   Goldstein EJC, Kahn RM, Alpert ML, Ginsberg BP, Greenway FL, Citron DM. Ciprofloxacin versus cinoxacin in therapy of urinary tract infections: A randomized double-blind trial. Am J Med 82 Suppl 4a:284-287, 1987.

22.   Greenway FL and Bray GA. Regional fat loss from the thigh in obese women after adrenergic modulation. Clin Ther 9:663-669, 1987.

23.   Parks DG, Greenway FL, Pack AT. Prevention of recurrent herpes simplex Type II infection with lithium carbonate. Med Sci Res 16:971-972, 1988.

24.   Greenway FL. A double-blind clinical evaluation of the anorectic activity of phenylpropanolamine vs. placebo. Clin Ther 11(5):584-589, 1989.

25. Gray DS, Bray GA, Bauer M, Kaplan K, Gemayel N, Wood R, Greenway FL, Kirk S. Skin fold thickness measurements in obese patients. Am J Clin Nutr 51(4):571-578, 1990.

26. National Institutes of Health Consensus Development Conference Panel. Gastrointestinal surgery for severe obesity. Ann Intern Med 115(12):956-961, 1991.

27. Greenway FL. Clinical studies with phenylpropanolamine: A metaAnalysis. Am J Clin Nutr 55(Supp 1):203S-205S, 1992.

28. Greenway FL, Raum WJ, Atkinson RL. Higher calorie content preserves myocardial electrical activity during very-low-calorie dieting. Obes Res 2(2):95-99, 1994.

29. Greenway SE, Pack AT, Greenway FL. Treatment of depression with cyproheptadine. Pharmacotherapy 15(3):357-360, 1995.

30. Greenway FL, Bray GA, Heber D. Topical fat reduction. Obes Res 3(Suppl 4):561S-568S, 1995.

31. Anderson JW, Pi-Sunyer X, Danforth E, Dujovne CA, Greenway FL, Hill JO, Lucas CP, O'Neil PM, Smith DK. Clinical trial design for obesity agents: A workshop report. Obes Res 6(4):311-315, 1998.

32. Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway FL, Subramaniam P, Glancy DL. Serial echocardiographic and clinical evaluation of valvular regurgitation before, during and after treatment with fenfluramine or dexfenfluramine and mazindol or phentermine. Obes Res 7:313-322, 1999.

33. Greenway F, Heber D, Raum W, Morales S. Double-blind, randomized, placebo-controlled clinical trials with non-prescription medications for the treatment of obesity. Obes Res 7:370-378, 1999.

34. Greenway SE, Filler LE, Greenway FL. Topical insulin in wound healing: a randomised, double-blind, placebo-controlled trial. J Wound Care 8:526-528, 1999.

35. Ezell DM, Geiselman PJ, Anderson AM, Dowdy ML, Womble LG, Greenway FL, Zachwieja JJ. Substrate oxidation and availability during acute exercise in non-obese, obese, and post-obese sedentary females. Int J Obes Relat Metab Disord 23:1047-1056, 1999.

36. Greenway FL, Ryan DH, Bray GA, Rood JC, Tucker EW, Smith SR. Pharmaceutical cost savings of treating obesity with weight loss medications. Obes Res 7:523-531, 1999.

37. Greenway FL, Bray GA, Marlin RL. Methods to maximize retention in weight loss studies. Obes Res 7:593-596, 1999.

38. Bray GA, Blackburn GL, Ferguson JM, Greenway FL, Jain AK, Mendel CM, Mendels J, Ryan DH, Schwartz SL, Scheinbaum ML, Seaton TB. Sibutramine produces dose-related weight loss. Obes Res 7(2):189-198, 1999.

39. Greenway SE and Greenway FL. Root surface caries: a complication of the jejunoileal bypass. Obes Surg 10:33-36, 2000.

40. Greenway FL, Raum WJ, DeLany JP. The effect of an herbal dietary supplement containing ephedrine and caffeine on oxygen consumption in man. J Altern Complement Med 6:553-555, 2000.

41. Williamson DA, Womble LG, Zucker NL, Reas DL, White MA, Blouin DC, Greenway FL. Body image assessment for obesity (BIA-O): development of a new procedure. Int J Obes 24:1326-1332, 2000.

42. Heshka S, Greenway F, Anderson JW, Atkinson RL, Hill JO, Phinney S, Miller-Kovach K, Pi-Sunyer X. Self-help weight loss versus a structured commercial program after 26 weeks: a randomized controlled study. Am J Med 109:282-287, 2000.

43. Greenway FL and Smith SR. The future of obesity research. Nutrition 16:976-982, 2000.

44.  Stewart TM, Williamson DA, Smeets MAM, Greenway FL. Body morph assessment: preliminary report on the development of a computerized measure of body image. Obes Res 9:43-50, 2001.

