UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| FEDERAL TRADE COMMISSION, Plaintiff, v. DIRECT MARKETING CONCEPTS, INC, et al, Defendants | CIVIL ACTION NO. 04-CV 11136GAO |
|---|---|

## AFFIDAVIT OF CHRISTINE A. MAGGS

I Christine A. Maggs, under oath declare as follows:

1. I am a phycologist with 25 years of experience of marine algae, both in pure research and applied research such as the use of algae as bone and dental implants (a current European Union-funded project HIPPOCRATES). I regularly attend conferences (normally 2-3 per year) and I have heard several excellent presentations on the potential value of seaweeds in a healthy diet. Comparisons with the Japanese population are frequently made. They consume 5 g per day of seaweed, and have generally low levels of cancer.

2. I reviewed the documents provided by ITV, including the declaration by Dr. Christine Skibola on the effectiveness and safety of sea vegetable products.

3. Dr. Skibola makes many reasonable comments on the need for trials of particular products. However, her overall conclusion that there is little or no evidence for the

effectiveness of seaweeds "sea vegetables" as potential treatments for various diseases is not accurate.

4.   I have searched the literature database (Web of Knowledge, with all papers peer-reviewed) using the search terms "alga* and cancer" and "*Laminaria* and cancer". I read through the abstracts for the last 2-3 years, and selected only the papers that deal with seaweeds (i.e. macroalgae) as opposed to microalgae. Many papers report a potential anti-cancer activity of seaweeds. A selection of the abstracts are attached as Exhibits 1-10.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of June, 2005 in ___Belfast_____.

_____
CHRISTINE A. MAGGS