The cytotoxicity of Scytosiphon lomentaria against HL-60 promyelocytic leukemia cells

Kim SC, Park SY, Hyoun JH, Cho HY, Kang JH, Lee YK, Park DB, Yoo ES, Kang HK

**CANCER BIOTHERAPY AND RADIOPHARMACEUTICALS**
19 (5): 641-648 OCT 2004

**Document type:** Article   **Language:** English

**Abstract:**

This study examined the cytotoxicity of Scytosiphon lomentaria, using various **cancer** cell lines. The ethyl acetate (EtOAc) fraction of this **alga** showed the cytotoxicity to leukemia cells, including HL-60. When HL-60 cells were treated with its EtOAc fraction, several apoptotic characteristics, such as DNA firagmentation, chromatin condensation, and an increase of the population of sub-G1 hypodiploid cells, were observed. Moreover, the EtOAc fraction decreased c-Myc expression in a dose-dependent manner. In order to understand the mechanism of apoptosis induction by S, lomentaria, we examined the changes of Bcl-2 and Bax protein expression levels. The EtOAc fraction reduced Bcl-2, an antiapoptotic protein, but increased Bax, a proapoptotic protein, in a dose-dependent manner. When we examined the activation of caspase-3, an effector of apoptosis, the expression of the active form (19 kDa) of caspase-3 increased, and the increase of their activities was demonstrated by the cleavage of poly (ADP-ribose) polymerase, a substrate of caspase-3, to 85 kDa. The results suggest that the inhibitory effect of S. lomentaria on the growth of HL-60 appears to arise from the induction of apoptosis by way of the down-regulation of Bcl-2 and the activation of caspase.