**Inhibitory phlorotannins from the edible brown alga Ecklonia stolonifera on total reactive oxygen species (ROS) generation**
Kang HS, Chung HY, Kim JY, Son BW, Jung HA, Choi JS
**ARCHIVES OF PHARMACAL RESEARCH**
27 (2): 194-198 FEB 2004
**Document type:** Article    **Language:** English
**Abstract:**
Reactive oxygen species (ROS) play an important role in the pathogenesis of many human degenerative diseases such as **cancer**, aging, arteriosclerosis, and rheumatism. Much attention has been focused on the development of safe and effective antioxidants. To discover sources of antioxidative activity in marine **algae**, extracts from 17 kinds of seaweed were screened for their inhibitory effect on total ROS generation in kidney homogenate using 2',7'-dichlorofluorescein diacetate (DCFH-DA). ROS inhibition was seen in three species: Ulva pertusa, Symphyocladia latiuscula, and Ecklonia stolonifera. At a final concentration of 25 mug/mL, U. pertusa inhibited 85.65 +/- 20.28% of total ROS generation, S. latiscula caused 50.63 +/- 0.09% inhibitory, and the Ecklonia species was 44.30 +/- 7.33% inhibition. E. stolonifera OKAMURA (Laminariaceae), which belongs to the brown **algae**, has been further investigated because it is commonly used as a foodstuff in Korea. Five compounds, phloroglucinol (1), eckstolonol (2), eckol (3), phlorofucofuroeckol A (4), and dieckol (5), isolated from the ethyl acetate soluble fraction of the methanolic extract of E stolonifera inhibited total ROS generation.