

*Laminaria*
**Antioxidative activity of animal and vegetable dietary fibers**
Suzuki N, Fujimura A, Nagai T, Mizumoto I, Itami T, Hatate H, Nozawa T, Kato N, Nomoto T, Yoda B
**BIOFACTORS**
21 (1-4): 329-333 Sp. Iss. SI 2004
**Document type:** Article    **Language:** English
**Abstract:**
Some dietary fibers originated from insects such as silkworm (Sericin) and others along with constituents of several representative seaweeds such as wakame Undaria pinnatifida; hijiki Hizikiafusifome; and kombu **Laminaria** japonica, were found to have fairly large reaction rates determined by quenching experiments of emission spectra in the near-infrared region lambda(max) 1270 nm for singlet oxygen O-1(2), Cypridina luminescence method for superoxide, and peroxide value (POV) for autoxidation. The determined reaction rates are between $10(3)$ $10(5)$ $(g/L)(-1)$ $s(-1)$ for the insect and the plant dietary fibers; the larger ones are as large as that of ascorbic acid, $1.93 \times 10(4)$ $(g/L)(-1)$ $s(-1)$ for singlet oxygen. Most of these seaweed constituents also showed antioxidative activity against autoxidation and superoxide as well as their immunological enhancing activity. These results suggest a possibility that dietary fibers that are supposed to prevent the large-intestine **cancer** by their physical properties may prevent the **cancer**, at least in parts, by their chemical, antioxidative activity.