**RONALD JOSEPH AMEN, Ph.D.**
18101 Catherine Circle
Villa Park, California 92861-6415
(714) 633-3338; ramen@adelphia.net

**EMPLOYMENT EXPERIENCE:**

1999-          **TECHENTERPRISES, Villa Park, California**
               **PRINCIPAL**
Founded a consulting company with five other associates that services the nutrition, pharmaceutical, medical devices, food, and other technology-based industries. Provides technical and business services, especially regulatory affairs, clinical design and research, product development, marketing research, and strategic planning to clients, including venture funds. Prepares Business, Marketing, and Strategic Plans to aid start-up companies establish focus and obtain funding. Helped fund drug development-company and laboratory testing company. Member of Board of Directors or Advisors of several companies (see below).

Past Interim-CEO of **The Avicena Group** a pharmaceutical company concerned with cellular energetics that has a drug for ALS in Phase III development; Co-Founder of **Josman Laboratories, Inc.**, a drug company developing therapies for ulcers and gastrointestinal disorders; Co-Founder and Managing Partner of **AngioScience, LLC**, a research company developing new-generation anti-cancer drugs. Co-Founder and Managing Partner of **Westlake Partners, Inc.** a weight-loss products company. Co-Founder of **Tamar Technology, Inc.**, a vision measurement company; Co-Founder of **Colloral LLC**, a dietary supplement direct-sales company. An Associate of **Jasra, Inc**, a development company that helps clients commercialize early stage technology. Co-Founder of **Two Do Adventures, LLC,** a company dedicated to entrepreneurial pursuits.

1996-1999    **NEXTECH ENTERPRISES INTERNATIONAL, INC. Westlake Village, California**
             **CEO and DIRECTOR**
Hired to create and build a biomedical company that would develop and market nutraceuticals, dietary supplements, fine chemicals, OTC drugs, and related laboratory tests. Wrote initial strategic business plan (including marketing plans for each segment), successfully hired executive and support staff, acquired two companies, completed contract negotiations to assure marketing exclusivity, designed and monitored clinical trials necessary to support marketing/sales efforts, and established national distribution sales network. In 1997 helped bring the company public. Company had approximately 70 employees situated in facilities in California, New Jersey, and India. Sales of healthcare and fine chemical products exceeded $7 million by 1998.

1980-1996    **ABIC INTERNATIONAL CONSULTANTS, INC., Fairfield, New Jersey and Orange, California.**
             **PARTNER, AND GENERAL MANAGER OF CALIFORNIA OFFICE**
Provided marketing and technical service to senior executives of the healthcare, nutrition, food, personal care, and other chemical specialties products industries. Services included corporate strategic planning, market research, marketing strategy, product and process development, clinical studies development and management, regulatory affairs (including preparation of GRAS petitions, 510(k)s/PMAs, INDs, and other FDA submissions), and

**Ronald J. Amen, Ph.D.**

    consumer evaluation. Clients included both start-up and established (Fortune 500) domestic and foreign companies. Efforts led to product sales exceeding $100 million

1976-1980    **AMERICAN McGAW, Irvine, California.**
**DIRECTOR OF CLINICAL AND AND PHARMACEUTICAL R&D**
Administered two departments: Medical Affairs and Pharmaceutical R&D. Jointly, these Departments had budgets of $3 million, were staffed by over 100 technical plus support staff, and supported $240 million in sales. As Medical Director, administered all clinical nutrition and pharmaceutical research conducted on human subjects. Included safety studies in normal volunteers, metabolism and dose-response studies, efficacy studies in human patients and post-marketing long-term safety studies. Interfaced with both domestic and foreign health government agencies. As Director of Pharmaceutical R&D, administered basic and applied research programs in nutrition, biochemistry, food science, pharmaceutical science, and product development.

1972-1976    **SYNTEX RESEARCH, INC., Palo Alto, California.**
**DEPARTMENT HEAD, NUTRITIONAL SCIENCE**
Responsible for all administrative and research activities of the Department of Nutritional Science. The Department was responsible for the scientific support of $20 million of marketed infant and adult nutritional products, plus all new product research and product development activities. Additionally, support activities for all agribusiness ventures were provided. The Department had an annual budget of $2 million.

1971-1972    **THOMAS J. LIPTON, INC., Englewood Cliffs, New Jersey.**
**SENIOR SCIENTIST**
Supervised professional and technical personnel on research projects concerned with development of new food products based on innovative technologies.

**EDUCATION:**
    Santa Clara University, Santa Clara, California.
        Graduate Program, Management (1974-1975)
    Rutgers University, New Brunswick, New Jersey.
        Ph.D., Nutritional Physiology (Dept of Food Science)(1969-1971).
    Rutgers University, New Brunswick, New Jersey.
        M.S., Food Science (1967-1969).
    Long Island University, Brooklyn, New York.
        Physiology (Graduate Program) (1964-1966)
    Bethany College, Bethany, West Virginia.
        B.S., Biology (1959-1963).

**Ronald J. Amen, Ph.D.**

**BOARDS OF DIRECTORS OR ADVISORS:**
        Colloral LLC (2002 -   ) – Dietary Supplements direct-sales company
        AngioScience LLC (2002 -   ) – Anti-cancer drug company
        Tamar Technology, Inc. (2001 -   ) – Vision measurement company
        The Avicena Group (2001) - Biotech company focusing on cellular energy processes
        Sherbrooke Capital Corp (2000 - 2001) - Biotech venture capital company
        AutoImmune, Inc. (2000 -   ) - Autoimmune diseases products company
        Utech LLC (2000-   ) - Drug company pursuing a cure for stomach ulcers
        Early Science Ventures (2000 -   ) Early stage biotech products development company
        Saber Sciences, Inc. (1999-2000) - Lab company specializing in hormone analysis
        Westlake Partners (1996 -   ) - Weight loss products company
        NexTech Enterprises International (1996 - 1999) - Health care products company
        Josman Laboratories, Inc. (1992-   ) - Drug development company
        Mafatal-Rose Color (1998-2000) - Specialty chemical company
        NexTech Enterprises Int'l (1996-1999) - Nutraceutical and medical device company
        Nutrition Medical, Inc. (1993-1998) - Medical Foods company
        Naturlac Products (1990-1994) - Infant formula company
        Pasadena Research Labs, Inc. (1992-1994) - Generic drug company
        Live & Active, Inc. (1988-1991) -Specialty foods company

**ACADEMIC RELATIONS:**
        Chapman University, Orange, California
            Adjunct Professor (1985-1996)
            Chairman, Food Industry Advisory Board (1983-   )
            Science Advisory Board (1983-1995)

        Saddleback College, Costa Mesa, California
            Science Advisory Board (1985-1987)