# LARRY R. HAASE
2411 East Valley Pkwy. #293
Escondido, CA 92027
(760) 580-4526
E-mail: larryh@9into1.com

---

**EMPLOYMENT HISTORY:**

**1997 --**   Consultant, Self Employed
**Present**   *Traptec, Inc.:* Marketing Consultant, developed marketing materials, press releases, newspaper, print, and magazine articles, TV news and video demos, assisted in several JVs with technical companies and investor relations. *Colloral, LLC:* Web Marketing Consultant, created website, web marketing program, and email marketing program for a natural joint supplement. *Magnetic Arts:* Sales & Marketing Consultant, developed new products and product lines, opened new markets, directed, organized, and managed sales and marketing of company's products. *Hata Biotics, Inc.:* Management Consultant, managed startup company, actively worked to bring a new Probiotic to US markets, finished development, navigated FDA, oversaw packaging, created marketing materials, and arranged export of products to Japan. *ACT, Inc.:* Management Consultant for startup company, put together a new line of natural Anti-Aging products to sell to healthcare professionals in the US and abroad.

**1993 --**   Business Unit Director, *NexTech Healthcare, Inc.*
**1997**   Introduced new non-invasive diagnostic tests, cutting edge therapies, supplements, and nutraceuticals into the alternative medical field. Developed sales plans and implemented strategies to effectively penetrate multiple markets. Managed all aspects of business unit development for company, from start-up to public entity.

**1989 --**   International Sales Manager, *Reagents Applications Inc. (RAI)*
**1993**   Managed sales of company's products through international distributors and OEM accounts, implemented new product lines, directed company exhibits and tradeshows.

**1988 --**   Western Area Manager, *Data Medical Assoc. (DMA)*
**1989**   Managed distributors and direct sales of company's products throughout the western third of the United States. Worked with 50 distributors, training and motivating their sales people. Responsible for company exhibits and tradeshows.

**1985 --**   Western Area Manager, *DMA, Inc.* Managed distributors and direct sales of
**1988**   company's products throughout the western third of the United States. Worked with 50 distributors, (including Baxter Scientific Products distributors) training and motivating their sales people.

**1980 --**   Laboratory Manager, Asst. Chief Tech, *Medical Laboratories, Inc.* Denton, TX.
**1985**   Managed all lab operations, performed autopsies, setup and ran toxicology testing program, supported many small hospital labs in N. Texas and S. Oklahoma.

**1973 --**   Laboratory Manager, Division of Comparative Pathology, *Texas Tech U. School of*
**1980**   *Medicine*
Managed and supervised several labs including: contract industrial lab for carbon black industry, advanced instrument lab, vivisection lab, vivarium support lab, microscopy lab, and teaching lab. Taught cell physiology labs to pre-med and pre-vet students, advanced problems and instrument courses to graduate students. Provided research support for multiple projects. Contributed to several published papers and thesis.

1