

# CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| **Product Name:** | **Sea Veg 500mg vc** | **Batch no.:** | **00000** |
| **Dosage Form:** | **capsule** | **MFG Date:** | |
| **Product Code:** | **0** | **Expiry Date:** | |

Q.C. Ref. I NA

| TESTS | SPECIFICATIONS | RESULTS |
|---|---|---|
| **APPEARANCE & COLOUR :** | "0" clear vegetarian capsule with greenish brown fill | Conforms |
| **THICKNESS :** | NA | NA |
| **DIAMETER :** | NA | NA |
| **AVERAGE WEIGHT :** | 612mg ± 10%  (based on average of 20 capsules) | 570mg |
| **HARDNESS / FRIABILITY :** | NA | NA |
| **ASSAY :  By Input**<br>Billberry extract | FarmaSea Deep Ocean Blend | 500mg |
| **HEAVY METALS :** | | |
| •   **MERCURY** | NMT 0 5 ppm | Conforms |
| •   **ARSENIC** | NMT 5   ppm | Conforms |
| •   **LEAD** | NMT 10 ppm | Conforms |
| **MICROBIAL LIMIT TESTS (MLT)** | | |
| •   **TPC** | NMT 5 X $10^4$ cfu/g | Conforms |
| •   **Yeast / Mold** | NMT 5 X $10^2$ cfu/g | Conforms |
| •   **ESCHERICHIA COLI** | NMT 5 X $10^2$ cfu/g | Conforms |
| •   **SALMONELLA** | absent | Conforms |
| •   **STAPHYLOCOCCUS AUREUS** | absent | Conforms |

Comments :

All active ingredients are quantified at time of input
This product is manufactured according to the Master Formula under the production code
indicated

Batch of Product:      : conforms to specifications

Approved by:                    (602-321-6931) recd    Date: 8/04
Name:              Jerry Butel
Designation:      *Quality Control Representative*

# *AGT – Arizona Granulation Technology*
Ship to: 2451 W. Peterson Drive, Apache Junction , AZ 85220
Bill to: PO Box 1680, Apache Junction , AZ 85219
Phone:(480) 982-0167    Fax: (480) 982-0523