EXHIBIT 1



# DIRECT MARKETING CONCEPTS

INCORPORATED







EMPLOYEE HANDBOOK

# Employee Information Book

## ITV-Direct, Inc.
## Direct Marketing Concepts, Inc.

Call Center I
900 Cummings Center
Suite B07-U
Beverly, MA 01915
978-299-2240

Call Center II
100 Cummings Center
Suite B20D
Beverly, MA 01915
978-299-2240

Retail & Administration
100 Cummings Center
Suite 506E
Beverly, MA 01915
978-299-2240

Customer Service
100 Cummings Center
Suite 136E
Beverly, MA 01915
978-299-2500

Shipping
100 Cummings Center
Suite 143H
Beverly, MA 01915

Production/Design
100 Cummings Center
Suite 125A
Beverly, MA 01915

# TABLE OF CONTENTS

President's Message ………………………………………………………………………3

Management………………………………………………………………………………4

Mission Statement & Company Goal …………………………………………………5

History of Direct Marketing Concepts, Inc.……………………………………………6

Company Policies and Procedures………………………………………………………7

Employee Benefits………………………………………………………………………13

Employee Acknowledgement……………………………………………………………17

### Disclaimer

The contents of your employee handbook set forth general information and policies and practices as they currently exist. These are subject to change or modification at the discretion of management and are not meant to represent contractual obligations between us

Certain benefits listed in this handbook are subject to provisions of federal and state laws. The company reserves the right to change or alter benefits consistent with changes in the federal and state laws

# PRESIDENT'S MESSAGE

We look forward to working with you and getting to know you. This booklet will help you get to know our company better. It contains most of our policies and benefits, and a history of our organization. It is an important compilation of useful information.

For all of its value, however, it is not as important as you. You take the ideals of sales and marketing, distribution and customer service and transform them into a successful company, and one that is "Positively Impacting People."

We welcome your suggestions and constructive criticism. Normal "chain of command" is through your supervisor or department head. However, we have an open door policy that you should feel free to use if normal channels don't work

This is an exciting business. We all have personal, family and professional goals. We are always interested in your aspirations and look forward to reaching them with you Enjoy your job. Work hard and have fun.

Donald W. Barrett
President

# MANAGEMENT

**Donald W. Barrett, Jr.,** President – 978-299-2201
**Robert A. Maihos,** Vice President – 978-299-2202

**Karen Cushman,** Operations Manager - 978-299-2515
**John J. Maihos,** Vice President of Human Resources – 978-299-2290
**Chris Meusel,** Director of Data Management - 978-299-9235
**Kristen Nguyen,** Executive Administrator & Office Manager – 978-299-2600
**Michael Sciucco,** Corporate Council – 978-299-2553
**Brad Treadwell,** Inventory Manager – 978-299-3512
**Brad Tuttle,** Vice President of Operations – 978-299-2223
**Kim York,** Executive Administrator & Accounting Manager – 978-299-2515

**Jack Freeman,** Vice President of Sales – 978-299-3604
**Garry Calandro,** Sales Manager – 978-299-2880
**Jesse Jalbert,** Sales Manager – 978-299-2881
**Simon Mena,** Sales Manager – 978-299-4009
**Matthew Ribaudo,** Sales Manager – 978-299-2205

**Michelle Pena,** VP Media Operations & Business Development - West Coast 619-401-8035
**Meredith Carson,** Media Manager – 978-299-2588

**Jayme Ahearn,** VP New Business Development (ITV Studios)
**Luke Goljan,** VP TV Production – 978-299-4406 (ITV Studios)
**Daniel Warner,** Director of Creative Services – 978-299-4402

**Michael Liacos,** Shipping Manager - 978-299-3502
**John Languirand,** Retail Shipping Manager – 978-299-2500
**Dale Toth,** Inventory Control Manager – 978-299-2503

**Catherine Ratcliffe,** Customer Service Manager - 978-299-2516
**Kathleen Badore,** Customer Service Supervisor – 978-299-2518
**Pamela Welch,** Customer Service Supervisor – 978-299-2500 x207

# MISSION STATEMENT & COMPANY GOAL

If you're here today, it's because you want to be here. We are fully capable of grasping our success firmly. We must first be able to see it, believe in it, and then understand it. Knowledge is power and we have come a long way because of the knowledge we have come to understand. We want to succeed as a company that not only has a couple of great campaigns, but an ongoing success rate which every other company can be envious of. ITV should not just be the name of our company, but a branding for others to think of when they think of products for their home, office, children, friends, family or their future. Let's look at where we, as a company, can be:

## Our Goal:
ITV must produce a marketing campaign, which generates a sufficient net profit for the company while allowing its employees to enjoy a rewarding work experience as well as deliver our valued customers a great worth for their investment(s). ITV should produce a valuable and viable product to perpetuate profitability.

