EXHIBIT

4

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel. 978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**    Joyce Modugno

**From:**   John J. Maihos

**Date:**   April 11, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie.

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us.

Once your re-training is complete, I will receive an email from QC or the management person who helped you.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Sal Pena

**From:**   John J  Maihos

**Date:**   April 20, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie.

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer

Once your re-training is complete, QC or a manager will sign off that your retraining is complete.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me.

RETRAINING COMPLETED ON  _4-24-05_

by _Jesse Talbert_

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

*Invt # 3105 5025 - no Autoship, no Explain,
# 3105 5751 - no call Recording
# 3105 5726 - perfect Recording )*

**To:** Samira Kiwan

**From:** John J Maihos

**Date:** May 31, 2005

**Re:** Order Confirmation Recordings (Contract Genie)

A review of our Contract Genie verification system found a recording that didn't explain the autoship program  In checking another call Contract Genie it was fine, so it's clear that you know how to do the process  Please take care to follow the script on all calls  As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is not complete, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving . "

'You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #. not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Richard MacDonald

**From:**   John J Maihos

**Date:**   May 31, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an order confirmation with no mention of auto ship Ironically the recording was over 15 minutes as you worked through three different orders with the customer There were also many side conversations that had nothing to do with the order

On invoice #31056462, CG #13332365, QC said that you didn't mention the price or the autoship, but in reviewing it, you did both, although you quickly brushed by it and didn't properly follow the script

On invoice #31056474, CG #31056462, you were again vague on the autoship It's doubtful that the customer understood the offer

As you know, we use Contract Genie to establish the legitimacy of an order When a recording is incorrect or vague, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____. I just want to quickly confirm your order with you, so we are both clear on what you will be receiving "

"You will receive your (1 month, 3 month. six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address) We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month. 3 month. 6 month. 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change. modify. or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #. not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly If you have any question, please see me

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Amanda Elibero

**From:**   John J Maihos

**Date:**   May 31, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found empty recordings for orders you placed over the past few weeks  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank we have no way to know what was communicated to the customer

I understand that you received retraining, and you demonstrated to me how Contract Genie works.

Please follow the spirit of the script which follows.

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving ..."

> "You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**      Jay Wyshak

**From:**    John J  Maihos

**Date:**    May 31, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

_____

A review of our Contract Genie verification system found some contract genie recordings that didn't fully explain the contents of the customer's order  You tend not to include special shipping options or other extras like pH test kits.

As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is incorrect or vague, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving  "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_____

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Richard Gentile

**From:**   John J Maihos

**Date:**   May 18, 2005

**Re:**     Contract Genie

---

A review of our Contract Genie verification system found some questionable recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is unclear we have no way to know what was communicated to the customer, and the customer is more likely to call to complain, cancel their order, or worse

Here is a summary of the Contract Genie recordings we have in question:

CG. 12999843 - When taking sales calls, it is imperative that you properly explain the autoship program On this order

CG: 13299505 - When you are trying to close a deal, you can't give a free "gift" that a customer sees a charge for. Instead, you could say "special pricing" as Cathy explained. That way people aren't confused.

CG: 12995415 – Be sure that autoship is understood. The woman seemed a bit confused, and you should have explained things more . She expected that she would call you if she wanted more You told her to callback, but didn't imply that product would continue.

CG: 13142426 – No excuse. The autoship wasn't mentioned. You say "IF" the person likes it which implies that product won't necessarily continue.

CG. 2505361 – Two bottles were on this order Again, you said "IF " No mention of autoship

CG. 13088123 – Again, "IF" you want to get a discount in the future .    You've got to specify that they will continue to get the product

CG. 12973324 – Again you say "IF" you continue to receive it Saying, "If you want to stay on it" isn't the same as saying that the product will be shipped again

Please follow the spirit of the script going forward to eliminate customer confusion and the possibility of backlash

If this type of recording continues, you will receive further disciplinary action, up to and including loss of your job

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802



**Direct Marketing Concepts, Inc.**

# Memo

**To:**    Sarah Mehlman

**From:**  John J. Maihos

**Date:**  May 28, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

I understand that you have received retraining from Garry Calandro, and you demonstrated to me how Contract Genie works

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address) We will be billing your credit card (total amount of package) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1.800 215 0063."

