



AUTO SHIP INSTRUCTIONS

After making a sale with a product on autoship, tell the customer to please wait a moment while you get their confirmation number.

1) Press the Recording Button on your phone (it is 5th button up from the bottom.) You will hear a confirmation number two times.

2) Type the confirmation number in the space provided in the database. Do not give the customer this confirmation number, just put it into the system. If customer does ask for a confirmation number, refer them to their invoice number.

3) Press CNF/TRN Button