900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

*CG # 13022642*

**To:**     Anthony Santamaria

**From:**   John J  Maihos

**Date:**   May 27, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording that didn't fully explain the contents of the package and the autoship program  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving ..."

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____  (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly. MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**       Michael Cornachini

**From:**   John J  Maihos

**Date:**   May 27, 2005

**Re:**       Order Confirmation Recordings (Contract Genie)

*C G# 1332 7) 8c*
*# 13 2u6 5 77*

A review of our Contract Genie verification system found a recording that didn't mention the auto ship option that the customer was invoiced for  The autoship must be clearly stated so there is no confusion

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving    "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

 "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the  mail  for_____  (amount  of  monthly  re-supply  varies  on  whatever  package  deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any  time  you  want  to  change,  modify,  or  cancel  your  order  you  may  do  so  by  calling 1 800 2 15 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Additionally, please make sure that you give the proper confirmation number (not Contract Genie number) so the customer's order can be easily found in customer service when they call

Future incomplete Contract Genie recording or recordings that don't follow the spirit of the scrip[t above, will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

*(G # 13329526*

**To:**     Amy Smith

**From:**   John J  Maihos

**Date:**   May 27, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a blank recording for an order you placed
You assured me that you have now gotten the hang of the system, and you demonstrated the proper
procedure for recording an autoship

As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank
we have no way to know what was communicated to the customer

Missing recordings is serious, and future missing confirmation recordings will lead to further disciplinary
action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question,
please see me

My signature indicates that this memo has been communicated to me

RETRAINING COMPLETED ON _____

by _____

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**  Selina Tsiros

**From:**  John J Maihos

**Date:**  May 27, 2005

**Re:**  Order Confirmation Recordings (Contract Genie)

_(handwritten: GE 1332900? 1323182)_

---

A review of our Contract Genie verification system found recordings that need to be tightened up so that customers will better understand the monthly resupply program  The autoship must be clearly stated so there is no confusion.

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_(signatures)_

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Debi Donahue

**From:**   John J  Maihos

**Date:**   May 27, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found recordings that need to be tightened up so that customers will better understand the monthly resupply program. We cannot use the word "if" when talking about resupplies  The month-to-month shipment WILL happen  However, "if" they are not satisfied, they can stop the shipment by contacting customer service

Clearly that up should resolve any problem that QC has with your recordings

Also, please take care to be sure your fingers are pushing the buttons that you know you want to push  We still had at least one recording that was blank, and therefore no record of the authorization

You already have the autoship script, and it is always available on our Intranet

Continued future unclear or incomplete Contract Genie recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:** ~~Debi Donahue~~ *[handwritten]*                 *CC# 13046552* *[handwritten]*

**From:** John J. Maihos

**Date:** May 27, 2005

**Re:** Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found recordings that need to be tightened up so that customers will better understand the monthly resupply program. We cannot use the word "if" when talking about resupplies. The month-to-month shipment WILL happen. However, "if" they are not satisfied, they can stop the shipment by contacting customer service.

Also, please take care to follow through with customers when you promise a callback. In the one case that we discussed, the customer expected a call, but you and she never connected. Even though you tried to call, you didn't reach her and then forget. At that time you should have removed the autoship, or sent yourself another reminder to call her again.

Not contacting her caused an angry customer who demanded a refund.

This is the first time we have had an issue with this kind of performance, but must clearly state the importance of properly following scripts, and following up with customers. If this kind of problem reoccurs, we will talk again, and it will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**      Melissa Gonzales

**From:**   John J  Maihos

**Date:**   May 25, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording that didn't fully explain the auto ship option  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____  (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, see your sales manager, or me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

| | |
|---|---|
| **To:** | Frank Evans |
| **From:** | John J. Maihos |
| **Date:** | May 24, 2005 |
| **Re:** | Order Confirmation Recordings (Contract Genie) |

A review of our Contract Genie verification system found no recordings for two orders that were both cancelled. On one other order, 31053693, you were distracted thorough the call and neglected to get the auto ship authorized during the recording. On a fourth recording, QC reports that you did a fine job.

Please remember to do that Contract Genie on all calls that required it, and also be sure you totally review the orders as you did in the one that QC complimented you on

It is essential that all Contract Genie recordings are consistent, so please follow the spirit of the script that is show below:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address) We will be billing your credit card (total amount of package) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

CG# 13324358
CG# 13324407

**To:**      Chris Mroz

**From:**   John J  Maihos

**Date:**   May 23, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an unclear explanation of our auto ship program  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is incorrect or vague, we have no way to know what was communicated to the customer

After reviewing the orders, I know that you are now clear on the auto ship program and Contract Genie

Please follow the spirit of the script which follows.

