EXHIBIT

5

900 Cummings Center, Suite B07-U
Beverly, MA 01915
Tel  978-299-2290
Fax  978-921-0802

**Direct Marketing
Concepts, Inc.**

# Memo

**To:**      Earth Thomas

**From:**   John J  Maihos

**Date:**   April 26, 2005

**Re:**      Sales performance

---

I have had an opportunity to meet with and coach and counsel Earth Thomas  Here is a
breakdown of what I informed Earth to work on to improve his sales:

1   Earth was not using any scripted rebuttals  I informed him that by doing so his sales will increase  I
    roleplayed several scenerios with him and got a commitment from Earth he would begin using
    them

2   Earth was not effectively answering the customer's request for more information  I informed him
    that he should communicate to the customer that he is there to provide information to the
    customers about the product and to also let them know of the several options available today for
    discounts with ITV  I roleplayed several scenerios with Earth and taught him how to transition from
    one module of the script to another and gain control of the presentation

3   Earth was not asking any secondary probing questions  I roleplayed this with him several times
    and got a commitment from him he would begin implementing this immediately

4   On the calls I listened to Earth eliminated the portion of the Renuva script designed to build value
    before we inform the customer of the price  I explained the importance of this section of the script
    to Earth and got a commitment from him that he would begin using the script in it's entirety

I informed Earth that each week a Rep is below the minimum threshold he will be taped

Thanks,                    *Follow-up Meeting Scheduled for*
                           *week Ending  5/8/05.*
Jack Freeman

This memo has been communicated to me

From: Matthew Ribaudo
Sent: Sunday, April 17, 2005 5:47 PM
To: John Maihos; Brad Tuttle
Cc: Jesse Jalbert; Simon Mena; Garry Calandro; Jack Freeman; Matthew Ribaudo
Subject: James Wyshak sent home today for being rude to customers

Gentleman-

We had an incident in the call center today with James (Jim) Wyshak. Soraida was monitoring (and taping)
Jim today and we noticed a pattern of rude behavior by Jim towards our callers. On three different calls
today Jim:

  a. Hung up on a customer who requested to pay by check
  b. Hung up on a customer after a sale was made when the customer requested an invoice #
  c. And told a customer who was asking detailed questions about a product that he was "wasting my (his)
time"

I pulled Jim aside, listened to his tapes with him, and told Jim this was an intolerable and unacceptable way
to handle our calls. I sent Jim home, and told him to next report to work on Tuesday (4/19) morning. I told
him he will be receiving a written documentation for this behavior today, and if we have him being rude to
any callers in the future he will be terminated

Further, I told Jim he needs to spend a (1) hour session with Jack reviewing his tapes, and the two of them
will come up with an action plan on finding a different way to handle callers that Jim has thus far been rude
to.

Jim said he understood where he was wrong today and wishes to continue his employment with us under
these provisions.


-Matt

My signature indicates that this memo has been communicated to me