# Auto Ship Confirmation Instructions and Script

*Revised 4/14/05*

## AUTO SHIP INSTRUCTIONS

After making a sale with a product on autoship, tell the customer to please wait a moment while you get their confirmation number.

1) Press the Recording Button on your phone (it is 5th button up from the bottom.) You will hear a confirmation number two times.

2) Type the confirmation number in the space provided in the database. Do not give the customer this confirmation number, just put it into the system. If customer does ask for a confirmation number, refer them to their invoice number.

3) Press CNF/TRN Button

## AUTO SHIP CONFIRMATION

"Before I let you go_____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving..."

"You will receive your (*1 month, 3 month, six month, 1 year*) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (*confirm address*). We will be billing your credit card (*total amount of package*) today."

"You have also agreed to sign up for our continuity program, so once your supply is up (*1 month, 3 month, 6 month, 1 year*) you will automatically receive your re-supply (*state frequency*) in the mail for_____ (*amount of monthly re-supply varies on whatever package deal customer agreed to*)."

"Is all of this information correct and do you agree to the terms of this offer? (**Must get YES**) If at any time you want to change, modify, or cancel your order you may do so by calling 1.800.215.0063."

"Thank you for your order today and your confirmation invoice number is (*give invoice #, **not contract genie #***)."

## CUSTOMER SATISFACTION

"If you have any other questions or would like to check on the progress of your order, please feel free to contact our Customer Satisfaction Department at 1.800.215.0063"