# *Direct Marketing Concepts -*

A

EXHIBIT 2

| | | |
|---|---|---|
| CustomerID:<br>770854 | InvoiceID:<br>2006231 | Order Date and Time:<br>2004-04-30 17:10:51 |

Shipping Address:
**PATRICIA SANBORN**
**3540 CRAIN HIGHWAY # 101**
**BOWIE, MD 20716 US**

Billing Address:
**PATRICIA SANBORN**
**3540 CRAIN HIGHWAY # 101**
**BOWIE, MD 20716 US**

Ph Number: 3015889637 / Email:

( 1 ) Item: Literature at $0.00 per unit. Type:UroCaps (English)

( 1 ) Item: UroCaps at $39.99 per unit. Auto-Ship Start Time:N/A, Auto-Ship Start Time:N/A

11

| | | |
|---|---|---|
| **IF YOU WOULD LIKE TO REORDER PLEASE GIVE ME A CALL AT 1-800-287-0974 @ EXT. 743.** THANK YOU-<br>**KARA**<br>Sales: **800.899.8349** / Customer Service **800.215.0063** | Subtotal | $39.99 |
| | Shipping & Handling | $6.00 |
| | Tax | $0.00 |
| | Discount | $0.00 |
| urocap05030401_q34 csv - p23 | Total | $45.99 |

VeriSign Manager

Page 1 of 1

## Search by Account Number Results

Page 1 of 1

| Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|
| 1. VCNA30537742 | Apr 30, 2004 02:10 PM | Auth | Visa | 4275XXXXXXXX6237 | 04/07 | $45.99 | Approved | InvoiceID: 2006231 Rep Name: Brown, Kara Rep Group: DMC CUSTOMER: PATRICIA SANBORN 3540 CRAIN HIGHWAY # 101 Bowie, MD 20716 3015889637 ORDERED ITEMS IH-UroCaps: 1 @ $39.99=$39.99 INT-Lit: 1 @ $0.00=$0.00 Subtotal: $39.99 Shipping: $6.00 Tax: $0.00 Disc | |
| 2. VCNA35583698 | May 18, 2004 05:20 AM | D/C | Visa | 4275XXXXXXXX6237 | 04/07 | $45.99 | Approved | InvoiceID: 2006231 Rep Name: Brown, Kara Rep Group: DMC CUSTOMER: PATRICIA SANBORN 3540 CRAIN HIGHWAY # 101 Bowie, MD 20716 3015889637 ORDERED ITEMS IH-UroCaps: 1 @ $39.99=$39.99 INT-Lit: 1 @ $0.00=$0.00 Subtotal: $39.99 Shipping: $6.00 Tax: $0.00 Disc | |

Pages:
1

https://manager.verisign.com/SearchUtilities/CreditCard_action.cfm?CFID=22115597&CFTOKEN=27971709

5/31/2005

Sales Interface - TodaysHealth

Page 1 of 1

Invoice 2006231
Customer 770854
Total $45.99
Status Shipped

PATRICIA SANBORN
3540 CRAIN HIGHWAY # 101
BOWIE, MD 20716
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
|      |     | SubTotal | $39.99 |
|      |     | Shipping | $6.00 |
|      |     | Tax | $0.00 |
|      |     | Discount | $0.00 |
|      |     | Total | $45.99 |

Ordered 4/30/2004, 5:11:11 PM
Authorized 4/30/2004, 5:11:11 PM
Processed 5/3/2004, 06:59:21 AM
Shipped 5/18/2004, 08:19:57 AM
Captured 5/18/2004, 08:20:01 AM

Payment Type: Visa
Account: 4275xxxxxxx6237

Transaction ID: VCNA30537742
Approval Code: 0
Message: Approved
Capture Transaction ID: VCNA35583698
Approval Code: 0
Message: Approved

Shipping Vendor USPS 1ST Class
Tracking Number 01112038752003980844

Call Source TECH TV UROCAPS
Sales Rep Brown, Kara
Rep Location DMC
Commission $2.00

Add Note

**Invoice Notes**