# Direct Marketing Concepts -

A


EXHIBIT 3

**CustomerID:** 915181
**InvoiceID:** 2204884
**Order Date and Time:** 2004-08-12 17:54:22

**Shipping Address:**
PATRICIA SANBORN
3540 CRAIN HIGHWAY APT 101
BOWIE, MD 20716 US

**Billing Address:**
PATRICIA SANBORN
3540 CRAIN HIGHWAY APT 101
BOWIE, MD 20716 US

Ph Number: 3015889637 / Email: patties@aol.com

0( 1 ) Item: Conquering Confusion (Audio Series) at $59.95 per unit. Video:Diseases Don't Just Happen, Format:Cassette

11

THANK YOU FOR YOUR ORDER. ANY QUESTIONS OR COMMENTS PLEASE CALL SUZANNE AT 800-215-0974.
Sales: 800.899.8349 / Customer Service 800.215.0063

bigdig08130401_q82.csv - p19

| | |
|---|---|
| Subtotal | $59.95 |
| Shipping & Handling | $12.95 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $72.90 |

Sales Interface - TodaysHealth

Page 1 of 1

*Invoice* 2204884  
*Customer* 915181  
*Total* $72.90  
*Status* Shipped

PATRICIA SANBORN  
3540 CRAIN HIGHWAY  
APT 101  
BOWIE, MD 20716  
US

| Item | Qty | Price | Total |
|---|---|---|---|
| | SubTotal | | $59.95 |
| | Shipping | | $12.95 |
| | Tax | | $0.00 |
| | Discount | | $0.00 |
| | | Total | $72.90 |

*Ordered* 8/12/2004, 5:54:52 PM  
*Authorized* 8/12/2004, 5:54:52 PM  
*Processed* 8/13/2004, 06:57:20 AM  
*Shipped* 8/18/2004, 06:55:42 AM  
*Captured* 8/18/2004, 06:53:04 AM

**Payment Type:** Visa  
**Account:** 4275xxxxxxx6237

**Transaction ID:** VGVA77059790  
**Approval Code:** 0  
**Message:** Approved  
**Capture Transaction ID:** VGVA78518420  
**Approval Code:** 0  
**Message:** Approved

*Shipping Vendor* USPS Priority  
*Tracking Number* 01112038752005104132

*Call Source* FSFL (FSFL VVIX)  
*Sales Rep* Elsmore, Suzanne  
*Rep Location* DMC

VeriSign Manager

Page 1 of 1

# Search by Account Number Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VGVA77059790 | Aug 12, 2004 02:53 PM | Auth | Visa | 4275XXXXXXXX6237 | 04/07 | $72.90 | Approved | InvoiceID: 2204884 Rep Name: Elsmore, Suzanne Rep Group: DMC CUSTOMER: PATRICIA SANBORN 3540 CRAIN HIGHWAY APT 101 Bowie, MD 20716 3015889637 ORDERED ITEMS INT-Email: 1 @ $0.00=$0.00 DDAY-CC: 1 @ $59.95=$59.95 Subtotal: $59.95 Shipping: $12.95 Tax: $0. | |
| 2. | VGVA78518420 | Aug 18, 2004 03:54 AM | D/C | Visa | 4275XXXXXXXX6237 | 04/07 | $72.90 | Approved | InvoiceID: 2204884 Rep Name: Elsmore, Suzanne Rep Group: DMC CUSTOMER: PATRICIA SANBORN 3540 CRAIN HIGHWAY APT 101 Bowie, MD 20716 3015889637 ORDERED ITEMS INT-Email: 1 @ $0.00=$0.00 DDAY-CC: 1 @ $59.95=$59.95 Subtotal: $59.95 Shipping: $12.95 Tax: $0. | |

Pages:
1

https://manager.verisign.com/SearchUtilities/CreditCard_action.cfm?CFID=22115597&CFTOKEN=27971709    5/31/2005