# *Direct Marketing Concepts -*

**EXHIBIT 4**

A

| | | |
|---|---|---|
| **CustomerID:** 956272 | **InvoiceID:** 2253694 | **Order Date and Time:** 2004-09-13 17:45:47 |

**Shipping Address:**
PATRICIA SANBORN
3540 CRAIN HGWY 101
BOWIE, MD 20716 US

**Billing Address:**
PATRICIA SANBORN
3540 CRAIN HGWY 101
BOWIE, MD 20716 US

Ph Number: 3015889637 / Email:

( 1 ) Item: Dr. Day Workbook at $39.99 per unit. Title:Getting Started on Getting Well

( 1 ) Item: Dr. Day Two Video Package at $29.99 per unit. Title:Cancer Doesn't Scare Me Anymore, Title:You Can't Improve Upon God

11

Sales: 800.899.8349 / Customer Service 800.215.0063

| | |
|---|---|
| Subtotal | $69.98 |
| Shipping & Handling | $15.98 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $85.96 |

dday09140401_q581.csv - p421

# Search by Account Number Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VGYE89222649 | Sep 13, 2004 02:44 PM | Auth | Visa | 4275XXXXXXXX6237 | 04/07 | $85.96 | Approved | InvoiceID: 2253694 Rep Name: Griggs, Philip Rep Group: DMC CUSTOMER: patricia sanborn 3540 crain hgwy 101 Bowie, MD 20716 3015889637 ORDERED ITEMS DDAY-2Video2999: 1 @ $29.99=$29.99 DDAY-Workbook: 1 @ $39.99=$39.99 Subtotal: $69.98 Shipping: $15.98 Tax | |
| 2. | VGYE89623763 | Sep 14, 2004 05:53 AM | D/C | Visa | 4275XXXXXXXX6237 | 04/07 | $85.96 | Approved | InvoiceID: 2253694 Rep Name: Griggs, Philip Rep Group: DMC CUSTOMER: patricia sanborn 3540 crain hgwy 101 Bowie, MD 20716 3015889637 ORDERED ITEMS DDAY-2Video2999: 1 @ $29.99=$29.99 DDAY-Workbook: 1 @ $39.99=$39.99 Subtotal: $69.98 Shipping: $15.98 Tax | |

Pages:
1

## Matching Invoices

**Order Information**　　　　　　**Shipping Address**　　**Ordered Items**

Invoice 2253694　　　　　　　　PATRICIA SANBORN

Customer 956272　　　　　　　　3540 CRAIN HGWY 101

Total $85.96　　　　　　　　　　BOWIE, MD 20716

Status Shipped　　　　　　　　　US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
|      |     | SubTotal | $69.98 |
|      |     | Shipping | $15.98 |
|      |     | Tax | $0.00 |
|      |     | Discount | $0.00 |
|      |     | **Total** | **$85.96** |

Ordered 9/13/2004, 5:45:53 PM

Authorized 9/13/2004, 5:45:53 PM

Processed 9/14/2004, 07:18:46 AM

Shipped 9/14/2004, 08:52:07 AM

Captured 9/14/2004, 08:55:25 AM

Payment Type: Visa
Account: 4275xxxxxx6237

Transaction ID: VGYE89222649
Approval Code: 0
Message: Approved
Capture Transaction ID: VGYE89623763
Approval Code: 0
Message: Approved

Shipping Vendor UPS Ground
Tracking Number 1Z6R6V510301138568

Call Source CORT (CORT DDAY)
Sales Rep Griggs, Philip
Rep Location DMC

[Add Note]

**Invoice Notes**