# Direct Marketing Concepts -





A

EXHIBIT 5

| | | |
|---|---|---|
| **CustomerID:** 2026070 | **InvoiceID:** 2506395 | **Order Date and Time:** 2005-03-02 18:34:41 |

**Shipping Address:**
PATRICIA SANBORN
3540 CRAIN HWY APT 101
BOWIE, MD 20716 US

**Billing Address:**
PATRICIA SANBORN
3540 CRAIN HWY APT 101
BOWIE, MD 20716 US

Ph Number: 7035281229 / Email:

( 3 ) Item: Auto Ship SUBSCRIPTION, will not ship at time of purchase at $0.00 per unit. Product:DNS-Seavegg-AutoShipONLY, Auto-Ship Start Time:13 weeks (3 month), Auto-Ship Frequency:90 days

( 1 ) Item: 3 Bottles SeaVegg - 1 PH Test Samples at $99.95 per unit.

( 1 ) Item: Insurance at $2.00 per unit.

11

| | |
|---|---|
| Your order reflects discount pricing -- individual prices are usually higher if sold separately. For any questions or to reorder, call Jayme at 1 800 287-0974, ext. 623. I am here 6 days (off Monday) from 3-10 pm Eastern Time.0 Sales: **800.899.8349** / Customer Service **800.215.0063** | Subtotal $101.95 |
| | Shipping & Handling $9.95 |
| | Tax $0.00 |
| | Discount $0.00 |
| | Total $111.90 |

seavegg03030501_q78 csv - p70

Sales Interface - TodaysHealth

Page 1 of 1

### Order Information

Invoice 2506395
Customer 2026070
Total $111.90
Status Shipped

Ordered 3/2/2005, 6:35:54 PM
Authorized 3/2/2005, 6:35:54 PM
Processed 3/3/2005, 07:07:46 AM
Shipped 3/3/2005, 08:13:51 AM
Captured 3/3/2005, 08:16:38 AM

Shipping Vendor USPS Priority
Tracking Number
01112038752006219477

Call Source PPIN (PPIN SVAA)
Sales Rep Ahearn, Jayme - Do Not Use
Rep Location DMC

### Shipping Address

PATRICIA SANBORN
3540 CRAIN HWY
APT 101
BOWIE, MD 20716
US

### Ordered Items

| Item | Qty | Price | Total |
|---|---|---|---|
| 3 Bottles SeaVegg - 1 PH Test Samples | 1 | $99.95 | $99.95 |
| Auto Ship SUBSCRIPTION, will not ship at time of purchase | 3 | $0.00 | $0.00 |
| Product DNS-Seavegg-AutoShipONLY | | | |
| Auto-Ship Start Time 13 weeks (3 month) | | | |
| Auto-Ship Frequency 90 days | | | |
| Insurance | 1 | $2.00 | $2.00 |

SubTotal $101.95
Shipping $9.95
Tax $0.00
Discount $0.00

Total $111.90

Issue Refund

Payment Type: Visa
Account: 4275xxxxxx6237

Transaction ID: VDME51876176
Approval Code: 0
Message: Approved
Capture Transaction ID: VZME47760323
Approval Code: 0
Message: Approved

### Invoice Notes

Add Note

VeriSign Manager

# Search by Account Number Results

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VDME51876176 | Mar 02, 2005 03:33 PM | Auth | Visa | 4275XXXXXXXX6237 | 04/07 | $111.90 | Approved | InvoiceID: 2506395 Rep Name: Ahearn, Jayme Rep Group: DMC CUSTOMER: patricia sanborn 3540 crain hwy apt 101 Bowie, MD 20716 7035281229 ORDERED ITEMS SV-3BottleKit: 1 @ $99.95=$99.95 SV-SeaVeggAS: 3 @ $0.00=$0.00 INT-Insurance: 1 @ $2.00=$2.00 Subtotal: | |
| 2. | VZME47760323 | Mar 03, 2005 05:13 AM | D/C | Visa | 4275XXXXXXXX6237 | 04/07 | $111.90 | Approved | InvoiceID: 2506395 Rep Name: Ahearn, Jayme Rep Group: DMC CUSTOMER: patricia sanborn 3540 crain hwy apt 101 Bowie, MD 20716 7035281229 ORDERED ITEMS SV-3BottleKit: 1 @ $99.95=$99.95 SV-SeaVeggAS: 3 @ $0.00=$0.00 INT-Insurance: 1 @ $2.00=$2.00 Subtotal: | |

Pages:
1

Sales Interface - TodaysHealth

Logged in as: Ratcliffe, Cathy (**REP271**) on callcenter at extension 216

Customers    Orders    Call Backs    Reports    Messages    Requests    Main Menu    Logout

## Auto-Ship Items for SANBORN, PATRICIA

| Legacy | Next Order | Amount | Quantity | Price | Item | Frequency | Duration | Executed |
|---|---|---|---|---|---|---|---|---|
| Canceled | 5/31/2005 | $89.85 | 3 | $29.95 | 1 Month Supply SeaVegg | 90 days | | 0 |

*Canceled* 5/31/2005
*Rep* Ratcliffe, Cathy (271)
*Reason* Cancelled a/s per M.Scucco

Modify

Generating Invoice: 2506395
Recording Confirmation Code: 13105737

View Past Orders
View Billing Information
Customer Administration Menu

Copyright ©2002-2003 HostedStore Corporation. All Rights Reserved.