# Direct Marketing Concepts -

**A**

EXHIBIT 6

| CustomerID: | InvoiceID: | Order Date and Time: |
|---|---|---|
| 833918 | 2100941 | 2004-06-17 19:01:42 |

Shipping Address:
BETTY STUART
2018 ELECTRIC RD #164
ROANOKE, VA 24018 US

Billing Address:
BETTY STUART
2018 ELECTRIC RD #164
ROANOKE, VA 24018 US

Ph Number: 7035281229 / Email: bstuart@udptech.com

0( 1 ) Item: 7DMC: One Week Kit at $89.00 per unit.

11

Sales: 800.899.8349 / Customer Service 800.215.0063

| | |
|---|---|
| Subtotal | $89.00 |
| Shipping & Handling | $9.95 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $98.95 |

bigdig06180401_q91.csv - p31

Sales Interface - TodaysHealth

Page 1 of 1

*Invoice* 2100941
*Customer* 833918
*Total* $98.95
*Status* Shipped

*Ordered* 6/17/2004, 7:02:14 PM
*Authorized* 6/17/2004, 7:02:14 PM
*Processed* 6/18/2004, 05:08:22 AM
*Shipped* 7/17/2004, 08:57:33 AM
*Captured* 7/17/2004, 08:57:37 AM

*Shipping Vendor* USPS Priority
*Tracking Number* 01112038752004753331

*Call Source* PPIN (PPIN MIAA)
*Sales Rep* Diaz, Eliana
*Rep Location* DMC

Add Note

**Invoice Notes**

BETTY STUART
2018 ELECTRIC RD
#164
ROANOKE, VA 24018
US

| Item | Qty | Price | Total |
|------|-----|-------|-------|
|      |     | SubTotal | $89.00 |
|      |     | Shipping | $9.95 |
|      |     | Tax | $0.00 |
|      |     | Discount | $0.00 |
|      |     | **Total** | **$98.95** |

**Payment Type:** Visa
**Account:** 4275xxxxxxx6260

**Transaction ID:** VCVA43679451
**Approval Code:** 0
**Message:** Approved
**Capture Transaction ID:** VBVA49920423
**Approval Code:** 0
**Message:** Approved

VeriSign Manager

Page 1 of 1

## Search by Account Number Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VCVA43679451 | Jun 17, 2004 04:01 PM | Auth | Visa | 4275XXXXXXXX6260 | 12/06 | $98.95 | Approved | InvoiceID: 2100941 Rep Name: Diaz, Eliana Rep Group: DMC CUSTOMER: BETTY STUART 2018 ELECTRIC RD #164 Roanoke, VA 24018 7035281229 ORDERED ITEMS 7DMC-OneWeekKit: 1 @ $89.00=$89.00 INT-Email: 1 @ $0.00=$0.00 Subtotal: $89.00 Shipping: $9.95 Tax: $0.00 D | |
| 2. | VBVA49920423 | Jul 17, 2004 05:56 AM | D/C | Visa | 4275XXXXXXXX6260 | 12/06 | $98.95 | Approved | InvoiceID: 2100941 Rep Name: Diaz, Eliana Rep Group: DMC CUSTOMER: BETTY STUART 2018 ELECTRIC RD #164 Roanoke, VA 24018 7035281229 ORDERED ITEMS 7DMC-OneWeekKit: 1 @ $89.00=$89.00 INT-Email: 1 @ $0.00=$0.00 Subtotal: $89.00 Shipping: $9.95 Tax: $0.00 D | |

Pages:
1