# *Direct Marketing Concepts -*

A

EXHIBIT
tabbies
7

CustomerID: 2018331

InvoiceID: 2454636

Order Date and Time: 2005-02-24 16:36:33

Shipping Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Billing Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Ph Number: 7035281229 / Email:

( 1 ) Item: 1 Barley Greens Caps, 1Carrot,1 Beet at $99.95 per unit. Product:Home Juice Bar, Auto-Ship Start Time:4 weeks (1 month), Auto-Ship Frequency:30 days

11

**0**

Sales: **800.899.8349** / Customer Service **800.215.0063**

| | |
|---|---|
| Subtotal | **$99.95** |
| Shipping & Handling | **$0.00** |
| Tax | **$0.00** |
| Discount | **$0.00** |
| Total | **$99.95** |

barleygrn02250501_q11 csv - p3

*Invoice* 2454636
*Customer* 2018331
*Total* $99.95
*Status* Shipped

*Ordered* 2/24/2005, 4:37:47 PM
*Authorized* 2/24/2005, 4:37:47 PM
*Processed* 2/25/2005, 07:22:35 AM
*Shipped* 2/25/2005, 2:23:02 PM
*Captured* 2/25/2005, 2:20:22 PM

*Shipping Vendor* FedEx Express
ESDBP
*Tracking Number* 696422050665

*Call Source* FITV (FITV BGAA)
*Sales Rep* Wood, Christine
*Rep Location* DMC
*Commission* $7.00

**Invoice Notes** Add Note

BETTY
STEWART
2018 ELECTRIC
RD
164
ROANOKE, VA
24018
US

| Item | Qty | Price | Total |
|---|---|---|---|
| **1 Barley Greens Caps, 1Carrot,1 Beet**<br>**Product** Home Juice Bar<br>**Auto-Ship Start Time** 4 weeks (1 month)<br>**Auto-Ship Frequency** 30 days | 1 | $99.95 | $99.95 |

| | |
|---|---|
| **SubTotal** | $99.95 |
| **Shipping** | $0.00 |
| **Tax** | $0.00 |
| **Discount** | $0.00 |
| **Total** | $99.95 |

**Recording Confirmation Code:** 13086561

**Payment Type:** Visa
**Account:** 4275xxxxxxxx6260

**Transaction ID:** VDNE49559781
**Approval Code:** 0
**Message:** Approved
**Capture Transaction ID:** VKNE38239680
**Approval Code:** 0
**Message:** Approved

Issue Refund

A/S was explained on the recording

She called on 4/28 to Cancel the A/S

# Account Number by Reference Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VDNE49559781 | Feb 24, 2005 01:35 PM | Auth | Visa | 4275XXXXXXXX6260 | 12/06 | $99.95 | Approved | InvoiceID: 2454636 Rep Name: Wood, Christine Rep Group: DMC CUSTOMER: betty stewart 2018 electric rd 164 Roanoke, VA 24018 7035281229 ORDERED ITEMS BGAA-HomeJuiceBarCCBAS: 1 @ $99.95=$99.95 Subtotal: $99.95 Shipping: $0.00 Tax: $0.00 Discount: $0.00 To | |
| 2. | VKNE38239680 | Feb 25, 2005 11:20 AM | D/C | Visa | 4275XXXXXXXX6260 | 12/06 | $99.95 | Approved | InvoiceID: 2454636 Rep Name: Wood, Christine Rep Group: DMC CUSTOMER: betty stewart 2018 electric rd 164 Roanoke, VA 24018 7035281229 ORDERED ITEMS BGAA-HomeJuiceBarCCBAS: 1 @ $99.95=$99.95 Subtotal: $99.95 Shipping: $0.00 Tax: $0.00 Discount: $0.00 To | |

Barry Guns Original Order

Pages:
1