

EXHIBIT 8

# Direct Marketing Concepts -

C

CustomerID: 2018331   InvoiceID: 26110223   Order Date and Time: 2005-03-28 13:35:33

Shipping Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Billing Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Ph Number: 7035281229 / Email:

**Enroll in our monthly re-supply program for savings and convenience.**
**To learn more about this, please call 800-672-9262.**

(1) 1 Month Supply -1 Cap BarleyGreens,1 Carrot, 1 Beet at $79.95 per unit.

Auto-Ship generated from queue #241454 Original invoice #2454636

| Sales: **800.899.8349** / Customer Service **800.215.0063** | | |
|---|---|---|
| | Subtotal | $79.95 |
| | Shipping | $14.95 |
| | Tax | $0.00 |
| | Discount | |
| | Total | $94.90 |

Auto20050328_1Q341 csv - p326

Page 3 of 4

Past orders for STEWART, BETTY (#2018331)

Issue Refund

**Auto-Ship Generated Order**

| | | Item | Qty | Price | Total |
|---|---|---|---|---|---|
| Invoice | 26110223 | 1 Month Supply -1 Cap BarleyGreens,1 Carrot, 1 Beet | 1 | $79.95 | $79.95 |
| Customer | 2018331 | | | SubTotal | $79.95 |
| Total | $94.90 | | | Shipping | $14.95 |
| Status | Shipped | | | Tax | $0.00 |
| | | | | Discount | $0.00 |
| | | | | **Total** | **$94.90** |

BETTY
STEWART
2018 ELECTRIC
RD
164
ROANOKE, VA
24018
US

Ordered 3/28/2005, 1:35:33 PM
Authorized 3/28/2005, 2:17:27 PM
Processed 3/29/2005, 09:31:52 AM
Shipped 3/30/2005, 09:34:42 AM
Captured 3/30/2005, 09:37:17 AM

Shipping Vendor FedEx Express
ESDBP
Tracking Number 696422094664

**Payment Type:** Visa
**Account:** 4275xxxxxxxx6260

**Transaction ID:** VDME62181198
**Approval Code:** 0
**Message:** Approved
**Capture Transaction ID:** VKME48250234
**Approval Code:** 0
**Message:** Approved

**Shipping**
**Comments**
Auto-Ship
generated from
queue #241454
Original invoice
#2454636

Call Source AUTO-SHIP ORDERS
Sales Rep Meusel, Chris
Rep Location Auto-Ship
Commission $0.00
Original Sales Rep ,
Rep Location

Add Note

**Invoice Notes**

Page 1 of 1

## Account Number by Reference Results

Page 1 of 1

| # | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VDME62181198 | Mar 28, 2005 11:16 AM | Auth | Visa | 4275XXXXXXXX6260 | 12/06 | $94.90 | Approved | InvoiceID: 26110223 Auto-Ship Order CUSTOMER: BETTY STEWART 2018 ELECTRIC RD 164 ROANOKE, VA 24018 7035281229 Subtotal: $79.95 Shipping: $14.95 Tax: $0.00 Total: $94.90 | |
| 2. | VKME48250234 | Mar 30, 2005 06:34 AM | D/C | Visa | 4275XXXXXXXX6260 | 12/06 | $94.90 | Approved | InvoiceID: 26110223 Auto-Ship Order CUSTOMER: BETTY STEWART 2018 ELECTRIC RD 164 ROANOKE, VA 24018 7035281229 Subtotal: $79.95 Shipping: $14.95 Tax: $0.00 Total: $94.90 | |

Pages:
1