# Direct Marketing Concepts -



| CustomerID: | InvoiceID: | Order Date and Time: |
|---|---|---|
| 2018331 | 31036667 | 2005-04-27 05:25:26 |

**EXHIBIT 9**

Shipping Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Billing Address:
**BETTY STEWART**
**2018 ELECTRIC RD 164**
**ROANOKE, VA 24018 US**

Ph Number: 7035281229 / Email:

( 1 ) Item: 1 Month Supply -1 Cap BarleyGreens,1 Carrot, 1 Beet at $79.95 per unit.

11
Auto-Ship generated from queue #241454 Original invoice #2454636

Sales: 800.899.8349 / Customer Service 800.215.0063

| | |
|---|---|
| Subtotal | $79.95 |
| Shipping & Handling | $14.95 |
| Tax | $0.00 |
| Discount | |
| Total | $94.90 |

autoships04270501_q349 csv - p330

Past orders for STEWART, BETTY (#2018331)

**Auto-Ship Generated Order**
Invoice 31036667
Customer 2018331
Total $94.90
Status Shipped

Ordered 4/27/2005, 05:25:26 AM
Authorized 4/27/2005, 05:28:46 AM
Processed 4/27/2005, 06:43:29 AM
Shipped 4/27/2005, 11:57:30 AM
Captured 4/27/2005, 11:59:52 AM

Shipping Vendor FedEx Express
ESDBP
Tracking Number 696422130493

Call Source AUTO-SHIP ORDERS
Sales Rep Wood, Christine
Rep Location Auto-Ship
Commission $0.00

Add Note

**Invoice Notes**

BETTY
STEWART
2018 ELECTRIC
RD
164
ROANOKE, VA
24018
US

**Shipping Comments**
Auto-Ship
generated from
queue #241454
Original invoice
#2454636

**Item**
1 Month Supply - 1 Cap BarleyGreens,1 Carrot, 1 Beet

| | Qty | Price | Total |
|---|---|---|---|
| | 1 | $79.95 | $79.95 |
| SubTotal | | | $79.95 |
| Shipping | | | $14.95 |
| Tax | | | $0.00 |
| Discount | | | $0.00 |
| Total | | | $94.90 |

**Payment Type:** Visa
**Account:** 4275xxxxxxx6260

Transaction ID: VKYE58985941
Approval Code: 0
Message: Approved
Capture Transaction ID: VZYE72890063
Approval Code: 0
Message: Approved

**Refund issued**    Issue Refund

5/20/2005, 3:12:09 PM  Greco, Patti (568)
rtnd 5-4-05 cust cxd a/s 4-28

## Account Number by Reference Results

Page 1 of 1

| Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|
| 1. VKYE58985941 | Apr 27, 2005 02:48 AM | Auth | Visa | 4275XXXXXXX6260 | 12/06 | $94.90 | Approved | InvoiceID: 31036667 Auto-Ship Order CUSTOMER: BETTY STEWART 2018 ELECTRIC RD 164 ROANOKE, VA 24018 7035281229 Subtotal: $79.95 Shipping: $14.95 Tax: $0.00 Total: $94.90 | |
| 2. VZYE72890063 | Apr 27, 2005 08:57 AM | D/C | Visa | 4275XXXXXXX6260 | 12/06 | $94.90 | Approved | InvoiceID: 31036667 Auto-Ship Order CUSTOMER: BETTY STEWART 2018 ELECTRIC RD 164 ROANOKE, VA 24018 7035281229 Subtotal: $79.95 Shipping: $14.95 Tax: $0.00 Total: $94.90 | |

Pages:
1