**EXHIBIT 10**

# Past orders for STEWART, BETTY (#2018331)

| | | | |
|---|---|---|---|
| Invoice 31069663 | | | |
| Customer 2018331 | | | |
| Total ($79.95) | | | |
| Status Refunded | | | |
| Refund Issued 5/20/2005, 3:12:40 PM | | | |
| Authorized 5/20/2005, 3:12:40 PM | | | |
| Captured 5/20/2005, 3:12:40 PM | | | |

| | |
|---|---|
| BETTY STEWART | |
| 2018 ELECTRIC RD | |
| 164 | |
| ROANOKE, VA 24018 | |
| US | |

**Item**
REFUND-1 Month Supply -1 Cap BarleyGreens,1 Carrot, 1 Beet

| | Qty | Price | Total |
|---|---|---|---|
| | 1 | ($79.95) | ($79.95) |
| SubTotal | | | ($79.95) |
| Shipping | | | $0.00 |
| Tax | | | $0.00 |
| Discount | | | $0.00 |
| Total | | | ($79.95) rtnd 5-4-05 |

**Refund**
Invoice #31036667
Refund Rep Greco, Patti
Rep Location DFLLC_CustomerService
Reason

**Payment Type:** Visa
**Account:** 4275xxxxxx6260
**Transaction ID:** VKNE69352412
**Approval Code:** 0
**Message:** Approved

**Shipping Comments**
Auto-Ship
generated from queue #241454
Original invoice #2454636

Call Source AUTO-SHIP ORDERS
Sales Rep Wood, Christine
Rep Location Auto-Ship
Commission $0.00
Original Sales Rep Greco, Patti
Rep Location DFLLC_CustomerService
Transfer Request Rep Wood, Christine

[Add Note]

**Invoice Notes**

VeriSign Manager

Page 1 of 1

## Account Number by Reference Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VKNE69352412 | May 20, 2005 12:12 PM | Credit | Visa | 4275XXXXXXXX6260 | 12/06 | $79.95 | Approved | | |

Pages:
1