Sales Interface - TodaysHealth

Page 1 of 1

## Auto-Ship Items for STEWART, BETTY

| Legacy | Next Order | Amount | Quantity | Price | Item | Frequency | Duration | Executed |
|---|---|---|---|---|---|---|---|---|
| Canceled 4/28/2005 | | $79.95 | 1 | $79.95 | 1 Month Supply -1 Cap BarleyGreens,1 Carrot, 1 Beet | 30 days | | 2 |

*Canceled 4/28/2005*
*Rep Maihos, Dick (293)*
*Reason cci to cancel auto*

Generating Invoice: 2454636
Recording Confirmation Code: 13086561

Modify



http://callcenter/DMC_CallCenter/sales/viewautoship.lasso?preventcache=C0A844940ebf51B3C1gOkW165C1B   6/4/2005