# *Direct Marketing Concepts -*

A

EXHIBIT 12

| | | |
|---|---|---|
| **CustomerID:** | **InvoiceID:** | Order Date and Time: |
| 2571567 | 31034811 | 2005-04-25 17:33:52 |

**Shipping Address:**
ERICA STEWART
Renuva Customer Relations
2018 ELECTRIC RD APT 164
ROANOKE, VA 24018 US

**Billing Address:**
ERICA STEWART
1-800-240-1413
2018 ELECTRIC RD APT 164
ROANOKE, VA 24018 US

Ph Number: 7035281229 / Email:

( 1 ) Item: Express Shipping (5 to 7 business days) at $9.95 per unit.

( 1 ) Item: Renuva System - 1 Month Supply w/ FREE Daily Balance at $79.95 per unit.

11

Sales: 800.899.8349 / Customer Service 800.215.0063

| | |
|---|---|
| Subtotal | $89.90 |
| Shipping & Handling | $12.95 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $102.85 |

-p

Past orders for STEWART, ERICA (#2571567)                                                                                       Page 2 of 2

| Invoice 31034811 | ERICA STEWART | Item | Qty | Price | Total | Issue Refund |
|---|---|---|---|---|---|---|
| Customer 2571567 | 2018 ELECTRIC RD | Express Shipping (5 to 7 business days) | 1 | $9.95 | $9.95 | |
| Total $102.85 | APT 164 | Renuva System - 1 Month Supply w/ FREE Daily Balance | 1 | $79.95 | $79.95 | |
| Status Shipped | ROANOKE, VA 24018 | | | | | |
|  | US | | SubTotal | | $89.90 | |
| Ordered 4/25/2005, 5:35:02 PM | | | Shipping | | $12.95 | |
| Authorized 4/25/2005, 5:35:02 PM | | | Tax | | $0.00 | |
| Processed 4/26/2005, 04:00:47 AM | | | Discount | | $0.00 | |
| Shipped 4/26/2005, 10:07:21 AM | | | | | | |
| Captured 4/26/2005, 10:09:43 AM | | | | Total | $102.85 | |

Shipping Vendor USPS Priority
Tracking Number 01112038752006593560

Recording Confirmation Code: 13280550

Payment Type: Visa
Account: 4275xxxxxx6260

Transaction ID: VZYE71881117
Approval Code: 0
Message: Approved
Capture Transaction ID: VKYE58700664
Approval Code: 0
Message: Approved

Call Source SUNS (SUNS REDD)
Sales Rep Mroz, Christopher
Rep Location DMC
Commission $8.00

Add Note

**Invoice Notes**

VeriSign Manager

Page 1 of 1

# Search by Account Number Results

Page 1 of 1

| | Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | VZYE71881117 | Apr 25, 2005 02:35 PM | Auth | Visa | 4275XXXXXXXX6260 | 12/06 | $102.85 | Approved | InvoiceID: 31034811 Rep Name: Mroz, Christopher Rep Group: DMC CUSTOMER: ERICA STEWART 2018 ELECTRIC RD APT 164 Roanoke, VA 24018 703528l229 ORDERED ITEMS INT-ExpShip: 1 @ $9.95=$9.95 AASYS-1C: 1 @ $79.95=$79.95 Subtotal: $89.90 Shipping: $12.95 Tax: $ | |
| 2. | VKYE58700664 | Apr 26, 2005 07:07 AM | D/C | Visa | 4275XXXXXXXX6260 | 12/06 | $102.85 | Approved | InvoiceID: 31034811 Rep Name: Mroz, Christopher Rep Group: DMC CUSTOMER: ERICA STEWART 2018 ELECTRIC RD APT 164 Roanoke, VA 24018 703528l229 ORDERED ITEMS INT-ExpShip: 1 @ $9.95=$9.95 AASYS-1C: 1 @ $79.95=$79.95 Subtotal: $89.90 Shipping: $12.95 Tax: $ | |

Pages:
1