# Direct Marketing Concepts -





EXHIBIT 13

| CustomerID: | InvoiceID: | Order Date and Time: |
|---|---|---|
| 2571567 | 31077781 | 2005-05-26 00:45:19 |

**Shipping Address:**
ERICA STEWART
2018 ELECTRIC RD APT 164
ROANOKE, VA 24018 US

**Billing Address:**
ERICA STEWART
2018 ELECTRIC RD APT 164
ROANOKE, VA 24018 US

Ph Number: 7035281229 / Email:

( 1 ) Item: Renuva System - 1 Month Supply at $59.95 per unit.

11
Auto-Ship generated from queue #307439 Original invoice #31034811

Sales: 800.899.8349 / Customer Service 800.215.0063

| | |
|---|---|
| Subtotal | $59.95 |
| Shipping & Handling | $9.95 |
| Tax | $0.00 |
| Discount | |
| Total | $69.90 |

autoships05260501_q228 csv - p147

Past orders for STEWART, ERICA (#2571567)                                                                                              Page 1 of 2

**Auto-Ship Generated Order**                    ERICA STEWART                    **Item**                                  **Qty**  **Price**  **Total**
*Invoice* 31077781                               2018 ELECTRIC RD                 Renuva System - 1 Month Supply                1    $59.95     $59.95
Customer 2571567                                 APT 164
Total $69.90                                     ROANOKE, VA 24018                                                     SubTotal    $59.95
Status Shipped                                   US                                                                    Shipping     $9.95
                                                                                                                            Tax     $0.00
                                                                                                                       Discount     $0.00

                                                                                                                          Total $69.90

Ordered 5/26/2005, 00:45:19 AM                   **Shipping Comments**
Authorized 5/26/2005, 00:45:45 AM                Auto-Ship generated from         **Payment Type:** Visa
Processed 5/26/2005, 04:00:40 AM                 queue #307439                    **Account:** 4275xxxxxx6260
Shipped 5/26/2005, 08:16:03 AM                   Original invoice #31034811
Captured 5/26/2005, 08:18:07 AM                                                   Transaction ID: VWYE82633377
                                                                                  Approval Code: 0
                                                                                  Message: Approved
Shipping Vendor USPS Priority                                                     Capture Transaction ID: VZYE86830756
Tracking Number                                                                   Approval Code: 0
0111203875200686287I                                                              Message: Approved

Call Source AUTO-SHIP ORDERS
Sales Rep Meusel, Chris
Rep Location Auto-Ship
Commission $0.00

                          Add Note

**Invoice Notes**              Issue Refund

VeriSign Manager

Page 1 of 1

## Account Number by Reference Results

Page 1 of 1

| Transaction ID | Time | Type | Tender Type | Account Number | Expires | Amount | Resp Msg | Comment1 | Comment2 |
|---|---|---|---|---|---|---|---|---|---|
| 1. VWYE82633377 | May 25, 2005 09:53 PM | Auth | Visa | 4275XXXXXXXX6260 | 12/06 | $69.90 | Approved | InvoiceID: 31077781 Auto-Ship Order CUSTOMER: ERICA STEWART 2018 ELECTRIC RD APT 164 ROANOKE, VA 24018 7035281229 Subtotal: $59.95 Shipping: $9.95 Tax: $0.00 Total: $69.90 | |
| 2. VZYE86830756 | May 26, 2005 05:16 AM | D/C | Visa | 4275XXXXXXXX6260 | 12/06 | $69.90 | Approved | InvoiceID: 31077781 Auto-Ship Order CUSTOMER: ERICA STEWART 2018 ELECTRIC RD APT 164 ROANOKE, VA 24018 7035281229 Subtotal: $59.95 Shipping: $9.95 Tax: $0.00 Total: $69.90 | |

Pages:
1