Sales Interface - TodaysHealth

## Auto-Ship Items for STEWART, ERICA

| Legacy | Next Order | Amount | Quantity | Price | Item | Frequency | Duration | Executed |
|---|---|---|---|---|---|---|---|---|
| **Canceled** 6/1/2005 | | $59.95 | 1 | $59.95 | Renuva System - 1 Month Supply | 30 days | | 1 |

*Canceled* 6/1/2005
*Rep* Malhos, Dick (293)
*Reason* cci to cancel auto

Modify

Generating Invoice: 31034811
Recording Confirmation Code: 13280550

EXHIBIT 14