# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | CIVIL ACTION NO. 04-CV-11136GAO |
| v. ) | |
|  ) | |
| DIRECT MARKETING CONCEPTS, INC., et al., ) | |
|  ) | |
| Defendants. ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

**1.     The following exhibits attached to the Affidavit Michael Sciucco:**

Exhibit 1 – Renuva Substantiating Documents;

Exhibit 2 – Letter from National Advertising Review Council, dated January 28, 2005;

Exhibit 3 – Letter from M. Sciucco to National Advertising Division, dated February 10, 2005;

Exhibit 4 – Letter from National Advertising Review Council, dated February 28, 2005;

Exhibit 5 – Letter from M. Sciucco to National Advertising Division, dated March 9, 2005;

Exhibit 6 – Letter from National Advertising Review Council, dated April 1, 2005;

Exhibit 7 – Letter from M. Sciucco to National Advertising Division, dated May 23, 2005;

Exhibit 8 – Sea Vegg Complete Research Articles;

Exhibit 9 – Sea Vegg Study Abstracts;

Exhibit 10 – Sea Vegg Substantiating Documents (Volume I);

Exhibit 11 – Sea Vegg Substantiating Documents (Volume II);

Exhibit 12 – Letter from National Advertising Review Council, dated March 30, 2005;

Exhibit 13 – Letter from M. Sciucco to National Advertising Division, dated April 15, 2005;

Exhibit 14 – Letter from National Advertising Review Council, dated April 26, 2005;

Exhibit 15 – Letter from M. Sciucco to National Advertising Division, dated May 9, 2005;

Exhibit 16 – Aquasana Substantiating Documents;

Exhibit 17 – Aquasana Substantiating Documents;

Exhibit 18 – Barley Greens Substantiating Documents;

Exhibit 19 – ReGenaLife Substantiating Documents (Volume I);

Exhibit 20 – ReGenaLife Substantiating Documents (Volume II);

Exhibit 21 – Memorandum from M. Sciucco, dated July 2, 2004;

Exhibit 22 – Auto Ship Confirmation Instructions and Script, revised 4/14/05; and

Exhibit 23 – Direct Marketing Association Guidelines for Ethical Business Practice.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 9, 2005                /s/ Christopher F. Robertson
                                   Peter S. Brooks, BBO #058980
                                   Christopher F. Robertson, BBO #642094
                                   Susan W. Gelwick, BBO #567115
                                   Attorneys For: Defendants
                                   Direct Marketing Concepts, Inc.,
                                   ITV Direct, Inc., and Donald W. Barrett