# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 04-CV-11136GAO |

## THE DMC DEFENDANTS' MOTION TO FILE
## A MEMORANDUM IN EXCESS OF THE PAGE LIMIT

Defendants Direct Marketing Concepts, Inc. ("DMC"), ITV Direct, Inc. ("ITV Direct"), and Donald W. Barrett ("Barrett") (collectively "DMC Defendants"), respectfully request leave to file a Memorandum in Opposition to the FTC's Motion for a Modification of the June 23, 2004 Preliminary Injunction that exceeds the page limit set forth in Local Rule 7.1(b)(4). The FTC filed a 32 page memorandum of law in support of its motion. Responding to that memorandum required the DMC Defendants to address a number of factual and legal issues raised by the FTC. In doing so, the DMC Defendants' memorandum of law exceeds the page limit of the Local Rule, but is still of shorter length than the memorandum filed by the FTC.

WHEREFORE, the DMC Defendants request leave to file a memorandum of law in excess of twenty (20) pages.

                    Respectfully submitted,
DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT

By their attorney(s),


 /s/ Christopher Robertson
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:     (617) 946-4801

Dated: June 9, 2005