

THE FOLLOWING
IS A PAID
ADVERTISEMENT FOR
SEA VEGG,
BROUGHT TO YOU BY ITV.

(c) COPYRIGHT 2005 ITV DIRECT, INC.

OPENING DISCLAIMER.JPG

THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

FDA OPENING.JPG



LOWER SMALL 1.JPG



LOWER SMALL 2.JPG





LOWER SMALL 3.JPG



2ND 800.JPG



LOWER SMALL 4.JPG



FOR MORE INFORMATION PLEASE CALL:
800-555-5555

TIME REMAINING
2:08

3RD 800.JPG

CLOSING DISCLAIMER.JPG

THE PRECEDING WAS A PAID ADVERTISEMENT FOR SEA VEGG, BROUGHT TO YOU BY ITV.

(C) COPYRIGHT 2005 ITV DIRECT INC.

THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

FDA CLOSER.JPG



AQUASANA CTA PRODUCT SHOT.JPG

THE FOLLOWING
IS A PAID
ADVERTISEMENT FOR
THE AQUASANA
WATER FILTRATION SYSTEM,
BROUGHT TO YOU BY
ITV DIRECT.

AQUASANA INTRO.JPG



AQUASANA DON CTA 2.JPG



AQUASANA DON CTA 1.JPG





AQUASANA 1ST DISCLAIMER.JPG



AQUASANA L-BAR COUNTDOWN.JPG



AQUASANA L-BAR COUNTDOWN&DISCLAIMER.JPG



AQUASANA L-BAR PRODUCT SHOT.JPG



AQUASANA LOWER 3RD 800#.JPG

THE PRECEDING
WAS A PAID
ADVERTISEMENT FOR
THE AQUASANA
WATER FILTRATION SYSTEM,
BROUGHT TO YOU BY ITV.

AQUASANA OUTRO.JPG



AQUASANA PRE-CTA DISCLAIMER 1.JPG



AQUASANA PRE-CTA DISCLAIMER 2.JPG



THE PROGRAM YOU ARE WATCHING IS A PAID ADVERTISEMENT FOR REGENALIFE.

ITV HOST: DONALD BARRETT

ITV

REGENALIFE VER 2 1ST DISCLAIMER.JPG



THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE.

FOR MORE INFORMATION PLEASE CALL

ITV

REGENALIFE VER 2 13 MIN FDA DISCLAIMER.JPG

REGENALIFE VER 2 20 MIN FDA DISCLAIMER.JPG



REGENALIFE VER 2 23 MIN 7 PERSON STUDY DISCLAIMER.JPG





REGENALIFE VER 2 CTA 1 800#.JPG