REGENALIFE VER 2 GRAPH DISCLAIMER.JPG



REGENALIFE VER 2 INTRO DISCLAIMER.JPG

REGENALIFE VER 2 OPENING & CLOSING FDA DISCLAIMER.JPG

THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.



REGENALIFE VER 2 PRE CTA 1 DISCLAIMER.JPG



THE PROGRAM YOU ARE WATCHING IS A PAID ADVERTISEMENT FOR REGENALIFE.

TODAY'S GUEST: DR. ALEX DUARTE

*Can the body be healed using all-natural supplements?*

ITV



REGENALIFE VER 2 PRE CTA 3 DISCLAIMER.JPG





REGENALIFE VER 2 SMALL 800#.JPG



REGENALIFE VER 3 800#.JPG



THE FOLLOWING

IS A PAID

ADVERTISEMENT FOR

DR. DAY'S HOME JUICE BAR,

BROUGHT TO YOU BY ITV.

THESE STATEMENTS HAVE NOT BEEN APPROVED BY THE FDA.
THIS PRODUCT IS NOT INTENDED TO DIAGNOSE,
TREAT, CURE OR PREVENT ANY DISEASE.

DD 2 V1 INTRO DISCLAIMER.JPG



DD 2 V1 L BAR.JPG



DD 2 V1 L BAR 2.JPG

# THE PRECEDING WAS A PAID ADVERTISEMENT FOR DR. DAY'S HOME JUICE BAR, BROUGHT TO YOU BY ITV.

THESE STATEMENTS HAVE NOT BEEN APPROVED BY THE FDA. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

DD 2 V1 OUTRO DISCLAIMER.JPG



DD 2 V1 PRODUCT SHOT.JPG



DD 2 V2 BANANA.JPG



THE STATEMENTS IN THIS ADVERTISEMENT ARE THE OPINIONS OF DR. LORRAINE DAY AND DO NOT NECESSARILY REFLECT THE OPINION OF DONALD BARRETT OR ITV.

TODAY'S GUEST: LORRAINE DAY, M.D.

IS OUR FOOD MAKING US SICK?

ITV

DD 2 V2 FDA LOWER 3RD 1.JPG



DD 2 V2 GUARANTEE.JPG

THE FOLLOWING
IS A PAID
ADVERTISEMENT FOR
DR. DAY'S HOME JUICE BAR,
BROUGHT TO YOU BY ITV.

DD 2 V2 INTRO DISCLAIMER.JPG



THE PROGRAM YOU ARE WATCHING IS A PAID ADVERTISEMENT FOR DR. DAY'S HOME JUICE BAR.

ITV HOST: DONALD BARRETT

ITV

IS OUR FOOD MAKING US SICK?

DD 2 V2 OPENING LOWER 3RD.JPG

THE PRECEDING WAS A PAID ADVERTISEMENT FOR DR. DAY'S HOME JUICE BAR, BROUGHT TO YOU BY ITV.

DD 2 V2 OUTRO DISCLAIMER.JPG



DD 2 V2 PRE CTA 1.JPG



TIME REMAINING
1:46

RESULTS WILL VARY. CONSULT A DOCTOR BEFORE
BEGINNING ANY NUTRITIONAL PROGRAM.

FOR MORE INFORMATION PLEASE CALL

ITV

