# CURRICULUM VITAE OF JANE TEAS

**Work Address**                                                                                  **Home Address**

Health Promotion Education and Behavior                                         6049 Robinwood Rd
South Carolina Cancer Center                                                              Columbia, SC  29206
15 Medical Park, Suite 301
Columbia, South Carolina  29203

TEL: (803) 434-1604                                                                               TEL: (803) 738-3129
FAX: (803) 434-1626

## Academic Training

**Postdoctoral**              Harvard School of Public Health              1978-1983
**Research Fellow**       Boston, MA

    Department: Interdisciplinary Programs in Health.  Special projects in breast cancer epidemiology, animal models of carcinogenesis (seaweed), AIDS, and anthropological research in medical decision making.

**Ph.D.**                              Johns Hopkins University                         1978
                                         School of Hygiene and Public Health
                                         Baltimore, MD

    Major field: Pathobiology.  Minors: Ecology and Parasitology.
    Dissertation title: Behavioral Ecology of Rhesus Monkeys in Kathmandu, Nepal

**B.A.**                                University of California                             1973
                                         Berkeley, CA

    Major fields: Anthropology and Geography

## Academic Positions:

**Research Assistant Professor**                                                        **1999-present**
University of South Carolina, Department of Environmental Health Sciences
And the South Carolina Cancer Center

Continue to research health effects of brown seaweed both against cancer (breast, colon, and prostate), and HIV.
Studied macrobiotics and cancer and faith and healing for a CDC funded grant on Complementary and Alternative Medicine With Curative Intent

**Member:** South Carolina Cancer Center, South Carolina Cancer Alliance; University of South Carolina

**Member:** Women's Studies Affiliate Board 1999-2003
**Member:** African Studies Working Group 2004
**Member:** American Anthropology Association
**Member:** American Association for Cancer Research

**Research Assistant Professor**                                          1990-1999
University of Massachusetts Medical School, Department of Medicine, Division of Preventive and Behavioral Medicine, Worcester, MA

Wrote numerous grants, three of which have been funded to study brown seaweeds and breast cancer prevention. Taught graduate course in Medical Anthropology

**Lecturer**                                                                       1990-1991
University of Massachusetts, Department of Anthropology. Boston, MA

Taught two semester undergraduate course in primate behavior.

**Research Associate**                                                     1984-1985
Harvard University, Department of Anthropology, Cambridge, MA

Infant Care Project. Analyzed data collected on breastfeeding and non-breastfeeding mothers living in the Boston area, co-authored papers, and supervised two research assistants.

**Grants Awarded:**

**Algae and AIDS**                                                           2/03-open
**University of South Carolina Education Foundation and personal eFunds at the Department of Health Promotion, Education and Behavior**
**Purpose:** To explore the possibility that dietary algae could prolong symptom-free survival and reduce HIV viral load for HIV positive patients
**Role: PI** (currently no money for salary, but I am doing fundraising activities to identify possible donors).

**University of South Carolina Office of Research**              7/04-7/05
**Part of the Center for Cancer Complementary and Alternative Medicine (CCCAM) at the University of South Carolina**
**Dietary algae in poor prognosis breast cancer**
**Purpose:** To explore the consequences of dietary algae on cell-cell adhesion.
**Role: PI (17%)**

**Department of Defense**                                              2/04 – 1/06
**Medical University of South Carolina and University of South Carolina**
**Dietary Algae as a Modulator of Breast Cancer Metastases.**

2

**Purpose:** To explore validate methods for detecting metastatic breast cancer cells in peripheral blood and to evaluate whether dietary seaweed has an effect on breast cancer cell numbers and CXCR4/SDF-1 binding
**Role: PI (15%)**

**Department of Defense BC996167/DAMD-17-00-1-0659**      **10/16/00-10/17/04**
**(being extended until 10/17/05)**
**Do the Effects of Exercise on Breast Cancer Prevention Vary with Environment?**
**Purpose:** To investigate whether the effects of exercise vary with the specific environment (indoors versus outdoors).
**Role: PI** (budget has never been required for this project;  However, it is possible that **10%** funding might be possible, once Army IRB approval has been obtained)

