UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-11136 - GAO<br>)<br>)<br>)<br>) |

**PLAINTIFF THE FEDERAL TRADE COMMISSION'S NOTICE OF FILING STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION AND SETTLEMENT OF CLAIMS FOR MONETARY RELIEF AS TO DEFENDANTS HEALTH SOLUTIONS, INC. AND ALEJANDRO GUERRERO**

To:    See attached service list

Plaintiff the Federal Trade Commission ("Commission") files this notice of filing of the attached Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Health Solutions, Inc. and Alejandro Guerrero ("Order"). The Commission respectfully moves this Court to enter this Order, which has been executed by the Commission and by Health Solutions, Inc. and Alejandro Guerrero.

Respectfully Submitted,

_(signature)_

Daniel Kaufman
Kial S. Young (Mass. Bar No. 633515)
Edward Glennon
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop NJ-3212
Washington, DC 20580
Tel: (202) 326-2675/3525/3126
Fax: (202) 326-3259
ATTORNEYS FOR PLAINTIFF

Dated: June 13, 2005

## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On June 13, 2005, copies of (1) Plaintiff the Federal Trade Commission's Notice of Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Health Solutions, Inc. and Alejandro Guerrero; and (2) Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Health Solutions, Inc. and Alejandro Guerrero were served via Federal Express as follows:

Becky V. Christensen, Esq.   (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP   Solutions, LLC, Alejandro Guerrero and Health
1920 Main Street, Suite 150   Solutions, Inc)
Irvine, CA 92614
Facsimile: (949) 851-5051

Dustin F. Hecker   (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP   LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Chris Robertson, Esq.   (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP   W. Barrett, and Robert Maihos)
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan   (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP   Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210
Facsimile: (617) 248-9877

Sage International, Inc. (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013

I declare under penalty of perjury that the foregoing is true and correct. Executed this June 13, 2005 at Washington, D.C.

Edward Glennon