UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,            )<br>                                      )<br>    Plaintiff,                       )<br>                                      )<br>      v.                             )<br>                                      )   Civ. No. 04-11136 - GAO<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>                                      )<br>    Defendants.                       )<br>                                      ) | |

(Proposed)

ORDER

Plaintiff Federal Trade Commission ("Commission") has filed a motion seeking leave to file a reply brief in support of its Motion for a Modification of the June 23, 2004 Preliminary Injunction as to Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald W. Barrett and Request for Expedited Treatment.

This Court, having considered the Commission's motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's motion is hereby granted and its reply memorandum is accepted for filing in this case.

**SO ORDERED,** this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

*[signatures]*

DANIEL KAUFMAN
KIAL S. YOUNG  (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC  20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF