

INFOMERCIAL MONITORING SERVICE, INC.
May 2005
VOLUME 13, NUMBER '8-21

- NATIONAL CABLE AND BROADCAST MONITORING

- REAL TIME AND RECORDED INFOMERCIAL MONITORING

- DAILY, WEEKLY AND MONTHLY REPORTS

- CUSTOM MONITORING REPORTS

- WORLD'S LARGEST INFOMERCIAL AND DR LIBRARY

- SPECIAL RESEARCH SERVICES

SATELLITE 2
810 PARKWAY BOULEVARD
BROOMALL, PA 19008 (USA)
610-328-6902 • FAX 328-6791

# NATIONAL CABLE RANKING - FREQUENCY

## IMS MONTHLY TOP 100 for May 2005

Based solely on frequency of programs aired on networks monitored.

| Rank | Title | Rank | Title | Rank | Title |
|---|---|---|---|---|---|
| 1 | Carleton Sheets | 26 | Total Gym | 51 | Rug Doctor |
| 2 | Body Makeover | 27 | Billy's Bootcamp | 52 | FirmaLift |
| 3 | Natural Cures | 28 | Core Secrets | 53 | MakeUp Optional |
| 4 | Magic Bullet | 29 | Ronco Six Star | 54 | MaxiGlide |
| 5 | bareMinerals | 30 | Classic Soul Ballads | 55 | Ionic White |
| 6 | Tempur-Pedic | 31 | Feed The Children | 56 | Restore 4 |
| 7 | Bowflex | 32 | Auctions For Income | 57 | Country Legends |
| 8 | Klear Action | 33 | Cutlery Corner | 58 | Youthful Essence |
| 9 | WalkFit Orthotics | 34 | Attacking Anxiety | 59 | Lazer Storm |
| 10 | Little Giant Ladder | 35 | Girls gone Wild | 60 | Drill Doctor |
| 11 | Cable Shopping Network | 36 | LIFE | 61 | Golden Oil |
| 12 | Oreck XL | 37 | FoodSaver Vac | 62 | Money with Notes |
| 13 | Free & Clear | 38 | Power Juicer | 63 | Skin Recovery |
| 14 | Sea Vegg | 39 | Oreck Air | 64 | Ultimate Love Songs |
| 15 | Swivel Sweeper | 40 | Sleep Number | 65 | Hagee Ministry |
| 16 | Ionic Breeze | 41 | Jeff Paul System | 66 | Natural Decision |
| 17 | TrueCeramicPro | 42 | Proactiv | 67 | Dr. Day's Juice Bar |
| 18 | Conquer HA | 43 | Face Disc | 68 | MDR |
| 19 | Tread Climber | 44 | Murad | 69 | Progressive Profits |
| 20 | Bosley | 45 | American Legacy Guitar | 70 | Sellecca Solution |
| 21 | Easy Shaper | 46 | Cash Flow Business | 71 | Hair Club |
| 22 | TriVita | 47 | Video Professor | 72 | Dual Action Cleanse |
| 23 | Power 90 | 48 | Winsor Pilates | 73 | Voluptas |
| 24 | Ab Scissor | 49 | Cardio Cruiser | 74 | Light Relief |
| 25 | Ionic Pro | 50 | Ronco Showtime | 75 | Renuva |

| Rank | Title |
|---|---|
| 76 | WatchWord Bible |
| 77 | Legends |
| 78 | Principal Secret |
| 79 | Choose To Be Rich |
| 80 | L'Oreal |
| 81 | Wild Party Girls |
| 82 | Land Rider |
| 83 | Lateral Thigh |
| 84 | Wild America |
| 85 | Shark Steam Bottle |
| 86 | Ray Reynolds Plan |
| 87 | Satise |
| 88 | Hee Haw |
| 89 | Greatest Vitamin |
| 90 | The Firm |
| 91 | Medicus Driver |
| 92 | Trend Trading |
| 93 | Zip Lure |
| 94 | Ab Lounge |
| 95 | Walkmill |
| 96 | SmartWare |
| 97 | L'Oreal ReFinish |
| 98 | Specialty Merch. Corp. |
| 99 | Legendary Rock |
| 100 | AmeriQuest |

Infomercial Monitoring Service, Inc.
Satellite 2 • 810-812 Parkway Boulevard
Broomall, Pennsylvania 19008 • USA
610-328-6902 • fax 610-328-6791
email reports@imstv.com • imstv.com

© 2005 Infomercial Monitoring Service, Inc. All rights reserved. No part of this publication may be reproduced or transmitted in any form electronic or mechanical, including photocopy, or any information storage and retrieval system without permission in writing from IMS. IMS is not responsible for any loss due to errors or omissions in information provided, or for any loss of service due to technical or other difficulties. Any publication, or public display, or other use, without the prior written permission of IMS is prohibited.

197