UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 04-11136-GAO |
| DIRECT MARKETING CONCEPTS, INC., et al., | ) |
| Defendants. | ) |

**DECLARATION OF CHRISTINE SKIBOLA, PH.D., [REVISED] IN SUPPORT OF
THE FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE
JUNE 23, 2004 PRELIMINARY INJUNCTION**

# DECLARATION OF CHRISTINE SKIBOLA, PH.D.

I, Christine Skibola, hereby declare as follows:

**Introduction and Qualification**

1.  I am a researcher and educator with a Ph.D. in Environmental Health Sciences. Since 2001, I have been employed as a Research Toxicologist in the Molecular Epidemiology and Toxicology Laboratory, which is in the Department of Environmental Health Sciences at the University of California at Berkeley's School of Public Health. Environmental health focuses upon the study of human populations exposed to chemical or biological agents, in order to promote human health and prevent diseases. It is an interdisciplinary field that draws on virtually all the natural sciences, as well as content from professional areas like engineering. As discussed in more detail herein, I have recently conducted research into potential health benefits of seaweed.

2.  In addition to my ongoing work as a Research Toxicologist, I also served as the Assistant Director of the Environmental Health Sciences Center from 2002 to 2003.

3.  I have conducted research and written 15 original articles that have been published in peer-reviewed scientific journals. Among other subjects, these articles have examined the health impacts of excessive flavonoid intake; diet, gastrointestinal flora, and other causal factors in leukemia; and the effects of seaweed supplementation on menstrual cycle length and hormonal status.

4.  I regularly give lectures at U.C. Berkeley's School of Public Health and for other audiences. Among other subjects, I have given lectures about "nutraceuticals" and about the relationship between diet and susceptibility to leukemia and lymphoma.

5. I have served as a regular reviewer for the Journal of Reproductive Biology and Endocrinology. I am currently preparing a report on diet and the risk of hematological diseases for the upcoming 2007 expert report of the World Cancer Research Fund and the American Institute for Cancer Research on "Food, nutrition and the prevention of cancer: a global perspective." I have also served as a referee for the Ireland Health Research Board Post-Doctoral Research Fellowships Program. In addition, I have at various times reviewed articles for a number of scientific publications, including the British Journal of Cancer; Cancer Epidemiology, Biomarkers, and Prevention; the European Journal of Hematology; the International Journal of Cancer; the International Journal of Epidemiology; the Journal of the American Medical Association; the Journal of the National Cancer Institute; and Reproductive Biology and Endocrinology.

6. I am a member of the American Association of Cancer Research (AACR), the AACR Molecular Epidemiology Working Group, Women in Cancer Research, and the Genetic and Environmental Toxicological Association.

7. In 2001, I received U.C. Berkeley's annual Margaret Beatty Award for Excellence in Research for my work regarding folate and leukemia.

8. My expertise is as a researcher and educator in the field of environmental health sciences and in the broader field of public health.

9. A true and accurate copy of my curriculum vitae appears as Attachment 1 to this Declaration.

**Review of SeaVegg by FarmaSea Product Information**

10. The staff of the Federal Trade Commission ("FTC") has provided me with the "SeaVegg by FarmaSea" ("SeaVegg") label, which I have reviewed. That label states that each SeaVegg capsule contains a "proprietary blend" of "Whole-Living-Marine" plants and that "FarmaSea has carefully chosen and blended up to 12 specific species from over 10,000 sea plant varieties worldwide." The label states that the SeaVegg also contains *medicago sativa*, green tea powder, vegetable cellulose, silicon dioxide, and magnesium stearate. The label defines a serving of SeaVegg as one capsule, and says that each serving has 500 milligrams of the proprietary blend.

11. The FTC staff has also provided me with the SeaVegg infomercial. According to the infomercial, the sea vegetation used in the manufacture of SeaVegg is "from the coast of Ireland" and SeaVegg capsules contain twelve species of sea vegetation, chosen from among fifteen species, based upon the harvest cycle. Furthermore, the infomercial states that the head of the Irish Seaweed Centre is a scientific advisor.

