**Christine Skibola, M.S., Ph.D.**
**School of Public Health**
**Environmental Health Sciences**
**217 Warren Hall**
**University of California, Berkeley**
**Berkeley, CA. 94720**
Email: chrisfs@berkeley.edu
**Tel.: 510-643-5041**

## Education

| | |
|---|---|
| May 2001 | Ph.D. in Environmental Health Sciences<br>School of Public Health, U.C. Berkeley |
| May 1999 | M.S. in Environmental Health Sciences<br>School of Public Health, U.C. Berkeley |
| December 1996 | B.S. in Physiology and Metabolism<br>College of Natural Resources, U.C. Berkeley |

Positions and Related Work Experience

| | |
|---|---|
| May 2001 – present | Research Toxicologist<br>Molecular Epidemiology and Toxicology Laboratory<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley, California |
| Jan 2002 – Dec 2003 | Assistant Director of the Environmental Health Sciences<br>Center at the University of California, Berkeley |
| June 1999 - May 2001 | Graduate Student Researcher (Ph.D.)<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley California |
| Aug 1997-May 1999 | Graduate Student Researcher (M.S.)<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley California |

## Publications

**Skibola CF**, Smith MT, Kane E, Roman E, Rollinson S, Cartwright R, Morgan G (1999). Polymorphisms in the methylenetetrahydrofolate reductase gene are associated with susceptibility to acute leukemia in adults. *PNAS* 96(22):12810-12815.

Shi Y, Simpson PC, Scherer JR, Wexler D, **Skibola C**, Smith MT, Mathies RA (1999). Rapid capillary array electrophoresis microplate and scanner for high-performance nucleic acid analysis. *Analytical Chem.* 71(23):5354-61.

**Skibola CF** and Smith MT (2000). Potential health impacts of excessive flavonoid intake. *Free Radical Biology and Medicine* 29(3-4):375-83.

McDonald TA, Holland NT, **Skibola C**, Duramad P, Smith MT (2001). Hypothesis: phenol and hydroquinone derived mainly from diet and gastrointestinal flora activity are causal factors in leukemia. *Leukemia* 15(1):10-20.

Jeng MR, Feusner J, **Skibola C**, Vichinsky E (2002). Central venous catheter complications in sickle cell disease. *American Journal of Hematology* 69(2):103-8.

**Skibola CF,** Smith MT, Hubbard A, Shane B, Roberts AC, Law G, Rollinson S, Roman E, Cartwright RA, Morgan GJ (2002). Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes increase the risk of adult acute lymphocytic leukemia. *Blood* 99(10):3786-91.

Smith MT, Wang Y, **Skibola CF**, Slater D, Nowell PC, Lange BJ, Felix CA (2002). Low NAD(P)H:Quinone Oxidoreductase (NQO1) activity is associated with increased risk of leukemia with *MLL* translocations in infants and children. *Blood* 100(13):4590-4593.

Sibley K, Rollinson R, Allan JM, Smith AG, Law GR, Roddam PL, **Skibola CF**, Smith MT, Morgan GJ (2003). Functional FAS promoter polymorphisms are associated with increased risk of acute myeloid leukemia. *Cancer Res.* 63(15):4327-30.

**Skibola CF.** Folic Acid Metabolism and Leukemia Risk. In: American Society of Clinical Oncology Educational Book. Perry MC, ed. Alexandria, VA: American Society of Clinical Oncology Annual Meeting, 2003: 250-254.

Smith MT, **Skibola CF**, Allan J, and Morgan GJ (2004). Causal Models of Leukemia and Lymphoma. *IARC Scientific Publication* (157):373-92.

Smith MT, McHale CM, Wiemels JL, Zhang L, Wiencke JK, Zheng S, Gunn L, **Skibola CF**, Ma X, Buffler PA. Molecular Biomarkers for the Study of Childhood Leukemia. In the educational handbook for the Princess Congress V Meeting. Bangkok, Thailand, 2004.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT (2004). Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Risk of Non-Hodgkin Lymphoma. *Cancer Epidemiology Biomarkers and Prevention* 13(5): 779-86.

