1: Int J Obes. 1987;11(1):67-71.

Long-term effects of commonly available weight reducing programmes in Sweden.

Bjorvell H, Rossner S.

A majority of people attempting to lose weight will use methods that do not involve medical expertise or professional organizations. Consumer organizations continually have problems with so-called slimming products which claim results that are scientifically unfounded and impossible. In this study four methods commonly used in Sweden were studied with emphasis on long-term effects. One-hundred and twenty moderately overweight women were allocated to one of five groups and repeatedly interviewed and monitored over a 2-year period. The long-term results with a protein powder preparation and a kelp-lecithin-vitamin capsule were poor. However, results were also poor with the nutritionally adequate recommendations issued by the Stockholm Home Economics consultation service but lacking programme support or follow-up. The weight losing programme of a 'slim club' was found to result in the greatest overall sustained weight loss (2.8 +/- 4.7 kg, mean +/- s.d.). An attempt to define 'compliance' with each programme was made, which showed that the majority of overweight women were not able to adhere to these given programmes for a 2-year period, probably because of unsatisfactory results. We consider it essential to document the long-term outcome of these methods in order to facilitate understanding of the situation of these overweight subjects and to assist consumer organizations in their efforts to prevent the spread of scientifically unsound weight reduction methods.

PMID: 3570638 [PubMed - indexed for MEDLINE]