UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants.<br><br>AND RELATED CASES | Civil Action No. 04-CV-11136-GAO<br><br>Honorable George A. O'Toole<br><br>**DEFENDANTS HEALTHY SOLUTIONS LLC, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ, AND MICHAEL HOWELL'S REQUEST FOR TELEPHONIC APPEARANCE FOR STATUS CONFERENCE; ORDER THEREON**<br><br>Date:        July 25, 2005<br>Time:       2:00 P.M.<br>Courtroom: 9 |

Defendants Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Greg Geremesz, and Michael Howell respectfully request permission to appear by telephone for the Status Conference on July 25, 2005 at 2:00 p.m.  Defendants' counsel will telephone the Clerk.

        Respectfully submitted,

        O'CONNOR CHRISTENSEN &
        MCLAUGHLIN LLP

        /s/ Becky V. Christensen_____
        Becky V. Christensen, Esq.
        Counsel for Healthy Solutions LLC,
        Health Solutions Inc, Alejandro Guerrero,
        Michael Howell, Gregory Geremesz

DATED:  July 19, 2005

**ORDER**

IT IS SO ORDERED.

        _____
        Honorable George A. O'Toole, Jr.
        U.S. District Court Judge, Presiding

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2005, a copy of foregoing **DEFENDANTS HEALTHY SOLUTIONS LLC, HEALTH SOLUTIONS INC., ALEJANDRO GUERRERO, GREG GEREMESZ, AND MICHAEL HOWELL'S REQUEST FOR TELEPHONIC APPEARANCE FOR STATUS CONFERENCE; ORDER THEREON** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Christopher F. Robertson, Esq. | Daniel J. Kelly, Esq. |
| Peter S. Brooks, Esq. | Scott A. Silverman, Esq. |
| Susan W. Gelwick, Esq. | Kristin Cataldo, Esq. |
| SEYFARTH SHAW LLP | GADSBY HANNAH LLP |
| Two Seaport Lane, Suite 300 | 225 Franklin Street |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 946-4800 | 617 345-7000 |
| (617) 946-4801 Fax | 617 345-7050 Fax |
| pbrooks@seyfarth.com | dkelly@ghlaw.com |
| Kperrelli@seyfarth.com | cpriolo@ghlaw.com |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff-in-Intervention |
| ITV DIRECT, INC. | CAPPSEALS, INC. |

Christopher C. Larkin, Esq.
SEYFARTH SHAW LLP
2029 Century Park E., Suite 3300
Los Angeles, CA 90067-3063
(310) 277-7200

Attorneys for Consolidated Defendant
ITV DIRECT, INC.

                                                    /s/ Becky V. Christensen
                                                    Becky V. Christensen, Esq.
                                                    Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz