UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civ. No. 04-11136 - GAO |
| DIRECT MARKETING CONCEPTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF THE FEDERAL TRADE COMMISSION'S NOTICE OF FILING STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION AND SETTLEMENT OF CLAIMS FOR MONETARY RELIEF AS TO DEFENDANTS HEALTHY SOLUTIONS, LLC, GREGORY GEREMESZ, AND MICHAEL HOWELL**

To:   See attached service list

Plaintiff the Federal Trade Commission ("Commission") files this notice of filing of the attached Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Healthy Solutions, LLC, Gregory Geremesz, and Michael Howell. The Commission respectfully moves this Court to enter this Order, which has been executed by the Commission and by Healthy Solutions, LLC, Gregory Geremesz, and Michael Howell.

Respectfully Submitted,

[signature]

Daniel Kaufman
Kial S. Young (Mass. Bar No. 633515)
Edward Glennon
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop NJ-3212
Washington, DC 20580
Tel: (202) 326-2675/3525/3126
Fax: (202) 326-3259
ATTORNEYS FOR PLAINTIFF

Dated: July 19, 2005

## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On July 19, 2005, copies of (1) Plaintiff the Federal Trade Commission's Notice of Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Healthy Solutions, LLC, Gregory Geremesz, and Michael Howell; and (2) Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to Defendants Healthy Solutions, LLC, Gregory Geremesz, and Michael Howell were served via Federal Express as follows:

Becky V. Christensen, Esq.  (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP  Solutions, LLC, Alejandro Guerrero and Health
1920 Main Street, Suite 150  Solutions, Inc)
Irvine, CA 92614

Dustin F. Hecker, Esq.  (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP  LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004

Chris Robertson, Esq.  (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP  W. Barrett, and Robert Maihos
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

Joseph Ryan, Esq.  (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP  Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210

Sage International, Inc.  (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013

Brad Keene, Esq.  (for BP International, Inc.)
Keene & Gizzi
220 Broadway, Suite 402
Lynnfield, MA 01940

I declare under penalty of perjury that the foregoing is true and correct. Executed this July 19, 2005 at Washington, D.C.

Edward Glennon