UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et )<br>al., )<br>)<br>Defendants. )<br>_____ )<br>)<br>AND RELATED CASES ) | Civil Action No.  04-CV-11136-GAO<br><br>Honorable George A. O'Toole |

### HEALTHY SOLUTIONS LLC, HEALTH SOLUTIONS INC., MICHAEL HOWELL, GREG GEREMESZ AND ALEJANDRO GUERRERO'S RESPONSE TO FTC' REQUEST NOT TO ENTER STIPULATED ORDERS

Plaintiff Federal Trade Commission ("Commission") requests the Court to delay in entering two Stipulated Final Orders agreed to among Healthy Solutions LLC, Health Solutions Inc., Michael Howell, Greg Geremesz and Alejandro Guerrero  ("Healthy Solutions Parties") and the Commission. The Stipulated Orders represent settlement agreements months in negotiating. The Stipulated Orders were signed by  the Commission and all Healthy Solution Parties, reviewed and approved by the Commission, submitted to the Court, and approved by the Court on July 25, 2005.

The Stipulated Final Orders should be entered by the Court, regardless of any unforeseen "developments" or the integrity of all settlements is threatened.

Respectfully submitted,

O'CONNOR CHRISTENSEN &
MCLAUGHLIN LLP

/s/ Becky V. Christensen_____
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC,
Health Solutions Inc, Alejandro Guerrero,
Michael Howell, Gregory Geremesz

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, a copy of foregoing **HEALTHY SOLUTIONS LLC, HEALTH SOLUTIONS INC., MICHAEL HOWELL, GREG GEREMESZ AND ALEJANDRO GUERRERO'S RESPONSE TO FTC' REQUEST NOT TO ENTER STIPULATED ORDERS** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Daniel Kaufman, Esq<br>Kial S. Young, Esq. (BBO # 633515)<br>Edward Glennon, Esq.<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, NW,<br>NJ-3212<br>Washington, DC 20580<br>(202) 326-2675, -3525, -3126 (voice)<br>(202) 326-3259 (fax)<br>dkaufman@ftc.gov, kyoung@ftc.gov or<br>eglennon@ftc.gov<br><br>ATTORNEYS FOR FEDERAL TRADE COMMISSION<br><br>Joseph F. Ryan, Esq.<br>Lyne, Woodworth & Evarts LLP<br>600 Atlantic Avenue<br>Federal Reserve Plaza<br>Boston, MA  02210<br>(617) 523-6655<br>(617) 248-9877 (fax)<br>jryan@lwelaw.com<br><br>ATTORNEYS FOR TRIAD ML MARKETING, INC., KING MEDIA, INC., ALLEN STERN, | Susan W. Gelwick, Esq.<br>Peter Brooks, Esq.<br>SEYFARTH SHAW, LLP<br>WORLD TRADE CENTER EAST<br>TWO SEAPORT LAND<br>SUITE 300<br>BOSTON, MA 02210<br>Facsimile: (617) 946-4801<br><br>pbrooks@seyfarth.com<br>sgelwick@seyfarth.com<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT |

/s/ Becky V. Christensen
Becky V. Christensen, Esq.
Counsel for Healthy Solutions LLC, Health Solutions Inc., Alejandro Guerrero, Michael Howell, and Gregory Geremesz

3