UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 04-CV-11136-GAO |
| DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD W. BARRETT,<br><br>    Cross-Claimant,<br><br>v.<br><br>HEALTHY SOLUTIONS, LLC, HEALTH SOLUTIONS, INC., ALEJANDRO GUERRERO, MICHAEL HOWELL, GREG GEREMESZ, ALLEN STERN<br><br>    Cross-Defendants. |  |

**MOTION OF THE DEFENDANTS DIRECT MARKETING CONCEPTS,
ITV DIRECT, INC., DONALD W. BARRETT AND
<u>ROBERT MAIHOS TO CONTINUE HEARING</u>**

  The Defendants, Direct Marketing Concepts, ITV Direct, Inc., Donald W. Barrett and Robert Maihos, hereby move that the hearing on the FTC's Motion for a Modification of the June 23, 2004 Injunction, presently scheduled for September 20, 2005, be continued to a date during the week of September 26, 2005 or as soon thereafter as the matter may be heard by the court.

  As grounds for their motion, the defendants state that their lead counsel in this action, Peter S. Brooks, is presently scheduled to commence a jury trial in the Suffolk Superior Court in

the matter of TGA, Inc. v. Form Centerless Grinding, Inc., et al., Civil Action No. 04-1094-B. The trial is expected to last three or four days. Counsel is not available the week of September 12, 2005 as a result of a scheduled conference in Colorado Springs, Colorado.

    For the foregoing reasons, the defendants respectfully request that the hearing on the pending motion of the FTC be continued to a date on or after September 26, 2005.

DIRECT MARKETING CONCEPTS, INC.,
ITV DIRECT, INC., DONALD W. BARRETT,
and ROBERT MAIHOS,

By their attorney(s),

/s/ Peter S. Brooks
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

Dated: August 23, 2005