UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff<br>         v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civ. No. 04-11136 - GAO<br>)<br>)<br>)<br>) |

(Proposed)

ORDER

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the District of Massachusetts, plaintiff Federal Trade Commission ("Commission") has filed a motion for an Order permitting the filing of a Supplemental Memorandum in Support of Plaintiff Federal Trade Commission's Motion for a Modification of the June 23, 2004 Preliminary Injunction as to Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald W. Barrett and Request for Expedited Treatment.

This Court, having considered the Commission's motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's motion is hereby granted and its Supplemental Memorandum in support of its motion for a modification of the preliminary injunction is accepted for filing in this case and will be considered by the Court in determining the Commission's motion.

**SO ORDERED**, this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

_____
DANIEL KAUFMAN
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC 20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov, kyoung@ftc.gov or eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF