## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On August 24, 2005, copies of the following documents:

1. **MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF THE FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT AND REQUEST FOR EXPEDITED TREATMENT**

2. **(Proposed) ORDER GRANTING MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF THE FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT AND REQUEST FOR EXPEDITED TREATMENT,** and

3. **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR A MODIFICATION OF THE JUNE 23, 2004 PRELIMINARY INJUNCTION AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., AND DONALD W. BARRETT AND REQUEST FOR EXPEDITED TREATMENT,** and the attached **Declaration of Deborah Kelly,**

were served via Federal Express as follows:

Becky V. Christensen  
O'Connor Christensen & Mclaughlin LLP  
1920 Main St., Suite 150  
Irvine, CA 92614  
(for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc)

Dustin F. Hecker  
Posternak Blankstein & Lund LLP  
The Prudential Tower  
800 Boylston Street  
Boston, Massachusetts 02199-8004  
(for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc)

Peter Brooks  
Seyfarth Shaw, LLP  
World Trade Center East  
Two Seaport Lane, Suite 300  
Boston, MA 02210  
(for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, and Robert Maihos )

| | |
|---|---|
| Joseph Ryan<br>Lyne, Woodworth & Evarts LLP<br>600 Atlantic Avenue<br>Boston, MA 02210 | (for Triad ML Marketing, Inc., King Media, Inc., Allen Stern, Lisa Stern, and Steven Ritchey) |
| Sage International, Inc.<br>Attention: Molly Wheeler<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 | (for BP International, Inc.) |
| Brad Keene, Esq.<br>Keene & Gizzi<br>220 Broadway, Suite 402<br>Lynnfield, MA 01940 | (for BP International, Inc.) |

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 24, 2005 in Washington, D.C.

_____
Edward Glennon