UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>)<br>Defendants. )<br>) | Civ. No. 04-11136-GAO |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF
FEDERAL TRADE COMMISSION**

To the Clerk: Please enter my appearance in this matter on behalf of the plaintiff, the Federal Trade Commission. I am an attorney with the Federal Trade Commission and a member in good standing of the Ohio bar.


Respectfully submitted,

*/s/ Heather Hippsley*
Heather Hippsley
Federal Trade Commission
600 Pennsylvania Avenue, NW; Room NJ-3219
Washington, DC 20580
(202) 326-3285 (voice); (202) 326-3259 (fax)
hhippsley@ftc.gov
ATTORNEY FOR PLAINTIFF

DATE: September 1, 2005

## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On September 1, 2005, Notices of Appearance on Behalf of Plaintiff Federal Trade Commission for Heather Hippsley and Shira D. Modell were served via first class mail as follows:

Becky V. Christensen, Esq.  (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP  Solutions, LLC, Alejandro Guerrero and Health
1920 Main Street, Suite 150  Solutions, Inc)
Irvine, CA 92614
Facsimile: (949) 851-5051

Dustin F. Hecker  (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP  LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Chris Robertson, Esq.  (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP  W. Barrett, and Robert Maihos
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan  (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP  Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210
Facsimile: (617) 248-9877

Sage International, Inc.  (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013

Brad Keene, Esq.  (for BP International, Inc.)
Keene & Gizzi
220 Broadway, Suite 402
Lynnfield, MA 01940
Facsimile: (781) 346-6355

I declare under penalty of perjury that the foregoing is true and correct. Executed this September 1, 2005 at Washington, D.C.

_____
Daniel Kaufman