UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civ. No. 04-11136-GAO |
| DIRECT MARKETING CONCEPTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF
FEDERAL TRADE COMMISSION**

To the Clerk: Please enter my appearance in the above-captioned matter on behalf of the plaintiff, the Federal Trade Commission. I am an attorney with the Federal Trade Commission and a member in good standing of the District of Columbia bar.

Respectfully submitted,

*Shira D. Modell* (signature)
Shira D. Modell
Federal Trade Commission
600 Pennsylvania Avenue, NW; Room NJ-3217
Washington, DC 20580
(202) 326-3116 (voice); (202) 326-3259 (fax)
smodell@ftc.gov
ATTORNEY FOR PLAINTIFF

DATE: September 1, 2005



## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On September 1, 2005, Notices of Appearance on Behalf of Plaintiff Federal Trade Commission for Heather Hippsley and Shira D. Modell were served via first class mail as follows:

| | |
|---|---|
| Becky V. Christensen, Esq.<br>O'Connor Christensen & Mclaughlin LLP<br>1920 Main Street, Suite 150<br>Irvine, CA 92614<br>Facsimile: (949) 851-5051 | (for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc) |
| Dustin F. Hecker<br>Posternak Blankstein & Lund LLP<br>The Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-8004<br>Facsimile: (617) 722-4927 | (for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc) |
| Chris Robertson, Esq.<br>Seyfarth Shaw, LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Facsimile: (617) 946-4801 | (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, and Robert Maihos) |
| Joseph Ryan<br>Lyne, Woodworth & Evarts LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Facsimile: (617) 248-9877 | (for Triad ML Marketing, Inc., King Media, Inc., Allen Stern, Lisa Stern, and Steven Ritchey) |
| Sage International, Inc.<br>Attention: Molly Wheeler<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502<br>Facsimile: (775) 786-2013 | (for BP International, Inc.) |
| Brad Keene, Esq.<br>Keene & Gizzi<br>220 Broadway, Suite 402<br>Lynnfield, MA 01940<br>Facsimile: (781) 346-6355 | (for BP International, Inc.) |

I declare under penalty of perjury that the foregoing is true and correct. Executed this September 1, 2005 at Washington, D.C.

_____
Daniel Kaufman