UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 04-CV-11136GAO ) |
| DIRECT MARKETING CONCEPTS, INC., et al., | ) ) ) |
| Defendants. | ) ) ) ) |

**EXHIBIT 2**

JAN 18 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION, )
    Plaintiff )
        v. )
         )
DIRECT MARKETING CONCEPTS, INC., d/b/a )
TODAY'S HEALTH and DIRECT FULFILLMENT, )
ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT, )   Civ. No. 04-11136-GAO
DONALD W. BARRETT, )
HEALTHY SOLUTIONS, LLC d/b/a DIRECT )
BUSINESS CONCEPTS, )
HEALTH SOLUTIONS, INC., )
ALEJANDRO GUERRERO, a/k/a ALEX GUERRERO, )
MICHAEL HOWELL, GREG GEREMESZ, )
TRIAD ML MARKETING, INC., KING MEDIA, INC., )
and ALLEN STERN, )
    Defendants. )
         )

**FIRST AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Federal Rules of Civil Procedure 26(f) and Local Rule 16.1(d), the undersigned parties submit the following first amended joint statement setting forth proposed modifications to the joint discovery plan and schedule for the filing of motions. These modifications – which set forth dates that are five weeks later than the dates previously submitted – are necessary in light of the current pace of discovery and the Federal Trade Commission's November 30, 2004 motion to amend the complaint to name a new liability defendant and three new relief defendants.

**I.  DISCOVERY**

    **A.  Joint Discovery Plan**

        1.  Plaintiff shall make its disclosures concerning experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before **March 9, 2005** and defendants shall make

such disclosures on or before **April 6, 2005**. Plaintiff shall make its disclosures concerning rebuttal experts on or before **May 9, 2005**.

2. The cut-off date for fact and expert discovery shall be **June 21, 2005.**

3. Pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.5(c), the parties shall serve and file their pretrial disclosures no later than 30 days prior to the final pretrial conference.

## II.    FILING OF MOTIONS

A. The final date for filing dispositive motions shall be **July 21, 2005** (30 days after the close of discovery).

B. Oppositions to any dispositive motions must be filed no later than 30 days after the filing of the relevant motion.

C. The final date for filing motions in limine shall be **August 22, 2005** (60 days after the close of discovery).

Dated:   January 13 , 2005

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel Kaufman<br><br>Daniel Kaufman<br>Kial S. Young (Mass. Bar No. 633515)<br>Edward Glennon<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop NJ-3212<br>Washington, DC 20580<br>Tel: (202) 326-2675/3525/3126<br>Fax: (202) 326-3259<br><br>ATTORNEYS FOR PLAINTIFF | /s/<br><br>Peter S. Brooks, BBO #05890<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel.: (617) 946-4800<br>Fax: (617) 946-4801<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC.; ITV DIRECT, INC.; and DONALD W. BARRETT |
| Becky V. Christensen<br>Craig McLaughlin<br>O'CONNOR CHRISTENSEN & MCLAUGHLIN LLP<br>384 Forest Avenue, Suite 13<br>Laguna Beach, CA 92651<br>Tel.: (949) 376-6100, Ext. 106<br>Fax: (949) 376-6105<br><br>ATTORNEYS FOR HEALTHY SOLUTIONS, LLC; HEALTH SOLUTIONS, INC.; ALEJANDRO GUERRERO; MICHAEL HOWELL; and GREG GEREMESZ | /s/<br><br>Joseph Ryan<br>LYNE, WOODWORTH & EVARTS LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: 617-523-6655<br>Fax: 617-748-3675<br><br>ATTORNEYS FOR TRIAD ML MARKETING, INC; KING MEDIA, INC., and ALLEN STERN |

3

| | |
|---|---|
| Daniel Kaufman<br>Kial S. Young (Mass. Bar No. 633515)<br>Edward Glennon<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Mail Drop NJ-3212<br>Washington, DC 20580<br>Tel: (202) 326-2675/3525/3126<br>Fax: (202) 326-3259<br><br>ATTORNEYS FOR PLAINTIFF | Peter S. Brooks, BBO #05890<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel.: (617) 946-4800<br>Fax: (617) 946-4801<br><br>ATTORNEYS FOR DIRECT MARKETING CONCEPTS, INC.; ITV DIRECT, INC.; and DONALD W. BARRETT |
| */s/ Becky V. Christensen/*<br>Becky V. Christensen<br>Craig McLaughlin<br>O'CONNOR CHRISTENSEN &<br>MCLAUGHLIN LLP<br>384 Forest Avenue, Suite 13<br>Laguna Beach, CA 92651<br>Tel.: (949) 376-6100, Ext. 106<br>Fax: (949) 376-6105<br><br>ATTORNEYS FOR HEALTHY SOLUTIONS, LLC; HEALTH SOLUTIONS, INC.; ALEJANDRO GUERRERO; MICHAEL HOWELL; and GREG GEREMESZ | */s/ Joseph Ryan/*<br>Joseph Ryan<br>LYNE, WOODWORTH & EVARTS LLP<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: 617-523-6655<br>Fax: 617-748-3675<br><br>ATTORNEYS FOR TRIAD ML MARKETING, INC; KING MEDIA, INC., and ALLEN STERN |

3

## CERTIFICATE OF SERVICE

My name is Daniel Kaufman and I am an attorney with Federal Trade Commission. On January 13, 2005, copies of First Amended Joint Statement Pursuant to Local Rule 16.1 were served via First Class Mail as follows:

Becky V. Christensen, Esq.          (for Michael Howell, Greg Geremesz, Health
O'Connor Christensen & Mclaughlin LLP   Solutions, LLC, Alejandro Guerrero and Health
384 Forest Avenue, Suite 13          Solutions, Inc)
Laguna Beach, CA 92651
Facsimile: (949) 497-7679

Dustin F. Hecker                    (for Michael Howell, Greg Geremesz, Health Solutions,
Posternak Blankstein & Lund LLP     LLC, Alejandro Guerrero and Health Solutions, Inc)
The Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-8004
Facsimile: (617) 722-4927

Peter Brooks, Esq.    (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald Barrett)
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan (for Triad ML Marketing, Inc., King Media, Inc., and Allen Stern)
Lyne, Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210

I declare under penalty of perjury that the foregoing is true and correct. Executed this January 13, 2005 at Washington, D.C.

Daniel Kaufman