Attachment 1

## Turner, Christina E.

**From:**  Glennon, Edward
**Sent:** Wednesday, June 29, 2005 4:09 PM
**To:** 'Robertson, Christopher'
**Subject:** RE: Maihos Depositions

Chris,

We would like to depose Eileen Barrett the same week we depose Bob Maihos and Donald Barrett. We would like to depose Eileen on July 19, Bob Maihos on July 20, and Donald Barrett on July 21, with the 22nd reserved for possible additional time for Donald Barrett. Please let me know if these dates work for you.

With regard to the depositions of the Triad defendants, we have asked Joe Ryan for dates for Allen Stern and Steven Ritchey for the week of July 11.

Thanks.

Ed

Edward Glennon
Federal Trade Commission
Division of Advertising Practices
601 New Jersey Avenue, N.W.
Mail Drop: NJ-3212
Washington, D.C. 20580
Phone: (202) 326-3126
Facsimile: (202) 326-3259
E-mail: eglennon@ftc.gov

-----Original Message-----
From: Robertson, Christopher [mailto:crobertson@seyfarth.com]
Sent: Thursday, June 23, 2005 3:32 PM
To: Glennon, Edward
Subject: RE: Maihos Depositions


Ed:

Got your message and I assume it was to confirm depositions. The week
of July 18, 2005 looks good. How would Wednesday 7/20 through Friday
7/22 work? Let me know and we can confirm.

Also, are any of the other depositions scheduled yet? We are not sure
how we are going to cover them, so the sooner we know the dates, the
better.

Thanks.

Chris

-----Original Message-----
From: Glennon, Edward [mailto:eglennon@ftc.gov]
Sent: Wednesday, June 22, 2005 4:14 PM
To: Robertson, Christopher
Subject: Maihos Depositions


Chris,

We have not heard back from you with regard to the proposed dates of

1

June 28 and 29th for the Robert Maihos and Donald Barrett depositions, but we wanted to let you know that next week now does not work for us.

We would propose deposing Messrs. Maihos and Barrett the week of July 4. The alternative, we could conduct the depositions the week of July In accordance with our discussions, we would like to reserve three consecutive days for the depositions. We would depose Robert Maihos on the first day, depose Donald Barrett the next day, and reserve the third day for any needed continuation of Mr. Barrett's deposition (per our previous agreement to have additional deposition time for Mr. Barrett, if necessary).

Please let me know what dates would work for you.

Thanks.

Ed

Edward Glennon
Federal Trade Commission
Division of Advertising Practices
601 New Jersey Avenue, N.W.
Mail Drop: NJ-3212
Washington, D.C. 20580
Phone: (202) 326-3126
Facsimile: (202) 326-3259
E-mail: eglennon@ftc.gov

-----Original Message-----
From: Robertson, Christopher [mailto:crobertson@seyfarth.com]
Sent: Monday, June 13, 2005 10:52 AM
To: Glennon, Edward
     Brooks, Peter
     ject: Depositions

Ed:

Are the depositions that were scheduled for this week going forward?
Last we spoke, there had been no confirmation of these depositions.
Could you please let me know. Thanks.

As to the proposed dates for Barrett and Maihos, I am hoping to get back to you later today to confirm.

Chris

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified at any dissemination, distribution or copying of this communication is strictly prohibited.

## Turner, Christina E.

| | |
|---|---|
| **From:** | Glennon, Edward |
| **nt:** | Friday, July 08, 2005 3:35 PM |
| | 'Robertson, Christopher' |
| **Cc:** | Brooks, Peter |
| **Subject:** | Deposition Scheduling |

Chris,

Could you please let me know how things stand with regard to our request to depose Eileen Barrett the week of July 18? It is our understanding that we will depose Robert Maihos on July 20 and Donald Barrett July 21-22.

Thanks.

