**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-CV-11136GAO |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
OPPOSITION TO THE FEDERAL TRADE COMMISSION'S MOTION TO MODIFY
THE COURT'S PRELIMINARY INJUNCTION AND APPOINT A RECEIVER**

The defendants Direct Marketing Concepts, Inc., ITV Direct, and Donald Barrett

(collectively the "DMC Defendants") hereby move that the Court grant them leave to serve and

file a Supplemental Memorandum and accompanying affidavits and exhibits in Opposition to the

Federal Trade Commission's ("FTC") Motion to Modify the Court's Preliminary Injunction and

Appoint a Receiver.

The FTC filed its Motion for Modification of the Preliminary Injunction on May 26,

2005. The DMC Defendants filed their Opposition to the FTC's Motion for Modification on

June 9, 2005. The FTC filed its Reply Memorandum on June 24, 2005. The FTC filed a

Supplemental Memorandum in Support of its Motion for Modification on August 25, 2005.

The DMC Defendants' Supplemental Memorandum provides the Court with the scientific

support for the health care supplements (Sea Vegg and Flex Protex) that are the subject of the

FTC's motion for a receiver. This scientific material will assist the Court in evaluating the

FTC's claim that the DMC Defendants' advertisements are misleading and lack scientific

support. The Supplemental Memorandum also addresses the incorrect and misleading assertions,

BO1 15739705.1

mischaracterization of the facts in the record, and the inappropriate arguments contained in the

Plaintiff's Supplemental Memorandum in Support of its Motion and the effect of a receiver on

the defendants' commercial speech rights under the First Amendment.

WHEREFORE, the DMC Defendants respectfully request that the Motion be allowed and

that the DMC Defendants be granted leave to file a Supplemental Memorandum in Opposition to

FTC's Motion to Modify the Court's Preliminary Injunction and Appoint a Receiver.

<div style="margin-left:40%">

Respectfully submitted,
DIRECT MARKETING CONCEPTS, INC., ITV
DIRECT, INC., AND DONALD W. BARRETT

By their attorney(s),


 /s/ Christopher Robertson
Peter S. Brooks, BBO #058980
Christopher F. Robertson, BBO #642094
Susan W. Gelwick, BBO #567115
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:     (617) 946-4801

</div>

Dated: September 29, 2005


## LOCAL RULE 7.1 CERTIFICATION

I, Christopher F. Robertson, counsel for DMC Defendants, hereby certify that I have
conferred with opposing counsel, and counsel agreed to consent to filing of the supplemental
memoranda by FTC and DMC Defendants.

<div style="margin-left:40%">

/s/ Christopher Robertson
Christopher F. Robertson

</div>

BO1 15739705.1