UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et )<br>al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-CV-11136GAO |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

**1.     The following exhibits attached to the Affidavit Andrew Aldrich:**

Exhibit A – Flex Protex Advertisement Documents.

The original documents are maintained in the case file in the Clerk's Office.


Dated: September 29, 2005              /s/ Christopher F. Robertson
                                                           Peter S. Brooks, BBO #058980
                                                           Christopher F. Robertson, BBO #642094
                                                           Susan W. Gelwick, BBO #567115
                                                           Attorneys For: Defendants
                                                           Direct Marketing Concepts, Inc.,
                                                           ITV Direct, Inc., and Donald W. Barrett