

EXHIBIT 1

| Client | Family | Station | Product | Date | Day | Time |
|---|---|---|---|---|---|---|
| DMC | TGI | HLCC | SEAVEGG | 7/5/2005 | Tue | 11:30 AM |
| DMC | TGI | AUCT | SEAVEGG | 7/5/2005 | Tue | 12:00 PM |
| DMC | TGI | CTLG | SEAVEGG | 7/5/2005 | Tue | 1:30 PM |
| DMC | WORLDLINK | FSFL | SEAVEGG | 7/6/2005 | Wed | 08:30 AM |
| DMC | | CCMA | SEAVEGG | 7/7/2005 | Thu | 11:30 AM |
| DMC | Discovery | DISC | SEAVEGG | 7/8/2005 | Fri | 05:30 AM |
| DMC | | CORT | SEAVEGG | 7/9/2005 | Sat | 06:00 AM |
| DMC | Discovery | DISC | SEAVEGG | 7/21/2005 | Thu | 05:30 AM |
| DMC | | CCMA | SEAVEGG | 7/21/2005 | Thu | 11:30 AM |
| DMC | | CCNE | SEAVEGG | 7/21/2005 | Thu | 11:30 AM |
| DMC | PAX | PXCA | SEAVEGG | 7/21/2005 | Thu | 5:30 PM |
| DMC | WORLDLINK | FSAZ | SEAVEGG | 7/22/2005 | Fri | 1:00 PM |
| DMC | | CORT | SEAVEGG | 7/23/2005 | Sat | 06:00 AM |
| DMC | | GOOD | SEAVEGG | 7/23/2005 | Sat | 1:30 PM |

| DMC | FAIRWAY | KAZT | | SEAVEGG | 7/24/2005 | Sun | 3:00 PM |
| DMC | WORLDLINK | FSRM | | SEAVEGG | 7/26/2005 | Tue | 12:30 PM |
| DMC | | KUSI | | SEAVEGG | 7/30/2005 | Sat | 08:00 AM |

| Product | Station | Market | Date | Day | Time |
|---------|---------|--------|------|-----|------|
| Sea Vegg | AUCTN | NATIONAL | 7/25/2005 | MON | 09:00P |
| Sea Vegg | AUCTN | NATIONAL | 7/27/2005 | WED | 05:30P |
| Sea Vegg | BRVO | NATIONAL | 7/22/2005 | FRI | 08:00A |
| Sea Vegg | CATTV | NATIONAL | 7/24/2005 | SUN | 08:00P |
| Sea Vegg | CATTV | NATIONAL | 7/27/2005 | WED | 01:30A |
| Sea Vegg | FOXN | NATIONAL | 7/25/2005 | MON | 08:00A |
| Sea Vegg | HLC | NATIONAL | 7/23/2005 | SAT | 08:30A |
| Sea Vegg | HLC | NATIONAL | 7/25/2005 | MON | 04:00P |
| Sea Vegg | KBCB | SEATTLE-TACOMA,WA-BC | 7/24/2005 | SUN | 08:30A |
| Sea Vegg | KCVU | CHICO-REDDING,CA | 7/24/2005 | SUN | 09:00A |
| Sea Vegg | KFWD | DALLAS-FT. WORTH,TX | 7/23/2005 | SAT | 07:00A |
| Sea Vegg | KFWD | DALLAS-FT. WORTH,TX | 7/25/2005 | MON | 07:00A |
| Sea Vegg | KHIZ | LOS ANGELES,CA | 7/27/2005 | WED | 10:00A |
| Sea Vegg | KPNZ | SALT LAKE CITY,UT | 7/22/2005 | FRI | 10:30A |
| Sea Vegg | KSAZ | PHOENIX,AZ | 7/24/2005 | SUN | 06:00A |
| Sea Vegg | KSEE | FRESNO,CA | 7/26/2005 | TUE | 12:30P |
| Sea Vegg | KSTW | SEATTLE-TACOMA,WA-BC | 7/24/2005 | SUN | 05:00A |
| Sea Vegg | KVWB | LAS VEGAS,NV | 7/27/2005 | WED | 08:30A |
| Sea Vegg | MALL | NATIONAL | 7/25/2005 | MON | 11:00P |
| Sea Vegg | MALL | NATIONAL | 7/27/2005 | WED | 12:00A |
| Sea Vegg | MENS | NATIONAL | 7/25/2005 | MON | 12:30A |
| Sea Vegg | TGBF | NATIONAL | 7/27/2005 | WED | 10:00A |

| Sea Vegg | WADL | DETROIT,MI | 7/27/2005 | WED | 08:00P |
|---|---|---|---|---|---|
| Sea Vegg | WBUI | CHAMPAIGN,SPRINFIELD,DECATUR,IL. | 7/26/2005 | TUE | 11:30A |
| Sea Vegg | WCGV | MILWAUKEE,WI | 7/27/2005 | WED | 06:30A |
| Sea Vegg | WCIV | CHARLESTON,SC | 7/26/2005 | TUE | 12:30P |
| Sea Vegg | WFFT | FT. WAYNE,IN | 7/26/2005 | TUE | 01:00P |
| Sea Vegg | WMCN | NATIONAL | 7/24/2005 | SUN | 01:30P |
| Sea Vegg | WNPA | PITTSBURGH,PA | 7/24/2005 | SUN | 07:00A |
| Sea Vegg | WPLG | MIAMI/FTLAUD,FL | 7/24/2005 | SUN | 01:30P |
| Sea Vegg | WPXA | ATLANTA,GA. | 7/22/2005 | FRI | 02:00P |
| Sea Vegg | WRGT | DAYTON.OH | 7/24/2005 | SUN | 06:00A |
| Sea Vegg | WRNN | NEW YORK (entire NY) | 7/23/2005 | SAT | 08:30A |
| Sea Vegg | WTOL | TOLEDO,OH-ON | 7/24/2005 | SUN | 06:30A |
| Sea Vegg | WUAB | CLEVELAND,OH | 7/24/2005 | SUN | 12:00P |
| Sea Vegg | WVPX | CLEVELAND,OH | 7/26/2005 | TUE | 10:00A |