🌐 This message was sent with high importance.

**Michael Sciucco**

**From:** Michael Sciucco
**To:** pmarinello@narc.bbb.org
**Cc:**
**Subject:** SEA VEGG[Scanned]
**Attachments:**

**Sent:** Thu 6/9/2005 9:58 AM



EXHIBIT 3

Peter, as I discussed with you about two weeks ago, the FTC has formally raised some concerns with the Sea Vegg and Renuva shows. At that time I requested that you administrativiely close the Sea Vegg case which you refused. I have not had the time to review your findings and respectfully request an extension until Tuesday June 21, 2005 to respond.

If you would like to discuss you can reach me at 978-580-1686.

Regards,

Michael Sciucco, Esq.

P.S. Thank you for the referrral to Guideline Associates.