

EXHIBIT 4



# Compliance with the FTC Telemarketing Sales Rule

Brought to you by the ITV Direct Legal Department

# Today's Lesson

- The objective of the TSR

- What information must telemarketers disclose: Material Information and "clear and conspicuous" language

- Prohibited Misrepresentations

- Payment Protocol: Authorization Policies and Express Informed Consent ("AUA")

- Penalties for violations

# The Federal Trade Commission's Amended Telemarketing Sales Rule

- Passed in 2003, this legislation gives the FTC and state attorneys general law enforcement tools to:

  - **Combat telemarketing fraud.**

  - Give consumers added **privacy protections** and defenses against unscrupulous telemarketers.

  - Help consumers **tell the difference** between fraudulent and legitimate telemarketing.

  - Scope is both inbound and outbound calls.

# INBOUND vs. OUTBOUND

- Outbound: is a call initiated by a telemarketer to a consumer.

- Inbound Call: is a call from a consumer in response to a media advertisement.

# What Information must Sellers and Telemarketers Disclose?

- Cost, Quantity, Frequency
- Material Restrictions, Limitations, or Conditions
- No-Refund Policies
- Negative Option Features/Continuity



# Cost and Quantity

- You must disclose **total costs** to purchase, receive or use the offered goods or services.

- You must tell a consumer the **total quantity** of goods the consumer must pay for and receive.

- You must provide both these items of material information to the consumer **before the consumer pays** for the goods or services that are the subject of the sales offer.

# Cost and Quantity

- A seller or telemarketer offering a negative option or a continuity plan must disclose:

- The total costs and quantity of goods or services that are part of the **initial offer**

- The total quantity of additional goods or services that a consumer must purchase **over the duration of the plan**

- The cost, or range of costs, to purchase **each additional good or service separately**

- The **number/frequency** of debits, charges, or payments (if more than one).

- The **amount** of the debits, charges, or payments.

- The **customer's name and billing information**

- A **telephone number** that is answered during normal business hours by someone who can answer the consumer's questions.

# Cost and Quantity

- Sometimes, cost and quantity are undetermined at the time of the initial sale.

- In a **negative option plan**, the consumer may agree to purchase a specific number of items over a specified time period. The consumer must then contact the company to stop further shipment.

- A **continuity plan** offers a subscription to a collection of goods. Consumers buy an introductory selection and receive additional selections on a regular schedule until they cancel their subscription.



# Material Information

- DEFINITION: Information a consumer needs to make an **informed decision** about whether to purchase goods or services.

- Sellers and telemarketers, whether making outbound calls to consumers or receiving inbound calls from consumers, must provide certain **material information** before the consumer pays for the goods or services that are the subject of the sales offer.

# Material Information



- Sellers and telemarketers may provide the material information either **orally** or **in writing**.

- Failure to provide any of the required information truthfully and in a "**clear and conspicuous**" manner, **before the consumer pays** for the goods or services offered, is a deceptive telemarketing act or practice.

- Violations of the Rule subject a seller or telemarketer to a civil penalty of **$11,000 for each violation**.

# "Clear and Conspicuous"



- DEFINITION: Information is presented in a way that a consumer will notice and understand.

- The goal is that disclosures be communicated **as effectively as the sales message.**

- When disclosures are oral, clear and conspicuous means at an **understandable speed** and pace and in the **same tone and volume as the sales offer.**

# Material Restrictions, Limitations, or Conditions

- DEFINITION: A **restriction**, **limitation**, or **condition** that would likely affect the decision to purchase the goods or services offered, to purchase them at the offered price, or to purchase them from that particular seller.

# Material Restrictions, Limitations, or Conditions

- Such restrictions could include the underlying illegality of goods or services in a particular state, or a requirement that a consumer pay in cash or by money order.

- Sellers may disclose restrictions orally or in writing, as long as the information is presented in a "**clear and conspicuous**" manner **before the customer pays.**

# No-Refund Policies

- If a company has a policy of honoring requests for refunds, cancellations of sales or orders, exchanges, or re-purchases, sellers and telemarketers must disclose information about the policy **only if they make a statement about the policy** during the sales presentation.

# No-Refund Policies

- If the policy is "**all sales are final**," the Rule requires you to let consumers know before they pay for the goods or services being offered.

- Once again, information must be disclosed in a **clear and conspicuous** manner.

# Negative Option Features

- DEFINITION: The seller interprets the consumer's silence, or failure to reject goods or services or cancel an agreement as acceptance of the offer.

- Example: "**Free-to-pay conversion**" offer (a.k.a. "**free-trial offer**")

- Customers receive a product or service for free for an initial period and then have to pay for it if they don't take action to cancel.

# Negative Option Features



- Under the TSR, a seller offering a Negative Option Feature must **truthfully**, **clearly** and **conspicuously** disclose three pieces of information:

# Negative Option Features

- The fact that a consumer's account will be charged **unless he or she takes affirmative action**- such as canceling- to avoid the charge.

- The **date (s)** on which the charge (s) will be submitted for payment. An approximate date is acceptable, provided reasonable notice is given the consumer of when to expect the charge.

- The **specific steps the customer must take** to avoid the charges. If calling a toll-free number is entailed in this process, the number must be given.

