## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>               Defendants. | CIVIL ACTION NO. 04-CV-11136GAO |

### AFFIDAVIT OF CHRISTOPHER F. ROBERTSON

I, Christopher F. Robertson, declare as follows:

1.      I am an attorney with the law firm of Seyfarth Shaw LLP in Boston, Massachusetts.  I represent the Direct Marketing Concepts, Inc., ITV Direct, and Donald Barrett (collectively the "DMC Defendants") in connection with the present litigation.

2.      Annexed to this affidavit are true and correct copies of the following documents:

Exhibit A      Report entitled "Dietary Supplementation with Flex Protex$^{TM}$", prepared by Michael John Glade, Ph.D.; and

Exhibit B      Curriculum Vitae of Michael John Glade, Ph.D.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of October, 2005 at Boston, Massachusetts.

/s/ Christopher Robertson
Christopher F. Robertson

BO1 15742115.1