# DIETARY SUPPLEMENTATION WITH FLEX PROTEX™

## REPORT PREPARED BY MICHAEL JOHN GLADE, Ph.D.

**Dietary Supplementation with Flex Protex™**

Based on my review of the reliable and credible scientific literature regarding articular cartilage biochemistry and physiology, cartilage degeneration, degenerative joint disease and osteoarthritis, I conclude that the following statements are substantiated by that literature:

- "Flex Protex is a natural COX-2 inhibitor"

- "Flex Protex" effectively relieves the pain associated with arthritis"

- "Flex Protex" effectively relieves the pain associated with rheumatoid arthritis"

- "Flex Protex" effectively relieves the pain associated with gout"

- "Flex Protex enables the body to regenerate cartilage"

- "Flex Protex does not have the health risks associated with other COX2 inhibitors such as Vioxx"

- "Flex Protex prevents arthritis"

- "Clinical studies prove the product's efficacy in rebuilding cartilage"

- "Flex Protex is good for people of any age"

In order to evaluate these statements regarding the Flex Protex™ product, I conducted electronic literature searches using the extensive "PubMed" electronic database of the National Library of Medicine [http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=PubMed] and the National Institutes of Health Office of Dietary Supplements International Bibliographic Information on Dietary Supplements (IBIDS) Database [http://ods.od.nih.gov/databases/ibids.html]. The "PubMed" database includes citations of over 10,000,000 scientific articles published in over 4,000 journals worldwide. The IBIDS database contains 691,193 scientific articles (as of January 3, 2003) published in over 2,000 journals worldwide. I also utilized several published texts and, when appropriate, secondary citations mentioned in published articles and book chapters. A total of 266 scientific publications were included in the preparation of this report.

This report represents an evaluation of the materials available to me as of October 13, 2005. Any conclusions that may be drawn may differ from those that may be drawn by another reviewer evaluating the same evidence or from those that may be drawn by a representative of a governmental agency. Any conclusions that may be drawn may or may not be supported by scientific evidence that may become available after October 13, 2005.

## Composition of Articular Cartilage and the Biochemical and Physiologic Roles of _N_-Acetyl-D-Glucosamine and D-Glucosamine

Cartilage is composed of a complex extracellular matrix of collagen and elastic fibers within a hydrated gel of glycosaminoglycans and proteoglycans. This specialized network is stabilized by means of intermolecular and intramolecular cross-links that harness the swelling pressure exerted by the high concentration of negatively charged aggregates.[1] This accounts for more than 98% of the articular cartilage volume; cellular components constitute the remaining 2%. The interaction of these matrix components imparts the characteristic biomechanical properties of flexibility and resistance to compression. The matrix constituents undergo a distinct turnover process during which the catabolism and removal of molecules from the extracellular matrix is in balance with the synthesis and deposition of new molecules.[2]

Proteoglycans are large macromolecules consisting of multiple chains of glycosaminoglycan disaccharides and oligosaccharides attached to a central protein core.[3,4] The major disaccharide units of cartilage glycosaminoglycans are covalently bound by (β1→4) linkages and are formed by the (β1→3) linkage of either D-glucuronic acid or D-galactose to either _N_-acetyl-D-glucosamine or _N_-acetyl-D-galactosamine. The amino sugar residues are sulfated in either position 4 or 6.[3-5] The sulfate groups, together with the carboxyl groups of D-glucuronic acid, are ionized at tissue pH, conferring to the chain a strong global electronegative charge.[6-11] The presence of these negatively charged aggregates imparts to the matrix of articular cartilage its strong affinity for water and is the most significant contributor to the biomechanical properties of cartilage; in contrast, undersulfation of proteoglycans (such as during sulfur deficiency[12]) reduces their electronegative charge, water carrying capacity and mechanical loading limits.[13,14]

_N_-acetyl-D-glucosamine plays a pivotal role in cartilage metabolism and in cartilage matrix synthesis. This metabolite of D-glucosamine is the common precursor for the _de novo_ biosynthesis of the individual glycosaminoglycans, keratan sulfate (via galactosyltransferase condensation of D-galactose and _N_-acetyl-D-glucosamine) and hyaluronan (via _N_-acetyl-glucosaminyltransferase condensation of D-glucuronic acid and _N_-acetyl-D-glucosamine).[15-22] These constituents of the cartilaginous matrix are almost all sulfated on their _N_-acetyl-D-glucosamine components[16] and their synthesis is absolutely dependent on the availability of sufficient amounts of _N_-acetyl-D-glucosamine.[15]

Endogenously, _N_-acetyl-D-glucosamine is produced by the enzymatic acetylation of its precursor, D-glucosamine-6-P, by D-glucosamine-6-P _N_-acetyltransferase.[15,23] D-glucosamine-6-P results from the enzymatic phosphorylation of exogenous D-glucosamine (2-amino-2-deoxyalpha-D-glucose) by hexokinase or via endogenous enzymatic conversion of D-glucose to D-glucose-6-P by glucokinase or hexokinase followed by the conversion of D-glucose-6-P to D-fructose-6-P by phosphoglucose isomerase and subsequently the conversion of D-fructose-6-P (plus L-glutamine) to D-

3

glucosamine-6-P (plus L-glutamate) by L-glutamine-D-fructose-6-P amidotransferase (D-glucosamine-6-P synthase).[15,23-26]

However, the dependence of the articular cartilage extracellular matrix on the *de novo* synthesis of D-glucosamine and *N*-acetyl-D-glucosamine can be attenuated in the presence of abundant intrachondrocytic cytoplasmic *N*-acetyl-D-glucosamine, whether endogenous or exogenous in origin. In human chondrocytes, intracellular D-glucosamine and *N*-acetyl-D-glucosamine concentrations both are proportional to extracellular D-glucosamine and *N*-acetyl-D-glucosamine concentrations and the duration of cellular exposure to those concentrations.[15,23,27-29]

Chondroitin sulfate is a glycosaminoglycan that is polymerized into long, unbranched polysaccharide chains in which some of the constituent chondroitin moieties (produced by via *N*-acetyl-galactosaminyltransferase condensation of D-glucuronic acid and *N*-acetyl-D-galactosamine[17,20,30,31]) are sulfated on either position 4 or 6 of *N*-acetyl-D-galactosamine or position 2 of D-glucuronic acid.[5,32] Close control of chondroitin sulfate synthesis determines chain length, disaccharide composition and degree of sulfation, which vary with anatomic location, stage of development and age and are heterogeneous.[33-38] For example, the sulfation pattern of chondroitin disaccharides in normal human articular cartilage varies. The deeper layers of immature cartilage contain 4 times more sulfated residues than the upper regions of the immature tissue contain (as a result of polysulfation of some chondroitin residues in the extracellular matrix of the deeper regions).[33-35] All regions of the extracellular matrix of immature articular cartilage contain a smaller ratio of chondroitin-6-sulfate to chondroitin-4-sulfate than is typical of the extracellular matrix of articular cartilage in adults.[33-35] However, because at physiologic concentrations the intracellular conversions of D-glucosamine and *N*-acetyl-D-glucosamine to *N*-acetyl-D-galactosamine are very inefficient,[29,39,40] it is unlikely that exogenous D-glucosamine or *N*-acetyl-D-glucosamine can serve as precursors to endogenous *de novo* synthesis of chondroitin moieties.

Glycosaminoglycan polymers are secreted into the extracellular matrix covalently bound to proteins, forming protein-polysaccharide complexes called proteoglycans. In a proteoglycan, about 100 glycosaminoglycan chains, each containing 50 to 60 disaccharide units, are covalently attached to a polypeptide backbone composed of over 2,000 amino acids (the serine-rich core protein with a molecular weight of 250,000 to 300,000 daltons). The total molecular weight of an individual proteoglycan monomer is 1,500,000 to 2,500,000 daltons.[6]

One end of the core protein of a proteoglycan is non-covalently linked to a long polysaccharide filament of *N*-acetyl-D-glucosamine-containing hyaluronan through a link protein.[41-42] Approximately 100 core proteins are bound to an individual hyaluronan chain, forming a unit of aggrecan, the large molecular mass proteoglycan-hyaluronan aggregate predominant within the extracellular matrix of articular cartilage.[40,41]

The hydrodynamic properties of this aggregate determine the load-bearing capacity of articular tissue. As the electronegative charges of aggrecan draw water into the tissue, a large osmotic swelling pressure is created that swells and expands the extracellular matrix. This pressure produces tension within the interlacing collagen network of the matrix; balance is achieved when tension in the collagen network prevents further entry of water. Articular cartilage tissue swollen with water expresses substantial compressive resilience and offers considerable resistance to fluid flow and redistribution of water. Fully hydrated articular cartilage tissue behaves as a stiff elastic polymer when exposed to sudden impact loading, with pressure-induced displacement of water from the matrix having little or no effect on matrix macromolecules (although sustained loads will produce slow inelastic deformation). Interstitial fluid pressurization during loading contributes more than 90% of load support, shielding the collagen-proteoglycan matrix from excessive stresses and reducing friction at the articular surfaces. Removal of loading allows re-entry of water and a return to the pre-loading high-tension equilibrium condition.[6,32,43-46]

## Maturation and Aging of Articular Cartilage

In animals and humans, as infantile articular cartilage slowly matures into adult articular cartilage, the average size of matrix proteoglycans and the proportion of polysulfated chondroitin moieties within those proteoglycans gradually decrease, reducing the charge density, aggregability and water binding capacity of the articular cartilage tissue.[47-51] These trends continue as humans continue to age; in addition, the overall aggrecan content of the extracellular matrix of articular cartilage decreases as a result of decreasing total chondroitin sulfate contents of matrix proteoglycans and increasing incidence of defective core proteins in newly-synthesized proteoglycans.[52-57] Furthermore, the rate of degradative hydrolysis of matrix components accelerates; for example, unstimulated normal healthy human chondrocytes obtained from donors over 60 years of age secrete significantly greater amounts of matrix-degrading enzymes (especially stromelysin-1 and collagenase) and nitric oxide than are secreted by similar cells obtained from young adults.[58,59] Together these observations suggest that "aging" may imbalance matrix turnover in favor of degradative loss of healthy articular cartilage tissue.[58]

## Events Culminating in Cartilage Degeneration and Mechanical Failure

Chronic imbalance in matrix macromolecule turnover producing net loss of articular tissue is a required precursor to the development of osteoarthritis and joint pain.[60,61] Numerous etiologic triggers can initiate the progression of events that eventually will culminate in tissue failure. For example, quadriceps muscle weakness significantly increases the risk for osteoarthritis in humans[62] and laxity in a joint may precede failure of the cartilage matrix.[63] A chronic imbalance of shock-absorbing and weight–bearing muscles affecting joint alignment[64,65] or overloading from excessive body weight[66] induces a mild yet chronic metabolic imbalance in the affected articular cartilage.

Regardless of the specific initiating factors, whenever mechanical compression of articular cartilage exceeds the tissue's load-bearing capacity, intrachondrocytic cyclo-oxygenase (COX) activity is stimulated.[67] Acceleration of COX activity results in increased intrachondrocytic production of prostaglandin $E_2$ ($PGE_2$),[68-71] an inducer of inducible nitric oxide synthase-2 (iNOS) activity.[67,72] Consequently, intrachondrocytic nitric oxide (NO) production is increased in proportion to the magnitude of compression and increasing local compression increases the recruitment of compression-responsive NO-producing articular chondrocytes.[67] Within articular chondrocytes, NO suppresses the synthesis of articular cartilage-specific type II collagen[73] and stimulates the synthesis of nascent (inactive) IL-1β[74-76] and interleukin-1-converting enzyme (ICE).[77] ICE activates nascent inactive IL-1β.[76]

Activated IL-1β inhibits chondrocytic synthesis of collagen[74,75] and the expression of UDP-glucoronosyltransferase I mRNA, resulting in decreased synthesis of proteoglycans and their precursors,[74,75,78,79] while stimulating chondrocytic synthesis of matrix metalloproteinases (MMPs, including collagenases, gelatinases, aggrecanases, elastase, and fibronectin-degrading stromelysin-1)[58,72,80-94] and growth-related oncogene-α (GRO-α), a stimulator of stromelysin-1.[95] During continued activation, IL-1β itself stimulates increased COX-2 activity and production and secretion of NO and $PGE_2$.[59,72,78,82,96-102] Together, these responses establish a cooperative positive feedback cycle that reinforces the progression of metabolic alterations to osteoarthritis.[103,104] The accumulation of collagenase-generated collagen type II breakdown products is accompanied and may be preceded by denaturation of the triple helix of type II collagen and defibrillation of the collagen fibril network, with loss of tensile strength and ability to resist the swelling pressure that is exerted by the hydration of the polyanionic proteoglycan aggregates of the extracellular matrix.[83-86] The resulting attenuation of synthetic activity combined with acceleration of degradation of extracellular matrix components results in net decreases in the absolute amounts of aggrecan, type II collagen and other matrix macromolecules present within the articular cartilage tissue as well as in the mechanical resilience of the tissue.[60,61,86,105]

Abnormal mechanical loading also stimulates chondrocyte and synoviocyte secretion of interleukin-6 (IL-6) and tumor necrosis factor-α (TNF-α).[60,61] IL-1β, IL-6, TNF-α and nitric oxide suppress differentiated matrix synthetic activity and stimulate replicative clonal expansion of chondrocytes ("reactive proliferation").[93,106-108] During early metabolic imbalance in articular cartilage, these clones are composed of daughter cells that express predominantly a "fetal" differentiation pattern characterized by the production of abnormally large and abnormally sulfated chondroitin sulfate polymers that resist incorporation into proteoglycans and of significantly smaller-than-normal-for-age chondroitin sulfate chains that become incorporated into a population of newly-synthesized proteoglycans that then are relatively deficient in sulfate content; these metabolic shifts result in a significant depletion of normally sulfated proteoglycans of

normal molecular sizes and a significantly decreased total glycosaminoglycan content.[108-121] Both the abnormally small proteoglycans and the abnormally large proteoglycans are less able to aggregate with hyaluronan to form aggrecan, resulting in a significantly decreased average size of aggrecan macromolecules and a significantly increased proportion of nonaggregated proteoglycans.[122] The "replacement matrix" exhibits increased synthesis of more readily hydrolyzable (easily degradable) collagens[123,124] and resembles fibrous cartilage[125] or nonosteoarthritic human articular cartilage after partial enzymatic hydrolysis.[106]

