# Michael John Glade, Ph.D.

## 8612 Kedvale Avenue, Skokie IL 60076

## TEL:  (847)-329-9818          e-mail:  thenutritiondoctor@yahoo.com

**EDUCATION:**

| | |
|---|---|
| **Ph.D.,**  Animal Science - Nutrition<br>Cornell University, Ithaca, New York | 1979 |
| **Bachelor of Science,**  Molecular Biology<br>Massachusetts Institute of Technology, Cambridge, Massachusetts | 1973 |

**PROFESSIONAL AND CAREER OBJECTIVES:**

To contribute to the improvement of public health in the areas of nutrition and public health policy through an internationally recognized nutrition program

**LICENSES, CERTIFICATIONS, HONORS:**

| | |
|---|---|
| Licensed Dietitian (L.D.), State of Illinois | 1995 to present |
| Certified Nutrition Specialist (C.N.S.) | 1993 to present |
| Fellow, American College of Nutrition (F.A.C.N.) | 1992 to present |
| Honorary Member, Irish Veterinary Medical Association | 1988 to present |

**EXPERIENCE:**

| | |
|---|---|
| **Independent Consultant** | 1985 to present |
| **Senior Research Analyst**, ECRI, Plymouth Meeting, PA | 1997 to 1998 |
| **Senior Scientist**, American Medical Association, Chicago, IL | 1990 to 1997 |
| **Visiting Scientist/Research Assistant Professor**<br>Northwestern University, Chicago, IL | 1986 to 2002 |
| **Assistant Professor**, University of Maryland, College Park, MD | 1981 to 1986 |
| **Assistant Professor**, Rutgers University, New Brunswick, NJ | 1979 to 1981 |

Michael J. Glade, Ph.D.


**Director and Nutritionist Adviser to the Board of Directors**
International College of Advanced Longevity Medicine                                    1998 to 2000

**Member, Advisory Board**
Society for Integrative Medicine                                                        1998 to present
National Graves' Disease Foundation                                                     1992 to 2001

**Recorder**
Nutrition Sciences Education and Research Fund                                          1997 to 2001

**Designated Representative of the C.B.N.S.**
Intersociety Physician Nutrition Education Consortium                                   1996 to present

**Lecturer**
Capital University of Integrative Medicine, Washington, DC                              1999 to present
New York Chiropractic College (Diplomate in Nutrition program)                         1998 to present
Northwestern University Medical School, Chicago, IL                                     1990 to 2002

**Part-Time Faculty**
Biostatistics, University of Bridgeport, Bridgeport, Connecticut                        1993 to present

**Adjunct Faculty**
Union Institute, Cincinnati, Ohio                                                       2000 to present

**Editorial Board Member**
*Nutrition: The International Journal of Applied and Basic Nutritional Sciences*        1992 to present
*Journal of the American Nutraceutical Association*                                     2003 to present

**Co-Editor**, American Medical Association newsletter, *Technology News*               1995 to 1997

**Manuscript Reviewer**
*The Journal of the American Medical Association, The Journal of the American*
*College of Nutrition, Nutrition,* and other peer-reviewed journals                    1980 to present

**Council Coordinator**
American College of Nutrition                                                           1994 to 1998

**Certification Board for Nutrition Specialists**
Director                                                                                1992 to present
Director of Educational Programs                                                        2001 to present
President                                                                               1996 to 1999
Vice-President                                                                          1992 to 1996
Editor, Certifying Examination, Certification Board for Nutrition Specialists           1992 to 2001
Editor/Author
    *1996 Study Guide for the Certifying Examination for Certified Nutrition Specialists*    1996
    *1996 Candidate's Guide for Licensure as a Nutrition Counselor, State of Illinois*       1996
    *1999 Study Guide for the Certifying Examination for Certified Nutrition Specialists*    1999
    *Study Guide for the Certifying Examination for Certified Nutrition Specialists*:
        *3rd Edition*                                                              2002
Lecturer, "Fundamentals of Human Nutrition" Review Course                               2002 to present

Michael J. Glade, Ph.D.

## **Complete Nutrition Expertise**                     May 1998 to present

8612 Kedvale Avenue
Skokie IL 60076

- technical support
- educational/promotional materials
- seminars and symposia
- publications
- labeling
- regulatory affairs

- scientific product support
- policy development
- research protocol evaluation
- research design/implementation
- data analysis and interpretation
- product formulation

Product formulation and development projects have emphasized the rational combination of select vitamins, minerals, herbs, and phytonutrients and phytomedicines into formulas for individuals who are attempting to quit smoking or who are afflicted with alcoholism, caffeine dependency, colorectal cancer, breast cancer, cardiovascular disease, osteoporosis, arthritis or celiac disease. These projects have included the assembly of scientific substantiation for both product ingredients and product labeling.

Consulting Clinical Nutritionist
(North Shore Wellness and Cosmetic Surgery            September 1999 to July 2003)
North Shore Center for Body Contouring                    July 2003 to present
281 Waukegan Road, Northfield, IL 60093

Patient care in the areas of nutritional support for cancer management, restoration of intestinal function, diabetes, chronic fatigue, multiple sclerosis, mental illness, skeletal function, heart disease, chronic fatigue syndrome, fibromyalgia, morbid obesity, yeast infection and smoking cessation.

Nutritionist/Medical Advisor                              September 2000 to present
Lake County Chapter, Celiac-Sprue Association

3

Michael J. Glade, Ph.D.

Past consulting projects:

Identification and substantiation of structure/function statements for dietary supplements containing ginseng (prepared for a commercial client).

Substantiation of new health claims for dietary supplements containing folic acid (prepared for a petition submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing antioxidant vitamins (prepared for petitions submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing selenium (prepared for petitions submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing phosphatidylserine (prepared for petitions submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing glucosamine (prepared for petitions submitted to the FDA). [This health claim was rejected by the FDA.]

Substantiation of new health claims for dietary supplements containing chondroitin sulfate (prepared for petitions submitted to the FDA). [This health claim was rejected by the FDA.]

Substantiation of new health claims for dietary supplements containing calcium (prepared for petitions submitted to the FDA). [These health claims are awaiting approval by the FDA.]

Substantiation of new health claims for dietary supplements containing lycopene (prepared for petitions submitted to the FDA). [These health claims are awaiting approval by the FDA.]

Substantiation of new health claims for dietary supplements containing chromium (prepared for petitions submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing eicosapentaenoic acid and docosahexaenoic acid (prepared for petitions submitted to the FDA). [This health claim was approved by the FDA.]

Substantiation of new health claims for dietary supplements containing coenzyme $Q_{10}$ (prepared for a petition submitted to the FDA). [These health claims are awaiting approval by the FDA.]

