UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>   Defendants. | CIVIL ACTION NO. 04-CV-11136GAO |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

**1. The following exhibits attached to the Affidavit Tim Cunningham:**

Exhibit 1 – Version 1.2 of the Flex Protex.

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 13, 2005   /s/ Christopher F. Robertson
                Peter S. Brooks, BBO #058980
                Christopher F. Robertson, BBO #642094
                Susan W. Gelwick, BBO #567115
                Attorneys For: Defendants
                Direct Marketing Concepts, Inc.,
                ITV Direct, Inc., and Donald W. Barrett