UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 16  A 9: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

DIRECT MARKETING CONCEPTS, INC., et al.,

    Defendants.

Civ. No. 04-11136-GAO

**PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, ROBERT MAIHOS, ALLEN STERN, KING MEDIA, INC, AND TRIAD ML MARKETING, INC., AND RELIEF DEFENDANTS LISA STERN, STEVEN RITCHEY, AND BP INTERNATIONAL, INC.**

Plaintiff Federal Trade Commission ("Commission") respectfully submits its Motion for Summary Judgment against all of the remaining defendants in this case. As set forth in the accompanying Memorandum and Statement of Material Facts Not in Dispute, uncontroverted evidence demonstrates: (1) that Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, Robert Maihos, Allen Stern, King Media, Inc, and Triad Ml Marketing, Inc. violated Section Sections 5(a) and 12 of the Federal Trade Commission Act, 15 U.S.C. §§ 45(a) and 52; and (2) that Relief Defendants Lisa Stern, Steven Ritchey, and BP International, Inc. received funds and other assets directly or indirectly from one or more of the other Defendants that are either proceeds of or are traceable to the proceeds of the unlawful acts and practices alleged herein, and to which they have no legitimate claim. Accordingly, summary judgment may be granted in favor of the Commission.

Proposed Orders and Judgments for Permanent Injunction and Other Equitable Relief are submitted herewith.

*[signature]*

HEATHER HIPPSLEY
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
SHIRA D. MODELL
Federal Trade Commission
600 Pennsylvania Avenue, NW; Suite NJ-3212
Washington, DC 20580
(202) 326-3285, -3126, -3116 (voice); (202) 326-3259 (fax)
hhippsley@ftc.gov or eglennon@ftc.gov
ATTORNEYS FOR PLAINTIFF

DATE: December 14, 2005

## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On December 14, 2005, copies of:

(1) **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, ROBERT MAIHOS, ALLEN STERN, KING MEDIA, INC, AND TRIAD ML MARKETING, INC., AND RELIEF DEFENDANTS LISA STERN, STEVEN RITCHEY, AND BP INTERNATIONAL, INC.;**

(2) **MEMORANDUM IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, ROBERT MAIHOS, ALLEN STERN, KING MEDIA, INC, AND TRIAD ML MARKETING, INC., AND RELIEF DEFENDANTS LISA STERN, STEVEN RITCHEY, AND BP INTERNATIONAL, INC.;**

(3) **FEDERAL TRADE COMMISSION'S RULE 56.1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**, with Volumes 1 through 8 of exhibits thereto;

(4) **(Proposed) ORDER AND JUDGMENT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, AND ROBERT MAIHOS;** and

(5) **(Proposed) ORDER AND JUDGMENT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS ALLEN STERN, KING MEDIA, INC, AND TRIAD ML MARKETING, INC., AND RELIEF DEFENDANTS LISA STERN, STEVEN RITCHEY, AND BP INTERNATIONAL, INC.**

were served via Federal Express as follows:

Chris Robertson, Esq.  (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP   W. Barrett, and Robert Maihos
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan   (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP   Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210
Facsimile: (617) 248-9877

Sage International, Inc.  (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013


I declare under penalty of perjury that the foregoing is true and correct. Executed this December 14, 2005 at Washington, D.C.

Edward Glennon