UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
FEDERAL TRADE COMMISSION        )
         Plaintiff              )
                                )
V.                              )     DOCKET # 1:04-cv-11136-GAO
                                )
DIRECT MARKETING CONCEPTS, INC. )
et al,        Defendants        )
------------------------------------
```

MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY
AND FOR PLAINTIFF TO FILE A REPLY BRIEF

The defendants King Media, Triad ML Marketing, Inc. Allen Stern and Lisa Stern move that the time within which all defendants may file their responses to Plaintiff's Motion for Summary Judgment be extended two weeks from today, until Friday February 10, 2006, and that the time for Plaintiff's Response similarly be extended two weeks, to March 3, 2006.

In support of this Motion the undersigned counsel for the above-named defendants respectfully represents as follows:

1. Plaintiff's Summary Judgment Motion is quite complex, and is based upon facts selected by plaintiff from hundreds of pages of transcripts and other exhibits.

2. The undersigned counsel reasonably requires the additional requested time in order to complete preparation of responses to Plaintiff's 78 page Statement of Material Facts, to complete preparation of a response to Plaintiff's Memorandum, and to complete preparation of Affidavits on behalf of the above-named out-of-state defendants.

3. Counsel for defendants Direct Marketing Concepts, Inc., ITV Direct, Inc. and Donald W. Barrett have assented to this motion, provided that their time is likewise extended.

4. Plaintiff will suffer no harm by this requested additional two weeks, because defendants King Media and Triad ML Marketing, Inc. are no longer in business, and Plaintiff already has in place a preliminary injunction against other defendants.

5. The undersigned counsel conferred this morning by telephone with Plaintiff 's counsel, Attorney Shira D. Modell, and requested Plaintiff's assent to an extension of time. After conferring with her supervisor, Attorney Modell telephone back and stated that her supervisor will not assent to an extension.

WHEREFORE the undersigned counsel respectfully requests of the Court that the time within which all defendants may file their responses to Plaintiff's Motion for Summary Judgment be extended two weeks from today, until Friday February 10, 2006, and that the time for Plaintiff's Response similarly be extended two weeks, to March 3, 2006.

        KING MEDIA, TRIAD ML MARKETING, INC.
        ALLEN STERN and LISA STERN
        By their attorneys,

        Joseph F. Ryan BBO# 435720
        Lyne Woodworth & Evarts LLP
        600 Atlantic Avenue
        Boston, MA 02210
        Telephone 617/523-6655 - Telecopy 617/248-9877
        E-mail: Jryan@LWELaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by U.S. Mail to those indicated as non registered participants on January 27, 2006.

_____
        Joseph F. Ryan BBO# 435720