

# Posternak
POSTERNAK BLANKSTEIN & LUND LLP

January 31, 2006

Dustin F. Hecker
617-973-6131
617-722-4927 FAX
dhecker@pbl.com

Mr. Paul Lyness, Court Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.
      U.S.D.C., District of Mass., Case No. 04-CV-1136-GAO

Dear Mr. Lyness:

Enclosed please find a copy of a letter to the Court asking that we no longer receive service of papers from the Court as counsel for cross defendants: Health Solutions, Inc., Healthy Solutions, LLC, Alejandro Guerrero, Michael Howell and Greg Geremesz. Our clients have settled and are no longer in this case as cross defendants.

Thank you.

Yours truly,

Dustin F. Hecker

DFH/tl
Enclosure

ID # 459188v01/14048-2