**O'Connor Christensen & McLaughlin LLP**
Intellectual Property Litigators
1920 Main Street, Suite 150
Irvine, California 92614

Tel. (949) 851-5000          Fax (949) 851-5051

January 5, 2006

VIA FIRST CLASS MAIL

Mr. Paul Lyness, Court Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    *Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.*
              U.S.D.C., Dist. of Mass., Case No. 04-CV-1136-GAO
              Removal of Counsel for Dismissed and Settled Parties from Service List:
              Levin & O'Connor; and Posternak, Blankstein & Lund LLP

Dear Clerk:

      I note that we are still receiving service of papers from the Court as counsel for cross defendants: Health Solutions, Inc., Healthy Solutions, LLC, Alejandro Guerrero, Michael Howell, and Greg Geremesz. Our clients have settled and are no longer in this case as cross defendants. See Docket Nos. 113, 114, and 116.

      Please remove:

**Levin & O'Connor**
384 Forest Avenue, Suite 13
Laguna Beach, CA 92651

**Posternak, Blankstein & Lund LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

Mr. Paul Lyness, Court Clerk
January 5, 2006
Page 2 of 2

    If anything else is required, please let me know.

    Thanks.

Sincerely,
LEVIN & O'CONNOR


By:  Becky V. Christensen, Esq.

BVC/tlo

cc:  Shira Modell, Esq. for the Federal Trade Commission
    Peter Brooks, Esq., Seyfarth Shaw, LLP for ITV Direct, Inc.,
        Direct Marketing Concepts, Inc., Donald W. Barrett, and Robert A. Maihos
    Daniel J. Kelly, Esq., Gadsby & Hannah LLP for Cappseals, Inc.
    Dustin F. Hecker, Esq., Posternak, Blankstein & Lund LLP for Healthy Solutions, LLC,
        Health Solutions, Inc., Alejandro Guerrero, Michael Howell, and Greg Geremesz
    Joseph F. Ryan, Esq., Lyne, Woodworth & Evarts LLP for Triad ML Marketing, Inc.,
        King Media, Inc., Allen Stern, Lisa Stern, Steven Ritchey, and BP International, Inc.

C:\Documents and Settings\tluke.PBL\Local Settings\Temporary Internet Files\OLK57\Service removal 1-04-06.doc