UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-11136-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the court and are available in paper form only:

**1.     The following exhibits attached to the Affidavit Christopher Robertson:**

Exhibit 1 - complaint filed in *Direct Marketing Concepts, Inc. v. FTC*, C.A. No. 05 CV 11930 GAO, dated September 23, 2005;

Exhibit 2 - complaint filed in *Federal Trade Commission v. Kevin Trudeau, et al.*, 03 C 3904, dated June 9, 2003;

Exhibit 3 - Plaintiff The Federal Trade Commission's Notice of Filing, Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as To Defendants Robert Barefoot, Deonna Enterprises, Inc. and Karbo Enterprises, Inc., filed in *Federal Trade Commission v. Kevin Trudeau, et al.*, C.A. No. 03 C 3904, dated January 15, 2004;

Exhibit 4 - Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as To Defendants Kevin Trudeau, Shop America (USA), LLC, Shop America Marketing Group, LLC, Trustar Global Media, Limited and Relief Defendants K.T. Corporation, Limited and Trucom, LLC, filed in *Federal Trade Commission v. Kevin Trudeau, et al.*, C.A. No. 03 C 3904, dated September 2, 2004;

Exhibit 5 - Answer, Affirmative Defenses Order and Counterclaim of Kevin Trudeau, Shop America (USA), LLC, and Shop America Marketing Group, LLC, filed in *Direct Marketing Concepts, Inc. v. Kevin Trudeau, et al.*, C.A. No. 02 C 9014, dated January 3, 2003;

Exhibit 6 - transcript of the deposition of Donald Barrett, taken on March 25, 2002 in *Kevin Trudeau, et al. v. Direct Marketing Concepts, Inc., et al.*, C.A. No. 02 C 1586 (N.D. Ill.);

Exhibit 7 - transcript of the deposition of Allen Stern, taken on March 25, 2002 in *Kevin Trudeau, et al. v. Direct Marketing Concepts, Inc., et al.*, C.A. No. 02 C 1586 (N.D. Ill.);

Exhibit 8 - transcript of the deposition of Allen Stern, taken on January 14, 2003 in *Wellness Publishing, et al. v. Robert R. Barefoot, et al.*, C.A. No. 02-3773 (D.N.J.);

Exhibit 9 - transcript of the deposition of Robert Barefoot, taken on September 11, 2004 in *Kevin Trudeau, et al. v. Direct Marketing Concepts, Inc., et al.*, C.A. No. CV 02-02707 (C.D. Cal.);

Exhibit 10 - *The Calcium Factor*, written by Robert R. Barefoot and Carl J. Reich, M.D. (5th Ed. 2002);

Exhibit 11 - *Death By Diet*, written by Robert R. Barefoot (4th Ed. 2002). The book was first printed in 1996;

Exhibit 12 - *Doctor Voigt's Little Book about Coral Cal Daily: All you want to know And have asked!*, written by Richard G. Voigt, M.D. (1998);

Exhibit 13 - Exhibit B to Zeeb Declaration, filed on June 11, 2003 in *Federal trade Commission v. Trudeau*, No. 98 C 0168, attaching articles concerning coral calcium;

Exhibit 14 - Defendant ITV Direct, Inc.'s Responses to Plaintiff Federal Trade Commission's First Set of Interrogatories;

Exhibit 15 - Defendant Direct Marketing Concepts' Responses to Plaintiff Federal Trade Commission's First Set of Interrogatories;

Exhibit 16 - transcript of the deposition of defendant Michael Leland Howell, taken on August 17, 2004 in *ITV Direct, Inc. v. Healthy Solutions LLC*, C.A. No. 04-CV-10421-JLT (D. Mass.);

Exhibit 17 - transcript and exhibits of the deposition of defendant Alejandro Guerrero, taken on August 16, 2004 in *ITV Direct, Inc. v. Healthy Solutions LLC*, C.A. No. 04-CV-10421-JLT (D. Mass.);

Exhibit 18 - transcript of the deposition of defendant Gregory R. Geremesz, taken on August 18, 2004 in *ITV Direct, Inc. v. Healthy Solutions LLC*, C.A. No. 04-CV-10421-JLT;

BO1 15759730.1

Exhibit 19 - transcript of the deposition of defendant Gregory R. Geremesz, taken on August 19, 2004 in *ITV Direct, Inc. v. Healthy Solutions LLC*, C.A. No. 04-CV-10421-JLT;

Exhibit 20 - Kevin Trudeau's and Shop America (USA), LLC's responses to plaintiffs' preliminary interrogatories, served in *Wellness Publishing, et al. v. Robert R. Barefoot, et al.*, C.A. No. 02-3773 (D.N.J.) on December 12, 2005, reflecting sales of coral calcium by Trudeau and Shop America of $121 million;

Exhibit 21 - Defendant Direct Marketing Concepts' Responses to Federal Trade Commission's First Set of Requests for Admission;

Exhibit 22 - Defendant ITV Direct, Inc.'s Responses to Federal Trade Commission's First Set of Requests for Admission;

Exhibit 23 - Transcription of the Videotape of Infomercial Featuring Robert Barefoot, Kevin Trudeau and Debbie Flets in a show called "Debbie & Kevin Show";

Exhibit 24 - transcript of the deposition of Kevin Trudeau, taken on February 6, 2003 in *Wellness Publishing, Holt, et al. v. Barefoot, et al.*, U.S.D.C. of New Jersey, C.A. No. 02-3773-JAP;

Exhibit 25 - affidavit of Susan Graham, dated February 21, 2003 in *Barefoot, et al. v. King Media, et al.*, U.S.D.C. of Eastern District of Pennsylvania, C.A. No. 02-9526;

Exhibit 26 - transcript of the deposition of Steven D. Ritchey, taken on February 13, 2003 in *Wellness Publishing, Holt, et al. v. Barefoot, et al.*, U.S.D.C. of New Jersey, C.A. No. 02-3773-JAP;

Exhibit 27 - biography of Robert Barefoot; and

Exhibit 28 - declaration of Andrew Malcher, dated January 13, 2003.

2. **The following exhibits attached to the Affidavit Andrew Aldrich:**

Exhibit 1 - Binders 1 thought 30

    Binders 1-16    Scientific evidence for Coral Calcium;

    Binders 17-19    Title search results for the words "Calcium and Hypertension";

    Binders 20-24    Title search results for the words "Calcium and Cancer";

BO1 15759730.1

| | |
|---|---|
| Binder 25 | Title search results for the words "Calcium and Safety"; and |
| Binders 26-30 | Materials regarding scientific names of the proprietary ingredient of supreme greens. |

The original documents are maintained in the case file in the Clerk's Office.

Dated:  February 10, 2006         /s/ Christopher F. Robertson
                                  Peter S. Brooks, BBO #058980
                                  Christopher F. Robertson, BBO #642094
                                  Susan W. Gelwick, BBO #567115
                                  Attorneys For: Defendants
                                  Direct Marketing Concepts, Inc.,
                                  ITV Direct, Inc., and Donald W. Barrett

4