# BP INTERNATIONAL INC.

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active on 7/18/2005 | File Date: | 4/18/2002 |
| Type: | NRS78 - Domestic Corporation | Corp Number: | C9701-2002 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2006 |
| Managed By: | | Expiration Date: | |
| Foreign Name: | | On Admin Hold: | False |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | SAGE INTERNATIONAL, INC. | Address 1: | 1135 TERMINAL WAY SUITE 209 |
| Address 2: | | City: | RENO |
| State: | NV | Zip: | 89502 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip: | |

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 75,000.00 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | ☐ Include Inactive Officers |
|---|---|---|---|
| **President - STEVE PARIS** | | | |
| Address 1: | 1135 TERMINAL #209 | Address 2: | |
| City: | RENO | State: | NV |
| Zip: | 89502 | Country: | |
| Status: | Active | Email: | |
| **Secretary - STEVE PARIS** | | | |
| Address 1: | 1135 TERMINAL #209 | Address 2: | |
| City: | RENO | State: | NV |
| Zip: | 89502 | Country: | |
| Status: | Active | Email: | |
| **Treasurer - STEVE PARIS** | | | |
| Address 1: | 1135 TERMINAL #209 | Address 2: | |
| City: | RENO | State: | NV |
| Zip: | 89502 | Country: | |
| Status: | Active | Email: | |
| **Director - STEVE PARIS** | | | |
| Address 1: | 1135 TERINAL WAY #209 | Address 2: | |
| City: | RENO | State: | NV |
| Zip: | 89502 | Country: | |
| Status: | Active | Email: | |

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C9701-2002-001 | # of Pages: | 3 |
| File Date: | 04/18/2002 | Effective Date: | |
| (No Notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | C9701-2002-002 | # of Pages: | 1 |
| File Date: | 04/28/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050278139-57 | # of Pages: | 1 |
| File Date: | 07/18/2005 | Effective Date: | |
| (No Notes for this action) | | | |