**Donald Barrett**

From: Susan Graham [sgraham@KINGMEDIA1.COM]
Sent: Thursday, January 23, 2003 1:42 PM
To: donald barrett; dbarrett@todayshealth.com
Subject: Post Card



side 1.pdf (31 KB)  side 2.pdf (50 KB)

Here is the postcard

1

DMC 01173





DMC 01174



## Introducing the ORIGINAL Coral Calcium Daily
### made from 100% Pure Okinawan Coral!!!

Coral Calcium Daily uses the premium grade, 100% pure, ionized bioavailable Coral Calcium, collected from the waters of Okinawa, Japan, with ecological safety overseen by the Japanese government for the protection of the coral reefs and marine life.

Coral Calcium provides us with important mineral nutrients. At a 2:1 ratio of calcium to magnesium. Coral Calcium Daily is readily absorbed. The result is a powerhouse of marine nutrients known around the world as "Coral Calcium."

DMC 01177




DMC 01178



## Introducing the ORIGINAL Coral Calcium Daily made from 100% Pure Okinawan Coral!!!

Coral Calcium Daily uses the premium grade, 100% pure, ionized bioavailable Coral Calcium, collected from the waters of Okinawa, Japan, with ecological safety overseen by the Japanese government for the protection of the coral reefs and marine life.

Coral Calcium provides us with important mineral nutrients. At a 2:1 ratio of calcium to magnesium. Coral Calcium Daily is readily absorbed. The result is a powerhouse of marine nutrients known around the world as "Coral Calcium."

DMC 01172