# CALCIUM FACTOR SCRIPT

Thank you for calling **The Calcium Factor**. How can I help you? (what ever they say, you say)

Let me take a few minutes of your time tell you what where offering today and you can let me know if you have an interest.

We have Bob Barefoot's two books which includes The Calcium Factor and Death By Diet along with an audiotape for only $29.99. We also have the Coral Calcium... a one month supply is only $39.99

And our special today on a Closer look is a 3 month supply for only $99.99 (you save $20) and we give you the two books with an audiotape for free. And if you order today we'll also give you a free copy of the TV interview with Robert Barefoot.

Would you like to place an order? (If yes) Great!

Can I have your, First Name, Last Name, Address, City, State, Zip Code, E- Mail , Phone#, Credit Card#, Exp Date.

As a bonus today we will enroll you in our Coral Calcium Club. After you run out, you will receive the lowest price of $29.99 per month supply and of course you can cancel anytime.

EXHIBIT 3
PAGE 15