**BINDER #1**

1. Bronner F. Intestinal calcium absorption: Mechanisms and applications. J Nutr 1987;117:1347-1352.

2. Peng TB, Chen XZ, Berger UV, Vassilev PM, Tsukaguchi H, Brown EM, Hediger MA. Molecular cloning and characterization of a channel-like transporter mediating intestinal calcium absorption. JBiol Chem
1 999;274:22739-22746.

3. Zhuang L, Peng JB, Tou L, Takanaga H, Adam RM, Hediger MA, Freeman MR. Calcium-selective ion channel, CaT1, is apically localized in gastrointestinal tract epithelia and is aberrantly expressed in human malignancies. Lab Invest 2002;82:1755-1764.

4. Fleet JC, Wood RJ. Specific 1,25(OH)2D3-mediated regulation of transcellular csalcium transport in Caco-2 cells. Am JPhysiol
I 999;276:G95 8-G964.

5. Barger-Lux MJ, Heaney RP, Recker RR. Time course of calcium absorption in humans: Evidence for a colonic component. Calcf Tissue mt
1989;44:308-31 1.

6. Cashman K. Prebiotics and calcium bioavailability. Curr Issues Intest Microbiol 2003;4:21-32.

7. Ireland P, Fordtran JS. Effect of dietary calcium and age onjejunal calcium absorption in humans studied by intestinal perfusion. J Clin Invest
1973 ;52:2672-268 1.

8. Gallagher JC, Riggs BL, DeLuca HF. Effect of estrogen on calcium absorption and serum vitamin D metabolites in postmenopausal osteoporosis. JClin EndocrinolMetab 1980;51:1359-1364.

9. Heaney RP, Saville PD, Recker RR. Calcium absorption as a function of calcium intake. JLab Clin Med 1975;85:881-890.

10. Heaney RP, Reeker RR, Stegman MR, Moy AJ. Calcium absorption in women: Relationships to calcium intake, estrogen status, and age. JBone Mm Res 1989;4:469-475.

11. Heaney RP, Weaver CM, Fitzsimmons ML Influence of calcium load on absorption fraction. J Bone Mm Res 1 990;5:1135-1138.

12. Abrams SA, Wen J, Stuff JE. Absorption of calcium, zinc and iron from breast milk by five-to seven-month-old infants. Pediatr Res 1996;39:384-390.

13. Heaney RP. Effect of calcium on skeletal development, bone loss, and risk of fractures. Am J Med. 1991 Nov 25;91(5B):23S-28S.

14. Bullamore JR, Wilkinson R, Gallagher JC, Nordin BEC, Marshall DH. Effects of age on calcium absorption. Lancet 1970;ii:535-537.

15. Wolf RL, Cauley JA, Baker CE, Ferrell RE, Charron M, Caggiula AW, Salamone LM, Heaney RP, Kuller LH. Factors associated with calcium absorption efficiency in pre- and penmenopausal women. Am J Clin Nutr.
2000;72) :466-47 1.

16. Pattanaungkul S, Riggs BL, Yergey AL, Vieira NE, O'Fallon WM, Khosla S. Relationship of intestinal calcium absorption to 1,25-dihydroxyvitamin D {1,25(OH)2Dj levels in young versus elderly women: Evidence for age-related intestinal resistance to 1 ,25(OH)2D action. J Clin Endocrinol Metab 2000;85 :4023-4027,

17. Abrams SA, Silber TJ, Esteban NV, Vieira NE, Stuff JE, Meyers R, Majd M, Yergey AL. Mineral balance and bone turnover in adolescents with anorexia nervosa. JPediatr 1993;123:326-331.

18. Abrams SA, O'Brien KO, Stuff iF. Changes in calcium kinetics associated with menarche. J Clin Endocrinol Metab 1 996;8 1:2017-2020.

19. Farmer ME, White LR, Brody JA, Bailey KR. Race and sex differences in hip fracture incidence. Am J Public Health 1 984;74: 1374-1380.

20. Kellie SE, Brody JA. Sex-specific and race-specific hip fracture rates. Am J Pub Health 1990;80:326-328.

21. Dawson-Hughes B, Harris S, Kramich C, Dallal G, Rasmussen HM. Calcium retention and hormone levels in black and white women on high- and low- calcium diets. JBoneMin Res 1993;8:779-787.

22. Drinkwater B, Bruemner B, Chestnut C. Menstrual history as a determinant of current bone density in young athletes. JAMA 1990;263:545-548.

23. Marcus R, Cann C, Madvig P, MinkoffJ, Goddard M, Bayer M, Martin M, Gaudiani L, Haskell W, Genant H. Menstrual function and bone mass in elite women distance runners. Endocrine and metabolic features. Ann Intern Med 1985; 102: 158-163.

24. Berkeihammer CH, Wood RJ, Sitrin MD. Acetate and hypercalciuria during total parenteral nutrition. Am JClin Nutr 1988;48:1482-1489.

25. Sebastian A, Harris ST, Ottaway JH, Todd KM, Morris RC Jr. Improved mineral balance and skeletal metabolism in postmenopausal women treated with potassium bicarbonate. NEnglJMed 1994;330:1776-1781.

26. Bell NH, Yergey AL, Vieira NE, Oexmann MJ, Shary JR. Demonstration of a difference in urinary calcium, not calcium absorption, in black and white adolescents. JBoneMinRes 1993;8:1111-1l15.

27. Spencer H, Kramer L, Lensiak M, DeBartolo M, Norris C, Osis D. Calcium requirements in humans. Report of original data and a review. Clin Orthop Related Res 1984;184:270-280.

28. Jackman LA, Millane SS, Martin BR, Wood OB, McCabe GP, Peacock M, Weaver CM. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. Am JClin Nutr 1997;66:327-333.

29. Institute of Medicine. Calcium. In: Dietaiy Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IV.

30. Miller K, Waye JD. Colorectal polyps in the elderly: What should be done? Drugs Aging 2002;19:393-404.

31. American Cancer Society. Cancer Facts and Figures 2002. (44 pages) http://www.cancer.org.

32. Turini ME, DuBois RN. Primary prevention: Phytoprevention and chemoprevention of colorectal cancer. Hematol Oncol Clin North Am

2002;16:81 1-840.

33. Potter ID. Nutrition and colorectal cancer. Cancer Causes Control 1996;7:127-146.

34. Marilley D, Vonlanthen S, Gioria A, Schwaller B. Cairetinin and cairetinin22k increase resistance toward sodium butyrate-induced differentiation in CaCo-2 colon adenocarcinoma cells. Exp Cell Res 2001;268:93-103.

35. Gordon ii, Schmidt GH, Roth KA. Studies of intestinal stem cells using nonnal, chimeric and transgenic mice. FASEB J 1992;6:3039-3050.

36. Eastwood GL. A review of gastrointestinal epithelial renewal and its relevance to the development of adenocarcinomas of the gastrointestinal tract. J Clin Gastroenterol 1995;2 l(Suppl. 1):S 1-S 11.

37. Schmidt GH, Wilkinson MM, Ponder BA. Cell migration pathway in the intestinal epithelium: An in situ marker system using mouse aggregation chimeras. Cell 1985;40:425-429.

38. Wright NA, Irwin M. The kinetics of villus cell populations in the mouse small intestine, I. Normal villi: The steady state requirement. Cell Tissue Kinet 1982;15:595-609.

39. Whitfield JF, Bird RP, Chakravarthy BR, Isaacs RJ, Morley P. Calcium — Cell cycle regulator, differentiator, killer, chemopreventor, and maybe, tumor promoter. J Cell Biochem Suppl 1995 ;22: 74-91.

40. Kerr JFR, Wyllie AH, Cun-ie AR. Apoptosis: A basic biological phenomenon with wide-ranging implications in tissue kinetics. Br J Cancer 1 972;26:239-257.

41. Arends Mi, Wyllie AH. Apoptosis: Mechanisms and roles in pathology. mt Rev Exp Pathol 199 1;32:223-254.

42. Patel T, Gores GJ, Kaufmann SH. The role of proteases during apoptosis. FASEB J 1996;10:587-597.

43. Arends MJ, Morris RG, Wyllie AH. Apoptosis: The role of the endonuclease. Am JPathol 1990;136:593-608.

44. Duke RC, Chervenak R, Cohen JJ. Endogenous endonuclease induced DNA fragmentation: An early event in cell mediated cytolysis. Proc NatI Acad Sci USA 1983;80:6361-6365.

45. Cohen JJ, Duke RC. Glucocorticoid activation of a calcium-dependent endonuclease in thymocyte nuclei leads to cell death. Jlmmunol 1984;132:38-42.

46. Furuya Y, Lundmo P, Short AD, Gill DL, Isaacs JT. The role of calcium, pH, and cell proliferation in the programmed (apoptotic) death of androgenindependent prostatic cancer cells induced by thapsigargin. Cancer Res 1994;54:6167-6175.

47. Trump BF, Berezesky IX. The role of altered [Ca2jj regulation in apoptosis, oncosis, and necrosis. Biochim Biophys Acta 1996;1313:173-178.

48. Sundaram SG, Milner JA. Diallyl disulfide induces apoptosis of human colon tumor cells. Carcinogenesis 1996; 17:669-673.

49. RaffM. Cell suicide for beginners. Nature 1998;396:119-122.

50. Richter C. Pro-oxidants and mitochondnal Ca$^{2+}$: Their relationship to

apoptosis and oncogenesis. FEBSLett 1993;325:104-107.

necrosis, apoptosis and autophagy. Biochem Biophys Acta 1998;1366:177-196.

51. Lemasters JJ, Nieminen AL, Qian T, Trost LC, Elmore SP, Nishimura Y, Crowe RA, Cascio WE, Bradham CA, Brenner DA, Herman B. The mitochondrial permeability transition in cell death: A common mechanism in

52. Zamzami N, Kroemer G. The mitochondrion in apoptosis: How Pandora's box opens. Nat Rev Mol Cell Biol 2001 ;2 :67-71.

53. Krishnan K, Brenner DE. Chemoprevention of colorectal cancer. Gastroenterol Clin North Am 1996;25:821-858.

54. Sporn MB. Approaches to prevention of epithelial cancer during the preneoplastic period. Cancer Res 1976;36:2699-2702.

55. Gwyn K, Sinicrope FA. Chemoprevention of colorectal cancer. Am J Gastroenterol 2002;97:13-21.

56. Fearon ER, Vogeistein B. A genetic model for colorectal tumorigenesis. Cell 1990;61 :759-767.

57. Vogeistein B, Fearon ER, Hamilton SR, Kern SE, Preisinger AC, Leppert M, Nakamura Y, White R, Smits AMM, Bos JL. Genetic alterations during colorectal-tumor development. NEngl JMed 1988;3 19:525-532.

58. Fearon ER, Cho KR, Nigro JM, Kern SE, Simons JW, Ruppert TM, Hamilton SR, Preisinger AC, Thomas G, Kinzler K, Vogeistein B. Identification of a chromosome 1 8q gene that is altered in colorectal cancer. Science
1 990;247:49-56.

59. Issa JPJ, Vertino PM, Wui J, Sazawal S, Celano P, Nelkin BD, Hamilton SR, Baylin SB. Increased cytosine DNA-methyltransferase activity during colon cancer progression. JNCI 1993;85:1235-1240.

**BINDER #2**

60. Goelz SE, Vogeistein B, Hamilton SR, Feinberg AP. Hypomethylation of DNA from benign and malignant human human colon neoplasms. Science 1985;228: 187-190.

61. Feinberg AP, Gehrke CW, Kuo KC, Ehrlich M. Reduced genomic 5- methylcytosine content in human colonic neoplasia. Cancer Res 1988;48:1159-1161.

62. Spencer CA, Groudine M. Control of c-myc regulation in normal and neoplastic cells. Advanc Cancer Res 1 990;56: 1-48.

63. Melhem MF, Meisler Al, Finley GG, Bryce WH, Jones MO, Tribby II, Pipas TM, Koski RA. Distribution of cells expressing myc proteins in human colorectal epithelium, polyps and malignant tu.mors. Cancer Res 1992;52:5853-5864.

64. Forgue-Lafitte M-E, Coudray A-M, Breant B, Mester J. Proliferation of the Caco-2 human colon-carcinoma cell line HT-29: Autocrine growth and deregulated expression of the c-myc oncogene. Cancer Res 1989;49:6566- 657 1.

65. Bodmer WF, Bailey CJ, Bodmer J, Bussey HIR, Ellis A, Gorman P, Lucibello FC, Murday VA, Rider SH, Scambler P, Sheer D, Solomon E, Spun NK. Localization of the gene for familial adenomatous polyposis in chromosome 5. Nature 1987;328:614-616.

66. Leppert M, Dobbs M, Scambler P, O'Connell P, Nakamura Y, Stauffer D, Woodward S, Burt R, Hughes J, Gardner E, Lathrop M, Wasmuth J, Lalouel J-M, White R. The gene for familial polyposis coli maps to the long arm of chromosomeS. Science 1987;238:14l1-1413.

67. Groden J, Thliveris A, Samowitz W, Carison M, Gelbert L, Albertsen H, Joslyn G, Stevens J, Spirio L, Robertson M, Sargeant L, Krapcho K, Wolff E, Burt R, Hughes .TP, Warrington J, McPherson J, Wasmuth J, Le Paslier D, Abderrahim H, Cohen D, Leppert M, White R. Identification and characterization of the familial adenomatous polyposis coli gene. Cell 1991;66:589-600.

68. Nathke IS, Adams CL, Polakis P, Sellin JH, Nelson WJ. The adenomatous polyposis coli tumor suppressor protein localizes to plasma membrane sites involved in active cell migration. JCellBiol 1996;134:165-179.

69. Barth AT, Nathke IS, Nelson WJ. Cadherins, catenins and APC protein: Interplay between cytoskeletal complexes and signaling pathways. Curr Opinions Cell Biol l997;9:683-690.

70. Kinzler KW, Vogelstein B. Lessons from hereditary colorectal cancer. Cell 1996;87:159-170.

71. Potter JD. Colorectal cancer: Molecules and populations. JNatl Cancer Inst 1999 ;9 1:9 16-932.

72. Houlston RS. What we could do now: Molecular pathology of colorectal cancer. J Clin Pathol Mol Pathol 2001 ;54:206-2 14.

73. Bartram H-P, Scheppach W, Schmid H, Hofmann A, Dusel G, Richter F, Richter A, Kasper H. Proliferation of human colonic mucosa as an intermediate biomarker of

carcinogenesis: Effects of butyrate, deoxycholate, calcium, ammonia, and pH. Cancer Res 1993;53 :3283-3288.

74. Govers MJ, Termont DS, Van der Meer R. Mechanism of the antiproliferative effect of milk mineral and other calcium supplements on colonic epithelium. Cancer Res 1 994;54:95- 100.

75. Newmark HE, Lipkin M, Maheshwari N. Colonic hyperproliferation induced in rats and mice by nutritional-stress diets containing four components of a human Western-style diet (Series 2). Am JClin Nutr 1991;54:209s-214s.

76. Bird RP, Schneider R, Stamp D, Bruce WR. Effect of dietary calcium and cholic acid on the proliferative indices of murine colonic epithelium. Carcinogenesis 1986;7:1657-1661.

77. Wargovich MJ, Eng VWS, Newmark HL, Bruce WR. Calcium ameliorates the toxic effect of deoxycholic acid on colonic epithelium. Carcinogenesis 1983;4: 1205-1207.

78. Wargovich MJ, Eng VWS, Newmark HL. Calcium inhibits the damaging and compensatory proliferative effects of fatty acids on mouse colon epithelium. Cancer Lett 1984;23:253-258.

79. McLellan EA, Bird RP. Aberrant crypts: Potential preneoplastic lesions in the murine colon. CancerRes 1988;48:6187-6192.

80. Bird RP. Observations and quantification of aberrant crypts in the murine colon treated with a colon carcinogen: Preliminary findings. Cancer Lett 1987;37:147-151.

81. Correa P. Epidemiology of polyps and cancer. Major Prob Pathol 1978;10:126-152.

82. Hill MJ. Etiology of the adenoma-carcinoma sequence. Major Prob Pathol 1978;10:l53-162.

83. Kendall CW, Janezic SA, Friday D, Venicet Rao A. Dietary cholesterol enhances preneoplastic aberrant crypt formation and alters cell proliferation in the murine colon treated with azoxymethane. Nutr Cancer 1992; 17:107-114.

84. Magnuson BA, Carr I, Bird RP. Ability of aberrant crypt characteristics to predict colonic tumour incidence in rats fed cholic acid. Cancer Res 1993;53:4499-4504.

85. Pretlow TP. Barrow BJ. Ashton WS, O'Riordan MA, Pretlow TG, Jurcisek JA, SteflatoTA. Aberrant crypts: Putative preneoplastic foci in human colonic mucosa. CancerRes 1991;51:1564-1567.

86. Pretlow TP, O'Riordan MA, Somich GA, Amini SB, Pretlow 1G. Aberrant crypts correlate with tumour incidence in F344 rats treated with azoxymethane and phytate. Carcinogenesis 1992;13: 1509-1512.

87. Rao CV, Desai D, Simi B, Kulkami N, Amin S, Reddy BS. Inhibitory effect of caffeic acid esters on azoxymethane-induced biochemical changes and aberrant crypt foci formation in rat colon. Cancer Res 1993;53:4182-4 188.

88. Shivapurkar N, Tang ZC, Frost A, Alabaster 0. Inhibition of progression of aberrant crypt foci and colon tumour development by vitamin E and 13- carotene in rats on a high-risk diet. Cancer Lett 1995;91 :125-132.

89. Zarkovic M, Qin X, Nakatsuru Y, Oda H, Nakamura T, Shamsuddin AM, Ishikawa T. Tumour promotion by fecapentaene-12 in a rat colon carcinogenesis model. Carcinogenesis 1993; 14:1261-1264.

90. Hopfner M, Lemmer K, Jansen A, Hanski C, Riecken E-O, Gavish M, Mann B, Buhr H, Glassmeier 0, Scherubl H. Expression of functional P2-purinergic receptors in primary cells cultures of human colorectal carcinoma cells. Biochem Biophys Res Commun 1998;25 1:811-817.

91. HOpther M, Maaser K, Barthel B, von Lampe B, Hanski C, Riecken E-O, Zeitz M, Scherubl H. Growth inhibition and apoptosis induced by P2Y2 receptors in human colorectal carcinoma cells: Involvement of intracellular calcium and cyclic adenosine monophosphate. mt J Colorectal Dis
2001; 16: 154-166.

92. Harden TK, Boyer JL, Nicholas RA. P2-purinergic receptors: Subtype- associated signaling responses and structure. Annu Rev Pharmacol Toxicol 1995;35:541-579.

93. Lustig KD, Conklin BR, Herzmark P, Taussig R, Bourne HR. Type II adenylylcyclase integrates coincident signals from G, G and 0q JBiol Chem 1993;268:13900-13905.

94. Farese RV. Calcium as an intracellular mediator of hormone action: Intracellular phospholipid signaling systems. Am JMed Sci 1988;296:223:230.

95. Whitfield TF, Boynton AL, Macmanus JP, Sikorska M, Tsang BK. The regulation of cell proliferation by calcium and cyclic AMP. Mol Cell Biochem 1979;27:155-179.

96. Weiss H, Amberger A, Widschwendter M, Margreiter R, Ofner D, Dietl P. Irthibition of store-operated calcium entry contributes to the anti-proliferative effect of non-steroidal anti-inflanimatory drugs in human colon cancer cells. Intl Cancer 200 1;92:877-882.

97. Korczak B, Whale C, Kerbel RS. Possible involvement of Ca2 mobilization and protein kinase C activation in the induction of spontaneous metastasis by mouse mammary adenocarcinoma. Cancer Res 1989;49:2597-2560.

98. Liu B, Renaud C, Nelson KK, Chen YQ, Bazaz R, Kowynia J, Timar J, Diglio CA, Honn KV. Protein kinase C inhibitor caiphostin C reduces B 16 amelanotic melanoma cell adhesion to endothelium and lung colonization. mt JCancer 1992;52:147-152.

99. Amstad PA, Krupitza G, Cerutti PA. Mechanism of c-fos induction by active oxygen. Cancer Res 1992;52:3952-3960.

100. KelloffGJ, Crowell JA, Steele VE, Lubet RA, Boone CW, Malone WA, Hawk ET, Lieberman R, Lawrence JA, Kopelovich L, Au I, Viner IL, Sigman CC. Progress in cancer chemoprevention. Ann N YAcad Sci 1999;889:1-13.

101, Fischer SM, Lee ML, Maidve RE, Morris RJ, Trono D, Burrow DL, Butler AP, Pavone A, Warren B. Association of protein kinase C activation with induction of ornithine decarboxylase in murine but not human keratinocytes cultures. Mol Carcinog 1993;7:228-237.

102. Klein IX, Ritland SR, Burgart U, Ziesmer SC, Roche PC, Gendler SJ, Karnes WE Jr. Adenoma-specific alterations of protein kinase C isozyme expression in AFC'' mice. Cancer Res 2000;60:2077-2080.

103. Stauble B, Boscoboinik D, Tasinato A, Azzi A. Modulation of activator protein-i (AP-1) transcription factor and protein kinase C by hydrogen peroxide and a—tocopherol in vascular smooth muscle cells. Eur JBiochem 1 994;226:393-402.

104. Russell DH. Ornithine decarboxylase: A key regulatory enzyme in normal and neoplastic growth. Drug Metab Rev 1981; 16:1-88.

105. Janne J, Poso H, Raina A. Polyamines in rapid growth and cancer. Biochem Biophys Acta 1978;473:241-293.

106. Williams-Ashman HG, Canellakis ZN. Polyamines in mammalian biology and medicine. Perspect Biol Med 1979;2:421-453.

107. Pegg AE. Polyamine metabolism and its importance in neoplastic growth and a target for chemotherapy. Cancer Res 1988;48:759-774.

108. Luk GD, Baylin SB. Ornithine decarboxylase as a biologic marker in familial colonic polyposis. N Engi J Med 1 984;3 11:80-83.

109. Love RR, Verma AK, Surawicz TS, Morrissey JF. Absence of effect of supplemental oral calcium on ornithine decarboxylase (ODC) activity in colonic mucosae of healthy individuals with a family history of colorectal cancer. J Surg Oncol. 1990 Feb;43(2):79-82.

110. Hibshoosh H, Johnson M, Weistein LB. Effects of overexpression of ornithine decarboxylase (ODC) on growth control a nd oncogene-induced cell transformation. Oncogene 199 1;6:739-743.

111. Ishizuka J, Bold RJ, Townsend CM Jr, Thompson JC. Role of calcium in the regulation of ornithine decarboxylase enzyme activity in mouse colon cancer cells. Cancer Invest 1995;13:181-187.

112. Steele yE, Moon RC, Lubet RA, Grubbs CJ, Reddy BS, Wargovich M, McCormick DL, Pereira MA, Crowell JA, Bagheri D, Sigman CC, Boone CW, KelloffGJ. Preclinical efficacy evaluation of potential chemopreventive agents in animal carcinogenesis models: Methods and results from the NCI Chemoprevention Drug Development Program. J Cell Biochem Suppi I 994;20:32-54.

113. Jarvis WD, Turner AJ, Povirk LF, Taylor RS, Grant S. Induction of apoptotic DNA fragmentation and cell death in HL-60 human promyelocytic leukemia cells by pharmacological inhibitors of protein kinase C. Cancer Res 1994;54:1707-1714.

114. Whelan RD, Parker PJ. Loss of protein kinase C function induces a proapoptotic response. Oncogene 1998; 16:1939-1944.

115. Hannun YA. Functions of ceramide in coordinating cellular responses to stress. Science 1996;274:1855-1859.

116. Haimovitz-Friedman A, Kolesnick RN, Fuks Z. Ceramide signaling in apoptosis. Br Med Bull 1 997;53:539-553.

117. Bradham C, Quian T, Streetz K, Trautwein C, Brenner DA, Lemasters JJ. The mitochondrial permeability transition is required for tumor necrosis factor ci.—mediated apoptosis and cytochrome c release. Mol Cell Biol 1998;18:6353- 6364.

118. Chinnaiyan AM. The apoptosome: Heart and soul of the cell death machine. Neoplasia 1999;1:5-15.

119. Kiuck RM, Bossy-Wetzel E, Green DR, Newmeyer DD. The release of cytocbrome c from mitochondria: A primary site of Bcl-2 regulation of apoptosis. Science 1997;275: 1132-1136.

120. Kallay E, Bajna E, Wrba F, Kriwanek S, Peterlik M, Cross HS. Dietary calcium and growth modulation of human colon cancer cells: Role of the extracellular calcium-sensing receptor. Cancer Detect Prey 2000;24:127-136.

121. Cross HS, Paveilca M, Slavik J, Peterlik M. Growth control of human colon cancer cells by vitamin D and calcium in vitro. JNatl Cancer Inst 1992;84: 13 55-13 57.

122. Lamprecht SA, Lipkin M. Chemoprevention of colon cancer by calcium, vitamin D and folate: Molecular mechanisms. Nat Rev Cancer 2003;3:601-614.

123. Morotomi M, Guillem JG, Weinstein LB. Production of diacyiglycerol, an activator of protein kinase C, by human intestinal microflora. Cancer Res 1990;50:3595-3599,

**BINDER #3**

124. Morotomi M, LoGerfo P, Weinstein lB. Fecal excretion, uptake and metabolism by colon mucosa of diacyiglycerol in rats. Biochem Biophys Res Commun 1991;181:1028-1034.

125. Friedman E, Isaksson P, Rafter J, Marian B, Winawer S, Newmark H. Fecal diglycerides as selective endogenous mitogens for premalignant and malignant human colonic epithelial cells. Cancer Res 1989;49:544-548.

126. Craven PA, Pfanstiel J, DeRubertis, FR. Role of activation of protein kinase C in the stimulation of colonic epithelial proliferation and reactive oxygen formation by bile acids. J Clin Invest 1 987;79 :532-541.

127. Weinstein lB. Cancer prevention: Recent progress and future opportunities. CancerRes 1991;51:5080-5085.

128. Atillasoy E, Fein B, Weinstein IB, Holt PR. Fecal diacyiglycerol concentrations and calcium supplementation. Cancer Epidemiol Biomarkers Prey 1995;4:795-796.

129. Steinbach G, Lupton J, Reddy BS, Kral JG, Holt PR. Effect of calcium supplementation on rectal epithelial hyperproliferation in intestinal bypass subjects. Gastroenterology 1994; 106:1162-1167.

130. Holt PR, Moss SF, Whelan R, Guss J, Gilman J, Lipkin M. Fecal and rectal mucosal diacyiglycerol concentrations and epithelial proliferative kinetics. Cancer Epidemiol Biomarkers Prey 1996; 5:937-940.

131. Tangpricha V, Flanagan TN, Whitlatch LW, Tseng CC, Chen IC, Holt PR, Lipkin MS, Holick MF. 25-hydroxyvitamin D-lct-hydroxylase in normal and malignant colon tissue. Lancet 2001 ;3 57:1673-1674.

132. Cross HS, Bareis P, Hofer H, Bischof MG, Bajna E, Kriwanek 5, Bonner E, Peterlik M. 25-Hydroxyvitamin D3-la hydroxylase and vitamin D receptor gene expression in human colonic mucosa is elevated during early cancerogenesis. Steroids 2001 ;66 :287-292.

133. Zehnder D, Bland R, Williams MC, McNinch RW, Howie AJ, Stewart PM, Hewison M. Extrarenal expression of 25-hydroxyvitamin D3- I a hydroxylase. J Clin Endocrinol Metab 200 1;86:888-894.

134. Baron JA, Beach M, Mandel JS, van Stollc RU, Haile RW, Sandier RS, Rothstein R, Summers RW, Snover DC, Beck GJ, Frarild H, Bond JH, Greenberg ER. Calcium supplements and colorectal adenomas. Calcium Polyp Prevention Study Group. NEnglJMed 1999;340:101-107.

135. Brenner BM, Russell N, Albrecht S, Davies RJ. The effect of dietary vitamin D3 on the intracellular calcium gradient in mammalian colonic crypts. Cancer Lett 1998;127:43-53.

136. Holt PR, Arber N, Halmos B, Forde K, Kissileff H, McGlynn KA, Moss SF, Kurihara N, Fan K, Yang K, Lipkin M. Colonic epithelial cell proliferation decreases with increasing levels of serum 25-hydroxy vitamin D. Cancer Epidemiol Biomarkers Prey 2002; 11:113-119.

137. Flolt PR, Atillasoy EO, Gilman J, Guss J, Moss SF, Newmark H, Fan K, Yang K, Lipkin M. Modulation of abnormal colonic epithelial cell proliferation and differentiation by low-fat dairy foods. A randomized controlled trial. JAMA

1998;280: 1074-1079.

138. Lointier P, Wargovich MJ, Saez S, Levin B, Wildrick DM, Boman BM. The role of vitamin D3 in the proliferation of a human colon cancer cell line in vitro. Anticancer Res 1987;7:817-821.

139. Giuliano AR, Franceschi RT, Wood RJ. Characterization of the vitamin D receptor from the Caco-2 human colon carcinoma cell line: Effect of cellular differentiation. Arch Biochem Biophys 1990;285:261-269.

140. Harper KD, lozzo RV, Haddad JG. Receptors for and bioresponses to 1,25-dihydroxyvitamin D in a human colon carcinoma cell line (HT-29). Metabolism 1989;38:1062-l069.

141. Suda T, Shinki T, Takashashi N. The role of vitamin D in bone and intestinal cell differentiation. Annu Rev Nutr 1990; 10:195-211.

142. Tanaka Y, Bush KK, Eguchi T, ilcekawa N, Taguchi T, Kobayashi Y, Higgins PJ. Effects of 1,25-dihydroxyvitamin D3 and its analogs on butyrate-induced differentiation of HT029 human colonic carcinoma cells and on the reversal of the differentiated phenotype. Arch Biochem Biophys 1990;276:415-423.

143. Eisman JA, Barkia DH, Tutton PJM. Suppression of in vivo growth of human cancer solid tumor xenografts by 1,25-dihydroxyvitamin D3. Cancer Res 1987 ;47 :2 1-25.

144. Brehier A, Thomasset M. Human colon cell line HT-29: Characterization of 1,25-dihydroxyvitamin D3 receptor and induction of differentiation by the hormone. JSteroidBiochem 1988;29:265-270.

145. Lointier P, Meggouh F, Dechelotte P, Pezet D, Ferrier C, Chipponi J, Saez S. 1 ,25-dihydroxyvitamin D3 receptors and human colon adenocarcinoma. Br J Surg 1991;78:435-439.

146, Lointier P, Meggouh F, Pezet D, Dapoigny M, Dieng PND, Saez 5, Chipponi J. Specific receptor for 1 ,25-dihydroxyvitamin D3 (1 ,25-DR) and human colorectal carcinogenesis. Anticancer Res 1 989;9:1921 -1924.

147. Meggouh F, Lointier P, Saez S. Sex steroid and 1,25-dihydroxyvitamin D3 receptors in human colorectal adenocarcinoma and normal mucosa. Cancer Res 1991;51:1227-1233.

148. Danes BS, De Angelis P, Traganos F, Melamed MR. Heritable colon cancer: Influence of increased calcium concentration on increased in vitro tetraploidy (JVT). Med Hypotheses 1991 ;36:69-72.

