UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | DOCKET # 1:04-cv-11136-GAO |
| | ) | |
| DIRECT MARKETING CONCEPTS, INC. | ) | |
| *et al,*    Defendants | ) | |

-----------------------------------------------------

SUGGESTION OF BANKRUPTCY OF
DEFENDANT STEVEN RITCHEY

    Defendant Steven Ritchey has filed a voluntary petition for relief under Title 7, United States Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania that has been assigned case number 05-35605-sr, and suggests that this action has been stayed by operation of Title 11 U.S.C. § 362.

    A copy of the Docket entries in said case is attached hereto.

                                                    By his attorney,

                                                    Joseph F. Ryan BBO# 435720
                                                    Lyne Woodworth & Evarts LLP
                                                    600 Atlantic Avenue
                                                    Boston, MA 02210
                                                    Telephone 617/523-6655 - Telecopy 617/248-9877
                                                    E-mail: Jryan@LWELaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 10, 2006.

                                                    _____

February 10, 2006                            Joseph F. Ryan BBO# 435720