# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 05-35605-sr

*Assigned to:* Judge Stephen Raslavich  
Chapter 7  
Voluntary  
No asset

*Date Filed:* 10/12/2005

**Steven D. Ritchey**  
1255 Knollwood Drive  
West Chester, PA 19380  
SSN: xxx-xx-5379  
*Debtor*

represented by **JOHN FRANCIS MURPHY**  
John Francis Murphy Esq.  
P.O. Box 657  
Doylestown, PA 18901  
(215) 345-7075  
Email: murphy@doylestown.biz

**GLORIA M. SATRIALE**  
One McKinley Lane  
Chester Springs, PA 19425  
(610) 827-4038  
*Trustee*

**United States Trustee**  
Office of the U.S. Trustee  
833 Chestnut Street  
Suite 500  
Philadelphia, PA 19107  
(215) 597-4411  
*U.S. Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/12/2005 | 1 | Chapter 7 Voluntary Petition. Fee Amount 209 Filed by Steven D. Ritchey. Government Proof of Claim Deadline: 4/10/2006. Atty Disclosure Statement due 10/27/2005. Matrix due 10/27/2005. Schedules A-J due 10/27/2005. SSN (Form B21)/Tax ID due 10/27/2005. Statement of Financial Affairs due 10/27/2005. Summary of schedules due 10/27/2005. Incomplete Filings due by 10/27/2005. (MURPHY, JOHN)***See Corrective Entry dated 10/13/2005.*** Modified on 10/13/2005 (S., Antoinette). (Entered: 10/12/2005) |
| 10/12/2005 | 2 | Notice of Appearance and Request for Notice by JAMES W. HENNESSEY Filed by JAMES W. HENNESSEY on behalf of PNC BANK, NATIONAL ASOCIATION. (HENNESSEY, JAMES) (Entered: 10/12/2005) |
| 10/13/2005 |   | Receipt of Voluntary petition (Chapter 7)(05-35605) [misc,volp7a] |

| Date | Doc # | Description |
|---|---|---|
| | | ( 209.00) Filing Fee. Receipt number 3915388. Fee amount 209.00. (U.S. Treasury) (Entered: 10/13/2005) |
| 10/13/2005 | 3 | Order Entered that unless the missing documents: All Schedules, Summary of Schedules, Statement of Financial Affairs, Matrix and Atty. Disclosure Statement due 10/27/05 are filed within 15 days of the date of the petition, or unless a timely request for an extension time is submitted, this case may be dismissed. (R., Yvette) (Entered: 10/13/2005) |
| 10/13/2005 | | Corrective Entry re: Terminated deadline for SSN B21 form. (related document(s)1). (S., Antoinette) (Entered: 10/13/2005) |
| 10/15/2005 | 4 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 3)). No. of Notices: 3. Service Date 10/15/2005. (Admin.) (Entered: 10/16/2005) |
| 10/17/2005 | 5 | Notice of Appointment of Trustee. GLORIA M. SATRIALE added to the case.. (TOLBERT, ARLENE) (Entered: 10/17/2005) |
| 10/25/2005 | 6 | Disclosure of Compensation of Attorney for Debtor in the amount of $1,500 Debtor Steven D. Ritchey, Schedules A-J, Statement of Financial Affairs, Statement of Intent., Summary of Schedules Filed by JOHN FRANCIS MURPHY on behalf of Steven D. Ritchey. (Attachments: # 1 Service List) (MURPHY, JOHN) (Entered: 10/25/2005) |
| 10/25/2005 | 7 | Matrix Filed. Number of pages filed: 2, Filed by JOHN FRANCIS MURPHY on behalf of Steven D. Ritchey. (MURPHY, JOHN) (Entered: 10/25/2005) |
| 10/25/2005 | 8 | Statement of Social Security Number Received. Filed by JOHN FRANCIS MURPHY on behalf of Steven D. Ritchey. (MURPHY, JOHN) (Entered: 10/25/2005) |
| 11/03/2005 | 9 | Meeting of Creditors . 341(a) meeting to be held on 11/29/2005 at 11:30 AM at gov - Chester County Gov't Services. Last day to oppose discharge or dischargeability is 1/28/2006. (P., Cathy) (Entered: 11/03/2005) |
| 11/11/2005 | 10 | Certificate of Service *of Notice of Continued Meeting of Creditors.* Filed by JOHN FRANCIS MURPHY on behalf of Steven D. Ritchey (related document(s)9). (Attachments: # 1 Exhibit Notice) (MURPHY, JOHN) (Entered: 11/11/2005) |
| 11/17/2005 | 11 | Amended Notice of Meeting of Creditors . 341(a) meeting to be held on 12/19/2005 at 11:30 AM at gov - Chester County Gov't Services. |

|  |  |  |
|---|---|---|
|  |  | Last day to oppose discharge or dischargeability is 1/28/2006. (E., Carol) Modified on 12/12/2005 (E., Carol).The notice is amended to reschedule meeting from 11/29/05 due to technical malfunction effecting noticing. See corrective entry (Entered: 11/17/2005) |
| 11/19/2005 | 12 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 11)). No. of Notices: 26. Service Date 11/19/2005. (Admin.) (Entered: 11/20/2005) |
| 11/30/2005 | 13 | Praecipe to Withdraw Proof of Claim(s): 1 Filed by PNC BANK, NATIONAL ASOCIATION. (HENNESSEY, JAMES) (Entered: 11/30/2005) |
| 12/12/2005 |  | Corrective entry - Notice of meeting of creditors is amended to reschedule meeting from 11/29/05 to 12/19/05 due to technical malfunction effecting noticing (related document(s)11). (E., Carol) (Entered: 12/12/2005) |
| 12/30/2005 | 14 | First Meeting of Creditors Held *12/19/05 and concluded*. (SATRIALE, GLORIA) (Entered: 12/30/2005) |
| 12/30/2005 |  | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office... (SATRIALE, GLORIA) (Entered: 12/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/25/2006 16:33:30 | | | |
| **PACER Login:** | lw0009 | **Client Code:** | 60116.000 King Media |
| **Description:** | Docket Report | **Search Criteria:** | 05-35605-sr Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |