UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-11136-GAO<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

　　Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court and are available in paper form only:

　　1.　　The following exhibit attached to the March 2, 2006 Declaration of Edward Glennon:

　　　　a.　　Summary Judgment Exhibit 15, Attachment 6 (transcript of the March 25, 2002 deposition of Allen Stern, taken in the matter of *Kevin Trudeau and Robert Barefoot v. Direct Marketing Concepts, Inc. and Donald Barrett*, No. 02 C 1586 (N.D. Ill.)).

　　The original document is maintained in the case file in the Clerk's Office.

Executed on March 2, 2006　　　　　　　　　　　　/s/ Edward Glennon
　　　　　　　　　　　　　　　　　　　　　　　　　Edward Glennon


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward Glennon
　　　　　　　　　　　　　　　　　　　　　　　　　Edward Glennon