## CERTIFICATE OF SERVICE

My name is Edward Glennon and I am an attorney with Federal Trade Commission. On March 2, 2006, copies of:

(1) Declaration of Edward Glennon, dated March 2, 2006;

(2) Attachment 1 to the electronically filed March 2, 2006 declaration of Edward Glennon. (Attachment 1 being a complete copy of Attachment 6 to the Commission's Summary Judgment Exhibit 15); and

(3) Notice of Filing with Clerk's Office

were served via Federal Express as follows:

Sage International, Inc.          (for BP International, Inc.)
Attention: Molly Wheeler
1135 Terminal Way, Suite 209
Reno, NV 89502
Facsimile: (775) 786-2013

Additionally, copies of:

(1) Attachment 1 to the electronically filed March 2, 2006 declaration of Edward Glennon. (Attachment 1 being a complete copy of Attachment 6 to the Commission's Summary Judgment Exhibit 15); and

(2) Notice of Filing with Clerk's Office

were served via Federal Express as follows:

Chris Robertson, Esq.             (for Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald
Seyfarth Shaw, LLP                W. Barrett, and Robert Maihos
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Facsimile: (617) 946-4801

Joseph Ryan                       (for Triad ML Marketing, Inc., King Media, Inc., Allen
Lyne, Woodworth & Evarts LLP      Stern, Lisa Stern, and Steven Ritchey)
600 Atlantic Avenue
Boston, MA 02210
Facsimile: (617) 248-9877

I declare under penalty of perjury that the foregoing is true and correct. Executed this March 2, 2006 at Washington, D.C.

Edward Glennon