**Attachment A**

Chart of FTC's Rule 56.1 Statement By Paragraph Number For Which DMC/ITV Defendants Admit, Do Not Controvert, Attempt to Controvert, or Actually Controvert

| 1.  | Facts not controverted thus admitted; legal argument asserted |
|-----|---------------------------------------------------------------|
| 2.  | Admitted; additional information provided |
| 3.  | Admitted; additional information provided |
| 4.  | Admitted; additional information provided |
| 5.  | Admitted; additional information provided |
| 6.  | Admitted; additional information provided |
| 7.  | Admitted; additional information provided |
| 8.  | Admitted; additional information provided |
| 9.  | Facts not controverted thus admitted; additional information provided |
| 10. | Admitted; additional information provided |
| 11. | Facts not controverted thus admitted; additional information provided |
| 12. | Admitted; additional information provided |
| 13. | Admitted; additional information provided |
| 14. | Facts not controverted thus admitted; additional information provided |
| 15. | Facts not controverted thus admitted; additional information provided |
| 16. | Facts not controverted thus admitted; additional information provided |
| 17. | Facts not controverted thus admitted |
| 18. | Admitted; additional information provided |
| 19. | Facts not controverted thus admitted; additional information provided |
| 20. | Facts not controverted thus admitted; additional information provided |
| 21. | Admitted; additional information provided |
| 22. | Facts as to DMC and ITV not controverted thus admitted; attempt to controvert as to Direct Fulfillment Inc. only, but evidence inadmissible. *See* Plaintiff's Motion to Strike Defendants' Evidence, pp. 20-21 |

| 23. | Facts not controverted thus admitted (utilize same cite as Plaintiff); additional information as to Supreme Greens advertising wrong, *see* Plaintiff's Facts ¶¶ 190-191 quoting Supreme Greens infomercial referencing "Today's Health". |
|---|---|
| 24. | Facts not controverted thus admitted |
| 25. | Facts not controverted thus admitted |
| 26. | Facts not controverted thus admitted; additional information provided |
| 27. | Facts not controverted thus admitted; additional information provided |
| 28. | Fact re Barrett had final say on all matters involving sales room not controverted thus admitted; controvert whether defendant Barrett reviewed particular scripts but cite his deposition where he states "I can review them anytime I want," S.J. Ex. 7 at 53:10 and did review some, id. at 42:2-6. |
| 29. | Admitted |
| 30. | Facts not controverted thus admitted |
| 31. | Facts not controverted thus admitted |
| 32. | Facts not controverted thus admitted |
| 33. | Facts not controverted thus admitted |
| 34. | Facts not controverted thus admitted |
| 35. | Facts not controverted thus admitted |
| 36. | Facts not controverted thus admitted |
| 37. | Facts not controverted thus admitted |
| 38. | Facts not controverted thus admitted; additional information provided as to defendant Maihos |
| 39. | Facts relate to Stern defendants[1]; additional information provided |
| 40. | Facts relate to Stern defendants; additional information provided |
| 41. | Facts relate to Stern defendants; additional information provided |
| 42. | Facts relate to Stern defendants; additional information provided |
| 43. | Facts relate to Stern defendants; additional information provided |

---

[1] For purposes of this chart, the term "Stern defendants" refers to Allen Stern, King Media, Inc., Triad ML Marketing, Inc., and relief Defendants Lisa Stern and Steven Ritchey.

| | |
|---|---|
| 44. | Facts relate to Stern defendants; additional information provided |
| 45. | Facts relate to Stern defendants; additional information provided |
| 46. | Facts relate to Stern defendants; additional information provided |
| 47. | Facts relate to Stern defendants; additional information provided |
| 48. | Facts relate to Stern defendants; additional information provided |
| 49. | Facts relate to Stern defendants; additional information provided |
| 50. | Facts relate to Stern defendants; additional information provided |
| 51. | Facts relate to Stern defendants; additional information provided |
| 52. | Facts relate to Stern defendants; additional information provided |
| 53. | Facts relate to Stern defendants; additional information provided |
| 54. | Facts relate to Stern defendants; additional information provided |
| 55. | Facts relate to Stern defendants; additional information provided |
| 56. | Facts relate to Stern defendants; additional information provided |
| 57. | Facts relate to Stern defendants; additional information provided |
| 58. | Facts relate to Stern defendants; additional information provided |
| 59. | Facts relate to Stern defendants; additional information provided |
| 60. | Facts relate to Stern defendants; additional information provided |
| 61. | Facts not controverted thus admitted; additional information provided |
| 62. | Facts not controverted thus admitted |
| 63. | Facts not controverted thus admitted |
| 64. | Facts not controverted thus admitted |
| 65. | Facts not controverted thus admitted |
| 66. | Facts not controverted thus admitted |
| 67. | Facts not controverted thus admitted |
| 68. | Admitted; additional information provided |
| 69. | Admitted; additional information provided |
| 70. | Facts relate to Stern defendants; additional information provided |

