UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>)<br>Defendants. )<br>) | Civ. No. 04-11136 - GAO |

(Proposed)

## ORDER

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the District of Massachusetts, plaintiff Federal Trade Commission ("Commission") has filed a Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment and Plaintiff's Responses to Defendant's Evidentiary Objections ("Motion").

This Court, having considered the Commission's Motion and being otherwise advised in the premises, hereby GRANTS the Commission's Motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's Motion is hereby granted. The Court hereby strikes the Affidavits of Andrew Aldrich (Docket No. 145) and Jason Bernabei (Docket No. 146) and portions of the Supplemental Affidavit of Donald Barrett (Docket No. 142) and the Affidavits of Wayne Callahan (Docket No. 143), Simon Mena (Docket No. 144), Eileen Barrett Maihos (Docket No. 149), and Allen Stern (Docket No. 152), as described in Commission's Motion.

.

**SO ORDERED,** this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

/s/ Edward Glennon_____
HEATHER HIPPSLEY
KIAL S. YOUNG  (BBO # 633515)
EDWARD GLENNON
SHIRA D. MODELL
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC  20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF