**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>Defendants. | Civ. No. 04-11136 - GAO |

(Proposed)

**ORDER**

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the District of Massachusetts, plaintiff Federal Trade Commission ("Commission") has filed a Motion for an Order permitting the filing of its Memorandum in Support of its Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment and Plaintiff's Responses to Defendant's Evidentiary Objections ("Memorandum") in excess of 20 pages.

This Court, having considered the Commission's Motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's Motion is hereby granted and its Memorandum is accepted for filing in this case and will be considered in its entirety.

**SO ORDERED,** this ___ day of _____________, 2006.

____________________________________
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

/s/ Edward Glennon
HEATHER HIPPSLEY
KIAL S. YOUNG (BBO # 633515)
EDWARD GLENNON
SHIRA D. MODELL
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC 20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF