UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
FEDERAL TRADE COMMISSION,            )
                                     )
    Plaintiff,                       )
        v.                            )
                                     )    Civ. No. 04-11136 - GAO
DIRECT MARKETING CONCEPTS, INC., et al., )
                                     )
    Defendants.                      )
_____)

(Proposed)

<u>ORDER</u>

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the District of Massachusetts, plaintiff Federal Trade Commission ("Commission") has filed a motion for an Order permitting it to file replies to the Defendants' oppositions to the Commission's motion for summary judgment in excess of 20 pages.

This Court, having considered the Commission's motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's motion is hereby granted and its reply briefs in response to the oppositions of (1) Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, Robert Maihos, and (2) Defendants Triad ML Marketing, Inc., King Media, Inc., and Allen Stern, and Relief Defendants

Lisa Mount and Steven Ritchey, are accepted for filing in this case and will be considered in their entirety by the Court in determining the Commission's motion.

**SO ORDERED,** this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

_____
EDWARD GLENNON
HEATHER HIPPSLEY
KIAL S. YOUNG  (BBO # 633515)
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC  20580
(202) 326-3285, -3126 (voice)
(202) 326-3259 (fax)
hhippsley@ftc.gov, kyoung@ftc.gov or eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF