UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br> )<br> Plaintiff, )<br> v. )<br> ) Civ. No. 04-11136-GAO<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br> )<br> Defendants. )<br> ) | |

**DECLARATION OF EDWARD GLENNON**
**PURSUANT TO 28 U.S.C. § 1746**

1. My name is Edward Glennon. I am a citizen of the United States and over twenty-one years of age. I am employed by the Federal Trade Commission ("FTC") as a Staff Attorney in the Division of Advertising Practices of the Bureau of Consumer Protection. My business address is 600 Pennsylvania Ave., N.W., Room NJ-3217, Washington, D.C., 20580.

2. I am assigned to the Commission's litigation, *FTC v. Direct Marketing Concepts, Inc., et al.* I have personal knowledge of the facts stated herein. If called to testify, I could and would competently testify to the facts set forth below.

3. Attachment 1 to this Declaration is a true and correct copy of the transcript from a March 31, 2004 hearing before the Honorable Robert W. Gettleman in U.S. District Court for the Northern District of Illinois in *FTC v. Kevin Trudeau*, No. 03 C 3904.

4. Attachment 2 to this Declaration contains true and correct copies of a July 10, 2003 FTC press release entitled "Federal Trade Commission Attacks $1 Billion In Deceptive Health Marketing since December," and the related report entitled "FTC Enforcement Activities

– Dietary Supplement and Health Fraud Actions – December 2002 - July 2003."

5. Attachment 3 to this Declaration is a true and correct copy of a September 27, 2005 Order Denying Defendant Chase Revel's Motion for Summary Judgment or Partial Summary Judgment in *FTC v. A. Glenn Braswell*, CA No. 03-3700 DT(PJWx) (C.D. Cal.).

6. Attachment 4 to this Declaration is a true and correct copy of the May 14, 2004 Order and Judgment for Permanent Injunction and Other Equitable Relief Against Defendants Slim Down Solution, LLC, Slim Down Solution, Inc., S.S.T. Management, Inc., The Kara Group, LLC, Ronald Alarcon, and Kathleen Alarcon in *FTC v. Slim Down Solution, LLC*, No. 03-80051-CIV (N.D. Fla.).

7. Attachment 5 to this Declaration is a true and correct copy of the July 1, 2003 Judgment and Order for Permanent Injunction and Other Equitable Relief Against Defendants Hudson Berkley Corporation, Matthias Granic, Bismarck Labs Corporation, TMI TriCom Marketing, Inc., and Bernd Ebert As To Counts One Through Six of Plaintiff's First Amended Complaint in *FTC v. Hudson Berkley Corp.*, CV-S-02-0649-PMP (D. Nev.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this Declaration are true and correct.

Executed on March 3, 2006                      /s/ Edward Glennon
                                               Edward Glennon


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2006.

                                               /s/ Edward Glennon
                                               Edward Glennon