# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRANSFER COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 04-CV-11136-GAO |

**ASSENTED-TO MOTION TO EXTEND TIME FOR
DMC DEFENDANTS TO RESPOND TO PLAINTIFF'S
MOTION TO STRIKE AFFIDAVITS**

Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett ("DMC Defendants") hereby move this Court for a seven (7) day extension of time to respond to the Plaintiff Federal Trade Commission's ("FTC") Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment in the above-captioned action. As grounds for this motion, DMC Defendants state as follows:

1.     On March 3, 2006, FTC filed its Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment. In support of its motion, the FTC filed a brief in excess of 40 pages.

2.     Responding to the legal and factual issues raised in the Motion to Strike Affidavits will require investigation and preparation of several documents, including affidavits, a counterstatement of facts and a memorandum of law.

3.     The response to the Motion to Strike Affidavits is currently due on March 17, 2006.

BO1 15767806.1

- 2 -

4.    Counsel for DMC Defendants has conferred with FTC's Counsel, Edward Glennon, and Attorney Glennon has consented to the proposed extension of time.

WHEREFORE, DMC Defendants respectfully request that this Court allows their motion to extend the time in which to file its response to FTC's Motion to Strike Affidavits, up to and including Friday, March 24, 2006.

| | |
|---|---|
| Dated:  March 15, 2006 | Respectfully submitted,<br>DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT<br><br>By their attorney(s),<br><br>       /s/ Christopher Robertson       <br>Peter S. Brooks, BBO #058980<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |