# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. 04-CV-11136-GAO |
| v. | )<br>) |
| DIRECT MARKETING CONCEPTS, INC., et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME FOR DMC DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE AFFIDAVITS

Defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., and Donald Barrett ("DMC Defendants") hereby move this Court for a two-business day extension of time, up to and including March 28, 2006, to respond to the Plaintiff Federal Trade Commission's ("FTC") Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment by in the above-captioned action. As grounds for this motion, DMC Defendants state as follows:

1. On March 3, 2006, FTC filed its 42-page Motion to Strike Affidavits Submitted by Defendants in Support of Their Oppositions to Plaintiff's Motion for Summary Judgment.

2. The response to the Motion to Strike Affidavits is currently due on March 24, 2006.

3. Counsel for DMC Defendants has conferred with FTC's Counsel, Edward Glennon, and Attorney Glennon has consented to the proposed extension of time.

BO1 15769772.1

- 2 -

WHEREFORE, DMC Defendants respectfully request that this Court allows their motion to extend the time in which to file its response to FTC's Motion to Strike Affidavits, up to and including Tuesday, March 28, 2006.

| | |
|---|---|
| Dated:  March 24, 2006 | Respectfully submitted,<br>DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., and DONALD BARRETT<br><br>By their attorney(s),<br><br>     /s/ Christopher Robertson     <br>Peter S. Brooks, BBO #058980<br>Christopher F. Robertson, BBO #642094<br>Susan W. Gelwick, BBO #567115<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |

- 2 -