UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,   )<br>　)<br>　Plaintiff,　)<br>　　v.　)<br>　)<br>DIRECT MARKETING CONCEPTS, INC., et al.,　)<br>　)<br>　Defendants.　)<br>　) | Civ. No. 04-11136 - GAO |

(Proposed)

ORDER

Plaintiff Federal Trade Commission ("Commission") has filed a motion seeking leave to file a reply brief in support of its Motion to Strike Affidavits Submitted by Defendants in Support of Their Opposition to Plaintiff's Motion for Summary Judgment.

This Court, having considered the Commission's motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's motion is hereby granted and its reply memorandum is accepted for filing in this case.

**SO ORDERED,** this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

/s/ Edward Glennon
EDWARD GLENNON
HEATHER HIPPSLEY
KIAL S. YOUNG  (BBO # 633515)
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC  20580
(202) 326-2675, -3126 (voice)
(202) 326-3259 (fax)
hhippsley@ftc.gov, kyoung@ftc.gov or eglennon@ftc.gov

ATTORNEYS FOR PLAINTIFF


Dated: April 10, 2006