UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>DIRECT MARKETING CONCEPTS, INC.,<br>Et al,<br>Defendants. | )<br>)<br>)<br>) C.A. No. 04-CV-11136-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO WITHDRAW

Please take notice that Dustin F. Hecker and the firm of Posternak Blankstein & Lund LLP withdraw as counsel to Healthy Solutions, LLC, Health Solutions, Inc., Michael Howell, Greg Geremesz and Alejandro Guerrero.

This case has been resolved with respect to the above defendants and, accordingly, the appearance of the undersigned is not required.

Respectfully submitted,

HEALTHY SOLUTIONS, LLC,
HEALTH SOLUTIONS, INC.,
MICHAEL HOWELL, GREG GEREMESZ,
AND ALEJANDRO GUERRERO,

By their attorneys,

/s/ Dustin F. Hecker

Dustin F. Hecker, BBO# 549171
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street, 33rd Floor
Boston, MA 02199
(617) 973-6131

ID # 468004v01/14048-2/ 04.24.2006

Dated: April 24, 2006

## CERTIFICATE OF SERVICE

I, Dustin F. Hecker, hereby certify that on this 24th day of April, 2006, I caused a copy of the foregoing to be served by first class mail, postage prepaid, to:

Edward Glennon, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3212
Washington, DC 20580

Heather Hippsley
Federal Trade Commission
Room NJ-3219
600 Pennsylvania Avenue, NW
Washington, DC 20580

Daniel Kaufman, Esq.
Federal Trade Commission
600 Pennsylvania Avenue
Washington, DC 20580

Shira D. Modell
Federal Trade Commission
Room NJ-32117
600 Pennsylvania Avenue, NW
Washington, DC 20580

Kial S. Young, Esq.
Federal Trade Commission
600 Pennsylvania Avenue
Mail Drop NJ-3212
Washington, DC 20580

Peter S. Brooks, Esq.
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028

Susan W. Gelwick
Seyfarth Shaw, LLP
World Trade Center East

Two Seaport Lane
Boston, MA 02210-2028

Christopher F. Robertson, Esq.
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

Joseph Ryan, Esq.
Lyne, Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210

/s/ Dustin F. Hecker
Dustin F. Hecker, Esq.