UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>  )<br>    Plaintiff  )<br>    v.  )<br>  )<br>DIRECT MARKETING CONCEPTS, INC., et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civ. No. 04-11136-GAO |

NOTICE OF APPEARANCE ON BEHALF OF
PLAINTIFF FEDERAL TRADE COMMISSION

To the Clerk: Please enter my appearance in this matter on behalf of the Plaintiff, the Federal Trade Commission. I am an attorney at the Federal Trade Commission and a member in good standing of the District of Columbia Bar.

Respectfully submitted,

*/s/ James A. Trilling*
James A. Trilling
Federal Trade Commission
600 Pennsylvania Ave., NW; Room NJ-3204
Washington, DC 20580
(202) 326-3497 (voice); (202) 326-3259 (facsimile)
jtrilling@ftc.gov
ATTORNEY FOR PLAINTIFF

Date: June 28, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 28, 2006.

/s/ Edward Glennon
Edward Glennon