

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Advertising Practices

October 4, 2006

**VIA ELECTRONIC FILING**

Honorable George A. O'Toole, Jr.
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    <u>Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.</u>,
                Docket No. 04-CV-11136-GAO

Dear Judge O'Toole:

      Attached for the Court's consideration please find a Memorandum Opinion and Order recently issued by Magistrate Judge Morton Denlow in the matter of *FTC v. QT, Inc., et al.*, No. 03-3578 (N.D. Ill. Sept. 8, 2006). The *QT, Inc.* case involved health-related claims and issues of advertising interpretation similar to those present in the matter of *FTC v. Direct Marketing Concepts, Inc., et al.*, currently pending before the Court.

                                        Sincerely,

                                        Edward Glennon

Attachment

cc:    Peter S. Brooks, Esq.
       Christopher F. Robertson, Esq.
       Joseph Ryan, Esq.
       Sage International, Inc. (for BP International) (via Fed Ex)