

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Advertising Practices

August 28, 2007

**VIA ELECTRONIC FILING**

Honorable George A. O'Toole, Jr.
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.,
               Docket No. 04-CV-11136-GAO

Dear Judge O'Toole:

      Attached for the Court's consideration please find a copy of the order granting the FTC's motion for summary judgment in the matter of *FTC v. Natural Solution, Inc.*, No. CV 06-6112-JFW (JTLx) (C.D. Cal.). The *Natural Solution* case involved disease-related claims for a dietary supplement product and issues of claim substantiation and responsibility for advertising dissemination similar to those present in the matter of *FTC v. Direct Marketing Concepts, Inc., et al.* The FTC's motion for summary judgment in the *Direct Marketing Concepts* case, along with the FTC's related motion to strike defendants' evidence submitted in opposition to its summary judgment motion, are currently pending before the Court.

                                       Sincerely,

                                        Edward Glennon

Attachment

cc:    Peter S. Brooks, Esq. (w/ attachment) (via electronic notice and/or email)
       Christopher F. Robertson, Esq. (w/ attachment) (via electronic notice and/or email)
       Joseph Ryan, Esq. (w/ attachment) (via electronic notice and/or email)
       Sage International, Inc. (for BP International) (w/ attachment) (via Fed Ex)