UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff )<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC., et al., )<br>)<br>Defendants. )<br>) | Civ. No. 04-11136 - GAO |

**PLAINTIFF FEDERAL TRADE COMMISSION'S
MOTION FOR A STATUS CONFERENCE**

Plaintiff Federal Trade Commission ("FTC" or "Commission") hereby respectfully requests the opportunity to appear before this Court to review the status of the above-captioned litigation and to discuss related matters.

Respectfully submitted,

/s/ Edward Glennon
EDWARD GLENNON
SHIRA MODELL
HEATHER HIPPSLEY
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC  20580
(202) 326-3126, -3116 (voice)
(202) 326-3259 (fax)
eglennon@ftc.gov
smodell@ftc.gov
ATTORNEYS FOR PLAINTIFF

Dated October 5, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 5, 2007.

      /s/ Edward Glennon