UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DIRECT MARKETING CONCEPTS, INC.,et al., )<br>)<br>Defendants. )<br>) | Civ. No. 04-11136 - GAO |

**(PROPOSED) ORDER
SETTING STATUS CONFERENCE**

Upon consideration of plaintiff Federal Trade Commission's Motion for a status conference, it is ordered that a status conference shall be held on _____, 2007 at _____ .m

**SO ORDERED** this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE

Presented by:

/s/ Edward Glennon_____
EDWARD GLENNON
SHIRA MODELL
HEATHER HIPPSLEY
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC  20580
(202) 326-3126, -3116, -3285 (voice)
(202) 326-3259 (fax)
eglennon@ftc.gov, smodell@ftc.gov, or
hhippsley@ftc.gov

ATTORNEYS FOR PLAINTIFF

Dated October 5, 2007