

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Advertising Practices

January 11, 2008

**VIA ELECTRONIC FILING**

Honorable George A. O'Toole, Jr.
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    <u>Federal Trade Commission v. Direct Marketing Concepts, Inc., et al.</u>,
              Docket No. 04-CV-11136-GAO

Dear Judge O'Toole:

      Attached for the Court's consideration please find a copy of the recent decision of the Court of Appeals for the Seventh Circuit affirming the lower court's opinion in favor of the FTC in the matter of *FTC v. QT, Inc., et al.*, No. 03-3578 (N.D. Ill.). The Commission previously submitted for the Court's consideration a copy of the lower court's opinion. (Docket No. 177) The *QT, Inc.* case involved health-related claims and issues of advertising interpretation similar to those present in the matter of *FTC v. Direct Marketing Concepts, Inc., et al.*, No. 04-11136-GAO, currently pending before the Court.

                                      Sincerely,

                                      Edward Glennon

Attachment

cc:    Peter S. Brooks, Esq. (w/ attachment) (via ECF notice)
       Christopher F. Robertson, Esq. (w/ attachment) (via ECF notice)
       Joseph Ryan, Esq. (w/ attachment) (via ECF notice)
       Sage International, Inc. (for BP International) (w/ attachment) (via Fed Ex)