UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FEDERAL TRADE COMMISSION )
      Plaintiff )
   )
V. )   DOCKET # 1:04-cv-11136-GAO
   )
DIRECT MARKETING CONCEPTS, INC. )
*et al,*    Defendants )
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

To the Clerk:

    PLEASE TAKE NOTICE that the undersigned counsel for (1) Triad ML Marketing, Inc., (2) King Media, Inc., (3) Allen Stern, (4) Lisa Mount, and (5) Steven D. Ritchey has changed his address to:

        12 Post Office Square
        Boston, MA 02109

    The telephone numbers and email address remain unchanged.

        Joseph F. Ryan BBO# 435720
        Lyne Woodworth & Evarts LLP
        12 Post Office Square
        Boston, MA 02109
        Telephone 617/523-6655
        Telecopy 617/248-9877
        E-mail: JRyan@LWELaw.com

August 20, 2008