UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
FEDERAL TRADE COMMISSION,                )
                                          )
    Plaintiff                         )
        v.                                )
                                          )    Civ. No. 04-11136-GAO
DIRECT MARKETING CONCEPTS, INC., et al.,  )
                                          )
    Defendants.                       )
_____)

**JOINT MOTION SEEKING EXTENSION OF LOCAL RULE 16.5 DEADLINE**

    Plaintiff Federal Trade Commission ("FTC" or "Commission") and defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, and Robert Maihos ("Defendants") respectfully request that the Court extend until October 1, 2008, the deadline imposed by Local Rule 16.5(c) for making their pretrial disclosures.

    Local Rule 16.5(c) requires parties to make the pretrial disclosures required by Fed R. Civ. P. 26(a)(3) no later than 30 days before the pretrial conference. At the status conference held on September 8, 2008 in this matter, the Court set trial for October 27 and scheduled the pretrial conference for October 15. Under this schedule, Local Rule 16.5(c) would require the parties to make their pretrial disclosures by Monday, September 15, 2008, only a week after the matter was set for trial.

    The Commission and the Defendants respectfully submit that they require additional time to make the required disclosures. Extension of the deadline until October 1 would give the parties the time they need to complete their disclosures, with two weeks remaining before the pretrial conference.

WHEREFORE, the Commission and the Defendants respectfully request that the Court extend the deadline for making their pretrial disclosures until October 1, 2008.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF, | DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, and ROBERT MAIHOS |
|---|---|
| s/ Edward Glennon | By their attorney(s), |
| Heather Hippsley | s/ Christopher Robertson |
| Kial S. Young (BBO # 633515) | Peter S. Brooks, BBO #058980 |
| Edward Glennon | Christopher F. Robertson, BBO #642094 |
| Shira D. Modell | Susan Gelwick, BBO #567115 |
| Federal Trade Commission | SEYFARTH SHAW LLP |
| 600 Pennsylvania Avenue, N.W. | Two Seaport Lane, Suite 300 |
| Mail Drop NJ-3212 | Boston, MA 02210-2028 |
| Washington, DC 20580 | Telephone: (617) 946-4800 |
| Telephone: (202) 326-3285/3126/3116 | Telecopier: (617) 946-4801 |
| Telecopier: (202) 326-3259 | |

Dated: September 11, 2008

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Edward Glennon, hereby certify that I conferred with counsel for Defendants, Christopher Robertson, concerning the issues raised in this motion and that the parties have agreed to file the instant motion jointly.

/s/ Edward Glennon

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2008, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants.

/s/ Edward Glennon