UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 04-11136-GAO |
| ) | |
| v. ) | |
| ) | |
| DIRECT MARKETING CONCEPTS, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

(Proposed)
**ORDER GRANTING JOINT MOTION SEEKING EXTENSION OF LOCAL RULE 16.5 DEADLINE**

Upon consideration of the motion by plaintiff Federal Trade Commission and defendants Direct Marketing Concepts, Inc., ITV Direct, Inc., Donald W. Barrett, and Robert Maihos to extend until October 1, 2008, the deadline imposed by Local Rule 16.5(c) for making their pretrial disclosures required by Fed R. Civ. P. 26(a)(3), it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED.** The parties shall make their pretrial disclosures by October 1, 2008.

**SO ORDERED** this _____ day of September, 2008.

---------------------------------------
UNITED STATES DISTRICT JUDGE
GEORGE A. O'TOOLE


Presented by:

| ATTORNEYS FOR PLAINTIFF, | DIRECT MARKETING CONCEPTS, INC., ITV DIRECT, INC., DONALD W. BARRETT, and ROBERT MAIHOS |
|---|---|
| s/ Edward Glennon | By their attorney(s), |

| | |
|---|---|
| Heather Hippsley | s/ Christopher Robertson |
| Kial S. Young (BBO # 633515) | Peter S. Brooks, BBO #058980 |
| Edward Glennon | Christopher F. Robertson, BBO #642094 |
| Shira D. Modell | Susan Gelwick , BBO #567115 |
| Federal Trade Commission | SEYFARTH SHAW LLP |
| 600 Pennsylvania Avenue, N.W. | Two Seaport Lane, Suite 300 |
| Mail Drop NJ-3212 | Boston, MA 02210-2028 |
| Washington, DC 20580 | Telephone: (617) 946-4800 |
| Telephone: (202) 326-3285/3126/3116 | Telecopier: (617) 946-4801 |
| Telecopier: (202) 326-3259 | |