UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11136-GAO

FEDERAL TRADE COMMISSION,
Plaintiff,

vs.

DIRECT MARKETING CONCEPTS, INC., d/b/a TODAY'S HEALTH and DIRECT FULFILLMENT, ITV DIRECT, INC., d/b/a DIRECT FULFILLMENT, DONALD W. BARRETT, TRIAD ML MARKETING, INC., KING MEDIA, INC., ALLEN STERN, LISA STERN, and BP INTERNATIONAL, INC.,
Defendants.

**FINAL ORDER AND JUDGMENT IN FAVOR OF
RELIEF DEFENDANT LISA (STERN) MOUNT**

Pursuant to the Orders of the Court dated July 14, 2008 (dkt. no. 187) and August 13, 2009 (dkt. no. 256),

**IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment will be entered in favor of Relief Defendant Lisa Mount on the FTC's claim for relief against her.

It is SO ORDERED, this 13th day of August 2009.

/s/ George A. O'Toole, Jr.
United States District Judge