45.  Womble LG, Williamson DA, Greenway FL, Redmann SM. Psychological and behavioral predictors of weight loss during drug treatment for obesity. Int J Obes 25:340-345, 2001.

46.  Smith SR, Lovejoy JC, Greenway F, Ryan D, de Jonge L, de la Bretonne J, Volaufova J, Bray GA. Contributions of total body fat, abdominal subcutaneous adipose tissue compartments, and visceral adipose tissue to the metabolic complications of obesity. Metabolism 50:425-435, 2001.

47.  Womble LG, Williamson DA, Martin CK, Zucker NL, Thaw JM, Netemeyer R, Lovejoy JC, Greenway FL. Psychosocial variables associated with binge eating in obese males and females. Int J Eat Disord 30(2):217-221, 2001.

48.  Lovejoy JC, Most MM, Lefevre M, Greenway FL, Rood JC. Effect of diets enriched in almonds on insulin action and serum lipids in adults with normal glucose tolerance or type 2 diabetes. Am J Clin Nutr 76(5):1000-1006, 2002.

49.  Greenway FL (The DPP Research Group). The Diabetes Prevention Program: recruitment methods and results. Control Clin Trials 23(2):157-71, 2002.

50.  Greenway FL (The DPP Research Group). Reduction in the incidence of type 2 diabetes with lifestyle intervention or metformin. N Engl J Med 346(6):393-403, 2002.

51.  White MA, Whisenhunt BL, Williamson DA, Greenway FL, Netemeyer RG. Development and validation of the food-craving inventory. Obes Res 10(2):107-114, 2002.

52.  Vash PD, Engels TM, Kandeel FR, Greenway FL. Scrotal cooling increases rectal temperature in man. Exp Biol Med 227(2):105-107, 2002.

53.  Anderson JW, Greenway FL, Fujioka K, Gadde KM, McKenney J, O'Neil P. Bupropion SR significantly enhances weight loss: a 24-week double-blind, placebo-controlled trial with placebo group randomized to bupropion SR during 24-week extension. Obes Res 10(7):633-641, 2002.

54.  Heshka S, Anderson JW, Atkinson RL, Greenway FL, Hill JO, Phinney SD, Kolotkin RL, Miller-Kovach K, Pi-Sunyer FX. Weight loss with self-help compared with a structured commercial program – a randomized trial. JAMA 289(14):1792-1798, 2003.

55.  Allen JD, Johnson LG, Geaghan JP, Greenway F, Welsch MA. Time course of improved flow-mediated dilation after short-term exercise training. Med Sci Sports Exer 35(5):847-853, 2003.

56.  Greenway FL, Frome BM, Engels TM, McLellan A. Temporary relief of postherpetic neuralgia pain with topical geranium oil (Letter to the Editor). Am J Med 115:586, November 2003.

57.  Roberts A, King J, Greenway F. Class III obesity continues to rise in African-American women. Obes Surg 14:533-535, 2004.

58.  Greenway F, de Jonge L, Blanchard D, Frisard M, Smith SR. Effect of a dietary herbal supplement containing caffeine and ephedra on weight, metabolic rate, and body composition. Obes Res 12(7):1152-1157, 2004.

59.  Caruso MK, Guillot TS, Nguyen T, Greenway FL. The cost-effectiveness of three different measures of breast volume. Aesthetic Plast Surg, June 2004 (accepted 1/2005).

60.  Liu Z, Schwimer J, Liu D, Greenway FL, Anthony CT, Woltering EA. Black raspberry extract and fractions contain angiogenesis inhibitors. J Agric Food Chem 53:3909-3915, 2005.

61.   Frisard MI, Greenway FL, DeLany JP. Comparison of methods to assess body composition changes during a period of weight loss. Obes Res 13(5):845-854, 2005.

**Manuscripts Submitted or in Revision:**

1.    Drab DL, Williamson DA, Greenway FL, Mayville SB, Martin CK, York-Crowe E. Do people do what they say they are going to do? The relationship between motivation and behavior change in a weight management program

2.    Roberts A, de Jonge L, Parker CC, Greenway FL. The effect of an herbal supplement containing black tea and caffeine on oxygen consumption over 2 hours. Altern Med Rev, February 2005 (submitted).

3.    Reas DL, Williamson DA, Greenway F, Raum WJ, Fujioka K. Body size dissatisfaction in obese women following weight loss treatment. Obes Res, October, 2003 (rejected-resubmitting).

4.    Peyman, Woltering, Greenway, et al. Antiangiogenesis effect of RUS, a Chinese sweet tea extract in experimental corneal neovascularization. Ophthalmic Surg Lasers, January 2004 (submitted).