## Mission Statement:
Our mission is to enthusiastically promote products and services we wholeheartedly believe add value to the lives of others, delivering for our clients the highest conversion rates in the industry every time, and maintaining the highest levels of integrity, honesty and professional business ethics

Every department is important. There is not one department more important than the other. We have to remember that every role is crucial to the well-oil machine we should be. Be not only a team player, but be a role model. Others, such as clients, vendors, peers, and supervisors, will take note of this. Take ownership in not only the big things but also the daily, menial and mundane things.

ITV is an innovative company and is definitely moving forward. Where do you want to be? Where do you see yourself? We not only provide a life-changing experience for our customers, but for you as well

Let's strive for success together.

# HISTORY OF DIRECT MARKETING CONCEPTS, INC. AND ITV DIRECT, INC.

Direct Marketing Concepts is a direct response sales company that was incorporated in June 2001. We have grown from a two-person operation to a successful firm employing over 100 local people.

DMC is located at the Cummings Center in Beverly, Massachusetts, and occupies office suites throughout the center.

Our product line includes health, nutritional, and educational products. Many products have gained success through our marketing efforts, including SeaVegg, Reneuva, Coral Calcium Daily, CoralCal Daily, Liquid Essentials, Supreme Greens with MSM, Alka-Slim, and E-8 Daily. A complete line of media with Dr. Lorraine Day, including audio, video, DVD and book, are also in our resume. We are constantly testing new products as we expand our product line.

We specialize in "soft-offer" infomercials. Products are offered through various forms of media, including long-form and short-form television, cable, and radio, as well as print advertising. Marketing efforts are also underway in bilingual and foreign markets.

Our retail division services major accounts and represents our company at trade shows around the country. We participate in conferences like the National Association of Chain Drug Stores, Natural Products Expo East, Direct Marketing Association, and Electronic Retailers Association.

We have 300,000 customers in the consumer market, 50,000 distributors, and numerous wholesalers and retailers around the country. Our products have appeared in CVS, Walgreens, GNC, Rite-Aid, Albertson's, Drug Emporium, as well as many online retailers and catalogues.

In May of 2003, we took on the shipping and customer service operation previously handled by Direct Fulfillment.

ITV-Direct, Inc. is charged with our studio production operation, as well as marketing our services to major companies around the country. ITV Direct has become our brand name on our infomercial programs and products.

We are active in the community, and have memberships in organizations, including the Beverly Chamber of Commerce and Kiwanis International.

# COMPANY POLICIES & PROCEDURES

As an organization, Direct Marketing Concepts, Inc. attempts to operate with a minimum of rules and regulations. The intent of this portion of the handbook is to provide a checklist of items we have found through experience to be important. Our policies are merely common sense practices that would be followed on any job.

## Customer Service
We value our customers and do all we can to keep them happy. Always be polite to people who call us. A pleasant phone manner with courteous dialogue is expected on all calls. If there is a problem, we want to try to resolve it by treating people fairly. Feel free to discuss customer service issues with your supervisor.

## Equal Employment Opportunity
It is the established policy of Direct Marketing Concepts that all qualified persons are assured of equal opportunities in employment matters. There is no discrimination on the basis of race, color, creed, sex, national origin, age, marital or veteran status, sexual orientation, physical handicap or religious affiliation with regard to hiring, assignment, promotion, or other conditions of employment, except where a bona fide occupational qualification exists.

## Employment Status
Regular full-time employees are those people who are actively employed and working an average of at least 40 hours per week in the course of the year.

Regular part-time employees are those people who are actively employed and working an average of at least 20 hours per week and less than 40 hours per week in the course of the year.

You will be considered a casual employee if you work an average of less than 20 hours per week over the year.

Exempt employees - According to the Federal Fair Labor Standards Act (FLSA), these employees do not receive overtime pay. Exempt employees usually include sales people, executive secretaries and management.