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #)."

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Brett Forsythe

**From:**   John J Maihos

**Date:**   May 23, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording that didn't fully explain the auto ship program  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer.

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving    "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

CG# 13121945

My signature indicates that this memo has been communicated to me

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

CG # 13*74938
CG # 13327411

**To:**    Bruce Deshamps

**From:**  John J Maihos

**Date:**  May 21, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found recordings that didn't fully explain the contents of the package or an included shipping option  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows.

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

> "You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

CG  #  13155266
CG  #  13254439
CG  #  13166165
CG  #  1322259

**To:**      Paul Fessenden

**From:**   John J  Maihos

**Date:**   May 22, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

A review of our Contract Genie verification system found an unclear explanation of our auto ship program  As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is incorrect or vague, we have no way to know what was communicated to the customer

The orders we reviewed together were all when you were relatively new, and I know that you have told me that you are now clear on the auto ship program

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to)."

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1.800.215.0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

CG# 12546954

**To:**  ~~Linda Wigglesworth~~ *Christine Livro*

**From:**  John J. Maihos

**Date:**  May 20, 2005

**Re:**  Order Confirmation Recordings (Contract Genie)

_____

Please see me to receive retraining on Contract Genie

A review of our Contract Genie verification system found wrong confirmation codes for the order you placed #26012005  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording has a wrong confirmation number, we cannot track it and have no way to know what was communicated to the customer

Please be more careful when entering contract Genie number because this will  help protect your and our company, and assure that the customer is getting what they want

Future incorrect confirmation numbers will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON 5/20/05

by  *John Maihos*

900 Cummings Center, Suite B07-U
Beverly. MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Richard Bertolino

**From:**   John J Maihos

**Date:**   April 11, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie.

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us.

Once your re-training is complete, I will receive an email from QC or the management person who helped you.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.


*Richard P. Bertolino Sr.*

My signature indicates that this memo has been communicated to me


*Retrained by FRANK EVANS*

*Frank Evans*

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**   Sam Cruz

**From:**   John J Maihos

**Date:**   May 17, 2005

**Re:**   THERESA SAVAGE Order

---

We listened to the Contract Genie recording for this woman's order, and she clearly asked that it not be processed because another person in the household had just charged something else on their card

The order was processed anyway, and a refund eventually had to be issued because the customer called back angry that the order was processed anyway

This cannot be repeated, and even if you had already processed the order, as you say happened, an email to FIX could have avoided this customer service problem

If this kind of order continues you will be disciplined up to and including loss of your job

If you have a challenge with a customer in the future, please bring it up to your sales manager immediately

My signature indicates that this memo has been communicated to me

# /324249(

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

*RE: GC# 1311400*
*GC# 1315 4/65*

**To:**   Debi Donahue

**From:**   John J Maihos

**Date:**   May 20, 2005

**Re:**   Order Confirmation Recordings (Contract Genie)

---

Please see me to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order When a recording is blank we have no way to know what was communicated to the customer

Once your re-training is complete, QC or a manager will sign off that your retraining is complete

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly If you have any question, please see me

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _____

by _____

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Linda Wigglesworth

**From:**   John J Maihos

**Date:**   April 18, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found wrong confirmation codes for orders you placed  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording has a wrong confirmation number, we cannot track it and have no way to know what was communicated to the customer

Once your re-training is complete, QC or a manager will sign off that your retraining is complete

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed  Future incorrect confirmation numbers will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_signature_

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _____

by _____

**John Maihos**

| | |
|---|---|
| **From:** | Linda Wigglesworth |
| **Sent:** | Monday, April 18, 2005 2:32 PM |
| **To:** | John Maihos |
| **Subject:** | confirmation on autoship |

John, I looked up the invoices  They were non auto ship offers, and this is why there were no conf #'s  There were 3 invoices, not 8  Some of the entries on the print-out were duplicates  I spoke to Matt, gave him the print-out, and he said he would look into it  Thanks  LW