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving…"

> "You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today."

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel. 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**      Richard Gentile

**From:**  John J. Maihos

**Date:**   May 27, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

_____

A review of our Contract Genie verification system found a number of unclear explanations of our auto ship program. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is incorrect or vague, we have no way to know what was communicated to the customer

You told me about safeguards that you have put in place to be sure that you are telling customers about the auto ship program in the Contract Genie recording

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving. "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address) We will be billing your credit card (total amount of package) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**   Anilza Arias

**From:**  John J Maihos

**Date:**  May 26, 2005

**Re:**   Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an unclear explanation of our auto ship program. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is incorrect or vague, we have no way to know what was communicated to the customer

Most of the orders we reviewed were good recordings. On only one, you forgot to say "every month." This is a reminder that we must be clear on all auto ships

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address) We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly. MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:** Richard MacDonald

**From:** John J Maihos

**Date:** April 11, 2005

**Re:** Order Confirmation Recordings (Contract Genie)

---

Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us.

Once your re-training is complete, I will receive an email from QC or the management person who helped you

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed  Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_signature_ 4/12/05

My signature indicates that this memo has been communicated to me

_Retraining complete 4/9/05_

_Frank Evans_

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Carlton Dunwell

**From:**   John J Maihos

**Date:**   April 11, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

 Please see Soreida Negron, our Quality Control person, or if she is not available, see Simon, Matt, Gary, Jesse or Frank to receive retraining on Contract Genie

A review of our Contract Genie verification system found some blank recordings for orders you placed. As you know, we use Contract Genie to establish the legitimacy of an order. When a recording is blank we have no way to know what was communicated to the customer.

Even though we may have already spoken to you about this, and even though you may feel you have corrected the way you use Contract Genie, we want you to receive personal instruction from us.

Once your re-training is complete, I will receive an email from QC or the management person who helped you.

If you do not receive this retraining within a business day, your access to our sales ordering system will be revoked until the retraining is completed. Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Jermaine Robinson

**From:**  John J  Maihos

**Date:**  May 29, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found some recordings that didn't fully explain the contents of the package or an included shipping option  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving ..."

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Anthony Quintero

**From:**   John J  Maihos

**Date:**   May 28, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an empty recording for an order you placed
There were all zeros in the code field  As you know, we use Contract Genie to establish the legitimacy
of an order  When a recording is blank we have no way to know what was communicated to the
customer

I understand that you received retraining, and you demonstrated to me how Contract Genie works

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what
you will be receiving    "

"You will receive your (1 month, 3 month, six month.1 year) supply of _____ in (*express shipping* 3-
5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card
(total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month,
6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____
(amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time
you want to change, modify, or cancel your order you may do so by calling 1 800 215.0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie
#) "

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of
your job.

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please
see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Dianne Surels

**From:**  John J  Maihos

**Date:**  May 29, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording that didn't fully explain the autoship program (13229051). You also received kudos from Quality Control on another order confirmation (13329495.) As you know, we use Contract Genie to establish the legitimacy of an order When a recording is not complete, we have no way to know what was communicated to the customer Please do all Contract Genies like the good example

Please follow the spirit of the script which follows.

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving.  "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**      Steven Kelly

**From:**   John J  Maihos

**Date:**   May 29, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording that didn't fully explain the autoship program or give the customer their cancellation options  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer      ( *CG# 1332 4054     INV # 310557²* )

Please follow the spirit of the script which follows:

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

> "You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_Steven Kelly_

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Chris Tedesco

**From:**  John J  Maihos

**Date:**  May 29, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an empty recording for an order you placed There was no recording  As you know, we use Contract Genie to establish the legitimacy of an order When a recording is blank we have no way to know what was communicated to the customer

In our meeting, you stated that you were hitting the ACD button instead of CNF/TRN  You were, in effect, hanging up on the Contract Genie system, so no recording was made

You and I reviewd the proper way to do Contract Genie, and you demonstrated it to me

On your Contract Genie recordings, please follow the spirit of the script which follows.