**Centers for Disease Control SIP6  U48/CCU409664**      **10/1/2000-9/30/2004**
**Complementary and Alternative Medicine with Curative Intent**
**Purpose:** To investigate the use and efficacy of faith healing and macrobiotics as complementary and alternative medicine as it is currently being used in the Columbia, South Carolina area.
**Role: PI** (currently under a no cost extension, and no salary provided.  **In the past, 100%** funding was provided for some periods of time).

**Department of Defense DAMD17-98-1-8207**      **3/31/98 - 5/31/2005**
**Dietary Seaweed and Soy and Early Breast Cancer: A Randomized Trial**
**Purpose:** The major goal of this study is to compare the effects of dietary seaweed and soy to placebo.  We are collecting data on biomarkers of breast cancer risk.
**Role: PI** (to be determined when final Army IRB approval has been granted. Originally it was to have been **10%** but the biomarkers have changed and will be less expensive, providing the possibility that the percentage effort could be increased, if the Army approves)

**The South Carolina Cancer Center**      **July 1, 2000 - June 30, 2001**
**Ratio of Two Urinary Estrogen Metabolites and Risk of Prostate Cancer**
**Purpose:** To determine if estrogen metabolism is correlated with PSA levels and prostate cancer in men.
**Role: PI**

**Centers for Disease Control**      **October, 2000 - September, 2004**
**Complementary and Alternative Medicine with Curative Intent**
**Purpose:** To investigate faith healing practices in Columbia, SC, and to document the use of macrobiotics in the treatment of cancer.
**Role: PI**

**Palmetto Health Foundation**      October 2000 - September 2003
**Pilot Study of HBO Treatment to Reduce Breast Cancer Treatment Related Lymphedema**
Purpose: To evaluate the effectiveness of hyperbaric oxygen therapy on breast cancer treatment related lymphedema.
**Role: PI**

**Susan G. Komen Foundation**　　　　　　　　　　　　　　　　1998-2000
**Brown Seaweed As a Breast Cancer Prevention**
**Purpose:** Evaluate the health effects of chronic seaweed ingestion in healthy postmenopausal women.
**Role: PI**

**Earthwatch**　　　　　　　　　　　　　　　　　　　　　　　　1984
**Rhesus Maternal Care and Demography. Kathmandu, Nepal**
Purpose: Collect primate behavioral data.
**Role: PI**

**Wallace Genetic Foundation**　　　　　　　　　　　　　　　　1982
**Seaweed and Breast Cancer**
**Purpose:** Pilot study to explore the effects of dietary seaweed in a rat Dimethylbenzanthracene (DMBA) mammary carcinogen model
**Role: PI**

**Earthwatch**　　　　　　　　　　　　　　　　　　　　　　　　1978
**Male Behavior of Rhesus Kathmandu, Nepal**
**Purpose:** Collect primate behavioral data on non-troop males and their social behavior.
**Role: PI**

**Earthwatch**　　　　　　　　　　　　　　　　　　　　　　　　1977
**Rhesus Troop Home Range Behavior**
**Purpose:** Collect information on the home range behavior of two troops of monkeys living in temples in Kathmandu, Nepal.
**Role: PI**

**National Geographic Society**　　　　　　　　　　　　　　　　1974-1978
Temple Monkeys of Kathmandu Nepal
**Purpose:** Collect information on monkeys living in two temples in Kathmandu Nepal
**Role: Project Leader**

<u>Work Experience</u>

**Principal Investigator**
<u>Seaweed Studies (Komen and Army)</u>:
**Collected** 22 samples of edible seaweed for iodine determination, identified seaweed harvesters, visited harvest sites, chose site and harvester, identified encapsulator, visited site, directed patient recruitment, organized sample container identification system, labeled containers, performed basic laboratory sample preparation of urine and blood specimens,
**Supervised** Project Director who coordinated volunteer enrollment and participation, identified new research questions and arranged for additional analyses.
**Processed** blood and urine samples, developed labeling and storage systems; developed collaborative relationships with investigators in 7 labs;