12. I have not seen any information that indicates which varieties of marine plants are in SeaVegg, or how much of each variety is included in the proprietary blend, and I am informed by the FTC staff that the FTC has been unable to locate this information. According to the website of the Irish Seaweed Centre, there are approximately 500 species of seaweed grown off the Irish coast, of which sixteen are being commercially used. These species include: Alaria esculenta, Laminaria digitata, Laminaria hyperborea, Laminaria saccharina, Himanthalia elongata, Palmaria palmata, Chondrus crispus, Porphyra sp., and Ulva lactuca, Enteromorpha sp.

3

I believe it is safe to assume – based upon the statements made in the infomercial and by the Irish Seaweed Centre – that the varieties of sea vegetation in SeaVegg are among those sixteen.

13. Although the label of SeaVegg defines a serving as one capsule, the infomercial suggests taking three capsules of SeaVegg a day and says that those sick with chronic degenerative diseases can take even more and should not "worry about OD'ing."

**Summary of Findings**

14. The FTC staff has asked me whether, based on my professional experience and knowledge, I am aware of reliable scientific evidence that SeaVegg can treat or prevent chronic degenerative diseases, including cancer, fibromyalgia, diabetes, arthritis, or multiple sclerosis, and whether it can cause underweight individuals to gain weight and overweight individuals to lose weight without trying ("weight normalization").

15. Based on my professional experience and knowledge and my review of the scientific literature, it is my opinion that there is no reliable scientific evidence that SeaVegg can treat or prevent cancer, fibromyalgia, diabetes, arthritis, or multiple sclerosis, or that it can cause weight normalization.

**Detailed Discussion of Findings**

16. According to the SeaVegg infomercial, the Japanese population lives longer, is healthier, and has a lower incidence of certain diseases because of the seaweed in their diet. It is true that the Japanese live longer than Western populations and have lower risks of certain hormone-related diseases, including breast and endometrial cancers,[1] and that seaweed is an important staple of the Japanese diet, accounting for approximately 10-25% of their food intake.

---

[1] The Japanese do, however, have higher rates of stomach cancer.

This is an interesting observation. In fact, the longer menstrual cycles, lower circulating estrogen levels, and lower rates of breast cancer in Japanese women compared to Western populations led me to conduct two preliminary studies involving seaweed supplementation that are discussed *infra*. Nevertheless, it is inappropriate to conclude on the basis of such general epidemiological observations that seaweed is responsible for any or all of the observed differences in health, longevity, or disease between the United States and Japan. Many factors other than dietary seaweed could account for these differences, including other dietary factors (*e.g.*, low total fat and animal fat diets and higher vegetable and soy intake among the Japanese), lifestyle (*e.g.*, reproductive choices and obesity levels), environmental factors, and/or genetics.

17. The most accepted and generally recognized way to determine whether a product such as SeaVegg is efficacious for treating diseases such as cancer, fibromyalgia, diabetes, arthritis, and multiple sclerosis and for weight normalization is conducting randomized, double-blind, well-controlled studies of the product itself. Large long-term prospective epidemiological studies would need to be conducted to determine whether an association exists between SeaVegg intake and reduced risk of cancer, fibromyalgia, diabetes, arthritis and multiple sclerosis and for weight normalization. However, these types of studies only suggest possible associations and would need to be followed up by large interventions studies to draw any conclusions that SeaVegg can prevent cancer and chronic diseases such as fibromyalgia, diabetes, arthritis and multiple sclerosis or normalize weight. Experts in the fields of disease prevention and treatment would expect to see such studies before making such efficacy claims. I have been unable to locate any published scientific literature regarding any studies such as these conducted on SeaVegg or on any substantially similar formula.

18. Without well-conducted studies of SeaVegg itself, one could also look to well-conducted studies of the sea vegetation in SeaVegg, although the amounts of such ingredients in the product would, of course, be important. The types of sea vegetation in SeaVegg may also be critically important in evaluating SeaVegg's effectiveness. I did not, however, limit my review to the specific plant varieties that I believe are in SeaVegg.