Rollinson S, Allan JM, Law GR, Roddam PL, Smith MT, **Skibola CF**, Smith AG, Forrest M, Sibley K, Higuchi R, Germer S, Morgan GJ (2004). High throughput Association Testing on DNA Pools to Identify Genetic Variants that Confer Susceptibility to Acute Myeloid Leukemia. *Cancer Epidemiology Biomarkers and Prevention* 13(5): 795-800.

**Skibola CF** (2004). The effect of Fucus vesiculosus, an edible brown seaweed, upon menstrual cycle length and hormonal status in three pre-menopausal women: a case report. *BMC Complement Altern Med* 4(1):10.

**Skibola CF,** Forrest MS, Coppedé F, Agana L, Hubbard A, Smith MT, Bracci PM, Holly EA (2004). Polymorphisms and haplotypes in folate metabolizing genes and risk of non-Hodgkin lymphoma. *Blood* 104(7): 2155-62.

**Skibola CF,** Curry JD, VandeVoort C, Conley A, Smith MT (2005). Brown Kelp Modulates Endocrine Hormones in Female Sprague-Dawley Rats and in Human Luteinized Granulosa Cells. *Jrnl of Nutrition* 135(2):296-300.

**Skibola CF,** Lightfoot T, Agana L, Smith A, Rollinson S, Kao A, Morgan GJ, Smith MT and Roman E. Polymorphisms in Cytochrome P450 17A1 and Risk of Non-Hodgkin Lymphoma. *British Journal of Haematology* (in press).

## Manuscripts submitted to refereed journals

Rollinson S, Smith AG, Allan J, Sibley K, **Skibola CF,** Smith MT, and Morgan GJ. Variants in the *RAD51* Homologous Recombination Repair Gene Form a Haplotype and Associate with the Risk of Acute Myeloid Leukaemia (submitted).

Gunn L, Hegedus CM, **Skibola CF,** Shiao R, Fu S, Dalmasso EA, and Smith MT. Proteomic Analysis of Childhood Leukemia Cell Lines (submitted to *Leukemia Research*).

Willett EV\*, **Skibola CF\*,** Adamson P, Skibola DR, Morgan GJ, Smith MT, Roman E. Anthropometry, energy homeostasis polymorphisms and risk of non-Hodgkin lymphoma (Submitted to *British Journal of Cancer*). (\*Joint first authors)

**Skibola CF,** Bracci PM, Paynter RA, Forrest MS, Agana L, Woodage T, Guegler K, Smith MT, Holly EA. Polymorphisms and Haplotypes in the Cytochrome P450 17A1, Prolactin and Catechol-O-Methyltransferase Genes and Non-Hodgkin Lymphoma Risk (Submitted to *Cancer Research*).

Rothman R, **Skibola CF,** Wang S, Morgan G, Lan Q, Smith MT, Spinelli JJ, Willett E, De Sanjose S, Cocco P. Berndt S, Brennan P, Brooks-Wilson A, Wacholder S, Becker N, Hartge P, ZhenG T, Roman E, Holly EA, Boffetta P, Armstrong B, Cozen W, Linet M, Bosch FX, Grazia Ennas M, Holford TR, Gallagher RP, Rollinson S, Bracci PM, Cerhan JR, Whitby D, Moore P, Leaderer B, Lai A, Spink C, Davis S, Bosch R, Scarpa A, Zhang Y, Severson RK, Yeager-Jeffery M, Chanock, Nieters A. Genetic variation in *TNF* and *IL10* and risk of non-Hodgkin lymphoma: A report from the InterLymph Consortium (Submitted to *Nature Genetics*).

## Abstracts presented

**Skibola CF,** Smith MT, Kane E, Roman E, Rollinson S, Cartwright R, Morgan GJ. Polymorphisms in the methylenetetrahydrofolate gene are associated with susceptibility to leukemia in adults, presented at the American Journal of Human Genetics Annual Meeting, San Francisco, CA, October 15 and 16, 1999.