Ed Glennon

Edward Glennon
Federal Trade Commission
Division of Advertising Practices
601 New Jersey Avenue, N.W.
Mail Drop: NJ-3212
Washington, D.C. 20580
Phone: (202) 326-3126
Facsimile: (202) 326-3259
E-mail: eglennon@ftc.gov

1

## Turner, Christina E.

**From:** Glennon, Edward
**Sent:** Friday, July 08, 2005 5:21 PM
**To:** Turner, Christina E.
**Subject:** FW: Deposition Scheduling

-----Original Message-----
From: Robertson, Christopher [mailto:crobertson@seyfarth.com]
Sent: Friday, July 08, 2005 5:13 PM
To: Glennon, Edward
Cc: Brooks, Peter
Subject: RE: Deposition Scheduling

I apologize for not getting back sooner. I am on vacation all next
week, but will be back on the 19th. Eileen just came home from the
hospital today, after a late delivery, lengthy labor and c-section. She
is okay, but tired. I would request that we push her back a bit to be
home with the baby. I will check with her on proposed dates, however,
and get back to you next week.

The other depositions are fine.

While I am away, please contact Peter Brooks if you have any questions
or other issues.

-----Original Message-----
From: Glennon, Edward [mailto:eglennon@ftc.gov]
Sent: Friday, July 08, 2005 3:35 PM
To: Robertson, Christopher
Cc: Brooks, Peter
Subject: Deposition Scheduling

Chris,

Could you please let me know how things stand with regard to our request
to depose Eileen Barrett the week of July 18? It is our understanding
that we will depose Robert Maihos on July 20 and Donald Barrett July
21-22.

Thanks.

Ed Glennon

Edward Glennon
Federal Trade Commission
Division of Advertising Practices
601 New Jersey Avenue, N.W.
Mail Drop: NJ-3212
Washington, D.C. 20580
Phone: (202) 326-3126
Facsimile: (202) 326-3259
Email: eglennon@ftc.gov

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be
used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing

1

legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified at any dissemination, distribution or copying of this communication is strictly prohibited.

Attachment 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

FEDERAL TRADE COMMISSION,             )
                                          )
      Plaintiff,                      )
          v.                        )
                                            )     Civ. No. 04-11136-GAO
DIRECT MARKETING CONCEPTS, INC., et al.,   )
                                          )
      Defendants.                  )

---

### SUPPLEMENTAL DECLARATION OF CHRISTINA E. TURNER
### PURSUANT TO 28 U.S.C. § 1746

1.      My name is Christina E. Turner. I am a citizen of the United States and over twenty-one years of age. I am employed by the Federal Trade Commission ("FTC") as a Paralegal Specialist in the Division of Advertising Practices of the Bureau of Consumer Protection. My business address is 600 Pennsylvania Ave., N.W., Room NJ-3212, Washington, D.C., 20580.

2.      My duties include investigating possible violations of the Federal Trade Commission Act. I have been assigned to the Commission's litigation, *FTC v. Direct Marketing Concepts, Inc., et al.* I have personal knowledge of the facts stated herein. If called to testify, I could and would competently testify to the facts set forth below.

3.      I have previously submitted two Declarations in this case in support of the Commission's motion for a Temporary Restraining Order and one Declaration in support of the Commission's motion for a modification of the June 23, 2004 Preliminary Injunction as to Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett.

## INFOMERCIAL MONITORING SERVICE REPORTS

4.      As I stated in my previous declaration in support of the Commission's motion for

a modification of the preliminary injunction, the Infomercial Monitoring Service ("IMS")

monitors 39 national cable channels twenty-four hours a day, seven days a week, and compiles

data on the paid programming aired. IMS issues a report each month which, among other things,

identifies new infomercials that IMS has detected and reports the 100 most frequently aired

infomercials for that month.

5.      According to IMS's monthly reports of the 100 most frequently aired

infomercials, the Sea Vegg infomercial was ranked number 14 in May 2005 and the Renuva

infomercial was ranked 75. True and correct copies of excerpts from the May 2005 IMS report

showing this rankings are included in Attachment 1 to this Declaration.

6.      This is the highest ranking I have seen reported for the Sea Vegg infomercial. As

I stated in my most recent declaration, Sea Vegg was ranked  number 67 in February 2005,

number 28 in March 2005, and number 26 in April 2005.