# Continuity Plan

- **Continuity plan** offers a subscription to a collection of goods. Consumers buy an introductory selection and receive additional selections on a regular schedule until they cancel their subscription

- What do we need?

# Oral Authorization

- Any audio recording of an oral authorization for payment must clearly demonstrate that the consumer has received each **specific pieces of information** about the transaction and that the consumer has authorized that funds be taken from (or charged to) his or her account.

- The Rule requires **affirmative consent** *("**yes**") to a question to be deemed acceptable.

# OUR SCRIPT

**AUTO SHIP CONFIRMATION**

- "Before I let you go _____, I just want to quickly confirm your order with you, so we are both clear on what you will be receiving…."

- "You will receive your (*1 month, 3 month, six month, 1 year*) supply of _____ in (*express shipping* 3-5 days or 2-4 weeks) and it is going to be shipped to (*confirm address*). We will be billing your credit card (*total amount of package*) today."

- "You have also agreed to sign up for our continuity program, so once your supply is up (*1 month, 3 month, 6 month, 1 year*) you will automatically receive your re-supply (*state frequency*) in the mail for _____ (*amount of monthly re-supply varies on whatever package deal customer agreed to*)."

- "Is all of this information correct and do you agree to the terms of this offer? (**Must get YES**) If at any time you want to change, modify, or cancel your order you may do so by calling 1.800.215.0063."

- "Thank you for your order today and your confirmation invoice number is (*give invoice #, **not contract genie #**)*."

**CUSTOMER SATISFACTION**

- "If you have any other questions or would like to check on the progress of your order," please feel free to contact our Customer Satisfaction Department at 1.800.215.0063"

# What Is
## *Express Informed Consent?*

■ Express Informed Consent is required in **every telemarketing transaction.**

■ Consent is an **affirmative statement** (**"yes"**) that the consumer agrees to purchase the goods or services and is **aware that the charges** will be billed to a particular account.

■ Consent is **express** if it is affirmatively and **un**ambiguously articulated by the consumer.

# AUA

- **A**ffirmative
- **U**nambiguous
- **A**rticulation

- Silence is not AUA

# Misrepresentations Are Strictly Prohibited

- The Rule prohibits sellers and telemarketers from making **false or misleading statements** to induce anyone to pay for goods or services.

# Misrepresentations Are Strictly Prohibited

- The Rule prohibits both **express** and **implied misrepresentations.**

- Sellers and telemarketers cannot circumvent the Rule by creating a **false impression in a consumer's mind** through the artful use of half-truths or misleading or incomplete information.

# The Rule Prohibits Misrepresentations about the Following:

- Cost, Quantity, Frequency
- Material Restrictions, Conditions, or Limitations
- Performance, Efficacy, or Central Characteristics
- Refund, Repurchase or Cancellation Policies

# Misrepresentation of Cost and Quantity

- The Rule prohibits sellers and telemarketers from misrepresenting the **total costs** to purchase, receive, or use the goods or services offered, or the **quantity of goods or services** offered at the stated price.

- For example, you may not tell consumers that they may purchase a magazine subscription for three years at $1.50 a month, when the subscription is available at that price for one year only.

# Misrepresentation of Material Restrictions, Conditions, or Limitations

- The Rule prohibits sellers and telemarketers from **misrepresenting any material restriction, limitation, or condition** to purchase, receive, or use goods or services offered to the consumer.

- For example, if a marketer states "absolutely free" with you first order, that must be clearly conveyed to the consumer.

# Misrepresentation of Performance, Efficacy or Central Characteristics

- The Rule prohibits sellers and telemarketers from **misrepresenting any material aspect of the performance, efficacy, nature**, or **central characteristics** of the goods or services offered to the consumer.

- For example, it is prohibited to **falsely** claim that an offered product or program **treats, cures or prevents any disease.**

# Misrepresentation of Refund, Repurchase, or Cancellation Policies

- The Rule prohibits sellers and telemarketers from misrepresenting any material aspect of the nature or terms of the seller's **refund, cancellation, exchange,** or **repurchase policies.**

# Guarantees

- If an ad mentions that a product comes with a guarantee or warranty, the ad and the sales representative should clearly disclose **how consumers can get the details.**

- The law requires companies to make copies of any warranties/guarantees **available to consumers before the sale.**

- This applies to retail sales, **sales by phone** or mail, and online transactions.

# Unauthorized Billing

- It is a violation of the Rule to cause billing information to be submitted for payment without the **express informed consent.**

- In any telemarketing transaction, sellers and telemarketers must obtain the **express informed consent** of the customer to be charged a specific amount on a particular identified account, to pay for the goods or services offered.

# Government/Clients/Providers

- Food and Drug Administration
- States Attorneys General (Little FTC Acts)
- Federal Communications Commission
- Merchant Provider
- Clients

# Penalties for Violations

- Any company which violates the Rule is subject to civil penalties of up to **$11,000 per violation.**

- In addition, violators may be subject to **nationwide injunctions** that prohibit certain conduct, and may be required to pay redress to injured consumers.





Thank you for your time.

For more information on the TSR, visit www.ftc.gov or http://www.the-dma.org/guidelines/ethicalguidelines.shtml for The Direct Marketing Association's set of Ethical Guidelines.