Mechanical loading beyond the load-bearing capacity of load-bearing articular cartilage also stimulates the expression of N-cadherin, intercellular adhesion molecule-3 (ICAM-3), neural cell adhesion molecule (NCAM) and vascular cell adhesion molecule-1 (VCAM-1).[126] In addition, the increasingly abnormal matrix often is fibronectin-deficient as a result of the fibronectin-degrading activity of stromelysin-1.[60,61,78] Loss of cell adhesion molecules impairs chondrocyte anchorage and produces anoikis (cell death resulting from loss of normal cell-substratum contact).[60,61,126,127] IL-1β-induced direct activation and NO-induced indirect activation of pro-apoptotic nuclear factor κB (NF-κB) further contribute to loss of cellularity within the articular cartilage tissue.[79,127-130] Within the increasingly hypocellular tissue, the inferior undersulfated extracellular matrix[131] exhibits compromised ability to regain metabolic equilibrium, decreased water binding capacity, inferior biomechanical competence and functional incompetence that render it prone to fibrillation and mechanical failure.[60,61,79,125,126,132-137]

## Chronic Degeneration of the Extracellular Matrix of Articular Cartilage is a Required Precursor to Osteoarthritis

Changes in the macromolecular composition of the extracellular matrix of articular cartilage are characteristic of clinically apparent osteoarthritis. Osteoarthritic rat articular cartilage, compared to nonosteoarthritic articular cartilage, exhibits significantly decreased total proteoglycan, chondroitin 4-sulfate and chondoitin 6-sulfate contents and significantly increased stromelysin-1 (fibronectin-degrading) activity.[138] In addition, the percentage of apoptotic chondrocytes in the tissue is significantly increased.[138] Proteoglycans in osteoarthritic adult bovine articular cartilage are larger than normal adult bovine articular cartilage proteoglycans (with larger chondroitin sulfate polymers) and closely resemble proteoglycans found in the articular cartilage matrix of calves.[5] Osteoarthritic equine articular cartilage contains a significantly increased proportion of unsulfated disaccharides and a significantly decreased proportion of chondroitin 6-sulfate.[139] The articular cartilage of Cynomolgus macaque monkeys with arthritis exhibits increased production of abnormal chondroitin sulfate-containing polymers.[140]

In degenerative joint disease in dogs, affected articular cartilage contains significantly increased amounts of newly-synthesized large chondroitin sulfate-rich and glucosamine-

and galactosamine-poor proteoglycans typical of those produced by immature canine articular cartilage.[115,141,142]  As cartilage degeneration progresses, affected canine articular cartilage exhibits significantly increased production of abnormal chondroitin sulfate-containing polymers, significantly increased water content, significantly increased proteoglycan content, significantly increased percentage of smaller proteoglycans and significantly decreased percentage of chondroitin sulfate in proteoglycans.[111,143,144] Some newly synthesized proteoglycans are abnormally large (containing abnormally long chondroitin sulfate chains) and a second population of proteoglycans are abnormally small; both have lost the ability to aggregate spontaneously with hyaluronan, compromising the hydrodynamic properties of the tissue.[145]

Compared to non-diseased tissues, the extracellular matrix of articular cartilage harvested from osteoarthritic human joints resembles the extracellular matrix of osteoarthritic articular cartilage harvested from other species.  Matrix glycosaminoglycans, proteoglycans, aggrecans and collagen are relatively depleted while the aggrecan that is present is characterized by significant undersulfation.[146-150]  Nonetheless, the responses of chondrocytes within osteoarthritic articular cartilage to cytokine and nutritional stimulators are not different from those of of chondrocytes within nonosteoarthritic articular cartilage.[73,151,152]

Pathologic changes in cartilage matrix composition and organization alter the affinity of the matrix for water and produce excessive cartilage deformation under loading.[153,154] When chronic, the excessive tissue deformation induces adaptive structural and compositional changes that confer increased stiffness in the tissue,[64] increasing its vulnerability to the compressive, tensile and shear forces that occur during normal joint function.[32,137]  Grossly apparent cartilage erosion does not appear until the tissue has lost considerable stiffness and is undergoing progressive mechanical failure.[64]

As a result of the changes occurring in articular cartilage, abnormally transmitted mechanical stress produces microfractures within the tissue matrix that in turn increase the stresses on surrounding tissue and induce increased chondrocyte secretion of metalloproteinases.[137,155]  The subsequent enzymatic tissue degradation potentiates local tissue stress and initiates a positive feedback loop.  Increased loading on subchondral bone stimulates the attempt to reduce mechanical stress by increasing joint surface area through the production of bone spurs (osteophytes) at the joint margins (which confer the hard bony enlargement that is characteristic of chronic osteoarthritis).[155]

## The Culmination of Matrix Degeneration in Clinical Osteoarthritis

In the US, the incidence of at least one joint with osteoarthritis among those aged 15 to 40 years is about 5%; this increases to over 60% among those over 65 years old.[156] Overall, the prevalence of at least mildly symptomatic osteoarthritis in at least one joint is about 30%.[157]  Symptomatic osteoarthritis of the knee occurs in about 6% of US adults

aged 30 years and older,[158] although radiographic changes of the femorotibial compartment occur in 5% to 15% of people aged 35 to 74 years.[159]

Clinical osteoarthritis (also known as degenerative joint disease) is characterized by focal loss of cartilage and hypertrophic bone spurs.[155]  Although the term osteoarthritis refers to the overgrowth of bone at the margins and subchondral areas of the joint, and despite the eventual bony involvement in later stages of the disease, osteoarthritis is marked by net loss of cartilage tissue.  Initial loss of articular cartilage tissue is mild but may progress to full thickness erosions and eventual bone-to-bone contact (loss of all joint space).  Narrowing of the joint space may reflect other degenerative changes in addition to articular cartilage erosion;[160] as cartilage degeneration progresses, subchondral bone density and volume increase (consistent with increased transmission of load bearing into the subchondral bone).[161]

The primary complaint in osteoarthritis is pain, particularly upon use of the affected joint.[155]  Pain can be accompanied by varying degrees of joint stiffness, limitation of movement, tenderness and swelling at the joint margins and loss of function. Osteoarthritis often is asymmetric.  There are no systemic symptoms outside the affected joint.[155]

Possible causes of pain in human osteoarthritis include osteophyte growth with stretching of the periosteum, increased intraosseous pressure, microfractures, ligament damage, capsular tension, meniscal injury and synovitis.[162]  Radiologically measured decrease in joint space is significantly correlated with increase in pain severity, although the clinical utility of pain assessment as an estimator of joint deterioration is under debate.[163]

## Bioavailability of Supplemental D-Glucosamine and *N*-Acetyl-D-Glucosamine

*D-Glucosamine:*  There are 3 forms of commercially-available D-glucosamine:  D-glucosamine (MW:  179), D-glucosamine-HCl (MW:  270) and D-glucosamine sulfate (a derivative of the naturally occurring cartilage extracellular matrix constituent, aminomonosaccharide D-glucosamine;[164] MW:  456).  Because of the differences in molecular size, 1500 mg of D-glucosamine-HCl provides as much D-glucosamine as is provided by 2600 mg of D-glucosamine sulfate or 1040 mg of D-glucosamine.  A daily intake of 1500 mg of D-glucosamine sulfate is equivalent to a daily intake of between 15 and 30 mg/kg body weight.

In studies in rats, 90% to 95% of ingested D-glucosamine sulfate was absorbed intact into the blood and about 3% of newly absorbed D-glucosamine sulfate was incorporated into newly synthesized proteoglycans in articular cartilage tissues.[165,166]  In studies in humans, consumption of 314 mg of crystalline D-glucosamine sulfate was followed by the absorption of about 280 mg (about 90%) intact into the bloodstream; about 50% of this amount (about 140 mg) survived hepatic first-pass extraction intact.[167]  When the

consumption of 1884 mg occurred as one bolus or in three divided intakes of 626 mg every 4 hours, there was no difference in total D-glucosamine sulfate bioavailability to systemic tissues (about 40% to 50% of the amount ingested). Other investigators have reported that over 90% of ingested D-glucosamine sulfate was absorbed intact into the human enterohepatic circulation.[168,169] One investigator reported that about 75% of ingested D-glucosamine sulfate was bioavailable to body tissues following hepatic first-pass extraction.[169]

The plasma D-glucosamine concentration in naïve adults has been reported to be approximately 0.055 μg/ml (0.3 $\mu M$).[170] This concentration increases nonlinearly with increasing oral intake of D-glucosamine.[170] There is some disagreement concerning the mean peak plasma concentrations that are observed following oral consumption of D-glucosamine.[168,170-172] In one study, mean peak plasma concentrations were reported to be 1.07 μg/ml (5.9 $\mu M$), 1.6 μg/ml (8.8 $\mu M$) and 2.5 μg/ml (13.8 $\mu M$) at 3 to 4 hours following the acute consumption of 750 mg, 1500 mg and 3000 mg of D-glucosamine sulfate, supplying 588 mg, 1175 mg and 2350 mg of D-glucosamine, respectively.[170] In another study, the acute consumption of 1500 mg of D-glucosamine sulfate (supplying 1175 mg of D-glucosamine) produced peak plasma concentrations of D-glucosamine that ranged from 0.34 to 2.0 μg/ml (1.9 to 11.0 $\mu M$).[171] In yet another study, the acute consumption of 1500 mg of D-glucosamine sulfate (supplying 1175 mg of D-glucosamine) produced peak plasma concentrations of D-glucosamine that ranged from 3.0 to 3.3 μg/ml (16.5 to 18.2 $\mu M$).[172] Other investigators reported that the acute consumption of 6000 mg of D-glucosamine sulfate (supplying 4700 mg of D-glucosamine) produced peak plasma concentrations of D-glucosamine that were less than 10 μg/ml (55 $\mu M$).[168] It also has been estimated that a plasma D-glucosamine concentration of 2.5 μg/ml (13.8 $\mu M$) would produce an interstitial (extracellular) D-glucosamine concentration in articular cartilage tissue of 1.0 μg/ml (5.5 $\mu M$) and an intrachondrocytic D-glucosamine concentration of 0.25 μg/ml (1.4 $\mu M$).[29]

In healthy subjects, ingestion of D-glucosamine sulfate was followed by increased serum sulfate concentration. In contrast, ingestion of sodium sulfate did not effect serum sulfate concentration, suggesting that dietary supplementation with D-glucosamine sulfate might provide D-glucosamine, free sulfate and D-glucosamine sulfate for proteoglycan synthesis.[173]

*N-Acetyl-D-Glucosamine:* There have been estimates that the absorption of *N*-acetyl-D-glucosamine is about half as efficient as is the absorption of D-glucosamine.[174] In one report, the consumption of 1000 mg of *N*-acetyl-D-glucosamine increased plasma *N*-acetyl-D-glucosamine concentration from 10 to 25 $\mu M$ in 2 to 4 hours post-consumption.[175,176]

**Biochemical and Physiologic Roles of _N_-Acetyl-D-Glucosamine in the Preservation of Articular Cartilage**

Equine nonosteoarthritic articular cartilage explants in organ culture cultured in the presence of _N_-acetyl-D-glucosamine (1500 _μM_) exhibited little ability to prevent LPS-induced increases in nitric oxide production and proteoglycan degradation, although the rate of synthesis of new proteoglycans was increased significantly.[177]  In cultures of chondrocytes harvested from nonosteoarthritic human articular cartilage, the presence of _N_-acetyl-D-glucosamine (1000 _μM_) significantly stimulated cell proliferation and (500 _μM_) significantly stimulated the incorporation of $^{35}SO_4$ into newly-synthesized poroteoglycans.[178]  In another report, the addition of _N_-acetyl-D-glucosamine to the culture media of chondrocytes harvested from nonosteoarthritic human articular cartilage produced significant attenuation of IL-1β-induced production of NO (2500 _μM_ but not 1500 _μM_) and significant attenuation of IL-1β-induced COX-2 activity (10000 _μM_).[179]

Although the scientific literature regarding the direct dietary supplementation with _N_-acetyl-D-glucosamine is sparse, because the major intrachondrocytic metabolic fate of supplemental D-glucosamine is conversion to _N_-acetyl-D-glucosamine,[15,23-26] and circulating _N_-acetyl-D-glucosamine is readily taken up by chondrocytes,[15,23,27-29] the effects of dietary supplementation with D-glucosamine (in any of its three forms:  D-glucosamine, D-glucosamine HCl and D-glucosamine sulfate) can be expected to be mimicked by dietary supplementation with _N_-acetyl-D-glucosamine.

**Biochemical and Physiologic Roles of D-Glucosamine in the Preservation of Articular Cartilage**

In cultures of chondrocytes harvested from nonosteoarthritic rat articular cartilage, the addition of D-glucosamine (5500 _μM_[78] or 25000 _μM_[79]) to the culture medium prevented IL-1β-induced inhibition of the expression of UDP-glucuronosyltransferase I mRNA and of proteoglycan synthesis, as well as IL-1β-induced activation of pro-apoptotic nuclear factor κB (NF-κB).  Similarly, D-glucosamine (1500 _μM_) significantly inhibited the secretion of collagenase by cultured nonosteoarthritic equine articular chondrocytes.[180]  In contrast, crystalline D-glucosamine sulfate (55 _μM_[181] or 500 _μM_[178] D-glucosamine) stimulated the production of proteoglycans by chondrocytes harvested from nonosteoarthritic human articular cartilage in cell culture while (2500 _μM_ but not 1500 _μM_) significantly attenuated IL-1β-induced production of NO.[179]

When added to the culture media of chondrocytes harvested from osteoarthritic human articular cartilage, crystalline D-glucosamine sulfate (50 _μM_,[182] 100 _μM_,[183] 2000 _μM_[184] or 5500 _μM_[72] of D-glucosamine) inhibited the inherent and IL-1β-induced catabolic activity of metalloproteases secreted by the chondrocytes and stimulated the synthesis of physiologically-relevant proteoglycans with chemical characteristics of proteoglycans

synthesized by chondrocytes harvested from nonosteoarthritic human articular cartilage. Similarly, when added to the culture media of chondrocytes harvested from osteoarthritic human articular cartilage, crystalline D-glucosamine sulfate (550 $\mu M$ of D-glucosamine) significantly attenuated IL-1β-induced increase in NF-κB activity; a ten-fold higher concentration (providing 5500 $\mu M$ of D-glucosamine) significantly attenuated IL-1β-induced increases in COX-2 gene expression and activity and PGE$_2$ synthesis and secretion.[185]   When added to the culture media of chondrocytes harvested from osteoarthritic human articular cartilage, in which adhesion of chondrocytes to fibronectin and overall protein synthesis are significantly inhibited while extracellular collagenase activity is significantly increased, D-glucosamine (50 $\mu M$[127] or 50 $\mu M$[183] D-glucosamine) restored the adhesive properties of the chondrocytes, significantly reduced extracellular collagenase activity and significantly increased the rate of protein synthesis.