Michael J. Glade, Ph.D.

Substantiation of new health claims for dietary supplements containing *S*-adenosylmethionine (prepared for a petition submitted to the FDA). [These health claims are awaiting approval by the FDA.]

Design of human trials to demonstrate the effectiveness and safety of new dietary ingredients (prepared for commercial clients).

Preparation of the scientific background for petitions to FDA requesting approval to import new dietary ingredients (prepared for commercial clients).

Design of human trials to demonstrate the effectiveness and safety of various dietary supplements (prepared for commercial clients).

Scientific analysis of scientific manuscripts in several copyright infringement cases.

Substantiation of structure/function statements made for several dietary supplements (prepared for commercial clients).

Data analysis for the development of normal reference intervals for a series of new diagnostic tests.

Scientific substantiation and validation of a survey instrument for the assessment of overall health.

Scientific substantiation of a dietary supplement formulation for the support of cognitive functions (prepared for a commercial client).

Evaluation of the safety and effectiveness of a dietary supplement formulation for the chelation of heavy metals (prepared for a commercial client).

Evaluation of the safety and effectiveness of a dietary supplement formulation for enlargement of the human female breast (prepared for a commercial client).

Evaluation of the safety and effectiveness of dietary supplement formulations for enhancement of weight loss (prepared for commercial clients).

Evaluation of the safety and effectiveness of dietary supplement formulations for enhancement of sexual function (prepared for commercial clients).

Evaluation of the safety and effectiveness of dietary supplement formulations for enhancement of immune function (prepared for commercial clients).

Evaluation of the safety and effectiveness of dietary supplement formulations for enhancement of sleep (prepared for a commercial client).

Evaluation of the safety and effectiveness of dietary supplement formulations for enhancement of vision (prepared for a commercial client).

Evaluation of the safety and effectiveness of a dietary supplement formulation for reduction of serum total cholesterol concentration (prepared for a commercial client).

Michael J. Glade, Ph.D.

Evaluation of the safety and effectiveness of a dietary supplement formulation for reduction of cellulite (prepared for a commercial client).

Evaluation of the safety and effectiveness of a dietary supplement formulation for topical pain relief (prepared for a commercial client).

Consultations with the Deputy Commissioner and Chief Counsel of the Food and Drug Administration concerning the scientific substantiation of proposed health claims for dietary supplements.

Evaluation of the Food and Drug Administration assessment of the safety of small amounts of ephedrine alkaloids added to dietary supplements.

Preparation and presentation of expert testimony concerning issues in litigation.


Presentations since May 1998:

Herbal management of diabetes. Natural Pharmacy East, Arlington, VA, October 1998.

Nutritional support for breaking nicotine addiction. International College for Advancement of Longevity Medicine Fall Symposium, Reno, NV, October, 1998.

Nutritional support for breaking nicotine addiction. Sixth International Congress of the American Academy of Anti-Aging Medicine, Las Vegas, NV, December, 1998.

Nutritional support for breaking nicotine addiction: A randomized, double-blind, placebo-controlled evaluation of a proprietary dietary supplement. American College of Nutrition Annual Symposium, Washington, DC, October, 1999

Efficacy of an enzyme product derived from *Aspergillus niger* and bromelain (AbsorbAid™) in improving protein absorption in nursing home patients on tube feeding. American College of Nutrition Annual Symposium, Las Vegas, NV, October, 2000.

Preventing cancer with nutrition. Prevention Plus, Oak Park, IL, October, 2000.

Celiac disease. Healthy Eating Seminar Series, Lake County Chapter, Celiac-Sprue Association, Waukegan, IL, October, 2000.

Gluten sensitivity and other digestive disorders. Healthy Eating Seminar Series, Lake County Chapter, Celiac-Sprue Association, Deerfield, IL, January, 2001.

Digestive disease; celiac disease; digestive ecology; using diagnostic technology to target trace elements and vitamin therapy. American Naprapathic Association, Countryside, IL, April 22, 2001.

Biomarkers of aging. Chicagoland Anti-Aging Conference, Wilmette, IL, May 19, 2001.

Restoration of digestive ecology. Designs for Health – Advanced Training in Clinical Nutrition, Designs for Health Institute, Boulder, CO, June 30, 2001.

The relationship between digestive tract function and autism. In-service training, Pfeiffer Foundation, Naperville, IL, July 2001.

Nutrition and brain function. Amer, Naprapathic Assoc., Countryside, IL, April 7,2002.

Michael J. Glade, Ph.D.

Fundamentals of Human Nutrition. Two-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, Ft. Lauderdale, FL, May 15-16, 2002.

Fundamentals of Human Nutrition. Two-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, San Antonio, TX, October 2-3, 2002.

Fundamentals of Human Nutrition. Two-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, New York, NY, April 5-6, 2003.

Fundamentals of Human Nutrition. Two-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, Miami, FL, April 23-24, 2003.

Fundamentals of Human Nutrition. Three-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, Nashville, TN, October 6-8, 2003.

Fundamentals of Human Nutrition. Three-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, Chicago, IL, March 26-28, 2004.

Fundamentals of Human Nutrition. Three-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, New York, NY, April 4-6, 2004.

Fundamentals of Human Nutrition. Three-day Review Course for physicians, chiropractors, naturopaths, dietitians, nutritionists, nurses and dentists, Long Beach, CA, September 27-29, 2004.

Scientific Substantiation of Structure/Function Claims. Supply Side East. Baltimore, MD, May 5, 2005.

Teaching Lecture Topics since May 1998:

Environmental medicine and detoxification therapy.
Carbohydrate nutrition and nutritional therapy.
Protein nutrition and nutritional therapy.
Nutritional and herbal management of diabetes.
Nutritional therapeutics in cancer.
Nutrition and cancer prevention for consumers.
Celiac disease and its prevention and treatment.
Free radical and antioxidant biology.
Biostatistics for nutritionists (I designed and am teaching this course both in-class and over the internet).

Michael J. Glade, Ph.D.

## ECRI

5200 Butler Pike, Plymouth Meeting, PA  19462                    August 1997 to May 1998

**SENIOR RESEARCH ANALYST**
**Technology Assessment**

Evaluation of medical, nutritional, and technological therapies and diagnostic techniques for human endocrine, metabolic, musculoskeletal, and nutritional diseases.

Quality Assurance Manager, National Guidelines Clearinghouse (with AHCPR)

Participant in database design, National Guidelines Clearinghouse (with AHCPR)

Statistical expert, diagnostic technologies and meta-analysis

Provide in-house expertise to ECRI Management on food, device, drug, agriculture and nutrition-related health, policy, legal, and regulatory matters.

SUPERVISOR:          Charles Turkelson, Ph.D.
                     Chief Research Analyst
                     Technology Assessment
                     ECRI

Michael J. Glade, Ph.D.