149. Danes BS. Effect of increased calcium concentration on in vitro growth of human colonic mucosal lines. Dis Colon Rectum 1991;34:552-556.

150. Buset M, Lipkin M, Winawer S, Swaroop S, Friedman E. Inhibition of human colonic epithelial cell proliferation in vivo and in vitro by calcium. Cancer Res 1986;46:5426-5430.

151. Friedman E, Lipkin M, Winawer S, Buset M, Newmark H. Heterogeneity in the response of familial polyposis epithelial cells and adenomas to increasing levels of calcium in vitro. Cancer 1989;63:2486-2491.

152. Buras RR, Shabahang M, Davoodi F, Schumaker LM, Cullen KJ, Byers S, Nauta RJ, Evans SRT. The effect of extracellular calcium on colonocytes: Evidence for differential responsiveness based upon degree of cell differentiation. Cell Prolf 1995 ;2 8:245-262.

153. Cross HS, Hulla W, Tong W-M, Peterlik M. Growth regulation of human colon adenocarcinoma-derived cells by calcium, vitamin D and epidermal growth factor. JNutr 1995;125:2004S-2008S.

154. Wargovich MJ. Calcium and colon cancer. JAm CollNutr 1988;7:295-300.

155. KelloffGJ, Crowell JA, Boone CW, Steele VE, Lubet RA, Greenwald P, Alberts DS, Covey JM, Doody LA, Knapp GG, Nayfield S, Parkinson DR, Prasad VK, Prorok PC, Sausville EA, Sigman CC. Clinical development plan: Calcium. Chemoprevention Branch and Agent Development Committee. National Cancer Institute. J Cell Biochem Suppl 1 994;20:86-109.

156. Eshleman JR, Markowitz SD. Microsatellite instability in inherited and sporadic neoplasms. Curr Opin Oncol 1995;7:83-89.

157. Thibodeau SN, Bren G, Schaid D. Microsatellite instability in cancer of the proximal colon. Science 1993;260:816-819.

158. Tsao JL, Dudley S, Kwok B, Nickel AE, Laird PW, Siegmund KD, Liskay RM, Shibata D. Diet, cancer and aging in DNA mismatch repair deficient mice. Carcinogenesis 2002;23:l807-1810.

159. Aaltonen LA, Peltomaki P, Leach FS, Sistonen P, Pylkkanen L, Mecklin J-P, Jarvinen H, Powell SM, Jen J, Hamilton SR, Petersen GM, Kinzler KW, Vogelstein B, de la Chapelle A. Clues to the pathogenesis of familial colorectal cancer. Science 1993:260:812-816.

160. Marra G, Boland CR. Hereditary nonpolyposis colorectal cancer: The syndrome, the genes, and historical perspectives. JNatl Cancer Inst 1995;87:1 114-1125.

161. Peltomaki P, Vasen HF. Mutations predisposing to hereditary nonpolyposis colorectal cancer: Database and results of a collaborative study. The International Collaborative Group on Hereditary Nonpolyposis Colorectal Cancer. Gastroenterology 1997;l 13:1146-1158,

162. van Aken E, De Wever 0, Correia da Rocha AS, Mareel M. Defective Ecadherinlcatenin complexes in human cancer. Virchows Arch 2001;439:725-751.

163. Ilyas M, Tomlinson 1PM. The interactions of PLPC, E-cadherin and j3-catenin in tumour development and progression. JPathol 1997;182:128-137.

164. Chakrabarty 5, Radjendirane V, Appelman H, Varani J. Extracellular calcium and calcium sensing receptor function in human colon carcinomas: promotion of E-cadhenn expression and suppression of beta-cateninlTCF activation. Cancer Res 2003;63:67-71.

165. Kallay E, Bonner E, Wrba F, Thakker RV, Peterlik M, Cross HS. Molecular and functional characterization of the extracellular calcium-sensing receptor in human colon cancer cells. OncoiRes 2003;13:551-559.

166. Chattopadhyay N, Yamaguchi T, Brown EM. Ca2 receptor from brain to gut: Common stimulus, diverse actions. Trends Endocrinol Metab 1998;9:354-359.

167. Sheinin Y, Kallay E, Wrba F, Kriwanek S, Peterlik M, Cross HS. Immunocytochemical localization of the extracellular calcium-sensing receptor in normal and malignant human large intestinal mucosa. JHistochem Cytochem 2000;48:595-602.

168. Gama L, Baxendale-Cox LM, Breitwieser GE. Ca2-sensing receptors in intestinal epithelium. Am J Physiol Cell Physiol 1 997;273 :1168-1175.

169. De Luca F, Baron J. Molecular biology and clinical importance of the Ca2- sensing receptor. Curr Opin Pediatr 1998; 10:435-440.

170. Takeichi M. Cadhenn cell adhesion receptors as a morphogenetic regulator. Science 1991;251:1451-1455.

171. Bostick RM, Potter JD, Fosdick L, Grambsch P, Lampe JW, Wood JR, Louis TA, Ganz R, Grandits G. Calcium and colorectal epithelial cell proliferation: A preliminary randomized, double-blinded, placebo-controlled clinical trial. J Nati Cancer Inst 1993;85:132-141.

172. Newmark HL, Lipkin M. Calcium, vitamin D, and colon cancer. Cancer Res. 1992 Apr 1;52(7 Suppl):2067s-2070s.

173. Wargovich MJ, Baer AR. Basic and clinical investigations of dietary calcium in the prevention of colorectal cancer. Prey Med 1989;18:672-679.

174. Rozen P. An evaluation of rectal epithelial proliferation measurement as biomarker of risk for colorectal neoplasia and response in intervention studies. EurJCancer Prey 1992;1:215-224.

r5. Speer G, Cseh K, Mucsi K, Takacs I, Dworak 0, Winkler G, Szody R, Tisler A, Lakatos P. Calcium-sensing receptor A986S polymorphism in human rectal cancer. mt J Colorectal Dis 2002; 17:20-24.

176. Berx G, Staes K, van Hengel J, Molemans F, Bussemakers MJ, van Bokhoven A, van Roy F. Cloning and characterization of the human invasion suppressor gene E-cadherin (CDH 1). Genomics I 995;26:28 1-289.

177. GraffiR, Herman JG, Lapidus RG, Chopra H, Xu R, Jarrard DF, Isaacs WB, Pitha PM, Davidson NE, Baylin SB. E-cadherin expression is silenced by DNA hypermethylation in human breast and prostate carcinomas. Cancer Res 1995 ;55 :5 195-5 199.

178. Hennig G, Behrens J, Truss M, Frisch 5, Reichmann E, Birchmeier W. Progression of carcinoma cells is associated with alterations in chromatin structure and factor binding at the E-cadherin promoter in vivo. Oncogene 1995;1 1:475-484.

179. Dorudi S, Sheffield JP, Poulson R, Northover JM, Hart JR. E-cadherin expression in colorectal cancer: An immunochemical and in situ hybridization study. Am J Pathol 1993; 142:981-986.

180. Azarschab P, Porschen R, Gregor M, Blin N, Holzmann K. Epigenetic control of the E-cadherin gene (CDH1) by CpG methylation in colectomy samples of patients with ulcerative colitis. Genes Chromosomes Cancer 2002;35:121-126.

181. Bedi A, Pasricha PJ, Akhtar AJ, Barber JP, Bedi GC, Giardello FM, Zehnbauer BA, Hamilton SR, Jones RJ. Inhibition of apoptosis during 'development of colorectal cancer. Cancer Res 1995 ;55:1811 -1816.

182. Boland CR. The biology of colorectal cancer: Implications for pretreatment and follow-up management. Cancer 1993 ;7 1:4180-4186.

183. Fearon ER. Molecular genetic studies of the adenoma-carcinoma sequence. Adv Intern Med 1994;39:123-147.

184. Rustgi AK. Molecular genetics and colorectal cancer. Gastroenterology 1993;104:1223-1225.

185. Greenwald P, Kelloff GJ, Boone CW, McDonald SS. Genetic and cellular changes in colorectal cancer: Proposed targets of chemopreventive agents. Cancer Epidemiol Biomarkers Prey 1 995;4:69 1-702.

186. Slattery ML, Schaffer D, Edwards SL, Ma K-N, Potter JD. Are dietary factors involved in DNA methylation associated with colon cancer? Nutr Cancer 1997;28:52-62.

187. Rosty C, Ueki T, Argani P, Jansen M, Yeo CJ, Cameron JL, Hruban RH, Goggins M. Overexpression of S 1 00A4 in pancreatic ductal adenocarcinomas is associated with poor differentiation and DNA hypomethylation. Am I Fathol 2002;160:45-50.

188. Bronckart Y, Decaestecker C, Nagy N, Harper L, Schafer BW, Salmon I, Pochet R, Kiss R, Heizman CW. Development and progression of malignancy in human colon tissues are correlated with expression of specific Ca2-binding Si 00 proteins. Histol Histopathol 2001; 16:707-712.

189. Stulik J, Osterreicher J. Koupilova K, Knizek, MaccIa A, Bures J, Jandik P, Langr F, Dedic K, Jungblut PR. The analysis of Si 00A9 and S 1 00A8 expression in matched sets of macroscopically normal colon mucosa and colorectal carcinoma: The S100A9 and S100A8 positive cells underlie and invade tumor mass. Electrophoresis 1 999;20: 1047-1054.

190. Kristinsson J, Annbruster CH, Ugstad M, Kriwanek S, Nygaard K, Ton H, Fuglerud P. Fecal excretion of caiprotectin in colorectal cancer. Relationship to tumor characteristics. Scand I Gastroenterol 2001 ;36:202-207.

191. Takenaga K, Nakanishi H, Wada K, Suzuki M, Matsuzaki 0, Matsuura A, Endo H. Increased expression of SI 00A4, a metastasis-associated gene, in human colorectal adenocarcinomas. Clin Cancer Res 1997;3:2309-2316.

192. Stulik J, Osterreicher J, Koupilova K, Knizek J, Bures J, Jandik P, Langr F, Dedic K, Schafer BW, Heizmann CW. Differential expression of the Ca$^{2+}$ binding Si 00A6 protein in normal, preneoplastic and neoplastic colon mucosa. Eur I Cancer 2000;36: 1050-1059.

193. Barraclough R. Calcium-binding protein Si 00A4 in health and disease. Biochim Biophys Acta 1998;1448:i90-199.

194. Komatsu K, Andoh A, Ishiguro 5, Suzuki N, Hunai H, Kobune-Fujiwara Y, Kameyama M, Miyoshi J, Akedo H, Nakamura H. Increased expression of S100A6 (Calcyclin), a calcium-binding protein of the S100 family, in human colorectal adenocarcinomas. Clin Cancer Res 2000;6: 172-177.

195. Summerton CB, Longlands MG, Wiener K, Shreeve DR. Faecal calprotectin: A marker of inflammation throughout the intestinal tract. Eur J Gastroenterol Hepatol 2002;14:841-845.

196. Gongoll S, Peters G, Mengel M, Piso P, Klempnauer J, Kreipe H, von Wasielewski R. Prognostic significance of calcium-binding protein Si 00A4 in colorectal cancer. Gastroenterology 2002;123:1478-1484.

197. Steinbach G, Heymsfield S, Olansen NE, Tighe A, Holt PR. Effect of caloric restriction on colonic proliferation in obese persons: Implications for colon cancer prevention. Cancer Res I 994;54: 1194-1197.

198. Cats A, Kleibeuker JH, van der Meer R, Kuipers F, Sluiter WJ, Hardonk MJ, Oremus ET, Mulder NH, de Vries EG. Randomized, double-blinded, placebo-controlled intervention study with supplemental calcium in families with hereditary nonpolyposis colorectal cancer. JNatl Cancer Inst 1995;87:598-603.

199. Chadwick VS, Gaginella TS, Carlson GL, Debognie JC, Phillips SF, Hofrnann A.F. Effect of molecular structure on bile acid-induced alterations in absorptive function, permeability and morphology in the perfused rabbit colon. ILab Clin Med 1979;94:661-674.

**BINDER #4**

200. Deschner EE, Cohen BI, Raicht RF. Acute and chronic effect of dietary cholic acid on colonic epithelial cell proliferation. Digestion 1981;21:290-296.

201. Deschner EE, Raicht RF. Influence of bile on kinetic behavior of colonic epithelial cells of the rat. Digestion 198 1;19:322-327.

202. Koga S, Kaibara N, Takeda R. Effect of bile acids on 1,2-dimethyihydrazine-induced colon cancer in rats. Cancer 1982;50:543-547.

203. Cohen BI, Raicht RF. Effects of bile acids on colon carcinogenesis in rats treated with carcinogens. Cancer Res 1981 ;41 :3759-3760.

204. Cruse JP, Lewin MR, Clark CG. The effects of cholic acid and bile salt binding agents on 1 ,2-dimehylhydrazine induced colon carcinogenesis in the rat. Carcinogenesis 198 1;2:439-443.

205. Reddy BS, Narisawa T, Weisburger TH, Wynder EL. Effect of sodium deoxycholate on colon adenocarcinomas in germ free rats. JNatl Cancer Inst 1976;56:441-442.

206. Wargovich MJ. Phytic acid, a major calcium chelator from fiber-rich cereals stimulates colonic cellular proliferation (abstract). Gastroenterology 1986;90: 1684.

207. Rafter JJ, Eng VWS, Furrer R, Bruce WR. Effects of calcium and pH on the mucosal damage produced by deoxycholic acid in the rat colon. Gut 1986;27: 1320-1329.

208. Reddy BS, Watanabe K. Effect of cholesterol metabolism and promoting effect of lithocolic acid on colon carcinogenesis in germ-free and conventional F344 rats. CancerRes 1979;39:1521-1524.

209. Glauert lIP, Bennik MB. Influence of diet or intrarectal bile acid injections on colon epithelial cell proliferation in rats previously injected with 1,2- dimethyihydrazine. JNutr 1983; 113:475-482.

210. Sakaguchi M, Hiramatsu Y, Takada H, Yamamura M, Hioki K, Saito K, Yamamoto M. Effect of dietary unsaturated and saturated fats on azoxymethane-induced colon carcinogenesis in rats. Cancer Res 1 984;44: 1472-1477.

211. Bull AW, Nigro ND, Golembieski WA, Crissman JD, Marnett U. In vivo stimulation of DNA synthesis and induction of ornithine decarboxylase in rat colon by fatty acid hydroperoxides, autoxidation products of unsaturated fatty acids. Cancer Res 1984;44:4924-4928.

212. Silverman SJ, Andrews AW. Bile acids: Co-mutagenic activity in the Salmonella-mammalian-microsome mutagenicity test (Brief communication). JNatl Cancer Inst 1977;59:1557-1559.

213, Richards TC. Changes in crypt cell populations of mouse colon during recovery from treatment with 1 ,2-dimethylhydrazine. JNatl Cancer Inst 198 1;66:907-912.

214. Cohen BI, Raicht RF, Descimer EE, Takahashi M, Sarwal AN, Fazzini E. Effect of cholic acid feeding on N-methyl-N-nitrosourea induced colon tumors and cell kinetics in rats. JNatl Cancer Inst 1980;64:573-578.

215. Nagengast FM, Grubben MJAL, van Munster IP. Role of bile acids in colorectal carcinogenesis. Eur J Cancer 1995 ;3 1 A: 1067-1070.

216. Lapre JA, de Vries HT, van der Meer R. Dietary calcium phosphate inhibits cytotoxicity of fecal water. Am JPhysiol 1991 ;26 1 :G907-G9 12.

217. Newmark HL, Lupton JR. Determinants and consequences of colonic luminal pH: Implications for colon cancer. Nutr Cancer 1990;14:161-173.

218. Reddy BS. Dietary fat and colon cancer: Animal model studies. Lipids 1992;27: 807-8 13.

219. Kanazawa K, Konishi F, Mitsuoka T, Terada A, Itoh K, Narushima S, Kumemura M, Kimura H. Factors influencing the development of sigmoid colon cancer. Bacteriologic and biochemical studies. Cancer 1996;77(8 Suppl):1701-1706.

220. Samelson SL, Nelson RL, Nyhus LM. The protective effect of fecal pH on experimental colon carcinogenesis. JR Soc Med 1985;78:230-233.

221. Appleton GV, Bristol JB, Williamson RC. Increased dietary calcium and small bowel resection have opposite effects on colonic cell turnover. Br J Surg 1986;73:1018-1021.

222. Appleton GV, Davies PW, Bristol TB, Williamson RC. Inhibition of intestinal carcinogenesis by dietary supplementation with calcium. Br J Surg. 1987;74:523-525.

223. Beaty MM, Lee EY, Glauert HP. Influence of dietary calcium and vitamin D on colon epithelial cell proliferation and 1 ,2-dimethylhydra.zine-induced colon carcinogenesis in rats fed high fat diets. JNutr 1993;123:144-152.

224. Pence BC, Buddingh F. Inhibition of dietary fat-promoted colon carcinogenesis in rats by supplemental calcium or vitamin D3. Carcinogenesis 1988;9:187-190.

225. Pereira MA, Barnes LH, Rassman VL, KelloffGV, Steele yE. Use of azoxymethane-induced foci of aberrant crypts in rat colon to identify potential cancer chemopreventive agents. Carcinogenesis 1994; 15:1049-1054.

226. Vinas-Salas J, Biendicho-Palau P, Pinol-Felis C, Miguelsanz-Garcia S, PerezHolanda S. Calcium inhibits colon carcinogenesis in an experimental model in the rat. EurJCancer 1998;34:l941-1945.

227. Wang A, Yoshimi N, Tanaka T, Mon H. The inhibitory effect of magnesium hydroxide on the bile acid-induced cell proliferation of colon epithelium in rats in comparison to the action of calcium lactate. Carcinogenesis 1994; 15 :2661-2663.

228. Wargovich MJ, Stephens LC, Gray K. Effect of two "human" nutrient density levels of calcium on the promotional phase of colon tumorigenesis in the F344 rat (abstract). Proc Am Assoc Cancer Res 1 989;30: 196.

229. Stem HS, Gregoire RC, Kashtan H, Stadler J, Bruce RW. Long-term effects of dietary calcium on risk markers for colon cancer in patients with familial polyposis. Surgeiy 1990;108:528-533.

230. van Faassen A, Hazen MJ, van den Brandt PA, van den Bogaard AE, Hermus R.J, Janknegt RA. Bile acids and pH values in total feces and in fecal water from habitually omnivorous and vegetarian subjects. Am J Clin Nutr 1993;58:917-922.

231. Gregoire RC, Stern HS, Yeung KS, Stadler J, Langley S, Furrer R, Bruce WR. Effect of calcium supplementation on mucosal cell proliferation in high risk patients for colon cancer. Gut l989;30:376-382.

232. Govers MJAP, Termont DSML, Lapre JA, Kleibeuker JH, Vonk RJ, Van der Meer R. Calcium in milk products precipitates intestinal fatty acids and secondary bile acids and thus inhibits colonic cytotoxicity in humans. Cancer Res 1996;56:3270-3275.

233. Behling AR, Greger JL. Mineral metabolism of aging female rats fed various commercially available calcium supplements of yogurt. Pharmacol Res 1988;5:501-505.

234. Adell-Carceller R, Segarra-Soria M, Gibert-Jerez J, Salvador Sanchis JL, Lazaro-Santander R, Escrig-Sos J, Ruiz-Castillo J. Inhibitory effect of calcium on carcinogenesis at the site of colomc anastomosis: An experimental study. Dis Colon Rectum 1997;40:1376-1381.

235. Arlow FL, Walczak SM, Luk GD, Majumdar AP. Attenuation of azoxymethane-induced colonic mucosal omithine decarboxylase and tyrosine kinase activity by calcium in rats. Cancer Res 1989;49:5884-5888.

236. Barsoum GH, Thompson H, Neoptolemos IP, Keighley MR. Dietary calcium does not reduce experimental colorectal carcinogenesis after small bowel resection despite reducing cellular proliferation. Gut 1992 ;33: 1515-1520.

237. Behling AR, Kaup SM, Greger JL. Changes in intestinal function of rats initiated with DMH and fed varying levels of butterfat, calcium, and magnesium. Nutr Cancer 1990;13: 189-199.

238. Hambly RJ, Runmey CJ, Cunninghame M, Fletcher JM, Rijken PJ, Rowland LR. Influence of diets containing high and low risk factors for colon cancer on early stages of carcinogenesis in human flora-associated (HFA) rats. Carcinogenesis 1997;18:1535-1539.

239. Li H, Kramer PM, Lubet RA, Steele yE, KelloffGJ, Pereira MA. Effect of calcium on azoxymethane-induced aberrant crypt foci and cell proliferation in the colon of rats. Cancer Lett 1998; 124:39-46.

240. Liii Z, Tomotake H, Wan G, Watanabe H, Kato N. Combined effect of dietary calcium and iron on colonic aberrant crypt foci, cell proliferation and apoptosis, and fecal bile acids in 1,2-dimethylhydrazine-treated rats. Oncol Rep 2001 ;8:893-897.

241. Molck A-M, Poulsen M, Meyer 0. The combination of 1alpha,25(0H2)- vitamin D3, calcium and acetylsalicylic acid affects a.zoxymethane-induced aberrant crypt foci and colorectal tumours in rats. Cancer Lett 2002;l86:19-28.

242. Nelson RL, Tanure JC, Andrianopoulos G. The effect of dietary milk and calcium on experimental colorectal carcinogenesis. Dis Colon Rectum 1 987;30:947-949.

243. Sitrin MD, Halline AG, Abrahams C, Brasitus TA. Dietary calcium and vitamin D modulate 1,2-dimethylhydrazine-induced colonic carcinogenesis in the rat. Cancer Res l991;51:5608-56l3.

244. Thiagarajan DG, Bennink MR, Bourquin LD, Kavas FA. Prevention of precancerous colonic lesions in rats by soy flakes, soy flour, genistein, and calcium. Am JClin Nutr 1998;68(6 Suppl):1394S-1399S.

245. Behling AR, Kaup SM, Choquette LL, Greger JL. Lipid absorption and intestinal tumor incidence in rats fed on varying levels of calcium and butterfat. BrlNutr 1990;64:505-513.

246. Lior X, Jacoby RF, Teng B-B, Davidson NO, Sitrin MD, Brasitus TA. K-ras mutations in 1,2-dimethylhydrazine-induced colonic tumors: Effects of supplemental dietary calcium and vitamin D deficiency. Cancer Res 1991;51:4305-4309.

247. Skrypec DJ, Bursey RG. Effect of dietary calcium on azoxymethane-induced intestinal carcinogenesis in male F 344 rats fed high fat diets (abstract). FASEB 1988;2:A857.

248. Cats A, Mulder NH, de Vries EG, Oremus ET, Kreumer WM, Kleibeuker ill. Calcium phosphate: An alternative calcium compound for dietary prevention of colon cancer? A study on intestinal and faecal parameters in healthy volunteers. Eur J Cancer Prey 1993 ;2 :409-415.

249, Van der Meer R, Termont DS, De Vries HT. Differential effects of calcium ions and calcium phosphate on cytotoxicity of bile acids. Am JPhysiol 1991 ;260:G142-G147.

250. Govers MJAP, Van der Meer R. Effects of dietary calcium and phosphate on the intestinal interactions between calcium, phosphate, fatty acids, and bile acids. Gut 1993;34:365-370.

251. Lapre JA, De Vries HT, Koeman JH, Van der Meer R. The antiproliferative effect of dietary calcium on colonic epithelium is mediated by luminal surfactants and dependent on the type of dietary fat. Cancer Res 1993;53:784-789.

252. Newmark HL, Wargovich MJ, Bruce WR. Colon cancer and dietary fat, phosphate, and calcium: A hypothesis. JNatl Cancer Inst 1984;72:1323-1325.

253. Van der Meer R, Kleibeuker JH, Lapre JA. Calcium phosphate, bile acids and colorectal cancer. Eur J Cancer Prey 1991; 1 (Suppl 2): 55-62.

254. Van der Meer R, Lapre JA, Govers MJ, Kleibeuker JH. Mechanisms of the intestinal effects of dietary fats and milk products on colon carcinogenesis. Cancer Lett 1997;1 14:75-83.

255. Wargovich MJ, Allnutt D, Palmer C, Anaya P, Stephens LC. Inhibition of the promotional phase of azoxymethane-induced colon carcinogenesis in the F344 rat by calcium lactate: Effect of simulating two human nutrient density levels. CancerLett 1990;53:17-25.

256. Welberg JW, Kleibeuker JH, Van der Meer R, Kuipers F, Cats A, Van Rijsbergen H, Termont DS, Boersma-van Ek W, Vonk RJ, Mulder NH, de Vries EGE. Effects of oral calcium supplementation on intestinal bile acids and cytolytic activity of fecal water in patients with adenomatous polyps of the colon. EurJClin Invest 1993;23:63-68.

257. Lapre JA, de Vries HT, Termont DSML, Kleibeuker JH, de Vries EGE, van der Meer R. Mechanism of the protective effect of supplemental dietary calcium on cytolytic activity of fecal water. Cencer Res 1993;53:248-253.

258. van der Meer R, Welberg JW, Kuipers F, Kleibeuker JH, Mulder NH, Termont DSML, Vonk RJ, de Vries HT, de Vries EGE. Effects of supplemental dietary calcium on the intestinal association of calcium phosphate and bile acids. Gastroenterology 1990;99:1653-1659.

259. Pence BC, Durm DM, Zhao C, Patel V. Hunter S, Landers M. Protective effects of calcium from nonfat dried milk against colon carcinogenesis in rats. Nutr Cancer 1996;25:35-45.

260. Appleton GV, Owen RW, Williamson RC. The effect of dietary calcium supplementation on intestinal lipid metabolism. J Steroid Biochem Mol Biol 1992;42 :3 83-3 87.

261. Appleton GV, Owen RW, Wheeler EE, Challacombe DN, Williamson RC. Effect of dietary calcium on the colonic lumina l environment. Gut 1991;32:1374-1377.

262. Lapre JA, De Vries HT, Van der Meer R. Cytotoxicity of fecal water is dependent on the type of dietary fat and is reduced by supplemental calcium phosphate in rats. JNutr 1993;123:578-585.

263. Suzuki K, Suzuki K, Mitsuoka T. Effect of low-fat, high-fat, and fiber-supplemented high-fat diets on colon cancer risk factors in feces of healthy subjects. Nutr Cancer 1992;18:63-71.

264. Haenszel W, Correa P, Cuella C. Social class differences among patients with large bowel cancer in Cali, Columbia. JNatl Cancer Inst 1975;54:1031-1035.

265. Hill MJ, Drasar BS, Aries V, Crowther JS, Hawksworth G, Williams REQ. Bacteria and aetiology of cancer of the large bowel. Lancet 1971;i:95-100,

266. Hill MJ. Steroid nuclear dehydrogenation and colon cancer. Am J Clin Nutr 1974;27:1475-1480.

267. Jensen OM, MacLennan R, WahrendorfJ. Diet, bowel function, fecal characteristics, and large bowel cancer in Denmark and Finland. Nutr Cancer 1982;4:5-l9.

268. Mower HF, Ray RM, ShoffR, Stemmerrnann GN, Nomura A, Glober GA, Kamiyama 5, Shimada A, Yamakawa H. Fecal bile acids in two Japanese populations with different colon cancer risks. Cancer Res 1979;39:328-331.

269. Reddy BS, Hedges AR, Laakso K, Wynder EL. Metabolic epidemiology of large bowel cancer: Fecal bulk and constituents of high-risk North American and low-risk Finnish populations. Cancer 1978;42:2832-2838.

270. Turjman N, Goodman GT, Jacgar B, Nair PP. Diet, nutrition intake, and metabolism in populations at high and low risk for colon cancer: Metabolism of bile acids. Am JClin Nutr 1984;40:937-941.

271. Alberts DS, Ritenbaugh C, Story JA, Aickin M, Rees-McGee S, Buller MK, Atwood J, Phelps J, Ramanujam PS, Bellapravalu 5, Patel J, Bextinger L, Clark L. Randomized, double-blinded, placebo-controlled study of effect of wheat bran fiber and calcium on fecal bile acids in patients with resected adenomatous colon polyps. JNatl Cancer Inst 1996; 88:81-92.

272. Lupton JR, Steinbach G, Chang WC, O'Brien BC, Wiese S, Stoltzfiis CL, Glober GA, Wargovich MJ, McPherson RS, Winn RI Calcium supplementation modifies the relative amounts of bile acids in bile and affects key aspects of human colon physiology. JNutr 1996;126: 1421-1428.

273. Alder RJ, McKeown-Eyssen G, Bright-See E. Randomized trial of the effect of calcium supplementation on fecal risk factors for colorectal cancer. Am J Epidemiol 1993:138:804-814.

274. Lipkin M, Newmark H. Effect of added dietary calcium on colonic epithelialcell proliferation in subjects at high risk for familial colonic cancer. N Engi J Med 1985;313:1381-1384.

275. van Gorkom BA, van der Meer R, Karrenbeld A, van der Sluis T, Zwart N, Termont DS, Boersma-van Ek W, de Vries EG, Kleibeuker JR Calcium affects biomarkers of colon carcinogenesis after right hemicolectomy. Eur J Clin Invest 2002;32:693-699.

276. Welberg JW, Monkelbaan JF, de Vries EG, Muskiet FA, Cats A, Oremus ET, Boersma-van Ek W, van Rijsbergen H, van der Meer R, Mulder NH, Kleibeuker JH. Effects of supplemental dietary calcium on quantitative and qualitative fecal fat excretion in man. Ann NutrMetab 1994;38:185-191.

277. Little J, Owen RW, Fernandez F, Hawtin PG, Hill MJ, Logan RF, Thompson MH, Hardcastle ID. Asymptomatic colorectal neoplasia and fecal characteristics: A case-control study of subjects participating in the Nottingham fecal occult blood screening trial. Dis Colon Rectum 2002;45:1233-1241.

278. Geltner-Allinger U, Brismar B, Reinholt FP, Andersson G, Rafter JJ. Soluble fecal acidic lipids and colorectal epithelial cell proliferation in normal subjects and in patients with colon cancer. ScandjGastroenterol 1991;26:1069-1074.

279. Hofstad B, Vatn MH, Andersen SN, Owen RW, Larsen 5, Osnes M. The relationship between faecal bile acid profile with or without supplementation with calcium and antioxidants on recurrence and growth of colorectal polyps. Eur J Cancer Prey 1998;7:287-294.

280. van Munster JP, Tangerman A, de Haan AF, Nagengast FM. A new method for the determination of the cytotoxicity of bile acids and aqueous phase of stool: The effect of calcium. EurJClin Invest 1993;23:773-777.

281. Glinghanimar B, Venturi M, Rowland JR. Rafter JJ. Shift from a dairy product-rich to a dairy product-free diet: Influence on cytotoxicity and genotoxicity of fecal water - potential risk factors for colon cancer. Am J Clin Nutr 1997;66:1277-1282.

282. Pence BC. Role of calcium in colon cancer prevention: Experimental and clinical studies. Mutat Res 1993;290:87-95.

283. Richter F, Newmark HL, Richter A, Leung D, Lipkin M. Inhibition of Western-diet induced hyperproliferation and hyperplasia in mouse colon by two sources of calcium. Carcinogenesis 1995; 16:2685-2689.

284. Rozen P, Liberman V, Lubin F, Angel S, Owen R, Trostler N, Shkolnik T, Kritchevsky D. A new dietary model to study colorectal carcinogenesis: Experimental design, food preparation, and experimental findings. Nutr Cancer 1996;25:79-100.