| 71. | Facts relate to Stern defendants; additional information provided |
| --- | --- |
| 72. | Admitted; additional information provided |
| 73. | Admitted; additional information provided |
| 74. | Admitted; additional information provided |
| 75. | Facts not controverted thus admitted |
| 76. | Facts not controverted thus admitted |
| 77. | Facts not controverted thus admitted; additional information provided |
| 78. | Facts relate to Stern defendants |
| 79. | Facts relate to Stern defendants |
| 80. | Facts relate to Stern defendants |
| 81. | Admitted; additional information provided |
| 82. | Facts not controverted thus admitted; additional information provided |
| 83. | Admitted FSI disseminated; controvert who created the FSI |
| 84. | Admitted; additional information provided |
| 85. | Admitted; additional information provided |
| 86. | Admitted |
| 87. | Facts not controverted thus admitted; additional information provided |
| 88. | Facts not controverted thus admitted |
| 89. | Facts not controverted thus admitted |
| 90. | Facts not controverted thus admitted |
| 91. | Facts not controverted thus admitted |
| 92. | Facts not controverted thus admitted |
| 93. | Facts not controverted thus admitted; additional information provided |
| 94. | Admitted; additional information provided |
| 95. | Facts not controverted thus admitted |
| 96. | Admitted; additional information provided |
| 97. | Admitted; additional information provided |

| | |
|---|---|
| 98. | Facts not controverted thus admitted; additional information provided |
| 99. | Admitted |
| 100. | Facts relate to Stern defendants |
| 101. | Facts relate to Stern defendants |
| 102. | Facts relate to Stern defendants |
| 103. | Facts not controverted thus admitted; additional information provided |
| 104. | Admitted; additional information provided |
| 105. | Facts relate to Stern defendants |
| 106. | Facts relate to Stern defendants |
| 107. | Facts not controverted thus admitted; additional information provided |
| 108. | Facts not controverted thus admitted; additional information provided |
| 109. | Facts not controverted thus admitted; additional information provided |
| 110. | Facts not controverted thus admitted; additional information provided |
| 111. | Admitted; additional information provided |
| 112. | Admitted; additional information provided |
| 113. | Admitted |
| 114. | Facts not controverted thus admitted; additional information provided |
| 115. | Facts not controverted thus admitted; additional information provided |
| 116. | Admitted |
| 117. | Facts not controverted thus admitted; additional information provided |
| 118. | Controverted only as to Barrett's control over the airing of any versions, *see* Barrett's 2/10/06 affidavit at ¶ 9. |
| 119. | Admitted; additional information provided |
| 120. | Admitted |
| 121. | Admitted |
| 122. | Admitted |
| 123. | Admitted; additional information provided |
| 124. | Admitted; additional information provided |

| | |
|---|---|
| 125. | Facts not controverted thus admitted; additional information provided |
| 126. | Facts not controverted thus admitted; legal argument asserted |
| 127. | Facts not controverted thus admitted; legal argument asserted |
| 128. | Facts not controverted thus admitted; legal argument asserted |
| 129. | Facts not controverted thus admitted; legal argument asserted |
| 130. | Facts not controverted thus admitted; legal argument asserted |
| 131. | Facts not controverted thus admitted; legal argument asserted |
| 132. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 133. | Facts not controverted thus admitted; legal argument asserted |
| 134. | Facts not controverted thus admitted; |
| 135. | Facts not controverted thus admitted; |
| 136. | Facts not controverted thus admitted; |
| 137. | Facts not controverted thus admitted; |
| 138. | Facts not controverted thus admitted; legal argument asserted |
| 139. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 140. | Facts not controverted thus admitted; legal argument asserted |
| 141. | Controverted; Plaintiff's Fact ¶ 131 erroneously transposed here and assertion withdrawn |
| 142. | Facts not controverted thus admitted; legal argument asserted |
| 143. | Facts not controverted thus admitted; legal argument asserted |
| 144. | Facts not controverted thus admitted; legal argument asserted |
| 145. | Facts not controverted thus admitted; legal argument asserted |
| 146. | Facts not controverted thus admitted; legal argument asserted |
| 147. | Facts not controverted thus admitted; legal argument asserted |
| 148. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 149. | Facts not controverted thus admitted; legal argument asserted |