5.    Peyman, Woltering, Greenway, et al. Ocular toxicity of intravitreal RUS, a Chinese sweet tea extract. Ophthalmic Surg Lasers, January 2004 (submitted).

6.    Ryan DH, Greenway FL, Smith SR. Ephedrine and caffeine elevate CK (Letter to the Editor). Submitted to N Engl J Med, February 2004 (rejected-resubmitting).

7.    Greenway FL, de Jonge L, Martin CK, Roberts AT, Gundy I, Parker C. Dietary herbal supplements with phenylphrine for weight loss. Diabetes Metab, May 2004 (submitted).

8.    Fujioka K, Greenway F, Sheard J, Yu Y. The effects of grapefruit on weight and insulin resistance: relationship to the metabolic syndrome. J Med Food, April 2005 (submitted).

9.    Roberts A, Parker C, Grundy I, de Jonge L, Most M, Ferguson J, Greenway F. Globin digest: no evidence for a weight loss mechanism. Pharmacology, May 2004 (submitted).

10.   Roberts A, de Jonge L, Parker CC, Grundy IR, Yu Y, Greenway FL. The effect of ephedrine, caffeine, catechins, and their combinations on oxygen consumption in man. Pharmacotherapy, May 2004 (in review).

**Chapters and Reviews:**

1.    Bray GA and Greenway FL. Pharmacologic approaches to treating the obese patient. Clinics Endocrinol Metab 5:455-479, 1976.

2.    Bray GA, Dahms WT, Greenway FL, Solares MM, Molitch MS, Atkinson RL. Clinical findings in obesity. In: Using the Clinical Laboratory in Medical Decision Making (G.D. Lundberg, ed.), ASCP, Chicago, 117-122, 1983.

3.    Greenway F.L. Anorectic drugs. Con Ob/Gyn 21:105-120, 1983.

4.    Bray GA and Greenway FL. Obesity: future directions for research. In: Fat Distribution and Metabolic Risk Factors During Growth and Later Health Outcomes, C. Bouchard and F. Johnson, eds, Alan R. Liss, Inc., New York, 333-350, 1988.

5.    Greenway FL. Drug therapy of obesity. Diab Care Educ 16(6):5-9, 1995.

6.    Greenway FL. Surgery for Obesity. Endocrinol Metab Clin North Am 25(4):1005-1027, 1996.

7.    Greenway FL. Member, Committee for the Development of Guidance for Treatment of Adult Obesity. Shape Up America! and the American Obesity Association. November 1996.

8.    Greenway FL. Obesity. In Conn's Current Therapy, R.E. Rakel, Editor, W.B. Saunders Co. Philadelphia, 564-572, 1997.
9.    Greenway FL. Obesity medications and the treatment of type 2 diabetes. Diabetes Technol Ther 1:277-287, 1999.
10.    Bray GA and Greenway FL. Current and potential drugs for treatment of obesity. Endocr Rev 20:805-875, 1999.
11.    Greenway FL. The safety and efficacy of pharmaceutical and herbal caffeine and ephedrine use as a weight loss agent. Obes Rev 2:199-211, 2001.
12.    Greenway SE, Greenway FL, Klein S. Effects of obesity surgery on non-insulin dependent diabetes mellitus. Arch Surg 137(10):1109-17, 2002.
13.    Greenway F. Non-pharmacologic treatment of obesity: herbal aids to weight loss. In Progress in Obesity Research: 9, Proceedings of Sao Paulo Congress 2002, G. Medeiros-Neto, A. Halpern, C. Bouchard, eds. John Libbey Eurotext Ltd, London, UK, 1035-1039.
14.    Greenway F. Use of pharmacological aids in weight management. In: Weight Management – State of the Science and Opportunities for Military Programs. Subcommittee on Military Weight Management Committee on Military Nutrition Research Food and Nutrition Board, The National Academies Press, Washington, DC, 213-217, 2003.
15.    Greenway FL, Greenway SE, Raum WJ. The physiology of the brain, the gut, and the fat cells in the morbidly obese. In Obesity Surgery. Louis F. Martin, ed. McGraw-Hill, New York, 49-65, 2004.
16.    Greenway F. Clinical evaluation of the obese patient. In Office Management of Obesity, G.A. Bray, ed. Elsevier Inc., Philadelphia, 141-156, 2004.
17.    Hamilton M and Greenway F. Evidence based medicine: benefits of weight loss – obesity and associated complications. In Pharmacotherapy of Obesity – Options and Alternatives, K.G. Hofbauer and Ulrich Keller, eds. Taylor & Francis Books Ltd., New York, 87-117, 2004.
18.    Greenway FL and Heber D. Herbal and alternative approaches to obesity. In Handbook of Obesity, G.A. Bray and C. Bouchard, eds. Marcel Dekker, Inc., New York, 329-358, 2004.
19.    Hamilton M and Greenway F. Evaluating commercial weight loss programmes: an evolution in outcomes research. Obes Rev 5:217-232, 2004.
20.    Cefalu WT and Greenway FL. Approach to treatment of obesity: rationale and use of pharmacologic agents and nutritional supplements. In Clinical Diabetes, Vivian A. Fonseca, ed., W.B. Saunders, pub., Elsevier Inc.
21.    Greenway FL. Another type of intervention: Treating obesity with medication. JADA 105(6):895-898, 2005.