Non-exempt employees – According to FLSA, these employees are eligible for overtime. Non-exempt employees usually include support staff, customer service representatives and shipping personnel. Non-exempt employees who work more than 40 hours in a workweek receive one and one-half times their hourly rate. All overtime must be approved in advance. Whether approved or not, all hours must be recorded accurately.

## Introductory Period
All employees are hired for a three-month introductory period. During this time you and your supervisor will meet periodically to review your progress. These meetings will give you an opportunity to discuss your work assignments and other conditions affecting your job.

It is possible you may decide you have made a mistake. In this case you should resign and seek more appropriate employment. Similarly, if it becomes evident to the company that you cannot perform the skills needed in your position, it will be necessary to release you, without notice.

Upon satisfactory completion of this introductory period, you will be classified as a regular full- or part-time employee and become eligible for appropriate benefits as described elsewhere in this handbook.

## Hours of Work
The company operates as a 24-hour, 7-day per week business. For that reason, employees of Direct Marketing Concepts work many different schedules. Your supervisor will tell you what your exact schedule is. Hourly schedules are subject to change at the discretion of management.

All employees must record their time using our electronic time recorder or other approved methods. If you neglect to punch in or out, you may be disciplined. Employees who are paid an hourly rate will be paid for the time they work, even if punches are missed. However, repeated omissions on the time card will be grounds for termination of employment.

### Breaks
Employees should ask their supervisor for the time of break and lunch periods. Meal periods varying from 30 minutes to an hour, are unpaid, and must be allowed if more than six hours are worked in a day. You may voluntarily give up your meal period, but you must record all hours worked.

It is especially important for employees who operate computer terminals to assume responsibility for taking periodic stretch breaks and for following any recommended company ergonomic guidelines.

### Absences and Punctuality
To meet our critical media schedule, it is imperative that you be punctual. You should report to your job at the appointed starting time. If you must be late or absent for any reason, notify your supervisor, or if he/she is unavailable, leave a message on voice mail. Three late days are grounds for disciplinary action up to and including termination of employment. If you do not report to work, and do not call, for three consecutive days, we will assume you have abandoned your job.

If you are sick, you must immediately call your supervisor at his or her direct line. Please avoid using our toll-free lines whenever possible. Failure to notify your supervisor is grounds for termination.

### Personnel Records
Employees have a right to inspect documents in his or her personnel file, as provided by law, in the presence of a company representative at a mutually convenient time. Supervisors will have access to job-related information as needed. We will release information from your personnel file upon receipt of a written request signed by you. All such requests should be directed to our human resources department. The company will release information to authorized law enforcement, or local, state or federal authorities conducting official investigations.

### Change of Status/Address
Please inform us of changes in name, address, emergency contacts, marital status or other information necessary for government and company reports.

### Code of Conduct
1. Employees shall not be employed in any venture that is in competition with our company.
2. An employee may not receive or accept any fee or gratuity for negotiating contracts, or offer favorable contract terms for personal benefit, except as authorized by Direct Marketing Concepts.
3. We are not doctors! **Never say "cure", "guarantee," or "prescribe."** We can only suggest.
4. Swearing, yelling, excessive laughing, loud conversations, gum chewing, or eating while on the phone, will not be tolerated.
5. When you leave your workstation for a break, logout from your telephone. Unless approved in advance, no employee may be logged into more than one telephone. Before leaving each day, log out from your phone, close any open browsers, including your email, and tidy up your workstation. This is common courtesy for other employees who will use the workstation.

### Alcohol and Drugs
Reporting to work under the influence of alcohol or drugs, or possession of alcohol or drugs (except those taken under a doctor's prescription) on the company premises is forbidden and may result in dismissal. This extends to employees who drive in the course of performing their jobs. Alcohol served onsite must have the approval of the president or vice president.

If you need help with alcohol or drug dependency, assistance may be available. Disclosure of a problem and request for help will not result in termination; however, a violation of this policy may result in dismissal.

### Smoking
Direct Marketing Concepts offers its employees a smoke-free workplace. Tobacco use is not permitted in our offices. Smoking is allowed in areas designated by the property manager. There is no smoking within 20 feet of any doorway, and proper receptacles must be used for cigarette butts. Our company may be fined, and employees may be terminated, for violations of this policy.