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Donna O'Brien

**From:**   John J  Maihos

**Date:**   April 29, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt,
Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed
As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank
we have no way to know what was communicated to the customer

Once your re-training is complete, QC or a manager will sign off that your retraining is complete

If you do not receive this retraining within a business day, your access to our sales ordering system will
be revoked until the retraining is completed  Future missing confirmation recordings will lead to further
disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question,
please see me

*Donna M O'Brien*

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON *4-25-05*

by *Jesse Culbert*

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802


**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Yessenia Victoriano

**From:**   John J Maihos

**Date:**   April 12, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed  Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_[signature]_

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _4-14-05_

by _[signature]_

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel. 978-299-2290
Fax. 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Jessica Johnson

**From:**   John J. Maihos

**Date:**   April 12, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed  Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

*Jessica Johnson*

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON  *4/13/05*

by  *(signature)*

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Nena Delacruz

**From:**   John J  Maihos

**Date:**   April 12, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, We use Contract Genie to establish the legitimacy of an order  When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed  Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _____

by _____

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Anzilla Arias

**From:**   John J  Maihos

**Date:**   April 12, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON

by

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

| | |
|---|---|
| **To:** | Camille White |
| **From:** | John J  Maihos |
| **Date:** | April 12, 2005 |
| **Re:** | Order Confirmation Recordings (Contract Genie) |

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_camille White_

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _____

by _____

1

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Valerie Holmes

**From:**   John J  Maihos

**Date:**   April 11, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie.

A review of our Contract Genie verification system found some blank recordings for orders you placed As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us.

Once your re-training is complete, I will receive an email from QC or the management person who helped you.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me.

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**    Tim Lee

**From:**   John J. Maihos

**Date:**   April 13, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie.

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

Once your re-training is complete, QC or a manager will sign off that your retraining is complete.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me.

RETRAINING COMPLETED ON 4-14-05

By _____

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Tim Lee

**From:**   John J Maihos

**Date:**   May 21, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an unclear explanation of our autship program  As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is incorrect or vague, we have no way to know what was communicated to the customer.

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving    "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to)."

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1.800.215.0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future unclear or vague Contract Genie recording,will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**    Richard MacDonald

**From:**  John J  Maihos

**Date:**  May 25, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found two unclear explanation of our auto ship program  You also had three recordings that quality control found acceptable. We need consistency in the Contract Genie, and you need to be sure that when the customer interrupts you, you are able to go back to the script so nothing is left out

As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is incorrect or vague, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you. so we are both clear on what you will be receiving  "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month. 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change. modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

We need to have all your recordings like the ones that QC has complimented you on  Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me or your manager

The bad will outweigh the good so be sure you heed this memo  Future problems may lead to further disciplinary action, up to and including loss of your job

Good: 31053695, 2594236, 31055289, 31053680
Not good: 31055292, 31032375 (Auto ship wasn't mentioned), 2506487 (no recording)

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

CG# 13324443  Good )
CG# 13327123   fresh
CG# 13327296   frail
CG# 13327417   frail
CG# 13327155   Good
CG# 13324735   Good, except...

**To:**     Aaron Henderson

**From:**   John J Maihos

**Date:**   May 23, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

A review of our Contract Genie verification system found some unclear explanations of contents of some packages you sold. You also had a few very good recordings according to our Quality Control department  As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is incorrect or vague, we have no way to know what was communicated to the customer.

The orders we reviewed together were all when you were relatively new

Please follow the spirit of the script which follows.

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

> "You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Contract Genie recordings are very important, and when they indicate that you haven't been clear with a customer, we risk a bad reputation  Please be careful to properly review orders with customers so they understand what they are receiving

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

*inv #*
*26 106 722*
*2 427966*

*CG: 13327950*
*GG 13328229*
*CG 1324 7327*
*CG 13329104*
*CG 13326047*

**To:**    Amy Elwell

**From:**  John J Maihos

**Date:**  May 27, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found three blank recordings and a recording that didn't fully explain the auto ship program  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer.

You demonstrated the proper Contract Genie procedure so I now that you have been retrained

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving  "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____  (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1