> "Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving   "

> "You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

> "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

> "Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

> "Thank you for your order today and your confirmation invoice number is (give invoice #. not contract genie #) "

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center. Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Thomas O'Day

**From:**   John J Maihos

**Date:**   May 30, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

C-# 13327108
Inv # 31255775

---

A review of our Contract Genie verification system found an empty recording for an order you placed
There was a number but no recording  As you know, we use Contract Genie to establish the legitimacy
of an order  When a recording is blank we have no way to know what was communicated to the
customer

I understand that you received retraining, and you demonstrated to me how Contract Genie works

Please follow the spirit of the script which you showed me you got from the front of the office  It scripts
the four key elements of the Genie recording which are 1) Recap order, 2) Explain autoship, 3) receive
affirmative for customer, and 4) Explain the way to cancel

In another order, (#31039251) you were to contact the customer back the next day around noon
Instead you processed the order, without authorization, causing the customer to bounce at least one
check  According to his words, it was his mortgage payment

In addition to ill will, this cost us the shipping both ways on the products, and a $50 credit to cover his
bounced checks

Clearly this was a mistake on your part  It is essential that we follow the customer's direction when
dealing with their money

These kinds of errors cannot be repeated, and if they are, it will lead to further disciplinary action, up to
and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question,
please see me

*Thomas O Day*

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

**To:**     Theresa Robinson

**From:**   John J  Maihos

**Date:**   May 30, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an empty recording for an order you placed  It may indicate that you hit the wrong button when conferencing the customer with the Genie  There were also two recording that Quality Control graded as "perfect "  Clearly you know how to do the process and tell the customer the proper information  You properly demonstrated to me how Contract Genie works, and indicated that you had been pushing the wrong button prior to retraining

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

*inv# 31655721*

**To:**      Michael Bohoy

**From:**    John J  Maihos

**Date:**    May 31, 2005

**Re:**      Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found an empty recording for an order you placed
As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is blank
we have no way to know what was communicated to the customer

I understand that you received retraining, and you demonstrated to me how Contract Genie works

Future missing confirmation recordings will lead to further disciplinary action, up to and including loss of
your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question,
please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly. MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**     Debra Dyer

**From:**   John J Maihos

**Date:**   May 31, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

A review of our Contract Genie verification system found a recording that didn't fully explain the autoship program. I could tell by listening to the recording that the customer became very conversational, and you may have forgotten to review the autoship. Also, this was from before our last conversation so I know that you are now doing this correctly

Again, though, let me give you the script and ask that you follow it on all your calls:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving     "

"You will receive your (1 month, 3 month, six month, 1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address). We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

_Debra Dyer_

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel 978-299-2290
Fax 978-921-0802

**Direct Marketing Concepts, Inc.**

# Memo

*CG#: 13327897*
*CG# 13327204*

**To:**     Debra Dyer

**From:**   John J Maihos

**Date:**   May 21, 2005

**Re:**     Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found recordings that didn't fully explain an included shipping option  As you know, we use Contract Genie to establish the legitimacy of an order  When a recording is not complete, we have no way to know what was communicated to the customer.

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving . "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address)  We will be billing your credit card (total amount of package) today "

"You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to) "

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800 215 0063 "

"Thank you for your order today and your confirmation invoice number is (give invoice #, not contract genie #) "

Future incomplete Contract Genie recording will lead to further disciplinary action, up to and including loss of your job

Our goal is to make sure you have all the tools to do your job correctly  If you have any question, please see me

My signature indicates that this memo has been communicated to me

1

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**    Tim Lee

**From:**  John J. Maihos

**Date:**  May 31, 2005

**Re:**    Order Confirmation Recordings (Contract Genie)

---

A review of our Contract Genie verification system found a recording without a full explanation of the auto ship. You properly explained the contents of the package, shipping, the guarantee, but not the auto ship. You DID say that "if" they are happy with it, the cost would be $29.95. The key word is "if", and that needs to be eliminated. The customer "will" receive the resupply at the price, unless they call us to cancel.

Please follow the spirit of the script which follows:

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving.. "

"You will receive your (1 month, 3 month, six month,1 year) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (confirm address). We will be billing your credit card (total amount of package) today."

 "You have also agreed to sign up for our continuity program, so once your supply is up (1 month, 3 month, 6 month, 1 year) you will automatically receive your re-supply (state frequency) in the mail for_____ (amount of monthly re-supply varies on whatever package deal customer agreed to)."

"Is all of this information correct and do you agree to the terms of this offer? (Must get YES) If at any time you want to change, modify, or cancel your order you may do so by calling 1 800.215.0063."

"Thank you for your order today and your confirmation invoice number is (give inv #, not contract genie #) "

Future unclear or vague Contract Genie recording will lead to further disciplinary action, up to and including loss of your job.

Our goal is to make sure you have all the tools to do your job correctly. If you have any question, please see me.

_____

My signature indicates that this memo has been communicated to me

1