4

**Data analysis and interpretation; Writing articles on results**.

**Department of Defense Studies (breast cancer and seaweed; exercise)**
Wrote IRB applications and have worked with the Army IRB to try to achieve permission to conduct the studies
Conducted preliminary flow cytometry studies, interpreted data, wrote follow-up grants

**Complementary and Alternative Medicine Studies**
Wrote IRB applications
Supervised project coordinator, 4 students, worked with colleagues, hired professionals,
Conducted fieldwork on faith institutions
Conducted interviews
Writing and data interpretation
Directed project
Copy-edited 2,780 pages of transcripts that were then given to the Smithsonian Museum of American History permanent research collection December 28, 2004

**Earthwatch and National Geographic**
Designed and directed various primate research projects, trained 60 volunteers in behavioral methodologies, coordinated the on-site data collection and analysis in Kathmandu, Nepal, worked with primatology colleagues, analyzed data, interpreted data, wrote papers

| | | |
|---|---|---|
| **Principal Investigator** | U.S. Department of Defense IDEA Award | 1998-present |

Principal investigator for a project involving dose-response relationship of brown seaweeds and breast cancer prevention. Identified seaweeds to be used, visited harvesters. Recruitment will begin during the summer of 1999.

| | | |
|---|---|---|
| **Member** | Multicultural Committee Touchstone Community School Grafton, MA | 1993-99 |

Active member of Multicultural Committee that seeks to provide diversity to the students at Touchstone Community School. Classroom speaker on primate behavior and culture and people of Nepal.

| | | |
|---|---|---|
| **Member** | Human Subjects Committee University of Massachusetts Medical School Worcester, MA | 1992-1995 |

Member of the internal review board that reviews all scientific proposals for issues that relate to safety of human volunteers.

| | | |
|---|---|---|
| **Chairperson** | Ways and Means, Welcome Wagon<br>Shrewsbury, MA | 1992 |

Organized fundraising activities for charitable organization of women in Shrewsbury. Responsible for raising the most money in the organization's history.

| | | |
|---|---|---|
| **President** | Tobin Hill, Inc | 1987-1991 |

Co-created a company to produce and sell seaweed-based moisturizer. Co-designed product, identified chemist and seaweed ingredients, co-designed label, wrote bylaws, filed incorporation paperwork, co-wrote advertising, co-designed business plan, co-designed packaging, identified packaging company, did order fulfillment, oversaw mail order advertising, kept accounts, and filed taxes and filed un-incorporation paperwork.

| | | |
|---|---|---|
| **President** | Human Ecology Associates<br>Dorchester, MA | 1986-1987 |

Organized and moderated one-day workshops for New England Interstate Water Pollution control commission on Pesticides and Drinking Water. Edited newsletter on "Potatoes, Pesticides, and Problems" workshop, wrote newsletter on "Lawncare"; Organized and provided logistical support for two day workshop on Contaminated fish and Shellfish; wrote final summary of workshop for EPA Region I.

Organized and conducted field research on possible animal vectors of AIDS. Identified hogs living in the Belle Glade, Florida AIDS epicenter, coordinated collection of hog blood and delivery of the blood to Pirbright Labs in England. Collected ticks from houses and nearby areas to the Belle Glade epicenter. Arranged for the ticks to be tested for AIDS transmission.

| | | |
|---|---|---|
| **Consultant** | UNICEF<br>Kampala, Uganda | 1987 |

Designed and wrote a grant to the World Health Organization for $20,000,000 for the UNICEF AIDS public health program in Uganda.

| | | |
|---|---|---|
| **Toxics Coordinator** | New England Interstate<br>Water Pollution Control<br>Commission<br><br>And<br><br>Northeast States for Coordinated<br>Air Use Management<br><br>Boston, MA | 1985-1986 |