19. I am familiar with the scientific literature regarding seaweed consumption, having conducted the two studies, discussed below. I conducted a further literature search to find additional information about seaweed and its use to treat or prevent diseases or normalize weight.

20. Seaweed is a nutritious food that contains fiber, minerals, and other beneficial nutrients. There are numerous studies of seaweeds finding positive results, including studies suggesting that some seaweed consumption may help reduce serum cholesterol levels. I was unable, however, to identify reliable scientific evidence that any varieties of seaweed, including those in SeaVegg, treat or prevent cancer, fibromyalgia, diabetes or arthritis or cause weight normalization.

**Scientific Literature Regarding Seaweed and Cancer**

21. There have been *in vitro* and animal studies (primarily rodent studies) that suggest that supplementation with seaweed or certain specific seaweed extracts may reduce certain tumor burdens, but such research does not substantiate a cancer treatment (or prevention) claim for humans. One cannot extrapolate from such *in vitro* or animal studies to human beings. There have also been several case-control, epidemiological studies observing both direct and inverse correlations between seaweed intake and the incidence of several cancers in humans. Those with higher dietary seaweed intake were observed to have lower rates of colorectal, stomach and

endometrial cancers. Also, in a prospective study, seaweed intake was associated with higher incidence of prostate cancer in a cohort of 7999 men (abstracts of these studies are attached hereto as Attachment 2). Such purely associational data does not establish that SeaVegg or any seaweed product prevents (or treats) cancer.

22.  I recently published a pilot study involving three pre-menopausal women with abnormal menstrual cycles who were administered daily supplements containing Fucus vesiculosus, an edible brown kelp. (attached hereto as Attachment 3). All three women exhibited a significant increase in menstrual cycle length and increased menstrual cycle length which may be associated with a decreased risk of estrogen-related cancers such as breast cancer. The study suggests that kelp supplementation may be beneficial for certain women, but due to the small number of subjects and the lack of a control group, it needs to be repeated in a larger, randomized population of women with placebo controls. Studies should also be performed on women with normal menstrual cycles. My pilot study does not establish that seaweed supplementation reduces the risk of any cancer, nor that it treats cancer.

23.  Encouraged by the results of my first seaweed study, I conducted a second study that involved two parts: an animal model component and an *in vitro* component. (attached hereto as Attachment 4). Feeding female rats Fucus vesiculosus lengthened the rats' estrous (or menstrual) cycles and reduced their estrogen levels. I also treated human ovarian cells in vitro with a kelp extract and observed estrogen-modulating effects. Although these data are consistent with the hypothesis that dietary kelp may contribute to the lower incidence of hormone-dependent cancers among the Japanese, they are not sufficient to demonstrate such a connection. Again, one cannot extrapolate from such *in vitro* or animal studies to human beings.

**Scientific Literature Regarding Seaweed and Fibromyalgia, Diabetes, and Arthritis**

24. I was unable to locate any studies even suggesting that seaweed consumption treats or prevents fibromyalgia, diabetes, or arthritis.

**Scientific Literature Regarding Seaweed and Weight Normalization**

25. I was also unable to locate any studies supporting a weight normalization claim. In one intervention study, no meaningful weight loss was observed in twenty-four moderately overweight women who took a kelp-lecithin-vitamin supplement for over two years. (an abstract of this study is attached hereto as Attachment 5).

**Safety Concerns**

26. Additionally, some safety issues are raised with respect to SeaVegg. Certain seaweeds are high in iodine, heavy metals, and/or arsenic. These substances might be in SeaVegg at levels that could present health risks to consumers. Pregnant women and nursing mothers should be particularly concerned about high iodine intake and exposure to heavy metals or arsenic.

**Conclusion**

27. In conclusion, based on my review, there is no sound scientific evidence that SeaVegg is effective in treating or preventing cancer, fibromyalgia, diabetes, arthritis, or multiple sclerosis or that they can weight normalization. Furthermore, use of the product could raise potential safety concerns.

I declare under penalty of perjury that the statements made in this declaration are true and correct.

*[Signature]*

Christine Skibola, Ph.D.

Executed on: June 9, 2005