**Skibola CF,** Shi Y, Simpson PC, Scherer JR, Wexler D, Smith MT, Mathies RA. High speed genotyping of methylenetetrahydrofolate reductase polymorphisms using mutagenically separated PCR and capillary array electrophoresis, presented at the

American Association for Cancer Research 91st Annual Meeting, San Francisco, CA, April 1, 2000.

**Skibola CF**, Smith MT, Hubbard A, Shane B, Roberts AC, Law G, Rollinson S, Roman E, Cartwright RA, Morgan GJ. Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes increase the risk of adult acute lymphocytic leukemia, presented at the American Association for Cancer Research 93rd Annual Meeting, San Francisco, CA, April 8, 2002.

Smith MT, Wang Y, **Skibola CF**, Slater D, Nowell PC, Lange BJ, Felix CA. Low NAD(P)H:Quinone Oxidoreductase (NQO1) activity is associated with increased risk of leukemia with *MLL* translocations in infants and children, presented at the American Association for Cancer Research 93rd Annual Meeting, San Francisco, CA, April 8, 2002.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT. Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Risk of Non-Hodgkin's Lymphoma. Molecular and Genetic Epidemiology of Cancer, Waikoloa, HI, January 18, 2003.

Rothman N, **Skibola C**, Morgan G, Boffetta P, Wacholder S, Smith M, Yeager M, Chanock S, Nieters A. Evaluation of genetic susceptibility for non-Hodgkin's lymphoma in the InterLymph consortium. American Association for Cancer Research SNPs, Haplotypes, and Cancer: Applications in Molecular Epidemiology, Key Biscayne, Fla, Sept. 13, 2003.

**Skibola CF**, Holly EA, Forrest MS, Coppede F, Agana L, Hubbard A, Bracci PM, Smith MT. Associations between polymorphisms in folate metabolizing genes and risk of non-Hodgkin's lymphoma. American Association for Cancer Research SNPs, Haplotypes, and Cancer: Applications in Molecular Epidemiology, Key Biscayne, Fla, Sept. 13, 2003.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT. Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Non-Hodgkin Lymphoma. American Society of Hematology, San Diego, CA, Dec 2003.

Lan Q, Li G, Zhang L, Vermeulen R, Chanock S, Yeager Y, Dosemeci M, Hayes R, Linet L, **Skibola C**, Yin S, Smith M, Rothman N. The *MPO* -463G>A polymorphism and benzene hematotoxicity. American Association of Cancer Research, Orlando, Fla, March 2004.

**Skibola CF**, Holly EA, Forrest MS, Coppede F, Agana L, Hubbard A, Bracci PM, Smith MT. Associations between polymorphisms in folate metabolizing genes and risk of non-Hodgkin lymphoma. American Association for Cancer Research Orlando, Fla, March 2004.

Rothman N, **Skibola C**, Morgan G, Boffetta P, Wacholder S, Smith M, Yeager M, Chanock S, Nieters A. Evaluation of genetic susceptibility for non-Hodgkin's lymphoma in the InterLymph consortium. American Association for Cancer Research Orlando, Fla, March 2004.

## Lectures and Presentations

"Diet, Genetics and Leukemia." NIEHS Meeting Entitled, "Dietary Imbalances and Health of the Poor." Children's Hospital Oakland Research Institute, Oakland, CA, June 12 and 13, 2000.

"Nutraceuticals: The New Frontier." Class: Introduction to Toxicology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2001-present.

"The Emerging Field of Molecular Epidemiology. Genetic Susceptibility Studies." Class: Occupational and Environmental Epidemiology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2001-present.

"Breast Cancer Prevention: Can We Reduce Our Risk With Dietary Modifications?" NIEHS Town Hall Meeting on Breast Cancer Presentation. San Rafael Community Center, San Rafael, CA; October 8, 2002.

"Mechanisms of Leukemia Susceptibility Through Molecular Epidemiological Studies." Class: School of Public Health Doctoral Seminar; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA; October 21, 2002.