## SEA VEGG

7.      Using the transcript of the Sea Vegg infomercial that was included as Attachment

2 to my May 24, 2005 Declaration, I manually counted the number of times the words, "cancer,"

"arthritis," "diabetes," and "fibromyalgia" appeared. I then verified my tallies using the using

Wordperfect's electronic word finding function. My results were as follows:

> Cancer -- 18 times
>
> Arthritis -- 4 times
>
> Diabetes -- 7 times
>
> Fibromyalgia -- 4 times

-2-

In addition, the word "disease" was used 30 times, 11 of which were as part of the phrase "degenerative disease."

8.      Attachment 2 to this Declaration is a true and correct copy of the label from a bottle of Sea Vegg.

9.      Prior to receiving the Defendants' Opposition to the Commission's motion, I was not aware of the existence of the revised Sea Vegg infomercial referred to by Mr. Sciucco. Nor do I believe that any of the Commission staff attorneys working on this case were aware of it, because the standard procedure would have been for that attorney to have directed me to obtain a copy of that infomercial.

10.     On June 23, 2005, I received a copy of a Sea Vegg infomercial videotape from a sales manager at a San Francisco-based television station, KRON4. Based on my conversation with this individual, it is my understanding that the copy of the infomercial that I received was made from a master tape of the infomercial that aired as recently as yesterday, June 22, 2005. Shortly after receiving the tape on June 23rd, I reviewed the tape and compared it to the transcript of the version of the Sea Vegg infomercial that was attached to the Commission's motion for a modification of the June 23, 2004 Preliminary Injunction. In watching the new tape I did not observe any differences in dialogue between Donald Barrett and Scott Kennedy from the transcript of the original version of the infomercial. A true and correct copy of the videotape of the Sea Vegg infomercial that I received on June 23, 2005 is attached this Declaration as Attachment 3.

## ADDITIONAL DOCUMENTS AND MATERIALS

11.     Attachment 4 to this Declaration contains a true and correct copy of a June 1, 2005 press release issued by the Electronic Retailing Self-Regulation Program ("ERSP")

-3-

announcing ERSP's referral of the Renuva Anti-Aging System to the FTC for non-compliance with ERSP's previous decision.

12.   Attachment 5 to this Declaration contains a true and correct copy of a June 3, 2005 letter and attachment from Peter C. Marinello of ERSP to Michael Sciucco of ITV Direct, Inc., which was provided to the FTC on June 21, 2005 from a confidential source other than ERSP.

13.   Attachment 6 to this Declaration contains a true and correct copy of ERSP's decision on the Sea Vegg infomercial.

## UNDERCOVER CALLS MADE TO DEFENDANTS

14.   Since the June 23, 2004 entry of the Preliminary Injunction, I have made a total of nine (9) taped, undercover calls to ITV to place product orders. I did make untaped calls to cancel autoships and inquire when I would be getting refunds for returned product.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this Declaration are true and correct.