In organ culture systems, both D-glucosamine-HCl (275 $\mu M$) and D-glucosamine sulfate (275 $\mu M$ D-glucosamine) added to the culture medium of nonosteoarthritic rat femoral articular cartilage explants in organ culture significantly increased the rates of collagen and proteoglycan synthesis and partially prevented nonsteroidal anti-inflammatory drug- (NSAID)-induced inhibition of proteoglycan synthesis.[25]

The addition of D-glucosamine-HCl (250 $\mu M$[135] or 1400 $\mu M$[136]) to the culture medium of nonosteoarthritic equine articular cartilage explants in organ culture prevented IL-1β-induced increases in the activities of stromelysin-1, collagenase and gelatinase and bacterial lipopolysaccharide (LPS)- and IL-1β-induced increases in the production of NO and PGE$_2$ and the degradation of extracellular matrix proteoglycans.  In the same nonosteoarthritic equine organ culture system, D-glucosamine-HCl significantly attenuated LPS-induced PGE$_2$ secretion (2750 $\mu M$) and in higher concentration (5500 $\mu M$) significantly attenuated LPS-induced collagenase secretion and glycosaminoglycanolysis.[186]  Although in this system lower concentrations of D-glucosamine were unable to attenuate the pro-oateoarthritic actions of IL-1β and LPS, in the absence of these stimulators, D-glucosamine (14 $\mu M$) stimulated the incorporation of $^{35}$SO$_4$ into newly-sythesized matrix glycosaminoglycans while inhibiting basal glycosaminoglycanolysis.[187]

When D-glucosamine was added to the culture medium of nonosteoarthritic bovine articular cartilage explants in organ culture in a concentration (2500 $\mu M$) that significantly inhibited IL-1β-induced aggrecanase cleavage of aggrecan, lactate production was unaffected and D-glucosamine was incorporated into newly-synthesized chondroitin sulfates,[188] indicating that the inhibition of IL-1β-induced catabolism was not an artefact of D-glucosamine-induced general inhibition of chondrocyte cellular metabolism.[184]  As in articular cartilage tissues obtained from other species, D-glucosamine-HCl also stimulated sulfate incorporation into chondroitin sulfates (55 $\mu M$[189]) and attenuated LPS-induced NO production (2750 $\mu M$ [190]), LPS-induced proteoglycan degradation (5500 $\mu M$ [190]), retinoic acid-induced degradation of aggrecan (2000 $\mu M$ [191]) and IL-1β-induced expression and secretion of inducible nitrix oxide

synthase, COX-2 and $PGE_2$ (27.5 $\mu M$ [100]) in the extracellular matrix of nonosteoarthritic bovine articular cartilage explants in organ culture.

Osteoarthritic articular cartilage tissue samples harvested from rabbits that had been fed diets supplemented with D-glucosamine-HCl (20 mg/kg body weight daily; approximately equivalent to a daily human intake of 1500 mg of D-glucosamine-HCl) exhibited significantly accelerated rates of synthesis of new proteoglycans and significant deceleration of matrix proteoglycan loss compared to articular cartilage tissue samples harvested from unsupplemented animals.[192,193]

## Supplemental D-Glucosamine and Clinical Osteoarthritis

Dietary supplementation with D-glucosamine-HCl (2000 mg/day) produced a significantly greater decrease in subjective pain assessment in 12 weeks than did placebo in adults with regular knee pain that had not yet progressed to clinically identifiable osteoarthritis.[194]  However, there were no significant differences in the improvement in clinical or functional tests of joint motion and balance.  In contrast, dietary supplementation with D-glucosamine-HCl (1500 mg/day) for 2 to 4 months was no better than the consumption of placebo in relieving joint pain in individuals with mild to severe femorotibial osteoarthritis.[195,196]  However, in at least one of these studies,[196]  subjects were alternated between D-glucosamine-HCl and D-glucosamine sulfate and the placebo also was changed during the study, diminishing any value of that report.

On the other hand, in 2 randomized double-blind placebo-controlled clinical studies, compared to the effects of placebo, dietary supplementation of subjects with mild to severe femorotibial osteoarthritis with crystalline D-glucosamine sulfate (Dona®; 1500 mg/day) for 1 month has produced significantly greater reductions in articular pain, tenderness, swelling and restriction of movement.[197,198]  In another study, short-term dietary supplementation with Dona® (1500 mg/day) 4 weeks produced a significantly greater decrease in the Lequesne functional index of impairment and a significantly greater increase in the percentage of "responders" (subjects experiencing a decrease of at least 3 points in the Lequesne index) than did placebo.[199]  Compared to subjects consuming placebo, subjects consuming D-glucosamine sulfate experienced no differences in the incidence or severity of side effects or in the results of routine clinical chemistry, hematology, urinalysis, heart rate, blood pressure or body weight.  Similarly, dietary supplementation with Dona® (1500 mg/day) for 6 to 8 weeks produced significantly greater decreases in joint pain, tenderness and swelling and in the number of days until improvement was noted in joint pain, tenderness or swelling as well as significantly greater increase in the percentage of patients experiencing some degree of improvement in joint pain, tenderness or swelling without producing differences in the incidence or severity of side effects or in hematologic or urinary variables, compared to the effects of placebo consumption.[200]

In long-term randomized double-blind placebo-controlled clinical studies, compared to the effects of placebo, 3 years of dietary supplementation with Dona® (1500 mg/day) by subjects with mild to severe femorotibial osteoarthritis produced significantly greater reductions in the mean rate of femorotibial joint space narrowing (measured as the width of the medial femorotibial joint space, with the knee in full extension, by visual inspection; the "preferred, gold standard outcome" in studies of osteoarthritis[201]), the WOMAC total pain score, the WOMAC indices of total knee health, pain, function and stiffness, the Lequesne functional index and pain assessed by a visual analog scale.[201-204] In addition, the number of subjects experiencing "severe" (i.e., > 0.5 mm) joint space narrowing was significantly smaller after 3 years of dietary supplementation with D-glucosamine sulfate.  However, among those subjects consuming D-glucosamine sulfate, those with less severe osteoarthritis at baseline tended to experience better responses. Furthermore, 3 years of daily dietary supplementation with 1500 mg of D-glucosamine sulfate produced no greater number or severity of side effects, including changes in the results of routine annual clinical laboratory examinations, than did 3 years of consumption of placebo.

In a far-ranging multicenter open-label study, a total of 1208 evaluable subjects were supplemented with Dona® (1500 mg/day) for 13 to 99 days.[205]  Physician ratings of subject responses were highly favorable:  "good"  (59% of subjects), "sufficient" (36% of subjects) and "insufficient" (5% of subjects).  The best response was experienced by subjects with osteoarthritis of the knee or elbow, while those with osteoarthritis of the hip fared more poorly.  The effect of D-glucosamine sulfate on pain scores was directly proportional to the duration of supplementation.  In a more targeted open-label study, 69 young athletes (mean age 19 years) with cartilage degeneration of the knee (biochemically similar to osteoarthritis) received dietary supplementation with Dona® (1500 mg/day for 4 days, then 750 mg/day for 90 to 120 additional days.[206]  After 120 days, complete remission of symptoms (patella-grinding sound, patella-displacement pain, patella-pressure pain) was reported for 76.5% of the subjects.

In two uncontrolled studies, subjects with femorotibial osteoarthritis were supplemented with either Dona® (1500 mg/day) or ibuprofen (1200 mg/day) for 4 weeks.[207,208]  In both studies, both groups experienced similar significant decreases in the Lequesne index of functional impairment[207] and in pain at rest, pain during movement, pain under loading and joint swelling[208] (compared to baseline).  However, in both studies there were significantly more adverse events and adverse event-related trial dropouts among the subjects consuming ibuprofen.  In a similar uncontrolled study, subjects with femorotibial osteoarthritis were supplemented with either Dona® (1500 mg/day) or ibuprofen (1200 mg/day) for 8 weeks.[209]  In this study, Dona® produced a significantly greater decrease in subjective assessment of knee pain with no difference in the incidence or severity of side effects.

Among subjects with osteoarthritis of the temporomandibular joint, D-glucosamine sulfate (Jamieson™; Windsor, Ontario, Canada; 1500 mg/day for 90 days) supplementation produced a significantly greater decrease in pain assessed using a visual

analog scale compared to the pain relief afforded by ibuprofen (1200 mg/day for 90 days).[210]  There were no significant differences between D-glucosamine sulfate and ibuprofen in the production of significant reduction in masticatory muscle pain and significant increases in pain-free mouth opening and voluntary mouth opening.

Several groups of investigators have applied the techniques of meta-analysis to evaluate dietary supplementation with D-glucosamine sulfate.  One group concluded that the randomized double-blind placebo-controlled studies of adequate quality to include in their analysis demonstrated that dietary supplementation with D-glucosamine sulfate (1500 mg daily for at least 6 weeks) produced significantly greater reductions in the Lequesne Index of functional impairment, the severity of pain assessed using a visual analog scale and voluntary consumption of NSAID's for rescue from pain than did placebo (the effect sizes were "large").[211,212]  In addition, it was concluded that D-glucosamine sulfate has demonstrated a consistently excellent safety profile.

Other investigators concluded that dietary supplementation with D-glucosamine sulfate by individuals with osteoarthritis consistently produced significant decreases in joint pain and significant increases in joint function of small-to-moderate magnitude,[213] that dietary supplementation with D-glucosamine sulfate is "probably effective in osteoarthritis in reducing pain and in improving joint function"[159] and that dietary supplementation with D-glucosamine sulfate (1500 mg/day) produces significantly increased pain relief in individuals with femorotibial osteoarthritis accompanied by an excellent safety profile.[214]

When only "high quality" studies were considered by other investigators, it was concluded that dietary supplementation with D-glucosamine sulfate by individuals with osteoarthritis produced approximately 50% reductions in pain and risk for disease progression with a similar degree of improvement in function (a "large" effect consistently greater than that of placebo).[215,216]  However, it was noted that the quality of most published studies concerning dietary supplementation with D-glucosamine sulfate by individuals with osteoarthritis has been generally poor and that the magnitude of the reported effects of dietary supplementation with D-glucosamine sulfate are likely to be inflated by weaknesses in the study designs and analysis.  Nonetheless, it was concluded that, despite their poor flaws, the available published studies demonstrate a significant degree of efficacy for dietary supplementation with D-glucosamine sulfate.[215,216]

### Daily Intakes of Supplemental *N*-Acetyl-D-Glucosamine and D-Glucosamine that are Effective in Reducing the Symptoms of and Risk of Developing Osteoarthritis

The reliable and credible scientific literature indicates that daily dietary supplementation with 1500 mg of either D-glucosamine or D-glucosamine sulfate is effective in reducing the symptoms of and risk of developing osteoarthritis.  Although not adequately tested as a treatment for osteoarthritis in human clinical trials, *N*-acetyl-D-glucosamine, by virtue of its position as the biochemical intermediary through which supplemental D-

glucosamine must act, and its somewhat greater bioavailability, is likely to express potency similar to that of D-glucosamine and D-glucosamine sulfate.

## Supplemental *N*-Acetyl-D-Glucosamine and Rheumatoid Arthritis

Rheumatoid arthritis is an inflammatory arthritis afflicting synovial joints that is characterized by primary synovitis, proliferative thickening of the joint capsule and secondary degeneration of bone and joint with eventual erosion of the joint surfaces.[217-219]  Commonly perceived to be an autoimmune disorder,[220] rheumatoid arthritis appears to be triggered by the excessive exposure of the synovium to IL-1β.[221,222]  Once the articular cartilage surface becomes exposed to excess of this pro-inflammatory cytokine, the pathogenesis of the cartilaginous involvement in rheumatoid arthritis resembles that of osteoarthritis.[222]

The induction of rheumatoid arthritis-like arthropathy in rodents through the expedient of intra-articular injections of irritating adjuvant solutions has become a commonly-studied model of human rheumatoid arthritis.[223]  In this model, one of the first events in response to a stimulus is the release of IL-1β by the synovial membrane.[224,225]  Compared to the effects of placebo, rodents with established adjuvant-induced arthropathy and later supplemented with oral D-glucosamine (as D-glucosamine-HCl[223] or as D-glucosamine sulfate[226]) daily for several weeks have exhibited significant reductions in joint swelling, lameness, synovial hyperplasia, loss of cartilage extracellular matrix substance, inflammatory cell infiltration of joint spaces and plasma concentrations of NO, $PGE_2$ and IL-1β.  Interestingly, presupplementation with D-glucosamine sulfate (50 mg per kg body weight daily) conferred to rats resistance to subsequent attempts to induce tibio-tarsal arthritis via intra-articular injections of kaolin or adjuvant.[227]

Although not adequately tested as a treatment for rheumatoid arthritis in human clinical trials, *N*-acetyl-D-glucosamine, by virtue of its position as the biochemical intermediary through which supplemental D-glucosamine must act, and its somewhat greater bioavailability, is likely to express potency similar to that of D-glucosamine and D-glucosamine sulfate in the amelioration of the symptoms of rheumatoid arthritis.

## Supplemental *N*-Acetyl-D-Glucosamine and Gout

Gout is characterized by acute attacks of painful edematous arthritis that are triggered by the local precipitation of monosodium urate crystals into the joint spaces.[228-230]  These crystals act as stimuli for secretion of the pro-inflammatory cytokine, 5(*S*),12(*R*)-dihydroxy-6,8,10-(*trans/trans/cis*)-14-*cis*-eicosatetraenoic acid (leukotriene $B_4$; $LTB_4$) by peripheral polymorphonuclear leukocytes.[228,231-233]  $LTB_4$ stimulates neutrophil and eosinophil chemotaxis, chemokinesis, release of lysosomal enzymes, and generation of superoxide with overall increased inflammatory activity in the synovium.[232,233]  In

addition, LTB$_4$ stimulates the secretion of arthritogenic IL-1β by the synovial membrane, contributing to the initiation of arthropathy.[234]

Although not adequately tested as a treatment for gout in human clinical trials, *N*-acetyl-D-glucosamine is likely to be effective in the treatment of any IL-1β-induced arthropathy, including gout.