## AMERICAN MEDICAL ASSOCIATION

515 N. State St.  Chicago, IL 60610                                    1993 to 1997

**SENIOR SCIENTIST, Technology Assessment & Nutrition**
**Department of Technology Assessment**

Evaluation of medical, nutritional, and technological therapies and diagnostic techniques for human endocrine, metabolic, musculoskeletal, and nutritional diseases.

Development of Technology Assessments for the AMA *Diagnostic and Therapeutic Technology Assessment (DATTA)* project:

    Diagnostic Value of Plasma Lp(a) Concentrations

    Diagnostic Value of Plasma Apolipoproteins

    Diagnostic Value of Serum Thyroid-Stimulating Hormone (TSH)

    Diagnostic Value of Computerized Dynamic Posturography

    Diagnostic Value of 24-hour Esophageal pH Monitoring

    Therapeutic Value of Peripheral Parenteral Nutrition

    Therapeutic Value of Intraoperative Radiotherapy

    Therapeutic Value of Speech Therapy in Otitis Media

    Therapeutic Value of Recombinant Human Growth Hormone (rhGH) in Children with Short Stature

    Therapeutic Value of Mononuclear Leukocyte ("Buffy Coat") Infusions in Chronic Myelocytic Leukemia

    Therapeutic Value of Medicinal Leeches

    Therapeutic Value of Pedicle Screw Spinal Fixation Systems

    Therapeutic Value of Recombinant Human Growth Hormone (rhGH) in Children with Gonadal Dysgenesis

**Related Duties:**

Statistician; perform statistical analyses for all physician surveys administered by the *DATTA* project.

Co-Editor of the monthly AMA newsletter, *Technology News.*

Provide in-house expertise to AMA Senior Management on food, device, drug, agriculture and nutrition-related health, policy, legal, and regulatory matters.

Secretary, AMA House of Delegates Reference Committee E (advise AMA policy committees on medicine, nutrition, and public health).

Michael J. Glade, Ph.D.

**Publications:**

| Published In: | No. of Publications: |
|---|---|
| *DATTA* Assessments: | 13 |
| peer-reviewed journals: | 4 |
| Proceedings chapters: | 4 |
| book reviews: | 11 |
| general public press: | 16 |
| peer-reviewed journals (submitted): | 5 |

Original articles published in the monthly AMA newsletter, *Technology News*:

| | |
|---|---|
| Risk Assessment in the Establishment of Upper Safe Limits for Nutrient Intakes | 12/96 |
| Dietary Fat and Cancer: Molecular Mechanisms | 10/96 |
| Clinical Significance of Melatonin (with B. Kendler) | 9/96 |
| Designing, Testing, and Labeling Reusable Medical Devices for Reprocessing in Health Care Facilities | 6/96 |
| Dietary Phytochemicals in Cancer Prevention and Treatment | 11/95 |
| Electromagnetic Compatibility for Medical Devices: Issues and Solutions | 9/95 |
| FDA/NIH-Sponsored Conference: Comparing Treatments: Safety, Effectiveness, and Cost-Effectiveness | 5/95 |
| Clinical Significance of Oxidative Stress (with B. Kendler) | 11/95 |
| Diet and Cancer: Molecular Mechanisms of Interactions | 1-2/95 |
| Management of Disorders of Cholesterol, Triglyceride, and Lipoprotein Metabolism | 11/94 |
| AMA Annual Meeting Update (with S. Kalousdian) | 7-8/94 |
| Drug and Device-Induced Disease: Developing a Blueprint for the Future | /94 |
| AMA Interim Meeting Update (with S. Kalousdian) | 1-2/94 |
| AMA Annual Meeting Update (with S. Kalousdian) | 8/93 |
| Breast Cancer Risk and Diet | 1/93 |

Author of AMA policy statements on nutrition issues:

food irradiation;

lipoproteinemia;

bacterial contamination of meat;

dietary calcium requirements;

folic acid supplementation to prevent neural tube defects;

thiamin supplementation of alcoholic beverages to prevent polyneuropathy;

neonatal hyponatremia from hypo-osmolar bottled water

Michael J. Glade, Ph.D.

**Speaking Invitations:**

The Dietary Supplement and Health Education Act of 1994. Annual Meeting of the American College of Nutrition, Washington, DC, October, 1995.

Innovation in clinical nutrition. Harvard University, May 6, 1995.

Environmental medicine. New York Chiropractic College, April 29, 1995.

Environmental medicine. New York Chiropractic College, September 11, 1994.

**Additional Responsibilities:**

Meeting with representatives of the Food and Drug Administration, the US Department of Agriculture, and other federal agencies concerning:

      food, device and drug regulation;

      food safety;

      direct to consumer advertising of medical therapies.

Collaboration with other AMA staff in the development of scripts for television programs aired on American Medical Television.

Represented AMA on "National Educational Forum on Food Safety Issues."

Book Review Editor, *Nutrition: The International Journal of Applied and Basic Nutritional Sciences*.

Reviewed manuscripts submitted to *the Journal of the American Medical Association*, *the Journal of the American College of Nutrition*, and other peer-reviewed journals.

Reviewed advertisements intended for use in AMA publications.

Policy paper reviewer for the Council for Agricultural Science and Technology (CAST).

**Invitations to Chair National Meetings:**

Invited to chair and organize a session on "Nutritional Controversies" at the 1996 Annual Meeting of the American College of Nutrition, San Francisco.

Invited to serve as co-chairman of a session of the 1994 Malnutrition and AIDS Symposium, Los Angeles.

Invited to serve as co-chairman of a session of the 1994 Annual Meeting of the American College of Nutrition, Atlanta.

SUPERVISOR:      Sona Kalousdian, MD, MPH
                       Department Director, Department of Technology Assessment
                       American Medical Association
                       (773) 384-4915

Michael J. Glade, Ph.D.

## AMERICAN MEDICAL ASSOCIATION

515 N. State St. Chicago, IL 60610                                    1990 to 1993

### SENIOR SCIENTIST, Endocrinology, Metabolism & Nutrition
### Department of Drugs

Evaluation of medical and nutritional therapies and diagnostic techniques for human endocrine, metabolic, musculoskeletal, and nutritional diseases.