285. Nobre-Leitao C, Chaves P, Fidalgo P, Cravo M, Gouveia-Oliveira A, Ferra MA, Mira FC. Calcium regulation of colonic crypt cell kinetics: Evidence for a direct effect in mice. Gastroenterology 1995;109:498-504.

286. Belleli A, Shany S, Levy J, Guberman R, Lamprecht SA. A protective role of 1 ,25-dihydroxyvitamin D3 in chemically induced rat colon carcinogenesis. Carcinogenesis 1992;13:2293-2298.

**BINDER #5**

287. Barthold SW, Beck D. Modification of early dimethyihydrazine carcinogenesis by colonic mucosa hyperplasia. Cancer Res 1980;40:4451- 4455.

288. Yu B, Wu J, Zhou X. [Interference of selenium germanium and calcium in carcinogenesis of colon cancer.] Zhonghua Wai Ke Za Zhi 1995;33: 167-169.

289. Al-men J. Are animal models of colon cancer relevant to human diseases? DigDis Sci 1985;30:103S-106S.

290. Chang WWL. Histogenesis of colon cancer in experimental animals. ScandJ Gastroenterol 1984; 1 9(Suppl. I 04):27-43.

291. Ranhotra GS, Geiroth JA, Glaser BK, Schoening P, Brown SE. Cellulose and calcium lower the incidence of chemically-induced colon tumors in rats. Plant Foods Hum Nutr 1999;54:295-303.

292. Potten CS, Loeffler M. Stem cells: Attributes, cycles, spirals, pitfalls and uncertainties. Lessons for and from the crypt. Development 1990; 110:1001- 1020.

293. Corner PF, Clark TD, Glauert HP. Effect of dietary vitamin D3 (cholecalciferol) on colon carcinogenesis induced by 1 ,2-dimethylhydrazine in male Fischer 344 rats. Nutr Cancer 1993;19:1 13-124.

294. Tao L, Kramer PM, Wang W, Yang S, Lubet RA, Steele yE, Pereira MA. Altered expression of c-myc, p16 and p27 in rat colon tumors and its reversal by short-term treatment with chemopreventive agents. Carcino genesis 2002;23:1447-1454.

295. Pence BC, Dunn DM, Zhao C, Landers M, Wargovich MJ. Chemopreventive effects of calcium but not aspirin supplementation in cholic acid-promoted colon carcinogenesis: Correlation with intermediate endpoints. Carcinogenesis 1995;16:757-765.

296. Wargovich MJ, Jimenez A, McKee K, Steele yE, Velasco M, Woods J, Price R, Gray K, Kelloff GJ. Efficacy of potential chemopreventive agents on rat colon aberrant crypt formation and progression. Carcinogenesis 2000;21:1149- 1155.

297. Wargovich MJ, Chen CD, Jimenez A, Steele yE, Velasco M, Stephens LC, Price R, Gray K, KelloffGJ. Aberrant crypts as a biomarker for colon cancer: Evaluation of potential chemopreventive agents in the rat. Cancer Epidemiol Biomarkers Prey 1996;5:355-360.

298. Belbraouet S, Felden F, Pelletier X, Gastin I, Lambert D, Floquet J, Gueant JL, Debry G. Dietary calcium salts as protective agents and laminin P1 as a biochemical marker in chemically induced colon carcinogenesis in rats. Cancer Detect Prey 1996;20:294-299.

299. McSherry CK, Cohen BI, Bokkenheuser VD, Mosbach EH, Winter J, Matoba N, Scholes J. Effects of calcium and bile acid feeding on colon tumors in the rat. Cancer Res 1989;49:6039-6043.

300. Quilliot D, Belbraouet S, Pelletier X, Gueant JL, Floquet J, Debry G. Influence of a high-calcium carbonate diet on the incidence of experimental colon cancer in rats. Nutr Cancer l999;34:213-219.

301. ReshefR, Rozen P, Fireman Z, Fine N, Barzilai M, Shasha SM, Shkolnik T. Effect of a calcium-enriched diet on the colonic epithelial hyperproliferation induced by Al-

methyl-N' -nitro-N-nitroso-guanidine in rats on a low calcium and fat diet. Cancer Res 1990;50:1764-1767.

302. Weisburger TH, Rivenson A, Hard GC, Zang E, Nagao M, Sugimura T. Role of fat and calcium in cancer causation by food mutagens, heterocyclic amines. Proc Soc Exp Biol Med 1994;205:347-352.

303. Bird RP. Effect of dietary components on the pathobiology of colonic epithelium: Possible relationship with colon tumorigenesis. Lipids 1986;21:289-291,

304. Sesink AL, Termont DS, Kleibeuker IH, Van der Meer R. Red meat and colon cancer: Dietary haem-induced colonic cytotoxicity and epithelial hyperproliferation are inhibited by calcium. Carcinogenesis 2001;22:1653- 165 9.

305. Nundy S, Malamud D, Obeertrop H, Sczerban J, Malt RA. Onset of cell proliferation in the shortened gut: Colonic hyperplasia after ileal resection. Gastroenterology 1977;72:263-266.

306. Williamson RCN, Bauer FLR, Ross JS, Malt RA. Proximal enterectomy stimulates distal hyperplasia more than bypass or pancreato-biliary diversion. Gastroenterology 1978;74: 16-23.

307. Rainey JB, Davies PW, Williamson RCN. Relative effects of ileal resection and bypass on intestinal adaptation and carcinogenesis. Br J Surg 1984;71 :197-202.

308. Scudamore CH, Freeman HJ. Effects of small bowel transection, or bypass in 1 ,2-dimethythydra.zine induced rat intestinal neoplasia. Gastroenterology 1983; 84: 725-73 1.

309. Williamson RCN, Bauer FLR, Terpstra OT, Ross JS, Malt RA. Contrasting effects of subtotal enteric bypass, enterectomy, and colectomy on azoxymethane-induced intestinal carcinogenesis. Cancer Res 1980;40:538-543.

310. Bristol JB, Wells M, Williamson RCN. Adaptation to jejunoileal bypass promotes experimental colorectal carcinogenesis. Br J Surg 1 984;7 1:123-126.

311. Terpstra OT, Dahl EP, Williamson RCN, Ross JS, Malt RA. Colostomy closure promotes cell proliferation and dimethyihydrazine-induced carcinogenesis in rat distal colon. Gastroenterology 198 1;81:475-480.

312. Williamson RCN, Bauer FLR, Ross JS, Watkins TB, Malt RA. Enhanced colonic carcinogenesis with azoxymethane in rat after pancreatobiliary diversion in mid small bowel. Gastroenterology 1979;76:1386-1392.

313. Rainey TB, Maeda M, Williamson RCN. The tropic effect of intrarectal deoxycholate on rat colorectum is unaffected by oral metronida.zole. Cell Tissue Kinet 1986;19:485-490.

314. Williamson RCN, Rainey TB. The relationship between intestinal hyperplasia and carcinogenesis. Scand J Gastroenterol 1984; 1 9(Suppl. 104): 57-76.

315. Harte PJ, Steele G Jr, Rayner AA, Munroe AE, King VP, Wilson RE. Effect of major small bowel resection on dimethylhydrazine-induced bowel carcinogenesis. JSurg Oncol 1981; 18:87-93.

316. Williamson RCN, Bauer FLR, Oscarson JEA. Ross JS, Malt RA. Promotion of azoxymethane-induced colonic neoplasia by resection of the proximal small bowel. Cancer Res 1978;38:32l2-3217.

317. Lipkin M. Biomarkers of increased susceptibility to gastrointestinal cancer: New applications to studies of cancer prevention in human subjects. Cancer Res 1988;48:235-245.

318. Wargovich MJ, Lointier PH. Calcium and vitamin D modulate mouse colon epithelial proliferation and growth characteristics of a human colon tumor cell line. Can J Physiol Pharmacol 1 987;65 :472-477,

319. Penman ID, Liang QL, Bode J, Eastwood MA, Arends MJ. Dietary calcium supplementation increases apoptosis in the distal murine colonic epithelium. J Clin Pathol 2000;53:302-307.

320. Hambly RJ, Saunders M, Rijken PJ, Rowland IR. Influence of dietary components associated with high or low risk of colon cancer on apoptosis in the rat colon. Food Chem Toxicol 2002;40:801-808.

321. Preston-Martin S, Pike MC, Ross RK, Jones PA, Henderson BE. Increased cell division as a cause of human cancer. Cancer Res 1990;50:7415-7421.

322. Ames BN, Gold LS, Willett WC. The causes and prevention of cancer. PNAS USA 1995;92:5258-5265.

323. Lipkin M, Blattner WE, Fraumeni IF Jr, Lynch HT, Deschner E, Winawer S. Tritiated thymidine (ø, øh) labeling distribution as a marker for hereditary predisposition to colon cancer. Cancer Res 1983;43:1899-l904.

324. Pnz de Leon M, Roncucci L, Di Donato P, Tassi L, Smeneri 0, Grazia M, Malagoli AG, De Maria D, Antonioli A, Chahin N, Perini M, Rigo G, Barberini G, Manenti A, Biasco G, Barbara L. Pattern of epithelial cell proliferation in colorectal mucosa of normal subjects and of patients with adenomatous polyps or cancer of the large bowel. Cancer Res 1988;48:412l- 4126.

325. Scalmati A, Lipkin M. Intermediate biomarkers of increased risk for colorectal cancer: Comparison of different metho ds of analysis and modifications by chemopreventive interventions. J Cell Biochem Suppl l992;16G:65-71.

326. Palmieri GMA. Dietary calcium and colonic cancer (letter). NEnglJMed 1986;3 14:1388.

327. Anti M, Marra G, Armelao F, Percesepe A, Ficarelli R, Ricciuto GM, Valenti A, Rapaccini GL, de Vitis I, D'Agostino G, Brighi S, Vecchio FM. Rectal epithelial cell proliferation patterns as predictors of adenomatous colorectal polyp recurrence. Gut 1993;34:525-530.

328. Bleiberg H, Buyse M, Galand P. Cell kinetic indicators of premalignant stages of colorectal cancer. Cancer 1985 ;56: 124-129.

329. Lipkin M, Blattner WA, Gardner EJ, Burt RW, Lynch H, Deschner F, Winawer S, Fraumeni IF Jr. Classification and risk assessment of individuals with familial polyposis, Gardner's syndrome and familial non-polyposis colon cancer from [3H]thymidine labeling patterns in colonic epithelial cells. Cancer Res 1984;44:4201-4207.

330. Lipkin M, Enker WE, Winawer SJ. Tritiated-thymidine labeling of rectal epithelial cells in 'non-prep" biopsies of individuals at increased risk for colonic neoplasia. Cancer Len' 1987;37: 153-161.

331. Lipkin M, Uehara K, Winawer S, Sanchez A, Bauer C, Phillips R, Lynch HT, Blattner WA, Fraumeni JF Jr. Seventh-Day Adventist vegetarians have quiescent proliferative activity in colonic mucosa. Cancer Lett 1985;26:139-

144.

332. Paganelli GM, Biasco G, Santucci R, Brandi G, Lalli AA, Miglioli M, Barbara L. Rectal cell proliferation and colorectal cancer risk level in patients with nonfamilial adenomatous polyps of the large bowel. Cancer 1991;68:2451- 2454.

333. Risio M, Lipkin M, Candelaresi G, Bertone A, Coverlizza S, Rossini FP. Correlations between rectal mucosa cell proliferation and the clinical and pathological features of nonfamilial neoplasia of the large intestine. Cancer Res 1991;51:1917-1921.

334. Rooney PS, Clarke PA, Gifford KA, Hardcastle ID, Armitage NC. Identification of high and low risk groups of colorectal cancer using rectal mucosal crypt cell production rate (CCPR). BriCancer 1993;68:172-175.

335. Scalmati A, Roncucci L, Ghidini G, Biasco G, Ponz de Leon M. Epithelial cell kinetics in the remaining colorectal mucosa after surgery for cancer of the large bowel. Cancer Res 1990;50:7937-7941.

336. Stadler J, Yeung KS, Furrer R, Marcon N, Himal HS, Bruce WR. Proliferative activity of rectal mucosa and soluble fecal bile acids in patients with normal colons and in patients with colonic polyps or cancer. Cancer Lett 1988;38:315-320.

337. Terpstra OT, van Blankenstein M, Dees J, Eilers GAM. Abnormal pattern of cell proliferation in the entire colonic mucosa of patients with colon adenoma or cancer. Gastroenterology 1 987;92:704-708.

338. Welberg JW, de Vries EG, Hardonk MJ, Mulder NH, Harms G, Grond J, Zwart N, Koudstaal J, de Ley L, Kleibeuker JH. Proliferation rate of colonic mucosa in normal subjects and patients with colonic neoplasms: A refined immunohistochemical method. I Clin Pathol 1990;43:453-456.

339. Barsoum GH, Hendrickse C, Winslet MC, Youngs D, Donovan TA, Neoptolemos JP, Keighley MR. Reduction of mucosal crypt cell proliferation in patients with colorectal adenomatous polyps by dietary calcium supplementation. Br J Surg 1 992;79:58 1-583.

340. Deschner EE, Lewis DM, Lipkin M. In vitro study of human rectal epithelial cells. 1. Atypical zone of H3 thymidine incorporation in mucosa of multiple polyposis. J Clin Invest 1963;42: 1922-1928.

341. Riddell RH. Dysplasia and cancer in ulcerative colitis: A soluble problem? Scand J Gastroenterol 1984; 19 (Suppl. 104): 137-149.

342. Biasco G, Lipkin M, Minarini A, Higgins P, Miglioli M, Barbara L. Proliferative and antigenic properties of rectal cells in patients with chronic ulcerative colitis. Cancer Res 1 984;44:5450-5454.

343. Bleiberg H, Mainguet P, Galand P, Chretien J, Dupont-Mairesse M. Cell renewal in the human rectum: In vitro autoradiographic study on active ulcerative colitis. Gastroenterology I 970;58:85 1-855.

344. Deschner EE, Winawer SJ, Katz S, Katzka I, Kahn F. Proliferation defects in ulcerative colitis patients. Cancer Invest 1983;l:41-47.

345. Gerdes H, Gillin JS, Zimbalist E, Urmacher C, Lipkin M, Winawer SJ. Expansion of the epithelial proliferative compartment and frequency of adenomatous polyps in the colon correlate with strength of family history of colorectal cancer. Cancer Res 1993 ;53 :279-282.

346. Paganelli GM, Santucci R, Biasco G, Miglioli M, Barbara L. Effect of sex and age on rectal cell renewal in humans. Cancer Lett 1 990;53:1l7-121.

347. Roncucci L, Ponz de Leon M, Scalmati A, Malgoli G, Pratissoli S, Perini M, Chalin NJ. The influence of age on colonic epithelial cell proliferation. Cancer 1988;62:2373-2377.

348. Risio M, Coverlizza M, Ferrari A, Candelaresi G, Rossini F. Immunohistochemical study of epithelial cell proliferation in hyperplastic polyps, adenomas, and adenocarcinomas of the large bowel. Gastroenterology 1988;94:899-906.

349. Anti M, Marra G, Armelao F, Bartoli GM, Ficarelli R, Percesepe A, de Vitis I, Maria G, Sofo L, Rapaccini GL, Gentiloni N, Piccioni E, Miggiano G. Effect of 12—3 fatty acids on rectal mucosal cell proliferation in subjects at risk for colon cancer. Gastroenterology 1992; 103:883-891.

350. Biasco G, Zannoni U, Paganelli GM, Santucci R, Gionchetti P, Rivolta G, Miniero R, Pironi L, Calabrese C, Di Febo G, Miglioli M. Folic acid supplementation and cell kinetics of rectal mucosa in patients with ulcerative colitis. Cancer Epidemiol Biomarkers Prey 1 997;6:469-47 1.

351. Cascini S, Del Ferro E, Grianti C, Foglietti GP, Olivieri Q, Bartolucci M, Saba V, Lungarotti F, Catalano G. Hyperproliferative status of the epithelium in the remaining colorectal mucosa after surgery for cancer of the large bowel: Its implications in the prediction of adenomatous polyps recurrence. GI Cancer 1995;1:119-122.

352. Nakamura 5, Kino I, Baba S. Nuclear DNA content of isolated crypts of background colonic mucosa from patients with familial adenomatous polyposis and sporadic colorectal cancer. Gut 1993;34:1240-1244.

353. Wargovich MJ, Harris C, Chen D, Palmer C, Steele yE, KelloffGJ. Growth kinetics and chemoprevention of aberrant crypts in the rat colon. J Cell Biochem 1992;(Suppl. 16G):51-54.

354. Potten CS, Kellett M, Roberts SA, Rew DA, Wilson GD. Measurement of in vivo proliferation in human colorectal mucosa using bromodeoxyuridine. Gut 1992;33:71-81.

355. Morgan JW, Singh PN. Diet, body mass index and colonic epithelial cell proliferation in a healthy population. Nutr Cancer 1995;23:247-257.

356. Sandier RS, Baron JA, Tosteson TD, Mandel JS, Haile RW. Rectal mucosal proliferation and risk of colorectal adenomas: Results from a randomized controlled trial. Cancer Epidemiol Biomarkers Prey 2000;9:653-656.

357. Armitage NC, Rooney PS, Gifford K-A, Clarke PA, Hardcastle ID, The effect of calcium supplements on rectal mucosal proliferation. Br J Cancer 1995;71:186-190.

358. Bostick RM, Fosdick L, Wood JR, Grambsch P, Grandits GA, Lillemoe TJ, Louis TA, Potter ID. Calcium and colorectal epithelial cell proliferation in sporadic adenoma patients: A randomized, double-blinded, placebo- controlled clinical trial. J Nazi Cancer Inst 1995 ;87: 1307-1315.

359. Thomas MG, Thomason IPS, Williamson RCN. Oral calcium inhibits rectal epithelial cell proliferation in familial adenomatous polyposis. Br J Surg 1993; 80:499-50 1.

360. Lipkin M, Friedman E, Winawer SJ, Newmark H. Colonic epithelial cell proliferation in responders and nonresponders to supplemental dietary calcium. Cancer Res 1 989;49:248-254.

361. Lipkin M, Newmark H. Application of intermediate biomarkers and the prevention of cancer of the large intestine. Frog Clin BiolRes 1988;279:135-150.

362. Holt PR, Wolper C, Moss SF, Yang K, Lipkin M. Comparison of calcium supplementation or low-fat dairy foods on epithelial cell proliferation and differentiation. Nutr Cancer 2001 ;41 :150-155.

363. O'Sullivan KR, Mathias PM, Beattie S, O'Morain C. Effect of oral calcium supplementation on colonic crypt cell proliferation in patients with adenomatous polyps of the large bowel. Eur J Gastroenterol Hepatol 1993;5:85-89.

364. Rozen P, Fireman Z, Fine N, Wax Y, Ron E. Oral calcium suppresses increased rectal epitheiial proliferation of persons at risk of colorectal cancer. Gut 1989;30:650-655.

365. Wargovich MJ, Isbell G, Shabot M, Winn R, Lanza F, Hochman L, Larson E, Lynch P, Roubein L, Levin B. Calcium supplementation decreases rectal epithelial cell proliferation in subjects with sporadic adenoma. Gastroenterology 1992; 103:92-97.

366. Rozen P, Lubin F, Papo N, Knaani J, Farbstein H, Farbstein M, Zajicek G. Calcium supplements interact significantly with long-term diet while suppressing rectal epithelial proliferation of adenoma patients. Cancer 2001 ;91 :833-840.

367. Rozen P, Lubin F, Papo N, Zajicek G. Rectal epithelial proliferation in persons with or without a history of adenoma and its association with diet and lifestyle habits. Cancer 1998;83: 1319-1327.

368. Lans JI, Jaszewski R, Arlow FL, Tureaud J, Luk GD, Majumdar AP. Supplemental calcium suppresses colonic mucosal ornithine decarboxylase activity in elderly patients with adenomatous polyps. Cancer Res 1991;51 :3416-3419.

369. Bartram H-P, Kasper K, Dusel G, Liebscher E, Gostner A, Loges C, Scheppach W. Effects of calcium and deoxycholic acid on human colonic cell proliferation in vitro. Ann Nutr Metab 1997;41 :315-323.

370. Guo Y-S, Draviam E, Townsend CM Jr, Singh P. Differential effects of Ca2 on proliferation of stomach, colonic, and pancreatic cancer cell lines in vitro. Nutr Cancer 1990:14:149-157.

371. Hulla W, Kallay F, Krugluger W, Peterlik M, Cross HS. Growth control of human colon-adenocarcinoma-derived Caco-2 cells by vitamin-D compounds and extracellular calcium in vitro: Relation to c-myc-oncogene and vitaminD-receptor expression. fizz' J Cancer 1995 ;62 :711-716.

372. Baron JA, Tosteson TD, Wargovich MJ, Sandier R, Mandel J, Bond J, Haile R, Summers R, van Stolk R, Rothstein R, Weiss J. Calcium supplementation and rectal mucosal proliferation: A randomized controlled trial. JNatl Cancer Inst l995;87:1303-1307.

373. Weisgerber UM, Boeing H, Owen RW, Waldherr R, Raedsch R, Wahrendorf

J. Effect of longterm placebo controlled calcium supplementation on sigrnoidal cell proliferation in patients with sporadic adenomatous polyps. Gut 1996;38:396-402.

374. Alberts DS, Einspahr J, Ritenbaugh C, Aickin M, Rees-McGee S, Atwood I, Emerson S, Mason-Liddil N, Bettinger L, Patel J, Beliapravalu S, Ramanujam PS, Phelps J, Clark L. The effect of wheat bran fiber arid calcium supplementation on rectal mucosal proliferation rates in patients with resected adenomatous colorectal polyps. Cancer Epidemiol Biomarkers Prey 1997;6:161-169.

**BINDER #6**

375. van Gorkom BAP, Karrenbeld A, van der Sluis T, Zwart N, van der Meer R, de Vries EGE, Kleibeulcer JH. Calcium or resistant starch does not affect colonic epithelial cell proliferation throughout the colon in adenoma patients:
A randomized controlled trial. Nutr Cancer 2002;43:31-38.

376. Bostick RM, Boldt M, DarifM, Wood JR, Overn P, Potter JD. Calcium and colorectal epithelial cell proliferation in ulcerative colitis. Cancer Epidemiol Biomarkers Prey 1997;6:1021-1027.

377. Ca.scinu S, Ligi M, Del Ferro E, Foglietti G, Cioccolini P, Staccioli MP, Carnevali A, Luigi Rocchi MB, Alessandroni P, Giordani P, Catalano V, Polizzi V, Agostinelli R, Muretto P, Catalano G. Effects of calcium and vitamin supplementation on colon cell proliferation in colorectal cancer. Cancer Invest 2000;18:41 1-416.

378. Karagas MR, Tosteson TD, Greenberg ER, Rothstein RI, Roebuck BD, Herrin M, Ahnen D. Effects of milk and milk products on rectal mucosal cell proliferation in humans. Cancer Epidemiol Biomarkers Prey 1998;7:757-766.

379. Kleibeuker JH, Welberg JW, Mulder NH, van der Meer R, Cats A, Limburg AJ, Kreumer WMT, Hardonk MJ, de Vries EGE. Epithelial cell proliferation in the human sigmoid colon of patients with adenomatous polyps increases during oral calcium supplementation. BrfCancer 1993;67:500-503.

380. Duris I, Hruby D, Pekarkova B, Huorka M, Cemakova E, Bezayova T, Ondrejka P. Calcium chemoprevention in colorectal cancer. Hepatogastroenterology 1 996;43:152-154.

381. Almendingen K, Hofstad B, Vatn I\'fH. Lifestyle-related factors and colorectal polyps: Preliminary results from a Norwegian follow-up and intervention study. Eur I Cancer Prey 2002; 11:153-158.

382. Baron JA, Beach M, Mandel JS, van Stolk RU, Haile RW, Sandier RS, Rothstein R, Summers RW, Snover DC, Beck GJ, Franki H, Pearson L, Bond JH, Greenberg ER. Calcium supplements and colorectal adenomas. Polyp Prevention Study Group. Ann NYAcadSci 1999;889:138-145.

383. Hofstad B, Almendingen K, Vatn M, Andersen SN, Owen RW, Larsen S, Osnes M. Growth and recurrence of colorectal polyps: A double-blind 3-year intervention with calcium and antioxidants. Digestion 1 998;59: 148-156.

384. Pietinen P, Malila N, Virtanen M, Hartman TJ, Tangrea JA, Albanes D, Virtamo J. Diet and risk of colorectal cancer in a cohort of Finnish men. Cancer Causes Control 1999;10:387-396.

385. McCullough ML, Robertson AS, Rodriguez C, Jacobs EJ, Chao A, Carolyn J, Calle EE, Willett WC, Thun MJ. Calcium, vitamin D, dairy products, and risk of colorectal cancer in the cancer prevention study II nutrition cohort (United States). Cancer Causes Control 2003;14:1-12.

386. Terry P, Baron JA, Bergkvist L, Holmberg L, Wolk A. Dietary calcium and vitamin D intake and risk of colorectal cancer: A prospective cohort study in women. Nutr Cancer 2002;43:39-46.

387. Zheng W, Anderson KE, Kushi LH, Sellers TA, Greenstein J, Hong CP, Cerhan JR, Bostick RM, Folsom AR. A prospective cohort study of intake of calcium, vitamin D,

and other micronutrients in relation to incidence of rectal cancer among postmenopausal women. Cancer Epidemiol Biomarkers Prey 1998 ;7 :22 1-225

388. Kato I, Akhmedkhanov A, Koenig K, Toniolo PG, Shore RE, Riboli E. Prospective study of diet and female colorectal cancer: The New York University Women's Health Study. Nutr Cancer 1997;28:276-281.

389. Garland C, Shekelle RB, Barrett-Connor E, Criqui MH, RossofAH, Paul 0. Dietary vitamin D and calcium and risk of colorectal cancer: A 19-year prospective study in men. Lancet 1985;l :307-309.

390. Bostick RM, Potter 3D, Sellers TA, McKenzie DR, Kushi LH, Folsom AR. Relation of calcium, vitamin D, and dairy food intake to incidence of colon cancer among older women. The Iowa Women's Health Study. Am I Epidemiol 1993;137:1302-1317.

391. Sellers TA, Bazyk AE, Bostick RM, Kushi LH, Olson JE, Anderson KE, Lazovich D, Folsom AR. Diet and risk of colon cancer in a large prospective study of older women: An analysis stratified on family history (Iowa, United States). Cancer Causes Control 1 998;9:35 7-367.

392. Faivre J, Boutron MC, Senesse P, Couillault C, Belighiti C, Meny B. Environmental and familial risk factors in relation to the colorectal adenoma-carcinoma sequence: Results of a case-control study in Burgundy (France). EurJCancerPrev 1997;6:127-131.

393. Wu K, Willett WC, Fuchs CS, Colditz GA, Giovannucci EL. Calcium intake and risk of colon cancer in women and men. JNatl Cancer Inst 2002;94:437-446.

394. Newmark HL, ShiffSJ. Re: Calcium intake and risk of colon cancer in women and men (letter). JNatl Cancer Inst 2003;95:169.

395. Almendingen K, Trygg K, Larsen S, Hofstad B, Vatn MH. Dietary factors and colorectal polyps: A case-control study. Fur J Cancer Prey 1995;4:239-246.

396. Nakaji S, Shimoyama T, Wada S, Sugawara K, Tokunaga S, MacAuley D, Baxter D. No preventive effect of dietary fiber against colon cancer in the Japanese population: A cross-sectional analysis. Nutr Cancer 2003;45:156-159.

397. Arbman G, Axelson 0, Ericsson-Begodzki AB, Fredriksson M, Nilsson E, Sjodahl R. Cereal fiber, calcium, and colorectal cancer. Cancer 1 992;69:2042-2048.

398. Marcus PM, Newcomb PA. The association of calcium and vitamin D, and colon and rectal cancer in Wisconsin women. IntJEpidemiol 1998;27:788-793.

399. Yang G. [Relationship between colorectal cancer and ten inorganic elements.] Zhonghua Yu Fang Yi Xue Za Zhi 1993;27:282-285.

400. Yang G, Gao Y-T, Ji B-T. [A case-control study on colorectal cancer and dietary fiber and calcium of various sources.] Zhonghua Yu Fang Yi Xue Za Zhi 1994;28:195-198.

401. Slattery ML, Edwards SL, Boucher KM, Anderson K, Caan BJ. Lifestyle and colon cancer: an assessment of factors associated with risk. Am JEpidemiol 1999; 150:869-877.

402. Kearney J, Giovannucci E, Rimni EB, Ascherio A, Stampfer MJ, Colditz GA, Wing A, Kampman E, Willett WC. Calcium, vitamin D, and dairy foods and the occurrence of colon cancer in men. Am JEpidemiol 1996;143:907-917.

403. Kampman E, Giovannucci E, van t Veer P, Rimm E, Stampfer MJ, Colditz GA, Kok FJ, Willett WC. Calcium, vitamin D, dairy foods, and the occurrence of colorectal adenomas among men and women in two prospective studies. Am J Epidemiol 1994; 139:16-29.

404. De Stefani E, Mendilaharsu M, Deneo-Pellegrini H, Ronco A. Influence of dietary levels of fat, cholesterol, and calcium on colorectal cancer. ?'/utr Cancer 1997;29:83-89.

405. Ferraroni M, La Vecchia C, D'Avanzo B, Negri E, Francescbi S, Decarli A. Selected micronutrient intake and the risk of colorectal cancer. Br J Cancer 1994;70:1 150-1155.

406. Peters RK, Pike MC, Garabrant D, Mack TM. Diet and colon cancer in Los Angeles County, California. Cancer Causes Control 1992;3:457-473.

407. Satia-Abouta J, Galanko JA, Martin CF, Potter ID, Ammerman A, Sandler RS. Associations of micronutrients with colon cancer risk in African Americans and whites: Results from the North Carolina Colon Cancer Study. Cancer Epidemiol Biomarkers Prey 2003;12:747-754.

408. Kune S, Kune GA, Watson LF. Case-control study of dietary etiological factors: The Melbourne Colorectal Cancer Study. Nutr Cancer 1987;9:21-42.

409. Slattery ML, Potter JD, Sorenson AW. Age and risk factors for colon cancer (United States and Australia): Are there implications for understanding. differences in case-control and cohort studies? Cancer Causes Control l994;5:557-563.

410. Yang C-Y, Chiu H-F, Chiu I-F, Tsai S-S, Cheng M-F. Calcium and magnesium in drinking water and risk of death from colon cancer. Jpn J Cancer Res 1997;88:928-933.

411. Yang C-Y, Chiu H-F. Calcium and magnesium in drinking water and risk of death from rectal cancer. IntJCancer 1998;77:528-532.

412. Yang C-Y, Hung C-F. Colon cancer mortality and total hardness levels in Taiwan's drinking water. Arch Environ Contam Toxicol 1998;35:148-151.

413. Yang C-Y, Tsai S-S, Lai T-C, Hung C-F, Chiu H-F. Rectal cancer mortality and total hardness levels in Taiwan's drinking water. Environ Res 1999;80:31 1-3 16.

414. Slattery ML, Sorenson AW, Ford MH. Dietary calcium intake as a mitigating factor in colon cancer. Am JEpidemiol 1988;128:504-514.