| | |
|---|---|
| 150. | Facts not controverted thus admitted; legal argument asserted |
| 151. | Facts not controverted thus admitted; legal argument asserted |
| 152. | Facts not controverted thus admitted; legal argument asserted |
| 153. | Facts not controverted thus admitted; legal argument asserted |
| 154. | Facts not controverted thus admitted; legal argument asserted |
| 155. | Facts not controverted thus admitted; legal argument asserted |
| 156. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 157. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 158. | Facts not controverted thus admitted |
| 159. | Facts not controverted thus admitted; legal argument asserted |
| 160. | Facts not controverted thus admitted; legal argument asserted |
| 161. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 162. | Facts not controverted thus admitted; additional information provided |
| 163. | Facts not controverted thus admitted |
| 164. | Facts not controverted thus admitted; additional information provided |
| 165. | Facts not controverted thus admitted; additional information provided |
| 166. | Facts not controverted thus admitted |
| 167. | Facts not controverted thus admitted |
| 168. | Facts not controverted thus admitted; additional information provided |
| 169. | Admitted |
| 170. | Attempt to controvert handles all aspects of program but no cite provided and Barrett stated "we handled, I think, every aspect of that program," S.J. Ex 7, 86:18-19; facts re buying media, answering the phones, shipping the product, and customer service not controverted thus admitted |
| 171. | Admitted |
| 172. | Admitted |
| 173. | Facts not controverted thus admitted |

| | |
|---|---|
| 174. | Facts not controverted thus admitted |
| 175. | Facts not controverted thus admitted |
| 176. | Facts not controverted thus admitted |
| 177. | Facts not controverted thus admitted; additional information provided |
| 178. | Facts not controverted thus admitted; additional information provided |
| 179. | Controverted because defendant Guerrero reviewed |
| 180. | Facts not controverted thus admitted |
| 181. | Facts not controverted thus admitted; additional information provided |
| 182. | Admitted; additional information provided |
| 183. | Facts not controverted thus admitted |
| 184. | Facts not controverted thus admitted; additional information provided |
| 185. | Facts not controverted thus admitted; additional information provided |
| 186. | Facts not controverted thus admitted; hearsay objection asserted but evidence offered for utterance by deponent not for truth of the matter asserted, *see* Plaintiff's Response to Defendants' Evidentiary Objections, pp. 38-39; additional information provided |
| 187. | Admitted; additional information provided |
| 188. | Facts not controverted thus admitted; additional information provided |
| 189. | Facts not controverted thus admitted |
| 190. | Facts not controverted thus admitted |
| 191. | Facts not controverted thus admitted |
| 192. | Facts not controverted thus admitted |
| 193. | Facts not controverted thus admitted |
| 194. | Facts not controverted thus admitted; additional information provided |
| 195. | Facts not controverted thus admitted; additional information provided |
| 196. | Admitted |
| 197. | Facts not controverted thus admitted |
| 198. | Facts not controverted thus admitted |

| 199. | Facts not controverted thus admitted |
| --- | --- |
| 200. | Facts not controverted thus admitted |
| 201. | Facts not controverted thus admitted |
| 202. | Admitted |
| 203. | Controverted because scripts derived from defendant Guerrero's statements; uncontroverted as to J. Maihos statement, *see* S.J. Ex. 9 at 87:20-87:23. |
| 204. | Facts not controverted thus admitted; legal argument asserted |
| 205. | Facts not controverted thus admitted; legal argument asserted |
| 206. | Facts not controverted thus admitted; additional information provided |
| 207. | Admitted; additional information provided |
| 208. | Admit FTC raised concerns in October 2003; controvert conditions by which FTC would continue to negotiate |
| 209. | Facts not controverted thus admitted |
| 210. | Facts not controverted thus admitted |
| 211. | Facts not controverted thus admitted |
| 212. | Facts not controverted thus admitted |
| 213. | Admitted |
| 214. | Facts not controverted thus admitted |
| 215. | Facts not controverted thus admitted |
| 216. | Facts not controverted thus admitted |
| 217. | Facts not controverted thus admitted |
| 218. | Facts not controverted thus admitted |
| 219. | Facts not controverted thus admitted |
| 220. | Facts not controverted thus admitted |
| 221. | Facts not controverted thus admitted |
| 222. | Admitted; additional information provided |
| 223. | Facts not controverted thus admitted |
| 224. | Facts not controverted thus admitted |