**Abstracts:**

1.    Chopra IJ, Tulchinsky D, Greenway FL. Alterations in circulating testosterone, dihydrotestosterone, estradiol-17 beta and gonadotropins in men with hepatic cirrhosis. Clin Res 21:200, 1973.
2.    Greenway FL, Barry RE, Chow AW, Nicell PT, Bray GA, Benfield JR. Pseudo-obstruction following jejunoileal bypass. Surg Forum 1876, 1975.
3.    Bray GA, Dahms WT, Atkinson RL, Greenway FL, Molitch M. Comparison of drugs and therapists in the treatment of obesity. Am College Phys 4176, 1976.
4.    Greenway FL and Bray GA. The value of skin folds as a technique for following weight loss in obese patients. Clin Res 25:114a, 1977.

5.    Greenway FL, Heber D, Bray GA.  Failure of oral glycerol treatment to induce weight loss in humans.  Clin Res 25:16a, 1980.

6.    Heber D, Greenway FL, Ruby R, Chlebowski RT.  Decreased glycosuria in non-insulin dependent diabetics following fasting via decreased glucose production.  Clin Res 28:49a, 1980.

7.    Greenway FL, Heber D, Ruby R, Chlebowski RT.  Decreased glycosuria in non-insulin dependent diabetics following fasting via decreased glucose production.  Diabetes 29(2):72a, May 1980.

8.    Kamrath RO and Greenway FL.  The correlation between plasma and salivary glucose.  Diabetes 31(2):85a, May 1982.

9.    Pack AT and Greenway FL.  The successful treatment of depression with cypoheptadine in subjects with a negative dexamethasone depression test.  Clin Res 31:26a, 1983.

10.   Kamrath RO, Greenway FL, Heinemann E.  Acarbose (BAY-g-5421) promotes weight loss in obese Type II diabetics.  Clin Res 31:56a, 1983.

11.   Jelen B and Greenway FL.  Gum line cavities, low salivary bicarbonate and high salivary chloride are complications of the intestinal bypass for obesity.  Clin Res 31:65a, 1983.

12.   Jelen B and Greenway FL.  Glucomannan in the treatment of Type II diabetics.  Clin Res 32:57a, 1984.

13.   Jelen B and Greenway FL.  Acarbose (BAY-g-5421) in the treatment of insulin-dependent diabetics.  Clin Res 32:49a, 1984.

14.   Jelen B, Greenway FL, Heber D.  Variability of the alcohol-induced flushing response and its relationship to three oral hypoglycemics.  Diabetes 33(1):108a, 1984.

15.   Whang SJ and Greenway FL.  The effect of topical insulin on wound healing in diabetic and non-diabetic subjects.  Clin Res 33:67a, 1985.

16.   Kamrath RO and Greenway FL.  Acarbose (BAY-g-5421) promotes weight loss in Type II diabetics.  Int J Obes 9:a162, 1985.

17.   Greenway FL, Atkinson RL, Wood RD, Bray GA. Reduction of electrocardiographic (EKG) by very low calorie dieting, (VLCD) for obesity.  Int J Obes 9:a121, 1985.

18.   Greenway FL and Parks DG.  Successful treatment of post-menopausal hot flushes with cyproheptadine.  Clin Res 34:22a, 1986.

19.   McNamara DA, Greenway FL, Bray GA.  Success of a nurse-directed commercial weight loss program.  Clin Res 35:165A, 1987.

20.   Parks DG, Greenway FL, Pack AT.  Prevention of recurrent herpes Type II infection with lithium carbonate.  Clin Res 36:147a, 1988.

21.   Greenway FL, Schteingart D, Marlin R, Lee I, Atkinson RL, Bray GA.  Contingency contracting reduces dropout rate in weight loss studies using phenylpropanolamine.  Int J Obes 13(4):554, 1989.

22.   Eshelby A, McNamara D, Greenway F, Raum W, Bray G.  Comparison of high and low carbohydrate diets in a commercial weight loss business.  Int J Obes 14(2):107, 1990.