### Dress and Appearance

Employees are asked to dress in proper business attire and be well groomed every day of the week. Jeans, ripped clothing, t-shirts, tank tops or hats are not permitted. Employees who come in contact with the public are expected to wear proper business attire.

If you wish to say that we have a dress code, it is simply this: look professional. If you have doubts about what is suitable, please ask for additional guidelines. Your supervisor has the authority to require appropriate dress.

### Performance Appraisals

Your work will be reviewed on an ongoing basis. We encourage you to discuss your career objectives with your supervisor.

### Promotions

Qualified people within the company will be considered first for promotion whenever there is an opening. Meanwhile, recruiting and screening of persons not on the payroll will be conducted to ensure the best possible selection.

### Bulletin Boards

We will post important notices that announce changes to offers and other important messages of interest on bulletin boards and white boards located throughout the office. If you have something you wish to post, ask your supervisor for approval.

### Harassment

Direct Marketing Concepts is committed to treating employees with dignity and respect. Our support of equal opportunity includes the recognition that harassment of employees because of race, color, creed, sex, national origin, age, marital or veteran status, sexual orientation, physical handicap or religious affiliation is wrong and will not be tolerated. If you feel you have been the victim of harassment, report the incident to your supervisor, human resources, or see our vice president or president. A separate memo on Massachusetts-specific laws relating to sexual harassment is included with this handbook.

### Problem Resolution

We have always recognized that our success in sales depends upon maintaining clear communications with all our people. We recognize that it is of utmost importance to respond to any complaint, problem or anything that you feel is unfair or unacceptable.

Employees should feel free to discuss any complaint or problem with their immediate supervisor. If the problem is not resolved at this point, it will be discussed with you, your supervisor and higher management. No employee will be criticized, penalized or discriminated against in any way for bringing up a problem or registering a complaint.

It is also recognized that there are times when problems arise that are of a private nature or may involve a subject that you don't wish to discuss with your immediate supervisor. In these cases, you may bring the matter directly to the attention of human resources, the vice president or president.

### Confidentiality and Non-Competition

In your work at Direct Marketing Concepts, you will see customer information including physical addresses, email addresses, telephone numbers, credit card numbers, and other personal and private information. It is essential that you recognize that all such material is confidential and cannot leave our offices.

Customers must be confident that when they give us this information that it will not be given out to other parties. Confidentiality of what you see and hear is held in high regard, so high that a proven violation can result in immediate dismissal.

Because Direct Marketing Concepts expends substantial resources in identifying and promoting new products, creating direct response campaigns, developing a network of distributors, and educating and training its staff, the company requires a non-competition agreement from all employees.

You will receive a separate confidentiality and non-competition agreement to review and sign.

### Public Relations
You can build goodwill for yourself and for the company by showing courtesy, patience and respect when dealing with the public. We ask you to use tact and politeness at all times with customers, and make them feel appreciated. It is the nature of the business for people to occasionally develop strong opinions about us. You may be called on at times to exercise restraint in dealing with the public. If you are asked questions about our products or our policies that you cannot answer, refer that question to your supervisor or someone who can help.

### Telephone Usage & Cellular Telephones
Telephones are important to our business and must be free for such use. Unnecessary personal phone calls are not allowed. All incoming and outgoing calls are tracked. If it is necessary to make a personal call during working hours, you may do so, but it is expected that the conversation will be brief. Overseas calls are never allowed unless approved in advance by management. You should also discourage unnecessary incoming personal calls. Cellular telephone calls are also discouraged unless necessary. To avoid distractions, ringers on personal cellular telephones must be turned off while on company property.

### Telephone Monitoring
To assure that we are offering quality customer service, the company reserves the right to monitor and/or record any conversation on company equipment. Any type of intentional misguiding, misinforming, hanging up on, or disrespecting of our customers will result in termination.

### Electronic and Voice Mail
Our e-mail and voice mail systems are intended for company business. All information stored, transmitted, received, or contained in the company's e-mail system is the property of Direct Marketing Concepts. Electronic mail is the same as a written or printed memo, and general guidelines for business correspondence apply to e-mail. Inappropriate use of e-mail or voice mail may subject an employee to discipline or even termination. Any attempt to read, delete, copy, or modify the email of another employee is prohibited. The company bars defamatory, abusive, obscene, profane, sexually oriented, threatening or racially offensive messages. Unauthorized bulk mailing and chain letters are also prohibited. The company reserves the right to review, audit, intercept, access and disclose all matters on the company's email and voice mail systems at any time, with or without employee notice.