Coordinated interstate workgroups on aquatic toxicity, pesticides, drinking water, and health, and air toxics for the six New England states, New York, and New Jersey. Edited regional air toxics risk assessments for tetrachloroethylene and trichloroethylene.

| | | |
|---|---|---|
| **Principal Investigator** | Earthwatch/Center for Field Research<br>Belmont, MA | Summers of 1977, 1978, and 1984 |

| | | |
|---|---|---|
| **Medical Writer** | "New York Native" | 1984-1991 |

Summarized information on AIDS for a general audience.  The "New York Native" was a gay newspaper in New York City.  My particular focus was on African Swine Fever Virus and AIDS.

| | | |
|---|---|---|
| **Principal Investigator** | Wallace Genetic Foundation | 1982 |

Designed and conducted an animal study to test the protective effects of dietary seaweed against chemically induced mammary carcinogenesis; coordinated the efforts of a veterinarian and a biostatistician and provided animal care during the project.

| | | |
|---|---|---|
| **Consultant** | John Snow Inc<br>210 Lincoln St.<br>Boston, MA  02111 | 1981, 1982 and 1983 |

Provided an annotated bibliography of available research relating to traditional medical practices and health attitudes of people in Nepal, and the status of women in Nepal; designed two goiter intervention programs for a health project in Nepal.

| | | |
|---|---|---|
| **Collaborator** | Legal Medicine<br>Harvard School of Public Health<br>665 Huntington Ave<br>Boston, MA  02115 | 1982 |

Interviewed doctors, nurses, data managers, and hospital administrators about perceived problems with informed consent procedures for cancer patients.

### Publications

**Jane Teas**, Kelly Patterson, Jill Royer.  Could Dietary Algae protect against HIV Progression? **HIV Nutrition Update** February 15, 2005

**Teas J,** Pino S, Critchley A, Braverman LE.  Variability of iodine content in common commercially available edible seaweeds.  **Thyroid** 2004;14(10) 836-841.

**Teas J**, Cunningham JE, Cone L, Jansen K, Raghavan SK, Nitcheva DK, Xie D, Butler WM.  Can hyperbaric oxygen therapy reduce breast cancer treatment-related lymphedema? A pilot study.  **Journal of Women's Health** 2004;13(9):1008-1018.


**Teas J,** Hebert JR, Fitton HJ, Zimba PV. Algae – a poor man's HAART? **Medical Hypotheses** 2004;62, 507-510.

**Teas J,** Cunningham J, Rice G, et al.  Macrobiotics and cancer: Interviews with practitioners and their impressions of efficacy of macrobiotics for healing from cancer.  **Cancer Epidemiology Biomarkers & Prevention** 11(10):D136 Part 2 Oct 2002

Kushi LH, Cunningham, Hebert JR, Lerman RH, Bandera EV, **Teas J**.  The Macrobiotic Diet in Cancer.  **Journal of Nutrition.** 2001; 131: 3056S-3064S.

Cunningham JE, Cousins A, **Teas J**, Kushi L.  Macrobiotics for Health, Healing and Cancer Prevention:  Progress Report.  **Journal of Nutrition** 131(11S): 3152S-3153S.  2001.

Dai Q, Shu X-O, Jin F, Potter JD, Kushi LH, **Teas J**, Gao Y-T, Zheng W.  Population-based case-control study of soyfood intake and breast cancer risk in Shanghai.  **British Journal of Cancer** 2001; 85(3), 372-378.

Hebert JR, Gupta PC, Bhonsle RB, Mehta H, Zheng W, Sanderson M, Teas J.  Nutrient exposures and oral precancerous lesions in Srikakulam District, Andhra Pradesh, India.  **Public Health Nutrition** 2001; 5(2), 303-312.

Hebert, JR, Hurbley TG, Olendzki BC, **Teas J**, Ma Y.  Re: Nutritional and socioeconomic factors in relation to prostate cancer mortality: a cross-national study.  **Journal of the National Cancer Institute** 1999;91(8):725-726.