"Diet, Genetics and Susceptibility to Leukemia and Lymphoma." Department of Nutritional Sciences and Toxicology Lecture Series. School of Natural Resources, University of California, Berkeley, CA. 2002.

"Nutrition and Cancer Prevention." Physicians' Continuing Medical Education Series for the Vietnamese Physicians' Association of Northern California. San Jose, CA; November 1, 2002.

"The Latest Biotechnology in Genetic Epidemiology Studies." Class: Introduction to Genetic Epidemiology, Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2003-present.

"Genetic Polymorphisms in Folate Metabolism and Leukemia Risk." Physicians' Continuing Medical Education Series for Clinical Oncology at the 39th Annual Meeting of the American Society of Clinical Oncology, Chicago, IL; June 2, 2003.

"The Endocrine System." Class: Introduction to Toxicology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2003-present.

## Memberships

American Association of Cancer Research (AACR)

AACR Molecular Epidemiology Working Group

Women in Cancer Research

Genetic and Environmental Toxicological Association

## Review Committees

Reviewer for the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) 2007 expert report on "Food, nutrition and the prevention of cancer: a global perspective."

Referee for the Ireland Health Research Board Post-Doctoral Research Fellowships Program

Registered reviewer for Journal of Reproductive Biology and Endocrinology

## Ad Hoc Reviewer

Blood, British Journal of Cancer, Cancer Epidemiology, Biomarkers, and Prevention, European Journal of Hematology, International Journal of Cancer, International Journal of Epidemiology, PNAS, Journal of the American Medical Association, Journal of the National Cancer Institute, Leukemia, Cancer Research, Clinical Cancer Research, Cancer Letters, Reproductive Biology and Endocrinology.

## Awards

Margaret Beatty Award for Excellence in Research, 2001

**Christine Skibola, M.S., Ph.D.**
**School of Public Health**
**Environmental Health Sciences**
**217 Warren Hall**
**University of California, Berkeley**
**Berkeley, CA. 94720**
**Email: chrisfs@berkeley.edu**
**Tel.: 510-643-5041**

**Education**

| | |
|---|---|
| May 2001 | Ph.D. in Environmental Health Sciences<br>School of Public Health, U.C. Berkeley |
| May 1999 | M.S. in Environmental Health Sciences<br>School of Public Health, U.C. Berkeley |
| December 1996 | B.S. in Physiology and Metabolism<br>College of Natural Resources, U.C. Berkeley |

Positions and Related Work Experience

| | |
|---|---|
| May 2001 – present | Research Toxicologist<br>Molecular Epidemiology and Toxicology Laboratory<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley, California |
| Jan 2002 – Dec 2003 | Assistant Director of the Environmental Health Sciences Center at the University of California, Berkeley |
| June 1999 - May 2001 | Graduate Student Researcher (Ph.D.)<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley California |
| Aug 1997-May 1999 | Graduate Student Researcher (M.S.)<br>Department of Environmental Health Sciences<br>School of Public Health<br>U.C. Berkeley, Berkeley California |

**Publications**

**Skibola CF**, Smith MT, Kane E, Roman E, Rollinson S, Cartwright R, Morgan G (1999). Polymorphisms in the methylenetetrahydrofolate reductase gene are associated with susceptibility to acute leukemia in adults. *PNAS* 96(22):12810-12815.

Shi Y, Simpson PC, Scherer JR, Wexler D, **Skibola C**, Smith MT, Mathies RA (1999). Rapid capillary array electrophoresis microplate and scanner for high-performance nucleic acid analysis. *Analytical Chem.* 71(23):5354-61.

**Skibola CF** and Smith MT (2000). Potential health impacts of excessive flavonoid intake. *Free Radical Biology and Medicine* 29(3-4):375-83.

McDonald TA, Holland NT, **Skibola C**, Duramad P, Smith MT (2001). Hypothesis: phenol and hydroquinone derived mainly from diet and gastrointestinal flora activity are causal factors in leukemia. *Leukemia* 15(1):10-20.