Executed on June 23, 2005

Christina E. Turner

Christina E. Turner

-4-

Attachment 4

# NATIONAL CABLE RANKING - FREQUENCY
Based solely on frequency of programs aired on networks monitored.



## IMS MONTHLY TOP 100 for August 2005

| Rank | Title | Rank | Title | Rank | Title | Rank | Title |
|---|---|---|---|---|---|---|---|
| 1 | Natural Cures | 26 | Auctions For Income | 51 | Amazing Anxiety | 76 | Cause And Cure For Diabetes |
| 2 | bareMinerals | 27 | Cash Flow Business | 52 | Tread Climber | 77 | Treasure Hunter |
| 3 | Magic Bullet | 28 | Ronco Shw Bar | 53 | MirrCad | 78 | Coin Country |
| 4 | Tempur-Pedic | 29 | Laser Storm | 54 | Billy's Bootcamp | 79 | Light Relief |
| 5 | Country Superstars | 30 | Girls gone Wild | 55 | Rock Bottom Slots | 80 | The Firm |
| 6 | Body Makeover | 31 | Fine Art Showcase | 56 | Cardio Cruiser | 81 | Vonage |
| 7 | Bowflex | 32 | TriVita | 57 | Slim 'n Lift | 82 | Hagee Ministry |
| 8 | Carleton Sheets | 33 | Golden Oil | 58 | FlavorWave Oven | 83 | Q-Grill |
| 9 | Swivel Sweeper | 34 | Sheer Cover | 59 | Power 90 | 84 | Ronco Showtime |
| 10 | Home & Garden Secrets | 35 | Conquer HA | 60 | Rug Doctor | 85 | Hair Club |
| 11 | Sea Vegg | 36 | Bosley | 61 | Wagner Control Spray | 86 | Selfectix Solution |
| 12 | WalkFit Orthotics | 37 | Feed The Children | 62 | Smart Technique | 87 | Video Professor |
| 13 | Total Gym | 38 | Oreck Air | 63 | Klear Action | 88 | Roller |
| 14 | Ionic White | 39 | FoodSaver Advanced | 64 | FirmaLift | 89 | eyeQ |
| 15 | Proactiv | 40 | Gutter Corner | 65 | Urban Rebounding | 90 | Easy Shaper |
| 16 | Little Giant Ladder | 41 | Ab Scissor | 66 | Specialty Merch. Corp. | 91 | American Legacy Guitar |
| 17 | Core Secrets | 42 | White Light | 67 | Progressive Profits | 92 | Think Different |
| 18 | Oreck XL | 43 | Free & Clear | 68 | Slim in 6 | 93 | Bose 321 |
| 19 | Cable Shopping Network | 44 | Youthful Essence | 69 | MDR | 94 | NutriSystem |
| 20 | Jeff Paul System | 45 | Ionic Breeze | 70 | Soul 70s | 95 | AmeriQuest |
| 21 | Sleep Number | 46 | Skin Recovery | 71 | Greatest Vitamin | 96 | Project You |
| 22 | Dual Action Cleanse | 47 | TrueCeramicPro | 72 | Principal Secret | 97 | Slendertone Flex |
| 23 | Face Disc | 48 | LIFE | 73 | Interview with Dr. Day | 98 | DREMEL |
| 24 | MoxiGlide | 49 | Volupias | 74 | Land Rider | 99 | Wild Party Girls |
| 25 | Classic Soul Ballads | 50 | Makeup Optional | 75 | Extenze | 100 | Legends |

Infomercial Monitoring Service, Inc.
Satellite 2 • 810-812 Parkway Boulevard
Broomall, Pennsylvania 19008 • USA
610-328-6902 • fax 610-328-6791
email reports@imstv.com • www.imstv.com

© 2005 Infomercial Monitoring Service, Inc. All rights reserved. No part of this publication may be reproduced or transmitted in any form electronic or mechanical, including photocopy, or any information storage and retrieval system without permission in writing from IMS. IMS is not responsible for any loss due to errors or omissions in information provided, or for any loss of service due to technical or other difficulties. Any publication, or public display, or other use, without the prior written permission of IMS is prohibited.

## CERTIFICATE OF SERVICE

My name is Shira Modell and I am an attorney with Federal Trade Commission. On September 27, 2005, copies of Plaintiff Federal Trade Commission's Opposition to DMC Defendants' Motion for Continuance and for Sanctions, and the attached Declaration of Edward Glennon, were served via Federal Express as follows:

| | |
|---|---|
| Becky V. Christensen<br>O'Connor Christensen & Mclaughlin LLP<br>1920 Main St., Suite 150<br>Irvine, CA 92614 | (for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc) |
| Dustin F. Hecker<br>Posternak Blankstein & Lund LLP<br>The Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-8004 | (for Michael Howell, Greg Geremesz, Health Solutions, LLC, Alejandro Guerrero and Health Solutions, Inc) |
| Peter Brooks<br>Seyfarth Shaw, LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210 | (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, and Robert Maihos ) |
| Joseph Ryan<br>Lyne, Woodworth & Evarts LLP<br>600 Atlantic Avenue<br>Boston, MA 02210 | (for Triad ML Marketing, Inc., King Media, Inc., Allen Stern, Lisa Stern, and Steven Ritchey) |
| Sage International, Inc.<br>Attention: Molly Wheeler<br>1135 Terminal Way, Suite 209<br>Reno, NV 89502 | (for BP International, Inc.) |

I declare under penalty of perjury that the foregoing is true and correct. Executed this August 27, 2005 in Washington, D.C.

Shira D. Modell
Shira D. Modell