## Supplemental *N*-Acetyl-D-Glucosamine and Inflammation

*N*-acetyl-D-glucosamine has been reported to significantly attentuate the secretion of pro-inflammatory mediators by activated human polymorphonuclear leukocytes[235,236] and lymphocytes.[237,238]

D-glucosamine appears to act by interrupting message transduction. Following transport across the chondrocyte cell membrane by the GLUT-2 and GLUT-4 glucose transporters,[239,240] supplemental D-glucosamine stimulated the expression of IL-1 cell membrane receptor subtype II, which binds IL-1β with high affinity but produces an inactive receptor-ligand complex, effectively intercepting IL-1β-based signal transmission.[79] In other cell culture models, D-glucosamine-HCl (0.01 to 1.0 mM) dose-dependently suppressed the superoxide anion generation induced by formyl-Met-Leu-Phe (fMLP) or complement-opsonized zymosan and inhibited the phagocytosis of complement-opsonized zymosan or IgG-opsonized latex particles.[241] Similarly, D-glucosamine-HCl significantly inhibited fMLP-induced up-regulation of CD11b, polymerization of actin, and activation via phosphorylation of pro-apoptotic p38 mitogen-activated protein kinase (MAPK).[241] In addition, D-glucosamine-HCl inhibited the release of lysozymes from phagocytozing neutrophils and suppressed neutrophil chemotaxis toward zymosan-activated serum.[241] Furthermore, supplemental D-glucosamine inhibited the activation of T-lymphocytes and the reactivity of leukocytes without producing signs of cellular toxicity.[237] All of the effects of supplemental D-glucosamine provide evidence that its anti-inflammatory, anabolic and anticatabolic properties result at least in part from interaction with intercellular and intracellular cytokine-based communication systems.


## Safety of Effective Daily Intakes of Supplemental *N*-Acetyl-D-Glucosamine and D-Glucosamine

*N*-acetyl-D-glucosamine and D-glucosamine arepresent in all foods containing cartilage or glycoproteins.[14] Neonatal rat femnoral condyles have exhibited no cytotoxic responses to exposure to 25000 $\mu M$ of *N*-acetyl-D-glucosamine.[107] Rats that have consumed up to 2800 mg of *N*-acetyl-D-glucosamine per kg of body weight for 13 weeks have exhibited no effects on body weight, rate of weight gain, food intake, red blood cell count, hematocrit, mean corpuscular volume, mean corpuscular hemoglobin content, platelet

count, white blood cell count, percentages of segmented leukocytes, eosinophils, basophils, lymphocytes, monocytes or reticulocytes, plasma concentrations of hemoglobin, total protein, albumin, total bilirubin, total cholesterol, urea-nitrogen, creatinine, calcium, phosphorus, sodium, potassium or chloride, plasma activities of γ-glutamyl transferase (GGT), aspartate aminotransferase (AST), alanine aminotransferase (ALT) or alkaline phosphatase or weights or gross or histologic morphologies of brain, thymus, lungs, heart, spleen, liver, adrenal glands, kidneys or testes.[242]

It has been possible to estimate an $LD_{50}$ for oral D-glucosamine of 8000 mg per kg of body weight,[243] although no deaths have occurred in mice and rats acutely consuming up to 5000 mg per kg of body weight[244] or 2700 mg per kg of body weight daily for 12 months.[243]   Daily dietary supplementation with 2149 mg of D-glucosamine sulfate per kg body weight produced no systemic or gastrointestinal adverse reactions in dogs.[227] Horses fed 8 g of D-glucosamine-HCl daily for 48 weeks (equivalent to about 16 mg/kg body weight daily in an adult human) exhibited no effects on bone metabolism.[245]   In humans, intra-articular (200 mg)[246] or intramuscular injection of D-glucosamine sulfate (200 mg once[246] or 400 mg daily for 7 days[247,248]) produced no adverse reactions. Dietary supplementation with D-glucosamine sulfate[196-204,249] or D-glucosamine-HCl[193-196,250-252] for up to 3 years did not produce an increase in the incidence or severity of side effects in placebo-controlled human studies.

N-acetyl-D-glucosamine is sufficiently safe to be recommended as a replacement osmotic solute in peritoneal dialysis fluids.[253]   The most common side effects reported by humans consuming D-glucosamine sulfate include reversible epigastric pain, epigastric tenderness, heartburn, nausea, diarrhea, dyspepsia, vomiting, constipation, drowsiness, headaches, and mild skin reactions.[205,208]   Oral D-glucosamine sulfate does not interfere with the efficacy of medications for cardiovascular, liver, or lung diseases, diabetes or depression,[247] interfere with intracellular glucose metabolism (when present in concentrations at all possible to achieve even with massive amounts of oral intake)[27,254-260] or produce insulin resistance in rats[28,261,262] or humans.[179,201,244,263-267]   However, oral D-glucosamine sulfate may potentiate active peptic ulcers.[205]   Obesity may reduce responsiveness to dietary supplementation with D-glucosamine sulfate.[205]

## Conclusions

- Maintaining the structural and functional integrity of the proteoglycan component of the extracellular matrix of articular cartilage is required for preservation of healthy joint architecture and biomechanics.

- Imbalanced metabolism favoring catabolism within the extracellular matrix of articular cartilage produces degenerative changes in the proteoglycan composition of the matrix.

- Compromise of the structural and functional integrity of the proteoglycan component of the extracellular matrix of articular cartilage results in net loss of articular cartilage tissue, inferior biomechanical competence and structural deformation of joint architecture.

- Net degradation of the extracellular matrix of articular cartilage, accompanied by the production of spontaneous repair matrix with abnormal proteoglycan composition, results in asymptomatic subclinical osteoarthritic change.

- The initiation of asymptomatic osteoarthritic change is not inevitable.

- The progression of asymptomatic osteoarthritic change to osteoarthritis is not inevitable.

- The progression of osteoarthritic change is required in order for abnormalities in articular cartilage composition and structure to progress to osteoarthritis.

- Osteoarthritic change in the absence of joint pain represents a modifiable risk factor for later development of osteoarthritis.

- The progression of symptomatic osteoarthritis is not inevitable.

- Rheumatoid arthritis is an arthropathy triggered by excessive exposure of articular cartilage and synovial tissues to pro-inflammatory cytokines.

- Gout is a form of arthritis with a pathogenesis that requires excessive exposure of articular cartilage and synovial tissues to pro-inflammatory cytokines.

- Dietary supplementation with $N$-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can attenuate the catabolic effects of pro-inflammatory and degradative stimuli on articular cartlage.

- Dietary supplementation with $N$-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can enhance the synthetic activity within articular cartilage.

- Dietary supplementation with $N$-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can enhance the reparative anabolic activity within articular cartilage.

- Dietary supplementation with $N$-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate contributes to the preservation of articular cartilage, inhibits the initiation of osteoarthritic change in articular cartilage and inhibits the progression of osteoarthritic change to symptomatic osteoarthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate is an effective modifier of osteoarthritic change.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the risk for osteoarthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the severity of osteoarthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate contributes to the preservation of articular cartilage, inhibits the initiation of inflammation in articular cartilage and inhibits the progression of rheumatoid arthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the risk for rheumatoid arthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the severity of rheumatoid arthritis.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate contributes to the preservation of articular cartilage, inhibits the initiation of inflammation in articular cartilage and inhibits the progression of gout.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the risk for gout.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate can reduce the severity of gout.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate produces no cardiovascular side effects.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate produces no glucoregulatory side effects.

- Dietary supplementation with *N*-acetyl-D-glucosamine, D-glucosamine, glucosamine-HCl or D-glucosamine sulfate is safe.

**<u>Summary Conclusions</u>**

Based on my review of the reliable and credible scientific literature regarding articular cartilage biochemistry and physiology, cartilage degeneration, degenerative joint disease and osteoarthritis, I conclude that the following statements are substantiated by that literature:

- "Flex Protex is a natural COX-2 inhibitor"

- "Flex Protex" effectively relieves the pain associated with arthritis"

- "Flex Protex" effectively relieves the pain associated with rheumatoid arthritis"

- "Flex Protex" effectively relieves the pain associated with gout"

- "Flex Protex enables the body to regenerate cartilage"

- "Flex Protex does not have the health risks associated with other COX2 inhibitors such as Vioxx"

- "Flex Protex prevents arthritis"

- "Clinical studies prove the product's efficacy in rebuilding cartilage"

- "Flex Protex is good for people of any age"

---

Michael J. Glade, Ph.D., F.A.C.N., C.N.S.

October 13, 2005

Literature Cited

1. Sandy JD, Plaas AHK.  Age-related changes in the kinetics of release of proteoglycans from normal rabbit cartilage explants.  *J Orthop Res* 1986;4:263-272.

2. Ilic MZ, Haynes SR, Winter GM, Handley CJ.  Kinetics of release of aggrecan from explant cultures of bovine cartilage from different sources and from animals of different ages.  *Acta Orthop Scand Suppl* 1995;266:33-37.

3. Barclay TS, Tsourounis C, McCart GM.  Glucosamine.  *Ann Pharmacother* 1998;32:574-579.

4. McDevitt CA.  Biochemistry of articular cartilage. Nature of proteoglycans and collagen of articular cartilage and their role in ageing and in osteoarthrosis.  *Ann Rheum Dis* 1973;32:364-378.

5. Lauder RM, Huckerby TN, Nieduszynski IA.  A fingerprinting method for chondroitin/dermatan sulfate and hyaluronan oligosaccharides.  *Glycobiology* 2000;10:393-401

6. Bali J-P, Cousse H, Neuzil E.  Biochemical basis of the pharmacologic action of chondroitin sulfates on the osteoarticular system.  *Semin Arthritis Rheum* 2001;31:58-68.

7. Rokosová-Čmuchalová B, Bentley JP.  Relation of collagen synthesis to chondroitin sulfate synthesis in cartilage.  *Biochem Pharmacol* 1968;Suppl:315-328.

8. Rodén L, Baker JR, Helting T, Schwartz NB, Stoolmiller AC, Yamagata S, Yamagata T.  Biosynthesis of chondroitin sulfate.  In:  Pigman WW, Wolfrom ML (eds.).  *Advances in Carbohydrate Chemistry. Volume 2*.  Academic Press, New York, 1946, pp. 638-676.

9. Telser A, Robinson HC, Dorfman A.  The biosynthesis of chondroitin sulfate. *Arch Biochem Biophys* 1966;116:458-465.

10. Stacey M.  The chemistry of mucopolysaccharides and mucoproteins.  In: Pigman WW, Wolfrom ML (eds.).  *Advances in Carbohydrate Chemistry. Volume 2*.  Academic Press, New York, 1946, pp. 161-201.

11. Telser A, Robinson HC, Dorfman A.  The biosynthesis of chondroitin-sulfate protein complex.  *Proc Natl Acad Sci USA* 1965;54:912-919.

12. van der Kraan PM, Vitters EL, de Vries BJ, van den Berg WB.  High susceptibility of human articular cartilage glycosaminoglycan synthesis to changes in inorganic sulfate availability.  *J Orthop Res* 1990;8:565-571.

13. Brand HS, van Kampen GP, van de Stadt RJ, Kuijer R, van der Korst JK.  Effect of sulfate concentration on glycosaminoglycan synthesis in explant cultures of bovine articular cartilage.  *Cell Biol Int Rep* 1989;13:153-162.

14. Deal CL, Moskowitz RW. Nutraceuticals as therapeutic agents in osteoarthritis. The role of glucosamine, chondroitin sulfate, and collagen hydrolysate. *Rheum Dis Clin North Am* 1999;25:379-395.

15. de los Reyes GC, Koda RT, Lien EJ. Glucosamine and chondroitin sulfates in the treatment of osteoarthritis: A survey. *Prog Drug Res* 2000;55:81-103.

16. Bhavanandan VP, Meyer K. Studies on keratosulfates. Methylation, desulfation, and acid hydrolysis studies on old human rib cartilage keratosulfate. *J Biol Chem* 1968;243:1052-1059.

17. Gotoh M, Sato T, Akashima T, Iwasaki H, Kameyama A, Mochizuki H, Yada T, Inaba N, Zhang Y, Kikuchi N, Kwon YD, Togayachi A, Kudo T, Nishihara S, Watanabe H, Kimata K, Narimatsu H. Enzymatic synthesis of chondroitin with a novel chondroitin sulfate *N*-acetylgalactosaminyltransferase that transfers *N*-acetylgalactosamine to glucuronic acid in initiation and elongation of chondroitin sulfate synthesis. *J Biol Chem* 2002;277:38189-38196.

18. Huckerby TN, Brown GM, Nieduszynski IA. [13]C-NMR spectroscopy of keratan sulphates. Assignments for four poly(*N*-acetyllactosamine)-repeat-sequence tetrasaccharides derived from bovine articular cartilage keratan sulphate by keratanase II digestion. *Eur J Biochem* 1995;231:779-783.

19. Huckerby TN, Nieduszynski IA, Bayliss MT, Brown GM. 600 MHz NMR studies of human articular cartilage keratan sulfates. *Eur J Biochem* 1999;266:1174-1183.

20. Jedrzejas MJ, Stern R. Structures of vertebrate hyaluronidases and their unique enzymatic mechanism of hydrolysis. *Proteins* 2005;61:227-238.

21. Lauder RM, Huckerby TN, Nieduszynski IA. The structure of the keratan sulphate chains attached to fibromodulin isolated from articular cartilage. *Eur J Biochem* 1996;242:402-409.

22. Stern R. Hyaluronan catabolism: A new metabolic pathway. *Eur J Cell Biol* 2004;83:317-325.

23. Deng MD, Severson DK, Grund AD, Wassink SL, Burlingame RP, Berry A, Running JA, Kunesh CA, Song L, Jerrell TA, Rosson RA. Metabolic engineering of *Escherichia coli* for industrial production of glucosamine and *N*-acetylglucosamine. *Metab Eng* 2005;7:201-214.

24. Karzel K, Domenjoz R. Effects of hexosamine derivatives abd urinic acid derivatives on glycosaminoglycane metabolism of fibroblast cultures. *Pharmacology* 1971;5:337-345.