Extensive revision of chapters in the Congressionally-recognized compendium of FDA-approved unlabeled drug use and nutritional therapy, *AMA Drug Evaluations*:

Fluid, Electrolyte, and Acid-Base Therapy (pp. 865-880*)
Drugs Used for Urolithiasis (pp. 907-924)
Drugs Used in Adrenocortical Dysfunction (pp. 1017-1036)
Drugs Used in Thyroid Disease (pp. 1037-1062)
Vitamins and Minerals (pp. 2283-2306)
Parenteral and Enteral Nutrition (pp. 2307-2362)
Drugs Used in Obesity (pp. 2439-2454)
Treatment of Disorders of Cholesterol and Lipoprotein Metabolism (pp. 2455-2500)

(* page numbers as in the 1995 edition)

Assistant Secretary, AMA House of Delegates Reference Committee E (advise AMA policy committees during development of policies concerning medicine, nutrition, and public health).

Collaboration with other AMA staff in the development of scripts for television programs aired on American Medical Television

### Publications:

| Published In: | No. of Publications: |
|---|---|
| *AMA Drug Evaluations* Chapters: | 8 |
| peer-reviewed journals: | 12 |
| Proceedings chapters: | 6 |
| book reviews: | 1 |
| general public press: | 6 |

### Speaking Invitations:

A review of hormonal regulation of cartilage growth in foals. Symposium on Equine Osteochondrosis, Cambridge University, United Kingdom, September, 1992.

Marginal copper deficiency as a cause of defective angiogenesis in chondrodysplasia. Symposium on Equine Osteochondrosis, Cambridge University, United Kingdom, September, 1992.

Michael J. Glade, Ph.D.

Endocrine regulation of equine growth plate chondrocytes. Symposium on Equine Osteochondrosis, Cambridge University, United Kingdom, September, 1992.

Equine osteochondrosis as a manifestation of induced episodic "pseudohypothyroidism." Symposium on Equine Osteochondrosis, Cambridge University, United Kingdom, September, 1992.

Insulin and thyroid hormones influence matrix production by chondrocytes. Seminars in Endocrinology, Northwestern University, Chicago, IL, April 2, 1991.

**Additional Responsibilities:**

Meetings with representatives of the Food and Drug Administration, the US Department of Agriculture, and other federal agencies concerning:

> food, device and drug regulation;
>
> food safety;
>
> direct to consumer advertising of medical therapies

Collaboration with Centers for Disease Control in development of recommendations concerning folic acid and the prevention of neural tube defects (*Morbidity and Mortality Weekly*, August 2, 1991, and September 21, 1992).

Author of AMA policy statement on monosodium glutamate.

Provide in-house expertise to AMA Senior Management on food, device, drug, agriculture and nutrition-related health, policy, legal, and regulatory matters.

Represented AMA on "National Educational Forum on Food Safety Issues".

Book Review Editor, *Nutrition: The International Journal of Applied and Basic Nutritional Sciences*.

Review manuscripts submitted to *the Journal of the American Medical Association, the Journal of the American College of Nutrition*, and other peer-reviewed journals.

Review advertisements intended for use in AMA publications.

Coordinator, Council on Endocrinology, Bone, and Minerals; American College of Nutrition.

Advisory Board Member, National Graves' Disease Foundation

SUPERVISOR:      Joseph Cranston, Ph.D.
                 Department Director
                 Department of Drugs
                 American Medical Association

Michael J. Glade, Ph.D.

## NORTHWESTERN UNIVERSITY

303 E. Chicago Avenue, Chicago, IL 60610                         1986 to 1990

**RESEARCH ASSISTANT PROFESSOR**
**Department of Pharmacology**

Funded originally as an NIH Senior Fellowship, this position - including both research and teaching - has been continued on a part-time, unpaid basis through the present time as a Visiting Scientist, Department of Molecular Pharmacology and Biological Chemistry

Laboratory and field research; presentation and publication of research findings; fund raising; maintenance of laboratory; practice of safe and proper animal housing and handling; practice of safe handling of hazardous substances.

Concentration on the effects of nutrients, hormones and growth factors on skeletal development and disease.

Guest lectures on pancreatic and thyroid disease and their prevention and medical and nutritional management.

**Publications:**

| Published In: | No. of Publications: |
|---|---|
| peer-reviewed journals: | 11 |
| Proceedings chapters: | 8 |
| abstracts: | 4 |
| general public press: | 98 |

**Speaking Invitations:**

Response of arthritic chondrocytes to polysulfated glycosaminoglycans. Skeletal Biology Program, Case Western Reserve University, Cleveland OH, May 14, 1990.

Flora and fauna of Africa and Europe. Department of Pharmacology, Northwestern University, Chicago, IL, February 9, 1989.

Influences of diet and endocrinology on equine developmental orthopedic disease. Department of Animal Sciences, University of Guelph, Ontario, Canada, January 18, 1989.

Diet and growth quality. Equine management class, University of Guelph, Ontario, Canada, January 18, 1989.

Fermentation enhancers. Department of Animal Sciences, University of Guelph, Ontario, Canada, January 17, 1989.

Nitrogen metabolism in the equine. Equine management class, University of Guelph, Ontario, Canada, January 16, 1989.

Michael J. Glade, Ph.D.

Feeding and management of pleasure and show horses. Potomac Horse Club, Silver Spring, MD, October, 1988.

Feeding and management of pleasure and show horses. Potomac Horse Club, Silver Spring, MD, October, 1988.

Homeorrhesis and the growing animal. Biological Sciences Seminar, University College, Dublin, Ireland, October 17, 1988.

Nutrition and developmental disorders of equidae. Department of Zoology, University College, Dublin, Ireland, October 17, 1988.

Nitrogen metabolism in horses. Veterinary College of Ireland, Dublin, Ireland, October 14, 1988.

The role of yeast culture in the nutritional management of young horses. 100th Irish Veterinary Congress, Dublin, Ireland, September 23, 1988.

The role of endocrine factors in equine developmental orthopedic disease. Developmental Orthopedic Disease Panel, American Association of Equine Practitioners Annual Meeting, New Orleans, LA, November 29, 1987.

Diet, chondrodysplasias and animals. Oral Biology Seminar, Northwestern University, Chicago, IL, October 29, 1987.

Effects of yeast culture on nitrogen metabolism in young horses. Alltech Biotechnology Symposium, Lexington, KY, April, 1987.

Bibliometric analysis of research activity in Brazil. Central Intelligence Agency, MacClean, VA, March, 1987.

Bibliometric analysis of research activity in Spain. Ministry of Science and Education, Madrid, Spain, March, 1987.

Cartilage disorders associated with changes in thyroid hormone metabolism. The Chicago Endocrine Society, Chicago, IL, December, 1986.

Dietary causes of osteochondrosis. Pathology Seminar, Northwestern University, Chicago, IL, April, 1986.

Michael J. Glade, Ph.D.