415. Martinez ME, Marshall .TR, Sampliner R, Wilkinson J, Alberts DS. Calcium, vitamin D, and risk of adenoma recurrence (United States). Cancer Causes Control 2002;13:213-220.

416. Siattery ML, Caan BJ, Potter ID, Berry TD, Coates A, Duncan D, Edwards SL. Dietary energy sources and colon cancer risk. Am JEpidemiol 1997; 145 : 199-210.

417. Martinez ME, McPherson RS, Levin B, Glober GA. A case-control study of dietary intake and other lifestyle risk factors for hyperplastic polyps. Gastroenterology 1997; 113:423-429.

418. Whelan RL, Horvath KD, Gleason NR, Forde KA, Treat MD, Teitelbaum SL, Bertram A, Neugut Al. Vitamin and calcium supplement use is associated with decreased

adenoma recurrence in patients with a previous history of neoplasia. Dis Colon Rectum l999;42:212-217.

419. Levi F, Pasche C, Lucchini F, La Vecchia C. Selected micronutrients and colorectal cancer: A case-control study from the canton of Vaud, Switzerland. EurJCancer 2000;36:21 15-2119.

420. Whittemore AS, Wu-Williams AH, Lee M, Shu Z, Gallagher RP, Deng-ao J, Lun Z, Xianghui W, Kun C, Jung D, Teh C-Z, Chengde L, Yao XJ, Paffenbarger RS, Henderson BE. Diet, physical activity, and colorectal cancer among Chinese in North America and China. JNCI l990;82:915-926.

421. Kampman E, Slattery ML, Caan B, Potter ID. Calcium, vitamin D, sunshine exposure, dairy products and colon cancer risk (United States). Cancer Causes Control 2000;1 1:459-466.

422. La Vecchia C, Braga C, Negri E, Franceschi S, Russo A, Conti E, Falcini F, Giacosa A, Montella M, Decarli A. Intake of selected micronutrients and risk of colorectal cancer. mt j Cancer 1 997;73 :525-530.

423. Govosdis B, Tnantafillidis 1K, Chrisochou H, Kalogerakos S, Perdicouris P. Effect of calcium intake on the incidence of sporadic colorectal polyps (letter). Am JGastroenterol 1994;89:952-953,

424. White E, Shannon JS, Patterson RE. Relationship between vitamin and calcium supplement use and colon cancer. Cancer Epidemiol Biomarkers Prey 1997;6:769-774.

425. Wong H-L, Seow A, Arakawa K, Lee H-P, Yu MC, Ingles SA. Vitamin D receptor start codon polymorphism and colorectal cancer risk: Effect modification by dietary calcium and fat in Singapore Chinese. Carcinogenesis 2003;24: 109 1-1095.

426. Boyapati SM, Bostick RM, McGlynn KA, Fina MF, Roufail WM, Geisinger KR, Wargovich M, Coker A, Hebert JR. Calcium, vitamin D, and risk for colorectal adenoma: Dependency on vitamin D receptor BsmI polymorphism and nonsteroidal anti-inflammatory drug use? Cancer Epidemiol Biomarkers Prey 2003;12:63 1-637.

427. Ma J, Giovannucci E, Pollak M, Chan JM, Gaziano JM, Willett W, Stampfer MJ. Milk intake, circulating levels of insulin-like growth factor-I, and risk of colorectal cancer in men. JNatl Cancer Inst 2001 ;93:1330-1336.

428. Martinez ME, Giovannucci EL, Colditz GA, Stampfer MJ, Hunter DJ, Speizer FE, Wing A, Willett WC. Calcium, vitamin D, and the occurrence of colorectal cancer among women. I Nati Cancer Inst 1996; 88:1375-1382.

429. Kampman E, Goldbohm RA, van den Brandt PA, van 't Veer P. Fermented dairy products, calcium, and colorectal cancer in The Netherlands Cohort Study. Cancer Res 1994;54:3186-3190.

430. Gaard M, Tretli S, Loken EB. Dietary factors and risk of colon cancer: A prospective study of 50,535 young Norwegian men and women. Eur I Cancer Prey 1996;5:445-454.

431. Slob 1CM, Lambregts JLMC, Schuit AJ, Kok FJ. Calcium intake and 28-year gastro-intestinal cancer mortality in Dutch civil servants. Int I Cancer 1993 ;54:20-25.

432. Hyman J, Baron JA, Dam BJ, Sandler RS, Haile RW, Mandel JS, Mott LA, Greenberg ER. Dietary and supplemental calcium and the recurrence of colorectal adenomas. Cancer Epidemiol Biomarkers Prey 1 998;7 :291-295.

433. Stemmemiann GN, Nomura A, Chyou P-H. The influence of dairy and nondairy calcium on subsite large-bowel cancer risk. Dis Colon Rectum 1990;33:190-194.

434. Willett WC, Stampfer MJ, Colditz GA, Rosner BA, Speizer FE. Relation of meat, fat and fiber intake to the risk of colon cancer in a prospective study among women. NEnglJMed 1990;323:1664-1672.

435. Jarvinen R, Knekt P, Hakulinen T, Aromaa A. Prospective study on milk products, calcium and cancers of the colon and rectum. Eur I Clin Nutr 200 1;55:1000-1007.

436. Malila N, Virtanen M, Pietinen P, Virtamo J, Albanes D, Hartman AM, Heinonen OP. A comparison of prospective and retrospective assessments of diet in a study of colorectal cancer. Nutr Cancer 1998;32:146-153.

437. Heilbrun LK, Hankin JH, Nomura AM, Stemmermann GN. Colon cancer and dietary fat, phosphorus, and calcium in Hawaiian-Japanese men. Am J Clin Nutr 1986;43:306-309.

438. Morimoto LM, Newcomb PA, Ulrich CM, Bostick RM, Lais CJ, Potter JD. Risk factors for hyperplastic and adenomatous polyps: Evidence for malignant potential? Cancer Epidemiol Biomarkers Prey 2002; 11:1012-1018.

439. Negri E, La Vecchia C, D'Avanzo B, Franceschi S. Calcium, dairy products, and colorectal cancer. Nutr Cancer 1990;13:255-262.

440. Pritchard RS, Baron JA, Gerhardsson de Verdier M. Dietary calcium, vitamin D, and the risk of colorectal cancer in Stockholm, Sweden. Cancer Epidemiol Biomarkers Prey 1996;5:897-900.

441. Levine AJ, Harper JM, Ervin CM, Chen YH, Harmon E, Xue S, Lee ER, Frankel HD, Haile RW. Serum 25-hydroxyvitamin D, dietary calcium intake, and distal colorectal adenoma risk. Nutr Cancer 2001 ;39:35-41.

442. Meyer F, White E. Alcohol and nutrients in relation to colon cancer in middle-aged adults. Am I Epidemiol 1993; 138:225-236.

443. Martinez ME, McPherson RS, Annegers .TF, Levin B. Association of diet and colorectal adenomatous polyps: Dietary fiber, calcium, and total fat. Epidemiology 1 996;7:264-268.

444. Tseng M, Murray SC, Kupper LL, Sandler RS. Micronutrients and the risk of colorectal adenomas. Am I Epidemiol 1996; 144:1005-1014.

445. Lee HP, Gourley L, Duffy SW, Esteve J, Lee J, Day NE. Colorectal cancer and diet in an Asian population: A case-control study among Singapore Chinese. IntJCancer 1989;43:1007-1016.

446. Tuyns AJ, Haeltennan M, Kaaks R. Colorectal cancer and the intake of nutrients: Oligosaccharides are a risk factor, fats are not: A case-control study in Belgium. Nutr Cancer 1987;10:181-196.

447. Freudenheim JL, Graham 5, Marshall JR, Haughey BP, Wilkinson G. A case-control study of diet and rectal cancer in western New York. Am JEpidemiol 1990;13 1:612-624.

448. Graham 5, Marshall J, Haughey B, Mittelman A, Swanson M, Zielezny M, Byers T, Wilkinson G, West D. Dietary epidemiology of cancer of the colon in western New York. Am JEpidemiol 1988;128:490-503.

449. Macquart-Moulin G, Riboli E, Cornee J, Chamay B, Berthezene P, Day N. Case-control study on colorectal cancer and diet in Marseilles. mt J Cancer 1986;38:183-191.

450. Benito E, Cabeza E, Moreno V, Obrador A, Bosch FX. Diet and colorectal adenomas: A case-control study in Majorca. IntJCancer 1993;55:213-219.

451. Peters U, McGlynn KA, Chatteijee N, Gunter E, Garcia-Closas M, Rothman N, Sinha R. Vitamin D, calcium, and vitamin D receptor polymorphism in colorectal adenomas. Cancer Epidemiol Biomarkers Prey 2001; 10:1267-1274.

452. Macquart-Moulin G, Riboli E, Cornee J, Kaaks R, Berthezene P. Colorectal polyps and diet: A case-control study in Marseilles. mt J Cancer 1987;40:179-188.

453. Neugut AT, Horvath K, Whelan RL, Terry MB, Garbowski GC, Bertram A, Forde KA, Treat MR, Waye J. The effect of calcium and vitamin supplements on the incidence and recurrence of colorectal adenomatous polyps. Cancer 1996;78:723-728.

454. Ghadinan P, Lacroix A, Maisonneuve P, Perret C, Potvin C, Gravel D, Bernard D, Boyle P. Nutritional factors and colon carcinoma: A case-control study involving French Canadians in Montreal, Quebec, Canada. Cancer 1 997;80:858-864.

455. Kampman E, van 't Veer P, Hiddink GJ, van Aken-Schneijder P, Kok FJ, Hermus RJ. Fermented dairy products, dietary calcium and colon cancer: A case-control study in The Netherlands. IntJCancer 1994;59:170-176.

456. Benito E, Stiggelbout A, Bosch FX, Obrador A, Kaldor J, Mulet M, Munoz N. Nutritional factors in colorectal cancer risk: A case-control study in Majorca. IntfCancer 1991;49:l61-167.

457. Zaridze D, Filipchenko V, Kustov V, Serdyuk V, Duffy S. Diet and colorectal cancer: Results of two case-control studies in Russia. Eur J Cancer 1993;29A:l 12-1 15.

458. Breuer-Katschinski B, Nemes K, Marr A, Rump B, Leiendecker B, Breuer N, Goebell H. Colorectal adenomas and diet: a case-control study. Colorectal Adenoma Study Group. Dig Dis Sci 2001 ;46:86-95

459. Boutron M-C, Faivre J, Marteau P, Couillault C, Senesse P, Quipourt V. Calcium, phosphorus, vitamin D, dairy products and colorectal carcinogenesis: A French case--control study. BriCancer 1996;74:145-151.

460. Peleg H, Lubin MF, Cotsonis GA, Clark WS, Wilcox CM. Long-term use of nonsteroidal antiinflammatory drugs and other chemopreventors and risk of subsequent colorectal neoplasia. Dig Dis Sci 1 996;4 1:1319-1326.

461. Bonithon-Kopp C, Kronborg 0, Giacosa A, Rath U, Faivre J. Calcium and fibre supplementation in prevention of colorectal adenoma recurrence: A randomised intervention trial. European Cancer Prevention Organisation Study Group. Lancet 2000;356:l300-1306.

462. Slattery ML, Potter JD. Physical activity and colon cancer: Confounding or interaction? Med Sci Sports Exerc 2002;34:913-919.

463. Wu AH, Paganini-Hill A, Ross RK, Henderson BE. Alcohol, physical activity and other risk factors for colorectal cancer: A prospective study. Br I Cancer 1987;55:687-694.

464. Bergsma-Kadijk JA, van 't Veer P, Kampman E, Burema J. Calcium does not protect against colorectal neoplasia. Epidemiology 1996; 7:590-597.

465. Wargovich MJ, Lynch PM, Levin B. Modulating effects of calcium in animal models of colon carcinogenesis and short-term studies in subjects at increased risk for colon cancer. Am JClin Nutr 1991;54(1 Suppl.):202S-205S.

466. Sandier RS. Epidemiology and risk factors for colorectal cancer. Gastroenterol Clin North Am 1996;25:717-735.

**BINDER #7**

467. Garland CF, Garland FC, Gorham ED. Calcium and vitamin D. Their potential roles in colon and breast cancer prevention. Ann N YAcad Sci 1999;889:107-1 19.

468. Martinez ME, Willett WC. Calcium, vitamin D, and colorectal cancer: A review of the epidemiologic evidence. Cancer Epidemiol Biomarkers Prey 1998;7:163-168.

469. Pignone M, Levin B. Recent developments in colorectal cancer screening and prevention. Am Fam Physician 2002;66:297-302.

470. GatofD, Ahnen D. Primary prevention of colorectal cancer: Diet and drugs. Gastroenterol Clin North Am 2002;3 1:587-623.

471. Anonymous, The role of calcium in pen- and postmenopausal women: Consensus opinion of The North American Menopause Society. Menopause 2001 ;8:84-95.

472. Nakhlis F, Morrow M. Ductal carcinoma in situ. Surg Clin North Am 2003 ;83 : 82 1-839.

473. Adamovich TL, Simmons R1M. Ductal carcinoma in situ with microinvasion. Am JSurg 2003;186:1 12-116.

474. Graham S, Hellmann R, Marshall J, Freudenheim J, Vena J, Swanson M, Zielezny M, Nemoto T, Stubbe N, Raimondo T. Nutritional epidemiology of postmenopausal breast cancer in western New York. Am JEpidemiol 1991; 134:5 52-566.

475. Willett W. The search for the causes of breast and colon cancer. Nature 1 989;338:389-394.

476. Singletary SE. Rating the risk factors for breast cancer. Ann Surg 2003 ;237:474-482.

477. Welsh J, Wietzke JA, Zinser GM, Smyczek 5, Romu 5, Tribble E, Welsh JC, Byrne B, Narvaez CJ. Impact of the Vitamin D3 receptor on growth- regulatory pathways in mammary gland and breast cancer. JSteroid Biochem MolBiol 2002;83:85-92.

478. Manni A. Polyamine involvement in breast cancer phenotype. In Vivo 2002; 16:493-500.

479. Manni A, Grove R, Kunselman 5, Demers L. Involvement of the polyamine pathway in breast cancer progression. Cancer Lett 1995;92:49-57.

480. Glikman P, Manni A, Demers L, Bartholomew M. Polyamine involvement in the growth of hormone-responsive and —resistant human breast cancer cells in culture. Cancer Res 1989;49:1371-1376.

481. Manni A. The role of polyamines in the hormonal control of breast cancer cell proliferation. Cancer Treat Res 1994;71:209-225.

482. Shah N, Thomas TJ, Lewis JS, Klinge CM, Shirahata A, Gelinas C, Thomas T. Regulation of estrogenic and nuclear factor KB functions by polyamines and their role in polyamine analog-induced apoptosis of breast cancer cells. Oncogene 2001;20:1715-1729.

483. Thomas T, Gallo MA, Klinge CM, Thomas TJ. Polyamine-mediated conformational perturbations in DNA alter the binding of estrogen receptor to poly(dG-m5dC)poly(dG-

m5dC) and a plasmid containing the estrogen response element. J Steroid Biochem 1995; 54:89-99.

484. Persson L, Rosengren E. Increased formation of N1-acetylspermidine in human breast cancer. Cancer Lett 1989;45:83-86.

485. Canizares F, Salinas J, de las Heras M, Dia.z J, Tovar I, Martinez P, Penafiel R. Prognostic value of ornithine decarboxylase and polyamines in human breast cancer: Correlation with clinicopathologic parameters. Clin Cancer Res 1999;5:2035-2041.

486. Manni A, Astrow SH, Gammon S, Thompson J, Mauger D, Washington S. Immunohistochemical detection of ornithine decarboxylase in primary and metastatic human breast cancer specimens. Breast Cancer Res Treat 200 1;67:147-156.

487. Leveque J, Bansard JY, Watier E, Catros-Quemener V, Havouis R, Moulinoux JP, Grail JY, Seiler N. Polyamines in human breast cancer and its relations to classical prognostic features: Clinical implications. Anticancer Res 1999;19:2275-2279.

488. Leveque J, Foucher F, Bansard JY, Havouis R, Grail JY, Moulinoux JP. Polyamine profiles in tumor, normal tissue of the homologous breast, blood, and urine of breast cancer sufferers. Breast Cancer Res Treat 2000;60:99-105.

489. Leveque J, Foucher F, Havouis R, Desury D, Grail JY, Moulinoux JP. Benefits of complete polyamine deprivation in hormone responsive and hormone resistant MCF-7 human breast adenocarcinoma in vivo. Anticancer Res 2000;20:97-l0l.

490. Mamii A, Wechter R, Gilmour S, Verderame MF, Mauger D, Demers LM. Ornithine decarboxylase over-expression stimulates mitogen-activated protein kinase and anchorage-independent growth of humam breast epithelial cells. IntJCancer 1997;70:175-182.

491. Miller FR, Soule lID, Tait L, Pauley RJ, Woiman SR, Dawson PT, Heppner GH. Xenograft model of progressive human proliferative breast disease. J Nati Cancer Inst 1993;85:1725-1731.

492. Glikman P, Vegh I, Pollina A, Mosto A, Levy C. Ornithine decarboxylase activity, prolactin blood levels, and estradiol and progesterone in human breast cancer. Cancer 1987;60:2237-2243.

493. Manni A, Mauger D, Gimotty P, Badger B. Prognostic influence on survival of increased ornithine decarboxylase activity in human breast cancer. Clin CancerRes 1996;2:1901-1905.

494. Manni A, Washington S, Griffith JW, Verderame MF, Mauger D, Demers LM, Saman RS, Welch DR. Influence of polyamines on in vitro and in vivo features of aggressive and metastatic behavior by human breast cancer cells. Clin Exptl Metastasis 2002;19:95-105.

495. Manni A, Badger B, Martel J, Demers L. Role of polyamines in the growth of hormone-responsive and — resistant human breast cancer cells in nude mice. Cancer Lett 1992;66:1-9.

496. Manni A, Wright C. Poiyamines as mediators of estrogen action on the growth of experimental breast cancer in rats. JNatl Cancer Inst 1984;73:511-514.

497. Glik.man PT, Manni A, Bartholomew M, Demers L. Polyamine involvement in basal and estradiol stimulated insulin-like growth factor I secretion and action in breast cancer cells in culture. J Steroid Biochem Mol Biol 1990;37:1-10.

498. Manni A, Badger B, Lynch J, Demers L. Selectivity of polyamine involvement in hormone action on normal and neoplastic target tissues of the rat. Breast Cancer Res Treat 1990; 17:187-196.

499. Thompson HJ, Meeker LD, Herbst EJ, Ronan AM, Minocha R. Effect of concentration of D, 1 -2-difluoromethylomithine on murine mammary carcinogenesis. Cancer Res 1985;45:1 170-1173.

500. Green JE, Shibata MA, Shibata E, Moon RC, Anver MR, Kelloff G, Lubert R. 2-difluoromethylornithine and dehydroepiandrosterone inhibit mammary tumor progression but not mammary or prostate tumor initiation in C3( 1 )/SV4O T/t-antigen transgenic mice. Cancer Res 2001 ;6 1:7449-7455.

501. Xue L, Lipkin M, Newmark H, Wang J. Influence of dietary calcium and vitamin D on diet-induced epithelial cell hyperproliferation in mice. JNatl Cancer Inst 1999;91:176-181.

502. Shin MIT, Holmes MD, Hankinson SE, Wu K, Colditz GA, Willett WC. Intake of dairy products, calcium, and vitamin D and risk of breast cancer. J Nail Cancer Inst 2002;94:1301-131 1.

503. Knekt P, Jarvinen R, Seppanen R, Pukkala E, Aromaa A. Intake of dairy products and the risk of breast cancer. BrlCancer 1996;73:687-691.

504. Negri E, La Vecchia C, Franceschi S, D'Avanzo B, Talamini R, Parpinel M, Ferraroni M, Filiberti R, Montella M, Falcini F, Conti E, DeCarli A. Intake of selected micronutrierits and the risk of breast cancer. IntJCancer 1996;65: 140-144.

505. Zaridze D, Lifanova Y, Maximovitch D, Day NE, Duffy SW. Diet, alcohol consumption and reproductive factors in a case-control study of breast cancer in Moscow. mt J Cancer 1991 ;48:493-501.

506. Boyapati SM, Shu XO, Jin F, Dai Q, Ruan Z, Gao YT, Zheng W. Dietary calcium intake and breast cancer risk among Chinese women in Shanghai. Nutr Cancer 2003 ;46:38-43.

507. Van't veer P, van Leer EM, Rietdijk A, Kok FJ, Schouten EG, Hermus RJ, Sturmans F. Combination of dietary factors in relation to breast cancer occurrence. mt j Cancer 1991 ;47 :649-653.

508. Katsouyanni K, Willett W, Trichopoulos D, Boyle P, Trichopoulou A, Vasilaros S, Papadiamantis J, MacMahon B. Risk of breast cancer among Greek women in relation to nutrient intake. Cancer 1988;61:181-185.

509. Greenlee RT, Hill-Harmon MB, Murray T, Thun M. Cancer statistics, 2001. CA Cancer JClin 2001;51:15-36.

510. Willis MS, Wians FH. The role of nutrition in preventing prostate cancer: A review of the proposed mechanism of action of various dietary substances. Clin Chim Acta 2003;330:57-83.

511. Vlajinac HD, Marinkovic JM, Ilic MD, Kocev NI. Diet and prostate cancer: A case-control study. EurJCancer 1997;33:101-107.

512. Bemdt SI, Carter HB, Landis PK, Tucker KL, Hsieh U, Metter EJ, Platz EA. Calcium intake and prostate cancer risk in a long-term aging study: The Baltimore Longitudinal Study of Aging. Urology 2002;60:1 118-1123.

513. Chan JM, Pietinen P, Virtanen M, Malila N, Tangrea J, Albanes D, Virtamo J. Diet and prostate cancer risk in a cohort of smokers, with a specific focus on calcium and phosphorus (Finland). Cancer Causes Control 2000;1 1:859-867.

514. Schuurman AG, van den Brandt PA, Dorant E, Goldbohm RA. Animal products, calcium, and protein and prostate cancer risk in the Netherlands Cohort Study. BrlCancer 1999;80:1107-1113.

515. Kristal AR, Cohen JH, Qu P, Stanford JL. Associations of energy, fat, calcium, and vitamin D with prostate cancer risk. Cancer Epidemiol Biomarkers Prey 2002;1 1:719-725.

516. Tavani A, Gallus S, Franceschi S, La Vecchia C. Calcium, dairy products, and the risk of prostate cancer. Prostate 2001;48:118-121.

517. Hayes RB, Ziegler RG, Gridley G, Swanson C, Greenberg RS, Swanson GM, Schoenberg JB, Silverman DT, Brown LM, Pottern LM, LiffJ, Schwartz AG, Fraumeni JF Jr, Hoover RN. Dietary factors and risk for prostate cancer among blacks and whites in the United States. Cancer Epidemiol Biomarkers Prey 1999;8:25-34.

518. Kristal AR, Stanford JL, Cohen IH, Wicklund K, Patterson RE. Vitamin and mineral supplement use is associated with reduced risk of prostate cancer. Cancer Epidemiol Biomarkers Prey I 999;8 :887-892.

519. Qhno Y, Yoshida 0, Oishi K, Okada K, Yamabe H, Schroeder FH. Dietary beta-carotene and cancer of the prostate: A case-control study in Kyoto, Japan. Cancer Res 1988;48:1331-1336.

520. Tzonou A, Signorello LB, Lagiou P, Wuu J, Trichopoulos D, Trichopoulou A. Diet and cancer of the prostate: A case-control study in Greece. mt j Cancer 1 999;80:704-708.

521. Zhang Y, Kid DP, Ellison RC, Schatzkin A, Dorgan IF, Kreger BE, Cupples LA, Felson DT. Bone mass and the risk of prostate cancer: The Framingham Study. Am JMed 2002;1 13:734-739.

522. Chan JM, Stampfer MJ, Ma J, Gann PH, Gaziano JM, Giovannucci EL. Dairy products, calcium and prostate cancer risk in the Physicians' Health Study. Am J Clin Nutr 2001 ;74:549-554.

523. Giovannucci E, Rimm EB, Wolk A, Ascherio A, Stampfer MJ, Colditz GA, Willett WC. Calcium and fructose intake in relation to risk of prostate cancer. Cancer Res 1998;58:442-447.

524. Chan TM, Giovannucci E, Anderson S-O, Yuen J, Adami H-O, Wolk A. Dairy products, calcium, phosphorus, vitamin D, and risk of prostate cancer. Cancer Causes Control 1998;9:559-566.

525. Chan JM, Giovannucci EL. Dairy products, calcium, and vitamin D and risk of prostate cancer. Epidemiol Rev 2001 ;23 :87-92.

526. Heaney RP, Dowell SD, Bierman J, Hale CA, Bendich A. Absorbability and cost effectiveness in calcium supplementation. JAm Coil Nutr 2001;20:239-246.

527. Martini L, Wood RI. Relative bioavailability of calcium-rich dietary sources in the elderly. Am JClin Nutr 2002;76:1345-1350.

528. Recker RR. Calcium absorption and achiorhydria. NEnglJMed 1985;313:70-73.

529. Institute of Medicine. Summary. In: Dietaty Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, summary.

530. Institute of Medicine. Uses of dietary reference intakes. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IX.

531. Food and Drug Admin istration. Food labeling; health claims; calcium and osteoporosis. Proposed Rule. Fed Reg 1991 ;56:60689-.

532. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Final Rule. Fed Reg 1993 ;5 8:2665-2677.

533. Malberti F, Surian M, Poggio F, Minoia C, Salvadeo A. Efficacy and safety of long-term treatment with calcium carbonate as a phosphate binder. Am J Kidney Dis 1988;12:487-491.

534. Moriniere P, Hocine C, Boudailliez B, Beibrik S, Renaud H, Westeel PF, Solal MC, Fournier A. Long-term efficacy and safety of oral calcium as compared to A1(OH)3 as phosphate binders. Kidney mt 1989;36(Suppl. 27):S133-S135.

535. Tsukamoto Y, Moriya R, Nagaba Y, Morishita T, Izumida I, Okubo M. Effect of administering calcium carbonate to treat secondary hyperparathyroidism in nondialyzed patients with chronic renal failure. Am J Kidney Dis 1995;25:879-886.

536. Nolan CR, Qunibi WY. Calcium salts in the treatment of hyperphosphatemia in hemodialysis patients. Curr Opin Nephrol Hypertens 2003;12:373-379.

537. Clark AGB, Oner A, Ward G, Turner C, Rigden SPA, Haycock GB, Chantler C. Safety and efficacy of calcium carbonate in children with chronic renal failure. Nephrol Dial Transplant 1 989;4: 539-544.

538. Orwoll ES. The milk-alkali syndrome: Current concepts. Ann Intern Med 1982;97:242-248.

539. Adams ND, Gray RW, Lemann J Jr. The effects of oral CaCO3 loading and dietary calcium deprivation on plasma 1,25-dihydroxyvitamin D concentrations in healthy adults. J Clin Endocrinol Metab l979;48: 1008-1016.

540. Heaney RP, Recker RR. Calcium supplements: Anion effects. Bone Miner 1 987;2:433-439.

541. Lagman R, Walsh D. Dangerous nutrition? Calcium, vitamin D, and shark cartilage nutritional supplements and cancer-related hypercalcemia. Support Care Cancer 2003;1 1:232-235.

542. Burtis WJ, Gay L, Insogna KL, Ellison A, Broadus AE. Dietary hypercalciuria in patients with calcium oxalate kidney stones. Am J Clin Nutr 1 994;60:424-429.

543. Souza RF, Spechler SJ. Concepts in the prevention of Adenocarcinoma of the Distal Esophagus and Proximal Stomach. CA Cancer J Clin 2005;55:334-351.

544. Mortensen L, Charles P. Bioavailability of calcium supplements and the effect of vitamin D: Comparisons between milk, calcium carbonate, and calcium carbonate plus vitamin D. Am J Clin Nutr 1996;63:354-357.

**BINDER #8**

1. Bronner F. Intestinal calcium absorption: Mechanisms and applications. J Nutr 1987;117:1347-1352.

2. Peng JIB, Chen XZ, Berger UV, Vassilev PM, Tsukaguchi H, Brown EM, Hediger MA. Molecular cloning and characterization of a channel-like transporter mediating intestinal calcium absorption. J Biol Chem

l999;274:22739-22746.

3. Zhuang L, Peng JB, Tou L, Takanaga H, Adam RM, Hediger MA, Freeman MR. Calcium-selective ion channel, CaTl, is apically localized in gastrointestinal tract epithelia and is aberrantly expressed in human malignancies. Lab Invest 2002;82: 1755-1764.

4. Fleet JC, Wood RJ. Specific 1,25(OH) regulation of transcellular csalcium transport in Caco-2 cells. Am JPhysiol

1999;276:G958-G964.

5. Barger-Lux MJ, Heaney RP, Recker RR, Time course of calcium absorption in humans: Evidence for a colonic component. Calc4f Tissue mt

1989;44:308-31 1.

6. Cashman K. Prebiotics and calcium bioavailability. Curr Issues Intest Microbiol 2003;4:21 -32.

7. Ireland P, Fordtran JS. Effect of dietary calcium and age on jejunal calcium absorption in humans studied by intestinal perfusion. J Clin Invest

1973 ;52:2672-268 1.

8. Gallagher JC, Riggs BL, DeLuca HF. Effect of estrogen on calcium absorption and serum vitamin D metabolites in postmenopausal osteoporosis. JClin EndocrinolMetab 1980;51:1359-1364.

9. Heaney Ri Saville PD, Recker RR. Calcium absorption as a function of calcium intake. JLab Clin Med 1975;85:881-890.

10. Heaney RP, Recker REt, Stegman MX, Moy AJ, Calcium absorption in women: Relationships to calcium intake, estrogen status, and age. JBone Mm Res 1989;4:469-475.

11. Heaney RP, Weaver CM, Fitzsimmons ML. Influence of calcium load on absorption fraction. JBone Mitt Res 1 990;5:1135-1138.

12. Abrams SA, Wen J, Stuff J Absorption of calcium, zinc and iron from breast milk by five-to seven-month-old infants. Pediatr Res I 996;39:384-390.

13. Heaney RP. Effect of calcium on skeletal development, bone loss, and risk of fractures. Am J Med. 1991 Nov 25;9l (5B):23S-28S.

14. Bullamore IR, Wilkinson R, Gallagher JC, Nordin BEC, Marshall DR. Effects of age on calcium absorption. Lancet 1970;ii:535-537.

15. Wolf RL, Cauley JA, Baker CE, Ferrell RE, Charron M, Caggiula AW, Salamone LM, Heaney RP, Kuller LH. Factors associated with calcium absorption efficiency in pre- and perimenopausal women. Am J Gin Nutr.

2000;72) :466-47 1.

16. Pattanaungkul 8, Riggs BL, Yergey AL, Vieira NE, O'Fallon VIM, KEosla S. Relationship of intestinal calcium absorption to 1 ,25-dihydroxyvitaxnin D [ ,25(Off) levels in young versus elderly women: Evidence for age-

related intestinal resistance to 1,25(OH) action. JClun EndocrinolMetab 2000;85 :4023-4027.

17. Abrams SA, Silber TJ, Esteban NV, Vieira NB, Stuff JE, Meyers k, Majd M, Yergey AL. Mineral balance and bone turnover in adolescents with anorexia nervosa. JPediatr 1993;123:326-331.