| 225. | Facts not controverted thus admitted; additional information provided |
|------|------|
| 226. | Admitted; additional information provided |
| 227. | Facts not controverted thus admitted; additional information provided |
| 228. | Admitted; additional information provided is hearsay, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 12, 17-18 |
| 229. | Facts not controverted thus admitted; additional information provided |
| 230. | Admitted; additional information provided |
| 231. | Facts not controverted thus admitted |
| 232. | Admitted; additional information provided |
| 233. | Admitted; additional information provided |
| 234. | Facts not controverted thus admitted |
| 235. | Facts not controverted thus admitted; legal argument asserted |
| 236. | Facts not controverted thus admitted; legal argument asserted |
| 237. | Facts not controverted thus admitted; legal argument asserted |
| 238. | Facts not controverted thus admitted; legal argument asserted |
| 239. | Facts not controverted thus admitted; legal argument asserted |
| 240. | Facts not controverted thus admitted; legal argument asserted |
| 241. | Facts not controverted thus admitted; legal argument asserted |
| 242. | Facts not controverted thus admitted; legal argument asserted |
| 243. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 244. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 245. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 246. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 247. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |

| | |
|---|---|
| 248. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 249. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 250. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 251. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 252. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 253. | Facts not controverted thus admitted |
| 254. | Facts not controverted thus admitted |
| 255. | Facts not controverted thus admitted |
| 256. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 257. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 258. | Facts not controverted thus admitted |
| 259. | Facts not controverted thus admitted |
| 260. | Facts not controverted thus admitted |
| 261. | Facts not controverted thus admitted |
| 262. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 263. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 264. | Attempt to controvert; legal argument asserted; inadmissable evidence, *see* Plaintiff's Motion to Strike Defendants' Evidence, pp. 3-7 |
| 265. | Facts not controverted thus admitted; additional information provided |
| 266. | Facts not controverted thus admitted |
| 267. | Facts not controverted thus admitted |
| 268. | Facts not controverted thus admitted; additional information provided |

| | |
|---|---|
| 269. | Facts not controverted thus admitted |
| 270. | Facts not controverted thus admitted |
| 271. | Admitted |
| 272. | Admitted; additional information provided |
| 273. | Facts not controverted thus admitted; additional information provided |
| 274. | Admitted |
| 275. | Facts not controverted thus admitted |
| 276. | Facts not controverted thus admitted |
| 277. | Facts not controverted thus admitted |
| 278. | Admitted |
| 279. | Facts not controverted thus admitted |
| 280. | Facts not controverted thus admitted |
| 281. | Admitted; additional information provided |
| 282. | Admitted; additional information provided |
| 283. | Facts not controverted thus admitted; additional information provided |
| 284. | Admitted; legal argument asserted |
| 285. | Admitted; additional information provided |
| 286. | Facts not controverted thus admitted; additional information provided |
| 287. | Admitted; additional information provided |
| 288. | Admitted; additional information provided |
| 289. | Admitted |
| 290. | Facts not controverted thus admitted |
| 291. | Facts not controverted thus admitted |
| 292. | Facts not controverted thus admitted |
| 293. | Admitted; additional information provided |
| 294. | Admitted |
| 295. | Admitted |