23.   Greenway FL and Raum WJ.  Higher carbohydrate content preserves myocardial electrical activity during very-low-calorie diets.  Obes Res 1(1):20S, 1993.

24.   Hamilton EC, Greenway FL, Bray GA.  Regional fat loss from the thigh in women using topical 2% aminophylline cream.  Obes Res 1(2):95S, 1993.

25.   Bray GA, Blackburn GL, Ferguson JM, Greenway FL, Jain A, Kaiser PG, Mendels J, Ryan D, Schwartz SL.  Sibutramine – dose response and long-term efficacy in weight loss, a double-blind study.  Int J Obes 18(2):60, 1994.

26.   Mendels J, Blackburn GL, Bray GA, Ferguson JM, Greenway FL, Jain A, Kaiser PE, Ryan D, Schwartz SL.  Sibutramine and long-term weight loss:  Percent of patients losing five and ten percent of baseline weight.  Int J Obes 18(2):61, 1994.

27. Greenway FL, Raum WJ, Peyregne AM. Response of energy expenditure to an herbal dietary supplement (DietMax) sold for weight loss. Obes Res 3 (Suppl 3):398S, 1995.

28. Ferguson JM, Bray GA, Ryan DH, Greenway FL, Jain A, Kaiser PE, Mendels J, Schwartz SL. Sibutramine: Improvement in overall patient condition following long term weight loss. Obes Res 3(Suppl 3):398S, 1995.

29. Ryan DH, Bray GA, Wilson JK, Machiavelli RE, Heidingsfelder S, Greenway FL, Gordon DL, Williamson DA, Champagne CM. Treatment for 2½ years with sibutramine. Obes Res 4(Suppl 1):31S, 1996.

30. Greenway FL, Meador EH, Chardkoff LN, Ryan DH, Champagne C, Williamson DA, Bray GA. Treatment of obese Type II diabetic men with fenfluramine and either mazindol or phentermine. Diabetes, J Am Diabetes Association Abstract Book, 56th Annual Meeting and Scientific Sessions, 45(2):331A, 1996.

31. Blackburn GL, Heymsfield SB, Carr A, DiGirolamo M, Foreyt JP, Fujioka K, Greenway FL, Hill JO, O'Neil PM, Manyak C, Lubina J, Staten M. Characterization of serum leptin concentrations in the general adult population. J Obes Res, 4(1):36S, 1996.

32. Greenway FL, Bray GA, Ryan DH, Rood JC, Tucker EW. Treating obesity co-morbidities with anorectics saves money. Obes Res 5:56S, 1997.

33. Sander GE, Ryan DH, Bray GA, Greenway FL, Kerut EK, Giles TD. Fenfluramine combination therapy for obesity: the appearance rate of aortic regurgitation on serial echoes parallels the incidence in a larger cohort population. JACC, 1067-21:151A, 1998.

34. Lovejoy JC, Windhauser MM, Schorle SM, Klemperer MD, Rood JC, Greenway FL. Effect of almond consumption on insulin sensitivity and blood lipids in healthy adults. FASEB J, 12:A507, 1998.

35. Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam PN, Glancy DL. Serial echocardiographic/clinical evaluation: patients treated with fenfluramine (F) or dexfenfluramine (D). Presented at the Nutrition, Genetics and Obesity Symposium, Pennington Biomedical Research Center, Baton Rouge, Louisiana, Mar 1-3, 1998.

36. Lovejoy J, Windhauser M, Schorle S, Klemperer M, Rood J, Greenway F. Short-term almond consumption lowers cholesterol despite increases in fat intake and body weight. 8th International Congress on Obesity, Paris, France, Aug 29-Sep 3, 1998.

37. Ryan DH, Bray GA, Helmcke F, Sander G, Volaufova J, Greenway F, Subramaniam PN, Glancy DL. Echocardiographic abnormalities in patients treated with fenfluramine (F) or dexfenfluramine (D). 8th International Congress on Obesity, Paris, France, Aug 29-Sep 3, 1998.

38. Lefevre M, Greenway F, Smith S, Ryan D, Bray G, Morales S, Redmann S. Genetic mutations that predict weight loss in an obesity treatment program. 8th International Congress on Obesity, Paris, France. Int J Obes 22(3):P61, 1998.

39. Pekarovics S, Raum WJ, Greenway FL. Obesity drugs: xanthines in regional fat reduction. Western Regional Meetings, Carmel, California, February, 1999.

40. Heshka S, Greenway F, Miller-Kovach K, Pi-Sunyer FX. Structured commercial weight loss program improves homocysteine levels compared to self-help weight loss. FASEB J 13:A269, 1999.