### Software Protection
Federal copyright laws prohibit the unauthorized copying of computer software and permit copyright owners to obtain injunctions and seek monetary damages against violators.

To protect the company's reputation and our ability to protect our own software, it is imperative that all employees strictly abide by the copyright laws and terms of the licenses governing software programs purchased or licensed by the company. No unlicensed software is to be used on company-owned computers. This applies to "shareware" too.

### Network Security
As a user of the network, you may be allowed to access other networks (and/or the computer systems attached to those networks). Therefore:
1. Use of systems and/or networks in attempts to gain unauthorized access to remote systems is prohibited.
2. Use of systems and/or networks to connect to other systems, in evasion of the physical limitations of the remote system/local, is prohibited.
3. Decryption of system or user passwords is prohibited.
4. The copying of system files is prohibited.
5. Intentional attempts to "crash" Network systems or programs are punishable disciplinary offenses.
6. The attempts to secure a higher level of privilege on Network systems are punishable disciplinary offenses.
7. The willful introduction of computer "viruses" or other disruptive/destruction programs into the organization network or into external networks is prohibited.

### Video Display Terminals
1. The keyboard height should be comfortable -- about 2 1/2" from the desktop to the top surface of the space bar. The desktop should be approximately 24" from the floor so that your upper and lower arms form a comfortable 90 degrees
2. The top of the screen should be no higher than eye level.
3. The face of the screen should be tilted back about 10 to 20 degrees for easier viewing -- provided this doesn't increase the glare on the screen.
4. The screen should be approximately 18" from your eyes.
5. The chair is at the correct height when you don't feel excessive pressure on your legs from the seat edge.
6. The chair backrest should fit comfortably at the small of your back.
7. Stretch occasionally and look away from your work
8. If possible, get up and do other tasks throughout the workday to vary your work rhythms and exercise other muscles (eyes included.)

### Safety and Accidents
These general rules are established for the protection of everyone
1. No person shall perform a task in a manner that endangers himself, herself or others.
2. Each person shall keep a clean and orderly work area.
3. Please familiarize yourself with the fire and safety exits. These exits are properly marked.
4. All injuries must be reported within 24 hours

Employees are asked to immediately report unsafe conditions or hazards to a supervisor or the human resources department.

### Solicitations
All employees are entitled to perform their work without being bothered or disturbed. No solicitation, regardless of merit, by outside fundraisers, salespeople or petition circulators is permitted in the office. If you are approached by any of the above, please report the situation to your supervisor

Solicitations by employees of their co-workers should be conducted to keep distractions from work to a minimum Under most circumstances, the break room is the best place for such projects.

No advertising or solicitation is allowed on company bulletin boards except with the permission of management

### Parking
Employees may park in designated areas. Please avoid parking in spaces with time restrictions. The company is not responsible for loss or damage to employee vehicles while parked at the Cummings Center During snow emergencies, all employees should use the parking garage or designated space.

### Security
Given the hours of operation and considerable amount of computer equipment and sensitive data in our offices, security is important to all employees. Video monitoring may be used in various parts of our offices.

If an employee sees people from outside the company walking around our offices during off-hours, please ask them why they are there, but do not put yourself in jeopardy by doing so Feel free to call the police if you think it's necessary This is your place of work Help keep it secure.

### Firearms
Possession of a firearm or firearms is prohibited at all times anywhere in Direct Marketing Concepts, except by authorized personnel. Violation of this policy can lead to immediate dismissal

### Restricted Areas
There are several places at Direct Marketing Concepts that are off limits, for safety and business security reasons, to all but authorized personnel - shipping areas, and especially, computer rooms

### Fire
In the event of a fire in the building, notify your supervisor, or pull the alarm. *Evacuate the office immediately!* Only those employees trained to use fire extinguishers should temporarily remain in the building. After evacuating the building, gather together for a "head count" to make sure everyone is out of the building. All employees should familiarize themselves with the evacuation routes from the building.

### Threats
Because we handle a large telephone call volume, we can be the target of threats, such as bomb threats. If you receive a bomb threat, notify a supervisor or manager at once. The management person is responsible for notifying other occupants of the building and police.