Hebert JR, Hurley TG, **Teas J**, Olendzki B, Ma Y, Hampl JS.  Nutritional and socioeconomic factors in relation to prostate cancer mortality: a cross-national study.  **Journal of the National Cancer Institute** 1998;90:1637-1647.

Massion AO, **Teas J**, Hebert JR.  Meditation, melatonin, & cancer**. Melatonin in Psychiatric & Neoplastic Disorders.**  Shafii M & Shafii S, Eds., American Psychiatric Press, Inc., 1997, Washington DC.

Massion AO, **Teas J**, Hebert JR, Wertheimer MD, Kabat-Zinn J.  Meditation, melatonin, and breast/prostate cancer.  **Medical Hypotheses**, 1995; 44:39-46.

Hebert JR, Miller DR, Toporoff ED, **Teas J**, Barone J.  Black-white differences in U.S. cancer rates: A discussion of possible dietary factors to explain large and growing divergences.  **Cancer Prevention** 1991: 1:141-156.

**NESCAUM Health Evaluation Document for Tetrachloroethylene** (**J Teas**, ed) NESCAUM, 1986.

**Teas J**. Series #2: Lawn Care Regulation. **Pesticides and Drinking Water Bulletin** 1987: 1-6.

**Teas J**. Update on Perchloroethylene. **National Air Toxics Information Clearing House Newsletter** 1986; 3.

Elias M, **Teas J**, Johnson J, Bora C. Nursing Practices and Lactation Amenorrhoea. **Journal of Biosocial Science** 1986: 18: 1-10.

Beldekas J, **Teas J**, Hebert JR. African Swine Fever Virus and AIDS. **Lancet** .March 8, 1986; 546-565.

**Teas, J**. Regional Air Toxics Strategy. **National Air Toxics Information Clearing House Newsletter** 1985; 2(5): 6-7.

Hebert JR, **Teas J**. Urban third world children: exposure to toxic substances among the nutritionally compromised. **Science for the People** 1985; 17(6) 18-22.

**Teas J**. Considerations in searching for the cause of AIDS. Acquired Immune Deficiency Syndrome ed by Selikoff IJ, Teirstein AS and Hirschman SZ. **Annals of the New York Academy of Sciences**, Vol. 437:270-272. 1984.

**Teas J**, Harbison ML, Gelman RS. Dietary seaweed (Laminaria) and mammary carcinogenesis in rats. **Cancer Research** 1984; 44: 2758-2761.

**Teas J**. Rhesus monkey aggression and grooming social dynamics. In **Female Primates: Studies by Women Primatologists.** Edited by Small MF. Alan R. Liss, Inc: New York. Monographs in Primatology. 1984; Vol. 4:237-247.

**Teas J.** Can AIDS agent be a new variant of African Swine Fever V **Lancet** April 23, 1983; 923.

**Teas, J.** The dietary intake of Laminaria, a brown seaweed, and breast cancer prevention. **Nutrition and Cancer** 1983; 4(3):217-222.

**Teas, J**. Ecological considerations important in the interpretation of census data on free-ranging monkeys in Nepal. In **Perspectives in Primate Biology.** Edited by Seth, PK. Today and Tomorrow's Printers: New Delhi.

**Teas J**, Feldman IT, Richie TL, Taylor HG, Southwick CH. Sex Differences in aggressive behavior of free-ranging rhesus monkeys in Kathmandu, Nepal. **Aggressive Behavior** 1982; 8:63-77.

**Teas, J**. The consumption of seaweed as a protective factor in the etiology of breast cancer. **Medical Hypotheses** 1981; 7(5):601-613.

**Teas J**, Shrestha R, Richie TL, Taylor HG, Turner GK, Southwick CH. Parturition in rhesus monkeys (Macaca mulatta) **Primates** 1981; 22(4):580-586.