Jeng MR, Feusner J, **Skibola C**, Vichinsky E (2002). Central venous catheter complications in sickle cell disease. *American Journal of Hematology* 69(2):103-8.

**Skibola CF,** Smith MT, Hubbard A, Shane B, Roberts AC, Law G, Rollinson S, Roman E, Cartwright RA, Morgan GJ (2002). Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes increase the risk of adult acute lymphocytic leukemia. *Blood* 99(10):3786-91.

Smith MT, Wang Y, **Skibola CF**, Slater D, Nowell PC, Lange BJ, Felix CA (2002). Low NAD(P)H:Quinone Oxidoreductase (NQO1) activity is associated with increased risk of leukemia with *MLL* translocations in infants and children. *Blood* 100(13):4590-4593.

Sibley K, Rollinson R, Allan JM, Smith AG, Law GR, Roddam PL, **Skibola CF**, Smith MT, Morgan GJ (2003). Functional FAS promoter polymorphisms are associated with increased risk of acute myeloid leukemia. *Cancer Res.* 63(15):4327-30.

**Skibola CF.** Folic Acid Metabolism and Leukemia Risk. In: American Society of Clinical Oncology Educational Book. Perry MC, ed. Alexandria, VA: American Society of Clinical Oncology Annual Meeting, 2003: 250-254.

Smith MT, **Skibola CF**, Allan J, and Morgan GJ (2004). Causal Models of Leukemia and Lymphoma. *IARC Scientific Publication* (157):373-92.

Smith MT, McHale CM, Wiemels JL, Zhang L, Wiencke JK, Zheng S, Gunn L, **Skibola CF**, Ma X, Buffler PA. Molecular Biomarkers for the Study of Childhood Leukemia. In the educational handbook for the Princess Congress V Meeting. Bangkok, Thailand, 2004.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT (2004). Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Risk of Non-Hodgkin Lymphoma. *Cancer Epidemiology Biomarkers and Prevention* 13(5): 779-86.

Rollinson S, Allan JM, Law GR, Roddam PL, Smith MT, **Skibola CF**, Smith AG, Forrest M, Sibley K, Higuchi R, Germer S, Morgan GJ (2004). High throughput Association Testing on DNA Pools to Identify Genetic Variants that Confer Susceptibility to Acute Myeloid Leukemia. *Cancer Epidemiology Biomarkers and Prevention* 13(5): 795-800.

**Skibola CF** (2004). The effect of Fucus vesiculosus, an edible brown seaweed, upon menstrual cycle length and hormonal status in three pre-menopausal women: a case report. *BMC Complement Altern Med* 4(1):10.

**Skibola CF,** Forrest MS, Coppedé F, Agana L, Hubbard A, Smith MT, Bracci PM, Holly EA (2004). Polymorphisms and haplotypes in folate metabolizing genes and risk of non-Hodgkin lymphoma. *Blood* 104(7): 2155-62.

**Skibola CF,** Curry JD, VandeVoort C, Conley A, Smith MT (2005). Brown Kelp Modulates Endocrine Hormones in Female Sprague-Dawley Rats and in Human Luteinized Granulosa Cells. *Jrnl of Nutrition* 135(2):296-300.

**Skibola CF,** Lightfoot T, Agana L, Smith A, Rollinson S, Kao A, Morgan GJ, Smith MT and Roman E. Polymorphisms in Cytochrome P450 17A1 and Risk of Non-Hodgkin Lymphoma. *British Journal of Haematology* (in press).

#### Manuscripts submitted to refereed journals

Rollinson S, Smith AG, Allan J, Sibley K, **Skibola CF,** Smith MT, and Morgan GJ. Variants in the *RAD51* Homologous Recombination Repair Gene Form a Haplotype and Associate with the Risk of Acute Myeloid Leukaemia (submitted).

Gunn L, Hegedus CM, **Skibola CF,** Shiao R, Fu S, Dalmasso EA, and Smith MT. Proteomic Analysis of Childhood Leukemia Cell Lines (submitted to *Leukemia Research*).