25. Vidal y Plana RR, Bizzarri D, Rovati AL. Articular cartilage pharmacology: I. In vitro studies on glucosamine and non steroidal antiinflammatory drugs. *Pharmacol Res Commun* 1978;10:557-569.

26. Arrambide E, Patrone MG, Calcagno M. Inhibition by 5'-adenylate of glucosamine 6-phosphate formation in chick cartilage. *Experientia* 1968;24:896.

27. Marshall S, Nadeau O, Yamasaki K.  Glucosamine-induced activation of glycogen biosynthesis in isolated adipocytes.  Evidence for a rapid allosteric control mechanism within the hexosamine biosynthesis pathway.  *J Biol Chem* 2005;280:11018-11024.

28. Hawkins M, Barzilai N, Liu R, Hu M, Chen W, Rossetti L.  Role of the glucosamine pathway in fat-induced insulin resistance.  *J Clin Invest* 1997;99:2173-2182.

29. Mroz PJ, Silbert JE.  Effects of [3H]glucosamine concentration on [3H]chondroitin sulphate formation by cultured chondrocytes.  *Biochem J* 2003;376:511-515.

30. Uyama T, Kitagawa H, Tamura Ji J, Sugahara K.  Molecular cloning and expression of human chondroitin *N*-acetylgalactosaminyltransferase:  The key enzyme for chain initiation and elongation of chondroitin/dermatan sulfate on the protein linkage region tetrasaccharide shared by heparin/heparan sulfate.  *J Biol Chem* 2002;277:8841-8846.

31. Uyama T, Kitagawa H, Tanaka J, Tamura J, Ogawa T, Sugahara K.  Molecular cloning and expression of a second chondroitin *N*-acetylgalactosaminyltransferase involved in the initiation and elongation of chondroitin/dermatan sulfate.  *J Biol Chem* 2003;278:3072-3078.

32. Brief AA, Maurer SG, Di Cesare PE.  Use of glucosamine and chondroitin sulfate in the management of osteoarthritis.  *J Am Acad Orthop Surg* 2001;9:71-78.

33. Bayliss MT, Osborne D, Woodhouse S, Davidson C.  Sulfation of chondroitin sulphate in human articular cartilage.  The effect of age, topographical position, and zone of cartilage on tissue composition.  *J Biol Chem* 1999;274:15892-15900.

34. Sato S, Rahemtulla F, Prince CW, Tomana M, Butler WT.  Proteoglycans of adult bovine compact bone.  *Connect Tissue Res* 1985;14:65-75.

35. Burkhardt D, Michel BA, Baici A, Kissling R, Theiler R.  Comparison of chondroitin sulphate composition of femoral head articular cartilage from patients with femoral neck fractures and osteoarthritis and controls.  *Rheumatol Int* 1995;14:235-241.

36. Hardingham TE, Fosang AJ, Dudhia J.  The structure, function and turnover of aggrecan, the large aggregating proteoglycan from cartilage.  *Eur J Clin Chem Clin Biochem* 1994;32:249-257.

37. Knudson CB, Knudson W.  Cartilage proteoglycans.  *Semin Cell Dev Biol* 2001;12:69-78.

38. Hardingham T.  Changes in chondroitin sulphate structure induced by joint disease.  *Acta Orthop Scand* 1995;66(Suppl 266):107-110.

39. Mroz PJ, Silbert JE.  Use of 3H-glucosamine and 35S-sulfate with cultured human chondrocytes to determine the effect of glucosamine concentration on formation of chondroitin sulfate.  *Arthritis Rheum* 2004;50:3574-3579.

40. Brockhausen I, Carran J, McEleney K, Lehotay M, Yang X, Yin L, Anastassiades T. *N*-Acyl derivatives of glucosamine as acceptor substrates for galactosyltransferase from bone and cartilage cells. *Carbohydr Res* 2005;340:1997-2003.

41. Hassel JR, Kimura JH, Hascal VC. Proteoglycan core protein families. *Annu Rev Biochem* 1985;55:539-567.

42. Kitagawa H, Shimakawa H, Sugahara K. The tumor suppressor EXT-like gene *EXTL2* encodes an α1, 4-*N*-acetylhexosaminyltransferase that transfers *N*-acetylgalactosamine and *N*-acetylglucosamine to the common glycosaminoglycan-protein linkage region. The key enzyme for the chain initiation of heparan sulfate. *J Biol Chem* 1999;274:13933-13937.

43. Hardingham T. Chondroitin sulfate and joint disease. *Osteoarthritis Cartilage* 1998;6(Suppl A):3-5.

44. Parcell S. Sulfur in human nutrition and applications in medicine. *Altern Med Rev* 2002;7:22-44.

45. Kempson GE, Muir H, Swanson SV, Freeman MA. Correlations between the compressive stiffness and chemical constituents of human articular cartilage. *Biochim Biophys Acta* 1970;215:70-77.

46. Soltz MA, Ateshian GA. Experimental verification and theoretical prediction of cartilage interstitial fluid pressurization at an impermeable contact interface in confined compression. *J Biomech* 1998;31:927-934.

47. Mankin HJ, Thrasher AZ. The effect of age on glycosaminoglycan synthesis in rabbit articular and costal cartilages. *J Rheumatol* 1977;4:343-350.

48. Murota S-I, Honda A, Abe M, Mori Y. Mechanism of age-dependent decrease in sulfation of chondroitin sulfate. *Adv Exp Med Biol* 1980;129:39-46.

49. Cole TC, Ghosh P, Taylor TK. Variations of the proteoglycans of the canine intervertebral disc with ageing. *Biochim Biophys Acta* 1986;880:209-219.

50. Axelsson I, Bjelle A. Proteoglycan structure of bovine articular cartilage. Variation with age and in osteoarthrosis. *Scand J Rheumatol* 1979;8:217-221.

51. Front P, Aprile F, Mitrovic DR, Swann DA. Age-related changes in the synthesis of matrix macromolecules by bovine articular cartilage. *Connect Tissue Res* 1989;19:121-133.

52. Bihari-Varga M, Biro T. Thermoanalytical investigations on the age-related changes in articular cartilage, meniscus and tendon. *Gerontologia* 1971;17:2-15.

53. Choi HU, Meyer K. The structure of keratan sulphates from various sources. *Biochem J* 1975;151:543-553.

54. Hjertquist SO, Lemperg R. Identification and concentration of the glycosaminoglycans of human articular cartilage in relation to age and osteoarthritis. *Calcif Tissue Res* 1972;10:223-237.

55. Meachim G. Age changes in articular cartilage. *Clin Orthop* 1969;64:33-44.

56. Adams P, Muir H.  Qualitative changes with age of proteoglycans of human lumbar discs.  *Ann Rheum Dis* 1976;35:289-296.

57. Perricone E, Palmoski MJ, Brandt KD.  Failure of proteoglycans to form aggregates in morphologically normal aged human hip cartilage.  *Arthritis Rheum* 1977;20:1372-1380.

58. Dozin B, Malpeli M, Camardella L, Cancedda R, Pietrangelo A.  Response of young, aged and osteoarthritic human articular chondrocytes to inflammatory cytokines:  Molecular and cellular aspects.  *Matrix Biol* 2002;21:449-459.

59. Min B-H, Kim HJ, Lim H, Park C-S, Park SR.  Effects of ageing and arthritic disease on nitric oxide production by human articular chondrocytes.  *Exp Mol Med* 2001;33:299-302.

60. Mobasheri A, Vannucci SJ, Bondy CA, Carter SD, Innes JF, Arteaga MF, Trujillo E, Ferraz I, Shakibaei M, Martin-Vasallo P.  Glucose transport and metabolism in chondrocytes:  A key to understanding chondrogenesis, skeletal development and cartilage degradation in osteoarthritis.  *Histol Histopathol* 2002;17:1239-1267.

61. Aigner T, Kim HA.  Apoptosis and cellular vitality.  Issues in osteoarthritic cartilage degeneration.  *Arthritis Rheum* 2002;46:1986-1996.

62. Slemenda C, Brandt KD, Heilman DK, Mazzuca S, Braunstein EM, Katz BP, Wolinsky FD.  Quadriceps weakness and osteoarthritis of the knee.  *Ann Intern Med* 1997;127:97-104.

63. Felson DT, Lawrence RC, Dieppe PA, Hirsch R, Helmick CG, Jordan JM, Kington RS, Lane NE, Nevitt MC, Zhang Y, Sowers M, McAlindon T, Spector TD, Poole AR, Yanovski SZ, Ateshian G, Sharma L, Buckwalter JA, Brandt KD, Fries JF.  Osteoarthritis:  New insights.  Part I:  The disease and its risk factors.  *Ann Intern Med* 2000;133:635-646.

64. Sharma L, Song J, Felson DT, Cahue S, Shamiyeh E, Dunlop DD.  The role of knee alignment in disease progression and functional decline in knee osteoarthritis.  *JAMA* 2001;286:188-195.

65. Hurley MV.  The role of muscle weakness in the pathogenesis of osteoarthritis.  *Rheum Dis Clin North Am* 1999;25:283-298.

66. Cicuttini FM, Wluka AE, Wang Y, Stuckey SL, Davis SR.  Effect of estrogen replacement therapy on patella cartilage in healthy women.  *Clin Exp Rheumatol* 2003;21:79-82.

67. Fermor B, Weinberg JB, Pisetsky DS, Misukonis MA, Fink C, Guilak F.  Induction of cyclooxygenase-2 by mechanical stress through a nitric oxide-regulated pathway.  *Osteoarthritis Cartilage* 2002;10:792-798.

68. Warner TD, Mitchell JA.  Cyclooxygenases:  New forms, new inhibitors, and lessons from the clinic.  *FASEB J* 2004;18:790-804.

69. Trifan OC, Hla T.  Cyclooxygenase-2 modulates cellular growth and promotes tumorigenesis.  *J Cell Mol Med* 2003;7:207-222.

70. Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: The biology of prostaglandin synthesis and inhibition. *Pharmacol Rev* 2004;56:387-437.

71. Marnett LJ, Rowlinson SW, Goodwin DC, Kalgutkar AS, Lanzo CA. Arachidonic acid oxygenation by COX-1 and COX-2. Mechanisms of catalysis and inhibition. *J Biol Chem* 1999;274:22903-22906.

72. Nakamura H, Shibakawa A, Tanaka M, Kato T, Nishioka K. Effects of glucosamine hydrochloride on the production of prostaglandin E2, nitric oxide and metalloproteases by chondrocytes and synoviocytes in osteoarthritis. *Clin Exp Rheumatol* 2004;22:293-299.

73. Cao M, Westerhausen-Larson A, Niyibizi C, Kavalkovich K, Georgescu HI, Rizzo CF, Hebda PA, Stefanovic-Racic M, Evans CH. Nitric oxide inhibits the synthesis of type-II collagen without altering Col2A1 mRNA abundance: Prolyl hydroxylase as a possible target. *Biochem J* 1997;324:305-310.

74. Järvinen TAH, Moilanen T, Järvinen TLN, Moilanen E. Nitric oxide mediates interleukin-1 induced inhibition of glycosaminoglycan synthesis in rat articular cartilage. *Mediators Inflamm* 1995;4:107-111.

75. Taskiran D, Stefanovic-Racic M, Georgescu HI, Evans CH. Nitric oxide mediates suppression of cartilage proteoglycan synthesis by interleukin-1. *Biochem Biophys Res Commun* 1994;200:142-148.

76. Saha N, Moldovan F, Tardiff G, Pelletier J-P, Cloutier J-M, Martel-Pelletier J. Interleukin-1β-converting enzyme/caspase-1 in human osteoarthritic tissues: Localization and role in the maturation of interleukin-1β and interleukin-18. *Arthritis Rheum* 1999;42:1577-1587.

77. Boileau C, Martel-Pelletier J, Moldovan F, Jouzeau JY, Netter P, Manning PT, Pelletier JP. The in situ up-regulation of chondrocyte interleukin-1-converting enzyme and interleukin-18 levels in experimental osteoarthritis is mediated by nitric oxide. *Arthritis Rheum* 2002;46:2637-2647.

78. Gouze JN, Bordji K, Gulberti S, Terlain B, Netter P, Magdalou J, Fournel-Gigleux S, Ouzzine M. Interleukin-1β down-regulates the expression of glucuronosyltransferase I, a key enzyme priming glycosaminoglycan biosynthesis: influence of glucosamine on interleukin-1beta-mediated effects in rat chondrocytes. *Arthritis Rheum* 2001;44:351-360.

79. Gouze JN, Bianchi A, Becuwe P, Dauca M, Netter P, Magdalou J, Terlain B, Bordji K. Glucosamine modulates IL-1-induced activation of rat chondrocytes at a recptor level, and by inhibiting the NF-κB pathway. *FEBS Lett* 2002;510:166-170.

80. Murrell GAC, Jang D, Williams RJ. Nitric oxide activates metalloprotease enzymes in articular cartilage. *Biochem Biophys Res Commun* 1995;206:15-21.

81. Lark MW, Gordy JT, Weidner JR, Ayala J, Kimura JH, Williams HR, Mumford RA, Flannery CR, Carlson SS, Iwata M, Sandy JD. Cell-mediated catabolism of aggrecan. Evidence that cleavage at the "aggrecanase" site (Glu[373]-Ala[374]) is a

primary event in proteolysis of the interglobular domain. *J Biol Chem* 1995;270:2550-2556.

82. Tung JT, Genton JI, Arnold C, Alexander L, Yuzbasiyan-Gurkan V, Venta PJ, Peters TL, Orth MW, Richardson DW, Caron JP. Recombinant equine interleukin-1β induces putative mediators of articular cartilage degradation in equine chondrocytes. *Can J Vet Res* 2002;66:19-25.

83. Dodge GR, Poole AR. Immunohistochemical detection and immunochemical analysis of type II collagen degradation in human normal, rheumatoid, and osteoarthritic articular cartilages and in explants of bovine articular cartilage cultured with interleukin 1. *J Clin Invest* 1989;83:647-661.

84. Hollander AP, Heathfield TF, Webber C, Iwata Y, Boume R, Rorabeck C, Poole AR. Increased damage to type II collagen in osteoarthritic articular cartilage detected by a new immunoassay. *J Clin Invest* 1994;93:1722-1732.

85. Hollander AP, Pidoux I, Reiner A, Rorabeck C, Boume R, Poole AR. Damage to type II collagen in aging and osteoarthritis starts at the articular surface, originates around chondrocytes, and extends into the cartilage with progressive degeneration. *J Clin Invest* 1995;96:2859-2869.