## UNIVERSITY OF MARYLAND

College Park, Maryland                                                         1981 to 1986

**ASSISTANT PROFESSOR, Department of Animal Sciences**
**College of Agricultural Sciences**

**Teaching:** (Class, laboratory, barn; lecture, hands-on formats)

Animal Husbandry (nutrition, diet formulation, diseases, management, genetics, physiology, functional morphology)

Animal Training (including principles of animal behavior and their application to training)

Safe Animal Handling (including principles of animal behavior and their application to safe practices in handling animals)

Protein Nutrition (graduate course)

**Training:**

How to Teach and Supervise Animal Training (undergraduate and graduate students; written materials; videotapes)

Laboratory Techniques (undergraduate and graduate students)

Field Research Techniques (undergraduates and graduates)

Dissertation and Scientific Writing

Grant Proposal Preparation

**Research:**

Animal Nutrition and Physiology Projects, including several in collaboration with the National Zoo, Washington, DC

**Publications:**

| Published In:           | No. of Publications: |
|-------------------------|----------------------|
| peer-reviewed journals: | 17                   |
| Proceedings chapters:   | 8                    |
| abstracts:              | 8                    |
| general public press:   | 73                   |

**Other projects:**     (in addition to those documented in publications)

> hormone secretion rates in pigs
>
> skeletal growth in monkeys
>
> pharmacokinetics of ivermectin in bullfrogs
>
> growth hormone concentrations in horses and zebras

Michael J. Glade, Ph.D.

**Invitation to Chair National Meeting:**

Invited to serve as co-chairman of a Non-Ruminant Nutrition session at the 1982 meeting of the American Society of Animal Science, Guelph, Ontario, Canada.

**Speaking Invitations:**

Quality feed management: tips for proper production and storage. Baltimore Horse Seminar, March, 1985.

Dietary carbohydrate induction of the multiple-messenger, inositol-calmodulin pathway. Animal Sciences Seminar, University of Maryland, February, 1985.

The use of ultrasound to monitor neonatal bone development. Invited seminar, Walter Reed Medical Center, Washington, DC, December, 1984.

Mechanisms of dietary induction of osteochondrosis. Invited seminar, Department of Animal Science, University of Alberta, Edmonton, Canada, August, 1984.

The Use of Self-Supervised Activity to Acquaint College Students with the Teacher-Student Dynamic. 10th International Conference, Improving University Teaching, College Park, MD, July, 1984.

Diagnostic ultrasound - a non-invasive method for examining bone. Pediatric Research Conference, University of Maryland School of Medicine, May, 1984.

Electrical stimulation of bone healing. Alice Deal Science Day, May, 1984.

Non-Traditional feeding practices for the performance horse. Maryland Nutrition Conference, Baltimore, MD, March, 1984.

The use of ultrasound. Nutritional Sciences Colloquium, University of Maryland, February, 1984.

Nutrient-hormone interactions and their impact on growth. Nutritional Sciences Colloquium, University of Maryland, February, 1984.

Feeding horses for a lot less money. Eastern Amateur Arabian Horse Show Circuit Fall Meeting, December, 1983.

Equine nutritional requirements. Baltimore Horse Seminar, November, 1983.

The costs of owning a horse, Maryland Society for the Prevention of Cruelty to Animals Field Day, May, 1983.

Ultrasonic measurement of bone strength. Alice Deal Science Day, April, 1983.

Nutritional manipulation of bone and joint development in growing horses. Maryland Nutrition Conference, Washington, DC, March, 1982.

Developmental origins of growth abnormalities. Animal Sciences Seminar, University of Maryland, October, 1981.

Michael J. Glade, Ph.D.

**Additional Responsibilities:**

Design of Animal Habitats:

Personally redesigned three multi-acre animal housing facilities, and assisted in their physical renovation

Animal Care:

Collaboration with veterinarians in prophylactic and interventive medical care, including personally:

> administering medications by mouth
> injection (intramuscular; intravenous)
> nasogastric intubation; rectal gavage
> bandaging; suturing
> development of growth plate biopsy procedure for ungulates
> necropsy

Animal Management:

Directly responsible for the management, breeding, and training of up to 120 horses residing at multi-building and multi-site facilities whose activities encompassed teaching, research, breeding, continuing adult education, veterinary care, demonstrations

Supervision of Personnel:

Supervision of up to two dozen permanent and temporary full and part time employees and volunteers engaged in animal husbandry

Record Keeping; Budgets:

Directly responsible for planning, developing, administering, and adhering to expense and revenue budgets, and for extensive and comprehensive record-keeping concerning all facets of a major university equine program

Fund-Raising:

Obtaining funds to support all programs and activities

Sources included federal agencies, state agencies, private foundations, private individuals, corporate entities, animal sales, animal rental

Michael J. Glade, Ph.D.

## RUTGERS UNIVERSITY

New Brunswick, NJ                                                                    1979 to 1981

### ASSISTANT PROFESSOR, Department of Animal Sciences

**Teaching:** (Class, laboratory, barn; lecture, hands-on formats):

Animal Husbandry (nutrition, diet formulation, diseases, management, genetics, physiology, functional morphology)

Animal Training (including principles of animal behavior and their application to training)

Safe Animal Handling (including principles of animal behavior and their application to safe practices in handling animals)

### Training:

Field Research Techniques (undergraduates and graduates)

Grant Proposal Preparation

### Research:

Animal Nutrition and Physiology Projects

### Publications:

| Published In: | No. of Publications: |
|---|---|
| Proceedings chapters | 1 |
| abstracts | 1 |

### Speaking Invitations:

Digestive physiology of the horse. Animal Sciences Seminar, University of Maryland, September, 1980.

Similarities between effects of dexamethasone on growing cartilage and osteochondrosis dissecans. Animal Science Seminar, University of California at Davis, April, 1980.

Osteochondrosis dissecans and growth suppression in dexamethasone treated horse foals. American Association of Equine Practitioners Annual Meeting, Miami Beach, December, 1979.

Effects of dexamethasone on calcium metabolism of pony foals.    Animal Sciences Seminar, Rutgers University, May, 1979.

Michael J. Glade, Ph.D.

**Additional Responsibilities:**

Design of Animal Habitats:

Personally redesigned a multi-acre animal housing facility, and assisted in its physical renovation

Animal Care:

Collaboration with veterinarians in prophylactic and interventive medical care, including personally:

>administering medications by mouth
>injection (intramuscular; intravenous)
>nasogastric intubation; rectal gavage
>bandaging; suturing; necropsy

Animal Management:

Directly responsible for the management, breeding, and training of up to 11 horses residing at multi-building and multi-site facilities whose activities encompassed teaching, research, continuing adult education, veterinary care, demonstrations

Supervision of Personnel:

Directly responsible for the supervision of two permanent part time employees and a dozen or so volunteers engaged in animal husbandry

Record Keeping; Budgets:

Directly responsible for planning, developing, administering, and adhering to expense and revenue budgets, and for extensive and comprehensive record-keeping concerning all facets of a major university equine program

Fund-Raising:

Obtaining funds to support all programs and activities

Sources included federal agencies, state agencies, private foundations, private individuals, corporate entities, animal sales, animal rental

Michael J. Glade, Ph.D.