18. Abrams SA, O'Brien KO, Stuff JE. Changes in calcium kinetics associated with menarche, .1 C/in Endocrinol Metab 1 996;8 1:2017-2020.

19. Farmer ME, White LR, Brody JA, Bailey KR. Race and sex differences in hip fracture incidence. Am JPublic Health 1984;74: 1374-1380,

20. Kellie SE, Brody JA. Sex-specific and race-specific hip fracture rates. Am J Pub Health 1990;80:326-328.

21. Dawson-Hughes B, Harris 5, Kramich C, Dallal G, Rasmussen HM. Calcium retention and hormone levels in black and white women on high- and low- calcium diets. JBone Miii Res 1993;8:779-787.

22. Drinkwater B, Bruemner B, Chestnut C. Menstrual history as a determinant of current bone density in young athletes. JAJvL4 1990;263:545-548.

23. Marcus R, Cairn C, Madvig P, MinkoffJ, Goddard M, Bayer M, Martin M, Gaudiani L, Haskell W, Genant H. Menstrual function and bone mass in elite women distance runners. Endocrine and metabolic features. Ann Intern Med

1985; 102:158-163.

24. Berkethanimer CH, Wood Ri, Sitrin MD. Acetate and hypercalciuria during total parenteral nutrition. Am J C Nutr 1988;48:1482-1489.

25. Sebastian A, Harris ST, Ottaway JH, Todd 1CM, Morris RC Jr. Improved mineral balance and skeletal metabolism in postmenopausal women treated with potassium bicathonate. NEngl JMed l994;330:1 776-1781.

26. Bell NH, Yergey AL, Vieira NE, Oexmann MJ, Shary JR. Demonstration of a difference in urinary calcium, not calcium absorption, in black and white adolescents. ,JBoneMinRes l993;8:l111-1115.

27. Spencer H, Kramer L, Lensiak M, DeBartolo M, Norris C, Osis D. Calcium requirements in humans. Report of original data and a review. Cli Orthop Related Res 1984; 184:270-280,

28. Jackman LA, Millane 55, Martin BR, Wood OB, McCabe GP, Peacock M, Weaver CM. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. Am J Clin Nutr l997;66:327-333.

29. Institute of Medicine. Calcium. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IV.

30. Cooper C, Campion G, Melton Li. Hip fractures in the elderly: A world wide projection. Osteoporosis mt l992;2:285-289.

31 Riggs BL, Melton U. The worldwide problem of osteoporosis: Insights afforded by epidemiology. Bone 1995;17:505S-5 ll

32. Melton Li, Chrischilles EA, Cooper C, Lane AW, Riggs DL. How many women have osteoporosis? JBone M Res 1 992;7: 1005-1010.

33. Marottoli RA, Berkman LF, Cooney LM Jr. Decline in physical function following hip fracture. JAm Geriatr Soc 1992;40:861-866.

34. Greendale GA, Barrett-Connor F, Ingles 5, Haile R. Late physical and functional effects of osteoporotic fracture in women: The Rancho Bernardo Study. JAm Geriatr Soc 1995;43:955-961.

35, Laxton C, Freeman C, Todd C, Payne By, Camilleri-IFerrante C, Palmer C, Parker M, Rushton N: Morbidity at 3 months after hip fracture: Data from the East Anglican audit. Health Trends 1997;29:55-60.

36. Oden A, Dawson A, Dere W, Johnell 0, Jonsson B, Kanis JA. Lifetime risk of hip fracture is underestimated. Osteoporos mt 1998;8:599-603.

37, Forsen L, Sogaard AJ, Meyer HE, Edna T-H, Kopjar B. Survival after hip fracture: Short- and long-term excess mortality according to age and gender. Osteoporosint 1999;10:73-78.

38; Parker MJ, Anand JK. What is the true mortality of hip fractures? Public Health 1991; 105:443-446.

39. Parker MJ, Palmer CR. Prediction of rehabilitation after hip fracture. Age Aging l995;24:96-98.

40. Aniin 5, Felson DT. Osteoporosis in men. Rheum Dis G North Am

2001;27:19-47.

41. Campion JM, Maricic MJ. Osteoporosis in men. Am Fam Physician

2003;67: 152 1-1526.

42. Kado DM, Browner WS, Palemw L, Nevitt MC, Genant BK, Cummings SR. Vertebral fractures and mortality in older women: A prospective study. Arch Intern Med 1999;159:1215-1220.

43. Cooper C, Atkinson EJ, Jacobsen SJ, O'Fallon VIM, Melton U. Population- based study of survival after osteoporotic fractures. Am J Epidemiol

1993;137:100l-1005.

44. Center JR, Nguyen TV, Schneider D, Sambrook PN, Eisman JA. Mortality after all maj or types of osteoporosis fracture in men and women: An observational study. Lancet I 999;353 :878-882.

45. Heaney RP. Thinking straight about calcium. NEnglJMed 1993;328:503-

505.

46. Cummings SR, Black DM, Nevitt MC, Browner W, Cauley J, Ensrud K, Genant HK, Palermo L, Scott J, Vogt TM. Bone density at various sites for prediction of hip fractures. Lancet 1993;341:72-75.

47. Melton U, Atkinson EA, O'Fallon WM, Wahner HW, Riggs BU. Long-term fracture prediction by bone mineral assessed at different skeletal sites. JBone MinRes 1993;8:1227-l283.

48. Dargent-Molina P, Favier F, Grandjean H, Baudoin C, Schott AM, Hausherr E, Meunier PJ, Breart G. Fall-related factors and risk of hip fracture: The EPIDOS prospective study. Lancet 1996;348:145-149.

49. Albrand G, Munoz F, Somay-Rendu E, DuBoeuf F, Delmas PD. Independent predictors of all osteoporosis-related fractures in healthy postmenopausal women: The OFELY Study. Bone 2003;32:78-85.

50. Riggs BL, Melton U. Evidence of two distinct syndromes of involutional osteoporosis. Am JMed 1983;75:899-901.

51. Nguyen TV, Center JR, Sambrook PN, Eisman JA. Risk factors for proximal humerus, forearm, and wrist fractures in elderly men and women: the Dubbo Osteoporosis Epidemiology Study. Am JEpidemiol 2001;153:587-595.

52. Lee SH, Dargent-Molina P, Breart G. Risk factors for fractures of the proximal humerus: Results from the EPIDOS prospective study. JBone Miner Res 2002;17:817-825.

53. Lips P, Obrant KJ. The pathogenesis and treatment of hip fractures. Osteoporosis mt 1990;1:218-231.

54. Ensrud KB, Duong T, Cauley JA, Heaney RP, Wolf RL, Harris B, Cummings SR. Low fractional calcium absorption increases the risk for hip fracture in women with low calcium intake. Study of Osteoporotic Fractures Research Group. Ann Intern Med 2000;132:345-353.

55. Johnston CC, Norton J, Khairi MIRA, Kernek C, Edouard C, Arlot M, Meunier PJ. Heterogeneity of fracture syndromes in postmenopausal women. J Gun EndocrinolMetab 1985;6l :551-556.

56. Lips P, Netelenbos JC, Jongen MJM, van Ginkel PC, Althuis AL, van Schaik CL, van der Vijgh WJF, Vermeiden JPW, van der Meer C. Histomorphometric profile and vitamin D status in patients with femoral neck fracture. Metab Bone Dis Ret Res 1 982;4:85-93.

57. Albanese AA. Calcium nutrition in the elderly: Maintaining bone health to minimize fracture risk. Postgrad Med 1978;63:167-172

58. Compston JE, Silver AC, Croucher P Brown RC, Woodhead JS. Elevated serum intact parathyroid hormone levels in elderly patients with hip fracture. G Endocrinol 1989;31:667-672.

59. Riggs BL, O'Fallon MW, Muhs J, O'Connor MK, Kumar R, Melton IL. Long term effects of calcium supplementation on serum parathyroid hormone levels, bone turnover, and bone loss in elderly women. Jllone Miner Res

1998;l3:168-174.

60. McKane WR, Khosla 5, Egan KS, Robins SP, Burritt MF, Riggs BL. Role of calcium intake in modulating age-related increases in parathyroid fUnction and bone resorption. J Gli Endocrinol Metab 1 996;8 1:1699-1703.

61. Chapuy MC, Pamphile R, Paris B, Kempf C, Schlichting M, Amaud 5, Gamero P, Meunier PJ. Combined calcium and vitamin D3 supplementation in elderly women: Confirmation of reversal of secondary hyperparathyroidism and hip fracture risk: The Decalyos II study. Osteoporos mt 2002;13:257-264.

62. Benhamou CL, Chappard D, Gauvain JB, Popelier M, Roux C, Picaper G, Alexandre C. Hyperparathyroidism in proximal femur fractures: Biological and histomorphometric study in 21 patients over 75 years old. Glitz Rheumatol 1991; 10:144-160.

63. Reid IR, Ames RW, Evans MC, Gamble GD, Sharpe SJ. Long-term effects of calcium supplementation on bone loss and fractures in postmenopausal women: A randomized controlled trial. Am JMed 1995;98:33 1-335.

64. Recker RR, Hinders 5, Davies KM, Heaney RP, Stegman MIR, Lappe IM, Kimmel DB. Correcting calcium nutritional deficiency prevents spine fractures in elderly women. JBone Miner Res 1996; 11:1961-1966.

65. Riggs BL, Seeman E, Hodgson SF, Taves DR, O'Fallon WTM. Effect of the fluoride/calcium regimen on vertebral fracture occurrence in postmenopausal osteoporosis. Comparison with conventional therapy. NEngi .1 Med

1982;306:446-450.

66. Peacock M, Liu G, Carey M, McClintock R, Ambrosius W, Hui 5, Johnston CC. Effect of calcium or 250H vitamin D dietary supplementation on bone loss at the hip in men and women over the age of 60. J C Endocrinol Metab 2000;85:301 1-3019.

67. Chevalley T, Rizzoli R, Nydegger V, Slosman D, Rapin C-H, Michel J-P, Vasey H, Bonjour J-P. Effects of calcium supplements on femoral bone mineral density and vertebral fracture rate in vitamin-D-replete elderly patients. Osteoporos ut 1994;4:245-252.

68. Chapuy MC, Arlot ME, Duboeuf F, Brun J, Crouzet B, Arnaud 5, Delmas PD, Meunier PJ. Vitamin D and calcium to prevent hip fractures in elderly women. NEnglJMed 1992;327:1637-l642.

69. Chapuy MC, Arlot ME, Delmas PD, Meunier P Effect of calcium and cholecalciferol treatment for three years on hip fractures in elderly women, Br MedJ 1994;308:lOSl-l082.

**BINDER #9**

70. Dawson-Hughes B, Harris 55, Krall EA, Dallal GE. Effect of calcium and vitamin D supplementation on bone density in men and women 65 years of age or older. NEnglJMed 1997;337:670-676.

71. Bischoff HA, Stahelin HB, Dick W, Akos R, Knecht M, Salis C, Nebiker M, Theiler R, Pfeifer M, Begerow B, Lew RA, Conzelmann M. Effects of vitamin D and calcium supplementation on falls: A randomized controlled trial. JBoneMunerRes 2003;18:343-351.

72. Dursun N, Dursun E, Yalcin S. Comparison of alendronate, calcitonin and calcium treatments in postmenopausal osteoporosis. me J G Pract

2001 ;55:505-509.

73. Almustafa M, Doyle FH, Gutteridge DH, Hand DJ, Davis TM, Spinks T Freemantle C, Joplin GF. Effects of treatments by calcium and sex hormones on vertebral fracturing in osteoporosis. Quart JMed l992;83:283-294.

74. Schwellnus MP, Jordaan G. Does calcium supplementation prevent bone stress injuries? A clinical trial. Int Nutr 1992;2:165-174.

75. Honkanen RI, Honkanen K, Kroger H, AThava E, Tuppurainen M, Saarikoski

S. Risk factors for perimenopausal distal forearm fracture. Osteoporos mt

2000; 11:265-270.

76. Holbrook TL, Barrett-Connor E, Wingard DL. Dietary calcium and risk of hip fracture: 14-year prospective population study. Lancet 1988;2:1046-1049.

77. Huopio J, Kroger H, Honkanen R, Saarikoski 5, A E. Risk factors for perimenopausal fractures: A prospective study. Osteoporos lii 2000;! 1:219-

227.

78. Looker AC, Harris TB, Madans 3M, Sempos CT. Dietary calcium and hip fracture risk: The NHANES I Epidemiologic Follow-Up Study. Osteoporos ut 1993l;3:177-184.

79, Mussolino ME, Looker AC, Madans JH, Langlois JA, Orwoll ES. Risk factors for hip fracture in white men: The NHANES I Epidemiologic Follow up Study. JBone Miner Res 1998;13:918-924.

80. Owusu W, Willett WC, Feskanich D, Ascherio A, Spiegelman D, Colditz GA. Calcium intake and the incidence of forearm and hip fractures among men. J

Nut 1997;127:

81. Feskanich D, Willett WC, Stampfer MJ, Colditz GA. Milk, dietary calcium, and bone fractures in women: A 12-year prospective study. Am JPublic Health 1 997;87:992-997.

82. Michaelsson K, Meihus H, Bellocco R, Wolk A. Dietary calcium and vitamin D intake in relation to osteoporotic fracture risk. Bone 2003;32:694-703.

83. Meyer HE, Pedersen JI, Loken EB, Tverdal A. Dietary factors and the incidence of hip fracture in middle-aged Norwegians. A prospective study. AmfEpidemio 1997;145:117-l23.

84. Wickham CAC, Walsh K, Cooper C, Barker DiP, Margetts BM, Moths J, Bruce SA. Dietary calcium, physical activity, and risk of hip fracture: A prospective study. Br Med J 1989;299:889-892.

85. Feskanich D, Willett WC, Colditz GA. Calcium, vitamin D, milk consumption, and hip fractures: A prospective study among postmenopausal women. Am JClin Nutr 2003;77:504-5l 1.

86. Cummings SR, Nevitt MC, Browner WS, Stone K, Fox KM, Ensrud KB, Cauley J, Black D, Vogt TM. Risk factors for hip fractures in white women. Study of Osteoporotic Fractures Research Group. NEngl JMed l995;332:767-773.

87. Cuniming RG, Cummings SR, Nevitt MC, Scott J, Ensrud KE, Vogt TM, Fox

K. Calcium intake and fracture risk: Results from the Study of Osteoporotic Fractures. Am JEpidemiol 1997;145:926-934.

88. Paganini-Hill A, Chao A, Ross RK, Henderson BE. Exercise and other factors in the prevention of hip fracture: The Leisure World Study. Epidemiology 1991;2: 16-25.

89. Lumbers M, New SA, Gibson S, Murphy MC. Nutritional status in elderly female hip fracture patients: Comparison with an age-matched home living group attending day centres. Br JNutr 2001;85:733-740.

90. Lau EMC, Suriwongpaisal P, Lee 1K, Das De 5, Festin M Saw SM, Khir A, Torralba T, Sham A, Sambrook P. Risk factors for hip fracture in Asian men and women: The Asian Osteoporosis Study. JBone Miner Res 2001; 16:572-

580.

91. Varenna M, Binelli L, Zucchi F, Rossi V, Sinigaglia L. Prevalence of osteoporosis and fractures in a migrant population from southern to northern

Italy: A cross-sectional, comparative study. Osteoporos mt 2003 Jul 10 [ ahead of print].

92. Clark P de Ia Pena F, Gomez Garcia F, Orozco JA, Tugwell P. Risk factors for osteoporotic hip fractures in Mexicans. Arch Med Res l998;29:253-257.

93. Lau E, Donnan 5, Barker DJP, Cooper C. Physical activity and calcium intake in fracture of the proximal femur in Hong Kong. Br Med J

1988;297:1441-1443.

94. Chan HHL, Lau EMC, Woo J, Lin F, Sham A, Leung PC. Dietary calcium intake, physical activity and the risk of vertebral fracture in Chinese. Osteoporos mt 1996;6:228-232.

95. Kanis JA, Johnell 0, Gullberg B, Allander E, Dilsen G, Geimari C, Lopes Vaz AA, Lyritis GP, Mazzuoli G, Miravet L, Passeri M, Perez Cano R, Rapado A, Ribot C. Evidence for efficacy of drugs affecting bone metabolism in preventing hip fracture. Br Med J 1992;305: 1124-1128.

96. CM I, Pun KK. Dietary calcium intake and other risk factors: Study of the fractured patients in Hong Kong. JNutr Elder 1991;l0:73-87.

97. Cooper C, Barker DJ, Wickham C. Physical activity, muscle strength, and calcium intake in fracture of the proximal femur in Britain. BrMedJ

1988;297:1443-1446.

98. Varemia M, Binelli L, Zucchi F, Ghiringhelli D, Sinigaglia L. Unbalanced diet to lower serum cholesterol level is a risk factor for postmenopausal osteoporosis and distal forearm fracture. Osteoporos mt 2001;12:296-30l.

99. Paganini-Hill A, Ross BK, Gerkins VR, Henderson BE, Arthur M, Mack TM. Menopausal estrogen therapy and hip fractures. Ann Intern Med l981;95:28-

31.

100. Partanen J, Heilckinen J, Jamsa T, Jalovaara P. Characteristics of lifetime factors, bone metabolism, and bone mineral density in patients with hip fracture. JBone Miner Metab 2002;20:367-375.

101. Johnell 0, Gu B, Kanis JA, Allander E, Elffors L, Dequeker 3, Dilsen G,

Gennari C, Lopes Vaz A, Lyritis G, Mazzuoli G, Miravet L, Passeri M, Perez

Cano RP, Rapado A, Ribot C. Risk factors for hip fracture in European

women: The MEDOS Study. Mediterranean Osteoporosis Study, JBone

Miner Res 1995;10:l802-l8l5.

102. Perez Cano R, Galan Galan F, Dilsen G. Risk factors for hip fracture in Spanish and Turkish women. Bone l993;14(Suppl 1):S69-S72.

103. Ribot C, Tremollieres F, Pouilles 3M, Albarede JL, Mansat M, Utheza 0, Bonneu M, Bonnissent P, Ricoeur C. Risk factors for hip fracture. MEDOS study: Results of the Toulouse Centre. Bone 1993;14(Suppl 1):S77-S80.

104. Kanis JA, Johnell 0, Gullberg B, Allander E, Elffors L, Ranstam 3, Dequeker J, Dilsen G, Gennari C, Lopes Vaz AA, Lyritis 0, Mazzuoli G, Miravet L, Passeri M, Perez Cano R, Rapado A, Ribot C. Risk factors for hip fracture in men from southern Europe: The MEDOS study. Mediterranean Osteoporosis Study. Osteoporos mt 1999;9:45-54.

105. KalkwarfHJ, Khoury JC, Lanphear BP. Milk intake during childhood and adolescence, adult bone density, and osteoporotic fractures in US women. Am JClin Nutr 2003;77:257-265.

106. Verd Vallespir 5, Dominguez Sanchez 3, Gonzalez Quintial M, Vidal Mas M, Mariano Soler AC, de Roque Company C, Sevilla Marcos 3M. [ between calcium content of drinking water and fractures in children] An Esp Pediatr 1992;37:461-465.

107. Wyshak G, Frisch RE. Carbonated beverages, dietary calcium, the dietary calciuinlphosphorus ratio, and bone fractures in girls and boys. JAdolesc Health 1994;l5:210-215.

108. Nieves 5W, Grisso IA, Kelsey JL. A case-control study of hip fracture:

Evaluation of selected dietary variables and teenage physical activity. Osteoporos mt 1992;2: 122-127.

109. Cline AD, Jansen OR, Melby CL. Stress fractures in female army recruits:

implications of bone density, calcium intake, and exercise. JAm Coil Nutr

1998;

110. Kreiger N, Gross A, Hunter 0. Dietary factors and fracture in postmenopausal women: A case-control study. mt JEpidemiol 1992;21 :953-

958.

111. Meyer HE, Henriksen C, Falch IA, Pedersen JI, Tverdal A. Risk factors for hip fracture in a high incidence area: Acase-control study from Oslo, Norway. Osteoporos mt 1995;5:239-246.

112. Michaelsson K, Holmberg L, Mallmin H, Sorensen 5, Wolk A, Bergstrom R, Ljunghall S. Diet and hip fracture risk: A case-control study. Study Group of the Multiple Risk Survey on Swedish Women for Eating Assessment. mt J Epideiniol 1995;24:77 1-782.

113. Tavani A, Negri E, La Vecchia C. Calcium, dairy products, and the risk of hip fracture in women in northern Italy. Epidemiology 1995;6:554-557.

114. Wallace LS, Ballard JE. Lifetime physical activity and calcium intake related to bone density in young women. J Womens Health Gend Based Med

2002;1 1:389-398.

115. Wooton R, Brereton P1, Clark MB, Hesp R, Hodkinson ElM, Klenerman L, Reeve 1, Slavin 0, Tellez-Yudilevich M. Fractured neck of femur in the elderly: An attempt to identify patients at risk. Cli Sci l979;57:93-l0l.

116. Cumming RG, Klineberg R Case-control study of risk factors for hip

• fractures in the elderly. Am JEpidemiol 1994;139:493-503.

117. Jaglal SB, Kreiger N, Darlington G. Past and recent physical activity and risk of hip fracture. Am JEpidemioi 1993;138: 107-218.

118. Bendich A, Leader 5, Muhuri P. Supplemental calcium for the prevention of hip fracture: Potential health-economic benefits. Cli Ther 1 999;2 1:1058- 1072.

119. Heaney RP. Calcium needs of the elderly to reduce fracture risk. JAm Coll Nutr 2001;20(2 Suppl):1925-197S.

120 Nordin BEC, Horsman A, Crilly RG, Marshall DH, Simpson M. Treatment of spinal osteoporosis in postmenopausal women. BrMedJ 1980;280:45l-454.

121. Cumming RG, Nevitt MC. Calcium for prevention of osteoporotic fractures in postmenopausal women. JBone Miner Res 1997; 12:1321-1329.

122. Rodriguez-Martinez MA, Garcia-Cohen BC. Role of Ca and vitamin D in the prevention and treatment of osteoporosis. Pharmacol Ther 2002;93 :37-

49.

123. Kanis JA. The use of calcium in the management of osteoporosis. Bone

1999;24:279-290.

124. Shea B, Wells 0, Cranney A, Zytaruk N, Robinson V, Griffith L, Ortiz Z, Peterson J, Adachi I, Tugwell P, Guyatt 0, The Osteoporosis Methodology Group, The Osteoporosis Research Advisory Group. VII. Meta-analysis of

calcium supplementation for the prevention of postmenopausal osteoporosis. Endocr Rev 2002;23 :552-559.

125. Hauselmann HJ, Rizzoli R. A comprehensive review of treatments for postmenopausal osteoporosis. Osteoporos mt 2003;14:2-12.

126. Anonymous. The role of calcium in pen- and postmenopausal women:

Consensus opinion of The North American Menopause Society. Menopause

200 1;8:84-95.

127. Buckley LM, Hiliner BE. A cost effectiveness analysis of calcium and vitamin d supplementation, etidronate, and alendronate in the prevention of vertebral fractures in women treated with glucocorticoids. JRheumatol

2003;30:132-138.

128. Meunier P. Prevention of hip fractures by correcting calcium and vitamin D insufficiencies in elderly people. Scand JRheumatol Suppi 1996; 103:75-78.

129. Lilliu H, Pamphile R, Chapuy MC, Schulten J, Arlot M, Meunier P3. Calcium-vitamin D supplementation is cost-effective in hip fractures prevention. Maturitas 2003;44:299-305.

**BINDER #10**

130. Kanis JA, Brazier YE, Stevenson M, Calvert NW, Lloyd Jones M. Treatment of established osteoporosis: A systematic review and cost-utility analysis. Health Technol Assess 2002;6:1-146.

131. Heaney RP, Dowell SD, Bierman 3, Hale CA, Bendich A. Absorbability and cost effectiveness in calcium supplementation. JAm Coil Nutr 2001;20:239-

246.

132. Martini L, Wood RJ. Relative bioavailability of calcium-rich dietary sources in the elderly. Am JClin Nuir 2002;76:1345-1350.

133. Recker RR. Calcium absorption and achlorhydria. NEnglJMed

1985;3l3:70-73.

134. Institute of Medicine. Summary. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, summary.

135. Institute of Medicine. Uses of dietary reference intakes. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter DC.

136. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Proposed Rule. Fed Reg 1991;56:60689-.

137. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Final Rule. Fed Reg 1993;58:2665-2677.

138. Malberti F, Surian M, Poggio F, Minoia C, Salvadeo A. Efficacy and safety of long-term treatment with calcium carbonate as a phosphate binder. Am J Kidney Dis l988;12:487-491.

139. Moriniere P, Hocine C, Boudailliez B, Belbrik 5, Renaud H, Westeel PF, Solal MC, Fournier A. Long-term efficacy and safety of oral calcium as compared to Al(OH) as phosphate binders. Kidney mt 1989;36(Suppl. 27):S13 3-S 135.

140. Tsukamoto Y, Moriya R, Nagaba Y, Morishita T, Izumida I, Okubo M. Effect of administering calcium carbonate to treat secondary

hyperparathyroidism in nondialyzed patients with chronic renal failure. Am J Kidney Dis 1995;25:879-886.

141. Nolan CR, Qunibi WY. Calcium salts in the treatment of hyperphosphatemia in hemodialysis patients. Curr Opin Nephrol Hypertens 2003;12:373-379.

142. Clark AGB, Oner A, Ward G, Turner C, Rigden SPA, Haycock GB, Chantler

C. Safety and efficacy of calcium carbonate in children with chronic renal failure. Nephrol Dial Transplant 1 989;4:539-544.

143. Orwoll ES. The milk-alkali syndrome: Current concepts. Ann Intern Med 1982;97:242-248.

144. Adams ND, Gray RW, Lemann J Jr. The effects of oral CaCO loading and dietary calcium deprivation on plasma 1 ,25-dihydroxyvitamin D concentrations in healthy adults. J Glitz Endocrinol Metab I 979;48 :1008-1016.

145. Heaney RP, Recker RR. Calcium supplements: Anion effects. Bone Miner 1987;2:433-439.

146. Lagman R, Walsh D. Dangerous nutrition? Calcium, vitamin D, and shark cartilage nutritional supplements and cancer-related hypercalcemia. Support Care Cancer 2003; 11:232-235.

147. Burtis WJ, Gay L, Insogna KL, Ellison A, Broadus AE. Dietary hypercalciuria in patients with calcium oxalate kidney stones. Am J Clin Nutr 1 994;60:424-429.

148. Food and Drug Administration. Food labeling: Health claims; calcium consumption by adolescents and adults, bone density and the risk of fractures. Interim final rule, Fed Reg 1998;63:34101-34104.

**BINDER #11**

1. Bronner F. Intestinal calcium absorption: Mechanisms and applications. J Nutr 1987;117:1347-1352.

2. Peng JB, Chen XZ, Berger US', Vassilev PM, Tsukaguchi H, Brown EM, Hediger MA. Molecular cloning and characterization of a channel-like transporter mediating intestinal calcium absorption. JBiol Chem

I 999;274:22739-22746.

3. Zhuang L, Peng JIB, Tou L, Takanaga H, Adam RM, Hediger MA, Freeman MR. Calcium-selective ion channel, CaT 1, is apically localized in gastrointestinal tract epithelia and is aberrantly expressed in human malignancies. Lab Invest 2002;82:1755-1764.

4. Fleet JC, Wood RJ. Specific 1,25(OH) regulation of transcellular csalcium transport in Caco-2 cells. Am JPhysiol

I 999;276:G958-G964.

5. Barger-Lux MJ, Heaney RP, Rocker RR. Time course of calcium absorption in humans: Evidence for a colonic component. Calc Tissue mt

1989;44:308-311.

6. Cashman K. Prebiotics and calcium bioavailability. Curr Issues Intest Microbiol 2003;4:2 1-32.

7. Ireland P, Fordtran JS. Effect of dietary calcium and age on jejunal calcium absorption in humans studied by intestinal perfusion. J Cli Invest

1973;52:2672-2681.

8. Gallagher JC, Riggs BL, DeLuca HF. Effect of estrogen on calcium absorption and serum vitamin D metabolites in postmenopausal osteoporosis. J Clin Endocrunol Metab 1 980;5 1:1359-1364.

9. Heaney RP, Saville PD, Recker RR. Calcium absorption as a function of calcium intake. JLab Clii Med 1975;85:881-890.

10. Heaney RP, Recker RR, Stegman MIt, Moy AJ. Calcium absorption in women: Relationships to calcium intake, estrogen status, and age. f Bone Miii Res 1989;4:469-475.

11. Heaney RP, Weaver CM, Fitzsimmons ML. Influence of calcium load on absorption fraction. JBone Mi Res 19905:1135-1138.

12. Abrams SA, Wen J, Stuff JR. Absorption of calcium, zinc and iron from breast milk by five-to seven-month-old infants. Pediatr Res 1 996;39:384-390.

13. Heaney RP. Effect of calcium on skeletal development, bone loss, and risk of fractures. Am J Med. 1991 Nov 25;91(5B):23S-285.

14. Bullamore JR, Wilkinson It, Gallagher JC, Nordin BEC, Marshall DH. Effects of age on calcium absorption. Lancet 1970;ii:535-537.

15. Wolf RL, Cauley JA, Baker CE, Ferrell RB, Charron M, Caggiula AW, Salamone LM, Heaney RP, Kuller LH. Factors associated with calcium absorption efficiency in pro- and perimenopausal women. Am J Clin Nutr.

2000;72):466-47 1.

16. Pattanaungkul 5, Riggs BL, Yergey AL, Vieira NE, O'Fallon WM, Khosla S. Relationship of intestinal calcium absorption to 1 ,25-dihydroxyvitamin D [ ,25(OH) levels in young versus elderly women: Evidence for age-

related intestinal resistance to 1 ,25(0H) action. J Gun Endocrinol Metab 2000;85:4023-4027.

17. Abrams SA, Silber TJ, Esteban NV, Vieira NE, Stuff JE, Meyers R, Majd M, Yergey AL Mineral balance and bone turnover in adolescents with anorexia nervosa. JPediatr 1993 ;123:326-33 1.

18. Abrams SA, O KO, Stuff JR Changes in calcium kinetics associated with menarche. J G Endocrinol Metab 1 996;8 1:2017-2020.

19. Farmer ME, White LR, Brody JA, Bailey KR. Race and sex differences in hip fracture incidence. Am JPublic Health 1984;74:1374-1380.

20. Kellie SE, Brody JA. Sex-specific and race-specific hip fracture rates. Am J Pub Health 1990;80:326-328.

21. Dawson-Hughes B, Harris 5, Kramich C, Dallal G, Rasmussen HM. Calcium retention and hormone levels in black and white women on high- and low- calcium diets. Jilone M Res l993;8:779-787.

22. Drinkwater B, Bruemner B, Chestnut C. Menstrual history as a determinant of current bone density in young athletes. JAMA 1990;263:545-548.

23. Marcus R, Cairn C, Madvig P, MinlcoffJ, Goddard M, Bayer M, Martin M, Gaudiani L, Haskell W, Genant H. Menstrual fUnction and bone mass in elite women distance runners. Endocrine and metabolic features. Ann Intern Med

1985;l02:158-163.