| 296. | Facts not controverted thus admitted |
|---|---|
| 297. | Admitted; additional information provided |
| 298. | Admitted |
| 299. | Facts not controverted thus admitted; additional information provided |
| 300. | Admitted |
| 301. | Admitted; additional information provided |
| 302. | Facts not controverted thus admitted; additional information provided |
| 303. | Facts not controverted thus admitted |
| 304. | Admitted |
| 305. | Facts not controverted thus admitted; additional information provided |
| 306. | Facts not controverted thus admitted; additional information provided |
| 307. | Facts not controverted thus admitted; additional information provided |
| 308. | Facts not controverted thus admitted; additional information provided |
| 309. | Admitted; additional information provided with no record evidence; pure speculation |
| 310. | Facts not controverted thus admitted; additional information provided |
| 311. | Facts not controverted thus admitted; additional information provided |
| 312. | Admitted; additional information provided |
| 313. | Admitted |
| 314. | Admitted |
| 315. | Admitted |
| 316. | Admitted; additional information provided |
| 317. | Admitted |
| 318. | Admitted |
| 319. | Facts not controverted thus admitted |
| 320. | Facts not controverted thus admitted; Evidentiary objections based on erroneous claim that witness not properly identified, *see* Plaintiff's Response to Defendant's Evidentiary Objections, pp. 39-40 |

| | |
|---|---|
| 321. | Facts not controverted thus admitted; legal argument asserted |
| 322. | Facts not controverted thus admitted; legal argument asserted |
| 323. | Admitted; additional information provided |
| 324. | Facts not controverted thus admitted; legal argument asserted |
| 325. | Facts not controverted thus admitted; legal argument asserted |
| 326. | Facts not controverted thus admitted; legal argument asserted |
| 327. | Facts not controverted thus admitted; legal argument asserted |
| 328. | Facts not controverted thus admitted; legal argument asserted |
| 329. | Admitted; additional information provided |
| 330. | Facts not controverted thus admitted; legal argument asserted |
| 331. | Facts not controverted thus admitted; legal argument asserted |
| 332. | Facts not controverted thus admitted; legal argument asserted |
| 333. | Facts not controverted thus admitted; legal argument asserted |
| 334. | Facts not controverted thus admitted; legal argument asserted |
| 335. | Facts not controverted thus admitted; legal argument asserted |
| 336. | Facts not controverted thus admitted |
| 337. | Facts not controverted thus admitted |
| 338. | Facts not controverted thus admitted |
| 339. | Facts not controverted thus admitted; additional information provided |
| 340. | Facts not controverted thus admitted |
| 341. | Facts not controverted thus admitted |
| 342. | Facts not controverted thus admitted; additional information provided |
| 343. | Facts not controverted thus admitted; additional information provided |
| 344. | Facts not controverted thus admitted |
| 345. | Admitted; additional explanation of Barrett's understanding of competent science is NOT in his affidavit, erroneous cite; additional information provided |
| 346. | Facts not controverted thus admitted |
| 347. | Facts not controverted thus admitted |

| | |
|---|---|
| 348. | Facts not controverted thus admitted; legal argument asserted |
| 349. | Facts not controverted thus admitted |
| 350. | Facts not controverted thus admitted |
| 351. | Facts not controverted thus admitted |
| 352. | Facts not controverted thus admitted |
| 353. | Controverted; legal argument asserted |
| 354. | Controverted; legal argument asserted |
| 355. | Facts not controverted thus admitted; legal argument asserted |
| 356. | Facts not controverted thus admitted |
| 357. | Facts not controverted thus admitted |
| 358. | Facts not controverted thus admitted |
| 359. | Facts not controverted thus admitted |
| 360. | Controverted; legal argument asserted |
| 361. | Facts not controverted thus admitted |
| 362. | Facts not controverted thus admitted; additional information provided; legal arguments asserted |
| 363. | Facts not controverted thus admitted |
| 364. | Admitted; legal argument asserted |
| 365. | Admitted; legal argument asserted |
| 366. | Admitted; additional information provided |
| 367. | Facts not controverted thus admitted; additional information provided |
| 368. | Facts not controverted thus admitted |
| 369. | Facts not controverted thus admitted |
| 370. | Facts not controverted thus admitted |
| 371. | Facts not controverted thus admitted |
| 372. | Admitted |
| 373. | Facts not controverted thus admitted |
| 374. | Admitted; additional information provided |

| 375. | Facts relate to Stern defendants |
|---|---|
| 376. | Facts relate to Stern defendants |
| 377. | Facts relate to Stern defendants |
| 378. | Facts relate to Stern defendants |
| 379. | Facts not controverted thus admitted |
| 380. | Facts not controverted thus admitted |
| 381. | Facts not controverted thus admitted |
| 382. | Facts not controverted thus admitted |
| 383. | Facts not controverted thus admitted; additional information provided |