41. Ryan DH, Bray GA, Greenway F, Helmcke F. Does valvulopathy in patients treated with appetitie suppressants regress over time? Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

42. White MA, Whisenhunt BL, Williamson DA, Greenway FL. The food craving inventory and implications for weight loss treatment. Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

43.    Heshka S, Greenway F, Anderson JW, Atkinson RL, Hill JO, Phinney S, Miller-Kovach K, Pi-Sunyer FX. Self-help weight loss versus a structured commercial program after 26 weeks: a randomized controlled study. Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

44.    Greenway FL, Morales S, DeLany JP, Bray GA. Causes of error in methods for determining body composition during weight loss. Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

45.    Sothern M, Gordon S, Greenway F, Blecker U, Udall C, Udall J. A family-based, multi-disciplinary treatment program reduces body mass index in obese 5 to 7 year olds. Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

46.    White MA, Whisenhunt BL, Williamson DA, Greenway FL. The food craving inventory and implications for weight loss treatment. Presented at the NAASO Annual Meeting, Charleston, SC, 1999.

47.    Williamson DA, Womble LG, Zucker NL, Reas DJ, White MA, Blouin DC, Greenway F. Body image assessment for obesity (BIA-O): development of a new measure. Poster presentation at the NAASO Annual Meeting, Charleston, SC, 1999.

48.    Heshka S, Anderson JW, Atkinson RL, Phinney SD, Greenway F, Hill JO, Miller-Kovach K, Pi-Sunyer FX. Self-help weight loss versus a structured commercial program after 1 year: a randomized controlled study. FASEB J 14(4):37, 2000.

49.    Williamson D, Geiselman P, Greenway F, Mickley N, Martin C. Stability of human eating behavior in males and females as a function of types of meals. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

50.    Heshka S, Anderson JW, Atkinson RL, Greenway F, Hill JO, Phinney S, Miller-Kovach K, Pi-Sunyer FX. A randomized, controlled 2-year study of self-help weight loss compared with a structured commercial program. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

51.    Raum W, Raum J, Greenway F, Klein S. Quality and quantity of surgically induced weight loss for morbid obesity improved by treatment with ephedrine. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

52.    Greenway F, de Jonge L, Tucker E, Rood J, Smith S. Caffeine and ephedrine become more beta-3 selective with time. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

53.    Martin C, Williamson D, Mickley N, Greenway F. Food cravings and consumption of a high fat, high sugar food: gender and ethnic differences. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

54.    Anderson JW, Greenway F, Fujioka K, Gadde K, McKenney J, O'Neil P. Bupropion SR significantly enhances weight loss when used with a moderate-intensity lifestyle intervention. Presented at the Annual NAASO Meeting, Long Beach, CA, October 29-November 2, 2000.

55.    Heshka S, JW Anderson, RL Atkinson, F Greenway, JO Hill, SD Phinney, K Miller-Kovach, FX Pi-Sunyer. Two-year randomized controlled study of self-help weight loss vs a structured commercial program. FASEB J 15:A623, 2001.

56.    Heshka S, Anderson JW, Atkinson RL, Greenway F, Hill JO, Phinney S, Miller-Kovach K, Pi-Sunyer FX. Self-help weight loss vs a structured commercial program: a two-year randomized controlled trial. Presented at the Annual NAASO Meeting, Quebec City, Canada, October 7-10, 2001.

57.    de Jonge L, Frisard M, Blanchard D, Greenway F. Safety and efficacy of an herbal dietary supplement containing caffeine and ephedra for obesity treatment. Presented at the Annual NAASO Meeting, Quebec City, Canada, October 7-10, 2001.

58. Anderson JW, Greenway F, Fujioka K, Gadde K, McKenney J, O'Neil P. Bupropion SR significantly enhances weight loss when used with a moderate-intensity lifestyle intervention: a 48-week study. Presented at American Diabetes Association, Philadelphia, PA. Diabetes 50:A21, 2001.

59. White MA, Whisenhunt BL, Williamson DA, Greenway FL, Netemeyer RG. Development and validation of the food-craving inventory. Exp Biol Med 227(2):105-107, 2002.

60. Anderson JW, Greenway F, Fujioka K, Gadde K, McKenney J, O'Neil P. Bupropion SR significantly enhances weight loss when used with a moderate-intensity lifestyle intervention: a 48-week study. Presented at Nutrition Week, San Diego, CA. Am J Clin Nutr 75(2)379S, 2002.

61. Miller-Kovach K, Heshka S, Anderson J, Atkinson R, Greenway F, Hill J, Phinney S, Pi-Sunyer X. Biological indices from a 2-year, randomized controlled trial of weight loss with self-help vs a commercial program. Presented at Nutrition Week, San Diego, CA, February, 2002.