Whenever a bomb threat is received, the procedure for fire should be followed. No bomb threat call or letter should be taken as a joke or disregarded. All such threats must be treated seriously -- as a definite threat.

### Travel
If you need to use your own car for company business you will be reimbursed. Vouchers for expenses (including use of your car) are to be turned in at least monthly with each mileage trip listed.

### Termination of Employment
The relationship between the employer and the employee is "at will." Just as the employer has the right to discharge for any reason whatsoever, or for no reason, so the employee has the same right to discontinue employment for any or no reason. However, terminating an employee is not something we do lightly. For example, the following actions, among others, may lead to dismissal:
1. Incompetence, inefficiency, or neglect of duty.
2. Willful destruction or theft of company property
3. Dishonesty, falsifying reports or records, maliciously altering or knowingly including false information on orders.
4. Misappropriating company funds and/or misusing company resources
5. Insubordination or failing to heed reprimands
6. Fighting or threatening bodily injury while in the office.
7. Intoxication or being under the influence of drugs while on duty, or bringing alcohol or drugs (other than those prescribed by a physician) into the office.
8. Repeated tardiness or absence.
9. Involvement with outside employment or business ventures during working hours.
10. Attempts to interfere with or obstruct the operation of our business
11. Encouraging, suggesting or advising the limitation or slowing down of work of any employee
12. Off duty conduct which adversely reflects on the reputation and integrity of Direct Marketing Concepts

### Layoff
Management reserves the right to lay off when, in its sole judgment and discretion, economic conditions and/or need require a cutback. Management reserves the right to choose which employees will be laid off and which will be retained, based upon its judgment of need.

### Rehire of Former Employees
It is the policy of the company not to rehire former employees. The president and vice president have the prerogative to make exceptions.

### Exit Interviews
To continually improve the working conditions for employees, we will schedule an exit interview with all employees who decide to leave the company. We do, of course expect a minimum of two weeks notice prior to your leaving.

# EMPLOYEE BENEFITS

Direct Marketing Concepts offers an excellent benefits program. The company pays for most benefits; however, some require a modest contribution by the employee. The following descriptions are as the benefits currently exist. Our benefit program is continually reviewed and changes may be made from time-to-time. (* - indicates regular part-time employees have a full or limited benefit.)

### Payroll/Direct Deposit *
Employees are paid on a weekly basis on Friday. Our workweek runs from Monday to Sunday.

You may have us deposit your payroll check in any bank or account. Funds are wired through the Automatic Clearinghouse System. A voucher, which looks similar to a paycheck, will be given to you each payroll period. Lost paychecks can be reissued upon signing an affidavit and paying any fees imposed by the processing company.

### Product Availability *
We encourage you to use all products offered by the company and we will offer you a substantial discount. Each month you may purchase up to five of our products at a discount. See Human Resources for pricing and availability.

### Vacation
Time away from work to relax and pursue special interests is important to everyone. All full-time employees are eligible for vacation according to the following schedule:
- Two weeks after 1 year of continuous full time employment.
- Three weeks after 5 years of continuous full time employment

Vacation pay will be based on a standard 40-hour week at your hourly rate at the time. Employees who have been promoted during their year should discuss their vacation compensation with their department manager. Those employees who are paid 100% commission will receive a flat rate of $50 per vacation day taken.

Employees should utilize all of their allotted vacation time during the year, because, except in special circumstances, employees will not be permitted to carry unused vacation time into the following year. In other words, unused vacation time is not preserved, and will be forfeited. Where special business necessity requires an exception, the Human Resources Department or your supervisor must give prior written approval.

Reservations for all vacations are on a first come, first-served basis. Your supervisor handles scheduling. Employees should make their vacation requests as far in advance as possible. Based upon department needs, the Company will attempt to grant an employee the vacation dates requested.

### Holidays *
Because our media runs every day, and is generally increased on holidays, it is advantageous for all sales people to work on holidays. We recognize that some employees may have other commitments, so we may allow employees the following days off with prior approval: New Year's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving, and Christmas. We reserve the right to require you to work on holidays depending on our media schedule or other business conditions.

There is no monetary value to a holiday for employees paid 100% commission, however, the company will record the hours for benefit purposes. Full time employees on salary or paid hourly will receive their regular pay for a holiday. Holiday time cannot be carried over from year to year.