**Teas J**, Richie TL, Taylor HG, Southwick CH. Natural population regulation of rhesus monkeys in Kathmandu, Nepal. **Folia Primatologica.** 1981; 35:117-123

Bishop N, Blaffer Hrdy S, **Teas J**, Moore J. Qualitative and quantitative definitions of human influence in habitats of South Asian monkeys. **International Journal of Primatology** 1981; 2(2): 153-167

**Teas J.** Temple Monkeys in Nepal. **National Geographic** April 1980; pp 575-584.

**Teas J**, Richie TL, Taylor HG, Southwick CIT. Population patterns and behavioral ecology of rhesus monkeys (Macaca mulatta). 1980. In **The Macaques; Studies in Ecology, behavior and Evolution.** Edited by Lindburg DG. Van Nostrand Reinhold Co: New York. pp 247-262.

Southwick GH, Richie TL, Taylor HG, **Teas J**, Siddiqi MF. Rhesus monkey populations in India and Nepal: Patterns of growth, decline, and natural regulation. In: **Biosocial Mechanisms of Population Regulation.** 1980. Edited by Cohen MN, Malpass RS, and Kelin HG. Yale University Press: New Haven. Pp 151-170.

Richie TL, Shrestha R, **Teas J**, Taylor HG, Southwick CH. Rhesus monkeys at high altitudes in northwestern NEPAL. **Journal of Mammalogy** 59(2): 443-444.

**Teas J**, Taylor HG, Richie TL, Southwick CH. Behavioral ecology of rhesus monkeys in Kathmandu, Nepal. **Nepal Nature Conservation Society Annual Report** 1978.

Taylor HG, **Teas J**, Richie TL, Southwick CH. Social interaction between adult male and infant rhesus monkeys in Nepal. **Primates** 1978; 19(2): 343-351.

**Teas J**, Taylor HG, Richie TL, Southwick CH. Ecology and behavior of rhesus monkeys in Nepal. **Final Report to the National Geographic Society** April 15, 1977. 103 pp.

**Teas J**, Richie TL, Taylor HG, Southwick CIT. Seasonal influences on aggression in Macaca mulatta. In: **Recent Advances in Primatology** 1977. Edited by Chivers, D. Academic Press: London.

**Teas, J.** Some epidemiological considerations of children under fifteen treated by the staff of the Kunde Hospital, Nepal, 1966-1972. **Department of Local Development/UNICEF Research cum Action Project** Paper No. 1. Kathmandu, Nepal. 1973.

**Publications in Press**

**Book Chapter**

**Teas J.** Dietary Brown Seaweeds and Human Health Effects
Seaweed Resources Ed: Critchley, Alan T, Masao Ohno and Danilo Largo
Expert Centre for Taxonomic Identification, Univ. Amsterdam

**Papers Submitted:**

**Teas J**, Cunningham JE, Fowke JH, Nitcheva DK, Kanwat CP, Boulware RJ, Sepkovic DW, Hurley TG, Hebert JR.  Urinary Estrogen Metabolites, Prostate Specific Antigen and Body Mass Index Among African American Men in South Carolina.

**Jane Teas**, Lewis E. Braverman, Mindy S Kurzer, Sam Pino, Thomas G. Hurley, James R. Hebert.  Seaweed and Soy: Companion Foods in Asian Cuisine and Their Effects on Thyroid Function in American Women

Sue P. Heiney, Janis McWayne, **Jane Teas**.  Being Real on Holy Ground: The Lived Experience of Hospital Chaplains

**Papers Presented**

**Jane Teas.**  A Review of Iodine and Arsenic in Dietary Seaweeds.  **Kushi Institute Summer Conference** 2000.

**Jane Teas.**  Health Effects of Seaweed.  **International Macrobiotic Summer Conference.**  Allardsoog-Holland.  July 14-20, 2001.

**Jane Teas**  Dietary Seaweeds and Breast Cancer.  **British Phycology Society** Lancaster, England January 2004**.**

**Jane Teas.**  HIV and Edible Algae: Preliminary Findings.  **XVIII International Seaweed Symposium.** Bergen, Norway June 2004.