Willett EV\*, **Skibola CF**\*, Adamson P, Skibola DR, Morgan GJ, Smith MT, Roman E. Anthropometry, energy homeostasis polymorphisms and risk of non-Hodgkin lymphoma (Submitted to *British Journal of Cancer*). (\*Joint first authors)

**Skibola CF,** Bracci PM, Paynter RA, Forrest MS, Agana L, Woodage T, Guegler K, Smith MT, Holly EA. Polymorphisms and Haplotypes in the Cytochrome P450 17A1, Prolactin and Catechol-O-Methyltransferase Genes and Non-Hodgkin Lymphoma Risk (Submitted to *Cancer Research*).

Rothman R, **Skibola CF,** Wang S, Morgan G, Lan Q, Smith MT, Spinelli JJ, Willett E, De Sanjose S, Cocco P. Berndt S, Brennan P, Brooks-Wilson A, Wacholder S, Becker N, Hartge P, ZhenG T, Roman E, Holly EA, Boffetta P, Armstrong B, Cozen W, Linet M, Bosch FX, Grazia Ennas M, Holford TR, Gallagher RP, Rollinson S, Bracci PM, Cerhan JR, Whitby D, Moore P, Leaderer B, Lai A, Spink C, Davis S, Bosch R, Scarpa A, Zhang Y, Severson RK, Yeager-Jeffery M, Chanock, Nieters A. Genetic variation in *TNF* and *IL10* and risk of non-Hodgkin lymphoma: A report from the InterLymph Consortium (Submitted to *Nature Genetics*).

#### Abstracts presented

**Skibola CF,** Smith MT, Kane E, Roman E, Rollinson S, Cartwright R, Morgan GJ. Polymorphisms in the methylenetetrahydrofolate gene are associated with susceptibility to leukemia in adults, presented at the American Journal of Human Genetics Annual Meeting, San Francisco, CA, October 15 and 16, 1999.

**Skibola CF,** Shi Y, Simpson PC, Scherer JR, Wexler D, Smith MT, Mathies RA. High speed genotyping of methylenetetrahydrofolate reductase polymorphisms using mutagenically separated PCR and capillary array electrophoresis, presented at the

American Association for Cancer Research 91st Annual Meeting, San Francisco, CA, April 1, 2000.

**Skibola CF**, Smith MT, Hubbard A, Shane B, Roberts AC, Law G, Rollinson S, Roman E, Cartwright RA, Morgan GJ. Polymorphisms in the thymidylate synthase and serine hydroxymethyltransferase genes increase the risk of adult acute lymphocytic leukemia, presented at the American Association for Cancer Research 93rd Annual Meeting, San Francisco, CA, April 8, 2002.

Smith MT, Wang Y, **Skibola CF**, Slater D, Nowell PC, Lange BJ, Felix CA. Low NAD(P)H:Quinone Oxidoreductase (NQO1) activity is associated with increased risk of leukemia with *MLL* translocations in infants and children, presented at the American Association for Cancer Research 93rd Annual Meeting, San Francisco, CA, April 8, 2002.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT. Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Risk of Non-Hodgkin's Lymphoma. Molecular and Genetic Epidemiology of Cancer, Waikoloa, HI, January 18, 2003.

Rothman N, **Skibola C**, Morgan G, Boffetta P, Wacholder S, Smith M, Yeager M, Chanock S, Nieters A. Evaluation of genetic susceptibility for non-Hodgkin's lymphoma in the InterLymph consortium. American Association for Cancer Research SNPs, Haplotypes, and Cancer: Applications in Molecular Epidemiology, Key Biscayne, Fla, Sept. 13, 2003.

**Skibola CF**, Holly EA, Forrest MS, Coppede F, Agana L, Hubbard A, Bracci PM, Smith MT. Associations between polymorphisms in folate metabolizing genes and risk of non-Hodgkin's lymphoma. American Association for Cancer Research SNPs, Haplotypes, and Cancer: Applications in Molecular Epidemiology, Key Biscayne, Fla, Sept. 13, 2003.