86. Billinghurst RC, Dahlberg L, Ionescu M, Reiner A, Bourne R, Rorabeck C, Mitchell P, Hambor J, Diekmann O, Tschesche H, Chen J, Van Wart H, Poole AR. Enhanced cleavage of type II collagen by collagenases in osteoarthritic articular cartilage. *J Clin Invest* 1997;99:1534-1545.

87. Mengshol JA, Vincenti MP, Brinckerhoff CE. IL-1 induces collagenase-3 (MMP-13) promoter activity in stably transfected chondrocytic cells: Requirement for Runx-2 and activation by p38 MAPK and JNK pathways. *Nucleic Acids Res* 2001;29:4361-4372.

88. Reboul P, Pelletier J-P, Tardif G, Cloutier J-M, Martel-Pelletier J. The new collagenase, collagenase-3, is expressed and synthesized by human chondrocytes but not by synoviocytes. A role in osteoarthritis. *J Clin Invest* 1996;97:2011-2019.

89. Sandy JD, Verscharen C. Analysis of aggrecan in human knee cartilage and synovial fluid indicates that aggrecanase (ADAMTS) activity is responsible for the catabolic turnover and loss of whole aggrecan whereas other protease activity is required for C-terminal processing *in vivo*. *Biochem J* 2001;358:615-626.

90. Kashiwagi M, Tortorella M, Nagase H, Brew K. TIMP-3 is a potent inhibitor of aggrecanase 1 (ADAM-TS4) and aggrecanase 2 (ADAM-TS5). *J Biol Chem* 2001;276:12501-12504.

91. Cleaver CS, Rowan AD, Cawston TE. Interleukin 13 blocks the release of collagen from bovine nasal cartilage treated with proinflammatory cytokines. *Ann Rheum Dis* 2001;60:150-157.

92. Young DA, Lakey RL, Pennington CJ, Jones D, Kevorkian L, Edwards DR, Cawston TE, Clark IM. Histone deacetylase inhibitors modulate

metalloproteinase gene expression in chondrocytes and block cartilage resorption. *Arthritis Res Ther* 2005;7:R503-R512.

93. Koshy PJ, Henderson N, Logan C, Life PF, Cawston TE, Rowan AD.  Interleukin 17 induces cartilage collagen breakdown:  Novel synergistic effects in combination with proinflammatory cytokines. *Ann Rheum Dis* 2002;61:704-713.

94. Nagase H, Kashiwagi M.  Aggrecanases and cartilage matrix degradation. *Arthritis Res Ther* 2003;5:94-103.

95. Borzi RM, Mazzetti I, Magagnoli G, Paoletti S, Uguccioni M, Gatti R, Orlandini G, Cattini L, Facchini A.  Growth-related oncogene alpha induction of apoptosis in osteoarthritis chondrocytes. *Arthritis Rheum* 2002;46:3201-3211.

96. Amin AR, Abramson SB.  The role of nitric oxide in articular cartilage breakdown in osteoarthritis. *Curr Opin Rheumatol* 1998;10:263-268.

97. Studer R, Jaffurs D, Stefanovic-Racic M, Robbins PD, Evans CH.  Nitric oxide ion osteoarthritis. *Osteoarthritis Cartilage* 1999;7:377-379.

98. Lotz M.  The role of nitric oxide in articular cartilage damage. *Rheum Dis Clin North Am* 1999;25:269-282.

99. Amin AR, Di Cesare PE, Vyas P, Attur MG, Tzeng E, Billiar TR, Stuchin SA, Abramson SB.  The expression and regulation of nitric oxide synthase in human osteoarthritis-affected chondrocytes:  Evidence for an inducible "neuronal-like" nitric oxide synthase. *J Exp Med* 1995;182:2097-2102.

100. Chan PS, Caron JP, Rosa GJ, Orth MW.  Glucosamine and chondroitin sulfate regulate gene expression and synthesis of nitric oxide and prostaglandin $E_2$ in articular cartilage explants. *Osteoarthritis Cartilage* 2005;13:387-394.

101. Cai L, Suboc P, Hogue DA, Fei DTW, Filvaroff EH.  Interleukin 17 induced nitric oxide suppresses matrix synthesis and protects cartilage from matrix breakdown. *J Rheumatol* 2002;29:1725-1736.

102. van der Kraan PM, Vitters EL, van Beauningen HM, van de Loo FAJ, van den Berg WB.  Role of nitric oxide in the inhibition of BMP-2-mediated stimulation of proteoglycan synthesis in articular cartilage. *Osteoarthritis Cartilage* 2000;8:82-86.

103. Pelletier JP, Jovanovic D, Fernandes JC, Manning P, Connor JR, Currie MG, Di Battista JA, Martel-Pelletier J.  Reduced progression of experimental osteoarthritis in vivo by selective inhibition of inducible nitric oxide synthase. *Arthritis Rheum* 1998;41:1275-1286.

104. Pelletier JP, Jovanovic DV, Lascau-Coman V, Fernandes JC, Manning PT, Connor JR, Currie MG, Martel-Pelletier J.  Selective inhibition of inducible nitric oxide synthase reduces progression of experimental osteoarthritis in vivo:  Possible link with the reduction in chondrocyte apoptosis and caspase 3 level. *Arthritis Rheum* 2000;43:1290-1299.

105. Saamanen A-M, Tammi M, Kiviranta I, Jurvelin J, Helminen HJ.  Maturation of proteoglycan matrix in articular cartilage under increased and decreased joint loading.  A study in young rabbits.  *Connect Tissue Res* 1987;16:163-175.

106. Girkontaite I, Frischholz S, Lammi P, Wagner K, Swoboda B, Aigner T, Von der Mark K.  Immunolocalization of type X collagen in normal fetal and adult osteoarthritic cartilage with monoclonal antibodies.  *Matrix Biol* 1996;15:231-238.

107. Poustie MW, Carran J, McEleney K, Dixon SJ, Anastassiades TP, Bernier SM. *N*-butyryl glucosamine increases matrix gene expression by chondrocytes.  *J Pharmacol Exp Ther* 2004;311:610-616.

108. Grimaud E, Heymann D, Redini F.  Recent advances in TGF-β effects on chondrocyte metabolism.  Potential therapeutic roles of TGF-β in cartilage disorders.  *Cytokine Growth Factor Rev* 2002;13:241-257.

109. Barland P, Janis R, Sandson J.  Immunofluorescent studies of human articular cartilage.  *Ann Rheum Dis* 1966;25:156-164.

110. Caterson B, Mahmoodian F, Sorrell JM, Hardingham TE, Bayliss MT, Carney SL, Ratcliffe A, Muir H.  Modulation of native chondroitin sulphate structure in tissue development and in disease.  *J Cell Sci* 1990;97:411-417.

111. Axelsson S, Holmlund A, Hjerpe A.  Glycosaminoglycans in normal and osteoarthrotic human temporomandibular joint disks.  *Acta Odontol Scand* 1992;50:113-119.

112. Plaas AH, West LA, Wong-Palms S, Nelson FR.  Glycosaminoglycan sulfation in human osteoarthritis. Disease-related alterations at the non-reducing termini of chondroitin and dermatan sulfate.  *J Biol Chem* 1998;273:12642-12649.

113. Caterson B, Hughes CE, Roughley P, Mort JS.  Anabolic and catabolic markers of proteoglycan metabolism in osteoarthritis.  *Acta Orthop Scand Suppl* 1995;266:121-124.

114. Adams ME.  Changes in aggrecan populations in experimental osteoarthritis. *Osteoarthritis Cartilage* 1994;2:155-164.

115. Brandt KD, Palmoski M.  Organization of ground substance proteoglycans in normal and osteoarthritic knee cartilage.  *Arthritis Rheum* 1976;19:209-215.

116. Hjertquist SO, Wasteson A.  The molecular weight of chondroitin sulphate from human articular cartilage.  Effect of age and of osteoarthritis.  *Calcif Tissue Res* 1972;10:31-37.

117. Malemud CJ, Papay RS, Hering TM, Holderbaum D, Goldberg VM, Haqqi TM. Phenotypic modulation of newly synthesized proteoglycans in human cartilage and chondrocytes.  *Osteoarthritis Cartilage* 1995;3:227-238.

118. Danao-Camara T.  Potential side effects of treatment with glucosamine and chondroitin (letter).  *Arthritis Rheum* 2000;43:2853.

119. Carroll G, McCappin S, Bell M, Schwarzer A, Breidahl P. Comparison of keratan sulphate concentrations and the size distribution of proteoglycans in the synovial fluid of patients with osteoarthritis and pyrophosphate arthropathy. *Rheumatol Int* 1991;11:63-68.

120. Carvalho RS, Yen EH, Suga DM. Glycosaminoglycan synthesis in the rat articular disk in response to mechanical stress. *Am J Orthod Dentofacial Orthop* 1995;107:401-410.

121. Plaas AH, West LA, Wong-Palms S, Nelson FR. Glycosaminoglycan sulfation in human osteoarthritis. Disease-related alterations at the non-reducing termini of chondroitin and dermatan sulfate. *J Biol Chem* 1998;273:12642-12649.

122. Mitrovic DR. Synthesis of abnormal articular cartilage proteoglycans in rapidly destructive arthropathy (osteoarthritis). *Rheumatol Int* 1991;11:55-61.

123. Adam M, Musilova J, Deyl Z. Cartilage collagen in osteoarthrosis. *Clinica Chim Acta* 1976;69:53-59.

124. Nimni M, Deshmukh K. Differences in collagen metabolism between normal and osteoarthritic human articular cartilage. *Science* 1973;181:751-752.

125. Furukawa T, Eyre DR, Koide S, Glimcher MJ. Biochemical studies on repair cartilage resurfacing experimental defects in the rabbit knee. *J Bone Joint Surg* 1980;62A:79-89.

126. Chan PS, Schlueter AE, Coussens PM, Rosa GJ, Haut RC, Orth MW. Gene expression profile of mechanically impacted bovine articular cartilage explants. *J Orthop Res* 2005;23:1146-1151.

127. Piperno M, Reboul P, Hellio Le Graverand MP, Peschard MJ, Annefeld M, Richard M, Vignon E. Osteoarthritic cartilage fibrillation is associated with a decrease in chondrocyte adhesion to fibronectin. *Osteoarthritis Cartilage* 1998;6:393-399.

128. Karin M. The beginning of the end: IκB kinase (IKK) and NF-κB activation. *J Biol Chem* 1999;274:27339-27342.

129. Notoya K, Jovanovic DV, Reboul P, Martel-Pelletier J, Mineau F, Pelletier JP. The induction of cell death in human osteoarthritis chondrocytes by nitric oxide is related to the production of prostaglandin $E_2$ via the induction of cyclooxygenase-2. *J Immunol* 2000;165:3402-3410.

130. Woronicz JD, Gao X, Cao Z, Rothe M, Goeddel DV. IκB kinase-β: NF-κB activation and complex formation with IκB kinase-α and NIK. *Science* 1997;278:866-869.

131. Rizzo R, Grandolfo M, Godeas C, Jones KW, Vittur F. Calcium, sulfur, and zinc distribution in normal and arthritic articular equine cartilage: A synchrotron radiation-induced x-ray emission (SRIXE) study. *J Exp Zool* 1995;273:82-86.

132. Heath CA, Magari SR. Mini-review: Mechanical factors affecting cartilage regeneration in-vitro. *Biotechnol Bioeng* 1996;50:430-437.

133. Ahsan T, Lottman LM, Harwood F, Amiel D, Sah RL.  Integrative cartilage repair:  Inhibition by beta-aminopropionitrile.  *J Orthop Res* 1999;17:850-857.

134. Reddi AH.  Cartilage morphogenetic proteins:  Role in joint development, homoeostasis, and regeneration.  *Ann Rheum Dis* 2003;62 (Suppl. 2):ii73-78.

135. Fenton JI, Chlebek-Brown KA, Caron JP, Orth MW.  Effect of glucosamine on interleukin-1-conditioned articular cartilage.  *Equine Vet J Suppl* 2002;34:219-223.

136. Fenton JI, Chlebek-Brown KA, Peters TL, Caron JP, Orth MW.  Glucosamine HCl reduces equine articular cartilage degradation in explant culture.  *Osteoarthritis Cartilage* 2000;8:258-265.

137. Quinn TM, Allen RG, Schalet BJ, Perumbuli P, Hunziker EB.  Matrix and cell injury due to sub-impact loading of adult bovine articular cartilage explants:  Effects of strain rate and peak stress.  *J Orthop Res* 2001;19:242-249.

138. Lozoya KAA, Flores JB.  A novel rat osteoarthrosis model to assess apoptosis and matrix degradation.  *Pathol Res Pract* 2000;196:729-745.

139. Brown MP, West LA, Merritt KA, Plaas AH.  Changes in sulfation patterns of chondroitin sulfate in equine articular cartilage and synovial fluid in response to aging and osteoarthritis.  *Am J Vet Res* 1998;59:786-791.

140. Carlson CS, Loeser RF, Johnstone B, Tulli HM, Dobson DB, Caterson B.  Osteoarthritis in cynomolgus macaques. II. Detection of modulated proteoglycan epitopes in cartilage and synovial fluid.  *J Orthop Res* 1995;13:399-409.

141. Adams ME.  Target tissue models:  Cartilage changes in experimental osteoarthritis in the dog.  *J Rheumatol Suppl* 1983;11:111-113.

142. Adams ME, Grant MD, Ho A.  Cartilage proteoglycan changes in experimental canine osteoarthritis.  *J Rheumatol* 1987;Spec No:107-109.

143. Inerot S, Heinegard D, Audell L, Olsson SE.  Articular-cartilage proteoglycans in aging and osteoarthritis.  *Biochem J* 1978;169:143-156.

144. Carney SL, Billingham ME, Caterson B, Ratcliffe A, Bayliss MT, Hardingham TE, Muir H.  Changes in proteoglycan turnover in experimental canine osteoarthritic cartilage.  *Matrix* 1992;12:137-147.

145. Carney SL, Billingham ME, Muir H, Sandy JD.  Structure of newly synthesised ($^{35}$S)-proteoglycans and ($^{35}$S)-proteoglycan turnover products of cartilage explant cultures from dogs with experimental osteoarthritis.  *J Orthop Res* 1985;3:140-147.