Refereed Journal Articles:

1. Glade, M.J. The effects of gestation, lactation, yeast culture and maternal calcium intake on the mechanical strength of equine bone. *Journal of Equine Veterinary Science*: submitted for publication.

2. Heimburger, D.C., and the Intersociety Professional Nutrition Education Consortium. 2002. Training and certifying gastroenterologists as Physician Nutrition Specialists. *Journal of Clinical Gastroenterology* 34:505-508.

3. Glade, M.J., D. Kendra and M.V. Kaminski, Jr. 2001. Improvement in protein utilization in nursing-home patients on tube feeding supplemented with an enzyme product derived from *Aspergillus niger* and bromelain. *Nutrition* 17:348-350.

4. Heimburger, D.C., and the Intersociety Professional Nutrition Education Consortium. 2000. Physician-nutrition-specialist track: If we build it, will they come? *American Journal of Clinical Nutrition* 71:1048-1053.

5. Glade, M.J. 1997. Intake of dietary calcium to reduce the incidence of osteoporosis. *Archives of Family Medicine* 6:491-494.

6. Glade, M.J. 1995. Management of disorders of cholesterol, triglyceride, and lipoprotein metabolism. *Archives of Family Medicine* 4:869-878.

7. Glade, M.J. 1995. Continuous ambulatory esophageal pH monitoring. *Journal of the American Medical Association* 274:662-668.

8. Glade, M.J., Y.S. Kanwar and P.H. Stern. 1994. Insulin and thyroid hormones alter chondrocyte metabolism in cell culture independently and in combination. *Connective Tissue Research* 31:37-44.

9. Glade, M.J. 1993. The effects of gestation, lactation, and maternal calcium intake on the mechanical strength of equine bone. *Journal of the American College of Nutrition* 12:372-377.

10. Glade, M.J. 1992. Effects of Yucca shidigera extract on feed utilization by equine weanlings. *Journal of Equine Veterinary Science* 12:93-98.

11. Letcher, J. and M.J. Glade. 1992. Efficacy of ivermectin as an anthelmintic in leopard frogs. *Journal of the American Veterinary Medical Association* 200:537-538.

12. Glade, M.J., Y.S Kanwar and T.J. Hefley. 1991. Enzymatic isolation of chondrocytes from immature rabbit articular cartilage and their maintenance of phenotypic expression in culture. *Journal of Bone and Mineral Research* 6:217-226.

13. Glade, M.J. 1991. Timed administration of leucine, isoleucine, valine, glutamine, and carnitine to enhance athletic performance. *Equine Athlete* 4:1-10.

14. Glade, M.J. 1991. Effects of dietary yeast culture supplementation of lactating mares on the digestibility and retention of the nutrients delivered to nursing foals via milk. *Journal of Equine Veterinary Science* 11:323-329.

Michael J. Glade, Ph.D.

15. Glade, M.J. 1991. Dietary yeast culture supplementation of mares during late gestation and early lactation. 3. Effects on mare and foal plasma metabolite, amino acid and endocrine profiles. *Journal of Equine Veterinary Science* 11:167-175.

16. Glade, M.J. 1991. Dietary yeast culture supplementation of mares during late gestation and early lactation. 2. Effects on milk production, milk composition, weight gain and linear growth of nursling foals. *Journal of Equine Veterinary Science* 11:89-95.

17. Glade, M.J. 1991. Dietary yeast culture supplementation of mares during late gestation and early lactation. 1. Effects on dietary nutrient digestibilities and fecal nitrogen partitioning. *Journal of Equine Veterinary Science* 11:10-16.

18. Glade, M.J. and M.D. Sist. 1990. Supplemental yeast culture alters the plasma amino acid profiles of nursling and weanling horses. *Journal of Equine Veterinary Science* 10:369-379.

19. Glade, M.J. and N.K. Luba. 1990. Benefits to foals of feeding soybean meal to lactating broodmares. *Journal of Equine Veterinary Science* 10:422-428.

20. Glade, M.J. and M. Campbell-Taylor. 1990. Effects of dietary yeast culture supplementation during the conditioning period on equine exercise physiology. *Journal of Equine Veterinary Science* 10:434-443.

21. Glade, M.J. 1990. Polysulfated glycosaminoglycan (PSGAG) accelerates the synthesis of collagen and glycosanminoglycans by arthritic equine cartilage tissues and chondrocytes. *American Journal of Veterinary Research* 51:779-785.

22. Sist, M.D., Youngblood, M.A., Williams, J.F. and Glade, M.J. 1988. Salivary and serum estrone sulfate levels in pregnant mares. *Journal of Equine Veterinary Science* 8: 164-167.

23. Glade, M.J. and M.D. Sist. 1988. Dietary yeast culture supplementation enhances urea recycling in the equine large intestine. *Nutrition Reports International* 37: 11-19.

24. Wright, L.L., M.J. Glade and J. Gopal. 1987. The use of transmission ultrasonics to assess bone status in the human newborn. *Pediatrics Research* 22:541-544.

25. Glade, M.J. and N.K. Luba. 1987. Serum triiodothyronine and thyroxine concentrations in weanling horses fed carbohydrate by direct gastric infusion. *American Journal of Veterinary Research* 48:578-582.

26. Glade, M.J., N.K. Luba, and H.F. Schryver. 1986. Effects of age and diet on the development of mechanical strength by the cannon bones of young horses. *Journal of Animal Science* 63:1432-1444.

27. Glade, M.J. and L.M. Biesik. 1986. Changes in serum hormone concentrations in weanling horses following gastric infusion of sucrose or casein. *Nutrition Reports International* 33:651-659.

28. Glade, M.J. and L.M. Biesik. 1986. Enhanced nitrogen retention in yearling horses supplemented with yeast culture. *Journal of Animal Science* 62:1633-1640.

Michael J. Glade, Ph.D.

29. Glade, M.J. 1986. Estimation of urine flow rate in    weanling and yearling horses. *American Journal of Veterinary Research* 47:2151-2156.

30. Glade, M.J. and T.H. Belling. 1986. A dietary etiology for osteochondrotic cartilage. *Journal of Equine Veterinary Science* 6:151-154.

31. Glade, M.J. 1986. The control of cartilage growth in osteochondrosis. *Journal of Equine Veterinary Science* 6:175-187.

32. Glade, M.J. 1986. "Social Sleeping" among confined horses. *Journal of Equine Veterinary Science* 6:155-157.

33. Glade, M.J. and R.A. Salzman. 1985. Effects of hoof angulation on hoof growth and contraction in the horse. *Journal of Equine Veterinary Science* 5:45-50.