24. Berkelharnmer CH, Wood R Sitrin MD. Acetate and hypercalciuria during total parenteral nutrition. Am JClin Nutr 1988;48:1482-1489.

25. Sebastian A, Harris ST Ottaway JH, Todd KM, Moths RC Jr. Jmproved mineral balance and skeletal metabolism in postmenopausal women treated with potassium bicarbonate. NEngI JMed 1 994;330: 1776-1781.

26. Bell NH, Yergey AL, Vieira NE, Oexmann MJ, Shary JR. Demonstration of a difference in urinary calcium, not calcium absorption, in black and white adolescents. JBone M Res 1993;8: 1111-1115.

27. Spencer H, Kramer L, Lensiak M, DeBartolo M, Norris C, Osis D. Calcium requirements in humans. Report of original data and a review. Clmn Orthop Related Res 1984; 184:270-280.

28. Jackman LA, Millane SS, Martin BR, Wood OB, McCabe GP, Peacock M, Weaver CM. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. Am JClin Nutr 1997;66:327-333.

29. Institute of Medicine. Calcium. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter W.

30. Wolz M, Cutler J, Roccella EJ, Rohde F, Thom T, Burt V. Statement from the National High Blood Pressure Education Program: Prevalence of hypertension. Am JHypertens 2000;3:l03-104.

31. Burt VL, Whelton P, Roccella EJ, Brown C, Cutler JA, Higgins M, Horan MJ, Labarthe D. Prevalence of hypertension in the US adult population. Results from the Third National Health and Nutrition Examination Survey (NIHANES III), 1988-1991. Hypertension 1995;25:305-313.

32. Cushman WC. The clinical significance of systolic hypertension. Am J Hypertens l998;1 l(Suppl.):l825-185S.

33. Benetos A, Safar M, Rudnichi A, Smulyan H, Richard J-L, Ducimetiere P, Guize L. Pulse pressure: A predictor of long-term cardiovascular mortality in a French male population. Hypertension 1 997;30: 1410-1415.

34. Kuller LI Sutton-Tyrrel K, Matthews KA. Blood pressure levels and measurement of subclinical vascular disease. JHypertension 1999; 17(Suppl. 15):S15-S19.

35. Gonzalez-Albarran 0, Robles RG, Ruilope LM. Therapeutic implications and new perspectives for essential hypertension and renal damage. Kidney mt 1 998;54(Suppl. 68):S46-S50.

36. He J, Whelton PK. Elevated systolic blood pressure and risk of cardiovascular and renal disease: Overview of evidence from observational epidemiologic studies and randomized controlled trials. Am Heart J

1999;138:21 1-219.

37. Iseki K, Ikemiya Y, Fukiyama K. Blood pressure and risk of end-stage renal disease in a screened cohort. Kidney mt 1996;49(Suppl. 55):S69-S71.

38. Acone D, Cante D, Cillo F, Gioradano G, Giordano C. Blood pressure and progression of renal failure in the elderly. Kidney mt 1 996;49(Suppl.

55):S75-S77.

39. Kes P, Ratkovic-Gusic I. The role of arterial hypertension in progression of renal failure. Kidney mt l996;49(Suppl. 55):S72-S74.

40. KIag MJ, Whelton P Randall BL, Neaton TI Brancati FL, Ford CE, Shulman MB, Stamler J. Blood pressure and end-stage renal disease in men. NEnglJMed l996;334:13-18.

41 Schroeder HA. Relation between mortality from cardiovascular disease and treated water supplies: Variations in states and 163 largest municipalities of the United States. JAMA 1960;172:1902-1908.

42. Stitt FW, Crawford MD, Clayton DG, Morris TN. Clinical and biochemical indicators of cardiovascular disease among men living in hard and soft water areas. Lancet 1973;1:122-126.

43. Neri LC, Johansen HL. Water hardness and cardiovascular mortality. Ann NYAcad Sci 1978;304:203-219.

44. Folsom AR, Prineas RJ. Drinldng water composition and blood pressure: A review of the epidemiology. Am JEpidemiol 1982;1 15:808-832,

45. Fujita T, Palmieri GM. Calcium paradox disease: Calcium deficiency prompting secondary hyperparathyroidism and cellular calcium overload. J Bone Miner Metab 2000;18:109-125.

46. Fleckenstein-Grun G, Frey M, Thimm F, Hofgartner W, Fleckenstein A. Calcium overload--an important cellular mechanism in hypertension and arteriosclerosis. Drugs 1992;44 (Suppl. l):23-30.

47. Schatzman 113 Active calcium transport and Ca ATPase in human red cells. Curr Top Membrane Transp l975;6:125-168.

48. Carafoli E. Calcium pump of the plasma membrane. PJzysiol Rev

1991;71:129-l53.

49. Farese RV. Calcium as an intracellular mediator of hormone action:

Intracellular phospholipid signaling systems. Am JMed Sci

1 988;296:223:230.

50. Dayton WR, Goll DE, Zeece MG, Robson RM, Reville WJ. A Ca protease possibly involved in myofThrillar protein turnover. Purification from porcine muscle. Biochemistry 1976;15 :2150-2158.

51. Neerunjun JS, Dubowitz W. Increased calcium-activated neutral protease activity in muscles of dystrophic hamsters and mice. Neurol S 1 979;40: 105-

ill.

52. Schanne FAX, Kane AB, Young EB, Farber JL. Calcium dependence of toxic cell death: A final common pathway. Science 1979;206:700-702.

53. Afroze T, Husain M. Cell cycle dependent regulation of intracellular calcium concentration in vascular smooth muscle cells: A potential target for drug therapy. Curr Drug Targets Cardiovasc Haemato Disord 2001; 1:23-40.

54. Wright GL, Rankin GO. Concentrations of ionic and total calcium in plasma of four models of hypertension. Am JPhysiol l982;243:H365-H370.

55. Bindels RiM, van den Broek LAM, Jongen MM, et al. Increased plasma calcitonin levels in young spontaneously hypertensive rats: Role in disturbed phosphate homeostasis. Pflugers Arch l987;408:395-400.

56. Stern N, Lee DBN, Sillis V, Beck FWJ, Deftos L, Manolagas SC, Sowers JR. Effects of a high calcium intake on blood pressure and calcium metabolism in young SHR. Hypertension 1984;6:639-646.

57. Rao RM, Yan Y, Wu Y. Dietary calcium reduces blood pressure, parathyroid hormone, and platelet cytosolic calcium responses in spontaneously hypertensive rats. Am JHypertens l994;7:1052-l057.

58. Merke J, Lucas PA, Szabo A, Coumot-Witmer G, Mall G, Bouillon R, Drueke T, Mann J, Ritz B. Hyperparathyroidism and abnormal calcitriol metabolism in the spontaneously hypertensive rat. Hypertension l989;l3:233-242.

59. McCarron DA, Hatton D, Roullet IB, Roullet C. Dietary calcium, defective cellular Ca handling, and arterial pressure control. Can iPhysiol Pharmacol

1994;72:937-944.

**BINDER #12**

60. Pokuden NI, Menshikov MY, Robertson D, Robertson RM, Orlov SN, Tkachuk VA, Postnov YV. Raised free calcium in the platelet of the spontaneously hypertensive rat. Regulation by adenosine diphosphate and epinephrine. Curr Ther Res (Jim Exp l994;55:290-302.

61. David M, Pernollet M-G, Morris M, Astarie-Dekequer C, Devynck

M-A. Erythrocyte Ca handling in the spontaneously hypertensive rat. Effect of vanadate ions. Ljfe Sci 1994;54:267-274.

62. Wells IC, Blotcky AJ. Coexisting independent sodium-sensitive and sodium-insensitive mechanisms of genetic hypertension in spontaneously hypertensive rats (STIR). Can JPhysioi Pharmacol 2001;79:779-784.

63. Pemot F, Burkhard C, Gairard A. Parathyroid cross-transplantation and development of high blood pressure in rats. J Cardiovacs Pharmacoi 1 994;23(Suppl. 2):S 18-S22.

64. Cappuccio FP, Kalaitzidis R, Duneclifi 5, Eastwood YB. Unravelling the links between calcium excretion, salt intake, hypertension, kidney stones and bone metabolism. JNephroi 2000;l3:l69-l77.

65. Tisler A, Pierratos A, D'Arcy Honey J, Bull SB, Rosivall L, Logan AG. High urinary excretion of uric acid combined with high excretion of calcium links

kidney stone disease to familial hypertension. Nephrol Dial Transplant

2002;17:253-259.

66. Resnick LM. Cellular calcium and magnesium metabolism in the pathophysiology and treatment of hypertension and related metabolic disorders. Am JMed 1992;93:1 18-205.

67. Perez-Castrillon JL, Justo I, Silva J, Sanz A, Igea R, Escudero P, Pueyo C, Diaz C, Hernandez G, Duenas A. Bone mass and bone modelling markers in hypertensive postmenopausal women. JHum Hypertens 2003; 17:107-110.

68. McCarron DA, Moths CD, Bukoski R. The calcium paradox of essential hypertension. Am JMed I 987;82:27-33.

69. McCarron DA, Moths CD, Young B, Roullet C, Drueke T. Dietary calcium and blood pressure: Modifying factors in specific populations. Am J Clin Nutr 1991 ;54(Suppl.):2155-2195.

70. Hatton DC, Yue Q, McCarron DA. Mechanisms of calcium's effects on blood pressure. Seinin Nephrol 1995;15:593-602.

71. Porsti I, Mak H. Dietary calcium intake: Effects on central blood pressure control. Semin Nephrol 1995;15:550-563.

72. Nuglozeh E, Roberge AG. Dietary calcium supplementation and dopamine beta-hydroxylase in spontaneously hypertensive rats. Biochem Pharmacol

1997;53:1867-1871.

73. Luft FC. Putative mechanism of blood pressure reduction induced by increases in dietary calcium intake. Am JHypertens 1990;3:156S-160S.

74. Saito K, Sano H, Kawahara J, Yokoyama M. Calcium supplementation attenuates an enhanced platelet function in salt-loaded mildly hypertensive patients. Hypertension. 1995;26: 156-163.

75. Bogin B, Massry SG, Harary I. Effect of parathyroid hormone on rat heart cells. .JClin Invest 1981;67:1215-1227.

76. Bogin B, Massry SG, Levi I, Djaldeti M, Bristol G, Smith J. Effect of parathyroid hormone on osmotic fragility of human erythrocytes. J Glen Invest l982;69:1017-1025

77. Ni Z, Smogorzewski M, Massry 5G. Effects Of parathyroid hormone on cystolic calcium of rat adipocytes. Endocrinology 1994;135:l837-1844.

78. Fadda GZ, Akmal M, Lipson LG, Massry SG. Direct effect of parathyroid hormone on insulin secretion from pancreatic islets. Am J Physioll 990;258:B975-E984.

79. Reid IR, Civitelli R, Halstead LR, Avioli LV, Hruska KA. Parathyroid hormone acutely elevates intracellular calcium in osteoblastlike cells. Am J Physiol 1987;252:E45-B5 1.

80. Hruska K.A, Goligorsky M, Scoble J, Tsautsumi M, Westbrook 5, Moskowitz

D. Bffects of parathyroid hormone on cytosolic calcium in renal proximal tubular primary cultures. Am JPhysiol 1986;25 1 :F1 88-F198.

81. Makynen H, Kahonen M, Arvola P, Wuorela H, Vapaatalo H, Porsti I. Dietary calcium and magnesium supplements in spontaneously hypertensive rats and isolated arterial reactivity. BrJPharmacol 1995;1 15:1455-1462.

82. Otsuka K, Watanabe M, Yue Q, McCarron DA, Hatton D. Dietary calcium attenuates platelet aggregation and intracellular Ca2+ mobilization in spontaneously hypertensive rats. Am JHypertens 1997; 10:1165-1170.

83. Shaw LM, Ohanian J, Heagerty AM. Calcium sensitivity and agonist- induced calcium sensitization in small arteries of young and adult spontaneously hypertensive rats. Hypertension 1 997;30:442-448.

84. Sallinen K, Arvola P, Wuorela H, Ruskoaho H, Vapaatalo H, Porsti I. High calcium diet reduces blood pressure in exercised and nonexercised hypertensive rats. Am JHypertens l996;9:144-156.

85. Jolma P, Kalliovalkama J, Tolvanen J-P, Koobi P, Kahonen M, Hutri Kahonen N, Wu X, Porsti I. High-calcium diet enhances vasorelaxation in nitric oxide-deficient hypertension. Am JPhysiol Heart Circ Physiol

2000;279:H1 036-H1043.

86. - Tolvanen J-P, Makynen H, Wu X, Hutri-Kahonen N, Ruskoaho H, Karjala K, Porsti I. Effects of calcium and potassium supplements on arterial tone in vitro in spontaneously hypertensive rats. BrJPharmacol l998;l24:1 19-128.

87. Ono A, Kuwaki T, Cao WH, Kumada M, Fujita T. High calcium diet prevents baroreflex impainnent in salt-loaded spontaneously hypertensive rats. Hypertension l994;24:83-90.

88. Semafuko WE, Moths DJ. Effect of high calcium diet on the development of high blood pressure in intact spontaneously hypertensive rats and in adrenalectomized spontaneously hypertensive rats treated with aldosterone. Steroids l991;56:13l-135.

89. Schleiffer R, Gairard A. Blood pressure effects of calcium intake in experimental models of hypertension. Semin Nephrol 1995;15:526-535.

90. Passmore JC, Hatton DC, McCarron DA. Dietary calcium decreases blood pressure without decreasing renal vascular resistance or altering the response to NO blockade. JLab C Med l997;l30:627-634.

91. Ono A, Ando K, Fujita T. High-calcium diet prevents salt-induced hypertension and impairment of renal hemodynamics in young spontaneously hypertensive rats. JCardiovasc Pharmacol l994;23:624-628.

92. Karanja N, Metz JA, Mercer LP, McCarron DA. Analysis of BP response and Ca2+ metabolism using the saturation kinetics model. Am JPhysiol l987;253:R50l-R508.

93. Evans GH, Weaver CM, Harrington DD, Babbs CF Jr. Association of magnesium deficiency with the blood pressure-lowering effects of calcium. J Hypertens l990;8:327-337.

94. Hatton DC, McCarron DA. Dietary calcium and blood pressure in experimental models of hypertension. A review. Hypertension 1 994;23 :513-

530.

95. Yuasa 5, Sumikura T, Yura T, Takahashi N, Shoji T, Uchida K, Fujioka H, Miki 5, Matsuo H, Takamitsu Y. Effect of low dietary calcium intake on blood pressure and pressure natriuresis response in rats: A possible role of the renin-angiotensin system. Blood Press I 996;5 :121-127.

96. Nakamura M, Suzuki H, Yamakawa H, Ohno Y, Saruta T. Calcium restriction accelerates salt-induced hypertension in young spontaneously hypertensive rats. Am JMedSci 1994;307 Suppi 1:5138-5141.

97. La! KJ, Dakshinamurti K. The relationship between low-calcium-induced increase in systolic blood pressure and vitamin 136. JHypertens 1995;13:327-

332.

98. Buassi N. High dietary calcium decreases blood pressure in normotensive rats. BrazJMedBiolRes l998;3l:1099-llOl.

99. Adegun!oye BJ, Sofola OA. The effects of high dietary calcium on salt- induced hypertension in rats. Afr JMed Med S I 996;25:285-29 1.

100. Saito K, Sano H, Furuta Y, Yamanishi J, Omatsu T, Ito Y, Fukuzaki H. Calcium supplementation in salt-dependent hypertension. Contrib Nephrol

1991 ;90:25-35.

101. Butler TV, Cameron J, Kirchner KA. Dietary calcium supplementation restores pressure natriuresis responses in Dahl-S rats. Am JHypertens

1995;8:615-62

102. DiPette DJ, Greilich PE, Nickols GA, Graham GA, Green A, Cooper CW, Holland OB. Effect of dietary calcium supplementation on blood pressure and calciotropic hormones in mineralocorticoid-salt hypertension. JHypertens

1990;8:5

103. Porsti I, Arvola P, Wuorela H, Ilkka M, Saynavalammi F, Huhtala H, Metsa Ketela T, Vapaatalo H. Effects of a high calcium diet and deoxycorticosterone on vascular smooth muscle responses in spontaneously hypertensive rats. JHypertens l990;8:835-841.

104. Makynen H, Kahonen M, Wu X, Arvola P, Porsti I. Endothelial function in deoxycorticosterone-NaCl hypertension: Effect of calcium supplementation. Circulation 1996;93 :1000-1008.

105. Makynen H, Arvola F, Vapaatalo H, Porsti I. High calcium diet effectively opposes the development of deoxycorticosterone-salt hypertension in rats. Am JHypertens 1 994;7:520-528.

106. Bravo EL, Kageyama Y. Dietary calcium supplementation prevents the development of hypertension in deoxycorticosterone-salt-treated dogs. J CardiovascPharmacol 1994;23 Suppl 2:527-530.

107. Touyz RM, Rathakrishnan 5, Adam E, Sonnekus M, Reinach SG, Mime FJ. The relationship between magnesium, calcium, sodium, potassium and blood pressure in South African adult males. Magnesium 1989;8:145-153.

108. Gadallah M, Massry SG, Bigazzi R, Horst RL, Eggena P, Campese VM. Intestinal absorption of calcium and calcium metabolism in patients with essential hypertension and normal renal function. Am JHypertens 1991;4:404-

409.

109. Yamakawa H, Suzuki H, Nakamura M, Ohno Y, Saruta T. Disturbed calcium metabolism in offspring of hypertensive parents, Hypertension 1992;! 9:528-

534.

110. Reichel H, Liebethal R, Hense 11W, Schmidt-Gayk H, Ritz E. Disturbed calcium metabolism in subjects with elevated diastolic blood pressure. Clin Investig 1 992;70:748-75 1.

111. Papagalanis ND, Skopelitis P, Kourti A, Kostogianni G, Karabatsos A, Gennadiou M, Thomas S, Samartzis M, Mountokalakis T. Urine calcium excretion, nephrogenous cyclic-adenosine monophosphate and serum parathyroid hormone levels in patients with essential hypertension. Nephron

1991;59:226-231.

112. Lind L, Lithell H, Gustafsson IB, Pollare T, Ljunghall S. Calcium metabolism and sodium sensitivity in hypertensive subjects. JHum Hypertens

1993 ;7:53-57.

113. McCarron DA. Low serum concentrations of ionized calcium in patients with essential hypertension. NEngi JMed 1 982;307:226-228.

114. Folsom AR, Smith CL, Prineas RJ, Grimm RH Jr. Serum calcium fractions in essential hypertensive and matched normotensive controls. Hypertension

1986;8:11-15.

115. Resnick LM, Laragh JIH, Sealey YE, Alderman MB. Divalent cations in essential hypertension. Relations between serum ionized calcium, magnesium, and plasma rennin activity. NEngi .JMed 1983;309:888-89 1.

116. Strazzullo P, Gallentti F, Cirillo M, Siani A, Nunziata V Giannattasio R, Mancini M. Altered extracellular calcium homeostasis in essential hypertension: A consequence of abnormal cell calcium handling. GUn Sci

1986;71 :239-244.

117. Young EW, Morris CD, McCarron DA. Urinary calcium excretion in essential hypertension. JLab Gun Med l992;120:624-632.

118. Papagalanis N, Kourti A, Tolis A, Skopelitis F, Karabatsos A, Kostoyanni G, Gennadiou M, Elisaf M, Mountokalakis T. Effect of intravenous calcium infusion on indices of activity of the parathyroid glands and on urinary calcium and sodium excretion in normotensive and hypertensive subjects. Am JHypertens 1993;6:59-65.

119. Oshima T, Matsuura H, Matsumoto K, Kido K, Kajiyama G. Role of cellular calcium in salt sensitivity of patients with essential hypertension. Hypertension 1988; 11:703-707.

120. Blackwood AM, Sagnella GA, Cook DO, Cappuccio FP. Urinary calcium excretion, sodium intake and blood pressure in a multi-ethnic population:

results of the Wandsworth Heart and Stroke Study. JHum Hypertens

2001;15:229-237.

121. Strazzullo F, Nunziata V, Cirillo M, Giannattasio R, Ferrara LA, Mattioli PL, Mancini M. Abnormalities of calcium metabolism in essential hypertension. C Sci l983;65:137-141.

122. Cirillo M, Strazzullo F, Galletti F, Siani A, Nunziata V. The effect of an intravenous calcium load on serum total and ionized calcium in normotensive and hypertensive subjects. JClin Hypertens l985;1:30-34.

123. Gennari C, Nami R, Bianchini C, Pavese 0, Lucani B, Perrone ÀY. Renal excretion of calcium in human hypertension. Am JNephrol 1986;6:124-127.

124. Hvarfiier A, Ljunghall 5, Morlin C, Wide L. Calcium metabolism and arterial blood pressure in a healthy population sample and in hypertensive men. Am J Nephrol 1986;6:14-15.

125. Tillman DM, Semple PF. Calcium and magnesium in essential hypertension.

0th S 1988;75:395-402.

126. Borghi L, Meschi T, Guerra A, Briganti A, Schianchi T, Allegri F, Novarini A. Essential arterial hypertension and stone disease. Kidney mt 1999;55:2397-2406.

127. Grobbee DE, Hackeng WIlL, Birkenhager it, Hofinan A. Raised intact parathyroid hormone concentrations in young people with mildly raised blood pressure. BrMedJ 1988;296:814-816.

128. Resnick LM, Muller FB, Laragh JR. Calcium-regulating hormones in essential hypertension: Relation to plasma rennin activity and sodium metabolism. Ann Intern Med 1986;105:649-654.

129. Young EW, McCarron DA, Moths CD. Calcium regulating hormones in essential hypertension: Importance of gender. Am JHypertens 1990;3:161S- 1665.

130. Nakamura T, Ichikawa 5, Sakamaki T, Sato K, Fujie M, Kurashina T, Kato T, Aizawa F, Murata K. Effect of saline infusion on urinary calcium excretion in essential hypertension. Am JHypertens 1991 ;4: 113-118.

131. Imaoka M, Morimoto 5, Kitano 5, Fuicuo F, Ogihara T. Calcium metabolism in elderly hypertensive patients: Possible participation of exaggerated sodium, calcium and phosphate excretion. Gun Exp Pharmacol Physiol 1991;18:631

132. St John A, Dick I, Hoad K., Retallack R, Welborn T, Prince R. Relationship between calcitrophic hormones and blood pressure in elderly subjects. Eur J Endocrinol 1994;130:446-450.

133. Jorde R, Bonaa ICH, Sundsijord J. Population based study on serum ionised calcium, serum parathyroid hormone, and blood pressure. The Tromso study. EurJEndocrinol 1999,141:350-357.

134. McCarron DA, Pingree PA, Rubin it!, Gaucher SM, Molitch M, Krutzik S. Enhanced parathyroid function in essential hypertension: A homeostatic response to a urinary calcium leak. Hypertension 1980;2:162-168.

135 Sanchez M, de la Sierra A, Coca A, Poch B, Giner V, Urbano-Marquez A. Oral calcium supplementation reduces intraplatelet free calcium concentration and insulin resistance in essential hypertensive patients. Hypertension 1997;29:531-536.

136. Garcia-Zozaya JL, Padilla-Viloria M, Castro A. The relationship between low plasma rennin activity, low serum ionic calcium, and elevated systolic arterial tension in the normotensive elderly. Am JHypertens 1988;1:393-396.

137. Strozecki P, Adamowicz A, Nartowicz E, Odrowaz-Sypniewska G, Wlodarczyk Z, Manitius J. Parathormon, calcium, phosphorus, and left ventricular structure and function in normotensive hemodialysis patients. Ren Fail 2001;23:1 15-126.

138. Jorde R, Sunds J, Haug B, Bonaa KH. Relation between low calcium intake, parathyroid hormone, and blood pressure. Hypertension

2000;35:1 154-1159.

139. Pfeifer M, Begerow B, Minne HW, Nachtigall D, Hansen C. Effects of a short-term vitamin D and calcium supplementation on blood pressure and

parathyroid hormone levels in elderly women. J Cli Endocrinol Metab

2001;86: 1633-1637.

140. Barbagallo M, Dominguez U, Licata G, Resnick LM. Effects of aging on serum ionized and cytosolic free calcium: Relation to hypertension and diabetes. Hypertension 1 999;34:902-906.

141. Brickman AS, Nyby MD, von Hungen K, Eggena P, Tuck ML. Calcitrophic hormones, platelet calcium, and blood pressure in essential hypertension. Hypertension 1 990;1 6:515-522.

142. Hvarflier A, Larsson R, Morlin C, Rastad J, Wide L, Akerstrom G, Ujunghall

S. Cytosolic free calcium in platelets: Relationships to blood pressure and indices of systemic calcium metabolism. JHypertens 1988;6:71-77.

143. Poch E, Fernandez-Llama P, Botey A, Gaya J, Darnell A, Rivera F, Revert L. Parathyroid hormone and platelet cytosolic calcium concentration in essential hypertension. Nephrol Dial Transplant 1995; 10:366-371.

144. Cooper RS. Intracellular cations and hypertension in blacks. Ethn Health

1996;1:137-144.

145. Zemel MB, Kraniak J, Standley PR, Sowers JR. Erythrocyte cation metabolism in salt-sensitive hypertensive blacks as affected by dietary sodium and calcium. Am JHypertens 1988;1:386-392.

146. van Hoofi IM, Grobbee DE, Frolich M, Pols HA, Hoflnan A. Alterations in calcium metabolism in young people at risk for primary hypertension. The Dutch Hypertension and Offspring Study. Hypertension 1993;21 :267-272.

147. Grobbee DE, van Hoofi EM, Hoflutan A. Calcium metabolism and familial risk of hypertension. Semin Nephrol 1995; 15:512-518.

148. Morris CD, Karanja N, McCarron DA. Dietary versus supplemental calcium to reduce blood pressure (abstract). Clin Res 1988;36:A139.

149. Lyle RM. Does baseline serum total calcium level influence the blood pressure response to calcium supplementation? A double-blind study. Neth J Med 1992;41:48-55.

150. Lyle RM, Melby CL, Hyner GC, Edmondson JW, Miller JZ, Weinberger MR. Blood pressure and metabolic effects of calcium supplementation in normotensive white and black men. JA1vIA 1987;257:l772-1776.

151. Belizan JM, Villar J, Pineda 0, Gonzales AR, Sainz E, Garrera G, Sibrian R. Reduction of blood pressure with calcium supplementation in young adults. JAMA 1983;249:116l-1l65.

152. Bierenbaum ML, Wolf E, Bisgeier G, Maginnis WP. Dietary calcium. A method of lowering blood pressure. Am JHypertens 1988; 1:1495-1525.

153. Petrov V, Lijnen P. Modification of intracellular calcium and plasma renin by dietary calcium in men. Am JHypertens 1999;12:1217-1224.

154. Van Beresteyn ECH, van Schaik M, Schaafsma G. Milk: Does it affect blood pressure? A controlled intervention study. J Med l990;228:477-482.

155. Pan W-H, Wang OX, Li L.A, Kao L-S, Yeh S No significant effect of calcium and vitamin D supplementation on blood pressure and calcium metabolism in elderly Chinese. Chin JPhysiol 1993 ;36:85-94.

156 Yamamoto ME, Applegate WB, flag MJ, Borhani NO, Cohen JD, Kirchner KA, Lakatos E, Sacks FM, Taylor JO, Hennekens CH. Lack of blood

pressure effect with calcium and magnesium supplementation in adults with high-normal blood pressure. Results from Phase I of the Trials of Hypertension Prevention (TOHP). Trials of Hypertension Prevention (TOHP) Collaborative Research Group. Ann Epidemio 1995;5:96-107.

157. Vinson JA, Mazur T, Bose P. Comparisons of different forms of calcium on blood pressure of normotensive young males. Nuir Reports Intern

1987;36:497-505.

158. Kawano Y, Yoshimi H, Matsuoka H, Takishita 5, Omae T. Calcium supplementation in patients with essential hypertension: Assessment by office, home and ambulatory blood pressure. JHypertens 1998; 16:1693- 1699.

159. Takagi Y, Fukase M, Takata 5, Fujimi T, Fujita T. Calcium treatment of essential hypertension in elderly patients evaluated by 24 H monitoring. Am J Hypertens 1991;4:836-839.

160. Lijnen P, Petrov V. Dietary calcium, blood pressure and cell membrane cation transport systems in men. JHypertens 1995;13:875-882.

161. McCarron DA, Morris CD. Blood pressure response to oral calcium in persons with mild to moderate hypertension. Ann Intern Med 1985;103:825-

831.

162. Zhou C, Fan 5, Zhou L, Ni Y, Huang T, SM Y. Clinical observation of treatment of hypertension with calcium. Am JHypertens l994;7:363-367.

163. Saito K, Sano H, Furutá Y, Fukuzaki H. Effect of oral calcium on blood pressure response in salt-loaded borderline hypertensive patients. Hypertension 1989; 13:219-226.

164. Lasaridis AN, Kaisis CN, Zananiri KI, Syrganis CD, Tourkantonis AA. Oral calcium supplementation promotes renal sodium excretion in essential hypertension. JHypertens 1987;5:5307-S309.

165. Lull FC, AronoffGR, Sloan RS, Fineberg NS, Weinberger MR. Short-term augmented calcium intake has no effect on sodium homeostasis. Gun Pharmacol Ther 1986;39:4l4-4l9.

166. Strazzullo P, Siani A, Guglielmi 5, Di Carlo A, Galletti F, Cirillo M, Mancini

M. Controlled trial of long-term oral calcium supplementation in essential hypertension. Hypertension 1 986;8: 1084-1088.

167. Margetts BM, Beilin LI, Vandongen R, Armstrong BK. Vegetarian diet in mild hypertension: A randomised controlled trial. Br Med J 1 986;293:1468- 1471.

168. Johnson NE, Smith EL, Freudenheim JL. Effects on blood pressure of calcium supplementation of women. Am J C Nutr 1985;42:l2-17.

169. Resnick LM, DiFabio B, Marion R, James GD, Laragh JR Dietary calcium modifies the pressor effects of dietary salt intake in essential hypertension. J Hypertens 1 986;4(Suppl.6):5679-S68 1.

170. Grobbee DE, Hoflnan A. Effect of calcium supplementation on diastolic blood pressure in young people with mild hypertension, Lancet 1986;ii:703-

707.

171. Petersen LI, Rudnicki M, Hoj sted J. Long-term oral calcium supplementation reduces diastolic blood pressure in end stage renal disease. A

randomized, double-blind, placebo controlled study. mt JArtjf Organs

1994; 17:37-40.

172. Weinberger MB, Wagner UL, Fineberg NS. The blood pressure effects of calcium supplementation in humans of known sodium responsiveness. Am J Hypertens 1993;6:799-805.

173. Orwoll ES, Oviatt S. Relationship of mineral metabolism and long-term calcium and cholecalciferol supplementation to blood pressure in normotensive men. Am J Cli Nutr 1990;52:717-721.

174. Whelton PK, Kumanyika 5K, Cook NR, Cutler JA, Borhani NO, Hennekens

CH, Kuller LH, Langford H, Jones DW, Satterfield 5, Lasser NL, Cohen JD.

Efficacy of nonpharmacologic interventions in adults with high-normal blood

pressure: Results from phase 1 of the Trials of Hypertension Prevention.

Trials of Hypertension Prevention Collaborative Research Group. Am J Clin

Nutr 1 997;65:6525-660S.