62. Ravussin E, Williamson D, de Jonge L, Caglayan S, Thaw JM, Walden H, Wong ML, Tataranni PA, Wagner A, DiPaoli A, Greenway F, Ozata M, Alvarado I, Licinio J. Effects of human leptin replacement on food intake and energy metabolism in three leptin-deficient adults. Presented at the annual Endocrine Society Meetings, San Francisco, CA, June, 2002.

63. Greenway F, Smith S, Fujioka K. A-200, a long-acting leptin analog, does not enhance fat, visceral fat, or weight loss when combined with caffeine and ephedrine in obese subjects. Presented at the 9th International Congress on Obesity, Sao Paulo, Brazil, August, 2002.

64. Roberts AT, de Jonge L, Parker C, Greenway F. The effect of black tea extract and caffeine (TeaLean) on oxygen consumption in man. FASEB J 17(4):A328, 2003.

65. Reas DL, Williamson DA, Greenway F, Raum B, Fujioka K, Bethancourt I, Stewart L, Blanchard D, Arnett C, Walden H, Thaw J, Antolik E. Relationship between weight loss and body image in obese females seeking weight loss treatment. Presented at the 2003 International Conference on Eating Disorders. Omni Interlocken Resort, Denver, CO, May 29-31,2003.

66. Martin C, Greenway F, White M, Ortego L. The effect of ecopipam on food cravings and binge eating pathology during a six-month weight loss trial. Obes Res 11:395-P;Sept 2003.

67. Martin C, Greenway F, O'Neil P, Anderson J, Fujioka K, Gadde K, McKenney J, White M. The effect of bupropion on food craving over 24 weeks in a multicenter weight loss trial. 11-402-P;Sept 2003.

68. Taylor A, Fountaine R, Martin C, Mancuso J, Greenway F. Reproducibility of food intake measurements and early detection of efficacy of anorectic drugs. Presented at NAASO 2003 Annual Meeting, Ft. Lauderdale, FL, October 11-15. Obes Res 11:405-P;Sept 2003.

69. Lustig R, Greenway F, Velasquez P, Heimburger D, Schumacher D, Smith D, Smith W, Soler N, Zhu W, Hedrick J, Hohneker J. Weight loss in obese adults with insulin hypersecretion (IH) treated with sandostatin LAR[®] depot. Presented at the 2003 Annual Scientific NAASO Meeting, Ft. Lauderdale, FL, October 11-15, 2003.

70. Fujioka K, Sheard J, Greenway FL, Stewart L. Fresh grapefruit causes weight loss. Presented at the 2004 American Diabetes Association Meeting, Orlando, FL, (hot topic) June 4-8, 2004.

71. Martin C and Greenway FL. Diolean, an ephedra-free dietary herbal supplement, reduces fat craving and intake of calories, fat, and carbohydrate. Presented at The

Endocrine Society 86th Annual Meeting, New Orleans, LA, June 16-19, 2004. Program and Abstracts, Endocrine Society Press, Chevy Chase, MD. P2-350:391.

72. Fujioka K, Greenway F, Sheard J. The effects of grapefruit on weight and insulin resistance: relationship to the metabolic syndrome. Presented at the 64th Scientific Sessions, Orlando, FL, June 4-8, 2004. Diabetes 52:A594, 2004.

## INVENTIONS AND PATENTS:

### Granted:

1. Greenway FL and Bray GA. Treatment for selective weight control. U.S. Patent No. 4,525,359 issued June 25, 1985.
2. Greenway FL and Bray GA. Treatment for selective weight control. U.S. Patent No. 4,588,724 issued May 13, 1986.
3. Greenway FL and Bray GA. Potato chip having no added fat or globular protein. U.S. Patent No. 5,952,026 issued September 14, 1999.
4. Greenway FL and Rood JC. Method and Composition for Delivering Therapeutically Effective Amounts of Pyruvate to a Mammal. U.S. Patent No. 6,417,231 issued July 9, 2002.

### Pending:

1. Greenway FL, Liu Z, Woltering E. Inhibition of angiogenesis and destruction of angiogenic vessels with certain plant extracts, gallic acid and its derivatives. Filed May 27, 2004. Serial no. PCT/US04/16647, filed May 28, 2003 (File no. 02P01W Greenway).
2. Greenway FL, Roberts AT. Waist Chain and Related Method, U.S. Patent Application Serial No. 10/713,518; U.S. Patent and Trademark Office, filed November 14, 2003 (File # 15894/099042-00).