### Medical Insurance *
The company makes available to all full-time employees a comprehensive medical plan by Blue Cross Blue Shield. HMO Blue Value Plus is offered with a company premium cost sharing of 50%. Premiums are deducted weekly. Employees who prefer Blue Choice can pay the difference in cost. Booklets are available that explain coverage.

You are eligible for insurance coverage after three months of employment. Part-time employees are also eligible for medical coverage at the full cost.

### Dental Insurance *
The company makes available to all full-time employees a dental plan with Blue Cross Blue Shield of Massachusetts. It covers preventative care, basic care and major care at different co-payments. Deductibles may apply to some services, and the plan has an annual maximum benefit of $1,500. The company pays 50% of the premium, and the employee share is deducted weekly. Booklets are available that explain coverage.

You are eligible for insurance coverage after three months of employment. Part time employees are also eligible for the dental coverage at the full cost.

### Open Enrollment *
Eligible employees may enroll in our insurance plans within three months of joining the company, or during an annual open enrollment period. Off-cycle changes due to life/family changes will be accepted as allowed by our insurance company.

### Premium Conversion Program *
The company's medical plan is offered to you on a before-tax basis only. This means the payroll deductions for these benefits are deducted from your salary before federal (and state) income taxes and FICA are applied. Once enrolled, your coverage remains in effect for the balance of the plan year. You can change or terminate your medical coverage during the plan year only if you have a change in family status (marriage, divorce, new child, spouse becomes eligible, etc.)

### COBRA *
A federal law called the Consolidated Omnibus Budget Reconciliation Act (COBRA) offers covered employees and /or their dependents the option to continue group health care benefits for a limited period if they would lose these benefits for certain reasons such as termination of employment or reduction in work hours, death of employee, divorce or child reaches maximum age for dependent status. Therefore, please be sure to keep the Human Resources Office advised of any changes regarding your marital status or dependents. Individuals electing continuation of coverage under COBRA are responsible for 100% of the premium cost.

### Workers' Compensation *
The company provides Workers' Compensation Insurance, covering injuries, which occur in the course of your employment. Any monies received through Workers' Compensation will reduce your gross earnings.

### Sick Leave
After one year of full-time employment, up to three sick days are allowed when you are sick and cannot report to work. Contact your supervisor, or leave a voice mail message before your scheduled shift. For those employees paid 100% commission, there is no monetary value to a sick day, however, the company will record the hours for benefit purposes. Sick time cannot be carried over from year to year. At the sole discretion of the company, doctor's notes may be required.

### Maternity Leave
Massachusetts' law allows female employees to take up to eight weeks of unpaid leave for the birth of a child, adoption of a child under 18, or the adoption of a person under 23 who is mentally or physically disabled. To be eligible, employees must be full time, be employed at least three months at the company, and give us a two-week notice of your departure date, and notice that you intend to return to work.

### Family Leave *
The federal Family and Medical Leave Act of 1993 (FMLA) requires employers like Direct Marketing Concepts to provide up to 12 weeks of unpaid leave in a 12-month period to employees who request a leave of absence for the following reasons:
- The care of an employee's child following childbirth, adoption, or foster placement.
- The care of an employee's child, spouse, or parent with a serious health condition.
- The employee's own serious health condition

The Act applies to employees who have been employed at least 12 months and have worked at least 1,250 hours in the previous twelve months. Contact human resources for more detailed information.

### Military Leave *
Appropriate military leaves of absence, benefits and reinstatements will be granted pursuant to state and federal law. Employees who are considering or who have been called to "service in the uniformed services" should contact Human Resources for further details and obligations regarding military leaves.

### Small Necessities Leave *
Massachusetts' law allows an employee to take up to 24 hours of unpaid leave per year to attend to certain family obligations such as parent-teacher conferences, their children's doctor's appointments or to take an elderly relative to routine medical or dental appointments. Whenever foreseeable, you must request this leave at least seven days in advance. To be eligible for this leave you must be employed one year with at least 1,250 hours of service in the prior year.

### Bereavement *
Employees shall be allowed up to three workdays' leave in the event of death in the immediate family (spouse, children, parents, siblings, parents-in-law, grandparents or grandchildren.)

### Jury Duty *
Employees shall be paid the difference between their full regular wages and their jury stipend when called for jury duty. If excused from jury duty and thereby not seated on the jury, he/she must report to work and complete the balance of the employee's scheduled workday.