**Jane Teas**. Macrobiotics and Peace.  **American Anthropology Association**. Chicago IL. November 21, 2003.

**Jane Teas.** Macrobiotics for Cancer: Theory and Practice.  **Society of Applied Anthropology.**  Portland Oregon.  March 19-23, 2003,

**Jane Teas.**  The Cultural Construction of Seaweed: From Slime to the Macrobiotic Sublime.  **Society for Applied Anthropology.**  Atlanta GA.  March 6-10, 2002**.**

**Jane Teas**, Sue Heiney, Andrew Cousins, and George Khushf, with P. Verma, C.P. Kanwat, G. Jackson and V. Moore. "Concepts of Healing Among Doctors and Patients."

**The Carolinas Medical Humanities Group**. College of Charleston.  Saturday, September 21, 2002.

<u>**Jane Teas**</u>.  "Healing among the faithful" **University of South Carolina Medical Humanities Lunch Seminar**, October 30, 2002.

<u>**Jane Teas**</u>.  Faith and Healing: Overview of a new study at USC.  **Alpha Xi Chapter of the Sigma Theta Tau International Honor Society of Nursing.**  Columbia, SC  Feb 23, 2001.

Kushi LH, Akbar CR, Hebert JR, Lerman RH, Lerner A, Pollack S, Potter JD, <u>**Teas J**</u>, Gallagher M, Kushi M.  Study of the Macrobiotic approach to cancer: A best case series.  **American Public Health Association.** 124th Annual Meeting, New York, NY.  Nov 17-21, 1996.

**Posters Presented**

<u>**Teas, J**</u>, Ghumare, S, McKenzie, W.  Do the Effects of Exercise on Breast Cancer Prevention Vary with Environment?  SCPHA May 25, 2005  Myrtle Beach , SC.

**Ghumare, S.,** <u>**Teas, J.**</u>  AIDS Epidemic in India - Exploring New Alternatives SCPHA May 25, 2005  Myrtle Beach , SC.

<u>**J Teas**</u>, Santosh Ghumare, Rohit Talwani, J. Helen Fitton, A. Belay, M. Irhimeh Eat Algae to Slow down HIV? A Pilot Study and Economic Feasibility Case Study in India.  2nd Annual SC Nutrition Research Summit. October 29, 2004 Columbia, SC.

<u>**Teas J**</u>, Pino S, Hurley TG, Critchley A, Braverman LE. Effect of Seaweed Ingestion on Thyroid Function in Postmenopausal Women  P3-675  **Endocrinology Society** Annual Meeting, Philadelphia, PN  June 2003.

Vitoc C, Cunningham J, Heiney SP, <u>**Teas J**</u>, Jansen K, Gregory L.  A survey of lymphedema among breast cancer survivors: Preliminary results.  **Hollings Cancer Center** MUSC 3rd Annual Research Retreat, Isle of Palms, SC Dec 5, 2003

<u>**Teas J,**</u> Cousins A, Heiney SP, Verma P, Kanwat CP, Jackson TG, Moore V.  Healing Imagery Among Charismatic Christians in South Carolina.  **International Center for the Integration of Health and Spirituality (ICIHS)** Integrating Research on Spirituality and Health and Well-Being Into Service Delivery: A Research Conference April 1-3, 2003, National Institutes of Health Campus, Bethesda, Maryland

Heiney SP, McWayne J, <u>**Teas J**</u>.  Holy Ground: A phenomenological study of hospital chaplains**. International Center for the Integration of Health and Spirituality (ICIHS)**  Integrating Research on Spirituality and Health and Well-Being Into Service Delivery: A Research Conference April 1-3, 2003, National Institutes of Health Campus Bethesda, Maryland

**Teas J**, Raghavan S, Nitcheva D, Lamb L, Meeh P, Bopp C, Thompson R, Zhang Q, Reisman D, Zimba P, Carraway R, Davis JM, Muga S, Kanwat CP, Durstine JL. Can Eating Seaweed Make a High Fat Fast Food Breakfast Healthier? **First Annual SC Nutrition Research Consortium**, October 17, 2003. Irmo, SC