**Skibola CF**, Holly EA, Forrest MF, Hubbard A, Bracci P, Skibola DR, Hegedus C, Smith MT. Body Mass Index, Leptin and Leptin Receptor Polymorphisms and Non-Hodgkin Lymphoma. American Society of Hematology, San Diego, CA, Dec 2003.

Lan Q, Li G, Zhang L, Vermeulen R, Chanock S, Yeager Y, Dosemeci M, Hayes R, Linet L, **Skibola C**, Yin S, Smith M, Rothman N. The *MPO* -463G>A polymorphism and benzene hematotoxicity. American Association of Cancer Research, Orlando, Fla, March 2004.

**Skibola CF**, Holly EA, Forrest MS, Coppede F, Agana L, Hubbard A, Bracci PM, Smith MT. Associations between polymorphisms in folate metabolizing genes and risk of non-Hodgkin lymphoma. American Association for Cancer Research Orlando, Fla, March 2004.

Rothman N, **Skibola C**, Morgan G, Boffetta P, Wacholder S, Smith M, Yeager M, Chanock S, Nieters A. Evaluation of genetic susceptibility for non-Hodgkin's lymphoma in the InterLymph consortium. American Association for Cancer Research Orlando, Fla, March 2004.

## Lectures and Presentations

"Diet, Genetics and Leukemia." NIEHS Meeting Entitled, "Dietary Imbalances and Health of the Poor." Children's Hospital Oakland Research Institute, Oakland, CA, June 12 and 13, 2000.

"Nutraceuticals: The New Frontier." Class: Introduction to Toxicology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2001-present.

"The Emerging Field of Molecular Epidemiology. Genetic Susceptibility Studies." Class: Occupational and Environmental Epidemiology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2001-present.

"Breast Cancer Prevention: Can We Reduce Our Risk With Dietary Modifications?" NIEHS Town Hall Meeting on Breast Cancer Presentation. San Rafael Community Center, San Rafael, CA; October 8, 2002.

"Mechanisms of Leukemia Susceptibility Through Molecular Epidemiological Studies." Class: School of Public Health Doctoral Seminar; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA; October 21, 2002.

"Diet, Genetics and Susceptibility to Leukemia and Lymphoma." Department of Nutritional Sciences and Toxicology Lecture Series. School of Natural Resources, University of California, Berkeley, CA. 2002.

"Nutrition and Cancer Prevention." Physicians' Continuing Medical Education Series for the Vietnamese Physicians' Association of Northern California. San Jose, CA; November 1, 2002.

"The Latest Biotechnology in Genetic Epidemiology Studies." Class: Introduction to Genetic Epidemiology, Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2003-present.

"Genetic Polymorphisms in Folate Metabolism and Leukemia Risk." Physicians' Continuing Medical Education Series for Clinical Oncology at the 39th Annual Meeting of the American Society of Clinical Oncology, Chicago, IL; June 2, 2003.

"The Endocrine System." Class: Introduction to Toxicology; Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA. 2003-present.

## Memberships

American Association of Cancer Research (AACR)

AACR Molecular Epidemiology Working Group

Women in Cancer Research

Genetic and Environmental Toxicological Association

## Review Committees

Reviewer for the World Cancer Research Fund (WCRF) and American Institute for Cancer Research (AICR) 2007 expert report on "Food, nutrition and the prevention of cancer: a global perspective."

Referee for the Ireland Health Research Board Post-Doctoral Research Fellowships Program

Registered reviewer for Journal of Reproductive Biology and Endocrinology

## Ad Hoc Reviewer

Blood, British Journal of Cancer, Cancer Epidemiology, Biomarkers, and Prevention, European Journal of Hematology, International Journal of Cancer, International Journal of Epidemiology, PNAS, Journal of the American Medical Association, Journal of the National Cancer Institute, Leukemia, Cancer Research, Clinical Cancer Research, Cancer Letters, Reproductive Biology and Endocrinology.

## Awards

Margaret Beatty Award for Excellence in Research, 2001