146. Fawthrop F, Yaqub R, Belcher C, Bayliss M, Ledingham J, Doherty M.  Chondroitin and keratan sulphate epitopes, glycosaminoglycans, and hyaluronan in progressive versus non-progressive osteoarthritis.  *Ann Rheum Dis* 1997;56:119-122.

147. Garnero P, Piperno M, Gineyts E, Christgau S, Delmas PD, Vignon E.  Cross sectional evaluation of biochemical markers of bone, cartilage, and synovial tissue

metabolism in patients with knee osteoarthritis:  Relations with disease activity and joint damage.  *Ann Rheum Dis* 2001;60:619-626.

148. Gineyts E, Mo JA, Ko A, Henriksen DB, Curtis SP, Gertz BJ, Garnero P, Delmas PD.  Effects of ibuprofen on molecular markers of cartilage and synovium turnover in patients with knee osteoarthritis.  *Ann Rheum Dis* 2004;63:857-861.

149. Lewis S, Crossman M, Flannelly J, Belcher C, Doherty M, Bayliss MT, Mason RM.  Chondroitin sulphation patterns in synovial fluid in osteoarthritis subsets.  *Ann Rheum Dis* 1999;58:441-445.

150. Mankin HJ.  The reaction of articular cartilage to injury and osteoarthritis.  Second of two parts.  *N Engl J Med* 1974;291:1335-1340.

151. Gebhard PM, Gehrsitz A, Bau B, Soder S, Eger W, Aigner T.  Quantification of expression levels of cellular differentiation markers does not support a general shift in the cellular phenotype of osteoarthritic chondrocytes.  *J Orthop Res* 2003;21:96-101.

152. Goldberg VM, Norby DP, Sachs BL, Moskowitz RW, Malemud CJ.  Correlation of histopathology and sulfated proteoglycans in human osteoarthritic hip cartilage.  *J Orthop Res* 1984;1:302-312.

153. Akizuki S, Mow VC, Muller F, Pita JC, Howell DS.  Tensile properties of human knee joint cartilage.  II.  Correlations between weight bearing and tissue pathology and the kinetics of swelling.  *J Orthop Res* 1987;5:173-186.

154. Caplan AJ.  Cartilage.  *Sci Amer* 1984;251:82-90.

155. Dieppe P.  Osteoarthritis.  Time to shift the paradigm.  *Br Med J* 1999;318:1229-1230.

156. Buckwalter JA, Stanish WD, Rosier RN, Schenck RC Jr, Dennis DA, Coutts RD.  The increasing need for nonoperative treatment of patients with osteoarthritis.  *Clin Orthop Rel Res* 2001;385:36-45.

157. Mili F, Helmick CG, Zack MM.  Prevalence of arthritis: analysis of data from the US Behavioral Risk Factor Surveillance System, 1996-99.  *J Rheumatol* 2002;29:1981-1988.

158. Felson DT, Zhang Y.  An update on the epidemiology of knee and hip osteoarthritis with a view to prevention.  *Arthritis Rheum* 1998;41:1343-1355.

159. Pendleton A, Arden N, Dougados M, Doherty M, Bannwarth B, Bijlsma JWJ, Cluzeau F, Cooper C, Dieppe PA, Günther K-P, Häuselmann HJ, Herrero-Beaumont G, Kaklamanis PM, Leeb B, Lequesne M, Lohmander S, Mazieres B, Mola E-M, Pavelka K, Serni U, Swoboda B, Verbruggen AA, Weseloh G, Zimmermann-Gorska I.  EULAR recommendations for the management of knee osteoarthritis:  Report of  atask force of the Standinjg Committee for International Clinical Studies Including Therapeutic Trials (ESCISIT).  *Ann Rheum Dis* 2000;59:936-944.

160. Adams JG, McAlindon T, Dimasi M, Carey J, Eustace S.  Contribution of meniscal extrusion and cartilage loss to joint space narrowing in osteoarthritis. *Clin Radiol* 1999;54:502-506.

161. Bobinac D, Spanjol J, Zoricic S, Maric I.  Changes in articular cartilage and subchondral bone histomorphometry in osteoarthritic knee joints in humans. *Bone* 2003;32:284-290.

162. Creamer P.  Osteoarthritis pain and its treatment. *Curr Opinion Rheumatol* 2000;12:450-455.

163. Bruyere O, Honore A, Rovati LC, Giacovelli G, Henrotin YE, Seidel L, Reginster J-YL.  Radiologic features poorly predict clinical outcomes in knee osteoarthritis. *Scand J Rheumatol* 2002;31:13-16.

164. Hamerman D.  The biology of osteoarthritis. *N Engl J Med* 1989;320:1322-1330.

165. Setnikar I, Giachetti C, Zanolo G.  Absorption, distribution and excretion of radioactivity after a single intravenous or oral administration of [$^{14}$C] glucosamine to the rat. *Pharmatherapeutica* 1984;3:538-550.

166. Grevenstein J, Michiels I, Arens-Corell M, Stofft E.  Cartilage changes in rats induced by papain and the influence of treatment with N-acetylglucosamine. *Acta Orthopaedica Belgica* 1991;57:157-161.

167. Setnikar I, Rovati LC.  Absorption, distribution, metabolism and excretion of glucosamine sulfate. A review. *Arzneim Forsch* 2001;51:699-725.

168. Setnikar I, Giacchetti C, Zanolo G.  Pharmacokinetics of glucosamine in the dog and in man. *Arzneim Forsch* 1986;36:729-735.

169. Setnikar I, Palumbo R, Canali S, Zanolo G.  Pharmacokinetics of glucosamine in man. *Arzneim Forsch* 1993;43:1109-1113.

170. Persiani S, Roda E, Rovati LC, Locatelli M, Giacovelli G, Roda A.  Glucosamine oral bioavailability and plasma pharmacokinetics after increasing doses of crystalline glucosamine sulfate in man. *Osteoarthritis Cartilage* 2005 Sep 13; [Epub ahead of print].

171. Biggee BA, Blinn CM, McAlindon TE, Nuite M, Silbert JE.  Low levels of human serum glucosamine after ingestion of glucosamine sulphate relative to capability for peripheral effectiveness. *Ann Rheum Dis* 2005 Aug 3; [Epub ahead of print].

172. Huang TM, Cai L, Yang B, Zhou MX, Shen YF, Duan GL.  Liquid chromatography with electrospray ionization mass spectrometry method for the assay of glucosamine sulfate in human plasma:  Validation and application to a pharmacokinetic study. *Biomed Chromatogr* 2005 Sep 6; [Epub ahead of print].

173. Hoffer LJ, Kaplan LN, Hamadeh MJ, Grigoriu AC, Baron M.  Sulfate could mediate the therapeutic effect of glucosamine sulfate. *Metabolism*. 2001;50:767-770.

174. Capps JC, Shetlar MR, Bradford RH. Hexosamine metabolism. I. The absorption and metabolism, *in vivo*, of orally administered D-glucosamine and *N*-acetyl-D-glucosamine in the rat. *Biochim Biophys Acta* 1966;127:194-204.

175. Rubin BR, Talent JM, Kongtawelert P, Pertusi RM, Forman MD, Gracy RW. Oral polymeric *N*-acetyl-D-glucosamine and osteoarthritis. *J Am Osteopath Assoc* 2001;101:339-344.

176. Talent JM, Gracy RW. Pilot study of oral polymeric *N*-acetyl-D-glucosamine as a potential treatment for patients with osteoarthritis. *Clin Ther* 1996;18:1184-1190.

177. Fenton JI, Chlebek-Brown KA, Peters TL, Caron JP, Orth MW. The effects of glucosamine derivatives on equine articular cartilage degradation in explant culture. *Osteoarthritis Cartilage* 2000;8:444-451.

178. Terry DE, Rees-Milton K, Smith P, Carran J, Pezeshki P, Woods C, Greer P, Anastassiades TP. N-Acylation of glucosamine modulates chondrocyte growth, proteoglycan synthesis, and gene expression. *J Rheumatol* 2005;32:1775-1786.

179. Shikhman AR, Kuhn K, Alaaeddine N, Lotz M. *N*-acetylglucosamine prevents IL-1β-mediated activation of human chondrocytes. *J Immunol* 2001;166:5155-5160.

180. Byron CR, Orth MW, Venta PJ, Lloyd JW, Caron JP. Influence of glucosamine on matrix metalloproteinase expression and activity in lipopolysaccharide-stimulated equine chondrocytes. *Am J Vet Res* 2003;64:666-671.

181. Bassleer C, Henrotin Y, Franchimont P. *In-vitro* evaluation of drugs proposed as chondroprotective agents. *Int J Tissue React* 1992;14:231-241.

182. Bassleer C, Rovati L, Franchimont P. Stimulation of proteoglycan production by glucosamine sulfate in chondrocytes isolated from human osteoarthritic articular cartilage in vitro. *Osteoarthritis Cartilage* 1998;6:427-434.

183. Piperno M, Reboul P, Hellio Le Graverand MP, Peschard MJ, Annefeld M, Richard M, Vignon E. Glucosamine sulfate modulates dysregulated activities of human osteoarthritic chondrocytes in vitro. *Osteoarthritis Cartilage* 2000;8:207-212.

184. Sandy JD, Gamett D, Thompson V, Verscharen C. Chondrocyte-mediated catabolism of aggrecan: Aggrecanase-dependent cleavage induced by interleukin-1 or retinoic acid can be inhibited by glucosamine. *Biochem J* 1998;335:59-66.

185. Largo R, Alvarez-Soria MA, Diez-Ortego I, Calvo E, Sanchez-Pernaute O, Egido J, Herrero-Beaumont G. Glucosamine inhibits IL-1β-induced NFκB activation in human osteoarthritic chondrocytes. *Osteoarthritis Cartilage* 2003;11:290-298.

186. Orth MW, Peters TL, Hawkins JN. Inhibition of articular cartilage degradation by glucosamine-HCl and chondroitin sulphate. *Equine Vet J Suppl* 2002;224-229.

187. Dechant JE, Baxter GM, Frisbie DD, Trotter GW, McIlwraith CW. Effects of glucosamine hydrochloride and chondroitin sulphate, alone and in combination, on normal and interleukin-1 conditioned equine articular cartilage explant metabolism. *Equine Vet J* 2005;37:227-231.

188. Noyszewski EA, Wroblewski K, Dodge GR, Kudchodkar S, Beers J, Sarma AV, Reddy R.  Preferential incorporation of glucosamine into the galactosamine moieties of chondroitin sulfates in articular cartilage explants.  *Arthritis Rheum* 2001;44:1089-1095.

189. Roden L.  Effect of hexosamines on the synthesis of chondroitin sulphuric acid *in vitro*.  *Arkiv Kemi* 1956;10:345-352.

190. Mello DM, Nielsen BD, Peters TL, Caron JP, Orth MW.  Comparison of inhibitory effects of glucosamine and mannosamine on bovine articular cartilage degradation in vitro.  *Am J Vet Res* 2004;65:1440-1445.

191. Ilic MZ, Martinac B, Handley CJ.  Effects of long-term exposure to glucosamine and mannosamine on aggrecan degradation in articular cartilage.  *Osteoarthritis Cartilage* 2003;11:613-622.

192. Tiraloche G, Girard C, Chouinard L, Sampalis J, Moquin L, Ionescu M, Reiner A, Poole AR, Laverty S.  http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?db=pubmed&cmd=Display&dopt=pubmed_pubmed&from_uid=15818693Effect of oral glucosamine on cartilage degradation in a rabbit model of osteoarthritis.  *Arthritis Rheum* 2005;52:1118-1128.

193. Oegema TR Jr, Deloria LB, Sandy JD, Hart DA.  Effect of oral glucosamine on cartilage and meniscus in normal and chymopapain-injected knees of young rabbits.  *Arthritis Rheum* 2002;46:2495-2503.

194. Braham R, Dawson B, Goodman C.  The effect of glucosamine supplementation on people experiencing regular knee pain.  *Br J Sports Med* 2003;37:45-49.

195. Rindone JP, Hiller D, Collacott E, Nordhaugen N, Arriola G.  Randomized, controlled trial of glucosamine for treating osteoarthritis of the knee.  *West J Med* 2000;172:91-94.

196. McAlindon T, Formica M, LaValley M, Lehmer M, Kabbara K.  Effectiveness of glucosamine for symptoms of knee osteoarthritis:  Results from an internet-based randomized double-blind controlled trial.  *Am J Med* 2004;117:643-649.

197. Drovanti A, Bignamini AA, Rovati AL.  Therapeutic activity of oral glucosamine sulfate in osteoarthrosis: a placebo-controlled double-blind investigation.  *Clin Ther* 1980;3:260-272.

198. Rovati LC. Clinical research in osteoarthritis:  Design and results of shot-term and long-term trials with disease-modifying drugs. *Int J Tiss Reac* 1992;14:248-251.

199. Noack W, Fischer M, Forster KK, Rovati LC, Setnikar I.  Glucosamine sulfate in osteoarthritis of the knee.  *Osteoarthritis Cartilage* 1994;2:51-59.

200. Pujalte JM, Llavore EP, Ylescupidez FR.  Double-blind clinical evaluation of oral glucosamine sulphate in the basic treatment of osteoarthrosis.  *Curr Med Res Opin* 1980;7:110-114.

201. Pavelka K, Gatterova J, Olejarova M, Machacek S, Giacovelli G, Rovati LC.  Glucosamine sulfate use and delay of progression of knee osteoarthritis.  A 3-

year, randomized, placebo-controlled, double-blind study. *Arch Intern Med* 2002;162:2113-2123.

202. Reginster JY, Deroisy R, Rovati LC, Lee RL, Lejeune E, Bruyere O, Giacovelli G, Henrotin Y, Dacre JE, Gossett C. Long-term effects of glucosamine sulphate on osteoarthritis progression: A randomized, placebo-controlled clinical trial. *Lancet* 2001;357:251-256.

203. Bruyere O, Pavelka K, Rovati LC, Deroisy R, Olejarova M, Gatterova J, Giacovelli G, Reginster JY. Glucosamine sulfate reduces osteoarthritis progression in postmenopausal women with knee osteoarthritis: Evidence from two 3-year studies. *Menopause* 2004;11:138-143.

204. Christgau S, Henrotin Y, Tanko LB, Rovati LC, Collette J, Bruyere O, Deroisy R, Reginster JY. Osteoarthritic patients with high cartilage turnover show increased responsiveness to the cartilage protecting effects of glucosamine sulphate. *Clin Exp Rheumatol* 2004;22:36-42.