34. Glade, M.J. and T.J. Reimers. 1985. Effects of dietary energy supply on serum thyroxine, tri-iodothyronine and insulin concentrations in young horses. *Journal of Endocrinology* 104:93-98.

35. Glade, M.J., D. Beller, J. Bergen, D. Berry, E. Blonder, J. Bradley, M. Cupelo and J. Dallas. 1985. Dietary protein in excess of requirements inhibits renal calcium and phosphorus reabsorption in young horses. *Nutrition Reports International* 31:649-659.

36. Glade, M.J. 1985. Stimulation of electromagnetic    osteogenesis in healthy growing yearlings. *Journal of    Equine Veterinary Science* 5:149-153.

37. Glade, M.J. 1985. Overfeeding energy to horses. *Journal of Equine Veterinary Science* 5:95.

38. Glade, M.J., S. Gupta and T.J. Reimers. 1984. Hormonal responses to high and low planes of nutrition in weanling Thoroughbreds. *Journal of Animal Science* 59:658-665.

39. Glade, M.J. and T.H. Belling. 1984. Growth plate cartilage metabolism, morphology and biochemical composition in over- and underfed horses. *Growth* 48:473-482.

40. Glade, M.J. 1984. Feeding innovations for the performance horse. *Journal of Equine Veterinary Science* 4:165-168.

41. Glade, M.J. 1984. "Social sleeping" behavior in young horses. *Equine Practice*    6:10-14.

42. Glade, M.J. 1984. The influence of dietary fiber digestibility on the nitrogen requirements of mature horses. *Journal of Animal Science* 58:638-646.

43. Belling, T.H. and M.J. Glade. 1984. A non-destructive biopsy method allowing the rapid removal of live growth plate cartilage. *Veterinary Medicine/Small Animal Clinician* 79:528-531.

44. Glade, M.J. 1983. Nitrogen partitioning along the equine digestive tract. *Journal of Animal Science* 57:943-953.

45. Glade, M.J. 1983. Nutrition and performance of racing Thoroughbreds. *Equine Veterinary Journal* 15:31-36.

Michael J. Glade, Ph.D.

46. Glade, M.J., L. Krook, H.F. Schryver and H.F. Hintz. 1982. Morphologic and biochemical changes in cartilage of foals treated with dexamethasone. *Cornell Veterinarian* 73:170-192.

47. Glade, M.J., L. Krook, H.F. Schryver and H.F. Hintz. 1982. Calcium metabolism in glucocorticoid-treated foals. *Journal of Nutrition* 112:67-76.

48. Glade, M.J. and L. Krook. 1982. Glucocorticoid-induced inhibition of osteolysis and the development of osteopetrosis, osteonecrosis and osteoporosis. *Cornell Veterinarian* 72:76-91.

49. Glade, M.J., L. Krook, H.F. Schryver and H.F. Hintz. 1981. Growth inhibition induced by chronic dexamethasone treatment of foals. *Journal of Equine Veterinary Science* 1:198-201.

50. Matteo, C.M., M.J. Glade, A. Tanaka, J. Piret and A.L.Demain. 1975. Microbiological studies on the formation of gramicidin S synthetases. *Biotechnology and Bioengineering* 17:129-142.

Michael J. Glade, Ph.D.

Abstracts and Proceedings:

1. Glade, M.J., Kendra, D., Kaminsky, M.V., Jr. 2000. Efficacy of an enzyme product derived from *Aspergillus niger* and bromelain (AbsorbAid™) in improving protein absorption in nursing home patients on tube feeding. *Proceedings, Annual Meeting of the American College of Nutrition*, Las Vegas, NV, October.

2. Heimburger, D., and IPNEC. 2000. Training the Physician Nutrition Specialist (PNS). *Proceedings, Annual Meeting of the American College of Nutrition*, Las Vegas, NV, October.

3. Glade, M.J. 1998. Nutritional support for breaking nicotine addiction. *Proceedings, Sixth International Congress on Anti-Aging and Biomedical Technologies* (American Academy of Anti-Aging Medicine), Las Vegas, NV, December, p. unpaged.

4. Glade, M.J. 1998. Nutritional support for breaking nicotine addiction. *Proceedings, International College for Advancement of Longevity Medicine Fall Symposium,* Reno, NV, October, unpaged.

5. Glade, M.J. 1998. Herbal management of diabetes. *Proceedings, Second Annual Natural Pharmacy East Conference,* Arlington, VA, October, unpaged.

6. Glade, M.J., and M.E. Allen. 1996. Assessment of skeletal development in leopard geckos. II. Long bone morphometry and breaking strength. *Proceedings, Ninth Dr. Scholl Nutrition Conference,* Chicago, IL, October, unpaged.

7. Glade, M.J. 1995. The Dietary Supplement and Health Education Act of 1994. *Proceedings, Annual Meeting of the American College of Nutrition*, Washington, DC, October, p. 557.

8. Glade, M.J. 1993. $CuSO_4$ and chelated copper are bioequivalent when added to the diets of nursing foals. *Proceedings, Annual Meeting of the American College of Nutrition*, Chicago, October, p. 589.

9. Glade, M.J. 1993. $CuSO_4$ and chelated copper are bioequivalent when added to the culture medium of cartilage tissue and cells. *Proceedings, Annual Meeting of the American College of Nutrition*, Chicago, October, p. 589.

10. Glade, M.J. 1992. Equine osteochondrosis as a manifestation of induced episodic "pseudohypothyroidism." *Proceedings, Symposium on Equine Osteochondrosis*, Cambridge University, United Kingdom, September, p. 44.

11. Glade, M.J. 1992. Endocrine regulation of equine growth plate chondrocytes. *Proceedings, Symposium on Equine Osteochondrosis*, Cambridge University, United Kingdom, September, pp. 42-43.

12. Glade, M.J. 1992. Marginal copper deficiency as a cause of defective angiogenesis in chondrodysplasia. *Proceedings, Symposium on Equine Osteochondrosis*, Cambridge University, United Kingdom, September, pp. 30-31.

Michael J. Glade, Ph.D.

13. Glade, M.J. 1992. A review of hormonal regulation of cartilage growth in foals. *Proceedings, Symposium on Equine Osteochondrosis*, Cambridge University, United Kingdom, September, pp. 19-20.

14. Glade, M.J. 1992. The effects of gestation, lactation, and maternal calcium intake on the mechanical strength of equine bone. *Proceedings, Annual Meeting of the American College of Nutrition*, San Diego, October, p. 600.

15. Glade, M.J. 1992. Marginal copper deficiency as a cause of defective angiogenesis in chondrodysplasia. *Proceedings, Annual Meeting of the American College of Nutrition*, San Diego, October, p. 600.