**BINDER #13**

175. The Trials of Hypertension Prevention Collaborative Research Group. The effects of nonpharmacologic interventions on blood pressure of persons with high normal levels. Results of the Trials of Hypertension Prevention, Phase I.

JAIvIA 1992;267:1213-1220.

176. Sunderrajan 5, Bauer JH. Oral calcium supplementation does not alter blood pressure or vascular response in normotensive men (abstract). Circulation

l984;70:II-30.

177. Rouse IL, Beilin U, Mahoney DP, Margetts BM, Armstrong BK, Record SJ, Vandongen R, Barden A. Nutrient intake, blood pressure, serum and urinary prostaglandins and serum thromboxane B2 in a controlled trial with a lacto ovo-vegetarian diet. JHypertens l986;4:241-250.

178. Van Beresteyn ECH, Schaafsma G, de Waard H. Oral calcium and blood pressure: A controlled intervention trial. Am JClin Nutr 1986;44:883-888.

179. Cappuccio EP, Markandu ND, Beynon GW, Shore AC, MacGregor GA. Effect of increasing calcium intake on urinary sodium excretion in normotensive subjects. Cli Sci 1986;71:453-456.

180. Thomsen K, Nilas L, Christensen C. Dietary calcium intake and blood pressure in normotensive subjects. Acta Scand Med 1987;222:51-56.

181. Nowson C, Morgan T. Effect of calcium carbonate on blood pressure in normotensive and hypertensive people. Hypertension 1989; 13:630-639.

182. Bostick RM, Fosdick U, Grandits GA, Grambsch P, Gross M, Louis TA. Effect of calcium supplementation on serum cholesterol and blood pressure. A randomized, double-blind, placebo-controlled, clinical trial. Arch Fam Med

2000;9:31-39.

183. Meese RB, Gonzales DG, Casparian JM, Ram CVS, Pak CM, Kaplan NM. The inconsistent effects of calcium supplements upon blood pressure in primary hypertension. Am JMed Sci 1 987;294:2l 9-224.

184. Jespersen B, Brock A, Pedersen EB. Lack of effect of calcium carbonate supplementation on 24h blood pressure, angiotensin II reactivity and PTH( 1- 84) in essential hypertension. JHum Hypertens 1993;7:103-104.

185. Zoccali C, Mallamaci F, Delfino D, Cicarelli M, Parlongo 5, lellamo D, Moscato D, Maggiore Q. Double-blind randomized, crossover trial of

calcium supplementation in essential hypertension. JHypertens 198 8;6 :451 -

455.

186. Zoccali C, Mallamaci F, Delfino D, Cicarelli M, Parlongo 5, lellamo D, Moicato D, Maggiore Q. Long-term oral calcium supplementation in essential hypertension: A double-blind, randomized, crossover study. J Hypertens 1986;4:S676-S678.

187. Siani A, Strazzullo P, Guglielmi 5, Mancini M. Clinical studies of the effects of different oral calcium intakes in essential hypertension. JHypertens 1987;5(Suppl.5):S31 1-S313.

188 Siani A, Strazzullo P, Guglielmi 5, Pacioni D, Giacco A, Jacone R, Mancini

M. Controlled trial of low calcium versus high calcium intake in mild hypertension. JHypertens I 988;6:253-256.

189. Grobbee DE, Waal-Manning HJ. The role of calcium supplementation in the treatment of hypertension. Current evidence. Drugs l990;39:7-18.

190. Waal-Manning HJ, McMab M, Paulin JM, Simpson FO. Dietary interventions in treated hypertension (abstract). New ZMed J 1987; 100:252.

191. Tanji JL, Lew EY, Wong GY, Treguboff C, Ward JA, Amsterdam BA. Dietary calcium supplementation as a treatment for mild hypertension. JAm Board Fa Pract 1991;4:145-150.

192. Bloomfield a, Young LD, Zurek G, Felts JH, Straw MX. Effects of oral calcium carbonate on blood pressure in subjects with mildly elevated arterial pressure. JHypertens I 986;4(Suppl. 5):535 l-S354.

193. Cappuccio FP, Markandu ND, Singer DP Smith SJ, Shore AC, MacGregor GA. Does oral calcium supplementation lower high blood pressure? A double-blind study. JHypertens 1987;5:67-71.

194. Galloe AM, Graudal N, Moller J, Bro H, Jorgensen M, Christensen HR. Effect of oral calcium supplementation on blood pressure in patients with previously untreated hypertension: A randomised, double-blind, placebo- controlled, crossover study. J Hum Hypertens 1993 ;7:43-45.

195. Kynast-Gales SA, Massey LK. Effects of dietary calcium from dairy products on ambulatory blood pressure in hypertensive men. JAm Diet Assoc

1992;92:1497-l501.

196. Sacks FM, Brown LB, Appel L, Borhani NO, Evans D, Whelton P. Combinations of potassium, calcium, and magnesium supplements in hypertension. Hypertension 1995;26:950-956.

197. Jorde R, Szumlas K, Haug B, Sundsfjord J. The effects of calcium supplementation to patients with primary hyperparathyroidism and a low calcium intake. Fur JNutr 2002;41:258-263.

198. Zoccali C, Mallamaci F, Delfino D, Parlongo 5, lellamo D, Moscato D, Maggiore Q. Does calcium have a dual effect on arterial pressure? Response to 1,25 dihydroxy vitamin D and calcium supplements in essential hypertension. JHypertens I 987;5(Suppl.5):S267-5269.

199. Ascherio A, Rimm EB, Giovannucci EL, Colditz GA, Rosner B, Willett WC, Sacks F, Stampfer MJ. A prospective study of nutritional factors and hypertension among US men. Circulation 1 992;86: 1475-1484

200. Reed D, McGee D, Yano K, Hanldn J. Diet, blood pressure and multicollinearity. Hypertension 1 985;7:405-41 0.

201. McGarvey ST, Zinner SH, Willett WC, Rosner B. Maternal prenatal dietary potassium, calcium, magnesium and infant blood pressure. Hypertension

1991; 17:218-224.

202. Dwyer Jill, Li L, Dwyer KM, Curtin LR, Feinleib M. Dietary calcium, alcohol, and incidence of treated hypertension in the NHANES I epidemiologic follow-up study. Am JEpidemiol 1996;144:828-838.

203. Witteman JCM, Willett WC, Stampfer MJ, Colditz GA, Sacks FM, Speizer FE, Rosner B, Hennekens CH. A prospective study of nutritional factors and hypertension among US women. Circulation l989;80:1320-1327.

204. Hajjar IM, Grim CE, George V, Kotchen TA. Impact of diet on blood pressure arid age-related changes in blood pressure in the US population. Analysis of NHANES ifi. Arch Intern Med 2001;161:589-593.

205. Zhang HY, Liu K, Shekelle R, Dyer A, Stamler J. The impact of calcium intake on incidence of elevated blood pressure (abstract). Am JEpidemiol

1988;l28:916-917.

206. Nichaman M, Skekelle R, Paul 0. Diet, alcohol and blood pressure in the Western Electric Study (abstract). Am JEpidemiol 1984;120:469-470.

207. Kromhout 5, Bosschieter EB, Coulander CDL. Potassium, calcium, alcohol intake and blood pressure: The Zutphen Study. Am J G Nufr l985;4l:

208. Ascherio A, Heimekens C, Willett WC, Sacks F, Rosner B, Manson J,

Witteman J, Stampfer MJ. Prospective study of nutritional factors, blood

pressure, and hypertension among US women. Hypertension l996;27: 1065-

1072.

209. Van Beresteijn EC, Riedstra M, van der Wel A, Schouten EG, Burema J, Kok FJ. Habitual dietary calcium intake and blood pressure change around the menopause: A longitudinal study. IntJEpidemiol 1992;2l:683-689.

210. Stamler J, Liu K, Ruth U, Pryer J, Greenland P. Eight-year blood pressure change in middle-aged men. Relationship to multiple nutrients. Hypertension

2002;39:l000-1006.

211. Hung J-S, Huang T-Y, Wu D, Yen M-F, Tsai S-H, Dahl HP, Neaton J, Dahl JC. The impact of dietary sodium, potassium and calcium on blood pressure. JFormosan Med Assoc 1990;89:l7-22.

212. Hamet P Daignault-Gelinas M, Lambert J, Ledoux M, Whissell-Cambiotti L, Bellavance F, Mongeau E. Epidemiological evidence of an interaction between calcium and sodium intake impacting on blood pressure. A Montreal Study. Am JHypertens 1 992;5 :378-385.

213. Harlan WR Landis JIR, Schmouder RL, Goldstein NG, Harlan LC. Blood lead and blood pressure. JAMA 1985;253:530-534.

214. Schroder H, Schmelz E, Marrugat J. Relationship between diet and blood pressure in a representative Mediterranean population. Eur JNutr

2002;4l :161-167.

215. Kok F Yandenbroucke IF, van der Heide-Wessel C, van der Heide RM. Dietary sodium, calcium, potassium and blood pressure. Am JEpidemiol

1986;123: 1043-1048.

216. Ackley 5, Barrett-Conner E, Suarez L. Dairy products, calcium and blood pressure. Am J Gun Nutr 1983;38:457-461.

217. Hamet P, Mongeau B, Lambert I, Bellavance F, Daignault-Gelinas M, Ledoux M, Whissell-Cambiotti L. Interactions among calcium, sodium, and alcohol intake as determinants of blood pressure. Hypertension 1991; 17:1150-1154.

218. Jorde R, Bonaa KH. Calcium from dairy products, vitamin D intake, and blood pressure: The Tromso Study. Am JClin Nutr 2000;71:l530-1535.

219. Freudenheim IL, Russell M, Trevisan M, Doemland M. Calcium intake and blood pressure in blacks and whites. Ethn Dis 1991 ;1 :114-122.

220. Thou B-F, Wu X-G, Tao S-Q, Yang J, Cao T-X, Zheng R-P, Tian X-Z, Lu C Q, Miao H-Y, Ye F-M, Zhu L-G, Zhu C, Jiang J-P, He H-Q, Ma F, Du F-C, Wang B. Dietary patterns in 10 groups and the relationship with blood pressure. Chin Med J 1989; 102:257-261.

221. Gruchow HW, Sobocinski KA, Barboriak JJ. Alcohol, nutrient intake and hypertension in US adults. JAMA 1 985;253:1567-1570.

222. Harlan WR, Hull AL, Schmouder RL, Landis JR, Larkin FA, Thompson FE. High blood pressure in older Americans. The First National Health and Nutrition Examination Survey. Hypertension 1984;6:802-809.

223. Harlan WR, Hull AL, Schmouder RL, Landis JR, Thompson FE, Larkin FA. Blood pressure and nuthtion in adults. The National Health and Nutrition Examination Survey, Am JEpidemiol 1984;l20:17-28.

224. Kesteloot H, Joossens N. Relationship of dietary sodium, potassium, calcium, and magnesium with blood pressure. Belgian Interuniversity Research on Nutrition and Health. Hypertension 1988;12:594-599.

225. Kesteloot H, Joossens N. The relationship between dietary intake and urinary excretion of sodium, potassium, calcium and magnesium: Belgian Interuniversity Research on Nutrition and Health. JHum Hypertens

1990;4:527-533.

226. Morikawa Y, Nakagawa H, Okayama A, Mikawa K, Sakata K, Miura K, Ishizaki M, Yoshita K, Naruse Y, Kagamimori 5, Hashimoto T, Ueshima H. A cross-sectional study on association of calcium intake with blood pressure in Japanese population. JHum Hypertens 2002; 16:105-110.

227. Sempos C, Cooper R, Kovar MG, Johnson C, Drizd T, Yetley B. Dietary calcium and blood pressure in National Health and Nutrition Examination Surveys land II. Hypertension 1986;8:l067-1074.

228. Kwok TC, Chan TY, Woo I. Relationship of urinary sodiumlpotassium excretion and calcium intake to blood pressure and prevalence of hypertension among older Chinese vegetarians. EurJClin Nutr 2003;57:299-304.

229. Steyn K, Jooste PL, Fourie JM, Parry CDH, Zrossouw TB. Hypertension in the coloured population of the Cape Peninsula. SAfr Med J 1 986;69: 165-169.

230. MacDonald MB, Sawatzky YE, Wilson TW, Laing GP. Predicting success in antihypertensive drug therapy: The importanoe of non-drug variables. Can J Gardiol 1 990;7: 19-23.

231. Hajjar IM, Grim CE, Kotchen TA. Dietary calcium lowers the age-related rise in blood pressure in the United States: The NHANES ifi survey. J C/in Hypertens 2003;5: 122-126.

232. He J, Tell US, Tang Y-C, Mo P-S, He G-Q. Relation of electrolytes to blood pressure in men: The Yi People Study. Hypertension 1991;17:378-385.

233. Garcia-Palmieri MR, Costas R Jr, Cruz-Vidal M, Sorlie PD, Tillotson J, Havlik RI. Milk consumption, calcium intake and decreased hypertension in Puerto Rico. Puerto Rico Heart Health Program Study. Hypertension l984;6:322

234. Joffres MR, Reed DM, Yano K. Relationship of magnesium intake and other dietary factors to blood pressure: The Honolulu Heart Study. Am J C/in Nutr

1987;45:469-475.

235. Iso H, Terao A, Kitamura A, Sato 5, Naito Y, Kiyama M, Tanigaki M, lida M, Konishi M, Shimamoto T, et al. Calcium intake and blood pressure in seven Japanese populations. Am JEpidemiol 1991 ;l33:776-783.

236. Simon JA, Browner WS, Tao IL, Hulley SB. Calcium intake and blood pressure in elderly women, Am JEpidemiol 1992; 136:1241-1247.

237. Sowers M, Wallace RB, Lemke JET. The association of intakes of vitamin D and calcium with blood pressure among women. Am J Clin Nutr

1985;42:135-l42.

238. Connor SL Connor WE, Henry H, Sexton G, Keenan EJ. The effect of familial relationships, age, body weight and diet on blood pressure and the 24 hour urinary excretion of sodium, potassium and creatinine in men, women and children of randomly selected families. Circulation l984;70:76-85.

239. Hajj ar I, Kotchen T. Regional variations of blood pressure in the United States are associated with regional variations in dietary intakes: The NHANES-ffl data. JNutr 2003;l33:2l 1-214.

240. Feinleib M, Lenfant C, Miller SA. Hypertension and calcium (letter). Science

1984;226:384-386.

241. Gruchow HW, Sobocinski KA, Barboriak JJ. Calcium intake and the relationship of dietary sodium and potassium to blood pressure. Am JC Nutr l988;48:1463-l470.

242. Trevisan M, Krogh V, Farinaro E, Panico 5, Mancini M. Calcium-rich foods and blood pressure: Findings from the Italian National Research Council Study (The Nine Communities Study). Am JEpidemiol l988;127: 1155-1163.

243. Yang CY, Chiu HF. Calcium and magnesium in drinking water and the risk of death from hypertension. Am JHypertens 1999;l2:894-899.

244. Williams PT, Fortmann SP, Terry RB, Garay SC, Vranizan KM, Ellsworth N, Wood PD. Associations of dietary fat, regional adiposity and blood pressure in men. JAMA l987;257:325l-3256.

245. Elliott P, Fehily AM, Sweetnam PM, Yarnell JWG. Diet, alcohol, body mass and social factors in relation to blood pressure: The Caexphilly Heart Study. JEpidemiol Comm Health l987;4l :37-43.

246. Criqui MB, Langer PD, Reed DM. Dietary alcohol, calcium, and potassium. Independent and combined effects on blood pressure. Circulation

1989;80:609-614.

247. Schramm MM, Cauley JA, Sandier RB, Siemenda CW. Lack of an association between calcium intake and blood pressure in postmenopausal women. Am J Clin Nutr 1986;44:505-5 11.

248. Stanek KL, Fox HM. Blood pressure of elderly persons in relation to dietary practices, sodium preferences in foods and urinary sodium. JNutr Elderly

1988;7:3-15.

249. Lowik MRH, Hofinan Z, Kok FJ, Wedel M, HulshofKFAM, Odink J, Schaafsma G. Nutrition and blood pressure among elderly men and women (Dutch Nutrition Surveillance System). JAm CoIl Nutr l991;l0:l49-155.

250. Woo J, Ho SC, Donnan 5, Swaminathan R. Nutritional correlates of blood pressure in elderly Chinese. JHum Hypertens 1988; 1:287-291.

251. Stamler J, Caggiula A, Grandits GA. Relationships of dietary variables to blood pressure (BP): Findings of the Multiple Risk Factor Intervention Trial (MRFIT) (abstract). Circulation 1 992;85 :11-6.

252. McCarron DA, Morris CD, Henry HJ, Stanton ilL. Blood pressure and nutrient intake in the United States. Science 1984;224:1392-1398.

253. McCanon DA, Moths CD, Cole C. Dietary calcium in human hypertension. Science 1982;21 7:267-269.

254. Davis U, Grim C, Dwyer K, Nicholson L, Dwyer 3. The effects of calcium supplementation on ambulatory blood pressure in African-American adolescents. JNatI Med Assoc 1 996;88:774-778.

255. Gillman MW, Hood MY, Moore LL, Nguyen US, Singer MR. Effect of calcium supplementation on blood pressure in children. JPediatr

1995;127:186-192.

256. Gil MW, Oliveria SA, Moore LL, Ellison C. Inverse association of dietary calcium and systolic blood pressure in young children. JAMA

1 992;267:2340-2343.

257. Alpert 135, Murphy 1K, Stapleton FB, Biddle TB, Willey ES, Sexton JE. Calcium and blood pressure: A study of healthy adolescents (abstract). Circulation 1987;76:W-360.

258. Liebman M, Chopin LF, Carter B, Clark AJ, Disney GW, Hegsted M, Kenney MA, Kirmani ZA, Koonce KL, Korslund MX, Moak SW, McCoy H, Stallings SF, Wakefield T. Factors related to blood pressure in a biracial adolescent female population. Hypertension 1 986;8:843-850.

259. Langfórd HG, Watson RL. Electrolytes, environment and blood pressure. Cli Sci Mol Med 1973,45:llls-113s.

260. Jenner DA, English DR, Vandongen R, Beilin U, Armstrong BK, Miller MR, Dunbar D. Diet and blood pressure in 9-year-old Australian children. Am J Clin Nutr 1988;47:l052-l059.

261. Martell-Claros N, Fernandez-Pinilla C, de la Quadra F, Herrero B, Ruiz D, Femandez-Cruz A, Luque-Otero M. Calcium intake, calcium excretion and blood pressure in adolescents in the upper decile of the distribution: The Torrejon study. JHypertens 1 989;7(Suppl.):s256-s257.

262. Narayan 1CM, Hanson RL, Smith CJ, Nelson RG, Gyenizse SB, Pettitt DJ, Knowler WC. Dietary calcium and blood pressure in a Native American population. JAm Coil Nutr 1998; 17:59-64.

263. Tabuchi Y, Ogihara T, Hashizume K, Saito H, Kumahara Y. Hypothesive effect of long-term oral calcium supplementation in elderly patients with essential hypertension. JCiin Hypertens l986;3:254-262.

264. Zemel MB, Zemel PC, Bryg RI, Sowers JR. Dietary calcium induces regression of left ventricular hypertrophy in hypertensive non-insulin- dependent diabetic blacks. Am JHypertens 1990;3:458-463.

265. Levey WA, Manore MM, Vaughan LA, Carroll 55, VanHalderen L, Felicetta

J. Blood pressure responses of white men with hypertension to two low- sodium metabolic diets with different levels of dietary calcium. JAm Diet Assoc 1995;95:l280-l287.

266. Wimalawansa SJ. Antihypertensive effects of oral calcium supplementation may be mediated through the potent vasodilator CGRP. Am JHypertens

1993;6:996-1002.

267. Rich GM, McCullough M, Olmedo A, Malarick C, Moore TJ. Blood pressure and renal blood flow responses to dietary calcium and sodium intake in humans. Am JHypertens 199 l;4:642S-6455.

268. Dazai Y, Kohara K, Iwata T, Sumimoto T, Hiwada K. Cardiovascular effect of oral calcium supplementation: Echocardiographic study in patients with essential hypertension. Angioiogy 1996;47:273-280.

269, Dazai Y, Iwata T, Hiwada K. Augmentation of baroreceptor reflex function by oral calcium supplementation in essential hypertension. Clin Exp Pharmacol Physiol 1994;21 :173-178.

270. Grossman E, Vald A, Peleg E, Sela B, Rosenthal T. The effects of a combined low-sodium, high-potassium, high-calcium diet on blood pressure in patients with mild hypertension. JHum Hypertens 1997; 11:789-794.

271. Suter PM, Sierro C, Vetter W. Nutritional factors in the control of blood pressure and hypertension. Nutr G Care 2002;5:9-19.

**BINDER #14**

272. Garcia-Zozaya JL. Nutritional factors in high blood pressure. JHum Hypertens 2000; l4(Supp 1 ):Sl 00-S 104.

273. McCarron DA. Calcium metabolism in hypertension. Kelo JMed l995;44:105-114.

274. Kristal-Boneh E, Green MS. Dietary calcium and blood pressure — A critical review of the literature. Public Health Rev l990/l99l;18:267-300.

275. Moths CD, Reusser ME. Calcium intake and blood pressure: Epidemiology revisited. Semin Nephroi 1995 ;l 5:490-495.

276. Young EW, Bukoski RD, McCarron DA. Calcium metabolism in experimental hypertension. Proc Soc Exp Bioi Med 1988;l87:123-141.

277. Geleijnse JM, Grobbee DE. Calcium intake and blood pressure: An update. J Cardiovasc Risk 2000;7:23-29.

278. McCarron DA, Reusser MB. Finding consensus in the dietary calcium-blood pressure debate. JAm Coil Nutr 1999; 1 8(Suppl.):398S-405S.

279. Sowers JR, Zemel MB, Zemel PC, Standley PR. Calcium metabolism and dietary calcium in salt sensitive hypertension. Am JHypertens 199 l;4:557-

563.

280. Sowers JR, Zemel MB, Standley PR, Zemel PC. Calcium and hypertension. JLab G Med l989;114:338-348.

281. Stein PP, Black HR. The role of diet in the genesis and treatment of hypertension. Med C North Am 1993;77:831-847.

282. McCarron DA. Calcium metabolism and hypertension. Kidney mt

1989;35:717-736.

283. McCarron DA. Role of adequate dietary calcium intake in the prevention and management of salt-sensitive hypertension. Am J Gin Nutr 1997;65 :712S- 7165.

284. McCarron DA, Moths CD. The calcium deficiency hypothesis of hypertension. Ann Intern Med 1987;107:9l9-922.

285. Cappuccio FP, Siani A, Strazzullo P. Oral calcium supplementation and blood pressure: An overview of randomized controlled trials. JHypertens

l989;7:94

286. Allender PS, Cutler JA, Follmann D, Cappuccio FP, Pryer J, Elliott P. Dietary calcium and blood pressure: A meta-analysis of randomized clinical trials. Ann Intern Med 1996;124:825-831.

287. Bucher HC, Cook RI, Guyatt GH, Lang JD, Cook DJ, Hatala R, Hunt DL. Effects of dietary calcium supplementation on blood pressure. A meta analysis of randomized controlled trials. JAMA 1996;275:l016-1022.

288. Birkett NJ. Comments on a meta-analysis of the relation between dietary calcium intake and blood pressure. Am JEpidemiol 1998;l48:223-228.

289. Griffith LE, Guyatt GH, Cook RI, Bucher HC, Cook DJ. The influence of dietary and nondietary calcium supplementation on blood pressure: An updated metaanalysis of randomized controlled trials. Am JHypertens l999;l2:84-92.

290. Anonymous. The Sixth Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blod Pressure (JCNVfl. Arch Intern Med l997;l57:24l3-2446.

291. Anonymous. The role of calcium in pen- and postrnenopausal women:

Consensus opinion of The North American Menopause Society. Menopause

200l;8:84-95.

292. Bendich A. Micronutrients in women's health and immune function. Nutrition 2001 ;17:858-867.

293. Saudan PJ, Shaw L, Brown MA. Urinary calcium/creatinine ratio as a predictor of preeclampsia. Am JHypertens 1998; 11:839-843.

294. Barrilleaux PS, Martin Jr IN. Hypertension therapy during pregnancy. Gun Obstet Gynecol 2002;45:22-34.

295. Hauth JC, Ewell MG, Levine R Esterlitz JR, Sibai B, Curet LB, Catalano PM, Moths CD. Pregnancy outcomes in healthy nulliparas who developed hypertension. Calcium for Preeclampsia Prevention Study Group. Obstet Gynecol 2000;95:24-28.

296. Anonymous. Calcium supplementation prevents hypertensive disorders of pregnancy, Nutr Rev 1 992;50:233-236.

297. Chappell LC, Seed PT, Briley AL, Kelly FJ, Lee R, Hunt BJ, Parmar K, Bewley 3, Shennan AH, Steer P3, Poston L. Effects of antioxidants on the occurrence of pre-eclampsia in women at increased risk: A randomized trial. Lancet 1999;254:810-8l6.

298. DerSimonian R, Levine RL. Resolving discrepancies between a meta analysis and a subsequent large controlled trial. JAMA 1999;282:664-670.

299. Levine RJ, Hauth JC, Curet LB, Sibai BM, Catalano PM, Moths CD, DerSimonian R, Esterlitz JR, Raymond EG, Bud DE, Clemens ID, Cutler IA. Trial of calcium to prevent preeclampsia. NEngi JMed 1997;337:69-76.

300. August P. Preeclainpsia: New thoughts on an ancient problem. J Clin Hypertens 2000;2:1 15-123.

301. Regan CL, Levine RJ, Baird DD, Ewell MG, Martz KL, Sibai BM, Rokach I, Lawson IA, Fitzgerald GA. No evidence for lipid peroxidation in severe preeclampsia. Am J Obstet Gynecol 2001; 185:572-578.

302. Roberts IM, Redman CWG. Pre-eclampsia: More than pregnancy-induced hypertension. Lancet 1993 ;34 1:1447-1451.

303. Winn HN, Todd HM, Amon E, al-Malt A, Molnar M, Hertelendy F. Effects of serum from preeclamptic women on prostacyclin production by human endothelial cells. JMatern Fetal Med 1997;6:249-253.

304. Lopez-Jaramillo P, Teran E, Moncada S. Calcium supplementation prevents pregnancy-induced hypertension by increasing the production of vascular nitric oxide, Med Hypotheses 1995 ;45:68-72.

305. Borghi C, Esposti DD, Cassani A, hnmordino V, Bovicelli L, Ambrosioni E. The treatment of hypertension in pregnancy. JHypertens 2002;20(Suppl. 2):S52-

306. Hojo M, August P. Calcium metabolism in normal and hypertensive pregnancy. Semin Nephrol 1995; 15:504-511.

307. Lalau JD, Jans I, el Esper N, Bouillon R, Fournier A. Calcium metabolism, plasma parathymid hormone, and calcitriol in transient hypertension of pregnancy. Am JHypertens 1993;6:522-527.

308. Sanchez-Ramos L, Sandroni 5, Andres F Kaunitz AM. Calcium excretion in preeclampsia. Obstet Gynecol 1991 ;77:5 10-513.

309. Ritchie LD, King JC. Dietary calcium and pregnancy-induced hypertension:

Is there a relation? Am J G Nutr 2000;7l(Suppl.):1371S-1374S.

310. Sowers JR, Standley PR, Jacober 5, Niyogi T, Simpson L. Postpartum abnormalities of carbohydrate and cellular calcium metabolism in pregnancy induced hypertension. Am JHypertens 1993;6:302-307.

311. Ortega RM, Martinez RM, Lopez-Sobaler AM, Andres P, Quintas ME. Influence of calcium intake on gestational hypertension. Ann Nutr Metab

1999;43:37-46.

312. Marcoux 5, Brisson I, Fabia J. Calcium intake from dairy products and supplements and the risks of preeclampsia and gestational hypertension. Am J Epidemiol 199l;133:1266-1272.

313. Izumi A, Minakami H, Kuwata T, Sato I. Calcium-to-creatinine ratio in spot urine samples in early pregnancy and its relation to the development of preeclampsia. Metabolism 1 997;46: 1107-1108.

314. Kisters K, Barenbrock M, Louwen F, Hausberg M, Rahn KH, Kosch M. Membrane, intracellular, and plasma magnesium and calcium concentrations in preeclampsia. Am JHypertens 2000;13:765-769.

315. Malas NO, Shurideh ZM. Does serum calcium in pre-eclampsia and normal pregnancy differ? Saudi Med J 2001 ;22:868-871.

316. Lopez-Jaramillo P. Prevention of preeclampsia with calcium supplementation and its relation with the L-argim .nitric oxide pathway. Braz JMed Bk Res 199&,29:73 1-741.

317. Lopez-Jaramillo P. Calcium, nitric oxide, and preeclampsia. Semin Perinatol

2000;24:33-36.

318. Lopez-Jaramillo P, Narvaez M, Felix C, Lopez A. Dietary calcium supplementation and prevention of pregnancy hypertension. Lancet

1990;335:293.

319. Lopez-Jaramillo P, Narvaez M, Weigel RM, Yepez R. Calcium supplementation reduces the risk of pregnancy-induced hypertension in an Andes population. Br J Obstet Gynaeco 1 989;96:648-655.

320. Cong K.J, Chi SL, Liu CR. Calcium and pregnancy induced hypertension. Chin J Obstet Gynecol 1 993;28:657-659.

321. Purwar M, Kulkarni H, Motghare V, Dhole S. Calcium supplementation and prevention of pregnancy induced hypertension. J Obstet Gynaecol Res

I 996;22:425-430.

322. Montanaro D, Boscutti U, Mioni U, Driul P, Tosolini G. Calcium supplementation decreases the incidence of pregnancy-induced hypertension (PII and pre-eclampsia. World Congress of Hypertension in Pregnancy, Perugia, Italy, 1990, abstract 91; cited in ref. #917.

323. Sanchez-Ramos L, Briones DK, Kaunitz AM, Delvalle GO, Gaudier FL, Walker CD. Prevention of pregnancy-induced hypertension by calcium supplementation in angiotensin 11-sensitive patients. Obstet Gynecol

1994;84:349-353.

324. Belizan JM, Villar J, Gonzalez L, Campodonico L, Bergel E. Calcium supplementation to prevent hypertensive disorders of pregnancy. N Engi J Med 1991;325:l399-1405.

325. Tomoda 5, Kitanaka T, Ogita 5, Hidaka A. Prevention of pregnancy-induced hypertension by calcium dietary supplement: A preliminary report. J Obstet Gynaecol l995;21:281-288.

326. Yabes-Almirante C. Calcium supplementation in pregnancy to prevent pregnancy induced hypertension (PH). JPerinat Med 1998;26:347-353.

327. Marya RK, Rathee 5, Manrow M. Effect of calcium and vitamin D supplementation on toxaemia of pregnancy. Gynecol Obstet Invest

l987;24:38-42.

328. Knight KB, Keith RE. Calcium supplementation on normotensive and hypertensive pregnant women. Am JClin Nutr 1992;55:891-895.

329. Villar J, Repke J, Belizan JM, Pareja U. Calcium supplementation reduces blood pressure during pregnancy: Results of a randomized controlled clinical trial. Obstet Gnecol l987;70:3l7-322,

330. Belizan JM, Villar J, Zalazar A, Rojas L, Chan D, Bryce GF. Preliminary evidence of the effect of calcium supplementtaion on blood pressure in niormal pregnant women. Ant J Obstet Gynecol 1983;l46: 175-180.