## SERVICE:

### Committee Assignments:

#### International

Chairman, North American Association for the Study of Obesity Clinical Committee

#### National

Obesity Research Network Executive Committee

#### Local

#### Institution

Institutional Review Board, Louisiana State University
Safety Committee, Pennington Biomedical Research Center

**Grant Reviewing**

1. John Sealy Memorial Endowment Fund, 2001
2. Department of Veterans Affairs, Research and Development Committee, Lexington VA Medical Center, 2002

**Consultant Positions**

1. Jenny Craig, Medical Advisor and Chairman, Medical Advisory Board
2. Health and Nutrition Technology, Medical Advisory Board
3. GlaxoSmithKline, Obesity Advisory Board
4. General Nutrition Corporation, Medical Advisor
5. Orexigen, Clinical Development
6. Nastech Pharmaceutical Company, Inc., Medical Advisor
7. ABIC International Consultants, Inc., Medical Advisor for obesity project
8. The RAND Corporation, Medical Advisor

**Clinical Services**

Provide medical support for approximately one-half of the patients in clinical studies and on-call approximately one-half of each year.

**Ad Hoc Manuscript Reviewer**

1. American Journal of Clinical Nutrition
2. American Journal of the Medical Sciences
3. Annals of Internal Medicine
4. British Journal of Clinical Pharmacology
5. Clinical Pharmacology and Therapeutics
6. Diabetes Care
7. Endocrine Practice
8. European Journal of Clinical Nutrition
9. Expert Opinion on Drug Safety
10. Food and Chemical Toxicology
11. International Journal of Obesity and Related Metabolic Disorders
12. Journal of the American Medical Association
13. Mayo Clinic Proceedings
14. Nutrition
15. Obesity Research
16. Obesity Surgery
17. Pediatrics
18. Southern Medical Journal

**Conference Organization**

Obesity Research Network Meeting, Baton Rouge, Louisiana, March 1999

**TEACHING:**

**Courses Taught**

1.   Lecturer for course no. 7029 Woody Medicinal Plants, course instructor Zhijun
     Liu, Louisiana State University, Baton Rouge, LA, 1999
2.   Lecturer at ethics seminar, instructor Forest Smith, FDS Consulting and
     Counseling, Louisiana State University (NSF REU), Baton Rouge, LA, 2003
3.   Lecturer at Men's Health Day, Knapp Hall, Louisiana State University, Ag Center,
     Baton Rouge, LA, 2003
4.   Lecturer for course no. HUEC 4021, course instructor Prithiva Chanmugam,
     Louisiana State University, Baton Rouge, LA, 2004
5.   Lecturer at ethics seminar, instructor Forest Smith, FDS Consulting and
     Counseling, Louisiana State University (NSF REU), Baton Rouge, LA, 2004

**Theses and Dissertation Committees**

1.   Denae Drab, M.S. degree, Department of Psychology,
     Louisiana State University, Baton Rouge, LA
2.   Roshaun Mathews, M.S. degree, Department of Kinesiology,
     Louisiana State University, Baton Rouge, LA
3.   Deborah Rees, Ph.D. degree, Department of Psychology,
     Louisiana State University, Baton Rouge, LA
4.   Marney White, Ph.D. degree, Department of Psychology,
     Louisiana State University, Baton Rouge, LA
5.   Dustin Dean, Ph.D. degree, Department of Animal Science,
     Louisiana State University, Baton Rouge, LA

**CME Courses**

1.   Obesity Research Network, University of Kentucky. Consensus panel on obesity
     drug trial design, New Orleans, LA, 1997.
2.   American Society of Bariatric Physicians. Obesity drugs, New Orleans, LA, 1997.
3.   Obesity Research Network, University of Kentucky. Obesity drugs, New Orleans,
     LA, 1998.
4.   American Society of Bariatric Physicians. Sibutramine San Francisco, CA, 1998.
5.   Roche Pharmaceuticals, Primary Care Physicians. Orlistat, Pensacola, FL, 1999.
6.   Roche Pharmaceuticals, Primary Care Physicians. Orlistat, Baton Rouge, LA,
     1999.
7.   Knoll Pharmaceuticals, Primary Care Physicians. Obesity treatment, Lake
     Charles, LA, 1999.
8.   Roche Pharmaceuticals, Primary Care Physicians. Orlistat, Lake Charles, LA,
     2000.
9.   Louisiana Primary Care Association, Inc. Obesity as a chronic disease, Lake
     Charles, LA, 2000.
10.  Torrance Memorial Medical Center. Trends and issues in diabetes,  Torrance,
     CA, 2001.
11.  The University of Kentucky Medical Center. Office management of endocrine
     problems: new horizons, Lexington, KY, 2001.
12.  International Association for the Study of Obesity. Non-pharmacologic treatment
     of obesity: herbal aids to weight loss, Sao Paulo, Brazil, 2002.

13.    Bissoon Institute of Mesotherapy. Lipolysis, W. Palm Bch., FL., 2003

*revised 6/04*