### Retirement Savings Plan *
After one year of service, employees who work at least 1,000 hours per year, and who have attained the age of 21 years, are eligible to enroll in the company's 401(k) Retirement Savings Plan. The plan allows for pre-tax contributions and tax-deferred savings. When you are eligible, booklets are available in the human resources office.

### United Way *
The United Way is a non-profit organization, which funds many local human service agencies. You may support the United Way through payroll deductions. Brochures are available which list the agencies supported by your United Way donation.

### Other Discounts *
Because we are part of the Cummings Center, certain discounts are occasionally available to all employees. Please see someone in human resources for details.

# SEXUAL HARASSMENT

Direct Marketing Concepts prohibits sexual harassment of employees.

Sexual harassment is any unwelcome sexual advance, request for sexual favors, or any verbal or physical conduct or behavior of a sexual nature which explicitly or implicitly indicates that submission to or rejection of the conduct would affect an individual's employment (i.e. with regard to hiring, firing, training, advancement, etc.) and/or unreasonably interfere with an individual's performance of work or otherwise create an intimidating, hostile or offensive environment. Sexual harassment of any man or woman, heterosexual or homosexual, will not be tolerated in the workplace.

Sexual harassment includes physical or verbal conduct that is offensive or abusive in nature. Some examples of harassing conduct are:

1. Verbal statements that include degrading comments related to the employee's sex.

2. Sexual contact, graphic remarks regarding an employee's body, sexual propositions, or the display of indecent pictures or objects in the workplace.

3. Explicit or implicit threats or insinuations that lack of sexual submission will adversely affect a hiring decision, an employee's wages, advancement, assigned duties, or interfere with the employee's ability to perform the job.

The company is responsible for providing a working environment free from sexual harassment and to take appropriate disciplinary action, including discharge, against violators of this policy.

Any employee who feels he or she has cause for a complaint of sexual harassment should report the details, either verbally or in writing, to his/her department head. If the employee, for whatever reason, cannot report it to the department head, he/she should contact John Maihos, VP of Human Resources, 978-299-2290, or Catherine Ratcliffe, Customer Service Manager at 978-299-2516. Our mailing address is Direct Marketing Concepts, Inc., P.O. Box 7077, Beverly, MA, 01915.

The report should include all the details of the perceived incident, including what took place, when and where it took place, and the names of any witnesses. The report should indicate whether the employee told the offender that his/her behavior was not welcome and was to cease. The details should be set forth in writing and signed and dated by the person bringing the complaint.

It is the duty of management at all levels to regard any statement of harassment as an important issue and to initiate appropriate action to resolve the complaint. It is a further duty to insure that the complainant is not retaliated against in any way or otherwise adversely affected because of the complaint.

After the complaint is properly formalized, management will initiate a confidential investigation, which will include speaking with both parties and any witnesses confidentially, and otherwise gathering all the facts surrounding the incident. Often the difference between quick resolution of a sexual harassment claim and a lengthy litigation is the company's initial response. Investigations should be prompt, positive, fair and thorough.

If the investigation determines that the complaint was valid, management will take appropriate disciplinary action, ranging from warning to termination, depending on the seriousness of the offense. This can be determined only on a case-by-case basis.

Signed: _____

Printed Name: _____

Date: _____

# EMPLOYEE ACKNOWLEDGEMENT

I understand and acknowledge that the information contained in Direct Marketing Concepts' handbook represents current policies and guidelines only and that the management reserves the right to modify this handbook or amend or terminate any policies, procedures or employee benefit programs at any time, or to require and /or increase contributions toward these benefit programs

I understand and acknowledge that this handbook is not a contract of employment between Direct Marketing Concepts and me and that I should not view it as such.

I further understand and acknowledge that no manager or representative, other than the president and/or vice president, has any authority to enter into any agreement guaranteeing employment for any specified period of time. I also understand that any such agreement, if made, shall not be enforceable unless it is in writing and signed by the president and/or vice president and me

I understand, acknowledge and agree that this revised version of Direct Marketing Concepts handbook supersedes all prior versions that have been issued by Direct Marketing Concepts

_____ I understand and acknowledge receipt of the company policy on Sexual Harassment, which addresses
*(initials)* Massachusetts-specific laws


Signed: _____

Printed Name: _____

Date: _____