Brook Harmon, MS, RD; **Jane Teas**, PhD; James Hebert, ScD; Tom Hurley, Margaret Ehlers.  A Comparison of typical Macrobiotic Diets to the Dietary Reference Intakes - Preliminary Results.  **First Annual SC Nutrition Research Consortium**, October 17, 2003. Irmo, SC

Raghavan R, **Teas J**, Cunningham J, Cone L, Jansen K, Nitcheva D, Xie D, Deng, Z, Butler W.  Can Hyperbaric Oxygen Therapy Reduce Breast Cancer Treatment-Related Lymphedema? **Hollings Cancer Center MUSC 3rd Annual Research Retreat**, Isle of Palms, SC Dec 5, 2003.

**J Teas,** JE Cunningham, G Rice, S Rice, P Verma, CP Kanwat,
J Whetstone, J Hebert, A Kushi, T Leatherman, A Cousins, LH Kushi.  Macrobiotics and Cancer: Interviews with Macrobiotic Practitioners.  **American Association of Cancer Research International Conference on Frontiers in Cancer Prevention Research.** Boston MA. October 14-18, 2002.

AL Cousins, G Jackson, S Heiney, P Verma, CP Kanwat, JE Cunningham, G Khushf, **J Teas**.  Faith and Healing among Christians in South Carolina.  Spirituality & Healing in Medicine.  **Harvard Medical School and The Mind/Body Medical Institute**.  Boston MA. Dec 15-17, 2001.

AL Cousins, S Heiney, P Verma, JE Cunningham, G Khushf, **J Teas**.  Data in search of analysis: How can we understand patient narratives that attribute healing to faith? **Alpha Xi Chapter of the Sigma Theta Tau International Honor Society of Nursing**. Columbia, SC February 2001.

**Teas J**, Pino S, Cunningham J, Hurley T, Critchley A, Braverman L.  Iodine in Dietary Seaweeds: Range of Values and Possible Concerns.  XVIIth **International Seaweed Symposium**.  Cape Town South Africa.  Jan 28-Feb 2, 2001.

Cunningham J, Cousins A, **Teas J** & Kushi. L.  Macrobiotics for Health, Healing and Cancer Prevention:  Progress Report.  **American Institute for Cancer Research.** Washington DC.  July 16-17, 2001.

Cunningham J, **Teas J**, Jack A, Cousins A, and Kushi L.  Macrobiotics and
Cancer.  **Royal Society of Chemistry** Biologically Active Phytochemicals in Foods.  Norwich, UK.  Sept.26-28, 2001.

**Teas, J.**, Cunningham, J.E. and Braverman, .Dietary Seaweed and Soy and Early Breast Cancer: A Randomized Trial. Era of Hope **Department of Defense** Conference Proceedings, June 8-11, 2000

Reviewer for:

Journal of Nutrition
International Immunopharmacology

**Review Committees**

1996-1999 University of Massachusetts IRB
1998 University of Massachusetts Internal Grant Review
2004 University of South Carolina Research Centers of Economic Excellence Review

**Conferences Organized**

Epidemics: Past, Present, and Future.The Carolinas Medical Humanities Group. Spring Meeting (Local arrangements in Columbia): The University of South Carolina, Columbia. Saturday March 29, 2003.

**Other Activities**
South Carolina Science Fair Judge 2000-present
Breast cancer telephone support group invited guest speaker

**Government Testimony**

**Comments in support of the Macrobiotics Best Case Series made to the Cancer Advisory Panel for Complementary Medicine (CAPCAM) February 25, 2002**.
Democracy Plaza, Bethesda, Maryland.
http://nccam.nih.gov/about/advisory/capcam/minutes/2002feb.htm#6

**Patent Application**

University of South Carolina Patent Office
**USC**RF No. 380.01b-PPA (**Teas**)
Algae and AIDS (PPA)
Provisional Patent Application
May 4, 2004