205. Tapadinhas MJ, Rivera IC, Bignamini AA. Oral glucosamine sulphate in the management of arthrosis: report on a multi-centre open investigation in Portugal. *Pharmatherapeutica* 1982;3:157-168.

206. Bohmer D, Ambrus P, Szogy A, Haralambie G. Die Chondropathia patellae des jugendlichen Sportles. [Chondropathia patellae in young athletes.] *Therapiewoche* 1982;32:4897-4901.

207. Müller-Faßbender H, Bach GL, Haase W, Rovati LC, Setnikar I. Glucosamine sulfate compared to ibuprofen in osteoarthritis of the knee. *Osteoarthritis Cartilage* 1994;2:61-69.

208. Qiu GX, Gao SN, Giacovelli G, Rovati L, Setnikar I. Efficacy and safety of glucosamine sulfate versus ibuprofen in patients with knee osteoarthritis. *Arzneim Forsch* 1998;48:469-474.

209. Vaz AL. Double-blind clinical evaluation of the relative efficacy of ibuprofen and glucosamine sulphate in the management of osteoarthrosis of the knee in out-patients. *Curr Med Res Opin* 1982;8:145-149.

210. Thie NM, Prasad NG, Major PW. Evaluation of glucosamine sulfate compared to ibuprofen for the treatment of temporomandibular joint osteoarthritis: a randomized double blind controlled 3 month clinical trial. *J Rheumatol* 2001;28:1347-1355.

211. Towheed TE, Anastassiades TP, Shea B, Houpt J, Welch V, Hochberg MC. Glucosamine therapy for treating osteoarthritis. *Cochrane Database Syst Rev* 2001;CD002946.

212. Towheed TE, Maxwell L, Anastassiades TP, Shea B, Houpt J, Robinson V, Hochberg MC, Wells G. Glucosamine therapy for treating osteoarthritis. *Cochrane Database Syst Rev* 2005;(2):CD002946.

213. Häuselmann HJ. Nutripharmaceuticals for osteoarthritis. *Best Pract Res Clin Rheumatol* 2001;15:595-607.

214. Kayne SB, Wadeson K, MacAdam A. Is glucosamine an effective treatment for osteoarthritis? A meta-analysis. *Pharm J* 2000;265:759-763.

215. McAlindon TE, LaValley MP, Gulin JP, Felson DT. Glucosamine and chondroitin for treatment of osteoarthritis: A systematic quality assessment and meta-analysis. *JAMA* 2001;283:1469-1475.

216. Poolsup N, Suthisisang C, Channark P, Kittikulsuth W. Glucosamine long-term treatment and the progression of knee osteoarthritis: Systematic review of randomized controlled trials. *Ann Pharmacother* 2005;39:1080-1087.

217. Wong SH, Lord JM. Factors underlying chronic inflammation in rheumatoid arthritis. *Arch Immunol Ther Exp* 2004;52:379-388.

218. Mohammed FF, Smookler DS, Khokha R. Metalloproteinases, inflammation, and rheumatoid arthritis. *Ann Rheum Dis* 2003;62(Suppl. II):ii43–ii47.

219. Liew FY, Wei X-Q, McInnes IB. Role of interleukin 18 in rheumatoid arthritis. *Ann Rheum Dis* 2003;62(Suppl. II):ii48–ii50.

220. Haringman JJ, Ludikhuize J, Tak PP. Chemokines in joint disease: The key to inflammation? *Ann Rheum Dis* 2004;63:1186-1194.

221. Dayer J-M. The pivotal role of interleukin-1 in the clinical manifestations of rheumatoid arthritis. *Rheumatology* 2003;42(Suppl. 2):ii3–ii10.

222. Goldring SR. Pathogenesis of bone and cartilage destruction in rheumatoid arthritis. *Rheumatology* 2003;42(Suppl. 2):ii11–ii16.

223. Hua J, Suguro S, Hirano S, Sakamoto K, Nagaoka I. Preventive actions of a high dose of glucosamine on adjuvant arthritis in rats. *Inflamm Res* 2005;54:127-132.

224. Pohlers D, Siegling A, Buchner E, Schmidt-Weber CB, Palombo-Kinne E, Emmrich F, Bräuer R, KinneRW. Expression of cytokine mRNA and protein in joints and lymphoid organs during the course of rat antigen-induced arthritis. *Arthritis Res Ther* 2005;7:R445-R457.

225. Schurigt U, Stopfel N, Hückel M, Pfirschke C, Wiederanders B, Bräuer R. Local expression of matrix metalloproteinases, cathepsins, and their inhibitors during the development of murine antigen-induced arthritis. *Arthritis Res Ther* 2005;7:R174-R188.

226. Chou MM, Vergnolle N, McDougall JJ, Wallace JL, Marty S, Teskey V, Buret AG. Effects of chondroitin and glucosamine sulfate in a dietary bar formulation on inflammation, interleukin-1beta, matrix metalloprotease-9, and cartilage damage in arthritis. *Exp Biol Med* 2005;230:255-262.

227. Setnikar I, Pacini MA, Revel L. Antiarthritic effects of glucosamine sulfate studied in animal models. *Arzneim Forsch* 1991;41:542-545.

228. Rae SA, Davidson EM, Smith MJH. Leukotriene B$_4$, an inflammatory mediator in gout. *Lancet* 1982;ii:1122-1123.

229. van Doornum S, Ryan PFJ. Clinical manifestations of gout and their management. *MJA* 2000;172:493-497.

230. Kerr LD.  Inflammatory arthritis in the elderly.  *Mt Sinai J Med* 2003;70:23-26.

231. Klickstein LB, Shapleigh C, Goetzl EJ.  Lipoxygenation of arachidonic acid as a source of polymorphonuclear leukocyte chemotactic factors in synovial fluid and tissue in rheumatoid arthritis and spondyloarthritis.  *J Clin Invest* 1980;66:1166-1170.

232. Ford-Hutchinson AW, Gresser M, Young RN.  5-Lipoxygenase.  *Annu Rev Biochem* 1991;63:383-417.

233. Goetzl EJ, Payan DG, Goldman DW.  Immunopathogenetic roles of leukotrienes in human disease.  *J Clin Immunol* 1984;4:79-84.

234. Martel-Pelletier J, Lajeunesse D, Reboul P, Pelletier J-P.  Therapeutic role of dual inhibitors of 5-LOX and COX, selective and non-selective non-steroidal anti-inflammatory drugs.  *Ann Rheum Dis* 2003;62:501-509.

235. Kamel M, Alnahdi M.  Inhibition of superoxide anion release from human polymorphonuclear leukocytes by N-acetyl-galactosamine and N-acetyl-glucosamine.  *Clin Rheumatol* 1992;11:254-260.

236. Kamel M, Hanafi M, Bassiouni M.  Inhibition of elastase enzyme release from human polymorphonuclear leukocytes by N-acetyl-galactosamine and N-acetyl-glucosamine.  *Clin Exp Rheumatol* 1991;9:17-21.

237. Ma L, Rudert WA, Harnaha J, Wright M, Machen J, Lakomy R, Qian S, Lu L, Robbins PD, Trucco M, Giannoukakis N.  Immunosuppressive effects of glucosamine.  *J Biol Chem* 2002;277:39343-39349.

238. Forchhammer L, Thorn M, Met O, Gad M, Weidner MS, Claesson MH.  Immunobiological effects of glucosamine in vitro.  *Scand J Immunol* 2003;58:404-411.

239. Dean DD, Martel-Pelletier J, Pelletier J-P, Howell DS, Woessner JF Jr.  Evidence for metalloproteinase and metalloproteinase inhibitor (TIMP) imbalance in human osteoarthritis.  *J Clin Invest* 1989;84:678-685.

240. Pelletier J-P, Roughley P, Di Battista JA, McCollum R, Martel-Pelletier J.  Are cytokines involved in osteoarthritic pathophysiology?  *Semin Arthritis Rheum* 1991;20(Suppl. 2):12-25.

241. Hua J, Sakamoto K, Nagaoka I.  Inhibitory actions of glucosamine, a therapeutic agent for osteoarthritis, on the functions of neutrophils.  *J Leukoc Biol* 2002;71:632-640.

242. Lee K-Y, Shibutani M, Takagi H, Arimura T, Takigami S, Uneyama C, Kato N, Hirose M.  Subchronic toxicity study of dietary *N*-acetylglucosamine in F344 rats.  *Food Chem Toxicol* 2004;42:687-695.

243. Anderson JW, Nicolosi RJ, Borzelleca JF.  Glucosamine effects in humans:  A review of effects on glucose metabolism, side effects, safety considerations and efficacy.  *Food Chem Toxicol* 2005;43:187-201.

244. Anonymous.  Glucosamine sulfate.  *Altern Med Review* 1999;4:193-195.

245. Caron JP, Peters TL, Hauptman JG, Eberhart SW, Orth MW.  Serum concentrations of keratan sulfate, osteocalcin, and pyridinoline crosslinks after oral administration of glucosamine to standardbred horses during race training. *Am J Vet Res* 2002;63:1106-1110.

246. Vetter G. Lokale therapie der arthrosen mit glukoaminen (Dona 200). [Local therapy of arthroses with glucosamines (Dona 200).] *Munch Med Wochenschr* 1969;111:1499-1502.

247. Crolle G, D'Este E. Glucosamine sulphate for the management of arthrosis:  A controlled clinical investigation. *Curr Res Med Opinion* 1980; 7(2):104-109.

248. D'Ambrosio E, Casa B, Bompani R, Scali G, Scali M. Glucosamine sulphate: a controlled clinical investigation in arthrosis. *Pharmatherapeutica* 1981; 2(8):504-508.

249. Cibere J, Thorne A, Kopec JA, Singer J, Canvin J, Robinson DB, Pope J, Hong P, Grant E, Lobanok T, Ionescu M, Poole AR, Esdaile JM.  Glucosamine sulfate and cartilage type II collagen degradation in patients with knee osteoarthritis: Randomized discontinuation trial results employing biomarkers.  *J Rheumatol* 2005;32:896-902.

250. Das A Jr, Hammad TA.  Efficacy of a combination of FCHG49™ glucosamine hydrochloride, TRH122™ low molecular weight sodium chondroitin sulfate and manganese ascorbate in the management of knee osteoarthritis.  *Osteoarthritis Cartilage* 2000;8:343-350.

251. Leffler CT, Philippi AF, Leffler SG, Mosure JC, Kim PD.  Glucosamine, chondroitin, and manganese ascorbate for degenerative joint disease of the knee or low back:  A randomized, double-blind, placebo-controlled pilot study.  *Mil Med* 1999;164:85-91.

252. Nguyen P, Mohamed SE, Gardiner D, Salinas T.  A randomized double-blind clinical trial of the effect of chondroitin sulfate and glucosamine hydrochloride on temporomandibular joint disorders:  A pilot study.  *Cranio* 2001;19:130-139.

253. Breborowicz A, Polubinska A, Simon M, Tam P, Wu G.  *N*-Acetylglucosamine - An osmotic solute for peritoneal dialysis without inducing hyperinsulinemia. *Blood Purif* 2004;22:183-187.

254. Bosch RR, Pouwels MJ, Span PN, Olthaar AJ, Tack CJ, Hermus AR, Sweep CG. Hexosamines are unlikely to function as a nutrient-sensor in 3T3-L1 adipocytes: A comparison of UDP-hexosamine levels after increased glucose flux and glucosamine treatment.  *Endocrine* 2004;23:17-24.

255. Ciaraldi TP, Carter L, Nikoulina S, Mudaliar S, McClain DA, Henry RR. Glucosamine regulation of glucose metabolism in cultured human skeletal muscle cells:  Divergent effects on glucose transport/phosphorylation and glycogen synthase in non-diabetic and type 2 diabetic subjects.  *Endocrinology* 1999;140:3971-3980.

256. Han DH, Chen MM, Holloszy JO.  Glucosamine and glucose induce insulin resistance by different mechanisms in rat skeletal muscle.  *Am J Physiol Endocrinol Metab* 2003;285:E1267-E1272.

257. Anello M, Spampinato D, Piro S, Purrello F, Rabuazzo AM.  Glucosamine-induced alterations of mitochondrial function in pancreatic β-cells:  Possible role of protein glycosylation.  *Am J Physiol Endocrinol Metab* 2004;287:E602-E608.

258. Bailey CJ, Turner SL.  Glucosamine-induced insulin resistance in L6 muscle cells.  *Diabetes Obesity Metab* 2004;6:293-298.

259. Heart E, Choi WS, Sung CK.  Glucosamine-induced insulin resistance in 3T3-L1 adipocytes.  *Am J Physiol* 2000;278:E103-E112.

260. Marshall S, Nadeau O, Yamasaki K.  Dynamic actions of glucose and glucosamine on hexosamine biosynthesis in isolated adipocytes:  Differential effects on glucosamine 6-phosphate, UDP-*N*-acetylglucosamine, and ATP levels.  *J Biol Chem* 2004;279:35313-35319.

261. Echard BW, Talpur NA, Funk KA, Bagchi D, Preuss HG.  Effects of oral glucosamine and chondroitin sulfate alone and in combination on the metabolism of SHR and SD rats.  *Mol Cell Biochem* 2001;225:85-91.

262. Wallis MG, Smith ME, Kolka CM, Zhang L, Richards SM, Rattigan S, Clark MG.  Acute glucosamine-induced insulin resistance in muscle in vivo is associated with impaired capillary recruitment.  *Diabetologia* 2005;48:2131-2139.

263. Yu JG, Boies SM, Olefsky JM.  The effect of oral glucosamine sulfate on insulin sensitivity in human subjects.  *Diabetes Care* 2003;26:1941-1942.

264. Tannis AJ, Barban J, Conquer JA.  Effect of glucosamine supplementation on fasting and non-fasting plasma glucose and serum insulin concentrations in healthy individuals.  *Osteoarthritis Cartilage* 2004;12:506-511.

265. Scroggie DA, Albright A, Harris MD.  The effect of glucosamine-chondroitin supplementation on glycosylated hemoglobin levels in patients with type 2 diabetes mellitus.  *Arch Intern Med* 2003;163:1587-1590.

266. Levin RM, Krieger NN, Winzler RJ.  Glucosamine and acetylglucosamine tolerance in man.  *J Lab Clin Med* 1961;58:927-931.