16. Glade, M.J., C. Cahill and M. Campbell. 1989. Effect of exercise on plasma growth hormone concentrations in foals. *Proceedings, Equine Nutrition and Physiology Society*, pp. 63-64.

17. Glade, M.J. 1989. Effects of specific amino acid supplementation on lactic acid production by horses exercised on a treadmill. *Proceedings, Equine Nutrition and Physiology Society*, pp. 244-251.

18. Glade, M.J. 1989. Undergraduates and publishable equine research. *Proceedings, Equine Nutrition and Physiology Society*, pp. 233-235.

19. Glade, M.J. 1989. Supplemental yeast culture alters the plasma amino acid profiles of weanling Quarter horses. *Proceedings, Equine Nutrition and Physiology Society*, pp. 119-123.

20. Campbell, M. and M.J. Glade. 1989. Effects of dietary yeast culture supplementation during the conditioning period on heart rates and lactic acid production by horses exercised on a treadmill. *Proceedings, Equine Nutrition and Physiology Society*, pp. 72-78.

21. Glade, M.J. and P.H. Stern. 1988. Effect of polysulfated glycosaminoglycan (PSGAG) on monolayer cultures of articular chondrocytes. *Journal of Bone and Mineral Research*: 3: Suppl. 1:465.

22. Glade, M.J. 1988. The role of endocrine factors in equine developmental orthopedic disease. *American Association of Equine Practitioners* 33:171-189.

23. Wright, L.L., M.J. Glade and J. Gopal. 1987. Transmission ultrasonics to assess bone status in the human newborn. *Pediatrics Research*: 21:440A.

24. Glade, M.J. and N.K. Luba. 1987. Benefits to foals of feeding soybean meal to lactating broodmares. *Proceedings, Equine Nutrition and Physiology Society*, pp. 593-598.

25. Glade, M.J., T.J. Hefley and P.H. Stern. 1987. A cartilage digestion method maximizing digestion rates and cell yields. *Journal of Bone and Mineral Research*: 2: Suppl. 1: Abstr. 422.

26. Glade, M.J. 1987. The development of mechanical strength in the radius and ulna of the juvenile rhesus monkey. *Journal of Bone and Mineral Research*: 2: Suppl. 1: Abstr. 355.

Michael J. Glade, Ph.D.

27. Glade, M.J. 1987. Cross-sectional geometry of equine metacarpal bones: an initial biomechanical investigation. *Proceedings, Equine Nutrition and Physiology Society*, pp. 537-544.

28. Tutsch, L., M.J. Glade and A.O. Sager. 1985. Long bone growth in the limbs of miniature Hormel-Hanford swine. *Proceedings, Swine in Biomedical Research*, p. 73.

29. Glade, M.J. and L.M. Biesik. 1985. Effects of dietary yeast and urea supplementation of the nitrogen metabolism of yearling Thoroughbreds. *Proceedings, Equine Nutrition and Physiology Society*, pp. 26-31.

30. Glade, M.J. 1985. Electromagnetic induction of increased breaking strength in intact growing equine cannon bones. *Proceedings, Equine Nutrition and Physiology Society*, pp. 118-123.

31. Biesik, L.M., M.J. Glade and E.P. Young. 1985. Post-prandial hormone changes, hepatic $T_4$-5'-deiodinase activities and the incidence of osteochondrosis in growing swine. *Journal of Animal Science:* 61:Abstr. 101.

32. Biesik, L.M. and M.J. Glade. 1985. Changes in serum hormone concentrations in weanling horses following gastric infusion of specific nutrients. *Proceedings, Equine Nutrition and Physiology Society*, pp. 46-51.

33. Glade, M.J., E. Russek and N.K. Luba. 1984. Modeling the growth of young horses. *Journal of Animal Science*: 59:A23.

34. Glade, M.J. and N.K. Luba. 1984. Maximum cannon bone breaking strength is not increased by overfeeding young horses. *Journal of Animal Science*: 59:Abstr. 171.

35. Glade, M.J. and T.J. Belling, Jr. 1984. Alterations in the growth mechanism resulting from chronic overfeeding of young horses. *Journal of Animal Science*: 59:A13.

36. Glade, M.J. 1984. Insulin and thyroxine responses to high energy and protein feeding of weanling horses. *Journal of Animal Science*: 59:Abstr. 476.

37. Gupta, S. and M.J. Glade. 1983. Effects of high and low planes of nutrition on the endocrinology of growing horses. *Journal of Animal Science*: 57:(Suppl.) A2.

38. Gupta, S. and M.J. Glade. 1983. Hormonal responses to high and low planes of nutrition in weanling Thoroughbreds. *Proceedings, Equine Nutriton and Physiology Society*, pp. 45-49.

39. Glade, M.J., J.A. Seder and H.F. Schryver. 1983. Use of low frequency ultrasound in the measurement of the bone breaking strengths in live horses. *Proceedings, Equine Nutrition and Physiology Society*, pp. 33-38.

40. Glade, M.J. 1982. Nutriture and performance of racing Thoroughbreds. *Journal of Animal Science*: 55: (Suppl.) 381.

41. Glade, M.J. 1982. Nutritional manipulation of bone and joint development in growing horses. *Proceedings, Maryland Nutrition Conference*, pp. 65-68.

Michael J. Glade, Ph.D.

42. Glade, M.J. and P.I. Bell.  1981.  Nitrogen partitioning along the equine digestive tract. *Journal of Animal Science*: 53:(Suppl.) 294.

43. Glade, M.J. and P.I. Bell.  1981.  Lower digestive tract fermentation rates and nitrogen utilization in horses.  *Proceedings, Equine Nutrition and Physiology Society*, pp. 26-29.

44. Nicoletti, J.M., J.E. Wohlt and M.J. Glade.  1980.  Nitrogen utilization by ponies and steers as affected by dietary forage-grain ratios.  *Journal of Animal Science*: 51: (Suppl.) 269.

45. Glade, M.J., J.E. Lowe, L. Krook, H.F. Hintz and P. Kenney. 1979.  Osteochondrosis dissecans and growth suppression in  dexamethasone-treated horse foals.  *Proceedings, American Association of Equine Practitioners*: 25:361-365.

46. Glade, M.J., H. Hintz, L. Krook and H. Schryver.  1978.  Skeletal metabolism in ponies on prolonged treatment with dexamethasone.  *Federation Proceedings*: 37: Abstr.

47. Demain, A.L., C. Matteo, M. Glade, A. Tanaka, and J. Piret. 1974.  Enzymatic synthesis of useful products.  *First Intersectional Congress of the International Association of Microbiological Societies*, Tokyo, Japan.