331. Crowther CA, Hiller JIB, Pridmore B, Bryce R, Duggan P, Hague WM, Robinson JS. Calcium supplementation in nulliparous women for the prevention of pregnancy-induced hypertension, preeclampsia and preterm birth: An Australian randomized trial. FRACOG and the ACT Study Group. Aust NZJObstet Gynaeco 1999;39:l2-l8.

332; Villar J, Repke J. Calcium supplementation during pregnancy may reduce preterm delivery in high-risk populations. Am J Obstet Gynecol 1990;l63:ll24-1131.

333. Niromanesh S Laghaii 5, Mosavi-Jarrahi A. Supplementary calcium in prevention of pre-eclampsia, IntJGynaecol Obstet 200l;74:l7-2l.

334. Rogers MS, Fung 1W, Hung CY. Calcium and low-dose aspirin prophylaxis in women at high risk of pregnancy-induced hypertension. Hypertens Pregnancy 1999;l8:l65-172.

335. Herrera JA, Arevalo-Herrera M, Herrera S. Prevention of preeclampsia by linoleic acid and calcium supplementation: A randomized controlled trial. Obstet Gynecol 1998;9l:585-590.

336. Kesmodel U, Olsen SF, Salvig 3D. Marine n-3 fatty acid and calcium intake in relation to pregnancy induced hypertension, intrauterine growth retardation, and preterm delivery. A case-control study. Acta Obstet Gynecol Scand

l997;76:38-44.

337. Sibai BM, Ewell M, Levine RI, Klebanoff MA, Bsterlitz J, Catalano PM, Goldenberg RL, Joffe G. Risk factors associated with preeclampsia in healthy nulliparous women. The Calcium for Preeclampsia Prevention (CPEP) Study Group. Am J Obstet Gynecol 1997; 177:1003-1010.

338. van den Elzen HJ, WladimiroffJW, Overbeek TB, Morris CD, Grobbee DE. Calcium metabolism, calcium supplementation and hypertensive disorders of pregnancy. Eur J Obstet Gynecol Reprod Blot 1 995;59:5-l 6.

339. Bucher HC, Guyatt GH, Cook RI, Hatala R, Cook DJ, Lang JD, Hunt D. Effect of calcium supplementation on pregnancy-induced hypertension and preeclampsia: A meta-analysis of randomized controlled trials. JAMA 1996;275:1

340. Villar J, Belizan 3M. Same nutrient, different hypotheses: Disparities in trials of calcium supplementation during pregnancy. Am J Gun Nutr 2000;7

341. Carroli G, Duley L, Belizan JM, Villar J. Calcium supplementation during pregnancy: A systematic review of randomised controlled trials. Br J Obstet Gynaecol 1994;lOl:753-758.

342. Villar J, Merialdi M, Gulmezoglu AM, Abalos B, Carroli 0, Kulier R, de Onis

M. Nutritional interventions during pregnancy for the prevention or treatment of maternal morbidity and preterm delivery: An overview of randomized controlled trials. JNutr 2003; 133(Suppl 2): 1606S-1625S.

343. Hofineyr GJ, Roodt A, Atallah AN, Duley L. Calcium supplementation to prevent pre-eclampsia - A systematic review. S Afr Med J 2003;93 :224-228.

344. Hofineyr GJ, Atallah AN, Duley L. Calcium supplementation during pregnancy for preventing hypertensive disorders and related problems (Cochrane Review). Cochrane Database Syst Rev 2000;(2):CD001059.

345. Heaney RP, Dowell SD, Biennan J, Hale CA, Bendich A. Absorbability and cost effectiveness in calcium supplementation. JAm Coil Nutr200l;20:239-

246.

346. Martini L, Wood RI. Relative bioavailability of calcium-rich dietary sources in the elderly. Am J Cli Nutr 2002;76: 1345-1350.

347. Recker RR. Calcium absorption and achiorhydria. NEnglJMed

1985;313:70-73.

348. Institute of Medicine. Summary. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, summary.

349. Institute of Medicine. Uses of dietary reference intakes. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IX.

350. Food and Drug Admin istration. Food labeling; health claims; calcium and osteoporosis. Proposed Rule. Fed Reg 1991;56:60689-.

351. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Final Rule. FedReg 1993;58:2665-2677.

352. Malberti F, Surian M, Poggio F, Minoia C, Salvadeo A. Efficacy and safety of long-term treatment with calcium carbonate as a phosphate binder. Am J Kidney Dis 1988;12:487-491.

353. Moriniere P, Hocine C, Boudailliez B, Belbrik 5, Renaud H, Westeel PF, Solal MC, Fournier A. Long-term efficacy and safety of oral calcium as compared to A1(OH) as phosphate binders. Kidney Intl 989;36(Suppl. 27):Sl33-

354. Tsukamoto Y, Moriya R, Nagaba Y, Morishita T, Izumida I, Okubo M. Effect of administering calcium carbonate to treat secondary hyperparathyroidism in nondialyzed patients with chronic renal failure. Am J Kidney Dis 1995;25:879-886.

355. Nolan CR, Qunibi WY. Calcium salts in the treatment of hyperphosphatemia in hemodialysis patients. Curr Opin Nephrol Hypertens 2003;12:373-379.

356. Clark AGB, Oner A, Ward G, Turner C, Rigden SPA, Haycock GB, Chantler

C. Safety and efficacy of calcium carbonate in children with chronic renal failure. Nephrol Dial Transplant 1989;4:539-544.

357. Orwoll ES. The milk-aikali syndrome: Current concepts. Ann Intern Med

1982;97:242-248.

358. Adams ND, Gray RW, Lemann J Jr. The effects of oral CaCO loading and

dietary calcium deprivation on plasma 1 ,25-dihydroxyvitamin D

concentrations in healthy adults. J Clii Endocrinol Metab 1 979;48: 1008-

1016.

359. Heaney RP, Recker RR. Calcium supplements: Anion effects. Bone Miner l987;2:433-439.

360. Lagman R, Walsh D. Dangerous nutrition? Calcium, vitamin D, and shark cartilage nutritional supplements and cancer-related hypercalcemia. Support Care Cancer 2003;1 1:232-235.

361. Burtis WJ, Gay L, Insogna K.L, Bilison A, Broadus AR Dietary

• hypercalciuria in patients with calcium oxalate kidney stones. Am J Gun Nutr

1 994;60:424-429.

**BINDER #15**

1. Bronner F. Intestinal calcium absorption: Mechanisms and applications. J Nutr 1987;117:1347-1352.

2. Peng YB, Chen XZ, Berger TJV, Vassilev PM, Tsukaguchi H, Brown EM, Hediger MA. Molecular cloning and characterization of a channel-like transporter mediating intestinal calcium absorption. J Biol C

1 999;274:22739-22746.

3. Zhuang L, Peng TB, Tou L, Takanaga H, Adam RM, Hediger MA, Freeman MR. Calcium-selective ion channel, CaT 1, is apically localized in gastrointestinal tract epithelia and is aberrantly expressed in human malignancies. Lab Invest 2002;82: 1755-1764.

4. Fleet JC, Wood RJ. Specific 1,25(OH) regulation of transcellular csalcium transport in Caco-2 cells. Am JPhysio

1999;276:G958-G964.

5. Barger-Lux MJ, Heaney RP, Recker RR. Time course of calcium absorption in humans: Evidence for a colonic component. Calc?f Tissue mt

1989;44:308-31l.

6. Cashman K. Prebiotics and calcium bioavailability. Curr Issues m Microbiol 2003;4:21-32.

7. Ireland P, Fordtran JS. Effect of dietary calcium and age on jejunal calcium absorption in humans studied by intestinal perfusion. J C Invest

1973 ;52:2672-268 1.

8. Gallagher JC, Riggs BL, DeLuca HF. Effect of estrogen on calcium absorption and serum vitamin D metabolites in postmenopausal osteoporosis. J Clin Endocrinol Metab 1980;5 1:1359-1364.

9. Heaney RP, Saville PD, Recker RR. Calcium absorption as a function of calcium intake. JLab din Med l975;85:881-890.

10. Heaney RP, Recker RR, Stegman MR, Moy AJ. Calcium absorption in women: Relationships to calcium intake, estrogen status, and age. .J Bone M Res 1989;4:469-475.

11. Heaney RP, Weaver CM, Fitzsimmons ML. Influence of calcium load on absorption fraction. JBone Mm Res l990;5:1 135-1138.

12. Abrams SA, Wen J, Stuff JE. Absorption of calcium, zinc and iron from breast milk by five-to seven-month-old infants. Pediatr Res 1996;39:384-390.

13, Heaney RP. Effect of calcium on skeletal development, bone loss, and risk of fractures. Am J Med. 1991 Nov 25;91(5B):23S-28S.

14. Bullamore JR, Wilkinson R, Gallagher JC, Nordin BEC, Marshall DH. Effects of age on calcium absorption. Lancet l970;ii:535-537.

15. Wolf RL, Cauley JA, Baker CE, Ferrell RE, Charron M, Caggiula AW, Salamone LM, Heaney RP, Kuller LH. Factors associated with calcium absorption efficiency in pre- and perimenopausal women. Am J C/in Nutr.

2000;72):466-47 1.

16. Pattanaungkul 5, Riggs BL, Yergey AL, Vieira NE, O'Fallon WM, Khosla S. Relationship of intestinal calcium absorption to 1 ,25-dihydroxyvitamin D [ ,25(OH) levels in young versus elderly women: Evidence for age-

related intestinal resistance to 1 ,25(OH) action. J Clin Endocrinol Metab 2000;85:4023-4027.

17. Abrams SA, Silber TJ, Esteban NV, Vieira NE, Stuff JE, Meyers R, Majd M, Yergey AL. Mineral balance and bone turnover in adolescents with anorexia nervosa. JPediatr 1993;123:326-331.

18. Abrams SA, O KO, Stuff JE. Changes in calcium kinetics associated with menarche. J Clin Endocrinol Metab I 996;8 1:2017-2020.

19. Farmer ME, White LR, Brody JA, Bailey KR. Race and sex differences in hip fracture incidence. Am JPublic Health 1984;74: 1374-1380.

20. Kellie SB, Brody JA. Sex-specific and race-specific hip fracture rates. Am J Pub Health 1990;80:326-328.

21. Dawson-Hughes B, Harris 5, Kramich C, Dallal G, Rasmussen HM. Calcium retention and hormone levels in black and white women on high- and low- calcium diets. JBone M Res 1993;8:779-787.

22. Drinkwater B, Bruemner B, Chestnut C. Menstrual history as a determinant of current bone density in young athletes. JAIvIA 1990;263:545-548.

23. Marcus R, Cairn C, Madvig P, MinkoffJ, Goddard M, Bayer M, Martin M, Gaudiani L, Haskell W, Genant H. Menstrual function and bone mass in elite women distance runners Endocrine and metabolic features. Ann Intern Med

1985; 102: 158-163.

24. Berkeffiammer CH, Wood RJ, Sitrin MD. Acetate and h)percalciuria during total parenteral nutrition. Am J Clin Nutr 1988;48:1482-1489.

25. Sebastian A, Harris ST, Ottaway .JIFT, Todd KM, Morris RC Jr. Improved mineral balance and skeletal metabolism in postmenopausal women treated with potassium bicarbonate. NEngI JMed 1 994;330: 1776-1781.

26. Bell NH, Yergey AL, Vieira NE, Oexmann MJ, Shary JR. Demonstration of a difference in urinary calcium, not calcium absorption, in black and white adolescents. JBoneMmnRes 1993;8:1111-lll

27. Spencer H, Kramer L, Lensiak M, DeBartolo M, Norris C, Osis D. Calcium requirements in humans. Report of original data and a review. Clin Orthop Related Res 1984; 184:270-280.

28. Jackman LA, Millane 55, Martin BR, Wood OB, McCabe GP, Peacock M, Weaver CM. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. Am JClin Nutr l997;66:327-333.

29. Institute of Medicine. Calcium. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IV.

30. Bendich A. Micronutrients in women's health and immune function. Nutrition 200l;l7:858-867.

31. Alvir IMJ, Thys-Jacobs S. Premenstrual and menstrual symptom clusters and response to calcium treatment. Psychopharmacol Bull 1991 ;27: 145-148.

32. Bendich A. The potential for dietary supplements to reduce premenstrual syndrome (PMS) symptoms. JAm Coil Nutr 2000;19:3-l2.

33. American College of Obstetrics and Gynecology. Premenstrual syndrome (ACOG Committee Opinion). IntJGynaecol Obstet l995;50:80.

34. Daugherty JE. Treatment strategies for premenstrual syndrome. Amer Earn Phys 1998;58:183-192.

35. Grady-Weliky TA. Clinical practice. Premenstrual dysphoric disorder. N Engi JMed 2003;348:433-438.

36. Ward MW, Holimon TD. Calcium treatment for premenstrual syndrome. Ann Pharmacother 1999;33:1356-1358.

37. OkeyR, Stewart JA, Greenwood ML. Studies of the metabolism of women.

IV. The calcium and inorganic phosphorus in the blood of normal women at the various stages of the monthly cycle. JBiolChern 1930;87:91.

38. Thys-Jacobs S. Micronutrients and the premenstrual syndrome: The case for calcium. JAm Coil Nutr 2000;19:220-227.

39. Facchinetti F, Borella P, Sances G, Fioroni L, Nappi RE, Genazzani AR. Oral magnesium successfully relieves premenstrual mood changes. Obstet Gynecol 199l;78:177-181.

40. Thys-Jacobs S. Vitamin D and calcium in menstrual migraine. Headache

1994;34:544-546.

41. Thys-Jacobs 5, Ceccarelli S, Bierman A, Weisman H, Cohen MA, Alvir J. Calcium supplementation in premenstrual syndrome: A randomized crossover trial. JGen Intern Med 1989;4:183-189.

42. Penland JO, Johnson PE. Dietary calcium and manganese effects on menstrual cycle symptoms. Am JObstet Gynecol l993;168:1417-l423.

43. Thys-Jacobs 5, Starkey P, Bernstein D, Tian J. Calcium carbonate and the premenstrual syndrome: Effects on premenstrual and menstrual symptoms. Premenstrual Syndrome Study Group. Am JObstet Gynecol 1998;l79:444-

452.

44. Thys-Jacobs 5, Donovan D, Papadopoulos A, Sarrel P, Bilezikian JR Vitamin D and calcium dysregulation in the polycystic ovarian syndrome. Steroids 1999;64:430-435.

45. Christian RC, Dumesic DA, Behrenbeck T, Oberg AL, Sheedy PF 2nd, Fitzpatrick LA. Prevalence and predictors of coronary artery calcification in women with polycystic ovary syndrome. J Chn Endocrinol Metab

2003;88:2562-2568.

46. Heaney RP, Dowell SD, Bierman J, Hale CA, Bendich A. Absorbability and cost effectiveness in calcium supplementation. JAm Coil Nutr 2001 ;20:239-

246.

47. Martini L, Wood RJ. Relative bioavailability of calcium-rich dietary sources in the elderly. Am J Clin Nutr 2002;76:1345-1350.

48. Reeker RR. Calcium absorption and ach N Engi J Med

1985;313:70-73.

49. Institute of Medicine. Summary. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, summary.

50. Institute of Medicine. Uses of dietary reference intakes, In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IX.

51. Food and Drug Admin istration. Food labeling; health claims; calcium and osteoporosis. Proposed Rule. FedReg 1991;56:60689-.

52. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Final Rule. Fed Reg 1993;58:2665-2677.

53. Malberti F, Surian M, Poggio F, Minoia C, Salvadeo A Efficacy and safety of long-term treatment with calcium carbonate as a phosphate binder. Am J Kidney Dis 1988;12:487-491.

54. Moriniere P, Hocine C, Boudailliez B, Belbrik S, Renaud H, Westeel PF, Solal MC, Foumier A. Long-term efficacy and safety of oral calcium as compared to Al(OH) as phosphate binders. Kidney mt 1989;36(Suppl. 27):S

55. Tsukamoto Y, Moriya R, Nagaba Y, Morishita T, Izumida I, Okubo M. Effect of administering calcium carbonate to treat secondary hyperparathyroidism in nondialyzed patients with chronic renal failure. Am J Kidney Dis 1995;25:879-886.

56. Nolan CR, Qunibi WY. Calcium salts in the treatment of hyperphosphatemia in hemodialysis patients. Curr Opin NephrolHypertens 2003;12:373-379.

57. Clark AGB, Oner A, Ward G, Turner C, Rigden SPA, Haycock GB, Chantler

C. Safety and efficacy of calcium carbonate in children with chronic renal failure. Nephrol Dial Transplant 1 989;4:539-544.

58. Orwoll ES. The milk-alkali syndrome: Current concepts. Ann Intern Med

1982;97:242-248.

59. Adams ND, Gray RW, Lemann J Jr. The effects of oral CaCO loading and dietary calcium deprivation on plasma 1 ,25-dihydroxyvitamin D concentrations in healthy adults. J Clin Endocrinol Metab 1 979;48: 1008-1016.

60. Heaney RP, Recker RR. Calcium supplements: Anion effects. Bone Miner 1987;2:433-439.

61. Lagman R, Walsh D. Dangerous nutrition? Calcium, vitamin D, and shark cartilage nutritional supplements and cancer-related hypercalcemia. Support Care Cancer 2003;1 1:232-235.

62. Burtis WJ, Gay L, Insogna KL, Ellison A, Broadus AB. Dietary hypercalciuria in patients with calcium oxalate kidney stones. Am J Clin Nutr 1 994;60:424-429.

63. Anonymous. The role of calcium in peri- and postmenopausal women: Consensus opinion of The North American Menopause Society. Menopause 2001;8:84-95.

**BINDER #16**

1. Bronner F, Intestinal calcium absorption: Mechanisms and applications. J Nutr 1987;117:1347-1352.

2. Peng 3D, Chen XZ, Berger TJV, Vassilev PM, Tsukaguchi H, Brown EM, Hediger MA. Molecular cloning and characterization of a channel-like transporter mediating intestinal calcium absorption. J Biol Chem

l999;274:22739-22746.

3. Zhuang L, Peng 113, Ton L, Takanaga H, Adam RM, Hediger MA, Freeman MR. Calcium-selective ion channel, CaT is apically localized in gastrointestinal tract epithelia and is aberrantly expressed in human malignancies. Lab Invest 2002;82: 1755-1764.

4. Fleet JC, Wood RJ. Specific 1,25(OH) regulation of transcellular csalcium transport in Caco-2 cells. Am JPhysiol

1999;276:G958-G964.

5. Barger-Lux M Heaney RP, Recker RR. Time course of calcium absorption in humans: Evidence for a colonic component. Calcjf Tissue mt

1989;44:308-3 11.

6. Cashman K. Prebiotics and calcium bioavailability. Curr Issues Intest Microbiol 2003 ;4:21 -32.

7. Ireland P, Fordtran JS. Effect of dietary calcium and age on jejunal calcium absorption in humans studied by intestinal perfusion. J Clin Invest

1973 ;52:2672-268 1.

8. Gallagher JC, Riggs BL, DeLuca HF. Effect of estrogen on calcium absorption and serum vitamin D metabolites in postmenopausal osteoporosis. JClin Enclocrinol Metab 1980;

9. Heaney RP, Saville PD, Recker RR. Calcium absorptiOn as a function of calcium intake. JLab G Med 1975;85:881-890.

10. Heaney RP, Recker KR, Stegman MR, Moy AJ. Calcium absorption in women: Relationships to calcium intake, estrogen status, and age. JBone Mi Res 1989;4:469-475.

11. Htaney RP, Weaver CM, Fitzsirnmons ML. Influence of calcium load on absorption fraction. JBone Mm Res l990;5:1 135-1138.

121 Abrams SA, Wen IT, Stuff 313. Absorption of calcium, zinc and iron from breast milk by five-to seven-month-old infants. Pediatr Res 1996;39:384-390.

13. Heaney RP. Effect of calcium on skeletal development, bone loss, and risk of fractures. Am IT Med. 1991 Nov 25;91(5B):23S-28S.

14. Bullamore JR, Wilkinson R, Gallagher JC, Nordin BEC, Marshall DH. Effects of age on calcium absorption. Lancet 1970;ii:535-537.

15. Wolf RL, Cauley JA, Baker CE, Ferrell RE, Chanon M, Caggiula AW, Salamone LM, Heaney RIP, Kuller LH. Factors associated with calcium absorption efficiency in pre- and perimenopausal women. Am J Clin Nutr.

2000;72):466-47 1.

16. Pattanaungkul 5, Riggs BL, Yergey AL, Vieira NE, O'Fallon WM, KEosla S. Relationship of intestinal calcium absorption to 1 ,25-dihydroxyvitamin D [ (OH) levels in young versus elderly women: Evidence for age-

related intestinal resistance to 1,25 action. J Gun Endocrinol Metab 2000;85;4023-4027.

17 Abrams SA, Silber TJ, Esteban NV, Vieira NE, Stuff JE, Meyers R, Maj d M, Yergey AL. Mineral balance and bone turnover in adolescents with anorexia nervosa. Jpediatr 1993;123 :326-331.

18. Abrams SA, O'Brien KO, Stuff JE. Changes in calcium kinetics associated with menarche. J Glitz Endocrinol Metab 1996;81 :2017-2020.

19. Farmer ME, White LR, Brody JA, Bailey KR. Race and sex differences in hip fracture incidence. Am JPublic Health 1984;74:1374-1380.

20. Kellie SE, Brody JA. Sex-specific and race-specific hip fracture rates. Am J Pub Health 1990;80:326-328.

21. Dawson-Hughes B, Harris 8, Kramich C, Dallal G, Rasmussen HM. Calcium retention and hormone levels in black and white women on high- and low- calcium diets. JBone M Res 1993;8:779-787.

22. Drinkwater B, Bruemner B, Chestnut C. Menstrual history as a determinant of current bone density in young athletes. JAMA 1990;263:545-548.

23. Marcus R, Cairn C, Madvig P, MinkoffJ, Goddard M, Bayer M, Martin M, Gaudiani L, Haskell W, Genant H. Menstrual function and bone mass in elite women distance runners. Endocrine and metabolic features. Ann Intern Med

1985;102:158-163.

24. Berkeffiammer CH, Wood P3, Sitrin MD, Acetate and hypercalciuria during total parenteral nutrition. Am J Glitz Nutr 1988;48 :1482-1489.

25.. Sebastian A, Hanis ST, Ottaway JH, Todd 1CM, Moths RC Jr. Improved mineral balance and skeletal metabolism in postmenopausal women treated with potassium bicarbonate. NEngl JMed I 994;330: 1776-1781.

26. Bell NH, Yergey AL, Vieira NE, Oexmann MJ, Shary JR. Demonstration of a difference in urinary calcium, not calcium absorption, in black and white adolescents. JBoneMinRes 1993;8:llll-1115.

27. Spencer H, Kramer L, Lensiak M, DeBartolo M, Norris C, Osis D. Calcium requirements in humans. Report of original data and a review. Glin Orthop Related Res 1984; 184:270-280.

28. Jackrnan LA, Millane 55, Martin BR, Wood OB, McCabe GP, Peacock M,

Weaver CM. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. Am J Glitz Nutr 1997;66:327-333.

29. Institute of Medicine. Calcium. In: Dietary Reference Intakes for Galciuni, Phosphorus, Magnesium, Vitamin .0, and Fluoride. National Academy Press, Washington, DC, 1997, chapter IV.

30. Martini LA, Wood RI. Should dietary calcium and protein be restricted in patients with nephrolithiasis? Nutr Rev 2000;58: 111-117.

31. Burtis WJ, Gay L, Insogna K.L, Ellison A, Broadus AE. Dietary hypercalciuria in patients with calcium oxalate kidney stones. Am J Glitz Nutr

1994;60:424-429.

32. Curhan GC, P1mm EB, Willett WC, Stampfer MJ. Regional variation in nephrolithiasis incidence and prevalence among United States men. J Urol

1994;151:838-841.

33. Ettinger B. Recurrence of nephrolithiasis. A six-year prospective study. Am JMed 1979;67:245-248.

34. Heller HJ. The role of calcium in the prevention of kidney stones. JAm Coil Nutr 1999; 18(5 Suppl.):373S-3785.

35. Clark JY, Thompson JIM, Optenberg SA. Economic impact of urolithiasis in the United States. J Urol 1995;154:2020-2024.

36. Baggio B, Plebani M, Gambaro Ci. Pathogenesis of idiopathic calcium nephrolithiasis: Update 1997. Crit Rev Clin Lab Sd 1 998;35: 153-187.

37. Madore F, Stampfer MJ, Willett WC, Speizer FE, Curhan GC. Nephrolithiasis and risk of hypertension in women. Am JKidneyDis

1998;32:802-807.

38. Madore F, Stampfer MJ, Rimm EB, Curhan GC. Nephrolithiasis and risk of hypertension. Am JHypertens 1998;1 1:46-53.

39.. Ramello A, Vitale C, Marangella M. Epidemiology of neplirolithiasis. J Nephrol 2000; 1 3(Suppl. 3):S45-S50.

40. Serio A, Fraioli A. Epidemiology of nephrolithiasis. Nephron 1999;81(Suppl.

D:26-30.

41. Strazzullo P, Mancini M. Hypertension, calcium metabolism, and nephrolithiasis. Am JMed Sd 1994;307(Suppl. 1):S 102-S 106.

42. Curhan GC. Dietary calcium, dietary protein, and kidney stone formation. Miner Electrolyte Metab 1 997;23 :261-264.

43. Iguchi M, Kataoka K, Kohri K, Yachiku 5, Kurita T. Nutritjonal risk factors in calcium stone disease in Japan. Urol 1984;39:32-35.

44. Hess B. Low calcium diet in hypercalciuric calcium nephrolithiasis: First do no harm. Scanning Microsc 1996;10:547-556.

45. Heaney RP. Some questions about "Epidemiologic association between dietary calcium intake and blood pressure: a meta-analysis of published data" (letter). Am JEpidemiol 1997;145:858-859.

46. Curhan GC, Willett WC, Rimm EB, Stampfer MJ. A prospective study of dietary calcium and other nutrients and the risk of symptomatic kidney stones. NEngiJMed 1993;328:833-838.

47. Curhan GC, Willett WC, Speizer FE, Spiegelman D, Stampfer MJ. Comparison of dietary calcium with supplemental calcium and other nutrients as factors affecting the risk for kidney stones in women. Ann Intern Med

l997;126:497-504.

48. Lemann J Jr, Pleuss JA, Worcester EM, Hornick L, Scbrab D, Hoffinann RG. Urinary oxalate excretion increases with body size and decreases with increasing dietary calcium intake among healthy adults. Kidney mt

l996;49:200

49, Nishiura IL, Martini LA, Mendonca CO, Schor N, Heilberg IP. Effect of calcium intake on urinary oxalate excretion in calcium stone-forming patients. Braz JMedBiol Res 2002;35:669-675.

50. Domrongkitchaipom 5, Ongphiphadhanakul B, Stitchantrakul W, Chansirikam 5, Dursun N, Dursun E, Yalcin S. Comparison of alendronate, calcitonin and calcium treatments in postmenopausal osteoporosis. mt J Clin Pract 2001;55:505-509.

51. Donirongkitchaipom 8, Ongphiphadhanakul B, Stitchantrakul W, Chansirikam 5, Puavilai G, Rajatanavin R. Risk of calcium oxalate nepbrolithiasis in postmenopausal women supplemented with calcium or combined calcium and estrogen. Maturitas 2002;41:149-156.

52. Domrongkitchaiporn 5, Ongphiphadhanakul B, Stitchantrakul W, Piaseu N, Chansirikam 5, Puavilai G, Rajatanavin R. Risk of calcium oxalate nephrolithiasis after calcium or combined calcium and calcitriol supplementation in postmenopausal women. Osteoporos mt 2000; 11:486-

492.

53. Leonetti F, Dussol B, Berthezene P, Thirion X, Berland Y. Dietary and unary risk factors for stones in idiopathic calcium stone formers compared with healthy subjects. Nephrol Dial Transplant 1998;l3:617-622.

54. Robertson WG, Peacock M, Hodgkinson A. Dietary changes and the incidence of urinary calculi in the UK between 1958 and 1976. J Chronic Dis 1979;32:469-476.

55. Heaney RP, Dowel! SD, Bierman J, Hale CA, Bendich A. Absorbability and cost effectiveness in calcium supplementation. JAm Coil Nutr 2001 ;20:239-

246.

56. Martini L, Wood RJ. Relative bioavailability of calcium-rich dietary sources in the elderly. Am J Clin J'Tutr 2002;76: 1345-1350.

57. Recker RR. Calcium absorption and achlorhydria. NEngl JMed

1985;313:70-73

58. Institute of Medicine. Summary. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, summary.

59. Institute of Medicine. Uses of dietary reference intakes. In: Dietary Reference Intakes for Calcium, Phosphorus, Magnesium, Vitamin D, and Fluoride. National Academy Press, Washington, DC, 1997, chapter DC.

60. Food and Drug Admin istration. Food labeling; health claims; calcium and osteoporosis. Proposed Rule. Fed Reg 1991 ;56:60689-.

61. Food and Drug Administration. Food labeling; health claims; calcium and osteoporosis. Final Rule. Fed Reg l993;58:2665-2677.

62. Malberti F, Surian M, Poggio F, Minoia C, Salvadeo A. Efficacy and safety of long-term treatment with calcium carbonate as a phosphate binder. Am J Kidney Dis 1988;12:487-491.

63. Moriniere P, Hocine C, Boudailliez B, Belbrik 5, Renaud H, Westeel PF, Solal MC, Foumier A. Long-term efficacy and safety of oral calcium as compared to Al(OH) as phosphate binders. Kidney mt 1989;36(Suppl. 27):S133-5

64. Tsukamoto Y, Moriya It, Nagaba Y, Morishita T, Izumida I, Okubo M. Effect of administering calcium carbonate to treat secondary hyperparathyroidism in nondialyzed patients with chronic renal failure. Am J Kidney Dis 1995;25:879-886.

65. Nolan CR, Qunibi WY. Calcium salts in the treatment of hyperphosphatemia in hemodialysis patients. Curt- Opin Nephrol Hypertens 2003;12:373-379.

66. Clark AGB, Oner A, Ward G, Turner C, Rigden SPA, Haycock GB, Chantler C. Safety and efficacy of calcium carbonate in children with chronic renal failure. Nephrol Dial Transplant 1989;4:539-544.

67. Orwoll ES The milk-alkali syndrome: Current concepts. Ann Intern Med 1982;97:242-248

68. Adams ND, Gray RW, Lemann J Jr. The effects of oral CaCO loading and dietary calcium deprivation on plasma 1 ,25-dihydroxyvitamin D concentrations in healthy adults. J Gun Endocrinol Metab 1979;48:1008-1016.

69. Heaney RP, Recker RR. Calcium supplements: Anion effects. Bone Miner 1987;2:433-439.

70. Lagman R, Walsh D. Dangerous nutrition? Calcium, vitamin D, and shark cartilage nutritional supplements and cancer-related hypercalcemia. Support Care Cancer 2003;1l:232-235.

71. Anonymous. The role of calcium in pen- and postmenopausal women:

Consensus opinion of The North American Menopause Society. Menopause 200t;8:84-95.